**Exhibit A**

**Organizational Structure Chart**

# Organizational Chart






[1] 99 Cents Only Foundation is a nonprofit entity under 26 U.S.C. § 501(c).