IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NUMBER HOLDINGS, INC., et al., | ) Case No. 24-10719 (JKS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC files this Verified Statement of his firm's (the "Firm") multiple representations in above-captioned, jointly-administered bankruptcy cases, of the following utility companies (the "Utilities") that provided prepetition utility goods/services to the Debtors, and continue to provide post-petition utility goods/services to the Debtors:

1. The names and addresses of the Utilities represented by the Firm are:

    A.    Arizona Public Service Company
           Attn: Cindy Hill
           Building M - M.S 3209
           2043 W. Cheryl Drive
           Phoenix, Arizona 85021-1915

    B.    Salt River Project
           Attn: Breanna Holmes, Customer Credit Services
           ISB232
           2727 E Washington St
           Phoenix AZ 85034-1403

  C. San Diego Gas and Electric Company
    Attn: Kelli S. Davenport, Bankruptcy Specialist
    8326 Century Park Court
    San Diego, CA 92123

  D. Southern California Edison Company
    Attn: Jeffrey S. Renzi, Esq.
    Director and Managing Attorney
    Southern California Edison Company, Law Department
    2244 Walnut Grove Avenue
    Rosemead, California 91770

  E. Tucson Electric Power Company
    UNS Electric, Inc.
    Attn: Adam D. Melton, Esq.
    Senior Attorney – Litigation
    88 E. Broadway Blvd.
    Tucson, Arizona 85701

  2. The nature and the amount of claims (interests) of the Utilities, and the times of acquisition thereof are as follows:

  (a) Arizona Public Service Company, Salt River Project, San Diego Gas and Electric Company, Tucson Electric Power Company and UNS Electric, Inc. held prepetition deposits that secured prepetition debt. Southern California Edison Company holds a surety bond that it will make a claim upon for payment of the prepetition debt that the Debtors owe to SCE.

  (b) For more information regarding the claims and interests of the Utilities in these jointly-administered cases, refer to the *Objection of Certain Utility Companies To the Debtors' Motion For Entry of Interim and Final Orders (I) Prohibiting Utility Companies From Altering, Refusing, or*

*Discontinuing Services; (II) Approving Proposed Adequate Assurance of Payment For Utility Services; (III) Approving Proposed Procedures For Resolving Additional Assurance Requests; and (IV) Granting Related Relief* (the "Objection")(Docket No. 177) filed in the above-captioned, jointly-administered, bankruptcy cases.

3.   The Law Firm of Russell R. Johnson III, PLC was retained to represent the foregoing Utilities in April 2024. The circumstances and terms and conditions of employment of the Firm by the Companies is protected by the attorney-client privilege and attorney work product doctrine.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

By: /s/ Russell R. Johnson III
Russell R. Johnson III (VSB No. 31468)
LAW FIRM OF RUSSELL R. JOHNSON III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone:  (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com