## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:                           Chapter 11

Case No. 24-10719 (JKS)

Debtor: NUMBER HOLDINGS, INC. et al.,

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of John M. Craig

to represent Arizona Public Service, Southern California Edison, Tucson Electric Power, UNS Electric and San Diego Gas and Electric

in this action.

/s/ William F. Taylor, Jr.

Firm Name: WHITEFOR TAYLOR & PRESTON LLC

Address: 600 North King St., Ste. 300
Wilmington, DE 19801

Phone: (302) 353-4145

Email: wtaylor@whitefordlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Commonwealth of Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ John M. Craig

Firm Name: LAW FIRM OF RUSSELL R. JOHNSON III, PLC

Address: 2258 Wheatlands Dr.,
Manakin-Sabot, VA 23103

Phone: (804) 749-8861

Email: john@russelljohnsonlawfirm.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.