## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 313** |
| | ) |

## DECLARATION OF MATT TABLOFF IN SUPPORT OF THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THEM TO ENTER INTO AND PERFORM UNDER PURCHASE AGREEMENT, (II) APPROVING THE SALE OF THE DESIGNATION RIGHTS, AND (III) GRANTING RELATED RELIEF

I, Matt Tabloff, declare under penalty of perjury as follows:

1.      I am currently an Executive Vice President and Partner at Hilco Real Estate, LLC ("Hilco"), a diversified real estate consulting and advisory firm that evaluates, restructures, and facilitates the acquisition and disposition of various types of real estate assets both nationally and internationally with principal offices located at 5 Revere Drive, Suite 206, Northbrook, IL 60062. I am over the age of 18 years and authorized to submit this declaration (the "Declaration").

2.      I submit this Declaration in support of the *Debtors' Motion for Entry of an Order (I) Authorizing Them to Enter Into and Perform Under Purchase Agreement, (II) Approving the Sale of the Designation Rights, and (III) Granting Related Relief* [D.I. 313] (the "Motion"), filed contemporaneously herewith.[2]  Through the Motion, the Debtors seek, among other things,

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030).  The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

[2]     Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

approval of the Purchase Agreement with the Buyer, whereby the Debtors will sell the Designation Rights in exchange for (i) payment equal to the May rent and certain other costs for all of the Designation Leases, (ii) payment of an additional guaranteed $2.5 million to the Debtors' estates, and (iii) payment of the cure costs for any Designation Leases the Buyer elects to have assumed and assigned.

3.      Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge of the Debtors' operations, my review of relevant documents, information provided to me by Hilco employees working with me or under my supervision, information provided to me by, or discussions with, the members of the Debtors' management team or their other advisors, or my experience as a real estate and restructuring professional.  I am not being compensated for this testimony other than through payments received by Hilco as a professional proposed to be employed and retained by the Debtors in these chapter 11 cases.  If called upon to testify, I could and would testify to the facts set forth herein.

## <u>Background and Qualifications</u>

4.      Hilco is a diversified real estate consulting and advisory firm that evaluates, restructures, and facilitates the acquisition and disposition of various types of real estate assets both nationally and internationally.  Hilco has substantial experience in solving complex real estate problems and evaluating, negotiating, and restructuring real estate lease terms. Hilco has a reputation as a leader in the real estate field and has an experienced team of real estate brokers, attorneys, and analysts.

5.      I joined Hilco in 2006 where I lead a team of industry leading experts in lease advisory, disposition, asset management and acquisitions. At Hilco I have several high-level business leadership responsibilities, including leading operations of the lease advisory and

disposition practices, business development, and developing and executing comprehensive strategies to maximize portfolio value (or minimize costs). I have worked with clients across multiple industries and ranging from the strongest corporations to those in distress and/or bankruptcy and have worked on some of the largest retail restructurings, including A&P, Southeastern Grocers, Tops Markets, Marsh Supermarkets, California Pizza Kitchen, Fox & Hound/Champps, Ignite Restaurant Group, Bertucci's, Applebee's, Perkins, Houlihan's, 24 Hour Fitness, Town Sports, YouFit, and HHGregg. I have a degree in Finance from University of Illinois at Urbana-Champaign, a real estate broker's license for the state of Illinois, and am an active member of ICSC.

### Debtors' Marketing Process

6.      Prior to and following the Petition Date, Hilco and the Debtors proposed investment banker, Jefferies, LLC ("Jefferies", together with Hilco, collectively the "Advisors"), began marketing the Debtors' Assets to potential purchases and interested parties. The assets being marketed include the monetization of the Debtors lease rights through the potential assignment of the Debtors rights under real property leases that the Debtors have already vacated or intend to vacate ("Lease Designation Rights"). As part of this process the Advisors contacted hundreds of potential purchasers of Leases and/or Lease Designation Rights, executed hundreds of NDAs with interested parties and commenced negotiations with interested purchasers.

7.      Pursuant to these efforts, the Debtors were able to obtain a bid from Dollar Tree Stores, Inc. (the "DT Bid") for the option to acquire the Lease Designation Rights for 58 of the Debtors' leased locations. Most significantly, all of the locations contemplated by the DT Bid have

3

either already closed or are set to close prior to April 30, 2024, and the Debtors' DIP budget does not contemplate the payment of ongoing rent for such locations.

8. The DT Bid includes three critical elements: (i) the provision of a payment on account of the Debtors' May rent and certain other common or maintenance charges for the 58 leases; (ii) a payment of $2.5 million to the Debtors' estates; and (iii) agreement to pay the cure costs associated with any of the 58 leases that Dollar Tree Stores, Inc. elects to have assumed and assigned.

9. It is my understanding that absent the DT Bid, the Debtors would be forced to reject such leases to avoid incurring any additional rent or property related expenses and in accordance with the DIP Budget. While the Debtors and their professionals remain actively engaged in marketing the Debtors' assets with the goal of maximizing the value of the estates, without the DT Bid the Debtors would not have any viable alternative to gain value from these specific leases that would otherwise be rejected effective at the conclusion of April.

10. Interested parties were informed of the need to submit any letters of intent and May rent payments prior to the deadline for the Debtors to reject these leases, and only the DT Bid was able to satisfy these requirements.

11. The Debtors engaged in earnest with Dollar Tree Stores, Inc. and the DT Bid was negotiated amongst the parties at arm's length and in good faith. Based on my participation and discussions in the negotiation process, I do not believe that Dollar Tree Stores, Inc. would have agreed to proceed with the DT Bid and the Purchase of the Designation Rights if the sale was not free and clear of all liens and claims.

12. Accordingly, I believe that the DT Bid is the best means available for monetizing real property leases that would otherwise be rejected by the Debtors and offers the best currently

available option to the Debtors under the facts and circumstances of these Chapter 11 Cases and a sound exercise of the Debtors' business judgment.

[*Remainder of page left intentionally blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 30, 2024                          _/s/ Matt Tabloff_

Matt Tabloff
Executive Vice President & Partner
Hilco Real Estate