UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10719 |
| | § | |
| NUMBER HOLDINGS, INC. | § | CHAPTER 11 |
| *Debtor(s)* | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

      Please take notice that the undersigned attorney appears as counsel for Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education (hereinafter "Harris County"), and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9010(b) and/or 9013, requests that all notices given or required to be given in this case and all pleadings and correspondence served or required to be served in this case, be directed to the following:

Susan Fuertes
Assistant County Attorney
Harris County Attorney's Office
Attention: Property Tax Division
P.O. Box 2848
Houston, Texas 77252
taxbankruptcy.cao@harriscountytx.gov

      Respectfully submitted,

/s/ Susan Fuertes
Susan Fuertes
State Bar No. 00790895
Harris County Attorney's Office
P.O. Box 2848
Houston, Texas 77252
Telephone: (346) 286-8899

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing Notice of Appearance was served on the persons below in the manner indicated on May 02, 2024

/s/ Susan Fuertes
Susan Fuertes

**VIA PRE-PAID U.S. MAIL**

Number Holdings, Inc.
1730 Flight Way, Suite 100
Tustin, CA 92782
*Debtor*

**VIA ECF**

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell
PO Box 1347
Wilmington, DE 19899
*Attorney for Debtor*

Lauren C. Doyle
Milbank LLP
55 Hudson Yards
New York, NY 10001
*Attorney for Debtor*

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King St. Suite 2207 Lockbox 35
Wilmington, DE 19801
*US Trustee*

Rosa Sierra-Fox
Office of the United States Trustee,
U. S. Department of Justice
844 King Street, Suite 2207 Lockbox #35
Wilmington, DE 19801
*Trustee's Attorney*