**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) | Case No. 24-10719 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**WITNESS LIST FOR HEARING ON MAY 8, 2024 AT 11:00 A.M. (ET)**

The Official Committee of Unsecured Creditors (the "Committee") of Number Holdings, Inc. and its debtor affiliates in the above captioned chapter 11 cases (collectively, the "Debtors"), by and through undersigned counsel, hereby submits this witness list in connection with the hearing scheduled for **May 8 2024 at 11:00 a.m. (ET)**, before the Honorable J. Kate Stickles, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Hearing").

The Committee cross designates all witnesses designated by any other party and reserves the right to call any necessary rebuttal or impeachment witnesses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

| | |
|---|---|
| Dated:  May 6, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Bradford J. Sandler*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Steven W. Golden (DE Bar No. 6807)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:    bsandler@pszjlaw.com<br>              rfeinstein@pszjlaw.com<br>              sgolden@pszjlaw.com<br>              crobinson@pszjlaw.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |