**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) | Case No. 24-10719 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 366 and 376** |

**CERTIFICATE OF SERVICE**

    I, Bradford J. Sandler, hereby certify that on the 6th day of May, 2024, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

> **Objection of the Official Committee of Unsecured Creditors to Motion of Ad Hoc Group for Entry of an Order (I) Conditioning the Use, Sale, or Lease of Prepetition Collateral on the Provision of Adequate Protection as of the Petition Date and (II) Granting Related Relief [Docket No. 366]**
>
> **Official Committee of Unsecured Creditors Witness List for Hearing on May 8, 2024 at 11:00 a.m. (ET) [Docket No. 376]**

            */s/ Bradford J. Sandler*
            Bradford J. Sandler (DE Bar No. 4142)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Number Holdings 2002 Overnight and Email
Case No. 24-10719 (JKS)
Document No. 4858-1297-4011
002 – Express Mail
006 – Overnight
179 – Electronic Mail

**EXPRESS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA  19101-7346

**EXPRESS MAIL**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover DE  19903

**OVERNIGHT MAIL**
Delaware State Treasury
Attn: President or General Counsel
820 Silver Lake Blvd
Suite 100
Dover DE  19904

**OVERNIGHT MAIL**
Internal Revenue Service
Centralized Insolvency Operation
1111 Constitution Ave NW
Washington DC  20224

**OVERNIGHT MAIL**
U.S. Attorney for Delaware
Attn: David C. Weiss
U.S. Attorney's Office
1313 N Market Street, Suite 400
Wilmington DE  19801

**OVERNIGHT MAIL**
United States of America Attorney General
Attn: Bankruptcy Department
U.S. Dept Of Justice
950 Pennsylvania Ave NW
Washington DC  20530-0001

**OVERNIGHT MAIL**
*(Debtors)*
Number Holdings, Inc.
Attn: President or General Counsel
1730 Flight Way, Suite 100
Tustin CA  92782

**OVERNIGHT MAIL**
*(PropCo Promissory Note Lender)*
RCB Equities #1, LLC
Attn: General Counsel
c/o Barak Richter & Dror
5862 West 3rd Street
Los Angeles CA  90036

**ELECTRONIC MAIL**
*(Proposed Counsel for the Official Committee of Unsecured Creditors)*
Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Steven W. Golden, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
**Email:  bsandler@pszjlaw.com**
**rfeinstein@pszjlaw.com**
**sgolden@pszjlaw.com**
**crobinson@pszjlaw.com**

***ELECTRONIC MAIL***
*(US Trustee)*
Office of the United States Trustee for the District of Delaware
Attn: Rosa Sierra-Fox
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington DE  19801
**Email:  rosa.sierra-fox@usdoj.gov**

***ELECTRONIC MAIL***
Securities & Exchange Commission - NY Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Suite 400
New York NY  10281-1022
**Email:  bankruptcynoticeschr@sec.gov**
**nyrobankruptcy@sec.gov**

***ELECTRONIC MAIL***
Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Suite 520
Philadelphia PA  19103
**Email:  secbankruptcy@sec.gov**

***ELECTRONIC MAIL***
U.S. Securities and Exchange Commission - Headquarters
Secretary of the Treasury
100 F. Street NE
Washington DC  20549
**Email:  secbankruptcy@sec.gov**

***ELECTRONIC MAIL***
*(Counsel to  Collin County, Collin County College, and City of Plano)*
Abernathy, Roeder, Boyd & Hullett, P.C.
Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn
1700 Redbud Blvd, Ste. 300
McKinney TX  75069
**Email:  plopez@abernathy-law.com**
**bankruptcy@abernathy-law.com**
**ehahn@abernathy-law.com**
**lboyd@abernathy-law.com**

***ELECTRONIC MAIL***
*(Counsel to DeRito Talking Stick North, LLC and affiliates)*
Ashby & Geddes, P.A.
Attn: Benjamin W. Keenan
500 Delaware Avenue, 8th Floor
Wilmington DE  19801
**Email:  bkeenan@ashbygeddes.com**

***ELECTRONIC MAIL***
*(Counsel to Brixmor Holdings 12 SPE, LLC and Buckingham Plaza Limited Partnership)*
Ballard Spahr LLP
Attn: Leslie C. Heilman, Laurel D. Roglen, Nicholas J. Brannick, Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington DE  19801-3034
**Email:  heilmanl@ballardspahr.com**
**roglenl@ballardspahr.com**
**brannickn@ballardspahr.com**
**vesperm@ballardspahr.com**

