# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Nova Manna, Inc. ("Nova") hereby appears in the above-captioned cases through their undersigned counsel and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), request that all notices given or required to be given in these cases or any related adversary proceedings and all papers served or required to be served in these cases be given and served upon:

| **SNELL & WILMER**<br>Steven D. Jerome, Esq.<br>James G. Florentine, Esq.<br>One East Washington Street<br>Suite 2700<br>Phoenix, AZ 85004<br>Tel: (602) 382-6000<br>Email: sjerome@swlaw.com<br>       jflorentine@swlaw.com | **ASHBY & GEDDES, P.A.**<br>Gregory A. Taylor, Esq.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 654-1888<br>Email: gtaylor@ashbygeddes.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes copies of all papers, including, but not limited to, notices, reports, pleadings, motions, applications, petitions, or other requests filed in these cases or any related adversary proceeding and that such notice be provided to the persons listed above.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

{02012428;v1 }

**PLEASE TAKE FURTHER NOTICE** that Nova intends that neither this Notice of Appearance nor any other filing shall be sufficient to waive (1) its right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or in any matters, controversies, or proceedings related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Nova is or may be entitled to under applicable law or in equity, all of which are expressly preserved.

Dated: May 7, 2024
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 654-1888
Email: gtaylor@ashbygeddes.com

-and-

**SNELL & WILMER**
Steven D. Jerome, Esq.
James G. Florentine, Esq.
One East Washington Street
Suite 2700
Phoenix, AZ 85004
Tel: (602) 382-6000
Email: sjerome@swlaw.com
        jflorentine@swlaw.com

*Counsel to Nova Manna, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 7th day of May 2024, a copy of the *Notice of Appearance and Request for Service of Papers* was served on all parties of record via CM/ECF.

Dated: May 7, 2024                                    */s/ Gregory A. Taylor*
                                                                    Gregory A. Taylor (No. 4008)