# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| NUMBER HOLDINGS, INC., *et al.*, | ) |
| Debtors. | ) Chapter 11 |
|  | ) Case No. 24-10719 (JKS) |
|  | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Daniel M. Pereira, Esquire, of Stradley Ronon Stevens & Young, LLP, attorneys for Gessner Square, Ltd. ("Gessner"), hereby enters his appearance in the above-captioned case on behalf of Gessner, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §1109(b), and hereby demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon him at the address set forth below:

> Daniel M. Pereira
> Stradley, Ronon, Stevens & Young, LLP
> 1000 N. West Street, Suite 1200
> Wilmington, DE 19801
> dpereira@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, complaints, or other documents which, in any way, affect the above-captioned debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that Gessner does not intend for this notice of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of Gessner to have final orders in non-core matters entered only after de novo review by the

District Court, (2) the right of Gessner to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Gessner to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Gessner is or may be entitled.

                                              **STRADLEY RONON STEVENS & YOUNG, LLP**

                                              */s/ Daniel M. Pereira*
Daniel M. Pereira (#6450)
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-3805
(302) 295-4801 (fax)
dpereira@stradley.com

*Attorneys for Gessner Square, Ltd.*

Dated: May 8, 2024

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | )  |
|---|---|
| In re: | ) |
| | ) |
| NUMBER HOLDINGS, INC., *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Case No. 24-10719 (JKS) |
| | ) |
| | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Daniel M. Pereira, hereby certify that on this date, I caused the foregoing Notice of Appearance and Request for Service to be electronically filed via the Court's ECF system. The foregoing document is available for viewing and downloading from the PACER system. Electronic notice of this filing was sent to all counsel of record.

*/s/ Daniel M. Pereira*
Daniel M. Pereira (#6450)
Stradley, Ronon, Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-3805
(302) 295-4801 (fax)
dpereira@stradley.com

*Attorneys for Gessner Square, L.P.*

Dated: May 8, 2024

4494387v.1