# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NUMBER HOLDINGS, INC. *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10719 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Isa Kim, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth (1) on the Core/2002 Service List attached hereto as **Exhibit A**; (2) on the Notice Parties Service List attached hereto as **Exhibit B**; and (3) on the Vendors Service List attached hereto as **Exhibit C**:

- Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and Abandonment of Property Related Thereto) [Docket No. 204]

Dated: May 7, 2024

                                                                       */s/ Isa Kim*
                                                                       Isa Kim

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 7, 2024, by Isa Kim, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (I) Number Holdings, Inc. (1463); (II) 99 Cents HoldCo LLC (3987); (III) 99 Cents Only Stores LLC (1605); (IV) 99 Cents Only Stores Texas, Inc. (1229); (V) 99 Cents PropCo LLC (7843); (VI) Bargain Wholesale LLC (8030); and (VIII) BW Global Logistics (Hong Kong) Ltd. (N/A). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

                                                                                                    SRF 78589

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Collin County, Collin County College, and City of Plano | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd, Ste. 300<br>McKinney TX 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com | Email |
| Counsel to DeRito Talking Stick North, LLC and affiliates | Ashby & Geddes, P.A. | Attn: Benjamin W. Keenan<br>500 Delaware Avenue, 8th Floor<br>Wilmington DE 19801 | bkeenan@ashbygeddes.com | Email |
| Counsel to Brixmor Holdings 12 SPE, LLC and Buckingham Plaza Limited Partnership | Ballard Spahr LLP | Brannick, Margaret A. Vesper | roglenl@ballardspahr.com | Email |
| Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC | Bayard, P.A. | Attn: Ericka F. Johnson<br>600 N. Market Street<br>Suite 400<br>Wilmington DE 19801 | ejohnson@bayardlaw.com | Email |
| Top 30 Unsecured Creditors | Bimbo Bakeries USA Inc | Attn: Darrell Miller<br>355 Business Center<br>Horsham PA 19044-3414 | dmiller@bbumail.com | Email |
| Top 30 Unsecured Creditors | Capstone Logistics LLC | Attn: Rick Tomcho<br>30 Technology Pkwy South<br>Suite 200<br>Peachtree Corners GA 30092 | rick.tomcho@capstonelogistics.com | Email |
| Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company | Chiesa Shahinian & Giantomasi PC | Attn: Jonathan Bondy, Terri J. Freedman<br>105 Eisenhower Parkway<br>Roseland NJ 07068 | jbondy@csglaw.com<br>tfreedman@csglaw.com | Email |
| Top 30 Unsecured Creditors | Ciuti International Inc | Attn: Marcel Trincale<br>10865 Jersey Boulevard<br>Rancho Cucamonga CA 91730 | marcel@ciuti.com | Email |
| Top 30 Unsecured Creditors | Colgate-Palmolive Co | Attn: Jesper Nordengaard<br>300 Park Ave.<br>11th Floor<br>New York NY 10022 | jesper_nordengaard@colpal.com | Email |
| Top 30 Unsecured Creditors | Dart Warehouse Corporation | Attn: Mindy Dwyer<br>1430 South Eastman Ave<br>Los Angeles CA 90023 | mdwyer@dartentities.com | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: President or General Counsel<br>820 Silver Lake Blvd<br>Suite 100<br>Dover DE 19904 | | First Class Mail |
| Top 30 Unsecured Creditors | Dollar Sourcing Trading Co Ltd | Attn: John Zheng<br>No. 128<br>East of Changshou Rd Yinzhou<br>Ningbo 315105 China | john@home-dollar.com | Email |
| Top 30 Unsecured Creditors | DSL Holding Limited | Attn: Ms. Helen Chu<br>Floor 10, Block A<br>Eldex Industrial Building No. 21 Ma Tau Wai Rd<br>Hung Hom, Kowloon Hong Kong | helen@dslholding.com | Email |
| Top 30 Unsecured Creditors | Eggs Unlimited LLC | Attn: Tim Cohen<br>92 Corporate Park<br>Suite C-803<br>Irvine CA 92606 | tcohen@eggsunlimited.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditors | EMCOR Group, Inc. | Attn: Tim Murphy<br>301 Merritt Seven<br>Norwalk CT 06851 | tim_murphy@emcorgroup.com | Email |
| Epps & Coulson | Epps & Coulson | Attn: Dawn M. Coulson<br>1230 Crenshaw Boulevard, Suite 200<br>Torrance CA 90501 | dawn@eppscoulson.com<br>bkollman@eppscoulson.com | Email |
| Top 30 Unsecured Creditors | Fabrica De Jabon La Corona Sa De C.V. | Attn: Alejandra Martin Del Campo<br>Carlos B. Zetina Xalostoc<br>No 80 Xalostoc Industrial Park<br>Ecatepec de Morelos 55348 Mexico | alejandram@lacorona.com.mx | Email |
| Top 30 Unsecured Creditors | Ford Hong Kong Limited | Attn: Alan Kong<br>Unit 1, G/F<br>Vanta Industrial Center 21-33 Tai Lin Pai Road<br>Kwai Chung, New Territories Hong Kong | marieysl@fordhk.net | Email |
| Counsel to PepsiCo, Inc.; PepsiCo Sales, Inc.; PepsiCo Beverages Sales, Inc.; Bottling Group, LLC; Frito-Lay North America, Inc.; Rolling Frito Lay Sales, LP; and Quaker Sales & Distribution, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman<br>1327 W. Washington Blvd.<br>Suite 5 G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email |
