**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 344, 482** |

**LIMITED OBJECTION OF B33 VALLEY CENTRAL II, LLC TO AMENDED NOTICE OF POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS, UNEXPIRED LEASES AND CURE AMOUNTS**

Comes now B33 Valley Central II, LLC ("**Landlord**"), by and through their undersigned counsel, Polsinelli PC, and files this limited objection (the "**Objection**") to Debtors' *Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts* [Docket No. 482] (the "**Assumption Notice**")[2] and in support thereof states as follows:

**LIMITED OBJECTION**

1. Landlord is the owner of nonresidential real property identified in the Assumption Notice as Item #28: Store #70 – Lancaster, 44601 Valley Central Way, Lancaster, CA 93534 (the "**Lease**"). The Assumption Notice incorrectly identifies the cure amount associated with the Lease as $27,203.59, but the correct cure amount for the Lease is an amount not less than **$63,030.10** (which includes unpaid stub rent and unpaid rent for May 2024).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Assumption Notice.

95004971.3

2.     Attached hereto as Exhibit A is the itemization of the correct cure amount. Landlord objects to any assumption and assignment of the Lease without payment of a cure amount not less than **$63,030.10**, as set forth in detail on Exhibit A.

## RESERVATION OF RIGHTS

3.     Landlord reserves all rights to object to the assumption and assignment of the Lease to any winning bidder (including any Stalking Horse Bidder) because the Debtors have not provided any information relating to such party's ability to adequately perform under the Lease. Accordingly, Landlord is unable at this time to determine whether it objects to assumption and assignment to any winning bidder (including any Stalking Horse Bidder) of the Landlord's Lease.

4.     Landlord reserves its right to supplement and amend this Objection or to make sure other and further objections as may be necessary or appropriate with respect to any potential assumption, assignment, or sale of the Lease. Nothing in this Objection shall operate as an election of remedies or waive Landlord's right to request payment of administrative expenses.

**WHEREFORE**, to the extent the Debtors seek to assume and assign the Lease, Landlord respectfully requests that the Court order that (i) any assumption and assignment of the Lease be conditioned upon the provision to Landlord of sufficient information to demonstrate and provide adequate assurance of future performance under the Lease; (ii) the Debtors and/or the applicable assignee be required to cure all monetary and non-monetary defaults or provide adequate assurance that such defaults will be promptly cured, and (iii) such other and further relief as is just and warranted.

| | |
|---|---|
| Dated: May 14, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Katherine M. Devanney*<br>Shanti M. Katona (No. 5352)<br>Katherine M. Devanney (No. 6356)<br>POLSINELLI PC<br>222 Delaware Ave., Suite 1101<br>Wilmington, Delaware 19801<br>Phone: 302-252-0920<br>Skatona@polsinelli.com<br>kdevanney@polsinelli.com<br><br>*Counsel for B33 Valley Central II, LLC* |

