# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NUMBERS HOLDINGS, INC. et al.,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |
|  | Re: Docket Nos. 344 and 483 |
|  | Objection deadline: May 14, 2024 |

## OBJECTION BY 15501 GARDENA, LLC
## TO PROPOSED CURE AMOUNT WITH
## RESPECT TO AN UNEXPIRED LEASE
## AND DECLARATION OF JOHN RICH

15501 Gardena, LLC ("15501"), through its undersigned counsel, hereby files and serves its objection to the proposed cure amount with respect to an unexpired lease (the "Lease") in this matter between Debtor 99 Cents Only Stores LLC ("Debtor") as Tenant and 15501 as Landlord.

On May 2, 2024, Debtor filed its Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (the "Cure Notice") as Doc. 344. The Lease is listed at Item # 3 on the Schedule 1 attached to the Cure Notice. The Cure Amount for the Lease is listed as $56,713.81. This amount is incorrect and 15501 hereby objects thereto. The correct cure amount at this time is $75,892.94 (the "Corrected Cure Amount") as set forth in the attached Declaration of John Rich.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Accordingly, the current Corrected Cure Amount is $75,892.94.  15501 reserves the right to supplement this Corrected Cure Amount with any additional amounts which may become due and unpaid under the Lease hereafter.

In addition to its objection to the Cure Amount, 15501 notes that the identity of a proposed assignee of the Lease has not yet been provided nor has any adequate assurance of future performance of the obligations of lessee under the Lease been provided to 15501.  15501 therefore reserves its right to object to the assumption and assignment of the Lease for any additional reasons.

15501 respectfully requests that the Court prohibit the assumption of the Lease unless and until Debtor amends the Schedule to correct the Cure Amount for the Lease as specified herein and pays the Corrected Cure Amount to 15501.

Date:  May 13, 2024                    Respectfully submitted,

/s/ Todd C. Ringstad
Todd C. Ringstad, Esq. (Cal Bar 97456)
RINGSTAD & SANDERS LLP
4910 Birch Street. Suite 120
Newport Beach, California 92660
Telephone: 949-851-7450
Email: todd@ringstadlaw.com
Attorney for 15501 Gardena, LLC

## DECLARATION OF JOHN RICH

I, John Rich, declare under penalty of perjury as follows:

1. I am the Vice President of Operations of Rich Development Enterprises, LLC, which provides management services to 15501 Gardena, LLC, with respect to a lease of certain real property located at 15505 S. Normandie Ave., Gardena CA pursuant to a written lease therefor (the "Lease"). The lessee's interest in the Lease is held by 99 Cents Only Stores, LLC. I am personally familiar with the management of the property and the amounts due and accruing under the Lease, and paid and unpaid under the Lease.

2. The Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (the "Cure Notice") filed in the case as Doc. 344, lists a Cure Amount for the Lease at Item # 3 on the Schedule 1 attached to the Cure Notice. The Cure Amount is listed as $56,713.81. This amount is incorrect and 15501 hereby objects thereto. The correct cure amount at this time is $75,892.94.

3. Attached hereto as Exhibit 1 is a true and correct copy of a current ledger of amounts due and amounts paid under the lease since November 1, 2023. The ledger accurately sets forth both amounts due and amounts paid since November 1, 2023.

4. Additionally, the Cure Amount must include any additional amounts that may accrue and remain unpaid hereafter up to the effective date of any assignment of the Lease by the Debtor herein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2024

_____
John Rich

## Lease Ledger

Page 1

Date: 05/09/2024
Property: 286-ga2
Tenant: ga299    99 Cents Only Store
From Date: 01/13/2016  To Date: 01/31/2028
Move In Date: 01/13/2016
Unit(S): 15505

