**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date:** |
| | ) **May 23, 2024, at 10:00 a.m. (ET)** |
| | ) |
| | ) Re: D.I. 204 |
| | ) |

**NOTICE OF HEARING REGARDING DEBTORS' NOTICE OF REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

 **PLEASE TAKE NOTICE** that on April 19, 2024, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and Abandonment of Property Related Thereto)* (D.I. 204) (the "Notice") with the United States Bankruptcy Court for the District of Delaware (the "Court").

 **PLEASE TAKE FURTHER NOTICE** that objections to the Notice were due on **April 30, 2024, at 11:59 p.m. (ET)**.  The Debtors received objections from (i) 31033 Date Palm LLC (D.I. 273) (the "Date Palm Objection") and (ii) Suri Westover Village, Inc. (D.I. 324) (the "Westover Objection" and together with the Date Palm Objection, the "Objections").

 **PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO PARAGRAPH 2(E) OF THE *FINAL ORDER (I) AUTHORIZING AND APPROVING PROCEDURES FOR REJECTION AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (II) AUTHORIZING ABANDONMENT OF CERTAIN PERSONAL PROPERTY, AND (III) GRANTING RELATED RELIEF* (D.I. 438), A HEARING ON THE OBJECTIONS WILL BE HELD ON **MAY 23, 2024, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030).  The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Dated: May 14, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Erin L. Williamson*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Erin L. Williamson (No. 7286)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:     (302) 658-9200
Facsimile:     (302) 658-3989
Email:         rdehney@morrisnichols.com
               mtalmo@morrisnichols.com
               jweyand@morrisnichols.com
               ewilliamson@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:     (212) 530-5000
Facsimile:     (212) 530-5219
Email:         ddunne@milbank.com
               mprice@milbank.com
               ldoyle@milbank.com
               bkinney@milbank.com

*Co-Counsel for Debtors in Possession*