**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NUMBERS HOLDINGS, INC. et al.,[1] | ) Case No. 24-10719 (JKS) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) Re: Docket Nos. 344 and 483 |
|  | ) Objection deadline: May 14, 2024 |

**OBJECTION BY GORDEAN FAMILY PROPERTY MANAGEMENT, LLC**
**TO NOTICE OF POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS OR**
**UNEXPIRED LEASES AND PROPOSED CURE AMOUNT**
**AND DECLARATION OF RUTH GORDEAN JANKA**

Gordean Family Property Management, LLC ("GFPM"), through its undersigned counsel, hereby files and serves its objection to the proposed cure amount with respect to an unexpired lease in this matter between Debtor 99 Cents Only Stores, LLC, ("Debtor") as Tenant and GFPM as Landlord.

On May 2, 2024, Debtor filed its Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (the "Cure Notice") as Doc. 344. The GFPM Lease is listed at Item # 96 on Schedule 1 attached to the Cure Notice. The Cure Amount is listed as $25,630.83. This amount is incorrect and GFPM hereby objects thereto. The correct cure amount at this time is $45,114.94 as set forth in the attached Declaration of Ruth Gordean Janka.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Accordingly, the current Cure Amount is $45,114.94. GFPM reserves the right to supplement this Cure Amount with any additional amounts which may become due and unpaid under the GFPM Lease hereafter.

In addition to its objection to the Cure Amount, GFPM notes that the identity of a proposed assignee of the GFPM Lease has not yet been provided nor has any adequate assurance of future performance of the obligations of the GFPM Lease been provided to GFPM. GRPM therefore reserves its right to object to the assumption and assignment of the Lease for any additional reasons.

GFPM respectfully requests that the Court prohibit the assumption of the GFPM Lease unless and until Debtor amends the Draft Schedule to correct the Cure Amount for the GFPM Lease as specified herein and pays the correct Cure Amount to GFPM.

Date: May 14, 2024                     Respectfully submitted,

/s/ Todd C. Ringstad
Todd C. Ringstad, Esq. (Cal Bar 97456)
RINGSTAD & SANDERS LLP
4910 Birch Street. Suite 120
Newport Beach, California 92660
Telephone: 949-851-7450
Email: todd@ringstadlaw.com
Attorney for Gordean Family Property Management, LLC

## DECLARATION OF RUTH GORDEAN JANKA

I, Ruth Gordean Janka, declare under penalty of perjury as follows:

1. I am the managing member of Gordean Family Property Management, LLC ("GFPM"), lessor of certain real property located at 11916 Paramount Blvd., Downey, CA 90241 pursuant to a written lease therefor (the "Lease"). The lessee's interest in the lease is held by 99 Cents Only Stores, LLC.

2. The Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (the "Cure Notice") filed in the case as Doc. 344, lists a Cure Amount for the Lease at Item # 96 on the Schedule 1 attached to the Cure Notice. The Cure Amount listed is $25,630.83. This amount is incorrect and GFPM hereby objects thereto. The correct cure amount at this time is $45,114.94.

3. Attached hereto as Exhibit 1 is a true and correct copy of a current ledger of amounts due and amounts paid under the Lease since November 1, 2023. The ledger accurately sets forth both amounts due and amounts paid since November 1, 2023. As set forth on Exhibit 1, the current cure amount is $45,114.94.

4. Additionally, the Cure Amount must include any additional amounts that may accrue and remain unpaid up to the effective date of any assignment of the Lease by the Debtor herein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 13, 2024

_____
Ruth Gordean Janka

**Lease Ledger**

## Lease Information

|  |  |
|---|---|
| Date | 05/09/2024 |
| Lease Id | t0000322 |
| Property | gordean |
| Location | Gordean Family Property Management, LLC |
| Assigned Space(s) | 11916 |
| Customer |  |
| ICS Code |  |
| Lease Type | Triple Net Leases |
| Lease Term | From 03/01/2015 To |
| Lease Area | 24,000(Gross Lease) |
| Monthly Rent | 34660.00 |
| Office Phone | (323)980-8145 |
| Fax No |  |
| E-Mail | elizabethc@99only.com |

