IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NUMBERS HOLDINGS, INC. et al.,[1] | ) ) ) | Case No. 24-10719 (JKS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) ) | Re: Docket Nos. 344 and 483  Objection deadline: May 14, 2024 |

**OBJECTION BY CHILLS99, LLC; UPLAND VILLAGE CENTER, LLC; 99WHTLNE, LLC; 99 OLIVES, LLC; KINGS WP5, LLC; SIERRA FONTANA 99, LLC, SC PICO PLAZA, LLC; AND CP WOOD, LLC TO PROPOSED CURE CLAIM AMOUNT WITH RESPECT TO UNEXPIRED LEASES**

CHILLS99, LLC; UPLAND VILLAGE CENTER, LLC; 99WHTLNE, LLC; 99 OLIVES, LLC; KINGS WP5, LLC; SIERRA FONTANA 99, LLC, SC PICO PLAZA, LLC; AND CP WOOD, LLC, (collectively, the "Wood Landlords") affiliated landlords managed by Wood Investments Companies, Inc., hereby file and serve, by and through their undersigned counsel, their objections to the proposed cure amounts with respect to unexpired leases (the "Wood Landlords' Leases") in this matter between Debtor 99 Cents Only Stores LLC ("Debtor") as Tenant and each of the Wood Landlords as Landlord.

On May 2, 2024, Debtor filed its Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (the "Cure Notice") as Doc. 344. The Wood Landlords'

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Leases are listed on the Schedule 1 attached to the Cure Notice. The Cure Amount for each Lease and the corrected Cure Amount are set forth in the following Cure Claim Chart:

| Landlord | Property Address | Cure Claim Listed[2] | Cure Claim Corrected |
|---|---|---:|---:|
| CHILLS99, LLC | 4050 Chino Hills Pkwy, Chino Hills | $0 | $192,134.56 |
| Upland Village Center, LLC | 229 E. Foothill Blvd., Upland | $25,675.06 | $68,208.63 |
| 99WHTLNE, LLC | 1501 White Lane, Bakersfield | $33,801.83 | $33,801.83 |
| 99 Olives, LLC | 1111 W. Olive Ave., Merced | $37,706.66 | $107,599.03 |
| KINGS WP5, LLC | 4979 E. Kings Canyon Rd., Fresno | $23,018.44 | $55,728.11 |
| Sierra Fontana 99, LLC | 9255 Sierra Ave., Fontana | $2,568.75 | $63,432.67 |
| SC Pico Plaza, LLC | 55 Via Pico Plaza, San Clemente | $40,060.08 | $114,416.82 |
| CP Wood, LLC | 2450 E. Chapman, Fullerton | $28,831.01 | $71,266.43 |

The cure amounts are incorrect and the Wood Landlords hereby object thereto. The correct cure amounts are as set forth in the above Cure Claim Chart.

In addition to the objections to the Cure Amounts, the Wood Landlords note that the identity of the proposed assignees of the Wood Landlords' Leases have not yet been provided nor has any adequate assurance of future performance of the obligations of lessees under the Wood Landlords' Leases has been provided to the Wood Landlords. Further, under the terms of the Wood Landlords' Leases and applicable law, the Wood Landlords are entitled to recoup their attorney's fees and costs incurred in respect to the leases as a condition to any assumption and assignment of the Wood Landlords' Leases. The Wood Landlords therefore reserve their right to object to the assumption and assignment of the Lease for any additional reasons.

//

//

//

---

[2] The Cure Amount Listed in the above chart were obtained from the Notice filed herein as Doc. 3.

The Wood Landlords therefore respectfully request that the Court prohibit the assumption of the Wood Landlords' Leases unless and until Debtor amends the Schedule to correct the Cure Amounts for the Wood Landlords' Leases as specified herein and pay the Corrected Cure Amount.

Date:  May 15, 2024

Respectfully submitted,

/s/ Todd C. Ringstad
Todd C. Ringstad, Esq. (Cal Bar 97456)
RINGSTAD & SANDERS LLP
4910 Birch Street. Suite 120
Newport Beach, California 92660
Telephone: 949-851-7450
Email: todd@ringstadlaw.com
Attorneys for CHILLS99, LLC; UPLAND VILLAGE CENTER, LLC; 99WHTLNE, LLC; 99 OLIVES, LLC; KINGS WP5, LLC; SIERRA FONTANA 99, LLC, SC PICO PLAZA, LLC; AND CP WOOD, LLC

## DECLARATION OF PATRICK WOOD

I, Patrick Wood, declare under penalty of perjury as follows:

1. I am the CEO/President of Wood Investments Companies, LLC (the "Property Manager"), which is an affiliate of and provides management services to CHILLS99, LLC; UPLAND VILLAGE CENTER, LLC; 99WHTLNE, LLC; 99 OLIVES, LLC; KINGS WP5, LLC; SIERRA FONTANA 99, LLC, SC PICO PLAZA, LLC; AND CP WOOD, LLC, (collectively, the "Wood Landlords") with respect to eight unexpired leases of real property in which the lessee's interest in each Lease is held by 99 Cents Only Stores, LLC. I am personally familiar with the management of the property and the amounts due and accruing under each of the Leases, and paid and unpaid under the Leases.

