# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. 492 |

## AMENDED CERTIFICATE OF SERVICE

I, Jamie L. Edmonson, hereby certify that a true and correct copy of the *Objection of 1820 W. 182nd St., LLC To Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts* was filed electronically on May 13, 2024, with the United States Bankruptcy Court for the District of Delaware and has been served on all parties who have registered for electronic service in these cases, and also upon the parties on the attached service list via electronic mail.

By */s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)
ROBINSON & COLE LLP
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Tel: (302) 295-1700
Fax: (302) 516-1699
jedmonson@rc.com

Dated: May 14, 2024

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030).

## Service List

Dennis F. Dunne, Esquire
Michael W. Price, Esquire
Lauren C. Doyle, Esquire
Brian Kinney, Esquire
James McIntyre, Esquire
Milbank LLP
55 Hudson Yards
New York, NY 10001
ddunne@milbank.com
mprice@milbank.com
ldoyle@milbank.com
bkinney@milbank.com
mcintyre@milbank.com
*(Counsel for the Debtors)*

Robert J. Dehney, Esquire
Matthew O. Talmo, Esquire
Jonathan M. Weyand, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@morrisnichols.com
mtalmo@morrisnichols.com
jweyand@morrisnichols.com
(*Counsel for the Debtors*)

Rosa Sierra-Fox, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
rosa.sierra@usdoj.gov
(*United States Trustee*)

Bradford J. Sandler, Esquire
Robert J. Feinstein, Esquire
Steven W. Golden, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
sgolden@pszjlaw.com
crobinson@pszjlaw.com
*(Proposed Counsel for the Official Committee of Unsecured Creditors)*

Anna Gumport, Esquire
Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071
agumport@sidley.com
*(Counsel to ABL Facility Agent)*

Jeffrey D. Saferstein, Esquire
Chase Bentley, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jeffrey.saferstein@weil.com
chase.bentley@weil.com
(*Counsel to Ad Hoc Group of 2026 Noteholders*)

Adam G. Landis, Esquire
Richard S. Cobb, Esquire
Joshua B. Brooks, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
cobb@lrclaw.com
brooks@lrclaw.com

and

David M. Hillman, Esquire
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
dhillman@proskauer.com
(*Counsel to DIP Agent, DIP Lender, and FILO Agent*)