## CERTIFICATE OF SERVICE

I, Joseph E. Brenner, hereby certify that on May 13, 2024, I served a copy of the *Objection of Melrose Investment Company, LLC to the Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts* via CM/ECF on all parties who have registered for electronic service in these cases, and also upon the parties on the attached service list via electronic mail.

Dated: May 14, 2024

*/s/ Joseph E. Brenner*_____
Joseph E. Brenner (Bar No. 6643)

**SERVICE LIST**

| | |
|---|---|
| Dennis F. Dunne, Esquire<br>Michael W. Price, Esquire<br>Lauren C. Doyle, Esquire<br>Brian Kinney, Esquire<br>James McIntyre, Esquire<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>ddunne@milbank.com<br>mprice@milbank.com<br>ldoyle@milbank.com<br>bkinney@milbank.com<br>mcintyre@milbank.com<br><br>*(Proposed Counsel for the Debtors)* | Adam G. Landis, Esquire<br>Richard S. Cobb, Esquire<br>Joshua B. Brooks, Esquire<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>cobb@lrclaw.com<br>brooks@lrclaw.com<br><br>*(Counsel to DIP Agent, DIP Lender, and FILO Agent)* |
| Robert J. Dehney, Esquire<br>Matthew O. Talmo, Esquire<br>Jonathan M. Weyand, Esquire<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>rdehney@morrisnichols.com<br>mtalmo@morrisnichols.com<br>jweyand@morrisnichols.com<br><br>*(Proposed Counsel for the Debtors)* | Bradford J. Sandler, Esquire<br>Robert J. Feinstein, Esquire<br>Steven W. Golden, Esquire<br>Colin R. Robinson, Esquire<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com<br><br>*(Proposed Counsel for the Official Committee of Unsecured Creditors)* |
| Rosa Sierra-Fox, Esquire<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>**U. S. DEPARTMENT OF JUSTICE**<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>rosa.sierra@usdoj.gov<br><br>*(United States Trustee)* | Anna Gumport, Esquire<br>**SIDLEY AUSTIN LLP**<br>350 South Grand Avenue<br>Los Angeles, CA 90071<br>agumport@sidley.com<br><br>*(Counsel to ABL Facility Agent)* |

| | |
|---|---|
| David M. Hillman, Esquire<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>dhillman@proskauer.com<br><br>*(Counsel to DIP Agent, DIP Lender, and FILO Agent)* | Jeffrey D. Saferstein, Esquire<br>Chase Bentley, Esquire<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>jeffrey.saferstein@weil.com<br>chase.bentley@weil.com<br><br>*(Counsel to Ad Hoc Group of 2026 Noteholders)* |
| Brian S. Hermann, Esquire<br>Brian Bolin, Esquire<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>bhermann@paulweiss.com<br>bbolin@paulweiss.com<br><br>*(Counsel to Certain 2026 Noteholders)* | Dennis M. Twomey, Esquire<br>Jackson T. Garvey, Esquire<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn<br>Chicago, IL 60603<br>dtwomey@sidley.com<br>jgarvey@sidley.com<br><br>*(Counsel to ABL Facility Agent)* |
| Edmon L. Morton, Esquire<br>Carol E. Cox, Esquire<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>emorton@ycst.com<br>ccox@ycst.com<br><br>*(Counsel to ABL Facility Agent)* | M. Blake Cleary, Esquire<br>L. Katherine Good, Esquire<br>Brett M. Haywood, Esquire<br>Levi Akkerman, Esquire<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>bcleary@potteranderson.com<br>kgood@potteranderson.com<br>bhaywood@potteranderson.com<br>lakkerman@potteranderson.com<br><br>*(Counsel to Ad Hoc Group of 2026 Noteholders)* |
| Michael J. Joyce, Esquire<br>**JOYCE, LLC**<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>mjoyce@mjlawoffices.com<br><br>*(Counsel to Citrus Crossing Properties Fee, LLC)* | |