## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) | Case No. 24-10719 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR
### MAY 15, 2024, AT 12:30 P.M. (EASTERN TIME)

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and
> the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Court's website.

## MATTER GOING FORWARD

1. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections, and (III) Granting Related Relief (D.I. 471, filed 5/9/24).

   Response Deadline: May 15, 2024, at 10:30 a.m. (ET).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

[2] **Amended items appear in bold.**

<u>Responses Received</u>:

**a)**      **Response and Limited Objection of North Oaks, LLC to Amended Notice of Potential Assumption of Executory Contracts and Unexpired Leases and Cure Amounts, and (II) Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Procedures; and (III) Granting Related Relief (D.I. 541, filed 5/14/24).**

<u>Related Documents</u>:

a)      Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors Entry Into One or Multiple Asset Purchase Agreements, (B) Sale(s) Free and Clear of all Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 463, entered 5/9/24);

b)      Declaration of Paul Shin in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections, and (III) Granting Related Relief (D.I. 472, filed 5/9/24);

c)      Debtors' Motion for Entry of an Order Shortening Notice of Hearing on the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections, and (III) Granting Related Relief (D.I. 473, filed 5/10/24);

d)      Order Shortening Notice of Hearing on the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections, and (III) Granting Related Relief (D.I. 474, entered 5/10/24);

e)      Notice of Hearing Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections, and (III) Granting Related Relief (D.I. 481, filed 5/10/24); and

**f)**      **Notice of Filing of Revised Proposed Order (I) Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections; and (III) Granting Related Relief (D.I. 550, filed 5/15/24).**

<u>Status</u>:  This matter is going forward.

Dated: May 15, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email:        rdehney@morrisnichols.com
              mtalmo@morrisnichols.com
              jweyand@morrisnichols.com
              csawyer@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq.  (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mprice@milbank.com
              ldoyle@milbank.com
              bkinney@milbank.com

*Co-Counsel for Debtors in Possession*