**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NUMBER HOLDINGS, INC., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 24-10719 (JKS)<br>)<br>) (Jointly Administered)<br>)<br>) Re D.I. 471, 481 |

**LIMITED OBJECTION OF AMERICAN NATIONAL
INSURANCE COMPANY TO DEBTORS' MOTION FOR ENTRY
OF AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO
THE STALKING HORSE APA, (II) APPROVING THE RELATED
BID PROTECTIONS; AND (III) GRANTING RELATED RELIEF**

AMERICAN NATIONAL INSURANCE COMPANY ("American National" or "Landlord"), by and through its undersigned counsel, files this Limited Objection to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections; and (III) Granting Related Relief (D.I. 471) ("Objection"), and respectfully states:

**INTRODUCTION**

1. American National objects to its Lease with Debtor 99 Cents Only Stores Texas, Inc. ("Tenant Debtor") being included as one of the leases to be sold and assigned to the Stalking Horse Bidder.

2. On April 7 and 8, 2024 (collectively, "Petition Date") Tenant Debtor and related Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

3. On April 16, 2024, Debtors filed Debtors' Motion for Entry of an Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing

Dates; (III)(A) Debtors' Entry into One or Multiple Asset Purchase Agreements, (B) Sale(s) Free and Clear of all Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [D.I.171 ("Sale Motion"). The Sale Motion is set for hearing on April 23, 2024.

4. On May 9, 2024, Debtors filed Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections; and (III) Granting Related Relief (D.I. 471) ("APA Motion"). Pursuant to the Court's Order Shortening Notice of Hearing of the APA Motion (D.I. 474), the hearing on the APA Motion is scheduled for May 15, 2024 at 12:30 PM (ET) and objections to the APA Motion are due by May 15, 2024 at 10:30 PM (ET)

5. American National as current landlord and Tenant Debtor as tenant are parties to that certain Lease Contract dated March 16, 2004, as thereafter amended, regarding non-residential property located at 1406 E. Loop 336 West, Conroe, Texas 77304 ("Property"), commonly known as the Montgomery Plaza Shopping Center ("Lease").

6. Debtors' APA Motion proposes to include the Lease with seven (7) other leases on property in Texas in Debtors' APA, selling and assigning the Lease to Ollie's Bargain Outlet, Inc. and OBO Ventures, Inc., collectively as the Stalking Horse Bidder.

## LIMITED OBJECTION

7. American National objects to the APA Motion to the extent it includes the Lease to be sold and assigned to the Stalking Horse Bidder as follows::

   a. If APA Motion is approved and the Lease is assigned to the Stalking Horse Bidder, American National is denied its rights as the owner of the Property to vet the Stalking Horse Bidder as it would any other potential tenant, and to lease the Property to a tenant of its choosing;

   b. The Lease and American National's leases with co-tenants of the Property

      contain certain use restrictions which the business of the Stalking Horse Bidder may violate; and

    c. Debtors' Notice of Potential Assumption of Executory Contracts and Unexpired Leases and Cure Amounts (D.I. 344), as amended by the Amended Notice of Potential Assumption of Executory Contracts and Unexpired Leases and Cure Amounts (D.I. 482) ("Assumption Notice") incorrectly states the cure amount owed under the Lease. American National filed its Objection to the Cure Amount stated in the Assumption Notice. See, American National's Objection at D.I. 537.

### RESERVATION OF RIGHTS AND JOINDER

8. American National reserves its rights to supplement this Objection and make such other and further objections as it deems necessary or appropriate, including any other sale motions regarding the Lease and/or amendments to the APA Motion.

9. American National hereby joins any other objections filed by Debtors' landlords to the extent such objections are not inconsistent with the relief sought herein.

WHEREFORE, American National Insurance Company respectfully requests that the Court enter an Order (i) sustaining American National's objection to the APA Motion to the extend it includes the Lease to be sold and assigned to the Stalking Horse Bidder, and (ii) grant to American National all other and further relief to which it may be justly entitled.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **COZEN O'CONNOR** |
| Dated: May 15, 2024 | */s/ Simon E. Fraser* |
|  | Simon E. Fraser (No. 5335) |
|  | 1201 N. Market Street, Suite 1001 |
|  | Wilmington, DE 19801-1147 |
|  | T: 302-295-2000 / F: 302-295-2013 |
|  | sfraser@cozen.com |
|  |  |
|  | **GREER, HERZ & ADAMS, LLP** |
|  | Tara B. Annweiler |
|  | Texas State Bar No. 00783547 |
|  | tannweiler@greerherz.com |
|  | Marc D. Young |
|  | myoung@greerherz.com |
|  | Texas State Bar No. 24098650 |
|  | One Moody Plaza, 18th Floor |
|  | Galveston, Texas 77550 |
|  | P: 409.797.3200 |
|  | F: 409.766.6424 |
|  |  |
|  | ATTORNEYS FOR AMERICAN NATIONAL INSURANCE COMPANY |