**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NUMBER HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10719 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 171, 344 and 482**<br>**Objection Deadline: May 17, 2024**[2]<br>**Hearing Date: May 23, 2024 at 10:00 a.m.** |

**OBJECTION OF FRANKLIN FAMILY PARTNERSHIP**
**TO ASSUMPTION AND ASSIGNMENT OF LEASE**

Franklin Family Partnership ("**Lessor**"), by its attorneys, objects to the assumption and assignment of its lease pursuant to *Debtors' Motion for Entry of an Order Approving (I)(A) Bidding Procedures in Connection With the Sale of Substantially all of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors' Entry Into One or Multiple Asset Purchase Agreements, (B) Sale(s) Free and Clear of All Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 171] (the "**Sale Motion**") and the Notices of potential assumption of executory contracts and unexpired leases and cure amounts filed on May 2, 2024 and May 10, 2024 [Docket Nos. 344 and 482] (collectively, the "**Cure Notice**"). In support, Lessor respectfully represents as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

[2] By written agreement with Debtors' counsel the objection deadline for Lessor was extended to and including May 17, 2024.

52323811.1 05/17/2024

1. Lessor is the successor lessor, and 99 Cents Only Stores LLC (the "**Debtor**") is the successor lessee, under that certain lease dated October 29, 1971, as amended (the "**Lease**").

2. The Cure Notice has the Lease as item 71, and indicates an incorrect cure amount for the Lease of $2,390.17.

3. The cure amount included on the Cure Notice does not include, inter alia, any amount owed for percentage rent pursuant to the Lease. The Lease provides that percentage rent is determined based upon Debtor's gross sales. Lessor cannot calculate the amount of such percentage rent due under the Lease because the Debtor has failed to provide the gross sales data needed to make such calculation.

4. Accordingly, Lessor objects to assumption and assignment of the Lease. Lessor further objects to the extent Debtor seeks authorization to assign the Lease free and clear of any liquidated cure amounts or unliquidated obligations under the Lease, including without limitation any obligations to satisfy unbilled taxes or other charges, reconciliations, or adjustments. Any order approving an assumption and assignment of the Lease should make clear that all liquidated cure amounts must be paid at or prior to assumption and assignment and all unliquidated obligations under the Lease shall survive, and that any assignee shall take the Lease subject to all of its terms and undertake to satisfy all monetary and other non-monetary obligations under the Lease, regardless of whether such unliquidated obligations could be argued to have existed, occurred, arose, accrued or related prior to the assumption and assignment of the Lease.

5. Lessor further reserves all rights regarding adequate assurance issues as provided for in the Bid Procedures Order.

WHEREFORE, for the reasons set forth herein, Lessor objects to the assumption and assignment of the Lease, and requests all relief to which it may be entitled.

Dated: May 17, 2024

**SAUL EWING LLP**

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6848
E-mail: john.demmy@saul.com

-and-

Jeffrey A. Krieger
**GREENBERG GLUSKER LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 785-6869
jkrieger@greenbergglusker.com

*Attorneys for Lessor*