# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 478, 486, 492, 493, 496, 498, 499, 501, 502, 504, 507, 508, 509, 510, 511, 512, 513, 515, 516, 519, 520, 521, 522, 523, 524, 525, 527, 528, 529, 530, 531, 533, 534, 535, 536, 537, 539, 540, 541, 543, 545, 563, 564, 571, 573, 593, 597, 604, 609, 611** |

## NOTICE OF ADJOURNED CURE OBJECTIONS

**PLEASE TAKE NOTICE** that on April 16, 2024, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion For Entry Of An Order Approving (I)(A) Bidding Procedures In Connection With The Sale Of Substantially All Of The Debtors' Remaining Assets, (B) Assumption And Assignment Procedures, (C) Form And Manner Of Notice Of Sale Hearing, Assumption Procedures, And Auction Results; (II) Auction And Sale Hearing Dates;(III)(A) Debtors' Entry Into One Or Multiple Asset Purchase Agreements, (B) Sale(s) Free And Clear Of All Encumbrances, And (C) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief* (D.I. 171) (the "Bidding Procedures Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on May 9, 2024, the Court entered the *Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors Entry Into One or Multiple Asset Purchase Agreements, (B) Sale(s) Free and Clear of all Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* (D.I. 463) (the "Bidding Procedures Order").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, a hearing for the Court to consider the sale of the Debtors' assets is scheduled for May 23, 2024, at 10:00 a.m. (the "Sale Hearing"). Paragraph 32(viii) of the Bidding Procedures Order provides, in part, that Contract Objections (as defined in the Bidding Procedures Order) are to be adjudicated at the Sale Hearing or at a subsequent hearing to be scheduled by the Court at the Debtors' discretion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 32(viii) of the Bidding Procedures Order, all Contract Objections, other than the *Objection to Debtors' Motion for Entry of An Order (I) Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections, and (III) Granting Related Relief* (D.I. 552), and the *Amended Objection Amended Limited Objection of American National Insurance Company to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections; and (III) Granting Related Relief and Supplemental Objection to Stalking Horse Bidders Adequate Assurance Information* (D.I. 602), each filed by American National Insurance Company, shall be continued to the hearing scheduled for June 4, 2024, at 1:00 p.m. (ET).

| | |
|---|---|
| Dated: May 20, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 658-3989<br>Email:   rdehney@morrisnichols.com<br>            mtalmo@morrisnichols.com<br>            jweyand@morrisnichols.com<br>            csawyer@morrisnichols.com<br><br>- and -<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>Brian Kinney, Esq. (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:  (212) 530-5000<br>Facsimile:   (212) 530-5219<br>Email:   ddunne@milbank.com<br>            mprice@milbank.com<br>            ldoyle@milbank.com<br>            bkinney@milbank.com<br><br>*Co-counsel for Debtors in Possession* |