# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NUMBER HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10719 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 606** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Robert Klyman of DLA Piper LLP (US), to represent Red Hill Village, LLC, in the above-captioned chapter 11 cases.

Dated: May 20, 2024  
Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/ Aaron S. Applebaum*
Aaron S. Applebaum, Esq. (DE-5587)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: aaron.applebaum@us.dlapiper.com

*Counsel for Red Hill Village, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: May 20, 2024

**DLA PIPER LLP (US)**

*/s/ Robert A. Klyman*
Robert A. Klyman (CA- 142723)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067
Telephone: (310) 595-3000
Email: robert.klyman@us.dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: May 21st, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE