# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) Case No. 24-10719 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## DEBTORS' WITNESS LIST FOR MAY 23, 2024, HEARING

The above-captioned debtors and debtors in possession (the "Debtors") file this Witness List identifying the individuals that the Debtors may call as witnesses at the hearing scheduled for **May 23, 2024, at 10:00 a.m. (ET)** (the "Hearing") before the Honorable J. Kate Stickles, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

## WITNESSES

The Debtors intend to present, either through direct live examination or by declaration, the testimony of one or more individuals, which may include Matt Tabloff and Paul Shin.

## RESERVATION OF RIGHTS

The Debtors reserve the right to amend and/or supplement the foregoing witness list at any time prior to the Hearing. The Debtors further reserve the right to (i) cross-designate all witnesses designated by any other party for the Hearing, (ii) call any rebuttal and/or impeachment witnesses

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

as necessary, (iii) cross-examine any witness called by any other party at the Hearing, and (iv) not call any witness identified herein.

| | |
|---|---|
| Dated: May 21, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:   (302) 658-9200<br>Facsimile:    (302) 658-3989<br>Email:          rdehney@morrisnichols.com<br>                      mtalmo@morrisnichols.com<br>                      jweyand@morrisnichols.com<br>                      csawyer@morrisnichols.com<br><br>- and -<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>Brian Kinney, Esq. (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:          ddunne@milbank.com<br>                      mprice@milbank.com<br>                      ldoyle@milbank.com<br>                      bkinney@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |