# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtor. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT**, Bar-S Foods Company hereby appears in the above-captioned chapter 11 cases by and through its undersigned counsel in accordance with 11 U.S.C. § 1109(b) and Rule 9010 of the General Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in these chapter 11 cases be given and served at the offices, addresses, and numbers as follows: to and served as set forth below:

Alessandra Glorioso, Esq.
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
Email: glorioso.alessandra@dorsey.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise that affects or seek to affect in anyway any rights or interests of Bar-S Foods Company.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of Bar-S Foods Company: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to these chapter 11 cases or any other case, controversy, or proceeding related to these chapter 11 cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Bar-S Foods Company may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: May 21, 2024 | **DORSEY & WHITNEY (DELAWARE) LLP** |
| | */s/ Alessandra Glorioso* |
| | Alessandra Glorioso (DE Bar No. 5757) |
| | 300 Delaware Avenue, Suite 1010 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 425-7171 |
| | Email: glorioso.alessandra@dorsey.com |
| | *Attorneys for Bar-S Foods Company* |