**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NUMBER HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10719 (JKS)<br><br>(Jointly Administered)<br><br>Re D.I. 471, 552, 602 |

**LANDLORD AMERICAN NATIONAL INSURANCE COMPANY'S WITNESS AND
EXHIBIT LIST FOR HEARING ON MAY 23, 2024 AT 10:00 A.M. (ET)**

**PLEASE TAKE NOTICE** that pursuant to the Court's Chambers Procedures, American National Insurance Company, a landlord, creditor and party-in-interest in the above-captioned case ("American National"), by and through its undersigned counsel, hereby submits the following Witness and Exhibit List in connection with the hearing scheduled for **May 23, 2024 at 10:00 a.m. (ET) ("Hearing")** before the Honorable J. Kate Stickles, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**WITNESSES**

American National intends to submit into evidence the following declarations and reserves the right to supplement the declarations through direct live testimony of the witnesses at the Hearing:

1. W. Scott ("Scott") Webb: Scott Webb is the Assistant Vice President of Real Estate of American National Insurance Company, a Texas insurance company ("American National"). Mr. Webb is expected to testify regarding all topics included in (i) the *A Declaration of W. Scott Webb in Support of Amended Limited Objection of American National Insurance Company to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections; and (III) Granting Related Relief and Supplemental Objection to Stalking Horse Bidder's Adequate Assurance Information* [To be filed].]; (ii) American National's lease with tenant Big Lots dated September 4, 2009 [D.I.602-1]; (iii) any

1

document listed in the chart of exhibits provided below; (iv) any additional declaration submitted by Mr. Webb; and (v) any other topic related to the Debtors' sale and assignment of American National's lease with Debtor 99 Cents Only Stores Texas, Inc. to Ollie's Bargain Outlet, Inc.

American National reserves the right to (a) identify additional witnesses who may testify at the Hearing, (b) call additional witnesses for the purposes of rebuttal or impeachment, (c) call any witness identified by another party in their witness list, regardless of whether that party thereafter removes the witness from their list, and (d) call any witness necessary for the purpose of authenticating documents or otherwise seeking the admission of documents into evidence.

## EXHIBITS

American National designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Description | Docket No. |
|---|---|---|
| 1 | Lease Agreement between Weingarten Realty Investors and PNS Stores, Inc. doing business as Big Lots dated September 4, 2009 | 602-1 |
| 2 | Lease Contract between Weingarten Realty Investors and 99 Cent Only Stores Texas, Inc. dated March 16, 2004, and amendments. | |
| 3 | Tenant Estoppel Certificate executed by 99 Cent Stores Texas, Inc. dated August 20, 2013 | |
| 4 | Any exhibits designated or offered by any other party | |
| 5 | Any exhibits necessary for rebuttal or impeachment | |

## **RESERVATION OF RIGHTS**

American National reserves the right to amend this witness and exhibit list at any time prior to the Hearing, including, without limitation, in the event of the filing of any objections, responses, replies, supplemental declarations, or other filings.

Respectfully submitted,

**COZEN O'CONNOR**

Dated:  May 21, 2024

*/s/ Simon E. Fraser*
Simon E. Fraser (No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
T:  302-295-2000 / F: 302-295-2013
sfraser@cozen.com

**GREER, HERZ & ADAMS, LLP**
Tara B. Annweiler
Texas State Bar No. 00783547
tannweiler@greerherz.com
Marc D. Young
myoung@greerherz.com
Texas State Bar No. 24098650
One Moody Plaza, 18th Floor
Galveston, Texas 77550
P: 409.797.3200
F: 409.766.6424

ATTORNEYS FOR AMERICAN
NATIONAL INSURANCE COMPANY