# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10719 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
## MAY 23, 2024, AT 10:00 A.M. (EASTERN TIME)

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Court's website.

**ADJOURNED MATTER**

1. Motion of DiMare Fresh Inc. for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(9) of the Bankruptcy Code (D.I. 306, filed 4/30/24).

    Response Deadline: May 14, 2024, at 4:00 p.m. (ET); extended to June 6, 2024, at 4:00 p.m. (ET) for the Debtors.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Responses Received: None at this time.

Related Documents: None at this time.

Status: The parties has agreed to adjourn this matter to the hearing scheduled for July 11, 2024, at 1:00 p.m. (ET).

**RESOLVED MATTERS**

2. Debtors' Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 361, filed 5/3/24).

    Response Deadline: May 16, 2024, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 613, filed 5/20/24); and

    b) Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs and Granting Related Relief (D.I. 622, entered 5/20/24).

    Status: An order has been entered. A hearing on this matter is not necessary.

3. Debtors' Motion for Entry of an Order (I) Extending Time to File Rule 2015.3 Financial Reports and (II) Granting Related Relief (D.I. 470, filed 5/9/24).

    Response Deadline: May 16, 2024, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending Time to File Rule 2015.3 Financial Reports and (II) Granting Related Relief (D.I. 615, filed 5/20/24); and

    b) Order (I) Extending Time to File Rule 2015.2 Financial Reports and (II) Granting Related Relief (D.I. 623, entered 5/20/24).

    Status: An order has been entered. A hearing on this matter is not necessary.

**MATTERS GOING FORWARD**

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Procedures for Rejection and Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Authorizing Abandonment of Certain Personal Property, and (III) Granting Related Relief (D.I. 14, filed 4/8/24)

    Rejection Objection Deadline:  April 30, 2024, at 4:00 p.m. (ET).

    Rejection Objections Received:

    a) Limited Objection of Yacoel 2021 Partners, LP to Rejection of Lease and Facilities Management Agreement (D.I. 267, filed 4/26/24);

    b) Limited Objection and Reservation of Rights of 31033 Date Palm LLC to Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and Abandonment of Property Related Thereto) (D.I. 273, filed 4/26/24);

    c) Objection to Rejection of a Lease (D.I. 324, filed 5/1/24); and

    d) Objection of Landlord Dart Warehouse Corporation to Debtors' Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (D.I. 401, filed 5/6/24).

    Related Documents:

    a) Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and Abandonment of Property Related Thereto) (D.I. 204, filed 4/19/24);

    b) Amended Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and Abandonment of Property Related Thereto) (D.I. 309, filed 4/30/24);

    c) Final Order (I) Authorizing and Approving Procedures for Rejection and Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Authorizing Abandonment of Certain Personal Property, and (III) Granting Related Relief (D.I. 438, entered 5/8/24);

    d) Notice of Hearing Regarding Debtors' Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (D.I. 517, filed 5/14/24); and

    e) Order Approving Stipulation Between Yacoel 2021 Partners, LP and Debtors Regarding Rejection of Lease and Facilities Management Agreement (D.I. 567, entered 5/16/24).

    Status:  The objections of Yacoel 2021 Partners, LP and Date Palm LLC have been resolved. The objection of the Landlord Dart Warehouse Corporation is not going forward.

      This matter is going forward with respect to the objection of Suri Westover Village, Inc. (D.I. 324).

5.    Debtors' Motion for Entry of an Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors' Entry into One or Multiple Asset Purchase Agreements, (B) Sales(s) Free and Clear of All Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 171, filed 4/16/24)

      <u>Sale Objection Deadline:</u>  May 14, 2024, at 4:00 p.m. (ET).

      <u>Sale Objections Received:</u>

    a)    Limited Objection of CSIM FM 1960 Operator LLC and CSIM FM 1960 Title Holder LLC to Sale of Certain Owned Real Property (D.I. 532, filed 5/14/24);

    b)    Response and Limited Objection of North Oaks, LLC to Amended Notice of Potential Assumption of Executory Contracts and Unexpired Leases and Cure Amounts, and (II) Debtors Motion for Entry of An Order (I) Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections; and (III) Granting Related Relief Filed by North Oaks, LLC (D.I. 541, filed 5/14/23);

    c)    Joint Limited Objection of the Texas Tax Authorities to Debtors' Motion for Entry of an Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors' Entry into One or Multiple Asset Purchase Agreement, (B) Sale(s) Free and Clear of All Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 542, filed 5/14/24);

    d)    Limited Objection of American National Insurance Company to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections; and (III) Granting Related Relief (D.I. 552, filed 5/15/24); and

    e)    Amended Limited Objection of American National Insurance Company to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into the Stalking Horse APA, (II) Approving the Related Bid Protections; and (III) Granting Related Relief (D.I. 602, file 5/17/24).

