## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*, | ) Case No. 24-10719 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re D.I. 602 |

### CERTIFICATE OF SERVICE

I, Simon E. Fraser, hereby certify that on May 18, 2024, a true and correct copy of the *Amended Limited Objection of American National Insurance Company to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into the Stalking Horse APA, (II) Approving the Related Bid Protections; and (III) Granting Related Relief and Supplemental Objection to Stalking Horse Bidder's Adequate Assurance Information* [Docket No. 602] was served via the Court's NEF system on all parties authorized to receive electronic notice in this case, and upon the parties listed below via separate email upon the following:

Co-Counsel to the Debtors
Milbank LLP
55 Hudson Yards
New York, NY 10001
Attn: Dennis F. Dunne, Michael W. Price, Lauren C. Doyle, Brian Kinney, James McIntyre
Email: ddunne@milbank.com; mprice@milbank.com; ldoyle@milbank.com;
    bkinney@milbank.com; jmcintyre@milbank.com

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Attn: Robert J. Dehney, Sr., Matthew O. Talmo, Jonathan M. Weyand
Email: rdehney@morrisnichols.com; mtalmo@morrisnichols.com; jweyand@morrisnichols.com

Counsel to Stalking Horse Bidder
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Attn: Josef W. Mintz, Regina Kelbon
Email:  josef.mintz@blankrome.com; regina.kelbon@blankrome.com

US Trustee
Office of the United States Trustee
District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Attn: Rosa Sierra-Fox
Email: rosa.sierra-fox@usdoj.gov

Counsel for the Committee
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801-80705
Attn: Bradford J. Sandler, Robert J. Feinstein, Steven W. Golden; Colin R. Robinson
Email: bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; sgolden@pszjlaw.com;
        crobinson@pszjlaw.com

Counsel to the DIP Agent
Proskauer Rose LLP
11 Times Square
New York, NY 10036
Attn: David M. Hillman, and Megan R. Volin
Email: dhillman@proskauer.com; mvolin@proskauer.com

**COZEN O'CONNOR**

Dated:  May 21, 2024            */s/ Simon E. Fraser*
                               Simon E. Fraser (No. 5335)
                               1201 N. Market Street, Suite 1001
                               Wilmington, DE 19801-1147
                               T:  302-295-2000 / F: 302-295-2013
                               sfraser@cozen.com

                               ATTORNEYS FOR AMERICAN
                               NATIONAL INSURANCE COMPANY