# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10719 (JKS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Roy, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 14, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Landlords Service List attached hereto as **Exhibit A**:

- Adequate Assurance Information for Qualified Stalking Horse Bid of Ollie's Bargain Outlet, Inc. and OBO Venture, Inc.

Dated: May 17, 2024

                                                                                                                   */s/ James Roy*
                                                                                                                     James Roy

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 17, 2024, by James Roy, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030).  The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

SRF 79213

**Exhibit A**

Exhibit A

Landlords Service List

Served as set forth below

| ADRID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 28712072 | 37Y PROPERTIES, LLC | 1800 POST OAK BLVD., SUITE 400<br>HOUSTON, TX 77056 | smazewski@wulfe.com | First Class Mail and Email |
| 28712080 | 6 KEITH HARROW, LLC | 2501 CENTRAL PARKWAY, SUITE B10<br>HOUSTON, TX 77092 | jgordon@ccmanagement.org | First Class Mail and Email |
| 28711667 | AMERICAN NATIONAL INSURANCE COMPANY | 2525 SOUTH SHORE BLVD.<br>SUITE 207<br>LEAGUE CITY, TX 77573 | dbraband@realmrealty.com | First Class Mail and Email |
| 28714749 | B & G REAL ESTATE PARTNERSHIP | 520 POST OAK BLVD., SUITE 500<br>HOUSTON, TX 77027 | ar@regionalpropertiestexas.com;<br>FUllah@RegionalPrm | First Class Mail and Email |
| 28736730 | B.H. INDUSTRIAL, LLC. | ATTN: ARSALAN GOZINI<br>11111 SANTA MONICA BLVD.<br>SUITE 600<br>LOS ANGELES, CA 90025 | Charlotte.Chamness@BHProperties.com | First Class Mail and Email |
| 28878828 | Dennis A. Meloro | | Email on File | Email |
| 28720361 | GATOR ENGLISH L.C. | 7850 NW 146TH STREET, 4TH FLOOR<br>MIAMI LAKES, FL 33016 | rpimentel@gatorinv.com | First Class Mail and Email |
| 28878827 | Marc Young | | Email on File | Email |
| 28751237 | NOLANA ST, LLC. | 4000 BURNS SOUTH DRIVE<br>MCALLEN, TX 78503 | tawhidshuaib@yahoo.com | First Class Mail and Email |
| 28751315 | NORTH OAKS, LLC | 5180 GOLDEN FOOTHILLS PARKWAY, SUITE 210<br>EL DORADO HILLS, CA 95762 | wcico@yahoo.com; jfarrow@proequityam.com | First Class Mail and Email |