N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NUMBER HOLDINGS, INC., *et al.*, <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 24-10719 (JKS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Re D.I. 552, 602 |

**DECLARATION OF W. SCOTT WEBB IN SUPPORT OF AMENDED LIMITED OBJECTION OF AMERICAN NATIONAL INSURANCE COMPANY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO THE STALKING HORSE APA, (II) APPROVING THE RELATED BID PROTECTIONS; AND (III) GRANTING RELATED RELIEF AND SUPPLEMENTAL OBJECTION TO STALKING HORSE BIDDER'S ADEQUATE ASSURANCE INFORMATION**

I, W. SCOTT WEBB, declare under penalty of perjury as follows:

1. "I am over the age of twenty-one (21), of sound mind, and duly competent to make this declaration. I am the Assistant Vice President of Real Estate of American National Insurance Company, a Texas insurance company ("American National").

2. "I have personally managed or assisted with the management of American National's real property portfolio for over twenty-five years. During this time, I have personally negotiated hundreds of leases, bought and sold numerous properties, and have overseen and directed consultant relationships with brokers, property management companies, and related consultants and companies, on behalf of American National. I have authority to execute leases on behalf of American National.

3. "American National is the owner of non-residential property located at 1406 E. Loop 336 West, Conroe, Montgomery County, Texas 77304 (the "Property"), commonly known as the Montgomery Plaza Shopping Center. Attached hereto as **Exhibit 1** is a true and correct copy of the Tenant Estoppel Certificate, where 99¢ Only Stores acknowledges American National as purchaser of the Property. The Property includes a 315,708 square foot single structure with a mixed

1

tenant lineup, including Academy, Conn's, and PNS Stores, Inc. d/b/a Big Lots ("Big Lots"), and a shared common parking lot.

4. "The Property is a shopping center. American National is the single owner of the Property, and is the landlord of all tenants who occupy the Property. The Property contains a common parking area used by all tenants. The Property has been developed as a shopping center—hence its name the Montgomery Plaza Shopping Center, with a purposeful selection of its tenants and maintenance of a particular tenant mix; there is contractual interdependence of tenants as evidenced by restrictive use provisions in the leases (see the restrictions and other terms of the below discussed leases). There is joint participation by the tenants in trash removal and other maintenance. The Property is a shopping center.

5. "On or about March 16, 2004, American National's predecessor in interest to the Property, Weingarten Realty Investors, as landlord, and 99 Cents Only Stores Texas, Inc. as tenant executed a Lease Contract for 24,050 square feet of retail space in the Property (the "99 Cent Lease"). Attached hereto as **Exhibit 2** is a true and correct copy of the 99 Cent Lease, and amendments.

6. "On or about September 4, 2009, American National's predecessor in interest to the Property, Weingarten Realty Investors, as landlord, and Big Lots, as tenant, executed a Lease Contract for approximately 31,502 square feet of retail space in the Property (the "Big Lots Lease"). Attached hereto as **Exhibit 3** is a true and correct copy of the Big Lots Lease.

7. "Ollie's is expressly defined, without limitation, as a Competing Business in the Big Lots Lease. **Exhibit 3** at 8. Ollie's was not a tenant of the Property "open and operating for business in the [Property] as of the effective date of the [Big Lots Lease]," September 4th, 2009, as detailed in **Exhibit 3** at 8. On information and belief, Ollie' was not a "successor or assign" of

99 Cents Only Stores Texas, Inc. "open and operating for business in the [Property] as of the effective date of the [Big Lots Lease]," September 4th, 2009, as detailed in **Exhibit 3** at 8.

8. "Ollie's Bargain Outlet, Inc. ("Ollies") is not a "dollar store" as intended and contemplated by the Big Lots Lease. Specifically, the Big Lots Lease provides: "For purposes of clarification, a "dollar store" shall include by way of illustrative example, without limitation, the following business operations: 99 Cent Only, Dollar Tree and Dollar General." **Exhibit 3** at 9. A "Closeout store" is specifically distinguished from "dollar store[s]" in the Big Lots Lease. *See, e.g.*, **Exhibit 3** at 9.

9. "Ollie's expressly holds itself out as a "closeout" store. See its Website, https://www.ollies.us/what-is-ollies/, accessed on May 20, 2024, which states: "Ollie's is America's largest retailer of *closeout* merchandise and excess inventory." (Emphasis added.). For example, from their website, full page attached as **Exhibit 4**:



10. "I have personally been in an Ollie's store, and they are distinguishable 99 Cents Only Stores Texas, Inc. in that they sell more expensive items than 99 Cents Only Stores Texas, Inc. and the Ollie's inventory offerings are substantially different in type and origin. Ollie's does not meet the definition of "dollar store" as intended or contemplated by the Big Lots Lease. As another example, the definition offered in Merriam-Webster dictionary for "dollar store" states: "a store that sells inexpensive items priced usually at a dollar or a few dollars." See, Merriam-Webster

Website, https://www.merriam-webster.com/dictionary/dollar%20store accessed on May 21, 2024. Ollie's inventory are well beyond items marked at "a dollar or a few dollars."

11. "The Big Lots Lease expressly provides that Ollie's, among other stores, is a "Competing Business" "*without limitation,*" meaning *without the exception* language for current tenants. **Exhibit 3** at 8. The Big Lots Lease distinguishes between "dollar stores" over ten thousand feet and "closeout stores." **Id.** The only exception for 99 Cents Only Stores Texas, Inc. to assign its store is made for a "dollar store." There is no exception in the Big Lots Lease that allows 99 Cents Only Stores Texas, Inc. to assign the lease to a "closeout" store. Therefore, any assignment to Ollie's of the 99 Cents Only Stores Texas, Inc. breaches the terms of the Big Lots Lease.

12. "I have personal knowledge that the documents and records attached hereto as exhibits were made at or near the time of the acts and events described therein, by, or from information transmitted by, someone with knowledge of the facts; were kept by American National in the course of its regularly conducted activity of American National; and, were made as part of the regular practice of that activity. The documents and records attached hereto as Exhibits are duplicates of the original records.

"Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed this 21st day of May 2024 at League City, Texas."

W. Scott Webb