# EXHIBIT 1

H:\\Number Holdings\EXHS to Declaration.docx

# TENANT ESTOPPEL CERTIFICATE

Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, Texas 77008

American National Insurance Company
2525 South Shore Blvd., Ste. 207
League City, Texas 77573
Attn: Mortgage and Real Estate Investment Department

Re: Lease (as modified in the second paragraph below, the **"Lease"**) dated March 16, 2004 between Weingarten Realty Investors **("Landlord"),** and 99 Cents Only Stores Texas, Inc. **("Tenant"),** doing business as 99¢ Only Stores; Square Footage Leased: 21,168 square feet; Store Address: 1420 W. Loop 336, Suite 105, Conroe, Texas 77304 (the **"Premises"**)

Ladies and Gentlemen:

We, the undersigned Tenant under the Lease, certify to Weingarten Realty Investors and its successors and assigns and American National Insurance Company, prospective purchaser and its successors and assigns **("Purchaser")** of the property, which includes the Premises (the **"Property"),** the following:

There has not been a cancellation, modification, assignment, sublease, renewal, extension, or amendment to the Lease, except the following: First Amendment to Lease dated August 10, 2006 and Renewal Letter dated September 17, 2009.

All Rent (including without limitation, all base rent, additional rent and percentage rent, if any) currently due and payable has been paid through August 31, 2013. The amount of rent prepaid, if any, is $0 and the security deposit made, if any, is $0.

Other than the Lease, there are no other agreements, written or oral, between Landlord and Tenant regarding the Premises or Tenant's obligation to pay rentals under the Lease, and Tenant does not claim a right to any concessions, free rent, or rental abatement other than as set forth in the Lease.

The rent under the Lease commenced on December 14, 2004. The Lease through the primary term terminates on January 31, 2015, and Tenant is not entitled to any renewal options except two (2) additional periods of five (5) years each. By the exercise of all such renewal options, Tenant may extend the Lease until January 31, 2025.



Tenant acknowledges that the current monthly rental payable to Landlord (exclusive of Percentage Rent) is as follows:

| | |
|---|---|
| Minimum Rental | $11,907.00 |
| Common Area Payment | $1378.00 |
| Tax Payment | $2028.60 |
| Insurance Payment | $211.68 |
| Other (Please Specify) | None |
| | |
| Total monthly charges: | $15,525.28 |

To the best of Tenant's knowledge, and without undertaking any investigation or inquiry in the preparation of this Tenant Estoppel Certificate, the Lease is in full force and effect and Tenant does not have any presently existing claims against Landlord or any offsets against rent due under the Lease and there are no (i) defaults of Landlord under the Lease, (ii) existing circumstances which with the passage of time, or notice, or both, would give rise to a default under the Lease, (iii) existing rights to abate, reduce or offset sums against rent or terminate this Lease because of any other existing condition, or (iv) existing circumstances which with the passage of time, or notice, or both, would give rise to a right to abate, reduce or offset sums against rent or terminate the Lease.

The Premises have been completed and accepted and are in conformity with the terms of the Lease. Tenant has been paid all sums (if any) with respect to allowances for construction performed at the Premises by Tenant.

Neither Tenant nor any general partners of Tenant (in the case of a partnership tenant), or any guarantor or other person or entity liable on the Lease has filed a petition in bankruptcy that has not been dismissed as of the date hereof, has been subject to an involuntary petition in bankruptcy which has not been dismissed, has made an assignment for the benefit of any creditor(s), or has been adjudged to be bankrupt or insolvent by a court of competent jurisdiction.

The Tenant has not received any option to purchase any portion of the Premises or the Property, or any option or right of first refusal relative to the Premises or additional space on the Property.

Any notices which may or shall be given to Tenant under the terms of the Lease are to be sent to Tenant at the following address:

99 Cents Only Stores Texas, Inc.
Real Estate Department
4000 Union Pacific Avenue
City of Commerce, CA 90023



The undersigned has all requisite authority to execute this Estoppel Certificate on behalf of Tenant. The undersigned acknowledges that Purchaser and Lender have requested the information contained herein for purposes of confirming and clarifying certain provisions of the Lease and is relying (and will rely) on the truth and accuracy of the representations made herein and upon the authority of the undersigned to execute this Estoppel Certificate on behalf of Tenant, in connection with Purchaser's decision to purchase (or not to purchase) the Property and Lender's decision to finance (or not finance) said purchase.

In addition, the undersigned acknowledges and understands that Purchaser may obtain financing **("Loan")** secured by the Property. Purchaser, as borrower or as co-borrower with one or more other co-borrower(s), has applied or will apply for the Loan to be secured by the Property. The undersigned certifies the representations made herein to Lender and further acknowledges that Lender may rely upon the truth and accuracy of the representations made herein in connection with Lender's decision to make the Loan to Purchaser.

Very truly yours,

"Tenant"

99 CENTS ONLY STORES TEXAS, INC.

By: ______________________
Name: Frank Schools
Title: SVP, Chief Financial Officer

Date: August 20, 2013

