# EXHIBIT 4

H:\Number Holdings\EXHS to Declaration.docx



## OLLIE'S ARMY
Earn Points on purchase!

**LEARN MORE**

**LOG IN / CREATE LOGIN**

DEPARTMENTS   GREAT DEALS   NEWS & EVENTS   WHAT IS OLLIE'S?   CAREERS

EGIFT CARDS

**STORE LOCATOR**

## WHAT IS OLLIE'S?

What Is Ollie's? ▸

Store Departments ▸

Our Founding Fathers ▸

History ▸

Glossary ▸

Executive Staff ▸

# WHAT IS OLLIE'S

Ollie's is America's largest retailer of closeout merchandise and excess inventory. Our 514 "semi-lovely" stores sell merchandise of all descriptions and some beyond description.

You'll find real brands at real bargain prices in every department, from housewares to sporting goods to flooring and to food. Ollie's buyers scour the world looking for closeouts, overstocks, package changes, manufacturer refurbished goods, and irregulars.

Privacy - Terms

Much of the merchandise comes direct from the finest manufacturers in the country and abroad. For example, if a manufacturer makes too much of an item, or changes their packaging, Ollie's will buy the overstocked or old packaged items. So, you will always find famous brand name products at Ollie's, but a lot of them could be last year's colors, patterns, or packaging that traditional retailers won't sell.

Ollie's has also worked very closely with financial institutions. When companies are liquidated, the banks will often sell remaining inventories and turn them into cash. Ollie's will buy the goods back and pass the savings on to you, the customer.

Everything you buy at Ollie's is covered by our *30-day No Hard Time Guarantee*. If for any reason you are not completely satisfied with your purchase - return it within 30 days for a full refund (with sales receipt).



Ollie's - Who We Are