***ELECTRONIC MAIL***
*(Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC)*
Bayard, P.A.
Attn: Ericka F. Johnson
600 N. Market Street
Suite 400
Wilmington DE  19801
**Email:  ejohnson@bayardlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Ciuti International)*
Benesch Friedlander Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi, John C. Gentile,
Juan E. Martinez
1313 North Market Street
Suite 1201
Wilmington DE  19801-6101
**Email:  kcapuzzi@beneschlaw.com**
**jgentile@beneschlaw.com**
**jmartinez@beneschlaw.com**

**ELECTRONIC MAIL**
*(Counsel to Highway Properties, L.P.)*
Bielli & Klauder, LLC
Attn: David M. Klauder
1204 N. King Street
Wilmington DE  19801
**Email:  dklauder@bk-legal.com**

**ELECTRONIC MAIL**
*(Counsel to the Official 99SD Holdings LLC)*
Blanchard, Krasner & French
Attn: Robert W. Blanchard, Esq.
800 Silverado Street
2nd Floor
La Jolla CA  92037
**Email:  bblanchard@bkflaw.com**

**ELECTRONIC MAIL**
*(Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company)*
Chiesa Shahinian & Giantomasi PC
Attn: Jonathan Bondy, Terri J. Freedman
105 Eisenhower Parkway
Roseland NJ  07068
**Email:  jbondy@csglaw.com**
**tfreedman@csglaw.com**

**ELECTRONIC MAIL**
*(Counsel to ALDI Inc.)*
Connolly Gallagher LLP
Attn: Karen C. Bifferato
1201 North Market Street, 20th Floor
Wilmington DE  19801
**Email:  kbifferato@connollygallagher.com**

**ELECTRONIC MAIL**
*(Counsel to Maricopa AZ Investments, LLC)*
Cross & Simon, LLC
Attn: Christopher P. Simon, Kevin S. Mann
1105 N. Market Street, Suite 901
Wilmington DE  19801
**Email:  csimon@crosslaw.com**
**kmann@crosslaw.com**

**ELECTRONIC MAIL**
Epps & Coulson
Attn: Dawn M. Coulson
1230 Crenshaw Boulevard, Suite 200
Torrance CA  90501
**Email:  dawn@eppscoulson.com**
**bkollman@eppscoulson.com**

**ELECTRONIC MAIL**
*(Counsel to PepsiCo, Inc.; PepsiCo Sales, Inc.; PepsiCo Beverages Sales, Inc.; Bottling Group, LLC; Frito-Lay North America, Inc.; Rolling Frito Lay Sales, LP; and Quaker Sales & Distribution, Inc.)*
FrankGecker LLP
Attn: Joseph D. Frank, Jeremy C. Kleinman
1327 W. Washington Blvd.
Suite 5 G-H
Chicago IL  60607
**Email:  jfrank@fgllp.com**
**jkleinman@fgllp.com**

***ELECTRONIC MAIL***
*(Counsel to the Official 99SD Holdings LLC)*
Gellert Seitz Busenkell & Brown, LLC
Attn: Michael Busenkell
1201 North Orange Street
Suite 300
Wilmington DE  19801
**Email:  mbusenkell@gsbblaw.com**

***ELECTRONIC MAIL***
*(Counsel to North Valley Mall II LLC)*
Gibbons P.C
Attn: Katharina Earle
300 Delaware Avenue, Suite 1015
Wilmington DE  19801
**Email:  kearle@gibbonslaw.com**

***ELECTRONIC MAIL***
*(Counsel to FTT Village Fair North, LLC)*
Gilbert Bird Law Firm, PC
Attn: Ryan J. Bird
10575 North 114th Street, Suite 115
Scottsdale AZ  85259
**Email:  rbird@gilbertbirdlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Nissin Foods (USA) Co., Inc)*
Hahn Loeser & Parks LLP
Attn: Rocco I. Debitetto
200 Public Square
Suite 2800
Cleveland OH  44114
**Email:  ridebitetto@hahnlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Global Packaging Supply, Inc)*
Joyce, LLC
Attn: Michael J. Joyce
1225 King Street
Suite 800
Wilmington DE  19801
**Email:  mjoyce@mjlawoffices.com**

***ELECTRONIC MAIL***
Kern County Treasurer and Tax Collector Office
Attn: Bankruptcy Division
P.O. Box 579
Bakersfield CA  93302-0579
**Email:  bankruptcy@kerncounty.com**

***ELECTRONIC MAIL***
*(Counsel to Beaty, LLC.)*
Kogan Law Firm, APC
Attn: Michael S. Kogan
11500 W. Olympic Blvd.
Suite 400
Los Angeles CA  90064
**Email:  mkogan@koganlawfirm.com**