| Top 30 Unsecured Creditors | Frito Lay Inc | Attn: Chris Quinn<br>7701 Legacy Drive<br>Plano TX 75204-4099 | chris.m.quinn@fritolay.com | Email |
| Counsel to North Valley Mall II LLC | Gibbons P.C | Attn: Katharina Earle<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801 | kearle@gibbonslaw.com | Email |
| Counsel to FTT Village Fair North, LLC | Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird<br>10575 North 114th Street, Suite 115<br>Scottsdale AZ 85259 | rbird@gilbertbirdlaw.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave NW<br>Washington DC 20224 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Top 30 Unsecured Creditors | J B Hunt Transport Inc | Attn: John Roberts<br>615 J.B. Hunt Corporate Drive<br>Lowell AR 72745 | john_roberts@jbhunt.com | Email |
| Counsel to Global Packaging Supply, Inc | Joyce, LLC | Attn: Michael J. Joyce<br>1225 King Street<br>Suite 800<br>Wilmington DE 19801 | mjoyce@mjlawoffices.com | Email |
| Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc. | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Richard S. Cobb, Joshua B. Brooks<br>919 Market Street, Suite 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>cobb@lrclaw.com<br>brooks@lrclaw.com | Email |
| Counsel to DeRito Talking Stick North, LLC and affiliates | Lane & Nach, P.C. | Attn: Adam B. Nach, Paul Hilkert<br>2001 E. Campbell, Suite 103<br>Phoenix AZ 85016 | Adam.Nach@lane-nach.com<br>Paul.Hilkert@lane-nach.com | Email |
| Top 30 Unsecured Creditors | Lewisco Holdings LLC | Attn: Jonathan Fox<br>208 W 30th Street<br>New York NY 10011 | jf@lewiscoholdings.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cameron County, City of Mcallen, Mclennan County, and Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to Bexar County and City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Tarrant County, Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com | Email |
| Counsel to Montgomery County and Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Top 30 Unsecured Creditors | Little Farm Distribution Inc | Attn: Mario Varo Perez<br>456 E 19th St<br>Upland CA 91784 | mario.perez@losaltosfoods.com | Email |
| Top 30 Unsecured Creditors | Mayflower Distributing Company Inc | Attn: Joe Abelovitz<br>1155 Medallion Drive<br>Mendota Heights MN 55120 | j.abelovitz@mayflowerdistributing.com | Email |
| Counsel to PACA Claimants Jem-D International (Michigan) Inc. and Promate Produce USA | McCarron & Diess | Attn: Gregory Brown<br>200 Broadhollow Road, Suite 207<br>Melville NY 11747 | gbrown@mccarronlaw.com | Email |
| Counsel to The County of Denton, Texas and The City of Waco/Waco ISD | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way<br>Suite 100<br>Round Rock TX 78665 | jparsons@mvbalaw.com | Email |
| Counsel to The County of Denton, Texas and The City of Waco/Waco ISD | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | Email |
| Top 30 Unsecured Creditors | Mckee Foods Corp | Attn: Chris McKee<br>10260 McKee Rd<br>Collegedale TN 37363 | chris_mckee@mckee.com | Email |
| Counsel to CDS Distributing, Inc. | Meuers Law Firm, P.L. | Attn: Lawrence H. Meuers<br>5395 Park Central Court<br>Naples FL 34109 | lmeuers@meuerslawfirm.com | Email |
| Proposed Counsel to the Debtor and Debtor in Possession | Milbank LLP | Attn: Lauren Doyle, Dennis Dunne, Michael Price, Brian Kinney, Jordyn Paperny<br>55 Hudson Yards<br>New York NY 10001-2163 | ldoyle@milbank.com<br>ddunne@milbank.com<br>mprice@milbank.com<br>bkinney@milbank.com<br>jpaperny@milbank.com | Email |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Counsel to Colgate-Palmolive Company | Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare<br>1201 N. Market Street<br>Suite 2201<br>Wilmington DE 19801 | jody.barillare@morganlewis.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Colgate-Palmolive Company | Morgan, Lewis & Bockius LLP | Attn: Melissay Y. Boey<br>1400 Page Mill Road<br>Palo Alto CA 94304 | melissa.boey@morganlewis.com | Email |
| Proposed Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr. , Matthew O. Talmo, Jonathan M. Weyand , Erin L. Williamson<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | rdehney@morrisnichols.com<br>mtalmo@morrisnichols.com<br>jweyand@morrisnichols.com<br>ewilliamson@morrisnichols.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., Nw 12Th Floor<br>Washington DC 20036 | KCORDRY@NAAG.ORG | First Class Mail and Email |
| Top 30 Unsecured Creditors | Ningbo Assisting Trading Co Ltd | Attn: President or General Counsel<br>No. 258 Dieyuan Rd<br>Room 2601<br>Ningbo 315100 China | Emily@ningbotower.com | Email |
| Top 30 Unsecured Creditors | Ningbo Home-Dollar Imp & Exp Corp | Attn: Moon Yan<br>69 Guangyuan Rd<br>Ningbo, Zhejiang 315033 China | myan@home-dollar.com | Email |
| Top 30 Unsecured Creditors | Nissin Foods USA Co Inc | Attn: Michael Price<br>2001 W. Rosecrans Avenue<br>Gardena CA 90249 | mprice@nissinfoods.com | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Rosa Sierra-Fox<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | rosa.sierra-fox@usdoj.gov | Email |