**EXHIBIT A**

| Date | Description | Unit | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 1/1/2024 | CAM: Estimated Monthly (01/2024) | 44601 | 6,385.49 | 0.00 | 15,036.01 |
| 1/1/2024 | CAM: Estimated Insurance (01/2024) | 44601 | 1,390.68 | 0.00 | 16,426.69 |
| 1/1/2024 | CAM: Estimated Property Tax (01/2024) | 44601 | 3,781.40 | 0.00 | 20,208.09 |
| 1/1/2024 | Rent: Base Rent (01/2024) | 44601 | 19,000.00 | 0.00 | 39,208.09 |
| 1/3/2024 | Chk# ACH20240103 Jan 2024 Rent |  | 0.00 | 30,557.57 | 8,650.52 |
| 2/1/2024 | CAM: Estimated Monthly (02/2024) | 44601 | 6,385.49 | 0.00 | 15,036.01 |
| 2/1/2024 | CAM: Estimated Insurance (02/2024) | 44601 | 1,390.68 | 0.00 | 16,426.69 |
| 2/1/2024 | CAM: Estimated Property Tax (02/2024) | 44601 | 3,781.40 | 0.00 | 20,208.09 |
| 2/1/2024 | Rent: Base Rent (02/2024) | 44601 | 20,006.47 | 0.00 | 40,214.56 |
| 2/6/2024 | Chk# ACH20240206 Feb 2024 Rent |  | 0.00 | 31,557.57 | 8,656.99 |
| 2/12/2024 | Adj for 2022 CAM Reconciliation |  | -13,004.50 | 0.00 | -4,347.51 |
| 3/1/2024 | CAM: Estimated Monthly (03/2024) | 44601 | 6,385.49 | 0.00 | 2,037.98 |
| 3/1/2024 | CAM: Estimated Insurance (03/2024) | 44601 | 1,390.68 | 0.00 | 3,428.66 |
| 3/1/2024 | CAM: Estimated Property Tax (03/2024) | 44601 | 3,781.40 | 0.00 | 7,210.06 |
| 3/1/2024 | Rent: Base Rent (03/2024) | 44601 | 20,006.47 | 0.00 | 27,216.53 |
| 3/1/2024 | Chk# ACH20240301 Mar 2024 Rent |  | 0.00 | 31,557.57 | -4,341.04 |
| 4/1/2024 | CAM: Estimated Monthly (04/2024) | 44601 | 6,385.49 | 0.00 | 2,044.45 |
| 4/1/2024 | CAM: Estimated Insurance (04/2024) | 44601 | 1,390.68 | 0.00 | 3,435.13 |
| 4/1/2024 | CAM: Estimated Property Tax (04/2024) | 44601 | 3,781.40 | 0.00 | 7,216.53 |
| 4/1/2024 | Rent: Base Rent (04/2024) | 44601 | 20,006.47 | 0.00 | 27,223.00 |
| 4/1/2024 | 2023 CAM Reconciliations |  | -6,993.53 | 0.00 | 20,229.47 |
| 4/1/2024 | 2023 INS Reconciliations |  | 2,847.37 | 0.00 | 23,076.84 |
| 4/1/2024 | 2023 TAX Reconciliations |  | 5,882.53 | 0.00 | 28,959.37 |
| 4/11/2024 | Other: Late Fees, 10% of $31576.98 |  | 3,157.70 | 0.00 | 32,117.07 |
| 4/17/2024 | 2022 1st installment (Adjusted - Supplemental Assessment) |  | 1,787.85 | 0.00 | 33,904.92 |
| 4/17/2024 | 2023 2nd Installment (Adjusted - Escape Assessmenet) |  | 29,118.71 | 0.00 | 63,023.63 |
| 5/1/2024 | CAM: Estimated Monthly (05/2024) | 44601 | 6,385.49 | 0.00 | 69,409.12 |
| 5/1/2024 | CAM: Estimated Insurance (05/2024) | 44601 | 1,390.68 | 0.00 | 70,799.80 |
| 5/1/2024 | CAM: Estimated Property Tax (05/2024) | 44601 | 3,781.40 | 0.00 | 74,581.20 |
| 5/1/2024 | Rent: Base Rent (05/2024) | 44601 | 20,006.47 | 0.00 | 94,587.67 |
| 5/1/2024 | Chk# ACH20240501 Apr 2024 Rent |  | 0.00 | 31,557.57 | 63,030.10 |

95004971.3

**CERTIFICATE OF SERVICE**

I Katherine M. Devanney, Esq., hereby certify that on May 14, 2024, I served or caused to be served a correct copy of the foregoing by the Court's CM/ECF system on all counsel or record registered in this case through CM/ECF and by separate email upon the following:

***Co-Counsel to the Debtors***:
Milbank LLP
Dennis F. Dunne (ddunne@milbank.com)
Michael W. Price (mprice@milbank.com)
Lauren C. Doyle (ldoyle@milbank.com)
Brian Kinney (bkinney@milbank.com)
James A. McIntyre (jmcintyre@milbank.com)

-and-

Morris, Nichols, Arsht & Tunnell LLP
Robert J. Dehney, Sr. (rdehney@morrisnichols.com)
Matthew O. Talmo (mtalmo@morrisnichols.com)
Jonathan M. Weyand (jweyand@morrisnichols.com);

***Counsel to Dollar Tree, Inc.***:
Jones Day
Heather Lennox (hlennox@jonesday.com)
T. Daniel Reynolds (tdreynolds@jonesday.com)
Nicholas Buchta (nbuchta@jonesday.com)

-and-

Richards, Layton & Finger, P.A.
Zachary I. Shapiro (shapiro@rlf.com)
Emily R. Mathews (mathews@rlf.com)
Gabrielle A. Colson (colson@rlf.com).

***Office of the United States Trustee***:
Rosa Sierra-Fox (rosa.sierra-fox@usdoj.gov)

***Counsel for the Committee***:
Pachulski Stang Ziehl & Jones LLP
Bradford J. Sandler (bsandler@pszjlaw.com)
Robert J. Feinstein (rfeinstein@pszjlaw.com)
Steven W. Golden (sgolden@pszjlaw.com)
Colin R. Robinson (crobinson@pszjlaw.com)

2

*Counsel to the DIP Agent*:
Proskauer Rose LLP
David M. Hillman (dhillman@proskauer.com)
Megan R. Volin (mvolin@proskauer.com)

                                        */s/ Katherine M. Devanney*
                                        Katherine M. Devanney (No. 6356)

95004971.3