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 03/01/2019 | Monthly CAM Estimated (03/2019) :Reversed by Charge Ctrl# 64330 | | 12.29 | 0.00 | 12.29 | C-64290 | No |
| 03/01/2019 | Monthly CAM Estimated (03/2019) | 15505 | 6,423.08 | 0.00 | 6,435.37 | C-64294 | No |
| 03/01/2019 | Rent (03/2019) | 15505 | 39,452.33 | 0.00 | 45,887.70 | C-64295 | No |
| 03/01/2019 | :Reverse Charge Ctrl#64290 | | (12.29) | 0.00 | 45,875.41 | C-64330 | Yes |
| 03/01/2019 | Monthly CAM Estimated (01/2019) | | 12.29 | 0.00 | 45,887.70 | C-64332 | No |
| 03/01/2019 | Monthly CAM Estimated (02/2019) | | 12.29 | 0.00 | 45,899.99 | C-64333 | No |
| 03/04/2019 | Chk# 1000095932 March 2019 Rent/CAM | | 0.00 | 45,863.12 | 36.87 | R-61830 | |
| 03/11/2019 | Prior Year CAM Reconciliation (2018) :Reversed by Charge Ctrl# 64863 | | 1,250.81 | 0.00 | 1,287.68 | C-64291 | No |
| 03/11/2019 | :Reverse Charge Ctrl#64291 | | (1,250.81) | 0.00 | 36.87 | C-64863 | Yes |
| 04/01/2019 | Monthly CAM Estimate (04/2019) :Reversed by Charge Ctrl# 64331 | | 12.29 | 0.00 | 49.16 | C-64292 | No |
| 04/01/2019 | Monthly CAM Estimated (04/2019) | 15505 | 6,423.08 | 0.00 | 6,472.24 | C-64302 | No |
| 04/01/2019 | Rent (04/2019) | 15505 | 39,452.33 | 0.00 | 45,924.57 | C-64303 | No |
| 04/01/2019 | :Reverse Charge Ctrl#64292 | | (12.29) | 0.00 | 45,912.28 | C-64331 | Yes |
| 04/09/2019 | Chk# 1000097777 April 2019 Rent/CAM | | 0.00 | 45,863.12 | 49.16 | R-61831 | |
| 05/01/2019 | Monthly CAM Estimate (05/2019) :Reversed by Charge Ctrl# 64329 | | 12.29 | 0.00 | 61.45 | C-64293 | No |
| 05/01/2019 | Monthly CAM Estimated (05/2019) | 15505 | 6,423.08 | 0.00 | 6,484.53 | C-64310 | No |
| 05/01/2019 | Rent (05/2019) | 15505 | 39,452.33 | 0.00 | 45,936.86 | C-64311 | No |
| 05/01/2019 | :Reverse Charge Ctrl#64293 | | (12.29) | 0.00 | 45,924.57 | C-64329 | Yes |
| 05/13/2019 | Chk# 1 May 2019 Rent/CAM | | 0.00 | 45,863.12 | 61.45 | R-61832 | |
| 06/01/2019 | Monthly CAM Estimated (06/2019) :Reversed by Charge Ctrl# 66327 | | 6,423.08 | 0.00 | 6,484.53 | C-64803 | No |
| 06/01/2019 | Rent (06/2019) | 15505 | 39,452.33 | 0.00 | 45,936.86 | C-64804 | No |
| 06/01/2019 | :Reverse Charge Ctrl#64803 | | (6,423.08) | 0.00 | 39,513.78 | C-66327 | Yes |
| 06/18/2019 | Revised Prior Year CAM Reconciliation (2017) | | (7,465.14) | 0.00 | 32,048.64 | C-64866 | No |
| 06/18/2019 | Prior Year CAM Reconciliation (01/01/2018-06/18/2018) | | (14,308.84) | 0.00 | 17,739.80 | C-64867 | No |
| 06/18/2019 | Prior Year CAM Reconciliation (06/19/2018-12/31/2018) | | (15,731.82) | 0.00 | 2,007.98 | C-64868 | No |
| 06/20/2019 | Current Year CAM (2019) | | 7,272.32 | 0.00 | 9,280.30 | C-64864 | No |
| 06/20/2019 | Additional Current Year CAM (2019) | | 4,246.20 | 0.00 | 13,526.50 | C-64865 | No |
| 06/24/2019 | Chk# 1000100858 Payment on account | | 0.00 | 13,526.50 | 0.00 | R-62488 | |
| 07/01/2019 | Monthly CAM Estimated (07/2019) | 15505 | 7,272.32 | 0.00 | 7,272.32 | C-65737 | No |
| 07/01/2019 | Rent (07/2019) | 15505 | 39,452.33 | 0.00 | 46,724.65 | C-65738 | No |
| 07/03/2019 | Chk# 1000102506 Payment for 07/2019 Rent/CAM | | 0.00 | 46,724.65 | 0.00 | R-62670 | |