99 CENTS ONLY STORES, LLC
99 CENTS ONLY STORES, LLC (11916)
Attention: Real Estate Department
1730 Flight Way, Suite 100
Tustin , CA , 92782-1850

| Date | Description | Unit | Charges | Payments | Balance |
|---|---|---|---|---|---|
|  | Balance Forward |  |  |  | 14,705.12 |
| 11/01/23 | Common Area Charge (11/2023) | 11916 | 7,568.16 |  | 22,273.28 |
| 11/01/23 | Rent (11/2023) | 11916 | 34,660.00 |  | 56,933.28 |
| 11/01/23 | 1000153603_174354592 - |  |  | 32,295.46 | 24,637.82 |
| 11/03/23 | 1000153930_176040907 - |  |  | 43,344.23 | (18,706.41) |
| 12/01/23 | Common Area Charge (12/2023) | 11916 | 7,568.16 |  | (11,138.25) |
| 12/01/23 | Rent (12/2023) | 11916 | 34,660.00 |  | 23,521.75 |
| 12/05/23 | 1000154575_179279442 - |  |  | 43,344.23 | (19,822.48) |
| 01/01/24 | Common Area Charge (01/2024) | 11916 | 9,359.57 |  | (10,462.91) |
| 01/01/24 | Rent (01/2024) | 11916 | 34,660.00 |  | 24,197.09 |
| 01/02/24 | 1000155059_180936164 - |  |  | 41,235.15 | (17,038.06) |
| 01/05/24 | 1000155273_182767300 - |  |  | 43,344.23 | (60,382.29) |
| 02/01/24 | Common Area Charge (02/2024) | 11916 | 9,359.57 |  | (51,022.72) |
| 02/01/24 | Rent (02/2024) | 11916 | 34,660.00 |  | (16,362.72) |
| 02/05/24 | 1000155880_185870439 - |  |  | 43,344.23 | (59,706.95) |
| 03/01/24 | Common Area Charge (03/2024) | 11916 | 9,359.57 |  | (50,347.38) |
| 03/01/24 | Rent (03/2024) | 11916 | 34,660.00 |  | (15,687.38) |
| 04/01/24 | Common Area Charge (04/2024) | 11916 | 9,359.57 |  | (6,327.81) |
| 04/01/24 | Rent (04/2024) | 11916 | 34,660.00 |  | 28,332.19 |
| 04/06/24 | Late Charge, 10% of $36010.68 |  | 3,601.07 |  | 31,933.26 |
| 05/01/24 | Common Area Charge (05/2024) | 11916 | 9,359.57 |  | 41,292.83 |
| 05/01/24 | Rent (05/2024) | 11916 | 34,660.00 |  | 75,952.83 |
| 05/01/24 | 2023 CAM Reconciliation |  | 12,506.34 |  | 88,459.17 |
| 05/05/24 | 1000157052_195592828 - |  |  | 43,344.23 | 45,114.94 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 12,506.34 | 32,608.60 | 0.00 | 0.00 | 45,114.94 |

**CERTIFICATE OF SERVICE**

I, Todd C. Ringstad, Esq., hereby certify that on May 14, 2024, I served or caused to be served a correct copy of the foregoing by the Court's CM/ECF system on all counsel of record registered in this case through CM/ECF and by separate email upon the following:

(1) Proposed co-counsel to the Debtors, (1) Milbank LLP, 55 Hudson Yards, New York, NY 10001, Attn: Dennis F. Dunne (ddunne@milbank.com); Michael W. Price (mprice@milbank.com); Lauren C. Doyle (ldoyle@milbank.com); Brian Kinney (bkinney@milbank.com); and James A. McIntyre (jmcintyre@milbank.com), and (2) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Sr. (rdehney@morrisnichols.com); Matthew O. Talmo (mtalmo@morrisnichols.com), and Jonathan M. Weyand (jweyand@morrisnichols.com);

(2) Counsel to any Stalking Horse Bidder, (iii) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Rosa Sierra-Fox (rosa.sierra-fox@usdoj.gov); (iv) counsel to any Committee; and (v) counsel to the DIP Agent, Proskauer Rose LLP, 11 Times Square, New York, NY 10036, Attn: David M. Hillman (dhillman@proskauer.com) and Megan R. Volin (mvolin@proskauer.com).

        RINGSTAD & SANDERS LLP

        /s/ Todd C. Ringstad
        Todd C. Ringstad, Esq. (Cal Bar 97456)
        RINGSTAD & SANDERS LLP
        4910 Birch Street. Suite 120
        Newport Beach, California 92660
        Telephone: 949-851-7450
        Email: todd@ringstadlaw.com
        Attorney for Gordean Family Property Management LLC

Dated: May 14, 2024