2. The Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (the "Cure Notice") filed in the case as Doc. 344, lists a Cure Amount for each of the Leases. The following chart correctly identifies each Landlord, each property address, the incorrect cure amount stated by the Debtor, and the corrected amount due according to the books and records of the Property Manager.

| Landlord | Property Address | Cure Claim Listed[3] | Cure Claim Corrected |
|---|---|---|---|
| CHILLS99, LLC | 4050 Chino Hills Pkwy, Chino Hills | $0 | $192,134.56 |
| Upland Village Center, LLC | 229 E. Foothill Blvd., Upland | $25,675.06 | $68,208.63 |
| 99WHTLNE, LLC | 1501 White Lane, Bakersfield | $33,801.83 | $33,801.83 |
| 99 Olives, LLC | 1111 W. Olive Ave., Merced | $37,706.66 | $107,599.03 |
| KINGS WP5, LLC | 4979 E. Kings Canyon Rd., Fresno | $23,018.44 | $55,728.11 |
| Sierra Fontana 99, LLC | 9255 Sierra Ave., Fontana | $2,568.75 | $63,432.67 |
| SC Pico Plaza, LLC | 55 Via Pico Plaza, San Clemente | $40,060.08 | $114,416.82 |
| CP Wood, LLC | 2450 E. Chapman, Fullerton | $28,831.01 | $71,266.43 |

---

[3] The Cure Amount Listed in the above chart were obtained from the Notice filed herein as Doc. 3.

4. Additionally, under the terms of the Wood Landlords' Leases, the Cure Amount for any Lease must include any additional amounts that may accrue and remain unpaid hereafter up to the effective date of any assignment of the Lease by the Debtor herein, and all attorney's fees and costs incurred by the Wood Landlords.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2024

_____
Patrick Wood

**CERTIFICATE OF SERVICE**

I, Todd C. Ringstad, Esq., hereby certify that on May 14, 2024, I served or caused to be served a correct copy of the foregoing by the Court's CM/ECF system on all counsel of record registered in this case through CM/ECF and by separate email upon the following:

(1) Proposed co-counsel to the Debtors, (1) Milbank LLP, 55 Hudson Yards, New York, NY 10001, Attn: Dennis F. Dunne (ddunne@milbank.com); Michael W. Price (mprice@milbank.com); Lauren C. Doyle (ldoyle@milbank.com); Brian Kinney (bkinney@milbank.com); and James A. McIntyre (jmcintyre@milbank.com), and (2) Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney, Sr. (rdehney@morrisnichols.com); Matthew O. Talmo (mtalmo@morrisnichols.com), and Jonathan M. Weyand (jweyand@morrisnichols.com);

(2) Counsel to any Stalking Horse Bidder, (iii) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Rosa Sierra-Fox (rosa.sierra-fox@usdoj.gov); (iv) counsel to any Committee; and (v) counsel to the DIP Agent, Proskauer Rose LLP, 11 Times Square, New York, NY 10036, Attn: David M. Hillman (dhillman@proskauer.com) and Megan R. Volin (mvolin@proskauer.com).

Dated:  May 14, 2024           RINGSTAD & SANDERS LLP

　　　　　　　　　　　　　　　　 /s/ Todd C. Ringstad
　　　　　　　　　　　　　　　　Todd C. Ringstad, Esq. (Cal Bar 97456)
　　　　　　　　　　　　　　　　RINGSTAD & SANDERS LLP
　　　　　　　　　　　　　　　　4910 Birch Street. Suite 120
　　　　　　　　　　　　　　　　Newport Beach, California 92660
　　　　　　　　　　　　　　　　Telephone: 949-851-7450
　　　　　　　　　　　　　　　　Email: todd@ringstadlaw.com
　　　　　　　　　　　　　　　　Attorneys for CHILLS99, LLC; UPLAND VILLAGE CENTER, LLC; 99WHTLNE, LLC; 99 OLIVES, LLC; KINGS WP5, LLC; SIERRA FONTANA 99, LLC, SC PICO PLAZA, LLC; AND CP WOOD, LLC