Contract Objection Deadline: May 14, 2024, at 4:00 p.m. (ET); extended as agreed between the Debtors and various landlord counterparties.

Contract Objections Received:

a) Informal response received from L&S Investment Company;

b) Objection of Betteravia 2002, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 478, filed 5/10/24);

c) Limited Objection of KRCX Price Reit, LLC, PK II Creekside Center, LP, Kimco Realty OP, LLC and WRI Charleston Commons, LLC (Collectively "Kimco Landlords") to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 486, filed 5/13/24);

d) Objection of 1820 W. 182nd St., LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 492, filed 5/13/24);

e) Objection to Kin Properties, Inc., and Certain Affiliated Landlords to Notices of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 493, filed 5/13/24);

f) Limited Objection of Ralph Edwards Productions, Inc to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 496, filed 5/13/24);

g) Limited Objection of Mar, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 498, filed 5/13/24);

h) Objection of Beaty, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 499, filed 5/13/24);

i) Limited Objection to Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 501, filed 5/13/24);

j) Objection of Citrus Crossing Properties Fee, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 502, filed 5/13/24);

k) Objection of Plaza Four General Partnership and Certain Affiliates Landlords to Notices of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 504, filed 5/13/24);

l) Limited Objection of FTT Village Fair North, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 507, filed 5/14/24);

m) Limited Objection of B33 Valley Central II, LLC to Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 508, filed 5/14/24);

n) Limited Objection to Freeway Firestone, LLC to Notice and Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 509, filed 5/14/24);

o) Objection of NG19, LP and Its Affiliated Entities to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 510, filed 5/14/24);

p) Objection of Gerald I Fein and Joyce E. Fein, Co-Trustees of the Fein Family Trust to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 511, filed 5/14/24);

q) Gessner Square Ltd.'s Objection to: (A) Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts and (B) Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 512, filed 5/14/24);

r) Objection by 15501 Gardena, LLC to Proposed Cure Amount with Respect to an Unexpired Lease and Declaration of John Rich (D.I. 513, filed 5/14/24);

s) Limited Objection of SGISMFederal, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 515, filed 5/14/24);

t) KRG Houston New Forest, LLC's Objection to Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 516, filed 5/14/24);

u) Objection of Bhullar Investments and Bhullar Properties LLC to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 519, filed 5/14/24);

v) Objection by Gordean Family Property Management, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amount and Declaration of Ruth Gordean Janka (D.I. 520, filed 5/14/24);

w) Limited Objection of Tropicana & Nellis to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 521, filed 5/14/24);

x) Limited Objection and Reservation of Rights of 3365 Lavco, LLC to Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 522, filed 5/14/24);

y) Objection by Chills99, LLC; Upland Village Center, LLC; 99WHTLNE, LLC; 99 Olives, LLC; Kings WP5, LLC; Sierra Fontana 99, LLC, SC Pico Plaza, LLC; and CP Wood, LLC to Proposed Cure Claim Amount with Respect to Unexpired Leases (D.I. 523, filed 5/14/24);

z) Limited Objection and Reservation of Rights of Oracle Limberlost Shopping Center, LLC to 99WHTLNE, LLC (D.I. 524, filed 5/14/24);

aa) Amended Objection of Betteravia 2002, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 525, filed 5/14/24);

bb) Melrose Investment Company, LLC's Objection to Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 527, filed 5/14/24);

cc) Objection of Maricopa AZ Investments, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 528, filed 5/14/24);

dd) Response and Reservation of Multiple Landlords to Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 529, filed 5/14/24);

ee) Limited Objection and Reservation of Rights of CCA-Tooele Towne Center LLC to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 530, filed 5/14/24);

ff) Objection of Kent Holding LLC to Assumption and Assignment of Lease (D.I. 531, filed 5/14/24);

gg) Objection of Haagen Company, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 533, filed 5/14/24);

hh) Limited Objection and Reservation of Rights of Home Depot U.S.A., Inc. to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 534, filed 5/14/24);

ii) Limited Objection and Reservation of Rights of DeRito Talking Stick North, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 535, filed 5/14/24);