***ELECTRONIC MAIL***
*(Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc.)*
Landis Rath & Cobb LLP
Attn: Adam G. Landis, Richard S. Cobb, Joshua B. Brooks
919 Market Street, Suite 1800
Wilmington DE  19801
**Email:  landis@lrclaw.com
cobb@lrclaw.com
brooks@lrclaw.com**

***ELECTRONIC MAIL***
*(Counsel to DeRito Talking Stick North, LLC and affiliates)*
Lane & Nach, P.C.
Attn: Adam B. Nach, Paul Hilkert
2001 E. Campbell, Suite 103
Phoenix AZ  85016
**Email:  Adam.Nach@lane-nach.com
Paul.Hilkert@lane-nach.com**

**ELECTRONIC MAIL**
*(Counsel to Cameron County, City of McAllen, McLennan County, and Hidalgo County)*
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
PO Box 17428
Austin TX  78760-7428
**Email:  austin.bankruptcy@lgbs.com**

**ELECTRONIC MAIL**
*(Counsel to Bexar County and City of El Paso)*
Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E. Pecan Street
Suite 2200
San Antonio TX  78205
**Email:  sanantonio.bankruptcy@lgbs.com**

**ELECTRONIC MAIL**
*(Counsel to Tarrant County, Dallas County*
Linebarger Goggan Blair & Sampson, LLP
Attn: John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas TX  75207
**Email:  dallas.bankruptcy@lgbs.com**

**ELECTRONIC MAIL**
*(Counsel to Montgomery County, Fort Bend County,  Katy ISD, Harris CO ESD # 12, Houston ISD, Houston Comm Coll System, City of Humble, Harris CO ESD # 01, Harris CO ESD # 29, Harris CO ESD # 11, Harris CO ESD # 48, City of Pasadena, Harris CO ESD # 20, Harris CO ESD # 46, City of Houston, Harris CO ESD # 09, Lone Star College System, Harris CO ESD # 25)*
Linebarger Goggan Blair & Sampson, LLP
Attn: Tara L. Grundemeier
PO Box 3064
Houston TX  77253-3064
**Email:  houston_bankruptcy@lgbs.com**

**ELECTRONIC MAIL**
*(Counsel to PACA Claimants Jem-D International (Michigan) Inc. and  Promate Produce USA)*
McCarron & Diess
Attn: Gregory Brown
200 Broadhollow Road, Suite 207
Melville NY  11747
**Email:  gbrown@mccarronlaw.com**

**ELECTRONIC MAIL**
*(Counsel to The County of Denton, Texas and The City of Waco/Waco ISD)*
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
700 Jeffrey Way
Suite 100
Round Rock TX  78665
**Email:  jparsons@mvbalaw.com**

**ELECTRONIC MAIL**
*(Counsel to The County of Denton, Texas and The City of Waco/Waco ISD)*
McCreary, Veselka, Bragg, & Allen, P.C.
Attn: Julie Anne Parsons
P.O. Box 1269
Round Rock TX  78680-1269
**Email:  jparsons@mvbalaw.com**

**ELECTRONIC MAIL**
*(Counsel to CDS Distributing, Inc.)*
Meuers Law Firm, P.L.
Attn: Lawrence H. Meuers
5395 Park Central Court
Naples FL  34109
**Email:  lmeuers@meuerslawfirm.com**

***ELECTRONIC MAIL***
*(Counsel to the Debtor and Debtor in Possession)*
Milbank LLP
Attn: Lauren Doyle, Dennis Dunne, Michael Price, Brian Kinney, Jordyn Paperny
55 Hudson Yards
New York NY  10001-2163
**Email:  ldoyle@milbank.com**
**ddunne@milbank.com**
**mprice@milbank.com**
**bkinney@milbank.com**
**jpaperny@milbank.com**

***ELECTRONIC MAIL***
*(Counsel to Kimco Realty Corporation)*
Monzack Mersky and Browder, P.A
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington DE  19801
**Email:  rmersky@monlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Colgate-Palmolive Company)*
Morgan, Lewis & Bockius LLP
Attn: Jody C. Barillare
1201 N. Market Street
Suite 2201
Wilmington DE  19801
**Email:  jody.barillare@morganlewis.com**

***ELECTRONIC MAIL***
*(Counsel to Colgate-Palmolive Company)*
Morgan, Lewis & Bockius LLP
Attn: Melissay Y. Boey
1400 Page Mill Road
Palo Alto CA  94304
**Email:  melissa.boey@morganlewis.com**