| Top 30 Unsecured Creditors | Passion Growers West LLC | Attn: Eugenia Barth<br>1352 Decision Street<br>Vista CA 92081 | eugenia@passiongrowers.com | Email |
| Counsel to Certain 2026 Note Holders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sarah Harnett<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | sharnett@paulweiss.com | Email |
| Top 30 Unsecured Creditors | Pepsi Beverages Bottling Group LLC | Attn: Ram Krishnan<br>1 Pepsi Way<br>Somers NY 10589 | ram.krishnan@pepsico.com | Email |
| Counsel to Richardson ISD, City of Colleyville, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ebcalvo@pbfcm.com | Email |
| Counsel to City of Garland, Garland ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece<br>1919 S. Shiloh Rd.<br>Suite 640, LB 40<br>Garland TX 75042 | lreece@pbfcm.com | Email |
| Counsel to EMCOR Facilities Services, Inc. | Porter Hedges LLP | Attn: Joshua W. Wolfshohl, Michael B. Dearman<br>1000 Main Street<br>36th Floor<br>Houston TX 77002 | jwolfshohl@porterhedges.com<br>mdearman@porterhedges.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ad Hoc Group of Secured Noteholders | Potter Anderson & Corroon LLP | Attn: M. Blake Cleary, L. Katherine Good, Brett M. Haywood, Levi Akkerman<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801 | bcleary@potteranderson.com<br>kgood@potteranderson.com<br>bhaywood@potteranderson.com<br>lakkerman@potteranderson.com | Email |
| Counsel to Passion Growers West, LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: William Smelko<br>525 B Street, Suite 2200<br>San Diego CA 92101 | bill.smelko@procopio.com | Email |
| Top 30 Unsecured Creditors | Producers Dairy Foods Inc | Attn: John Keith<br>250 E Belmont Ave.<br>Fresno CA 93701 | john.keith@producersdairy.com<br>Brian.Sweet@ShehadeyFoods.com<br>victor.lai@shehadeyfoods.com<br>rwalter@wjhattorneys.com | Email |
| Top 30 Unsecured Creditors | Promate Inc | Attn: Sergio Garcia<br>5688 S Boyle Ave<br>Vernon CA 90058 | sergiopromate@icloud.com | Email |
| Counsel to the FILO Agent, TC Lending, LLC, and Sixth Street Specialty Lending, Inc. | Proskauer Rose LLP | Attn: Ji Hye You, Adam Hillman, David M. Hillman, Megan Volin<br>Eleven Times Square<br>New York NY 10036-8299 | jyou@proskauer.com<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Email |
| Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc. | Proskauer Rose LLP | Attn: Jordan Sazant<br>70 West Madison<br>Suite 3800<br>Chicago IL 60602 | jsazant@proskauer.com | Email |
| ABL Facility Agent | RBC Agency Services Group | Attention: Manager, Agency Services<br>20 King Street West<br>4th Floor, South Tower<br>Toronto ON M5H 1C4 Canada | susan.khokher@rbccm.com | Email |
| PropCo Promissory Note Lender | RCB Equities #1, LLC | Attn: General Counsel<br>c/o Barak Richter & Dror<br>5862 West 3rd Street<br>Los Angeles CA 90036 | | First Class Mail |
| Top 30 Unsecured Creditors | Reach International Trading Limited | Attn: Robert and Nickel<br>Unit A, 9F.<br>Silvercorp International Tower 707-713 Nathan Road<br>Mongkok, Kowloon Hong Kong | nickel@nbreach.cn | Email |
| Counsel to Wilmington Trust, National Association, as trustee for the 7.500% Senior Secured Notes due 2026 | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street, Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>jangelo@reedsmith.com | Email |
| Top 30 Unsecured Creditors | Reyes Coca Cola Bottling LLC | Attn: J. Christopher Reyes<br>7400 N. Oak Park Avenue<br>Niles IL 60714 | creyes@reyesholdings.com | Email |
| Top 30 Unsecured Creditors | Safeway Inc d/b/a: Lucerne Foods Inc | Attn: Wendy Gutshall<br>5918 Stoneridge Mall Road<br>Pleasanton CA 94588 | wendy.gutshall@safeway.com | Email |
| Counsel to Kent Holding LLC | Saul Ewing LLP | Attn: John D. Demmy<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | john.demmy@saul.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Passion Growers West, LLC | Saul Ewing, LLP | Attn: Evan T. Miller<br>1201 N. Market St, Suite 2300<br>Wilmington DE 19801 | evan.miller@saul.com | Email |
| Counsel to Passion Growers West, LLC | Saul Ewing, LLP | Attn: Jorge Garcia<br>701 Brickell Avenue, Suite 1700<br>Miami FL 33131 | jorge.garcia@saul.com | Email |
| Secretary of State | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | | First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to Royal Bank of Canada | Sidley Austin LLP | Attn: Anna Gumport<br>350 South Grand Avenue<br>Los Angeles CA 90071 | agumport@sidley.com | Email |
| Counsel to Royal Bank of Canada | Sidley Austin LLP | Attn: Dennis M. Twomey, Jackson T. Garvey, Ian C. Ferrell<br>One South Dearborn<br>Chicago IL 60603 | dtwomey@sidley.com<br>jgarvey@sidley.com<br>iferrell@sidley.com | Email |
| Counsel to the ABL Lenders | Sidley Austin LLP | Attn: Michele A. Nudelman; Leslie Plaskon<br>787 7th Ave<br>New York NY 10019 | mnudelman@sidley.com | Email |