## Lease Ledger

Page 2

Date: 05/09/2024

Property: 286-ga2

Tenant: ga299    99 Cents Only Store

From Date: 01/13/2016  To Date: 01/31/2028

Move In Date: 01/13/2016

Unit(S): 15505

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 08/01/2019 | Monthly CAM Estimated (08/2019) | 15505 | 7,272.32 | 0.00 | 7,272.32 | C-65975 | No |
| 08/01/2019 | Rent (08/2019) | 15505 | 39,452.33 | 0.00 | 46,724.65 | C-65976 | No |
| 08/05/2019 | Chk# 1000103789 August 2019 Rent/CAM | | 0.00 | 46,724.65 | 0.00 | R-63400 | |
| 09/01/2019 | Monthly CAM Estimated (09/2019) | 15505 | 7,272.32 | 0.00 | 7,272.32 | C-66450 | No |
| 09/01/2019 | Rent (09/2019) | 15505 | 39,452.33 | 0.00 | 46,724.65 | C-66451 | No |
| 09/09/2019 | Chk# 1000105605 September 2019 Rent/CAM | | 0.00 | 46,724.65 | 0.00 | R-63938 | |
| 10/01/2019 | Monthly CAM Estimated (10/2019) | 15505 | 7,272.32 | 0.00 | 7,272.32 | C-66908 | No |
| 10/01/2019 | Rent (10/2019) | 15505 | 39,452.33 | 0.00 | 46,724.65 | C-66909 | No |
| 10/07/2019 | Chk# 1000107062 October 2019 Rent/CAM | | 0.00 | 46,724.65 | 0.00 | R-64353 | |
| 11/01/2019 | Monthly CAM Estimated (11/2019) | 15505 | 7,272.32 | 0.00 | 7,272.32 | C-67650 | No |
| 11/01/2019 | Rent (11/2019) | 15505 | 39,452.33 | 0.00 | 46,724.65 | C-67651 | No |
| 11/06/2019 | Chk# 1000108327 November 2019 Rent/CAM | | 0.00 | 46,724.65 | 0.00 | R-64788 | |
| 12/01/2019 | Monthly CAM Estimated (12/2019) | 15505 | 7,272.32 | 0.00 | 7,272.32 | C-68163 | No |
| 12/01/2019 | Rent (12/2019) | 15505 | 39,452.33 | 0.00 | 46,724.65 | C-68164 | No |
| 12/10/2019 | Chk# 1000109671 December 2019 Rent/CAM | | 0.00 | 46,724.65 | 0.00 | R-65447 | |
| 01/01/2020 | Monthly CAM Estimated (01/2020) | 15505 | 4,533.88 | 0.00 | 4,533.88 | C-68617 | No |
| 01/01/2020 | Rent (01/2020) | 15505 | 39,452.33 | 0.00 | 43,986.21 | C-68618 | No |
| 01/08/2020 | Chk# 1000111123 January 2020 Rent/CAM | | 0.00 | 43,986.21 | 0.00 | R-65942 | |
| 02/01/2020 | Monthly CAM Estimated (02/2020) | 15505 | 4,533.88 | 0.00 | 4,533.88 | C-69018 | No |
| 02/01/2020 | Rent (02/2020) | 15505 | 39,452.33 | 0.00 | 43,986.21 | C-69019 | No |
| 02/06/2020 | Chk# 1000112456 Payment February 2020 Rent/CAM | | 0.00 | 43,986.21 | 0.00 | R-66665 | |
| 03/01/2020 | Monthly CAM Estimated (03/2020) | 15505 | 4,533.88 | 0.00 | 4,533.88 | C-69317 | No |
| 03/01/2020 | Rent (03/2020) | 15505 | 39,452.33 | 0.00 | 43,986.21 | C-69318 | No |
| 03/05/2020 | Chk# 1000113989 March 2020 Rent/CAM | | 0.00 | 43,986.21 | 0.00 | R-67191 | |
| 04/01/2020 | Monthly CAM Estimated (04/2020) | 15505 | 4,533.88 | 0.00 | 4,533.88 | C-70072 | No |
| 04/01/2020 | Rent (04/2020) | 15505 | 39,452.33 | 0.00 | 43,986.21 | C-70073 | No |
| 04/01/2020 | Monthly CAM Estimated (4/2020) Adjustment | | (552.97) | 0.00 | 43,433.24 | C-70580 | No |
| 04/30/2020 | Chk# 1000115190 April 2020 Rent/CAM | | 0.00 | 43,986.21 | (552.97) | R-67978 | |
| 05/01/2020 | Monthly CAM Estimated (05/2020) | 15505 | 3,980.41 | 0.00 | 3,427.44 | C-70897 | No |
| 05/01/2020 | Rent (05/2020) | 15505 | 39,452.33 | 0.00 | 42,879.77 | C-70898 | No |
| 05/21/2020 | Chk# 1000116759 May 2020 Rent/CAM | | 0.00 | 43,986.21 | (1,106.44) | R-68361 | |
| 06/01/2020 | Monthly CAM Estimated (06/2020) | 15505 | 3,980.41 | 0.00 | 2,873.97 | C-71728 | No |
| 06/01/2020 | Rent (06/2020) | 15505 | 39,452.33 | 0.00 | 42,326.30 | C-71729 | No |
| 06/18/2020 | Chk# 1000117869 June 2020 Rent/CAM | | 0.00 | 43,986.21 | (1,659.91) | R-68749 | |
| 07/01/2020 | Monthly CAM Estimated (07/2020) | 15505 | 3,980.41 | 0.00 | 2,320.50 | C-71944 | No |
| 07/01/2020 | Rent (07/2020) | 15505 | 39,452.33 | 0.00 | 41,772.83 | C-71945 | No |