jj) Limited Objection of 5950 West Jefferson, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 536, filed 5/14/24);

kk) Objection of American National Insurance Company to Cure Amount Stated in Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 537, filed 5/14/24);

ll) Objection of Albertson's LLC and the Vons Companies, Inc. to Potential Assumption of Unexpired Leases, Cure Amounts, and Adequate Assurance (D.I. 539, filed 5/14/24);

mm) Objection of Mira Mesa Shopping Center – West LLC to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 540, filed 5/14/24);

nn) Limited Objection and Reservation of Rights of Conroy Family Trust to Debtors' Notice of Potential Assumption of Executory Contracts on Unexpired Leases and Cure Amounts (D.I. 543, filed 5/14/24);

oo) Limited Objection and Reservation of Rights of MIDEB Nominees, Inc. to Debtors' Amended Notice of Potential Assumption of Executory Contracts, Unexpired Leases and Cure Amounts (D.I. 545, filed 5/14/24);

pp) Supplement to Limited Objection to Debtors' Amended Notice of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 563, filed 5/15/24);

qq) Notice and Limited Objection of Brickstar Capital, LLC to Cure Based Upon Charges for Common Area Maintenance That Are Not Yet Due (D.I. 564, filed 5/15/24);

rr) Ming & Stine Shopping Center, LLC's Objection to Potential Assumption of Unexpired Lease, Cure Amount, and Adequate Assurance (D.I. 571, filed 5/16/24);

ss) Preliminary Objection and Reservation of Rights of Taratino Properties, Inc. to Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 573, filed 5/16/24);

tt) Objection of Franklin Family Partnership to Assumption and Assignment of Lease (D.I. 593, filed 5/17/24);

uu) Yorba Linda, LP Objection to Potential Assumption of Unexpired Lease, Cure Amount, and Adequate Assurance (D.I. 597, filed 5/17/24); and

vv) Moose Holding Company, LLC's Reservation of Rights Regarding Debtors' Motion for Assumption and Assignment of Proposed Unexpired Lease of Non-Residential Real Property (D.I. 604, filed 5/20/24).

Related Documents:

a) Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 344, filed 5/2/24);

b) Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors Entry Into One or Multiple Asset Purchase Agreements, (B) Sale(s) Free and Clear of all Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 463, entered 5/9/24);

c) Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 482, filed 5/10/24);

d) Declaration of Michel Bolour in Support of Objection of Beaty, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 500, filed 5/13/24);

e) Amended Declaration of Michel Bolour in Support of Objection of Beaty, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 518, filed 5/1/24);

f) Notice of Adjourned Cure Objections (D.I. 619, filed 5/20/24);

g) Debtors' Witness List for May 23, 2024, Hearing (D.I. 624, filed 5/21/24);

h) Motion of the Debtors for Leave to File Late Reply in Response to Sale Objections and Objections to Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (D.I. 625, filed 5/21/24); and

i) Landlord American National Insurance Company's Witness and Exhibit List for Hearing on May 23, 2024 at 10:00 a.m. (ET) (D.I. 627, filed 5/21/24).

Debtors' Witness Information:

a) Matt Tabloff, Hilco Real Estate; and

    b)    Paul Shin, Jefferies Group LLC.

Status:  All objections listed under "Contract Objections Received" are adjourned to the hearing scheduled for June 4, 2024, at 1:00 p.m. This matter is going forward with respect to the objections listed under "Sale Objections Received".

Dated: May 21, 2024  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Casey B. Sawyer*  
Robert J. Dehney, Sr. (No. 3578)  
Matthew O. Talmo (No. 6333)  
Jonathan M. Weyand (No. 6959)  
Casey B. Sawyer (No. 7260)  
1201 N. Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone:   (302) 658-9200  
Facsimile:    (302) 658-3989  
Email:    rdehney@morrisnichols.com  
          mtalmo@morrisnichols.com  
          jweyand@morrisnichols.com  
          csawyer@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)  
Michael W. Price, Esq. (admitted *pro hac vice*)  
Lauren C. Doyle, Esq.  (admitted *pro hac vice*)  
Brian Kinney, Esq. (admitted *pro hac vice*)  
55 Hudson Yards  
New York, New York 10001  
Telephone:   (212) 530-5000  
Facsimile:    (212) 530-5219  
Email:    ddunne@milbank.com  
          mprice@milbank.com  
          ldoyle@milbank.com  
          bkinney@milbank.com

*Co-Counsel for Debtors in Possession*