***ELECTRONIC MAIL***
*(Counsel to the Debtor and Debtor in Possession)*
Morris, Nichols, Arsht & Tunnell LLP
Attn: Robert J. Dehney, Sr. , Matthew O. Talmo, Jonathan M. Weyand , Erin L. Williamson
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington DE  19899-1347
**Email:  rdehney@morrisnichols.com**
**mtalmo@morrisnichols.com**
**jweyand@morrisnichols.com**
**ewilliamson@morrisnichols.com**

***ELECTRONIC MAIL***
National Association of Attorneys General
Attn: Karen Cordry
1850 M St., Nw 12Th Floor
Washington DC  20036
**Email:  KCORDRY@NAAG.ORG**

***ELECTRONIC MAIL***
*(Counsel to Certain 2026 Note Holders)*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Sarah Harnett
1285 Avenue of the Americas
New York NY  10019-6064
**Email:  sharnett@paulweiss.com**

***ELECTRONIC MAIL***
*(Counsel to Richardson ISD, City of Colleyville, Grapevine-Colleyville ISD)*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Elizabeth Banda Calvo
500 E. Border Street
Suite 640
Arlington TX  76010
**Email:  ebcalvo@pbfcm.com**

**ELECTRONIC MAIL**
*(Counsel to City of Garland, Garland ISD, Carrollton-Farmers Branch ISD)*
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Linda D. Reece
1919 S. Shiloh Rd.
Suite 640, LB 40
Garland TX  75042
**Email:  lreece@pbfcm.com**

**ELECTRONIC MAIL**
*(Counsel to EMCOR Facilities Services, Inc.)*
Porter Hedges LLP
Attn: Joshua W. Wolfshohl, Michael B. Dearman
1000 Main Street
36th Floor
Houston TX  77002
**Email:  jwolfshohl@porterhedges.com
 mdearman@porterhedges.com**

**ELECTRONIC MAIL**
*(Counsel to Ad Hoc Group of Secured Noteholders)*
Potter Anderson & Corroon LLP
Attn: M. Blake Cleary, L. Katherine Good, Brett M. Haywood, Levi Akkerman
1313 N. Market Street, 6th Floor
Wilmington DE  19801
**Email: bcleary@potteranderson.com
kgood@potteranderson.com
bhaywood@potteranderson.com
lakkerman@potteranderson.com**

**ELECTRONIC MAIL**
*(Counsel to Passion Growers West, LLC)*
Procopio, Cory, Hargreaves & Savitch LLP
Attn: William Smelko
525 B Street, Suite 2200
San Diego CA  92101
**Email:  bill.smelko@procopio.com**

**ELECTRONIC MAIL**
*(Counsel to the FILO Agent, TC Lending, LLC, and Sixth Street Specialty Lending, Inc.)*
Proskauer Rose LLP
Attn: Ji Hye You, Adam Hillman, David M. Hillman, Megan Volin
Eleven Times Square
New York NY  10036-8299
**Email:  jyou@proskauer.com
dhillman@proskauer.com
mvolin@proskauer.com**

**ELECTRONIC MAIL**
*(Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc.)*
Proskauer Rose LLP
Attn: Jordan Sazant
70 West Madison
Suite 3800
Chicago IL  60602
**Email:  jsazant@proskauer.com**

**ELECTRONIC MAIL**
*(ABL Facility Agent)*
RBC Agency Services Group
Attention: Manager, Agency Services
20 King Street West
4th Floor, South Tower
Toronto ON  M5H 1C4
Canada
**Email:   susan.khokher@rbccm.com**

**ELECTRONIC MAIL**
*(Counsel to Wilmington Trust, National Association, as trustee for the 7.500% Senior Secured Notes due 2026)*
Reed Smith LLP
Attn: Kurt F. Gwynne, Jason D. Angelo
1201 North Market Street, Suite 1500
Wilmington DE  19801
**Email:  kgwynne@reedsmith.com
jangelo@reedsmith.com**

***ELECTRONIC MAIL***
*(Counsel to ALDI Inc.)*
Rubin & Levin, P.C.
Attn: James E. Rossow Jr.
135 N. Pennsylvania St., Suite 1400
Indianapolis IN  46204
**Email:  jim@rubin-levin.com**

***ELECTRONIC MAIL***
*(Counsel to Kent Holding LLC)*
Saul Ewing LLP
Attn: John D. Demmy
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington DE  19899
**Email:  john.demmy@saul.com**

***ELECTRONIC MAIL***
*(Counsel to Passion Growers West, LLC)*
Saul Ewing, LLP
Attn: Evan T. Miller
1201 N. Market St, Suite 2300
Wilmington DE  19801
**Email:  evan.miller@saul.com**