| Counsel to Realty Associates Fund X, L.P. | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| FILO Agent | Sixth Street Specialty Lending, Inc. | Attn: TSLX Accounting<br>2100 McKinney Ave, Suite 1500<br>Dallas TX 75201 | TSLAccounting@tpg.com<br>TPG-TPGK@statestreet.com | Email |
| Counsel to Ag Pros, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer<br>401 B Street, Suite 1200<br>San Diego CA 92101 | mbreslauer@swsslaw.com<br>wyones@swsslaw.com | Email |
| Counsel to Date Palm YFT, LLC, Date Palm SFT, LLC, and Date Palm BST, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com | Email |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| Top 30 Unsecured Creditors | State of California | Attn: Hoon Chun<br>District Attorney, County of Los Angeles<br>211 W. Temple St. Floor 10<br>Los Angeles CA 90012-4455 | Hchun@da.lacounty.gov | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 30 Unsecured Creditors | State of California | Attn: Thomas Papageorge<br>District Attorney, County of San Diego<br>330 W. Broadway Suite 750<br>San Diego CA 92101 | Thomas.Papageorge@sdcda.org | Email |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | AGINFO@AG.NV.GOV | Email |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |
| Counsel to PACA Claimants Jem-D International (Michigan) Inc. and Promate Produce USA | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 North Market Street, Suite 420<br>Wilmington DE 19801 | whazeltine@sha-llc.com | Email |
| Counsel to Dole Packaged Foods LLC | Sullivan, Hazeltine, Allinson LLC | Attn: Elihu E. Allinson<br>919 North Market Street<br>Suite 420<br>Wilmington DE 19801 | zallinson@sha-llc.com | Email |
| Counsel to Raymond Leasing Corporation and Raymond Intralogistics Solutions | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle IL 60532 | cstahl@smbtrials.com | Email |
| Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes<br>2001 L Street, NW<br>Suite 500<br>Washington DC 20036 | jrhodes@tlclawfirm.com | Email |
| Counsel to Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Jamie Kirk<br>Bankruptcy & Collections Division<br>12221 Merit Drive, Suite 825<br>Dallas TX 75251 | jamie.kirk@oag.texas.gov | Email |
| Counsel to Great American Insurance Company | The Law Office of T. Scott Leo | Attn: T. Scott Leo<br>100 N. LaSalle Street, Suite 514<br>Chicago IL 60602 | sleo@leolawpc.com | Email |
| Counsel to Ralph Edwards Productions, a California Corporation | The Law Offices of Robert D. Bass | Attn: Robert D. Bass<br>832 Ike Mooney Rd., NE<br>Silverton OR 97381 | bob.bass47@icloud.com | Email |
| Counsel to Newport Sales | The Rosner Law Group LLC | Attn: Frederick B. Rosner<br>824 N. Market St., Suite 810<br>Wilmington DE 19801 | rosner@teamrosner.com | Email |
| Counsel to Maricopa AZ Investments, LLC | Tiffany & Bosco, PA | Attn: Christopher R. Kaup<br>Seventh Floor, Camelback Esplanade II<br>2525 East Camelback Road<br>Phoenix AZ 85016-4237 | crk@tblaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave Nw<br>Washington DC 20530-0001 | | First Class Mail |
| Top 30 Unsecured Creditors | Variety Asia Ltd | Attn: Gary<br>St. George's Building, Room 303<br>2 Ice House Street<br>Central Hong Kong | sales4@variety-asia.com | Email |
| Top 30 Unsecured Creditors | Vistar | Attn: Darren Hamblen<br>1188 Inverness Dr West 800<br>Englewood CO 80112 | darrenhamblen@vistar.com | Email |
| Counsel to Producers Dairy Foods, Inc. | Wanger Jones Helsley | Attn: John P. Kinsey, Riley C. Walter, Ian J. Quinn<br>265 E. River Park Circle, Suite 310<br>Fresno CA 93720 | rwalter@wjhattorneys.com<br>iquinn@wjhattorneys.com<br>jkinsey@wjhattorneys.com | Email |
| Counsel to the Ad Hoc Group of 2026 Noteholders and Ad Hoc Group of Secured Noteholders | Weil, Gotshal & Manges LLP | Attn: Chase Bentley, Jeffrey D. Safferstein, Andriana Georgallas<br>767 Fifth Avenue<br>New York NY 10153-0119 | Chase.Bentley@weil.com<br>jeffrey.saferstein@weil.com<br>andriana.georgallas@weil.com | Email |
| Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company, and Great American Insurance Company | Whiteford, Taylor & Preston LLC | Attn: Thomas J. Francella, Jr.<br>600 North King Street, Suite 300<br>Wilmington DE 19801 | tfrancella@whitefordlaw.com | Email |
| Trustee and Notes Collateral Agent pursuant to 2026 Notes Indenture | Wilmington Trust, National Association | Attention: 99 Cents Only Notes Administrator<br>Global Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis MN 55402 | | First Class Mail |
| Counsel to RCB Equities #1, LLC | Wolf, Rifkin, Shapiro, Schulman & Rabkin | Attn: Simon Aron, Elsa Horowitz, Daniel Medioni, Mark Rosenbaum, John Samberg, Johnny White<br>11400 West Olympic Boulevard<br>Ninth Floor<br>Los Angeles CA 90064 | saron@wrslawyers.com<br>ehorowitz@wrslawyers.com<br>dmedioni@wrslawyers.com<br>mrosenbaum@wrslawyers.com<br>jsamberg@wrslawyers.com<br>jwhite@wrslawyers.com | Email |
| Counsel to Royal Bank of Canada | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton and Carol E. Cox<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | emorton@ycst.com<br>bankfilings@ycst.com | Email |