## Lease Ledger

Page 3

Date: 05/09/2024

Property: 286-ga2

Tenant: ga299   99 Cents Only Store

From Date: 01/13/2016  To Date: 01/31/2028

Move In Date: 01/13/2016

Unit(S): 15505

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 07/16/2020 | Chk# 1000118902 July 2020 Rent/CAM | | 0.00 | 43,986.21 | (2,213.38) | R-69124 | |
| 08/01/2020 | Monthly CAM Estimated (08/2020) | 15505 | 3,980.41 | 0.00 | 1,767.03 | C-72876 | No |
| 08/01/2020 | Rent (08/2020) | 15505 | 39,452.33 | 0.00 | 41,219.36 | C-72877 | No |
| 08/17/2020 | Chk# 1000120215 August 2020 Rent/CAM | | 0.00 | 41,218.86 | 0.50 | R-69675 | |
| 09/01/2020 | Monthly CAM Estimated (09/2020) | 15505 | 3,980.41 | 0.00 | 3,980.91 | C-73455 | No |
| 09/01/2020 | Rent (09/2020) | 15505 | 39,452.33 | 0.00 | 43,433.24 | C-73456 | No |
| 09/08/2020 | Chk# 1000120826 September 2020 Rent/CAM | | 0.00 | 43,432.74 | 0.50 | R-70087 | |
| 10/01/2020 | Monthly CAM Estimated (10/2020) | 15505 | 3,980.41 | 0.00 | 3,980.91 | C-73949 | No |
| 10/01/2020 | Rent (10/2020) | 15505 | 39,452.33 | 0.00 | 43,433.24 | C-73950 | No |
| 10/06/2020 | Chk# 1000122084 October 2020 Rent/CAM | | 0.00 | 43,432.74 | 0.50 | R-70500 | |
| 11/01/2020 | Monthly CAM Estimated (11/2020) | 15505 | 3,980.41 | 0.00 | 3,980.91 | C-74362 | No |
| 11/01/2020 | Rent (11/2020) | 15505 | 39,452.33 | 0.00 | 43,433.24 | C-74363 | No |
| 11/05/2020 | Chk# 1000123002 November 2020 Rent/CAM | | 0.00 | 43,432.74 | 0.50 | R-71045 | |
| 12/01/2020 | Monthly CAM Estimated (12/2020) | 15505 | 3,980.41 | 0.00 | 3,980.91 | C-74696 | No |
| 12/01/2020 | Rent (12/2020) | 15505 | 39,452.33 | 0.00 | 43,433.24 | C-74697 | No |
| 12/07/2020 | Chk# 1000124075 December 2020 Rent/CAM | | 0.00 | 43,432.74 | 0.50 | R-71636 | |
| 12/08/2020 | 2019 CAM REC | | 45,710.27 | 0.00 | 45,710.77 | C-75079 | No |
| 01/01/2021 | Monthly CAM Estimated (01/2021) | 15505 | 13,802.35 | 0.00 | 59,513.12 | C-75501 | No |
| 01/01/2021 | Rent (01/2021) | 15505 | 39,452.33 | 0.00 | 98,965.45 | C-75502 | No |
| 01/04/2021 | Chk# 1000124899 Payment on account | | 0.00 | 43,432.74 | 55,532.71 | R-71856 | |
| 02/01/2021 | Monthly CAM Estimated (02/2021) | 15505 | 13,802.35 | 0.00 | 69,335.06 | C-75719 | No |
| 02/01/2021 | Rent (02/2021) | 15505 | 39,452.33 | 0.00 | 108,787.39 | C-75720 | No |
| 02/09/2021 | Chk# 1000126059 February 2021 Rent/CAM | | 0.00 | 43,432.74 | 65,354.65 | R-72486 | |
| 03/01/2021 | Monthly CAM Estimated (03/2021) | 15505 | 13,802.35 | 0.00 | 79,157.00 | C-76510 | No |
| 03/01/2021 | Rent (03/2021) | 15505 | 39,452.33 | 0.00 | 118,609.33 | C-76511 | No |
| 03/01/2021 | Chk# 1000126738 Partial 2019 CAM Rec | | 0.00 | 24,431.74 | 94,177.59 | R-72812 | |
| 03/08/2021 | Chk# 1000126944 March 2021 Rent/CAM | | 0.00 | 43,432.74 | 50,744.85 | R-72991 | |
| 03/08/2021 | Chk# 1000126963 Payment for 2019 CAM REC | | 0.00 | 21,278.53 | 29,466.32 | R-72992 | |
| 03/22/2021 | Chk# 1000127265 Payment on account | | 0.00 | 29,465.82 | 0.50 | R-73151 | |
| 03/23/2021 | 2016-2018 Supplemental Taxes | | 214,765.18 | 0.00 | 214,765.68 | C-77148 | No |
| 04/01/2021 | Monthly CAM Estimated (04/2021) | 15505 | 13,802.35 | 0.00 | 228,568.03 | C-77104 | No |
| 04/01/2021 | Rent (04/2021) | 15505 | 39,452.33 | 0.00 | 268,020.36 | C-77105 | No |
| 04/05/2021 | Chk# 1000127936 April 2021 Rent/CAM | | 0.00 | 53,254.68 | 214,765.68 | R-73413 | |
| 05/01/2021 | Monthly CAM Estimated (05/2021) | 15505 | 13,802.35 | 0.00 | 228,568.03 | C-77579 | No |
| 05/01/2021 | Rent (05/2021) | 15505 | 39,452.33 | 0.00 | 268,020.36 | C-77580 | No |
| 05/04/2021 | Chk# 1000128756 May 2021 Rent/CAM | | 0.00 | 53,254.68 | 214,765.68 | R-74044 | |