***ELECTRONIC MAIL***
*(Counsel to Passion Growers West, LLC)*
Saul Ewing, LLP
Attn: Jorge Garcia
701 Brickell Avenue, Suite 1700
Miami FL  33131
**Email:  jorge.garcia@saul.com**

***ELECTRONIC MAIL***
*(Counsel to Royal Bank of Canada)*
Sidley Austin LLP
Attn: Anna Gumport
350 South Grand Avenue
Los Angeles CA  90071
**Email:  agumport@sidley.com**

***ELECTRONIC MAIL***
*(Counsel to Royal Bank of Canada)*
Sidley Austin LLP
Attn: Dennis M. Twomey, Jackson T. Garvey, Ian C. Ferrell
One South Dearborn
Chicago IL  60603
**Email:  dtwomey@sidley.com**
**jgarvey@sidley.com**
**iferrell@sidley.com**

***ELECTRONIC MAIL***
*(Counsel to the ABL Lenders)*
Sidley Austin LLP
Attn: Michele A. Nudelman; Leslie Plaskon
787 7th Ave
New York NY  10019
**Email:  mnudelman@sidley.com;**
**lplaskon@sidley.com**

***ELECTRONIC MAIL***
*(Counsel to Realty Associates Fund X, L.P. and PP Tango CA, LLC)*
Singer & Levick, P.C.
Attn: Michelle E. Shriro
16200 Addison Road, Suite 140
Addison TX  75001
**Email:  mshriro@singerlevick.com**

***ELECTRONIC MAIL***
*(FILO Agent)*
Sixth Street Specialty Lending, Inc.
Attn: TSLX Accounting
2100 McKinney Ave, Suite 1500
Dallas TX  75201
**Email: TSLAccounting@tpg.com**
**TPG-TPGK@statestreet.com**

***ELECTRONIC MAIL***
*(Counsel to Ag Pros, LLC)*
Solomon Ward Seidenwurm & Smith, LLP
Attn: Michael D. Breslauer
401 B Street, Suite 1200
San Diego CA  92101
**Email:  mbreslauer@swsslaw.com**
**wyones@swsslaw.com**

*ELECTRONIC MAIL*
*(Counsel to Date Palm YFT, LLC, Date Palm SFT, LLC, and Date Palm BST, LLC)*
Stark & Stark, P.C.
Attn: Joseph H. Lemkin
P.O. Box 5315
Princeton NJ  08543
**Email:  jlemkin@stark-stark.com**

*ELECTRONIC MAIL*
State of Arizona Attorney General
Attn: Bankruptcy Department
2005 N Central Ave
Phoenix AZ  85004-2926
**Email:  AGINFO@AZAG.GOV**

*ELECTRONIC MAIL*
State of California Attorney General
Attn: Bankruptcy Department
P.O. Box 944255
Sacramento CA  94244-2550
**Email:  BANKRUPTCY@COAG.GOV**

*ELECTRONIC MAIL*
State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City NV  89701
**Email:  AGINFO@AG.NV.GOV**

*ELECTRONIC MAIL*
State of Texas Attorney General
Attn: Bankruptcy Department
Capitol Station
PO Box 12548
Austin TX  78711-2548
**Email: public.information@oag.state.tx.us**

*ELECTRONIC MAIL*
*(Counsel to Harco National Insurance Company)*
Stradley, Ronon, Stevens & Young, LLP
Attn: Daniel M. Pereira
1000 N. West Street, Suite 1200
Wilmington DE  19801
**Email:  dpereira@stradley.com**

*ELECTRONIC MAIL*
*(Counsel to PACA Claimants Jem-D International (Michigan) Inc. and Promate Produce USA)*
Sullivan Hazeltine Allinson LLC
Attn: William A. Hazeltine
919 North Market Street, Suite 420
Wilmington DE  19801
**Email:  whazeltine@sha-llc.com**

*ELECTRONIC MAIL*
*(Counsel to Dole Packaged Foods LLC)*
Sullivan, Hazeltine, Allinson LLC
Attn: Elihu E. Allinson
919 North Market Street
Suite 420
Wilmington DE  19801
**Email:  zallinson@sha-llc.com**

*ELECTRONIC MAIL*
*(Counsel to Raymond Leasing Corporation and Raymond Intralogistics Solutions)*
Swanson, Martin & Bell, LLP
Attn: Charles S. Stahl, Jr.
2525 Cabot Drive
Suite 204
Lisle IL  60532
**Email:  cstahl@smbtrials.com**