In re: Number Holdings, Inc., *et al.*
Case No. 24-10719 (JKS)

Page 8 of 8

**Exhibit B**

Exhibit B
Notice Parties Service List
Served by the method set forth

| NAME | NOTICE PARTY | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 415 - 425 N. ASH LLC | Attn Pres or General Counsel | 10825 PACIFIC VIEW DR. | | MALIBU | CA | 90265 | Farah@telescopes.net | Overnight Mail and Email |
| 7470 W LAKE MEAD BLVD LAS VEGAS NV 2023 LLC | Attn Pres or General Counsel | 1500 E TROPICANA AVE, STE 123 | | LAS VEGAS | NV | 89119 | yglezer@ympg-management.com | Overnight Mail and Email |
| AMTEE INVESTMENTS, LLC | Attn AMERICA WEST PROPERTIES, INC. | 23000 AVALON BLVD | | CARSON | CA | 90745 | lana@awpmgmt.com | Overnight Mail and Email |
| BALL AND EUCLID SHOPPING CENTER, LLC | Attn KERYMEN, LLC | 2973 HARBOR BLVD, SUITE 150 | | COSTA MESA | CA | 92626 | jackie.villanueva@kerymen.com | Overnight Mail and Email |
| BARSTOW RETAIL PARTNERS, LLC | Attn Pres or General Counsel | 5743 CORSA AVENUE, SUITE 200 | | WESTLAKE VILLAGE | CA | 91362 | Rachael.Michael@jll.com | Overnight Mail and Email |
| BENNETT INVESTMENT (MSP) LLC | Attn SPERRY VAN NESS ASSET MANAGEMENT | 2009 PORTERFIELD WAY, STE P | | UPLAND | CA | 91786 | John.Goodrich@sperrycre.com; info@svn.com | Overnight Mail and Email |
| BUCKINGHAM PLAZA LTD PARTNERSHIP | Attn CENCOR REALTY SERVICES | 3102 MAPLE AVENUE, SUITE 350 | | DALLAS | TX | 75201 | sturnter@weitzmangroup.com | Overnight Mail and Email |
| C & C PLAZA LLC | Attn Pres or General Counsel | PROPERTY MANAGEMENT ADVISORS INC. | 1234-B E. 17TH STREET | SANTA ANA | CA | 92701 | AR@THEPMACORP.COM | Overnight Mail and Email |
| CENTERPOINT PROPERTIES TRUST | Attn Pres or General Counsel | 1808 SWIFT DRIVE | | OAKBROOK | IL | 60523 | tclarke@centerpoint.com; jvolpe@centerpoint.com | Overnight Mail and Email |
| CENTREPOINTE - JMYL LP | Attn WESTMAR PROPERTY MANAGEMENT | 41623 MARGARITA ROAD, SUITE 100 | | TEMECULA | CA | 92591 | info@westmar.net | Overnight Mail and Email |
| COVE PARKDALE COMMONS OPPORTUNITY 62 MT, LLC | Attn Pres or General Counsel | 2958 COLUMBIA STREET | | TORRANCE | CA | 90503 | hunter@harrellrealty.us; info@covecapitalinvestments.com | Overnight Mail and Email |
| CRAIG N. PEDERSEN AND KRIS B. PEDERSEN | Address on file | | | | | | Email on file | Overnight Mail and Email |
| CVS PHARMACY, INC. | GARFIELD BEACH CVS, L.L.C. # 9741 | ONE CVS DRIVE; MAIL CODE 1105 | | WOONSOCKET | RI | 02895 | bethany.fay@CVSHealth.com | Overnight Mail and Email |
| D & Z PROPERTIES, LLC | Attn Pres or General Counsel | 18001 VENTURA BLVD #C | | ENCINO | CA | 91316 | issa@dzproperties.com; Help@dzproperties.com | Overnight Mail and Email |
| DART WAREHOUSE CORPORATION | Attn Pres or General Counsel | 1430 S. EASTMAN AVE. | | COMMERCE | CA | 90023 | adedeaux@dartentities.com; contact@dartentities.com | Overnight Mail and Email |
| DATE PALM BST LLC | Attn OPP MANAGEMENT | 1059 TIERRA DEL RAY, SUITE L | | CHULA VISTA | CA | 91910 | audrey@oppmanagement.net | Overnight Mail and Email |
| E & L INVESTMENTS, LLC | Attn Pres or General Counsel | 2200 PEBBLE BEACH TRAIL | | OXNARD | CA | 93036 | enerecords@hotmail.com | Overnight Mail and Email |
| ETHAN CONRAD PROPERTIES | Attn Pres or General Counsel | 1300 NATIONAL DRIVE, SUITE 100 | | SACRAMENTO | CA | 95834 | aroberts@ethanconradprop.com; info@ethanconradprop.com | Overnight Mail and Email |
| GERSHMAN PROPERTIES, LLC | Attn Pres or General Counsel | 12300 WILSHIRE BLVD., SUITE 310 | | LOS ANGELES | CA | 90025 | Robertt@gershmanproperties.com | Overnight Mail and Email |
| GILROY VILLAGE SHOPPING CENTER | Attn COATES AND SOWARDS, INC. | 1952 CAMDEN AVE, STE 104 | | SAN JOSE | CA | 95124 | jason@coatesandsowards.com; jason@coatesandsowards.com; kevin@coatesandsowards.com | Overnight Mail and Email |
| HARRISON STREET INVESTORS, LLC | Attn Pres or General Counsel | 1017 S. GILBERT ROAD, #106 | | MESA | AZ | 85204 | janice@santafesquareaz.com | Overnight Mail and Email |
| HILLCREST APARTMENTS, LLC | Attn Pres or General Counsel | 4835 E. CACTUS ROAD, SUITE 443 | | SCOTTSDALE | AZ | 85254 | jj@casehuff.com | Overnight Mail and Email |
| HKJ GOLD, INC. | Attn Pres or General Counsel | 556 N DIAMOND BAR BLVD., STE. 200 | | DIAMOND BAR | CA | 91765 | dan@tryadproperties.com | Overnight Mail and Email |