## Lease Ledger

Page 4

Date: 05/09/2024

Property: 286-ga2

Tenant: ga299    99 Cents Only Store

From Date: 01/13/2016  To Date: 01/31/2028

Move In Date: 01/13/2016

Unit(S): 15505

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 06/01/2021 | Monthly CAM Estimated (06/2021) | 15505 | 13,802.35 | 0.00 | 228,568.03 | C-78106 | No |
| 06/01/2021 | Rent (06/2021) | 15505 | 39,452.33 | 0.00 | 268,020.36 | C-78107 | No |
| 06/08/2021 | Chk# 1000129768 June 2021 Rent/CAM | | 0.00 | 53,254.68 | 214,765.68 | R-74562 | |
| 06/23/2021 | Chk# 1000130318 50% Payment 2016-2018 Supplemental Taxes | | 0.00 | 107,382.84 | 107,382.84 | R-74716 | |
| 07/01/2021 | Monthly CAM Estimated (07/2021) | 15505 | 13,802.35 | 0.00 | 121,185.19 | C-78479 | No |
| 07/01/2021 | Rent (07/2021) | 15505 | 39,452.33 | 0.00 | 160,637.52 | C-78480 | No |
| 07/08/2021 | Chk# 1000130911 July 2021 Rent/CAM | | 0.00 | 53,254.68 | 107,382.84 | R-75061 | |
| 08/01/2021 | Monthly CAM Estimated (08/2021) | 15505 | 13,802.35 | 0.00 | 121,185.19 | C-79129 | No |
| 08/01/2021 | Rent (08/2021) | 15505 | 39,452.33 | 0.00 | 160,637.52 | C-79130 | No |
| 08/09/2021 | Chk# 1000131878 Payment for 2016-2018 Suppl Taxes | | 0.00 | 107,382.84 | 53,254.68 | R-75587 | |
| 08/11/2021 | Chk# 1000132027 August 2021 Rent/CAM | | 0.00 | 53,254.68 | 0.00 | R-75646 | |
| 09/01/2021 | Monthly CAM Estimated (09/2021) | 15505 | 13,802.35 | 0.00 | 13,802.35 | C-79900 | No |
| 09/01/2021 | Rent (09/2021) | 15505 | 39,452.33 | 0.00 | 53,254.68 | C-79901 | No |
| 09/15/2021 | Chk# 1000132817 September 2021 Rent/CAM | | 0.00 | 53,254.68 | 0.00 | R-76154 | |
| 10/01/2021 | Monthly CAM Estimated (10/2021) | 15505 | 13,802.35 | 0.00 | 13,802.35 | C-80516 | No |
| 10/01/2021 | Rent (10/2021) | 15505 | 39,452.33 | 0.00 | 53,254.68 | C-80517 | No |
| 10/01/2021 | Prior Year CAM Reconciliation (2020) | | 109,692.89 | 0.00 | 162,947.57 | C-80608 | No |
| 10/05/2021 | Chk# 1000133687 October 2021 Rent/CAM | | 0.00 | 53,254.68 | 109,692.89 | R-76651 | |
| 11/01/2021 | Monthly CAM Estimated (11/2021) | 15505 | 13,802.35 | 0.00 | 123,495.24 | C-80741 | No |
| 11/01/2021 | Rent (11/2021) | 15505 | 39,452.33 | 0.00 | 162,947.57 | C-80742 | No |
| 11/08/2021 | Chk# 1000134697 November 2021 Rent/CAM | | 0.00 | 53,254.68 | 109,692.89 | R-77141 | |
| 12/01/2021 | Monthly CAM Estimated (12/2021) | 15505 | 13,802.35 | 0.00 | 123,495.24 | C-81177 | No |
| 12/01/2021 | Rent (12/2021) | 15505 | 39,452.33 | 0.00 | 162,947.57 | C-81178 | No |
| 12/03/2021 | Chk# EFT December 2021 Rent/CAM | | 0.00 | 53,254.68 | 109,692.89 | R-77498 | |
| 01/01/2022 | Monthly CAM Estimated (01/2022) | 15505 | 12,362.28 | 0.00 | 122,055.17 | C-81945 | No |
| 01/01/2022 | Rent (01/2022) | 15505 | 39,452.33 | 0.00 | 161,507.50 | C-81946 | No |
| 01/05/2022 | Chk# EFT January 2022 Rent/CAM | | 0.00 | 53,254.68 | 108,252.82 | R-78074 | |
| 01/07/2022 | Chk# EFT Payment on account | | 0.00 | 92,313.11 | 15,939.71 | R-78073 | |
| 02/01/2022 | Estimated Monthly CAM (02/2022) | 15505 | 12,362.28 | 0.00 | 28,301.99 | C-82770 | No |
| 02/01/2022 | Rent (02/2022) | 15505 | 39,452.33 | 0.00 | 67,754.32 | C-82771 | No |
| 02/04/2022 | Chk# EFT February 2020 Rent/CAM | | 0.00 | 53,254.68 | 14,499.64 | R-78457 | |
| 03/01/2022 | Estimated Monthly CAM (03/2022) | 15505 | 12,362.28 | 0.00 | 26,861.92 | C-83485 | No |
| 03/01/2022 | Rent (03/2022) | 15505 | 39,452.33 | 0.00 | 66,314.25 | C-83486 | No |
| 03/04/2022 | Chk# EFT March 2022 Rent/CAM | | 0.00 | 53,254.68 | 13,059.57 | R-79008 | |