**ELECTRONIC MAIL**
*(Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC)*
Tayman Lane Chaverri LLP
Attn: Jeffrey Rhodes
2001 L Street, NW
Suite 500
Washington DC  20036
**Email:  jrhodes@tlclawfirm.com**

**ELECTRONIC MAIL**
*(Counsel to Texas Comptroller of Public Accounts, Revenue Accounting Division)*
Texas Attorney General's Office
Attn: Jamie Kirk
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas TX  75251
**Email:  jamie.kirk@oag.texas.gov**

**ELECTRONIC MAIL**
*(Counsel to Great American Insurance Company)*
The Law Office of T. Scott Leo
Attn: T. Scott Leo
100 N. LaSalle Street, Suite 514
Chicago IL  60602
**Email:  sleo@leolawpc.com**

**ELECTRONIC MAIL**
*(Counsel to Ralph Edwards Productions, a California Corporation)*
The Law Offices of Robert D. Bass
Attn: Robert D. Bass
832 Ike Mooney Rd., NE
Silverton OR  97381
**Email:  bob.bass47@icloud.com**

**ELECTRONIC MAIL**
*(Counsel to Newport Sales)*
The Rosner Law Group LLC
Attn: Frederick B. Rosner
824 N. Market St., Suite 810
Wilmington DE  19801
**Email:  rosner@teamrosner.com**

**ELECTRONIC MAIL**
*(Counsel to Maricopa AZ Investments, LLC)*
Tiffany & Bosco, PA
Attn: Christopher R. Kaup
Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix AZ  85016-4237
**Email:  crk@tblaw.com**

**ELECTRONIC MAIL**
*(Counsel to Maricopa AZ Investments, LLC)*
Tiffany & Bosco, PA
Attn: Christopher R. Kaup, David M. Barlow
2525 E Camelback Rd, Seventh Floor
Phoenix AZ  85016
**Email:  crk@tblaw.com**
**dmb@tblaw.com**

**ELECTRONIC MAIL**
*(Counsel to Producers Dairy Foods, Inc. )*
Wanger Jones Helsley
Attn: John P. Kinsey, Riley C. Walter, Ian J. Quinn
265 E. River Park Circle, Suite 310
Fresno CA  93720
**Email:  rwalter@wjhattorneys.com**
**iquinn@wjhattorneys.com**
**jkinsey@wjhattorneys.com**

**ELECTRONIC MAIL**
*(Counsel to the Ad Hoc Group of 2026 Noteholders and Ad Hoc Group of Secured Noteholders )*
Weil, Gotshal & Manges LLP
Attn: Chase Bentley, Jeffrey D. Safferstein, Andriana Georgallas, Theodore E. Tsekerides, Jessica L. Falk
767 Fifth Avenue
New York NY  10153-0119
**Email:  Chase.Bentley@weil.com**
**jeffrey.saferstein@weil.com**
**andriana.georgallas@weil.com;**
**theodore.tsekerides@weil.com;**
**jessica.falk@weil.com**

**ELECTRONIC MAIL**
*(Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company, and Great American Insurance Company)*
Whiteford, Taylor & Preston LLC
Attn: Thomas J. Francella, Jr.
600 North King Street, Suite 300
Wilmington DE  19801
**Email:  tfrancella@whitefordlaw.com**

**ELECTRONIC MAIL**
*(Trustee and Notes Collateral Agent pursuant to 2026 Notes Indenture)*
Wilmington Trust, National Association
Attn: Rita Marie Ritrovato
1100 North Market Street
Wilmington DE  19890-1605
**Email:  rritrovato@wilmingtontrust.com**

**ELECTRONIC MAIL**
*(Counsel to RCB Equities #1, LLC)*
Wolf, Rifkin, Shapiro, Schulman & Rabkin
Attn: Simon Aron, Elsa Horowitz, Daniel Medioni, Mark Rosenbaum, John Samberg, Johnny White
11400 West Olympic Boulevard
Ninth Floor
Los Angeles CA  90064
**Email:  saron@wrslawyers.com
ehorowitz@wrslawyers.com
dmedioni@wrslawyers.com
mrosenbaum@wrslawyers.com
jsamberg@wrslawyers.com
jwhite@wrslawyers.com**