| HUNT ENTERPRISES, INC | Attn Pres or General Counsel | 4416 WEST 154TH STREET | | LAWNDALE | CA | 90260 | jdavid@huntenterprises.net | Overnight Mail and Email |
| I -CHUNG HO AND MIN- CHING HO, TRUSTEES | Address on file | | | | | | Email on file | Overnight Mail and Email |
| INDIAN RIVER PLAZA, LLC | Attn Pres or General Counsel | ARIZONA PARTNERS RETAIL INVESTMENT GROUP LLC | 8300 NORTH HAYDEN ROAD SUITE A 200 | SCOTTSDALE | AZ | 85258 | ms@azpre.com, KB@azpre.com | Overnight Mail and Email |
| JGNK INVESTMENTS, LLC | Attn Pres or General Counsel | 3720 S. SUSAN STREET, SUITE 100 | | SANTA ANA | CA | 92704 | vjones@acpmanagement.com | Overnight Mail and Email |
| K2L PROPERTY PROS | Attn Pres or General Counsel | KIN PROPERTIES, INC. | 1581 CUMMINS DRIVE, SUITE B | MODESTO | CA | 95358 | steve@flooringliquidators.net | Overnight Mail and Email |
| KIMCO REALTY CORPORATION | Attn Pres or General Counsel | 500 N BROADWAY, STE. 201 | | JERICHO | NY | 11753 | knagel@kimcorealty.com; gmisoulis@kimcorealty.com; mgolden@kimcorealty.com; scox@kimcorealty.com | Overnight Mail and Email |
| LAKE FOREST TOWN CENTER ASSOCIATES, LP | Attn Pres or General Counsel | 1120 N TOWN CENTER DRIVE, SUITE 150 | | LAS VEGAS | NV | 89144 | cftpropertymanagement@pandarg.com | Overnight Mail and Email |
| LETSOS COMPANY | Attn Pres or General Counsel | 8435 WESTGLEN DR. | | HOUSTON, TX 77063 | TX | 77063 | LETSOSAR@LETSOS.COM | Overnight Mail and Email |
| LOS ROBLES VILLA PROPERTIES | Attn Pres or General Counsel | 4469 ESTRONDO DRIVE | | ENCINO | CA | 91436 | s.wilkin@yahoo.com, rpeleg@aol.com | Overnight Mail and Email |
| LUXOR PROPERTIES, INC. | 293 N. D STREET, #200 | | | SAN BERNARDINO | CA | 92401 | HankDayani@dayanipartners.com | Overnight Mail and Email |
| M3M SANTA MARIA, LLC | ATTN: SHELLY WARD | 1001 DOVE STREET SUITE 195 | | NEWPORT BEACH | CA | 92660 | shellyward.office@gmail.com | Overnight Mail and Email |
| MARYVALE TERRACE I, LLC | Attn PROPERTY MANAGEMENT ADVISORS | 1234-B E. 17TH STREET | | SANTA ANA | CA | 92701 | rolson@thepmacorp.com; jarredondo@thepmacorp.com; mmguel@rmrginc.com | Overnight Mail and Email |
| MATT BLANCHARD LLC-99CB1 | Attn Pres or General Counsel | NIKI GROUP LLC-99CB1 | 11720 EL CAMINO REAL SUITE 250 | SAN DIEGO | CA | 92130 | pm@thenikigroup.com | Overnight Mail and Email |
| MBSB NV-TX HOLDINGS LLC | Attn Pres or General Counsel | 24910 JOHN FREMONT ROAD | | HIDDEN HILLS | CA | 91302 | bftjulieann@aol.com | Overnight Mail and Email |
| MCS CIVIC CENTER PLAZA LLC | Attn JAMES CRONE & ASSOCIATES, INC. | 555 ENTERPRISE STREET | | ESCONDIDO | CA | 92029 | mcrone@jamescrone.com | Overnight Mail and Email |
| MIMCO, INC. | Attn Pres or General Counsel | 6500 MONTANA AVE | | EL PASO | TX | 79925 | ksmith@mimcoproperties.com; leasing@mimcoproperties.com | Overnight Mail and Email |
| MONIEM SHAABAN | Address on file | | | | | | Email on file | Overnight Mail and Email |
| MONTCLAIR PLAZA, INC. | Attn Pres or General Counsel | 15445 VENTURA BLVD., STE. 31 | | SHERMAN OAKS | CA | 91403 | frank@mushmel.com | Overnight Mail and Email |
| MUSA M. IBRAHIM | Address on file | | | | | | Email on file | Overnight Mail and Email |
| NEVSPAR LLC | Attn Pres or General Counsel | 742 N. PIONEER FORK ROAD | | SALT LAKE CITY | UT | 84108 | | Overnight Mail |
| NORTH VALLEY MALL II LLC | Attn Pres or General Counsel | 32158 CAMINO CAPISTRANO, SUITE A152 | | SAN JUAN CAPISTRANO | CA | 92675 | saedway@gmail.com | Overnight Mail and Email |
| NORTHLANE, LTD | Attn THE STEVENS GROUP | 1518 AUSTIN HIGHWAY, SUITE 12 | | SAN ANTONIO | TX | 78218 | dukejr@thestevensgroup.net; dukejr@thestevensgroup.net | Overnight Mail and Email |
| NT STOCKTON INVESTMENTS, LLC | Attn Pres or General Counsel | 175 BLUXOME STREET UNIT 216 | | SAN FRANCISCO | CA | 94107 | alanlo.management@gmail.com | Overnight Mail and Email |
| OCOTILLO PLAZA TROPICANA, LLC | Attn MAGNA ENTERPRISES, LLC | 8730 WILSHIRE BLVD., STE 410 | | BEVERLY HILLS | CA | 90211 | magnamanagement@yahoo.com; info@magnacapitalgrp.com | Overnight Mail and Email |
| OP PLAZA GROUP, LLC | Attn ROMANO REAL ESTATE CORPORATION | 3900 VIA PALOMITA | | TUCSON | AZ | 85718 | sue@romanorealestate.com | Overnight Mail and Email |