## Lease Ledger

Page 5

Date: 05/09/2024

Property: 286-ga2

Tenant: ga299    99 Cents Only Store

From Date: 01/13/2016  To Date: 01/31/2028

Move In Date: 01/13/2016

Unit(S): 15505

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/01/2022 | Estimated Monthly CAM (04/2022) | 15505 | 12,362.28 | 0.00 | 25,421.85 | C-83974 | No |
| 04/01/2022 | Rent (04/2022) | 15505 | 39,452.33 | 0.00 | 64,874.18 | C-83975 | No |
| 04/05/2022 | Chk# EFT April 2022 Rent/CAM | | 0.00 | 47,494.40 | 17,379.78 | R-79614 | |
| 05/01/2022 | Estimated Monthly CAM (05/2022) | 15505 | 12,362.28 | 0.00 | 29,742.06 | C-84878 | No |
| 05/01/2022 | Rent (05/2022) | 15505 | 39,452.33 | 0.00 | 69,194.39 | C-84879 | No |
| 05/05/2022 | Chk# EFT May 2022 Rent/CAM | | 0.00 | 51,814.61 | 17,379.78 | R-79990 | |
| 05/25/2022 | Prior Year 2021 CAM Reconciliation | | 38,663.43 | 0.00 | 56,043.21 | C-85634 | No |
| 06/01/2022 | Estimated Monthly CAM (06/2022) | 15505 | 12,362.28 | 0.00 | 68,405.49 | C-85321 | No |
| 06/01/2022 | Rent (06/2022) | 15505 | 39,452.33 | 0.00 | 107,857.82 | C-85322 | No |
| 06/03/2022 | Chk# EFT June 2022 Rent/CAM | | 0.00 | 51,814.61 | 56,043.21 | R-80467 | |
| 07/01/2022 | Estimated Monthly CAM (07/2022) | 15505 | 12,362.28 | 0.00 | 68,405.49 | C-86230 | No |
| 07/01/2022 | Rent (07/2022) | 15505 | 39,452.33 | 0.00 | 107,857.82 | C-86231 | No |
| 07/05/2022 | Chk# EFT July 2022 Rent/CAM | | 0.00 | 51,814.61 | 56,043.21 | R-81013 | |
| 08/01/2022 | Estimated Monthly CAM (08/2022) | 15505 | 12,362.28 | 0.00 | 68,405.49 | C-87350 | No |
| 08/01/2022 | Rent (08/2022) | 15505 | 39,452.33 | 0.00 | 107,857.82 | C-87351 | No |
| 08/05/2022 | Chk# EFT August 2022 Rent/CAM | | 0.00 | 51,814.61 | 56,043.21 | R-81521 | |
| 08/18/2022 | RE Tax Credit | | (8,915.34) | 0.00 | 47,127.87 | C-87598 | No |
| 08/31/2022 | Chk# EFT Payment for 2021 CAM Rec | | 0.00 | 29,748.10 | 17,379.77 | R-82050 | |
| 09/01/2022 | Estimated Monthly CAM (09/2022) | 15505 | 12,362.28 | 0.00 | 29,742.05 | C-87882 | No |
| 09/01/2022 | Rent (09/2022) | 15505 | 39,452.33 | 0.00 | 69,194.38 | C-87883 | No |
| 09/02/2022 | Chk# EFT September 2022 Rent/CAM | | 0.00 | 51,814.61 | 17,379.77 | R-82079 | |
| 10/01/2022 | Estimated Monthly CAM (10/2022) | 15505 | 12,362.28 | 0.00 | 29,742.05 | C-88232 | No |
| 10/01/2022 | Rent (10/2022) | 15505 | 39,452.33 | 0.00 | 69,194.38 | C-88233 | No |
| 10/05/2022 | Chk# EFT October 2022 Rent/CAM | | 0.00 | 51,814.61 | 17,379.77 | R-82818 | |
| 10/10/2022 | RE Tax Credit (2020) | | (16,395.53) | 0.00 | 984.24 | C-88553 | No |
| 10/21/2022 | Chk# EFT Payment on account | | 0.00 | 206.30 | 777.94 | R-83182 | |
| 11/01/2022 | Estimated Monthly CAM (11/2022) | 15505 | 12,362.28 | 0.00 | 13,140.22 | C-88665 | No |
| 11/01/2022 | Rent (11/2022) | 15505 | 39,452.33 | 0.00 | 52,592.55 | C-88666 | No |
| 11/04/2022 | Chk# EFT November 2022 Rent/CAM | | 0.00 | 51,814.61 | 777.94 | R-83446 | |
| 12/01/2022 | Estimated Monthly CAM (12/2022) | 15505 | 12,362.28 | 0.00 | 13,140.22 | C-89511 | No |
| 12/01/2022 | Rent (12/2022) | 15505 | 39,452.33 | 0.00 | 52,592.55 | C-89512 | No |
| 12/05/2022 | Chk# EFT December 2022 Rent/CAM | | 0.00 | 51,814.61 | 777.94 | R-83997 | |
| 01/01/2023 | Estimated Monthly CAM (01/2023) | 15505 | 13,323.28 | 0.00 | 14,101.22 | C-89984 | No |
| 01/01/2023 | Rent (01/2023) | 15505 | 39,452.33 | 0.00 | 53,553.55 | C-89985 | No |
| 01/05/2023 | Chk# EFT January 2023 Rent/CAM | | 0.00 | 52,775.61 | 777.94 | R-84393 | |