**ELECTRONIC MAIL**
*(Counsel to Royal Bank of Canada)*
Young Conaway Stargatt & Taylor, LLP
Attn: Edmon L. Morton and Carol E. Cox
Rodney Square
1000 North King Street
Wilmington DE  19801
**Email:  emorton@ycst.com;
ccox@ycst.com;
bankfilings@ycst.com**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
Bimbo Bakeries USA Inc
Attn: Darrell Miller
355 Business Center
Horsham PA  19044-3414
**Email:  dmiller@bbumail.com**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
Capstone Logistics LLC
Attn: Rick Tomcho
30 Technology Pkwy South
Suite 200
Peachtree Corners GA  30092
**Email:
rick.tomcho@capstonelogistics.com**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
Ciuti International Inc
Attn: Marcel Trincale
10865 Jersey Boulevard
Rancho Cucamonga CA  91730
**Email:  marcel@ciuti.com**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
Dart Warehouse Corporation
Attn: Mindy Dwyer
1430 South Eastman Ave
Los Angeles CA  90023
**Email:  mdwyer@dartentities.com**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
Dollar Sourcing Trading Co Ltd
Attn: John Zheng
No. 128
East of Changshou Rd Yinzhou
Ningbo  315105
China
**Email:  john@home-dollar.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
DSL Holding Limited
Attn: Ms. Helen Chu
Floor 10, Block A
Eldex Industrial Building No. 21 Ma Tau Wai Rd
Hung Hom, Kowloon
Hong Kong
**Email:  helen@dslholding.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Eggs Unlimited LLC
Attn: Tim Cohen
92 Corporate Park
Suite C-803
Irvine CA  92606
**Email:  tcohen@eggsunlimited.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
EMCOR Group, Inc.
Attn: Tim Murphy
301 Merritt Seven
Norwalk CT  06851
**Email:  tim_murphy@emcorgroup.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Fabrica De Jabon La Corona Sa De C.V.
Attn: Alejandra Martin Del Campo
Carlos B. Zetina Xalostoc
No 80 Xalostoc Industrial Park
Ecatepec de Morelos   55348
Mexico
**Email:  alejandram@lacorona.com.mx**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Ford Hong Kong Limited
Attn: Alan Kong
Unit 1, G/F
Vanta Industrial Center 21-33 Tai Lin Pai Road
Kwai Chung, New Territories
Hong Kong
**Email:  marieysl@fordhk.net**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Frito Lay Inc
Attn: Chris Quinn
7701 Legacy Drive
Plano TX  75204-4099
**Email:  chris.m.quinn@fritolay.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
J B Hunt Transport Inc
Attn: John Roberts
615 J.B. Hunt Corporate Drive
Lowell AR  72745
**Email:  john_roberts@jbhunt.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Lewisco Holdings LLC
Attn: Jonathan Fox
208 W 30th Street
New York NY  10011
**Email:  jf@lewiscoholdings.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Little Farm Distribution Inc
Attn: Mario Varo Perez
456 E 19th St
Upland CA  91784
**Email:  mario.perez@losaltosfoods.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Mayflower Distributing Company Inc
Attn: Joe Abelovitz
1155 Medallion Drive
Mendota Heights MN  55120
**Email:
j.abelovitz@mayflowerdistributing.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Mckee Foods Corp
Attn: Chris McKee
10260 McKee Rd
Collegedale TN  37363
**Email:  chris_mckee@mckee.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Ningbo Assisting Trading Co Ltd
Attn: President or General Counsel
No. 258 Dieyuan Rd
Room 2601
Ningbo   315100
China
**Email:  Emily@ningbotower.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Ningbo Home-Dollar Imp & Exp Corp
Attn: Moon Yan
69 Guangyuan Rd
Ningbo, Zhejiang   315033
China
**Email:  myan@home-dollar.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Nissin Foods USA Co Inc
Attn: Michael Price
2001 W. Rosecrans Avenue
Gardena CA  90249
**Email:  mprice@nissinfoods.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Passion Growers West LLC
Attn: Eugenia Barth
1352 Decision Street
Vista CA  92081
**Email:  eugenia@passiongrowers.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Pepsi Beverages Bottling Group LLC
Attn: Ram Krishnan
1 Pepsi Way
Somers NY  10589
**Email:  ram.krishnan@pepsico.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Producers Dairy Foods Inc
Attn: John Keith, Victor Lai
250 E Belmont Ave.
Fresno CA  93701
**Email:  john.keith@producersdairy.com
Brian.Sweet@ShehadeyFoods.com
victor.lai@shehadeyfoods.com
rwalter@wjhattorneys.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Promate Inc
Attn: Sergio Garcia
5688 S Boyle Ave
Vernon CA  90058
**Email:  sergiopromate@icloud.com**