Exhibit B
Notice Parties Service List
Served by the method set forth

| NAME | NOTICE PARTY | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| PP TANGO CA, LLC | Attn LINK INDUSTRIAL MANAGEMENT, LLC | 602 W. OFFICE CENTER DRIVE, SUITE 200 | | FORT WASHINGTON | PA | 19034 | pmwest@liprop.com | Overnight Mail and Email |
| PPO CARLSBAD, LLC | 1515 E. BETHANY HOME ROAD | | | PHOENIX | AZ | 85014 | rolson@thepmacorp.com | Overnight Mail and Email |
| PROLOGIS USLV NEWCA 6, LLC | ATTN: MARKET OFFICER | 17777 CENTER COURT DRIVE SUITE 100 | | CERRITOS | CA | 90703 | sdiaz@prologis.com | Overnight Mail and Email |
| RAJ CHABRA | Address on file | | | | | | Email on file | Overnight Mail and Email |
| RICHARD C. RUSSELL, JR. | Address on file | | | | | | Email on file | Overnight Mail and Email |
| RON KYO KIM AND NAE S KIM, TRUSTEES | Address on file | | | | | | Email on file | Overnight Mail and Email |
| ROTH SHOPPING CENTER HOLDING CO., LLC | Attn Pres or General Counsel | 9302 S. GARFIELD AVE., | | SOUTH GATE | CA | 90280 | jhigson@worldoil.net | Overnight Mail and Email |
| SAFEWAY, INC. C/O ALBERTSONS COMPANIES | ATTN: 74200 LEGAL DEPT FAC #98-2399-15-01 | 250 PARKCENTER BLVD | | BOISE | ID | 83706 | NLevy@LNfirm.com; csc.support@albertsons.com | Overnight Mail and Email |
| SAROAY CAPITAL, LLC | Attn Pres or General Counsel | 36077 BLAIR PLACE | | FREMONT | CA | 94536 | ramsaroay@hotmail.com | Overnight Mail and Email |
| STEEPLECHASE INVESTMENTS, LLC | Attn Pres or General Counsel | 73 WHITE BRIDGE ROAD, STE #103, #230 | | NASHVILLE | TN | 37205 | will@highlandcpt.com | Overnight Mail and Email |
| SUNSTONE ARROYO, LLC | Attn Pres or General Counsel | 6140 BRENT THURMAN WAY, SUITE 140 | | LAS VEGAS | NV | 89148 | susanc@sunpm.net; susanc@sunpm.net | Overnight Mail and Email |
| SURI WESTOVER VILLAGE, INC. | Attn Pres or General Counsel | 1999 BRYAN ST STE 900 | | DALLAS | TX | 75201-3140 | puja@swiftgreenfilters.com | Overnight Mail and Email |
| THE JEFF AND VELVET JUE FAMILY TRUST (12 | Address on file | | | | | | Email on file | Overnight Mail and Email |
| THE SCOTT FAMILY TRUST | Address on file | | | | | | Email on file | Overnight Mail and Email |
| THE STOVAL FAMILY TRUST | Address on file | | | | | | Email on file | Overnight Mail and Email |
| TNG GREEN VALLEY, LP | Attn Pres or General Counsel | 11720 EL CAMINO REAL, STE. 250 | | SAN DIEGO | CA | 92130 | catherine@thenikigroup.com | Overnight Mail and Email |
| TRESTLE FAIRFIELD, LLC | Attn Pres or General Counsel | 3005 DOUGLAS BLVD., #200 | | ROSEVILLE | CA | 95661 | rbacchus@gallellire.com | Overnight Mail and Email |
| VHD INVESTMENT INC. | Attn Pres or General Counsel | 1460 MONTEREY PASS ROAD, #D | | MONTEREY PARK | CA | 91754 | | Overnight Mail |
| VICTORIA VILLAGE, LLC | 5725 RALSTON STREET, SUITE 200 | | | VENTURA | CA | 93003 | seacoastllc@gmail.com; victoriavillage200@gmail.com | Overnight Mail and Email |
| WA PLAZA | C/O APEX REALTY, INC. | 5858 WILSHIRE BLVD., SUITE 301 | | LOS ANGELES | CA | 90036 | lorna@apexrealty.us | Overnight Mail and Email |
| WESTBURY CHIMNEY ROCK LLC | Attn LANDPARK COMMERCIAL LLC | 10080 BELLAIRE BLVD #220 | | HOUSTON | TX | 77072 | melissa@hpiproperties.com | Overnight Mail and Email |
| YACOEL 2021 PARTNERS, LP | Attn Pres or General Counsel | 2901 WEST COAST HWY, SUITE #200 | | NEWPORT BEACH | CA | 92663 | claude@yacoelproperties.com | Overnight Mail and Email |
| YACOEL 2021 PARTNERS, LP | Attn Pres or General Counsel | 2901 WEST COAST HWY., STE. #200 | | NEWPORT BEACH, CA | CA | 92663 | AMBER.CARNES@NMRK.COM | Overnight Mail and Email |