## Lease Ledger

Page 6

Date: 05/09/2024

Property: 286-ga2

Tenant: ga299   99 Cents Only Store

From Date: 01/13/2016  To Date: 01/31/2028

Move In Date: 01/13/2016

Unit(S): 15505

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 01/19/2023 | Chk# EFT Payment on Account Reversed by ctrl# 84612 Reapplying EFT | | 0.00 | 777.96 | (0.02) | R-84602 | |
| 01/19/2023 | Chk# EFT :Prog Gen Reverses receipt Ctrl# 84602 Reapplying EFT | | 0.00 | (777.96) | 777.94 | R-84612 | |
| 01/19/2023 | Chk# EFT Prior Year CAM Reconciliation 2020 Balance Paid Off | | 0.00 | 777.96 | (0.02) | R-84614 | |
| 02/01/2023 | Estimated Monthly CAM (02/2023) | 15505 | 13,323.28 | 0.00 | 13,323.26 | C-90509 | No |
| 02/01/2023 | Rent (02/2023) | 15505 | 43,390.53 | 0.00 | 56,713.79 | C-90510 | No |
| 02/01/2023 | Chk# EFT February 2023 Rent/CAM | | 0.00 | 56,713.81 | (0.02) | R-84838 | |
| 03/01/2023 | Estimated Monthly CAM (03/2023) | 15505 | 13,323.28 | 0.00 | 13,323.26 | C-91076 | No |
| 03/01/2023 | Rent (03/2023) | 15505 | 43,390.53 | 0.00 | 56,713.79 | C-91077 | No |
| 03/01/2023 | 2022 CAM Reconciliation | | 13,133.23 | 0.00 | 69,847.02 | C-91102 | No |
| 03/03/2023 | Chk# EFT March 2023 Rent/CAM | | 0.00 | 56,713.81 | 13,133.21 | R-85303 | |
| 04/01/2023 | Estimated Monthly CAM (04/2023) | 15505 | 13,323.28 | 0.00 | 26,456.49 | C-91556 | No |
| 04/01/2023 | Rent (04/2023) | 15505 | 43,390.53 | 0.00 | 69,847.02 | C-91557 | No |
| 04/05/2023 | Chk# EFT April 2023 Rent/CAM | | 0.00 | 56,713.81 | 13,133.21 | R-86004 | |
| 05/01/2023 | Estimated Monthly CAM (05/2023) | 15505 | 13,323.28 | 0.00 | 26,456.49 | C-91944 | No |
| 05/01/2023 | Rent (05/2023) | 15505 | 43,390.53 | 0.00 | 69,847.02 | C-91945 | No |
| 05/05/2023 | Chk# EFT May 2023 Rent/CAM | | 0.00 | 56,713.81 | 13,133.21 | R-86450 | |
| 06/01/2023 | Estimated Monthly CAM (06/2023) | 15505 | 13,323.28 | 0.00 | 26,456.49 | C-92651 | No |
| 06/01/2023 | Rent (06/2023) | 15505 | 43,390.53 | 0.00 | 69,847.02 | C-92652 | No |
| 06/05/2023 | Chk# EFT June 2023 Rent/CAM | | 0.00 | 56,713.81 | 13,133.21 | R-86954 | |
| 07/01/2023 | Estimated Monthly CAM (07/2023) | 15505 | 13,323.28 | 0.00 | 26,456.49 | C-93088 | No |
| 07/01/2023 | Rent (07/2023) | 15505 | 43,390.53 | 0.00 | 69,847.02 | C-93089 | No |
| 07/05/2023 | Chk# EFT July 2023 Rent/CAM | | 0.00 | 56,713.81 | 13,133.21 | R-87371 | |
| 08/01/2023 | Estimated Monthly CAM (08/2023) | 15505 | 13,323.28 | 0.00 | 26,456.49 | C-93604 | No |
| 08/01/2023 | Rent (08/2023) | 15505 | 43,390.53 | 0.00 | 69,847.02 | C-93605 | No |
| 08/07/2023 | Chk# EFT August 2023 Rent/CAM | | 0.00 | 56,713.81 | 13,133.21 | R-87956 | |
| 09/01/2023 | Estimated Monthly CAM (09/2023) | 15505 | 13,323.28 | 0.00 | 26,456.49 | C-93834 | No |
| 09/01/2023 | Rent (09/2023) | 15505 | 43,390.53 | 0.00 | 69,847.02 | C-93835 | No |
| 09/06/2023 | Chk# EFT September 2023 Rent/CAM | | 0.00 | 56,713.81 | 13,133.21 | R-88399 | |
| 09/22/2023 | Chk# EFT 2022 CAM Reconciliation | | 0.00 | 13,133.23 | (0.02) | R-88583 | |
| 10/01/2023 | Estimated Monthly CAM (10/2023) | 15505 | 13,323.28 | 0.00 | 13,323.26 | C-94517 | No |
| 10/01/2023 | Rent (10/2023) | 15505 | 43,390.53 | 0.00 | 56,713.79 | C-94518 | No |
| 10/05/2023 | Chk# EFT October 2023 Rent/CAM | | 0.00 | 56,713.81 | (0.02) | R-88837 | |
| 11/01/2023 | Estimated Monthly CAM (11/2023) | 15505 | 13,323.28 | 0.00 | 13,323.26 | C-94732 | No |
| 11/01/2023 | Rent (11/2023) | 15505 | 43,390.53 | 0.00 | 56,713.79 | C-94733 | No |