***ELECTRONIC MAIL***
*(Top 30 Unsecured Creditors)*
Reach International Trading Limited
Attn: Robert and Nickel
Unit A, 9F.
Silvercorp International Tower 707-713
Nathan Road
Mongkok, Kowloon
Hong Kong
**Email:  nickel@nbreach.cn**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
Reyes Coca Cola Bottling LLC
Attn: J. Christopher Reyes
7400 N. Oak Park Avenue
Niles IL  60714
**Email:  creyes@reyesholdings.com**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
Safeway Inc d/b/a: Lucerne Foods Inc
Attn: Wendy Gutshall
5918 Stoneridge Mall Road
Pleasanton CA  94588
**Email:  wendy.gutshall@safeway.com**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
State of California
Attn: Hoon Chun
District Attorney, County of Los Angeles
211 W. Temple St. Floor 10
Los Angeles CA  90012-4455
**Email:  Hchun@da.lacounty.gov**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
State of California
Attn: Thomas Papageorge
District Attorney, County of San Diego
330 W. Broadway Suite 750
San Diego CA  92101
**Email:  Thomas.Papageorge@sdcda.org**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
Variety Asia Ltd
Attn: Gary
St. George's Building, Room 303
2 Ice House Street
Central
Hong Kong
**Email:  sales4@variety-asia.com**

**ELECTRONIC MAIL**
*(Top 30 Unsecured Creditors)*
Vistar
Attn: Darren Hamblen
1188 Inverness Dr West 800
Englewood CO  80112
**Email:  darrenhamblen@vistar.com**

**ELECTRONIC MAIL**
*(Counsel to Shell Energy Solutions)*
Garvan F. McDaniel, Esq.
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE  19806
**Email:  gfmcdaniel@dkhogan.com**

**ELECTRONIC MAIL**
*(Counsel to Oracle Limberlost Shopping Center, LLC and Goodwill of Central and Northern Arizona)*
Benjamin W. Keenan, Esq.
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
**Email: bkeenan@ashbygeddes.com**

**ELECTRONIC MAIL**
*(Counsel to Oracle Limberlost Shopping Center, LLC and Goodwill of Central and Northern Arizona)*
Adam B. Nach, Esq.
Paul Hilkert, Esq.
LANE & NACH, P.C.
2001 E. Campbell, Suite 103
Phoenix, AZ  85016
**Email:  Adam.Nach@Lane-Nach.com;
Paul.Hilkert@Lane-Nach.com**

***ELECTRONIC MAIL***
*(Counsel to Niki Main Street, L.P. and OP Crimson, LLC)*
Byron Z. Moldo
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 12th Floor
Beverly Hills, CA  90212
**Email: bmoldo@ecjlaw.com**

***ELECTRONIC MAIL***
*(Counsel to American National Insurance Company)*
Tara B. Annweiler
Marc D. Young
Greer, Herz & Adams, LLP
One Moody Plaza, 18th Floor
Galveston, TX  77500
**Email: tannweiler@greerherz.com; myoung@greerherz.com**

***ELECTRONIC MAIL***
*(Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education)*
Susan Fuertes
Assistant County Attorney
Harris County Attorney's Office
Attention: Property Tax Division
P.O. Box 2848
Houston, TX  77252
**Email: taxbankruptcy.cao@harriscountytx.gov**

***ELECTRONIC MAIL***
Claims and Noticing Agent
Kroll Restructuring Administration LLC
Attn: Herb Baer, Jessica Berman, Christine Porter
55 East 52nd Street, 16th Floor
New York, NY  10055
**Email:  99onlyTeam@ra.kroll.com; serviceqa@ra.kroll.com**

***ELECTRONIC MAIL***
*(Counsel to Palmdale Investment Group, LLC)*
Ernie Zachary Park, Esq.
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602
**Email:  ernie.park@bewleylaw.com**

***ELECTRONIC MAIL***
*(Counsel for Dollar Tree, Inc.)*
Zachary I. Shapiro, Esq.
Emily R. Mathews, Esq.
Gabrielle A. Colson, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
**Email: shapiro@rlf.com; mathews@rlf.com; colson@rlf.com**

***ELECTRONIC MAIL***
*(Counsel for Dollar Tree, Inc.)*
Heather Lennox, Esq.
T. Daniel Reynolds, Esq.
Nicholas Buchta, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
**Email: hlennox@jonesday.com; tdreynolds@jonesday.com; nbuchta@jonesday.com**

***ELECTRONIC MAIL***
*(Counsel for J3 Generations, LLC)*
Sanford J. Germaine, Esq.
Sanford J. Germaine, P.C.
4634 N. 44th Street
Phoenix, AZ  85018
**Email:  sgermaine@germaine-law.com**