**Exhibit C**

Exhibit C
Vendors Service List
Served by the method set forth

| ADRID | NAME | NOTICE PARTY | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 28757300 | BIMBO BAKERIES USA INC | ATTN DARRELL MILLER | 355 BUSINESS CENTER | | | HORSHAM | PA | 19044-3414 | dmiller@bbumail.com | Overnight Mail and Email |
| 28737041 | BIMBO BAKERIES USA INC | Attn President or General Counsel | 255 BUSINESS CENTER DRIVE | | | HORSHAM | PA | 19044 | | Overnight Mail |
| 28718503 | DR PEPPER SNAPPLE GROUP DBA SEVEN UBOTTLING CO | | PO BOX 742472 | | | LOS ANGELES | CA | 90074-2472 | | Overnight Mail |
| 28757301 | FRITO LAY INC | ATTN CHRIS QUINN | ATTN: CHRIS QUINN | 7701 LEGACY DRIVE | | PLANO | TX | 75204-4099 | chris.m.quinn@fritolay.com | Overnight Mail and Email |
| 28742228 | FRITO LAY INC | Attn President or General Counsel | 75 REMITTANCE DR STE 1217 | | | CHICAGO | IL | 60675-1844 | | Overnight Mail |
| 28720783 | GRUMA CORPORATION DBA MISSION FOOD | Attn President or General Counsel | 1159 COTTONWOOD LN STE 200 | | | IRVING | TX | 75038 | | Overnight Mail |
| 28727348 | MARS INCORPORATED DBA MARS CHOCOLATTH AMERICA | Attn President or General Counsel | 100 INTERNATIONAL DR | | | MT OLIVE | NJ | 07828-1383 | | Overnight Mail |
| 28734992 | MAYFLOWER DISTRIBUTING COMPANY INC | ATTN JOE ABELOVITZ | ATTN: JOE ABELOVITZ | 1155 MEDALLION DRIVE | | MENDOTA HEIGHTS | MN | 55120 | j.abelovitz@mayflowerdistributing.com | Overnight Mail and Email |
| 28750988 | NESTLE USA INC | Attn President or General Counsel | 800 N  BRAND BLVD | | | GLENDALE | CA | 91203 | | Overnight Mail |
| 28734991 | PASSION GROWERS WEST LLC | ATTN EUGENIA BARTH | ATTN: EUGENIA BARTH | 1352 DECISION STREET | | VISTA | CA | 92081 | eugenia@passiongrowers.com | Overnight Mail and Email |
| 28763449 | Passion Growers West, LLC | ProcopioCory Hargreaves Savitch | c/o Procopio,Cory, Hargreaves & Savitch LLP | Attn: William Smelko | 525 B Street, Suite 2200 | San Diego | CA | 92101 | bill.smelko@procopio.com | Overnight Mail and Email |
| 28763451 | Passion Growers West, LLC | Saul Ewing LLP | c/o Saul Ewing, LLP | Attn: Evan T. Miller | 1201 N. Market St, Suite 2300 | Wilmington | DE | 19801 | evan.miller@saul.com | Overnight Mail and Email |
| 28763452 | Passion Growers West, LLC | Saul Ewing LLP | c/o Saul Ewing, LLP | Attn: Jorge Garcia | 701 Brickell Avenue, Suite 1700 | Miami | FL | 33131 | jorge.garcia@saul.com | Overnight Mail and Email |
| 28757307 | PEPSI BEVERAGES BOTTLING GROUP LLC | ATTN RAM KRISHNAN | ATTN: RAM KRISHNAN | 1 PEPSI WAY | | SOMERS | NY | 10589 | ram.krishnan@pepsico.com | Overnight Mail and Email |
| 28752455 | RED BULL DISTRIBUTION COMPANY INC | Attn President or General Counsel | 1630 STEWART STREET | | | SANTA MONICA | CA | 90404 | | Overnight Mail |