## Lease Ledger

Page 7

Date: 05/09/2024

Property: 286-ga2

Tenant: ga299   99 Cents Only Store

From Date: 01/13/2016  To Date: 01/31/2028

Move In Date: 01/13/2016

Unit(S): 15505

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 11/07/2023 | Chk# EFT November 2023 Rent/CAM | | 0.00 | 56,713.81 | (0.02) | R-89296 | |
| 12/01/2023 | Estimated Monthly CAM (12/2023) | 15505 | 13,323.28 | 0.00 | 13,323.26 | C-95219 | No |
| 12/01/2023 | Rent (12/2023) | 15505 | 43,390.53 | 0.00 | 56,713.79 | C-95220 | No |
| 12/05/2023 | Chk# EFT December 2023 Rent/CAM | | 0.00 | 56,713.81 | (0.02) | R-89611 | |
| 01/01/2024 | Estimated Monthly CAM (01/2024) | 15505 | 17,159.11 | 0.00 | 17,159.09 | C-95599 | No |
| 01/01/2024 | Rent (01/2024) | 15505 | 43,390.53 | 0.00 | 60,549.62 | C-95600 | No |
| 01/05/2024 | Chk# EFT January 2024 Rent/CAM | | 0.00 | 56,713.81 | 3,835.81 | R-90238 | |
| 02/01/2024 | Estimated Monthly CAM (02/2024) | 15505 | 17,159.11 | 0.00 | 20,994.92 | C-96257 | No |
| 02/01/2024 | Rent (02/2024) | 15505 | 43,390.53 | 0.00 | 64,385.45 | C-96258 | No |
| 02/06/2024 | Chk# EFT February 2024 Rent/CAM | | 0.00 | 56,713.81 | 7,671.64 | R-90667 | |
| 03/01/2024 | Estimated Monthly CAM (03/2024) | 15505 | 17,159.11 | 0.00 | 24,830.75 | C-96643 | No |
| 03/01/2024 | Rent (03/2024) | 15505 | 43,390.53 | 0.00 | 68,221.28 | C-96644 | No |
| 03/05/2024 | Chk# EFT March 2024 Rent/CAM | | 0.00 | 56,713.81 | 11,507.47 | R-91125 | |
| 04/01/2024 | Estimated Monthly CAM (04/2024) | 15505 | 17,159.11 | 0.00 | 28,666.58 | C-97124 | No |
| 04/01/2024 | Rent (04/2024) | 15505 | 43,390.53 | 0.00 | 72,057.11 | C-97125 | No |
| 05/01/2024 | Estimated Monthly CAM (05/2024) | 15505 | 17,159.11 | 0.00 | 89,216.22 | C-97373 | No |
| 05/01/2024 | Rent (05/2024) | 15505 | 43,390.53 | 0.00 | 132,606.75 | C-97374 | No |
| 05/01/2024 | Chk# EFT April 2024 Rent/CAM | | 0.00 | 56,713.81 | 75,892.94 | R-92024 | |

**CERTIFICATE OF SERVICE**

I, Todd C. Ringstad, Esq., hereby certify that on May 14, 2024, I served or caused to be served a correct copy of the foregoing by the Court's CM/ECF system on all counsel of record registered in this case through CM/ECF and by separate email upon the following:

(1) Proposed co-counsel to the Debtors, (1) Milbank LLP, 55 Hudson Yards, New York, NY 10001, Attn: Dennis F. Dunne (ddunne@milbank.com); Michael W. Price (mprice@milbank.com); Lauren C. Doyle (ldoyle@milbank.com); Brian Kinney (bkinney@milbank.com); and James A. McIntyre (jmcintyre@milbank.com), and (2) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Sr. (rdehney@morrisnichols.com); Matthew O. Talmo (mtalmo@morrisnichols.com), and Jonathan M. Weyand (jweyand@morrisnichols.com);

(2) Counsel to any Stalking Horse Bidder, (iii) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Rosa Sierra-Fox (rosa.sierra-fox@usdoj.gov); (iv) counsel to any Committee; and (v) counsel to the DIP Agent, Proskauer Rose LLP, 11 Times Square, New York, NY 10036, Attn: David M. Hillman (dhillman@proskauer.com) and Megan R. Volin (mvolin@proskauer.com).

                                                RINGSTAD & SANDERS LLP

                                                /s/ Todd C. Ringstad
                                                Todd C. Ringstad, Esq. (Cal Bar 97456)
                                                RINGSTAD & SANDERS LLP
                                                4910 Birch Street. Suite 120
                                                Newport Beach, California 92660
                                                Telephone: 949-851-7450
                                                Email: todd@ringstadlaw.com
                                                Attorney for 15501 Gardena, LLC

Dated:  May 14, 2024