## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Joint Administered) |

## GLOBAL NOTES AND
## STATEMENTS OF LIMITATIONS, METHODOLOGY,
## AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### General

Numbers Holding, Inc. ("Numbers") and certain of its affiliates, as debtors and debtors in possession (the "Debtors," and, together with their non-Debtor affiliates, "99 Cents") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the unaudited Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements and should be referred to and referenced in connection with any review of the Schedules and Statements.[2]

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

[2]     These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to

The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys, financial advisors, and other representatives and professionals do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, financial advisors, and other representatives and professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Christopher J. Wells, Chief Restructuring Officer of Numbers and its subsidiaries and an authorized signatory for each of the Debtors. In reviewing the Schedules and Statements, Mr. Wells has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' business, Mr. Wells has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate; *provided*, that the Debtors, their agents, and their advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except to the extent required by applicable law.

exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

**Global Notes and Overview of Methodology**

1. **Description of the Cases**.  On April 7, 2024 (the "Petition Date")[3], the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   On April 9, 2024, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 98].  On April 19, 2024, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "Committee") [Docket No. 203]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2. **Global Notes Control**.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules and Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to (i) amend and supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except to the extent required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims the Debtors may hold against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation as to the validity of any claim against any Debtor or any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b. **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements as necessary and appropriate, including but not limited to, with respect to the description, designation, or Debtor against which any claim against a Debtor is asserted.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed,"

---

[3]    Certain of the Debtors' voluntary petitions were filed on the docket shortly after midnight (ET) on April 8, 2024.

"contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated" and object to the extent, validity, enforceability, priority, or avoidability of any claim (regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated").

c.  **Recharacterization**.  The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' business, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired on a postpetition basis.

d.  **Classifications**.  The listing of (i) a claim (a) on Schedule D as "secured," or (b) on Schedule E/F as either "priority" or "unsecured priority," or (ii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize, or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims, the characterization of the structure of any transaction, and any document or instrument related to such creditor's claim.

e.  **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on an entity-by-entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of revenues and expenses as of the Petition Date.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.  **Causes of Action**.  Despite commercially reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without

limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise (collectively, "Causes of Action"). Causes of Action also include: (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims pursuant to section 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, Causes of Action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.   **Intellectual Property Rights**. Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.   **Insiders**. In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe have a controlling interest in, or exercise sufficient control over, the respective Debtor so as to unqualifiedly dictate corporate policy and the disposition of assets, or an entity

that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the Debtors during the relevant time periods, irrespective of the title that the person holds. Certain individuals that may hold a senior title, but who would not fall under the definition of "insider" have not been included. However, the listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should be construed as, an admission that such parties are insiders for purposes of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including, without limitation, the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose. Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the 12-month period before the Petition Date or may no longer serve in such capacities. Nevertheless, the Debtors have included such individuals or entities herein out of an abundance of caution, and the Debtors reserve all rights with respect thereto. Furthermore, the listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

## 4. **Methodology**

a. **Basis of Presentation**. For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP. Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. Nevertheless, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.

Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, to the extent a Debtor reports more assets than liabilities, such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, to the extent a Debtor reports more liabilities than assets, such report shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential revision.

b.    **Reporting Date**.  The asset information provided herein, except as otherwise noted, represents the Debtors' asset data as of April 5, 2024, the date of the Debtors' month end closure to their balance sheet, and the Debtors' liability data is as of the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.    **Confidentiality or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements has been intentionally redacted due to, among other things, concerns for the privacy of an individual or concerns about the confidential or commercially sensitive nature of certain information.  Any alterations or redactions in the Schedules and Statements are limited only to what the Debtors believe is necessary to protect the Debtors or the applicable third-party, and the Debtors have provided interested parties with sufficient information to discern the nature of the listing.  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors may also be authorized or required to redact certain personal identification information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.    **Consolidated Entity Accounts Payable and Disbursement Systems**.  Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Statement 4, Schedule A/B, and Schedule E/F, respectively, per the Debtors' unaudited books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  Thus, intercompany balances as of the

---

[4]    *See, e.g.*, *Order (I) Authorizing the Debtors to Redact Certain Personal Identification Information and (II) Granting Related Relief* [Docket No. 116] (the "Redaction Order").

Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

As described more fully in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Them to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Pay Related Fees and Credit Cards, (C) Utilize Existing Business Forms, and (D) Engage in Intercompany Transactions, (II) Granting Administrative Priority Status to Intercompany Claims and (III) Granting Related Relief* [Docket No. 6] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by approximately 10 bank accounts, with approximately 390 subaccounts for the stores. The Debtors can generally ascertain, trace, and account for inter-Debtor transactions (the "Intercompany Transactions"). Pursuant to the *Final Order (I) Authorizing The Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Pay Related Fees and Credit Cards, (C) Utilize Existing Business Forms, and (D) Engage in Intercompany Transactions, (II) Granting Administrative Priority Status to Intercompany Claims, and (III) Granting Related Relief* [Docket No. 411] (the "Final Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein.

While commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation, whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment.

For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all receivables and payables, including, but not limited to, all rights to reclassify any payment or obligation as attributable to another entity, all rights with respect to the proper accounting and treatment of such payments and liabilities and all rights with respect to the characterization of intercompany claims, loans, and notes.

e.    **Duplication**. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f.    **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively

expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  As such, unless otherwise indicated, net book values set forth in these Schedules and Statements are presented as of the Petition Date for all assets.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined."  Amounts ultimately realized may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.

Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights the Debtors have with respect to such asset.  Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or at any time prior to or after the Petition Date.

g.     **Currency**.  All amounts shown in the Schedules and Statements are in U.S. dollars, unless otherwise indicated.  Prior to the Petition Date, the Debtors converted amounts in foreign currencies to U.S. dollars using exchange rates from the Wall Street Journal as of the close of each month.

h.     **Payment of Prepetition Claims Pursuant to First Day Orders**.  Following the Petition Date, the Court entered various orders authorizing, but not directing, the Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks; (ii) insurance obligations; (iii) employee wages, salaries, benefits, taxes and related items; (iv) taxes and assessments; (v) customer program obligations; and (vi) critical vendor obligations (collectively, the "First Day Orders").  As such, outstanding liabilities may have been reduced by Court-approved postpetition payments made on account of prepetition payables.  Where and to the extent these liabilities have been satisfied, or will be satisfied in the ordinary course, they may not be listed in the Schedules and Statements.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i.     **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplication of payment for such liabilities.

j.     **Setoffs**.  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes, including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors.  In accordance with the Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

k.     **Accounts Receivable**.  The accounts receivable information listed on the Schedules includes receivables from the Debtors' customers and is calculated net of any amounts that, as of the Petition Date, may have been owed in the form of offsets or other price adjustments pursuant to the Debtors' customer program policies or day-to-day operating policies.  Accounts receivable does not include programs involving retail customers, including gift cards and merchandise credits.

l.     **Inventories**. The Debtors recorded value of inventory is the lower of the inventory cost and net realizable value. Store inventory cost is based on a retail inventory methodology and warehouse inventory cost is based on a moving-average cost methodology.  Therefore, the sale value of inventory may differ significantly from the recorded inventory value.

m.     **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  Certain intangibles are listed in the asset schedules for the Debtors.  Such treatment may not reflect actual legal ownership. The Debtors owned furniture, fixtures, and equipment (the "FF&E") is stated at net book value.  The Debtors may also lease FF&E from certain third-party lessors.  The Debtors have endeavored to list any such leases in the Schedules and Statements.  Nothing in the Statements or Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such lease, including, but not limited to, the recharacterization thereof.

n.     **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics' lien, materialman's lien, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).  UCC liens as of the Petition Date, if any, are listed on Schedule D.

o.   **Excluded Assets and Liabilities**.  Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for GAAP reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial assets and liabilities may also have been excluded.

p.   **Undetermined Amounts**.  The description of an amount as "unknown" or "undetermined" is **not** intended to reflect upon the materiality of such amount.

q.   **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  To the extent there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt held by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

r.   **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, and taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

s.   **Guarantees and Other Secondary Liability Claims**.  The Debtors exercised their commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Nevertheless, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.  Where such Guarantees have been identified, they have been included in the relevant Schedules G and H

for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, and other such agreements on Schedule H.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently.  The Debtors may identify additional Guarantees as they continue their review of their books and records and contractual agreements.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional Guarantees are identified.

t.     **Leases**.  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third-party lessors for use in the daily operation of their business.  Any such prepetition obligations that are known to the Debtors have been listed on Schedule F, and the underlying lease agreements are listed on Schedule G or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A/B.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

u.     **Executory Contracts**.  Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of diligent efforts to identify such documents.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease.

v.     **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes

available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

w.    **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

x.    **Umbrella or Master Agreements**. Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules to reflect changes regarding the liabilities of the Debtors with respect to such agreements, if appropriate. The master service agreements or other ancillary documents have been listed in Schedule G, but such listing does not reflect any decision by the Debtors as to whether such agreements are executory in nature.

**Specific Schedule Disclosures**

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated herein by reference. Unless otherwise noted, the asset totals listed on the Schedules are derived from amounts included in the Debtors' books and records as of the Petition Date. To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

1.    **Schedule A/B – Assets – Real and Personal Property.**

a.    **Part 1 – Cash and cash equivalents**. The Debtors' Cash Management System is comprised of approximately 10 bank accounts, with approximately 390 subaccounts for the stores. The Debtors' primary cash management bank is Wells Fargo Bank, N.A. Further details with respect to the Cash Management System are provided in the Cash Management Motion. The cash amounts listed are as of the Petition Date for the corresponding Debtor and reflect the bank balance, not the net book value.

b.    **Part 3 – Accounts receivable**. The Debtors' accounts receivable information includes receivables from the Debtors' customers, vendors, or third parties, which

are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. As noted above, these customer programs are limited to merchant and vendor credits and advances. The accounts receivable balances in this section exclude intercompany receivables.

The Debtors conduct certain business operations under the business name Bargain Wholesale. Those operations are conducted through 99 Cents Only Stores LLC and 99 Cents Only Stores Texas, Inc. and not Bargain Wholesale LLC, which has no operations. Sales conducted as Bargain Wholesale are accounted for on the Debtors' books and records as revenue at 99 Cents Only Stores LLC and 99 Cents Only Stores Texas, Inc. as the goods sold, were sold from inventory at either 99 Cents Only Stores LLC or 99 Cents Only Stores Texas, Inc. locations. Thus, corresponding accounts receivable generated from said revenue are also accounted for at 99 Cents Only Stores LLC and 99 Cents Only Stores Texas, Inc.

c.    **Part 4 – Investments**. Part 4 identifies only subsidiaries owned directly by the applicable Debtor entity. Subsidiaries owned indirectly by the Debtor entity are not listed. Ownership interests in subsidiaries, partnerships, and joint interests are listed in Schedule A/B, Question 15, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

d.    **Part 7 – Office furniture, fixtures, and equipment; and collectibles**. FF&E is recorded at net **book** value. Actual realizable values may vary significantly relative to net book values as of the Petition Date. Additionally, in an effort to reduce the volume of the disclosures that would be otherwise applicable, the Debtors are disclosing their fixed assets at the category level.

e.    **Part 8 – Machinery, equipment, and vehicles**. Property leased by the Debtors is listed in Schedule G and leases for such property are listed on Schedule A/B. Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.

f.    **Part 9 – Real Property**. Property leased by the Debtors is listed on both Part 9 of Schedule A/B and on Schedule G. Furthermore, property values are scheduled in accordance with the Debtor's books and records, which may not comport with the legal owner of record. Actual realizable values of the assets identified may vary significantly relative to recorded values as of the Petition Date, which reflect net book value. The Debtors reserve all rights to recharacterize their interests in real property at a later date. Due to the large volume of leasehold improvements across various locations, it is neither practicable nor feasible for the Debtors to list each property leased individually.

g.  **Part 10 – Intangibles and intellectual property**.  Part 10 identifies the various trademarks, patents, customer lists, and website domains owned and maintained by the Debtors.  The Schedules may not list the value of such intangible assets as no recent appraisals have been performed.  Various software licenses the Debtors use for their operations, which are easily obtainable and hold minimal value, are not included.

h.  **Part 11 – All other assets**.  The Debtors maintain approximately 27 insurance policies administered by multiple third-party insurance carriers.  The insurance policies provide coverage for, among other things, the Debtors' property, general liability, automobile liability, fiduciary liability, and directors' and officers' liability (including tail coverage).  The Debtors more fully describe such policies in the *Final Order (I) Authorizing the Debtors to (A) Maintain Insurance Policies and Surety Bonds and Honor Obligations Thereunder, and (B) Renew, Amend, Supplement, Extend, or Purchase New Insurance Policies and Surety Bonds, and (II) Granting Related Relief* [Docket No. 412] (the "<u>Final Insurance Order</u>").  Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist and should not be construed as a waiver of such cause of action, claim, or right.

With respect to tax refunds and net operating losses, Number Holdings, Inc. and 99 Cents Only Stores Texas, Inc. are members of a consolidated federal income tax group that is estimated to have approximately $244 million of federal tax net operating loss carryforwards, which are available to offset income generated by any member of the consolidated tax group.  Additionally, 99 Cents HoldCo LLC, 99 Cents Only Stores LLC, 99 Cents PropCo LLC and Bargain Wholesale LLC are disregarded entities for income tax purposes and therefore income and losses of those entities are reported together with Numbers Holdings, Inc.

2.  <u>**Schedule D – Creditors Who Have Claims Secured by Property.**</u>

a.  The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates.  To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred, before the Petition Date.

b.  Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (i) although the Debtors may have

scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (ii) the descriptions provided on Schedule D and herein are intended to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral, the nature, extent, and priority of any liens. Detailed descriptions of the Debtors' prepetition debt structure, guarantees, and descriptions of collateral relating to each obligation, if any, contained on Schedule D are contained in the *Declaration of Christopher J. Wells in Support of Chapter 11 Petitions and First Day Motions of Number Holdings, Inc. and its Affiliated Debtors and Debtors in Possession* [Docket No. 18] (the "<u>First Day Declaration</u>").

c.      Schedule D does not include beneficiaries of letters of credit. Although the claims of such parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

d.      The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

e.      Secured claims include both principal and accrued interest as of the Petition Date.

**3. <u>Schedule E/F – Creditors Who Have Unsecured Claims.</u>**

a.      **Part 1 – Creditors with Priority Unsecured Claims**. The claims listed on Part 1 arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Part 1. To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

The Debtors have not listed any wage or wage-related obligations that the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders on Part 1. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

The Debtors also have not listed any tax-related obligations that the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders on Part 1. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on Part 1. Certain of such claims, however, may be subject to ongoing audits and/or the Debtors may otherwise be unable to determine with certainty the amount of the remaining claims listed on Part 1. Therefore, the

Debtors have listed all such claims as contingent and unliquidated, pending final resolution of ongoing audits or other outstanding issues.

b.   **Part 2 – Creditors with Nonpriority Unsecured Claims**.  The Debtors have exercised commercially reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule.  As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors.   Certain creditors listed on Part 2 may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts.  The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.   Additionally, certain creditors may assert mechanic's liens or other similar liens against the Debtors for amounts listed on Part 2.  The Debtors reserve their right to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor of any Debtor listed on Part 2.  In addition, certain claims listed on Part 2 may potentially be entitled to administrative priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have made commercially reasonable efforts to include all unsecured creditors on Part 2 including, but not limited to, software companies, landlords, utility companies, consultants, and other service providers.  The Debtors, however, believe the possibility exists that there are instances where creditors have yet to provide proper invoices for prepetition goods or services.  While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and have not been included on Part 2.

Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of the Petition Date.

Part 2 does not include certain balances, such as deferred liabilities, accruals, or reserves.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.   Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

Part 2 does not include reserves for liabilities that may have arisen under litigation or threatened litigation in which a Debtor is a defendant unless there is a final judgment or a settlement agreement.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor.  The Debtors reserve all of their rights with respect to any such credits and/or allowances, including, but not limited to, the right to assert objections and/or setoffs or recoupments with respect to same.

The Court has authorized the Debtors to pay, in their discretion, certain non-priority unsecured claims pursuant to the First Day Orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments made under some or all of the First Day Orders. Each Debtor's Schedule E/F will, if applicable, reflect some of that Debtor's payment of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or which the Debtors have been granted authority to pay, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these Chapter 11 Cases pursuant to the First Day Orders and other orders of the Court, and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**4. Schedule G – Executory Contracts and Unexpired Leases.**

a. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements") as of the filing of the Statements and Schedules, the Debtors' collection and review process of the Agreements is ongoing, and inadvertent errors, omissions, or over- or under-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, master service agreements, and confidentiality agreements, that may not be set forth in Schedule G. The Debtors have not included on Schedule G the engagement letters with any of the Debtors' professionals that have been retained pursuant to an order of the Court in these Chapter 11 Cases, which agreements have been publicly filed with the Court. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease, that such Agreement was in effect on the Petition Date, or that such Agreement is valid or enforceable. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.

**5. Schedule H – Codebtors.**

a. The Debtors are party to various debt agreements that were executed by multiple Debtors. The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor. In the ordinary course of

their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties. To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H. In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedules and Statements of each such Debtor at the full amount of such potential claim. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtor affiliates. To the extent these Global Notes include notes specific to Schedules D–G, such Global Notes also apply to the co-Debtors listed in Schedule H. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

## Specific Notes with Respect to the Debtors' Statements of Financial Affairs

1. **Statement 1 and 2**. Gross revenue from the Debtors' business segment Bargain Wholesale is accounted for on the Debtors' books and records as revenue at 99 Cents Only Stores LLC and 99 Cents Only Stores Texas, Inc. Bargain Wholesale LLC does not have independent business operations.

2. **Statement 3**.

   a.  As described in the Methodology section, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

   b.  The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from January 9, 2024, to the Petition Date. Amounts still owed to creditors appear on the Schedules for each Debtor, as applicable.

   c.  The response to Statement 3 excludes regular salary payments and disbursements or transfers for this period, which are listed, to the extent required, on Statement 4.

   d.  The response to Statement 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are listed on Statement 11.

   e.  At times, the name of the payee recorded in the Debtors' systems may not match the applicable counterparty on a lease or contract. As such, the Debtors have not sought to separately identify landlords from other vendors or suppliers.

3. **Statement 4**. Refer to the Methodology section regarding all payments to insiders.

4. **Statement 7**.  Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum.  The Debtors used commercially reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto using information available to the Debtors and their third party administrative insurance claims agent.  In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Statement 7, the Debtors will use reasonable efforts to supplement the Statements in light thereof.  Additionally, the Debtors have identified certain information as "on file" where the Debtors believe that such information would violate the parties' privacy.  The Debtors will provide such information, on a confidential basis, to (i) the Court, (ii) the U.S. Trustee, and (iii) the party in interest upon a request to the Debtors (email being sufficient) or to the Court that is reasonably related to such proceeding.

5. **Statement 9**.  For the avoidance of doubt, Statement 9 excludes *de minimis* charitable contributions.

6. **Statement 11**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one (1) year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement 11.  Due to the nature of certain of the Debtors' professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  The Debtors have not separately identified payments related to non-bankruptcy-related services from payments related to bankruptcy or restructuring services on Statement 11.  Additional information regarding the Debtors' retention of professional service firms is described more fully in individual retention applications and related orders.

   In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their pre- or post-petition lenders or other parties.

7. **Statement 13**.  The valuation of certain real property assets reflects broker opinion valuations or appraisals; however, because the determination of net realizable value of such assets involves both estimation and judgment with regard to, among other things market values, differences in these estimates could result in valuations that differ significantly from the recorded assets.

8. **Statement 20**.  The locations listed for off-premises storage do not include cloud-based storage of electronic data.

9. **Statements 28 and 29**.  For purposes of the Schedules and Statements, the Debtors define "controlling interest holders" to include entities that directly hold in excess of 20% of the voting interests of the applicable Debtor entity.  Entities listed as "controlling interest holders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling interest holders" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any

other purpose.  For certain entities included in this response, the owner may hold ownership in trusts or managed accounts versus in its individual capacity.

10. **Statement 31**.  Number Holdings, Inc. and 99 Cents Only Stores Texas, Inc. are members of a consolidated federal income tax group.  Additionally, 99 Cents HoldCo LLC, 99 Cents Only Stores LLC, 99 Cents PropCo LLC and Bargain Wholesale LLC are disregarded entities for income tax purposes and therefore income and losses of those entities are reported together with Numbers Holdings, Inc.

11. **Statements 39 and 40**.  Each of (i) office furniture and fixtures and (ii) store and distribution center furniture and fixtures, have been scheduled on a combined basis.

**Fill in this information to identify the case:**

Debtor name    99 Cents Only Stores LLC

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    24-10721 (JKS)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

     Copy line 88 from *Schedule A/B* ........................................................................................

     $    98,898,410.28*

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B* .....................................................................................

     $    205,963,652.27*

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B* ......................................................................................

     $    304,862,062.55*

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .........................................

   $    445,313,524.85*

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................

     $    Undertermined

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................

     + $    213,796,719.98*

4. **Total liabilities** ........................................................................................................

   Lines 2 + 3a + 3b

   $    659,110,244.83*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  99 Cents Only Stores LLC

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)  24-10721 (JKS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $ 2,771,213.61

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | | $ 16,749,143.84 |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 None | | $ 0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 19,520,357.45

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.Go to Part 3.

   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1 See Attached Rider | $ 3,748,246.60 |
| 7.2 | $ |

Debtor    99 Cents Only Stores LLC                                    Case number (if known) 24-10721 (JKS)
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 See Attached Rider _____    $    12,146,859.84

8.2 _____    $    _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $    15,895,106.44

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | 442,766.12 | — | 0.00 | = | ...... → | $ | 442,766.12 |
|---|---|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |  |  |
| 11b. Over 90 days old: | 11,309.26 | — | 7,774.03 | = | ...... → | $ | 3,535.23 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |  |  |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $    446,301.35

## Part 4:  Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 None _____    _____    $    0.00

14.2 _____    _____    $    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1 See Attached Rider _____    _____ %    _____    $    Undetermined

15.2 _____    _____ %    _____    $    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 None _____    _____    $    0.00

16.2 _____    _____    $    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $    Undetermined

***Plus Undetermined Amounts**

Debtor    99 Cents Only Stores LLC _____    Case number (if known) 24-10721 (JKS) _____
         Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| None | MM / DD / YYYY | $ _____ | _____ | $ 0.00 |
| 20. **Work in progress** | | | | |
| None | MM / DD / YYYY | $ _____ | _____ | $ 0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| Finished Goods Held For Resale | MM / DD / YYYY | $ 129,269,739.28 | Net Book Value | 129,269,739.28 |
| 22. **Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $ _____ | _____ | $ 0.00 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 129,269,739.28

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value $ ___Undetermined___  Valuation method ___N/A___    Current value $ ___Undetermined___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☑ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐  No
    ☐  Yes. Is any of the debtor's property stored at the cooperative?

        ☐  No
        ☐  Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐  No
    ☐  Yes. Book value  $ _____    Valuation method _____    Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐  No
    ☐  Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐  No
    ☐  Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐  No. Go to Part 8.
    ☑  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|

39. **Office furniture**

| See Question #: 40 | $ _____ | _____ | $ _____ |

40. **Office fixtures**

| See Attached Rider | $  10,068,228.93 | _____ | $  10,068,228.93 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| Equipment & Software | $  5,327,373.88 | Net Book Value | $  5,327,373.88 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 None | $ _____ | _____ | $ _____ 0.00 |
| 42.2 | $ _____ | _____ | $ _____ |
| 42.3 | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $ _____ 15,395,602.81

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐  No
    ☑  Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑  No
    ☐  Yes

Debtor    99 Cents Only Stores LLC

Name

Case number (If known)  24-10721 (JKS)

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Vehicles | $            2,652.31 | Net Book Value | $            2,652.31 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $            0.00 |
| 48.2 | $ | | $ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $            0.00 |
| 49.2 | $ | | $ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| General Machinery & Equipment | $       5,081,129.10 | Net Book Value | $       5,081,129.10 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $            5,083,781.41 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor   99 Cents Only Stores LLC                                                  Case number (if known) 24-10721 (JKS)
         Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  98,898,410.28* | | $  98,898,410.28* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  98,898,410.28*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $  Undetermined | | $  Undetermined |
| 61. **Internet domain names and websites**<br>See Attached Rider | $  Undetermined | | $  Undetermined |
| 62. **Licenses, franchises, and royalties**<br>See Attached Rider | $  Undetermined | | $  Undetermined |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List(s) | $  Undetermined | N/A | $  Undetermined |
| 64. **Other intangibles, or intellectual property**<br>99 Cents - Trade Name(s) | $  Undetermined | N/A | $  Undetermined |
| 65. **Goodwill**<br>Goodwill | $  Undetermined | N/A | $  Undetermined |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$  Undetermined

*Plus Undetermined Amounts

Debtor    99 Cents Only Stores LLC                                    Case number (if known) 24-10721 (JKS)
              Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☒ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

| None | | — | | = → | $ | 0.00 |
|---|---|---|---|---|---|---|
|  | Total Face Amount | Doubtful or uncollectible Amount | | | | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| See Global Notes | Tax Year | Various | $ | Undetermined |
|---|---|---|---|---|
|  | Tax Year | | $ | |
|  | Tax Year | | $ | |

**73. Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**    $

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**    $

**76. Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 20,352,763.53 |
|---|---|---|
|  | $ | |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | $ | 20,352,763.53* |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

***Plus Undetermined Amounts**

| Debtor | 99 Cents Only Stores LLC | Case number (If known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 19,520,357.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 15,895,106.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 446,301.35 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 129,269,739.28 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 15,395,602.81 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 5,083,781.41 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................................ → | | $98,898,410.28* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 20,352,763.53* | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 205,963,652.27* | + 91b. $98,898,410.28* |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.............................................................................. $ 304,862,062.55*

*Plus Undetermined Amounts

Debtor Name:  99 Cents Only Stores LLC                                              Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Wells Fargo Bank, N.A. | Depository Account | 0905 | $0.00 |
| Wells Fargo Bank, N.A. | Depository Account | 0913 | $0.00 |
| Wells Fargo Bank, N.A. | Disbursement Account | 8992 | $16,749,143.84 |
| Wells Fargo Bank, N.A. | Accounts Payable Account | 1726 | $0.00 |
| Wells Fargo Bank, N.A. | Payroll Account | 1734 | $0.00 |
| Wells Fargo Bank, N.A. | Other | 0005 | $0.00 |
| | **TOTAL** | | **$16,749,143.84** |

Debtor Name:  99 Cents Only Stores LLC                                                                    Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits<br>*(Description, including name of holder of deposit)* | Current value of debtor's interest |
|---|---|
| Deposit: Government Related - CA Liquor Lottery Licenses | $153,701.91 |
| Deposit: Government Related - City of Torrance | $34,306.00 |
| Deposit: Other - Odyssey Relocation Management | $75,000.00 |
| Deposit: Rent / Security - Downey Acquisition, LLC | $116,500.00 |
| Deposit: Rent / Security - Foothill Ranch Business Association | $5,000.00 |
| Deposit: Rent / Security - Golden Partnership | $8,500.00 |
| Deposit: Rent / Security - International Fidelity Insurance Co (SCE Bond) | $600,000.00 |
| Deposit: Rent / Security - Leonid Grinberg | $17,766.67 |
| Deposit: Rent / Security - Los Robles Villa Property | $40,113.36 |
| Deposit: Rent / Security - LPC West | $226,706.93 |
| Deposit: Rent / Security - McCowan's Properties 2 | $10,481.00 |
| Deposit: Rent / Security - Ponderosa Property Management | $10,000.00 |
| Deposit: Rent / Security - Raj Chabra | $16,000.00 |
| Deposit: Rent / Security - Richard C. Russell, Jr. | $4,000.00 |
| Deposit: Rent / Security - The Realty Associates Fund X, LP | $573,218.85 |
| Deposit: Rent / Security - Trust U/W Harry Dunitz | $16,875.00 |
| Deposit: Utility - APS | $262,874.21 |
| Deposit: Utility - Azusa Light & Water Co | $200.00 |
| Deposit: Utility - City of El Centro | $60.00 |

Debtor Name:  99 Cents Only Stores LLC                                                                                  Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits<br>*(Description, including name of holder of deposit)* | Current value of debtor's interest |
|---|---:|
| Deposit: Utility - City of North Las Vegas | $300.00 |
| Deposit: Utility - City of Ontario | $600.00 |
| Deposit: Utility - City of Santa Fe Springs | $150.00 |
| Deposit: Utility - City of Signal Hill, CA | $160.00 |
| Deposit: Utility - City of Tustin | $1,750.00 |
| Deposit: Utility - City of Wasco | $780.48 |
| Deposit: Utility - Desert Water | $200.00 |
| Deposit: Utility - Mohave Electric Cooperative | $9,076.60 |
| Deposit: Utility - Nevada Power Co | $20,595.00 |
| Deposit: Utility - PG&E | $651,007.50 |
| Deposit: Utility - Raymond Handling | $53,422.70 |
| Deposit: Utility - San Diego Gas & Electric Company | $330,000.00 |
| Deposit: Utility - Southern California Gas Company | $7,680.00 |
| Deposit: Utility - Southwest Gas Corp. | $483.72 |
| Deposit: Utility - SRP Power & Water | $283,647.67 |
| Deposit: Utility - Tucson Electric Power | $135,146.20 |
| Deposit: Utility - UNS Electric Inc | $21,942.80 |
| Deposit: Utility - Waste Management | $60,000.00 |
| **TOTAL** | **$3,748,246.60** |

Debtor Name:  99 Cents Only Stores LLC                                                         Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---:|
| Prepayment: Bottle Tax - State of California | $23,540.15 |
| Prepayment: Consulting Services - Gartner | $6,373.80 |
| Prepayment: Consulting Services - KPMG | $140,000.00 |
| Prepayment: Consulting Services - Optimized Payments | $130,675.04 |
| Prepayment: Consulting Services - Ryan LLC | $66,998.55 |
| Prepayment: Insurance / Surety - AON | $627,676.90 |
| Prepayment: Insurance / Surety - Brown & Brown | $398,133.50 |
| Prepayment: Insurance / Surety - Dept. of Industrial Relations | $128,482.50 |
| Prepayment: Insurance / Surety - Edgewood Partners Insurance Center (EPIC) | $1,450,287.53 |
| Prepayment: Insurance / Surety - Euler Hermes North America Insurance | $16,866.68 |
| Prepayment: Insurance / Surety - First Insurance Funding | $2,358,863.00 |
| Prepayment: Legal - Athens Administrators | $316,989.32 |
| Prepayment: License / Membership - Standard & Poors Financial Services | $58,666.68 |
| Prepayment: License / Membership - Tax Compliance Inc. | $35,220.42 |
| Prepayment: Maintenance - Acquia Inc. | $11,680.81 |
| Prepayment: Maintenance - Alteryx, Inc. | $38,864.06 |
| Prepayment: Maintenance - Anaplan Inc. | $24,322.50 |
| Prepayment: Maintenance - Appriss Inc. | $18,750.00 |
| Prepayment: Maintenance - Blue Violet Networks LLC | $5,374.97 |
| Prepayment: Maintenance - CBE Inc. | $54,089.05 |
| Prepayment: Maintenance - Ceridian HCM Inc. | $9,499.63 |
| Prepayment: Maintenance - Converge Technology Solutions | $134,313.00 |
| Prepayment: Maintenance - Datamax System Solutions Inc. | $79,500.01 |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment: Maintenance - Decisionpoint Systems CA Inc. | $27,276.59 |
| Prepayment: Maintenance - Fortra, LLC | $28,154.76 |
| Prepayment: Maintenance - GK Software USA Inc. | $137,343.32 |
| Prepayment: Maintenance - Highjump Software Inc. | $210,272.91 |
| Prepayment: Maintenance - Insight Direct USA Inc. | $37,473.18 |
| Prepayment: Maintenance - Interaxtyx Americas Inc. | $10,552.03 |
| Prepayment: Maintenance - Microsoft Corp. | $753,792.29 |
| Prepayment: Maintenance - Onetrust LLC | $18,530.00 |
| Prepayment: Maintenance - Precisely Software Inc. | $14,827.50 |
| Prepayment: Maintenance - Relex Solutions | $346,500.00 |
| Prepayment: Maintenance - Rimini Street Inc. | $254,880.84 |
| Prepayment: Maintenance - Rocket Software Inc. | $44,737.08 |
| Prepayment: Maintenance - Salesforce.com | $8,812.01 |
| Prepayment: Maintenance - Sap Retail | $8,702.81 |
| Prepayment: Maintenance - Tata Consultancy Services | $56,000.00 |
| Prepayment: Maintenance - Verifone Inc. | $23,625.00 |
| Prepayment: Maintenance - Zoho | $16,268.16 |
| Prepayment: Maintenance - Zones Inc. | $110,628.91 |
| Prepayment: Personal Property Tax - Various Taxing Authorities | $302,202.25 |
| Prepayment: Professional Services | $500,000.00 |
| Prepayment: Promotional Merchandise - Various Parties | $109,616.70 |
| Prepayment: Rent - Various Parties | $246,464.34 |
| Prepayment: Services - Airship | $23,201.40 |

Debtor Name:  99 Cents Only Stores LLC                                                    Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment: Services - Navex Global Inc. | $5,547.94 |
| Prepayment: Services - Symphony Talent, LLC | $59,894.81 |
| Prepayment: Suppliers - Various Parties | $697,798.00 |
| Prepayment: Vendor - Mayflower | $1,309.50 |
| Prepayment: Vendor - Muzak | $90,583.65 |
| Prepayment: Vendor - Unique Aire | $13,500.00 |
| Prepayment: Vendor - Various Parties | $1,853,195.76 |
| **TOTAL** | **$12,146,859.84** |

Debtor Name:  99 Cents Only Stores LLC                                    Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture (Name of entity:) | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 99 Cents HoldCo LLC | 100% | N/A | Undetermined |
| Bargain Wholesale LLC | 100% | N/A | Undetermined |
| 99 Cents Only Stores Texas, Inc. | 100% | N/A | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

Debtor Name:  99 Cents Only Stores LLC                                      Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 7, Question 40:** Office fixtures

| Office fixtures | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Furniture & Fixtures | $1,926,057.61 | Net Book Value | $1,926,057.61 |
| Store & Distribution Center Furniture & Fixtures | $8,142,171.32 | Net Book Value | $8,142,171.32 |
| | | **TOTAL** | **$10,068,228.93** |

Debtor Name:  99 Cents Only Stores LLC                                                    Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Building Improvements | Building Improvements | $6,787,420.72 | Net Book Value | $6,787,420.72 |
| Buildings | Buildings | $6,873,506.38 | Net Book Value | $6,873,506.38 |
| Construction in Progress | Construction in Progress | $2,713,446.61 | Net Book Value | $2,713,446.61 |
| Land | Land | $47,892,319.67 | Net Book Value | $47,892,319.67 |
| Leasehold Improvements | Leasehold Improvements | $34,631,716.90 | Net Book Value | $34,631,716.90 |
| Leased: Store #: 0056-L<br>1617 Hacienda Blvd<br>La Puente, CA 91744 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0058-L<br>4929 Woodruff Ave<br>Lakewood, CA 90713 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0060-L<br>24200 West Lyons<br>Newhall, CA 91321 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0064-DL<br>430 N. Mountain<br>Ontario, CA 91761 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0065-DL<br>5130 190th Street<br>Torrance, CA 90504 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0069-L<br>140 E. Duarte Rd<br>Arcadia, CA 91006 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0072-L<br>14151 Ramona Blvd<br>Baldwin Park, CA 91706 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0073-L<br>1862 Palm<br>San Diego, CA 92154 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0093-L<br>14670 Seventh St<br>Victorville, CA 92392 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0096-DL<br>4050 Chino Hills Pkwy.<br>Chino, CA 91709 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0099-DL<br>121 Louisiana Ave<br>San Ysidro, CA 92173 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0107-L<br>229 E. Foothill Rd<br>Upland, CA 91786 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0111-L<br>2407 W. Victory Blvd<br>Burbank, CA 91506 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0112-DL<br>19033 E. Colima Rd<br>Rowland Heights, CA 91748 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0116-L<br>1240 Indian School<br>Phoenix, AZ 85014 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 0119-L<br>79840 Hwy. 111<br>La Quinta, CA 92253 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0120-L<br>7239 Spring Mountain<br>Las Vegas, NV 89147 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0123-L<br>1321 W. Foothill Blvd<br>Rialto, CA 92376 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0129-L<br>2682 Mt. Vernon Ave<br>Bakersfield, CA 93306 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0133-L<br>790 E. Southern<br>Tempe, AZ 85282 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0143-L<br>1155 E. Charleston Blvd<br>Las Vegas, NV 89104 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0146-L<br>1501 White Lane<br>Bakersfield, CA 93307 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0151-L<br>1111 W Olive Dr<br>Merced, CA 95348 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0159-L<br>7470 W. Lakemead Blvd<br>Las Vegas, NV 89128 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0184-DL<br>2810 W. Alhambra Road<br>Alhambra, CA 91801 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0186-L<br>85 Via Pico Plaza<br>San Clemente, CA 92672 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0187-L<br>2450 E. Chapman Ave.<br>Fullerton, CA 92831 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0199-L<br>15505 S. Normandie Ave<br>Gardena, CA 90247 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0226-R<br>628 E Arrow Hwy<br>Pomona, CA 91767 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0227-L<br>8723 Sepulveda Blvd.<br>North Hills, CA 91343 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0243-L<br>750 W. Calle Arroyo Sur<br>Sahuarita, AZ 85629 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0254-L<br>19201 Bear Valley Road<br>Apple Valley, CA 92308 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0287-L<br>2611 Market St.<br>San Diego, CA 92101 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0315-L<br>6639 Laurel Canyon Blvd.<br>North Hollywood, CA 91606 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 0317-L<br>12530 Day St.<br>Riverside, CA 92553 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0321-L<br>11732 South St.<br>Artesia, CA 90701 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0330-L<br>23300 Valencia Blvd<br>Valencia, CA 91355 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0332-L<br>626 Cecil Avenue<br>Delano, CA 93215 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0338-L<br>34660 Monterey Avenue<br>Palm Desert, CA 92211 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0361-L<br>11040 W Pico Blvd<br>Los Angeles, CA 90064 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0379-L<br>NWC Hamner Ave & A St<br>Eastvale, CA 91752 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 0425-DL<br>14551 Redhill Ave<br>Tustin, CA 92780 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 100<br>2270 E. Lincoln Ave<br>Anaheim, CA 92806 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 101<br>1320 Highland Ave<br>National City, CA 91950 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 104<br>3477 Arlington Ave<br>Riverside, CA 92506 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 105<br>45 North Nellis Blvd<br>Las Vegas, NV 89110 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 108<br>3385 W. Florida Ave<br>Hemet, CA 92545 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 109<br>442 W. Ave. "P"<br>Palmdale, CA 93551 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 110<br>9640 Baseline Rd<br>Rancho Cucamonga, CA 91701 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 113<br>301 Arneil Rd<br>Camarillo, CA 93010 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 117<br>1435 W. Craig Rd., Ste 3<br>North Las Vegas, NV 89032 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 118<br>1855 E. Ventura Blvd<br>Oxnard, CA 93030 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 122<br>1260 E. Yorba Linda<br>Placentia, CA 92670 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 124<br>2709 E. Main Street<br>Ventura, CA 93003 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 125<br>6235 York Blvd<br>Los Angeles, CA 90042 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 127<br>25270 Madison<br>Murrieta, CA 92562 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 128<br>4200 Ming Ave<br>Bakersfield, CA 93309 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 130<br>10821 Long Beach Blvd.<br>Lynwood, CA 90262 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 131<br>3518 W. Peoria Avenue<br>Phoenix, AZ 85029 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 132<br>4910 Tropicana Ave<br>Las Vegas, NV 89121 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 134<br>9915 Magnolia Ave<br>Riverside, CA 92503 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 138<br>770 W. Shaw<br>Clovis, CA 93612 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 14<br>6161 Atlantic Blvd<br>Maywood, CA 90270 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 140<br>312 E. Betteravia<br>Santa Maria, CA 93454 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 142<br>4140 Clairemont Mesa<br>San Diego, CA 92117 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 144<br>5931 University Ave<br>San Diego, CA 92115 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 145<br>1120 S. Country Club Dr<br>Mesa, AZ 85210 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 147<br>9230 S. Eastern Ave<br>Henderson, NV 89052 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 148<br>5200 Moreno<br>Montclair, CA 91763 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 149<br>12170 Central Ave<br>Chino, CA 91710 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 150<br>7908 El Cajon Blvd<br>La Mesa, CA 91941 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 152<br>14317 Clark Avenue<br>Bellflower, CA 90706 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                                Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 154<br>6036 N. First Street<br>Fresno, CA 93710 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 155<br>2701 S. Mooney Blvd<br>Visalia, CA 93277 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 157<br>300 W. Kettleman Lane<br>Lodi, CA 95240 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 160<br>2868 Zinfandel Drive<br>Rancho Cordova, CA 95670 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 161<br>12801 W. Bell Rd<br>Surprise, AZ 85374 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 164<br>7919 E. Thomas Rd.<br>Scottsdale, AZ 85251 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 165<br>1450 E. Hatch Rd<br>Modesto, CA 95351 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 167<br>1996 N. Alma School Rd<br>Chandler, AZ 85224 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 171<br>520 Marks St. #C<br>Henderson, NV 89014 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 173<br>1190 E. Carson St<br>Long Beach, CA 90807 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 174<br>2180 Harbor Blvd<br>Costa Mesa, CA 92627 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 175<br>2224 El Camino Ave.<br>Sacramento, CA 95821 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 178<br>5340 W. Glendale Ave.<br>Glendale, AZ 85301 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 179<br>12013 5th Street<br>Yucaipa, CA 92399 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 180<br>699 Lewelling Blvd., #50<br>San Leandro, CA 94579 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 181<br>1678 W. Redlands Blvd.<br>Redlands, CA 92373 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 182<br>7620 W. Thomas Rd.<br>Phoenix, AZ 85033 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 185<br>1320 W. 11th Street<br>Tracy, CA 95376 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 19<br>11811 Hawthorne<br>Hawthorne, CA 90250 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 191<br>1333 Country Club Drive<br>Madera, CA 93638 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 192<br>551 Peabody Road<br>Vacaville, CA 95687 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 193<br>1120 Hacienda Blvd.<br>Hacienda Heights, CA 91745 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 195<br>1200 S. Decatur<br>Las Vegas, NV 89102 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 198<br>23829 El Toro Rd.<br>Lake Forest, CA 92630 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 201<br>4665 Clayton Road<br>Concord, CA 94521 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 203<br>12805 N. Tatum Blvd.<br>Phoenix, AZ 85032 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 204<br>4979 Kings Canyon Blvd<br>Fresno, CA 93727 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 205<br>1675 W. Valencia Blvd.<br>Tucson, AZ 85746 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 206<br>7125 E. Golf Links Road<br>Tucson, AZ 85730 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 207<br>20165 N. 67th Avenue<br>Glendale, AZ 85308 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 208<br>102 E. Laurel Drive<br>Salinas, CA 93906 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 209<br>8387 Folsom Blvd.<br>Sacramento, CA 95826 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 211<br>4920 S. Fort Apache Rd.<br>Las Vegas, NV 89148 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 212<br>265 Marketplace Ave.<br>San Diego, CA 92113 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 213<br>1425 South Victoria<br>Ventura, CA 93003 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 214<br>1293B Los Angeles Ave<br>Simi Valley, CA 93065 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 216<br>72845 A & B Highway 111<br>Palm Desert, CA 92260 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 217<br>20882 Mission Blvd.<br>Hayward, CA 94541 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 219<br>3003 W. Apache Trail<br>Apache Junction, AZ 85220 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 220<br>8375 W. Thunderbird<br>Peoria, AZ 85381 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 221<br>1261 W. Central Ave.<br>Brea, CA 92821 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 222<br>4160 W. Ina Rd.<br>Tucson, AZ 85741 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 224<br>260 East 10th Street<br>Gilroy, CA 95020 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 225<br>4105 N. 51st Avenue<br>Phoenix, AZ 85031 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 228<br>2515 Somersville Road<br>Antioch, CA 94509 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 230<br>10911 Victory Blvd.<br>North Hollywood, CA 91606 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 231<br>13540 W. Van Buren St.<br>Goodyear, AZ 85338 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 234<br>18286 Collier Avenue<br>Lake Elsinore, CA 92530 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 235<br>1520 N. First Street<br>Fresno, CA 93703 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 236<br>212 W. Baseline Rd.<br>Rialto, CA 92376 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 237<br>5930 Stockton Blvd.<br>Sacramento, CA 95824 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 240<br>1080 S. Mount Vernon Ave<br>Colton, CA 92324 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 244<br>705 E. Vista Way<br>Vista, CA 92084 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 247<br>1701 A Willow Pass Rd.<br>Concord, CA 94520 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 251<br>2012 Long Beach Blvd<br>Long Beach, CA 90806 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 253<br>820 East Imperial Hwy<br>Brea, CA 92821 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 258<br>1121 Olive Drive<br>Bakersfield, CA 93308 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                                 Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 261<br>50249 Harrison St<br>Coachella, CA 92236 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 262<br>31033 Date Palm Dr<br>Cathedral City, CA 92234 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 264<br>1449 W. March Lane<br>Stockton, CA 95207 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 266<br>1824 W. 182nd St.<br>Torrance, CA 90504 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 275<br>620 San Pablo Ave.<br>Pinole, CA 94564 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 279<br>1035 E. Prosperity Avenue<br>Tulare, CA 93274 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 28<br>9565 Las Tunas<br>Temple City, CA 91780 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 281<br>14073 Main St., Suite 108<br>Hesperia, CA 92345 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 282<br>6018 S Central Ave<br>Phoenix, AZ 85042 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 283<br>401 W Anaheim St<br>Wilmington, CA 90744 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 285<br>8900 Limonite Avenue<br>Riverside, CA 92509 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 290<br>550 N 11th Ave<br>Hanford, CA 93230 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 291<br>1308 E. Main St.<br>Barstow, CA TBD | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 293<br>2320 Fletcher Parkway<br>El Cajon, CA 92020 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 294<br>2419 E. Tropicana<br>Las Vegas, NV 89121 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 297<br>3600 Klose Way<br>Richmond, CA 94806 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 3<br>1521 Beverly Blvd<br>Montebello, CA 90640 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 306<br>750 N. Gilbert Road<br>Gilbert, AZ 85233 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 307<br>155 S. Rancho Santa Fe Rd.<br>San Marcos, CA 92078 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 31<br>9535 Whittier Blvd<br>Pico Rivera, CA 90660 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 310<br>2701 Manhattan Beach Blvd.<br>Redondo Beach, CA 90278 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 311<br>2159-2167 Pacific Coas Hwy<br>Lomita, CA 90717 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 312<br>4144 N. Oracle Road<br>Tucson, AZ 85705 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 313<br>2205 McHenry<br>Modesto, CA 95350 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 314<br>1795 Kiowa Blvd.<br>Lake Havasu City, AZ 86403 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 318<br>12369 Poway Rd.<br>Poway, CA 92064 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 32<br>14029 Pioneer Blvd<br>Norwalk, CA 90650 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 322<br>4240 W Bell Rd<br>Phoenix, AZ 85308 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 324<br>2070 S. Power Road<br>Mesa, AZ 85208 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 325<br>1030 E Ave J<br>Lancaster, CA 93535 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 326<br>38360-B 20th St E<br>Palmdale, CA 93550 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 328<br>4170 West Shaw<br>Fresno, CA 93722 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 33<br>6124 Pacific Blvd<br>Huntington Park, CA 90255 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 333<br>3141 N Rancho Drive<br>Las Vegas, NV 89130 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 334<br>40355 Winchester Road<br>Temecula, CA 92591 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 336<br>1327 E. Huntington Dr.<br>Duarte, CA 91010 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 339<br>424 State Street<br>Santa Barbara, CA 93010 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 340<br>543 N Azusa Ave<br>Covina, CA 91722 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                                Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 341<br>789 South Tustin Street<br>Orange, CA 92866 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 343<br>602 W Arrow Hwy<br>San Dimas, CA 91733 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 345<br>1481 N La Cadena Dr<br>Colton, CA 92324 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 346<br>5695 S Virginia St<br>Reno, NV 89502 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 348<br>2680 Jensen Ave<br>Sanger, CA 93657 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 349<br>580 E Prater Way<br>Sparks, NV 89431 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 35<br>2801 Pico Blvd<br>Santa Monica, CA 90405 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 351<br>1627 N. Broadway<br>Santa Maria, CA 93458 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 352<br>4440 Florin Rd<br>Sacramento, CA 95823 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 353<br>7101 El Camino Real<br>Atascadero, CA 93422 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 355<br>1851 Willow St<br>Long Beach, CA 90755 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 356<br>1003 N Waterman Ave<br>San Bernardino, CA 92410 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 357<br>2010 E Valley Pkwy<br>Escondido, CA 92027 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 358<br>425 Rohnert Park Expressway<br>Rohnert Park, CA 94928 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 359<br>950 E Avenida de los Arboles<br>Thousand Oaks, CA 91360 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 360<br>2028 E Highland Ave<br>San Bernardino, CA 92404 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 362<br>17255 Main St<br>Hesperia, CA 92345 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 363<br>11550 Telegraph Rd<br>Santa Fe Springs, CA 90670 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 364<br>2762 Imperial Hwy<br>Inglewood, CA 90303 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                                                                      Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 365<br>10848 Foothill Blvd<br>Rancho Cucamonga, CA 91730 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 366<br>11274 S Fortuna Rd<br>Yuma, AZ 85367 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 367<br>44515 W Edison Rd<br>Maricopa, AZ 85138 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 368<br>3140 Stockton Hill Rd<br>Kingman, AZ 86401 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 369<br>NEC Camino Ruiz & Mira Mesa Blvd<br>San Diego, CA 92126 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 37<br>14540 E. Leffingwell<br>La Mirada, CA 90638 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 371<br>26100 Newport Rd<br>Menifee, CA 92586 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 372<br>11072 Magnolia St<br>Garden Grove, CA 92841 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 373<br>3610 W Baseline Rd<br>Laveen, AZ 85339 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 374<br>3835 Blue Diamond Rd.<br>Las Vegas, NV 89139 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 375<br>6921 La Tijera Blvd<br>Los Angeles, CA 90045 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 376<br>2522 S Grove Ave<br>Ontario, CA 91761 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 377<br>300 Richmond St<br>El Segundo, CA 90245 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 378<br>619 E University Dr<br>Carson, CA 90746 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 380<br>450 N McKinley St<br>Corona, CA 92879 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 381<br>4917 S Rose Ave<br>Oxnard, CA 93033 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 382<br>1326 Main Street<br>Ramona, CA 92065 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 383<br>6230 Van Buren Blvd<br>Riverside, CA 92503 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 384<br>13721 Newport Ave<br>Tustin, CA 92780 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                          Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 385<br>10261 Fairway Dr<br>Roseville, CA 95678 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 386<br>3258 N Las Vegas Blvd<br>Las Vegas, NV 89115 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 387<br>1683 E Florence Blvd<br>Casa Grande, AZ 85122 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 388<br>8940 E Indian Bend Rd<br>Scottsdale, AZ 85250 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 389<br>22631 Lake Forest Dr<br>Lake Forest, CA 92630 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 39<br>1514 N. Main St<br>Santa Ana, CA 92701 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 390<br>57980 29 Palms Hwy<br>Yucca Valley, CA 92284 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 391<br>2080 E William St<br>Carson City, NV 89706 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 392<br>8451 Crenshaw Blvd<br>Inglewood, CA 90305 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 393<br>8200 Centennial Plaza Way<br>Bakersfield, CA 93312 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 394<br>3060 S Crenshaw Blvd<br>Los Angeles, CA 90018 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 395<br>524 E Danenberg Dr<br>El Centro, CA 92243 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 397<br>16333 Harbror Blvd<br>Fountain Valley, CA 92708 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 399<br>8429 Laurel Canyon Blvd<br>Sun Valley, CA 91352 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 40<br>4304 Lankershim<br>North Hollywood, CA 91602 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 400<br>6820 De Soto Ave<br>Canoga Park, CA 91303 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 401<br>1308 Madonna Rd<br>San Luis Obispo, CA 93405 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 402<br>1304 Hwy 46<br>Wasco, CA 93280 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 403<br>2035 Durfee Ave<br>S El Monte, CA 91733 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                                Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 404<br>800 Buchanan Blvd<br>Boulder City, NV 89005 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 405<br>23920 Ironwood Ave<br>Moreno Valley, CA 92557 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 406<br>15727 Downey Ave<br>Paramount, CA 90723 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 407<br>2156 Pillsbury Rd<br>Chico, CA 95926 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 408<br>385 N Escondido Blvd<br>Escondido, CA 92025 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 409<br>1012 Riley St<br>Folsom, CA 95630 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 41<br>6121 Wilshire Blvd<br>Los Angeles, CA 90048 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 410<br>3684 Sonoma Blvd<br>Vallejo, CA 94590 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 412<br>22985 Cottonwood Ave<br>Moreno Valley, CA 92553 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 413<br>740 Mono Way<br>Sonora, CA 95370 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 414<br>910 S Euclid St<br>Anaheim, CA 92802 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 415<br>9751 Mission Gorge Rd<br>Santee, CA 92071 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 416<br>6124 San Juan Ave<br>Citrus Heights, CA 95610 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 417<br>415 N Ash St<br>Escondido, CA 92027 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 418<br>9937 Walker St<br>Cypress, CA 90630 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 419<br>2009 N Stapley Dr<br>Mesa, AZ 85203 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 42<br>8625 Woodman Ave<br>Pacoima, CA 91331 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 420<br>1788 S Barranca Ave<br>Glendora, CA 91740 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 421<br>7380 S Eastern Ave, Suite 109-B<br>Las Vegas, NV 89123 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                      Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 422<br>13237 Gladstone Ave<br>Sylmar, CA 91342 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 426<br>1045 S Gilbert Rd<br>Mesa, AZ 85204 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 428<br>2532 S Azusa Ave<br>West Covina, CA 91792 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 429<br>12301 Norwalk Blvd<br>Norwalk, CA 90650 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 43<br>9920 Westminster<br>Garden Grove, CA 92844 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 430<br>3699 Highway 95<br>Bullhead City, AZ 86442 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 431<br>11160 Magnolia Ave<br>Riverside, CA 92505 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 433<br>2888 W Grant Line Rd<br>Tracy, CA 95304 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 435<br>8750 Tampa Ave<br>Northridge, CA 91324 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 436<br>2505 N Texas St, Suite B<br>Fairfield, CA 94533 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 438<br>3815 Niles St<br>Bakersfield, CA 93306 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 44<br>2566 E. Florence<br>Huntington Park, CA 90255 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 440<br>20220 Hwy 18<br>Apple Valley, CA 92307 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 441<br>1209 W Pacheco Blvd<br>Los Banos, CA 93635 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 443<br>1030 3rd Avenue<br>Chula Vista, CA 91911 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 444<br>102 S Sunrise Way<br>Palm Springs, CA 92262 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 445<br>2809 Via Campo<br>Montebello, CA 90640 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 447<br>1490 Railroad Avenue<br>Livermore, CA 94550 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 448<br>1714 S Euclid Ave<br>Ontario, CA 91762 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                     Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 449<br>204 W. 5th Street<br>Douglas, AZ 85607 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 45<br>938 S. Gaffey<br>San Pedro, CA 90731 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 450<br>16107 Victory Blvd<br>Van Nuys, CA 91406 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 451<br>1655 W Elliot Rd<br>Tempe, AZ 85284 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 46<br>12125 Carson Blvd<br>Hawaiian Gardens, CA 90716 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 47<br>18215 Sherman Way<br>Reseda, CA 91335 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 48<br>955 W. Sepulveda<br>Torrance, CA 90502 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 49<br>15962 Springdale<br>Huntington Beach, CA 92649 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 5<br>13061 Harbor Blvd<br>Garden Grove, CA 92843 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 51<br>2606 North Broadway<br>Los Angeles, CA 90031 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 52<br>11114 Ramona<br>El Monte, CA 91731 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 54<br>6401 San Fernando<br>Glendale, CA 91201 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 55<br>17034 Chatsworth<br>Granada Hills, CA 91344 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 59<br>3451 Whittier Blvd<br>Los Angeles, CA 90023 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 6<br>13023 Hawthorne<br>Hawthorne, CA 90250 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 61<br>12711 Sherman Way<br>North Hollywood, CA 91605 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 62<br>422 E. Washington Blvd<br>Los Angeles, CA 90019 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 63<br>5270 Sunset Blvd<br>Los Angeles, CA 90027 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 67<br>11916 Paramount Blvd<br>Downey, CA 90241 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                                    Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Store #: 68<br>975-A South "E" Street<br>San Bernardino, CA 92408 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 7<br>442 N. Los Robles<br>San Marino, CA 91108 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 70<br>44601 Valley Central Way<br>Lancaster, CA 93534 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 75<br>16672 Beach Blvd<br>Huntington Beach, CA 92647 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 76<br>15345 Whittier Blvd<br>Whittier, CA 90603 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 77<br>2311 S. Bristol St<br>Santa Ana, CA 92704 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 78<br>725 S. Main St<br>Corona, CA 92882 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 80<br>1766 E. Main St<br>El Cajon, CA 92021 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 81<br>6755 Van Nuys Blvd<br>Van Nuys, CA 91405 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 84<br>852 N. La Brea<br>Los Angeles, CA 90038 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 85<br>2551 N. Ventura Rd<br>Port Hueneme, CA 93041 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 86<br>24899 Alessandro Blvd<br>Moreno Valley, CA 92553 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 87<br>19836 Ventura Blvd<br>Woodland Hills, CA 91364 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 89<br>9255 Sierra Ave<br>Fontana, CA 92335 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 90<br>307 N. Citrus<br>Azusa, CA 91702 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 94<br>1325 E. Flamingo<br>Las Vegas, NV 89119 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 95<br>1036 Mission Ave<br>Oceanside, CA 92054 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 97<br>19050 Brookhurst<br>Huntington Beach, CA 92646 | Leased Store | Undetermined | N/A | Undetermined |
| Leased: Store #: 98<br>1720 E. Colorado Blvd<br>Pasadena, CA 91106 | Leased Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leased: Warehouse #: 900<br>4000 Union Pacific Ave.<br>Commerce, CA 90023 | Leased Warehouse | Undetermined | N/A | Undetermined |
| Leased: Warehouse #: 918<br>3020-3090 E Washington Blvd<br>Los Angeles, CA 90023 | Leased Warehouse | Undetermined | N/A | Undetermined |
| Leased: Warehouse #: 921<br>6100 Garfield Ave<br>Commerce, CA 90040 | Leased Warehouse | Undetermined | N/A | Undetermined |
| Leased: Warehouse #: 923<br>4633 Downey Rd<br>Vernon, CA 90058 | Leased Warehouse | Undetermined | N/A | Undetermined |
| Leased: Warehouse #: 924<br>1700-1730 Flight Way, Suite 100<br>Tustin, CA 92606 | Leased Warehouse | Undetermined | N/A | Undetermined |
| Owned: Store #: 0081-B<br>6745 Van Nuys Blvd<br>Van Nuys, CA 91405 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 137<br>12480 Amargosa<br>Victorville, CA 92392 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 139<br>1309 N. H Street<br>Lompoc, CA 93436 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 141<br>12431 Valley View St<br>Garden Grove, CA 92845 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 16<br>601 S. Fairfax Ave<br>Los Angeles, CA 90036 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 163<br>4433 E. Main<br>Mesa, AZ 85205 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 166<br>2315 E. Bell Rd<br>Phoenix, AZ 85028 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 168<br>4319 Elkhorn Blvd.<br>Sacramento, CA 95842 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 177<br>1120 E. Hammer Lane<br>Stockton, CA 95210 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 188<br>701 N. Golden State Blvd.<br>Turlock, CA 95380 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 215<br>S Miracle Mile/Marble Canyon Dr<br>Bullhead City, AZ | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 218<br>601 Beck Avenue<br>Fairfield, CA 94533 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 223<br>7830 N. 12th Street<br>Phoenix, AZ 85020 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 242<br>1721 S. 4th Ave.<br>Yuma, AZ 85364 | Owned Store | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                          Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Owned: Store #: 327<br>26542 Towne Centre Drive<br>Foothill Ranch, CA 92610 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 329<br>788 W Ramona Expressway<br>San Jacinto, CA 92582 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 331<br>1617 Douglas Blvd<br>Roseville, CA 95661 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 344<br>716 S Boulder Hwy<br>Henderson, NV 89015 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 350<br>6316 Mission Blvd<br>Rubidoux, CA 92509 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 53<br>1845 N. Orangethorpe<br>Fullerton, CA 92833 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 82<br>606 E. Holt Ave<br>Pomona, CA 91767 | Owned Store | Undetermined | N/A | Undetermined |
| Owned: Store #: 83<br>3600 W. Sunset blvd<br>Los Angeles, CA 90026 | Owned Store | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | **$98,898,410.28**<br>+ Undetermined Amounts |

Debtor Name:  99 Cents Only Stores LLC                                                                                          Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - US<br>Mark: "99"<br>Reg #: 5937461 \| Reg Date: 12/17/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "99 THANKS"<br>Reg #: 2761939 \| Reg Date: 9/9/2003<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "99¢"<br>Reg #: 1959640 \| Reg Date: 3/5/1996<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "99¢ ONLY"<br>Reg #: 1747549 \| Reg Date: 1/19/1993<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "99¢ ONLY STORES"<br>Reg #: 1455937 \| Reg Date: 9/1/1987<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "99¢ ONLY STORES"<br>Reg #: 1947809 \| Reg Date: 1/16/1996<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "99C" Logo<br>Reg #: 1741928 \| Reg Date: 12/22/1992<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "99C" Logo<br>Reg #: 2401900 \| Reg Date: 11/7/2000<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "99C" Logo<br>Reg #: 4686800 \| Reg Date: 2/17/2015<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "99C" Logo<br>Reg #: 4829694 \| Reg Date: 10/13/2015<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "Bargain Wholesale"<br>Reg #: 4864742 \| Reg Date: 12/1/2015<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "CAFÉ CORDOVA"<br>Reg #: 5530532 \| Reg Date: 7/31/2018<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "#DOTHE99"<br>Reg #: 5272508 \| Reg Date: 8/22/2017<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "DO THE 99"<br>Reg #: 5267388 \| Reg Date: 8/15/2017<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "GARDENEASE"<br>Reg #: 5661689 \| Reg Date: 1/22/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "GRAYDON HALL"<br>Reg #: 4452329 \| Reg Date: 12/17/2013<br>Status: Registered | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                              Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - US<br>Mark: "GRILL WISE"<br>Reg #: 5680817 \| Reg Date: 2/19/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "Halsa" Logo<br>Reg #: 1402758 \| Reg Date: 7/29/1986<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "Halsa" Logo<br>Reg #: 1466110 \| Reg Date: 11/24/1987<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "Halsa" Logo<br>Reg #: 2327596 \| Reg Date: 3/14/2000<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "Halsa" Logo<br>Reg #: 3024650 \| Reg Date: 12/6/2005<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "HOME STORAGE PLUS"<br>Reg #: 4242325 \| Reg Date: 11/13/2012<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "MCKINNEY AND SCHMIDT"<br>Reg #: 5661688 \| Reg Date: 1/22/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "OFFICE PRO"<br>Reg #: 4394039 \| Reg Date: 8/27/2013<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "ONLY AT THE 99"<br>Reg #: 6279103 \| Reg Date: 2/23/2021<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "PET INC."<br>Reg #: 4472672 \| Reg Date: 1/21/2014<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "POWER PLUS"<br>Reg #: 5195816 \| Reg Date: 5/2/2017<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "RINSO"<br>Reg #: 699150 \| Reg Date: 6/7/1960<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "RINSO" Logo<br>Reg #: 124114 \| Reg Date: 1/14/1919<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "SANTA PAULA"<br>Reg #: 4526363 \| Reg Date: 5/6/2014<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "SAVE MORE SHOP US FIRST!"<br>Reg #: 3757400 \| Reg Date: 3/9/2010<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "STUDIO ART"<br>Reg #: 5423709 \| Reg Date: 3/13/2018<br>Status: Registered | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                    Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - US<br>Mark: "THE 99"<br>Reg #: 6064580 \| Reg Date: 5/26/2020<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "THE 99 STORE"<br>Reg #: 6813778 \| Reg Date: 8/9/2022<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "The 99 Store" Logo<br>Reg #: 6656207 \| Reg Date: 3/1/2022<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "The 99 Store" Logo<br>Reg #: 7240521 \| Reg Date: 12/12/2023<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "TRULY HOME"<br>App. #: 90/511,650 \| App. Date: 2/4/2021<br>Status: Pending | Undetermined | N/A | Undetermined |
| Trademark - US<br>Mark: "YOU DON'T HAVE TO BE WEALTHY TO EAT HEALTHY"<br>Reg #: 4614677 \| Reg Date: 9/30/2014<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - State of CA<br>Mark: "99¢ ONLY STORES"<br>Reg #: 42970 \| Reg Date: 1/12/1994<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - State of CA<br>Mark: "99¢ ONLY"<br>Reg #: 23078 \| Reg Date: 5/9/1985<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - State of CA<br>Mark: "99¢"<br>Reg #: 23958 \| Reg Date: 8/1/1985<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - State of CA<br>Mark: "The 99 Store" Logo<br>Reg #: 2014629 \| Reg Date: 7/16/2021<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - State of CA<br>Mark: "The 99 Store" Logo<br>Reg #: 2023705 \| Reg Date: 9/27/2022<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "CAFÉ CORDOVA"<br>Reg #: TMA1053081 \| Reg Date: 9/6/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "CRAFTOLOGY"<br>Reg #: 1056885 \| Reg Date: 10/1/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "#DOTHE99"<br>Reg #: 1058727 \| Reg Date: 10/11/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "DO THE 99"<br>Reg #: 1058712 \| Reg Date: 10/11/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "HALSA"<br>Reg #: 315006 \| Reg Date: 6/6/1986<br>Status: Registered | Undetermined | N/A | Undetermined |

Debtor Name: 99 Cents Only Stores LLC

Case Number: 24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Canada<br>Mark: "HIGHWAY 99"<br>Reg #: 732429 \| Reg Date: 1/15/2009<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "99 Highway" Logo<br>Reg #: 733118 \| Reg Date: 1/23/2009<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "HIGHWAY 99 YOUR ROAD TO GREAT SAVINGS"<br>Reg #: 734400 \| Reg Date: 2/13/2009<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "PET INC."<br>Reg #: 999199 \| Reg Date: 6/15/2018<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "POWER PLUS"<br>Reg #: 1032806 \| Reg Date: 6/27/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "RINSO" Logo<br>Reg #: NFLD1860 \| Reg Date: 4/18/1931<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "SANTA PAULA"<br>Reg #: 999200 \| Reg Date: 6/15/2018<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "STUDIO ART"<br>Reg #: 1050953 \| Reg Date: 8/23/2019<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "THE 99"<br>Reg #: 1073977 \| Reg Date: 3/2/2020<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Canada<br>Mark: "HALSA"<br>Reg #: 845621 \| Reg Date: 9/30/1988<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Japan<br>Mark: "HALSA"<br>Reg #: 4117972 \| Reg Date: 2/27/1998<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Japan<br>Mark: "HALSA" (Katakana Characters)<br>Reg #: 4117973 \| Reg Date: 2/27/1998<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "99¢ ONLY STORES"<br>Reg #: 1575788 \| Reg Date: 9/28/2015<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "99¢ ONLY STORES" Logo<br>Reg #: 1574952 \| Reg Date: 9/25/2015<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "CALIFORNIA VALLEY"<br>Reg #: 1485180 \| Reg Date: 10/3/2014<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "CALIFORNIA VALLEY"<br>Reg #: 1485179 \| Reg Date: 10/3/2014<br>Status: Registered | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                                    Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Mexico<br>Mark: "CHOCO ALMOND"<br>Reg #: 1510877 \| Reg Date: 1/29/2015<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "CHOCO NOUGAT"<br>Reg #: 1513762 \| Reg Date: 2/16/2015<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "#DOTHE99"<br>Reg #: 1823583 \| Reg Date: 11/24/2017<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "DO THE 99"<br>Reg #: 1823582 \| Reg Date: 11/24/2017<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "FRUITEE GUMMEE"<br>Reg #: 1578706 \| Reg Date: 10/8/2015<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "HALSA"<br>Reg #: 922253 \| Reg Date: 2/27/2006<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "HIGHWAY 99"<br>Reg #: 929131 \| Reg Date: 4/18/2006<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "99 Highway" Logo<br>Reg #: 929840 \| Reg Date: 4/21/2006<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "IT'S GOTTA GO!"<br>Reg #: 1494873 \| Reg Date: 11/12/2014<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "SPRING VALLEY"<br>Reg #: 1503053 \| Reg Date: 12/15/2014<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "SPRING VALLEY"<br>Reg #: 1503052 \| Reg Date: 12/15/2014<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "STUDIO ART"<br>Reg #: 1699771 \| Reg Date: 11/25/2016<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "THE 99"<br>Reg #: 1856409 \| Reg Date: 3/8/2018<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "THE 99 STORE"<br>Reg #: 2385324 \| Reg Date: 4/21/2022<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Mexico<br>Mark: "YOU DON'T HAVE TO BE WEALTHY TO EAT HEALTHY"<br>Reg #: 1503873 \| Reg Date: 12/15/2014<br>Status: Registered | Undetermined | N/A | Undetermined |
| Trademark - Sweden<br>Mark: "RINSO"<br>Reg #: 19031 \| Reg Date: 3/28/1916<br>Status: Registered | Undetermined | N/A | Undetermined |

Debtor Name:  99 Cents Only Stores LLC                                          Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Taiwan<br>Mark: "HALSA"<br>Reg #: 832580 \| Reg Date: 1/1/1999<br>Status: Registered | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  99 Cents Only Stores LLC                                          Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 99only.com | Undetermined | N/A | Undetermined |
| 99centsstores.mx | Undetermined | N/A | Undetermined |
| 99centsonlystores.mx | Undetermined | N/A | Undetermined |
| 99only.mx | Undetermined | N/A | Undetermined |
| 99onlystores.mx | Undetermined | N/A | Undetermined |
| bargainwholesale.mx | Undetermined | N/A | Undetermined |
| 99onlystores.org | Undetermined | N/A | Undetermined |
| bwgloballogistics.com | Undetermined | N/A | Undetermined |
| 99only.tw | Undetermined | N/A | Undetermined |
| 99only.com.tw | Undetermined | N/A | Undetermined |
|  | | **TOTAL** | $0.00 |
|  | | | + Undetermined Amounts |

Debtor Name:  99 Cents Only Stores LLC                                                Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| Licenses, franchises, and royalties | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Various Liquor Licenses | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| US Specialty Insurance Co. (HCC) | Directors & Officers Liability | 14-MGU-23-A56146 | Undetermined |
| ACE American Insurance Company (Chubb) | Directors & Officers Liability (Excess) | G46858293 006 | Undetermined |
| Ascot Insurance Company | Directors & Officers Liability (Excess) | MLXS2110000478-03 | Undetermined |
| Allied World Specialty Insurance Company | Directors & Officers Liability (Excess) | 03128047 | Undetermined |
| ACE American Insurance Company (Chubb) | Directors & Officers Liability (Excess) | G46765291 005 | Undetermined |
| Berkshire Hathaway Specialty Insurance Co. | Directors & Officers Liability (Excess) | 47-EMC-310636-04 | Undetermined |
| XL Specialty Insurance Company | Directors & Officers Liability (Excess - Side A) | ELU188761-23 | Undetermined |
| Endurance Risk Solutions Assurance Co. (Sompo) | Directors & Officers Liability (Excess - Side A) | ADX30000941004 | Undetermined |
| US Specialty Insurance Co. (HCC) | Directors & Officers Liability (Excess - Side A) | 14-MGU-23-A56182 | Undetermined |
| Safety National Casualty Corp. | General Liability | GL 6676048 | Undetermined |
| AIG Specialty Insurance Company | Umbrella Liability | BE 033090110 | Undetermined |
| Steadfast Insurance Company (Zurich) | Excess Liability | AEC 0546558-00 | Undetermined |
| Aspen American Insurance Company | Excess Liability | CX00XQC23 | Undetermined |
| Navigators Insurance Company (Hartford) | Excess Liability | LA23EXRZ0FCHEIV | Undetermined |
| Travelers | Excess Liability | EX-2X578573-23-NF | Undetermined |
| C.N.A | Excess Liability | 6081676729 | Undetermined |
| Navigators Insurance Company (Hartford) | Excess Liability | LA23EXRXZ099M7IV | Undetermined |
| American Fire & Casualty Company (Liberty Mutual) | Excess Liability | ECA(24)57224034 | Undetermined |
| Safety National Casualty Corp. | Commerical Auto Liability | CA 6675819 | Undetermined |
| National Union Fire Insurance Co. of Pittsburgh (AIG) | Foreign Liability | WS11013849 | Undetermined |
| Affiliated FM Insurance Company | Property Liability | 1121993 | Undetermined |
| Landmark American Insurance Company (RSUI) | Property Liability (DIC) | LHD936309 | Undetermined |
| Mt. Hawley Insurance Company (RLI Corp.) | Property Liability (DIC) | MCQ0202829 | Undetermined |
| Navigator's Insurance Co. / Nat'l Union Fire Co. of Pittsburgh (AIG) | Marine / Stock Throughput Liability | SF23CARZ060VJ01 | Undetermined |

Debtor Name:  99 Cents Only Stores LLC

Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Lloyds of London | Marine / Stock Throughput Liability (Excess) | MACAR2300681 | Undetermined |
| Southern Marine & Aviation | Marine / Stock Throughput Liability (Excess) | SM41819 | Undetermined |
| Federal Insurance Co. (Chubb) | Fiduciary Liability | 8250-9224 | Undetermined |
| XL Specialty Insurance Company | Fiduciary Liability (Excess) | ELU188765-23 | Undetermined |
| Safety National Casualty Corp. | Workers' Compensation and Employers Liability (AZ, NV) | PRA4055771 | Undetermined |
| Safety National Casualty Corp. | Workers' Compensation and Employers Liability (Excess) (CA) | SP 4067387 | Undetermined |
| Old Republic Union Insurance Company | Non-Subscriber Worker's Compensation (TX) | ORNSOL000129-01 | Undetermined |
| Beazley / Lloyd's Syndicate | Pollution Liability | W33542220101 | Undetermined |
| Lloyd's of London (Arch) | Terrorism Liability | CMCTR2306178 | Undetermined |
| Great American Insurance Company (Hiscox) | Executive Risk Liability | UKA3020135.23 | Undetermined |
| ACE American Insurance Company (Chubb) | Business Travel / Accident Liability | ADDN06573563R | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  99 Cents Only Stores LLC                                      Case Number:  24-10721 (JKS)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| Intercompany Receivable From 99 Cents PropCo LLC | $3,000,000.00 |
| Other Receivable - Tenant Receivable | $197,974.25 |
| Store - Credit Card Clearing Balances | $13,719,796.81 |
| Other Receivable - Cardboard Sales | $152,352.24 |
| Other Receivables | $718,858.66 |
| Intercompany Receivable From Bargain Wholesale LLC | $2,563,781.57 |
| **TOTAL** | **$20,352,763.53** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | 99 Cents Only Stores LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 24-10721 (JKS) |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of Claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
AMERICAN GREETINGS CORPORATION

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$    Undetermined    $    Undetermined

**Creditor's mailing address**
ONE AMERICAN BLVD.
CLEVELAND, OH 90023

**Describe the lien**
UCC Lien Claim as Provided in UCC File No. U230067039527 Dated: 9/22/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
C T CORPORATION SYSTEM, AS REPRESENTATIVE

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$    Undetermined    $    Undetermined

**Creditor's mailing address**
330 N BRAND BLVD, SUITE 700
ATTN: SPRS
GLENDALE, CA 91203

**Describe the lien**
UCC Lien Claim as Provided in UCC File No. U230005879129 Dated: 1/25/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 445,313,524.85

+ Undetermined Amounts

Debtor    99 Cents Only Stores LLC
          _____          Case number (If known):  24-10721 (JKS)
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of Claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

EMPLOYMENT DEVELOPMENT DEPARTMENT

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

722 CAPITOL MALL
SACRAMENTO, CA 95814

**Describe the lien**

UCC Lien Claim as Provided in UCC File No. 197741931264 Dated: 10/21/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

LOS ANGELES COUNTY TAX COLLECTOR

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

225 NORTH HILL STREET ROOM 122
LOS ANGELES, CA 90012

**Describe the lien**

UCC Lien Claim as Provided in UCC File No. 20221175653 Dated: 12/16/2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    99 Cents Only Stores LLC
_____    Case number (If known):  24-10721 (JKS)
          Name    _____

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5** **Creditor's name**

RAYMOND LEASING CORPORATION

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ ____ Undetermined    $ ____ Undetermined

**Creditor's mailing address**

CORPORATE HEADQUARTERS, P.O. BOX 130
GREENE, NY 13778

**Describe the lien**

UCC Lien Claim as Provided in UCC File No. 207767548662 Dated:
3/12/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**

RAYMOND LEASING CORPORATION

**Describe debtor's property that is subject to a lien**

As provided in the UCC Financing Statement

$ ____ Undetermined    $ ____ Undetermined

**Creditor's mailing address**

22 SOUTH CANAL STREET
GREENE, NY 13778

**Describe the lien**

UCC Lien Claim as Provided in UCC File No. U220242128023 Dated:
11/8/2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | 99 Cents Only Stores LLC | Case number (If known): | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.7**

**Creditor's name**
ROYAL BANK OF CANADA

**Describe debtor's property that is subject to a lien**
All assets of the Debtor whether now owned or acquired

$ 89,334,358.18  $ Undetermined

**Creditor's mailing address**
ATTN: MANAGER, AGENCY SERVICES
20 KING STREET WEST
4TH FLOOR
TORONTO, ON M5H 1CA
CANADA

**Describe the lien**
Borrower Under Asset Based Loan

**Creditor's email address, if known**
SUSAN.KHOKHER@RBCCM.COM

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**
STATE OF CALIFORNIA LABOR COMMISSION
(OBO BILL BEAN, CLAIMANT AND PLAINTIFF )

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ Undetermined $ Undetermined

**Creditor's mailing address**

250 HEMSTED DRIVE 2ND FLOOR SUITE A
REDDING, CA 96002

**Describe the lien**
UCC Lien Claim as Provided in UCC File No. WC-CM-842180 Dated: 8/2/2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | 99 Cents Only Stores LLC | Case number (If known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**
WILMINGTON TRUST, NATIONAL ASSOCIATION

**Creditor's mailing address**
ATTN: GLOBAL CAPITAL MARKETS
50 SOUTH SIXTH STREET
SUITE 1290
MINNEAPOLIS, MN 55042

**Creditor's email address, if known**

**Date debt was incurred**       8/22/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
All assets of the Debtor whether now owned or acquired

$           355,979,166.67    $          Undetermined

**Describe the lien**
Issuer of 7.5% Senior Secured Notes

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes.  Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | 99 Cents Only Stores LLC | Case number (If known): | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**     **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: BRIAN S. HERMANN & BRIAN BOLIN<br>1285 AVE. OF THE AMERICAS<br>NEW YORK, NY 10019 | Line 2. ___9___ | _____ |
| PROSKAUER ROSE LLP<br>ATTN: DAVID M. HILLMAN<br>ELEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | Line 2. ___7___ | _____ |
| SIDLEY AUSTIN LLP<br>ATTN: DENNIS TWOMEY & JACKSON GARVEY<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 | Line 2. ___7___ | _____ |
| SIDLEY AUSTIN LLP<br>ATTN: ANNA GUMPORT<br>350 S. GRAND AVE.<br>LOS ANGELES, CA 90071 | Line 2. ___7___ | _____ |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: JEFFREY D. SAFERSTEIN & CHASE BENTLEY<br>767 FIFTH AVE.<br>NEW YORK, NY 10153 | Line 2. ___9___ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>99 Cents Only Stores LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-10721 (JKS)</td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>STATE OF CALIFORNIA<br>3321 POWER INN ROAD<br>SUITE 210<br>SACRAMENTO, CA 95826-3889 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Sales Tax Audit | $        Undetermined | $        Undetermined |
| | **Date or dates debt was incurred**<br>Undetermined<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| **2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10719 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>$2 PLUS MEGA STORE<br>ATTN: VEDAT TOK<br>#16 ROEBUCK STREET<br>BRIDGETOWN, 11100<br>BARBADOS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Customer Credit(s) | $ 227.17 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>11050 SM BLVD LLC<br>2250 S TUBEWAY AVE<br>COMMERCE, CA 90040 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 25,290.14 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>1338 FLOWER LLC<br>PO BOX 807<br>TUSTIN, CA 92780 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 30,918.01 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>15501 GARDENA LLC<br>1000 N WESTERN AVE STE 200<br>SAN PEDRO, CA 90732 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 56,713.81 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>180 SNACKS INC<br>1173 N ARMANDO ST<br>ANAHEIM, CA 92806 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 43,920.00 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>1MAGE SOFTWARE INC<br>7200 S ALTON WAY SUITE B250<br>CENTENNIAL, CO 80112 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 11,458.00 |
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 70.24 |
|---|---|---|---|

1ST STREET MARKET
ATTN: MOHAMED ABDOHASSIN
595 W 1ST STREET
YUMA, AZ 85334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 622,763.00 |
|---|---|---|---|

2 PORTS LOGISTICS INC
6030 MYRTLE AVE
LONG BEACH, CA 90805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,319.41 |
|---|---|---|---|

24200 LYONS LLC
466 FOOTHILL BLVD 87
LA CANADA, CA 91011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,557.78 |
|---|---|---|---|

2682 MOUNT VERNON LLC
5301 WINGFOOT DRIVE
BAKERSFIELD, CA 93306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 113,388.76 |
|---|---|---|---|

3M COMPANY
3M CENTER
ST PAUL, MN 55144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

3SD INC
2801 3E RUE
Shawinigan, QC G9T 5K5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,705.68

---

**3.13** **Nonpriority creditor's name and mailing address**

4 EARTH FARMS LLC
5555 E OLYMPIC BLVD
COMMERCE, CA 90022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 181,390.00

---

**3.14** **Nonpriority creditor's name and mailing address**

415-425 N ASH LLC
10825 PACIFIC VIEW DR
MALIBU, CA 90265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,360.64

---

**3.15** **Nonpriority creditor's name and mailing address**

430 N MOUNTAIN AVENUE LLC
4260 CHARTER STREET
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,087.50

---

**3.16** **Nonpriority creditor's name and mailing address**

4LEGACY LLC
ATTN: ALMA CARRASCO
401 SUNSET DRIVE
STE#K
ANTIOCH, CA 94509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 99.54

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.17**

**Nonpriority creditor's name and mailing address**

51 TRADING INC
401 W 220TH ST
UNIT 15
CARSON, CA 90745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 387.12

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**

5950 WEST JEFFERSON LLC
1217 TURQUESA LANE
PACIFIC PALISADES, CA 90272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,264.13

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**

611-615 N WESTERN AVE LLC
3311 DEER CREEK LN
GLENDALE, CA 91208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 44,148.95

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**

612 TWIN HOLDINGS LLC
PO BOX 3357
MANHATTAN BEACH, CA 90266-1357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,462.63

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**

626 CECIL LLC
13650 MARINA POINTE DR UNIT 901
MARINA DEL REY, CA 90292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 22,929.02

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.22** | **Nonpriority creditor's name and mailing address**

7470 W LAKE MEAD BLVD LAS VEGAS NVLLC
1500 E TROPICANA AVE STE 123
LAS VEGAS, NV 89119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                27,335.17

---

**3.23** | **Nonpriority creditor's name and mailing address**

75TH AND THOMAS LLC
10940 WILSHIRE BLVD SUITE 1960
LOS ANGELES, CA 90024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                31,557.37

---

**3.24** | **Nonpriority creditor's name and mailing address**

8966 RESEDA BOULEVARD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Codefendant - Case No. 23CHCV01893

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.25** | **Nonpriority creditor's name and mailing address**

9444-4619 QUEBEC INC
986 MARIE-VICTORIN
LEVIS, G7A 3T6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                14,140.80

---

**3.26** | **Nonpriority creditor's name and mailing address**

98 CENT + CONVENIENCE STORE
ATTN: AJAY DOSHI
525 W HIGHLAND AVE STE#D
SAN BERNARDINO, CA 92405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                0.81

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 344.92 |
|---|---|---|---|
| | 98 SOTO DISCOUNT<br>ATTN: PARVIZ SHARIFI<br>2315 E. 4TH ST.<br>LOS ANGELES, CA 90033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Customer Credit(s) | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 271.20 |
|---|---|---|---|
| | 98 SOTO DISCOUNT<br>2315 E 4TH ST<br>LOS ANGELES, 90033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 520.12 |
|---|---|---|---|
| | 99 CENT AND MORE<br>1221 W 8TH ST<br>YUMA, AZ 85364 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Customer Credit(s) | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 688.32 |
|---|---|---|---|
| | 99 CENT OUTLET<br>ATTN: SOLINA TOANG<br>437 E EL SEGUNDO BLVD<br>LOS ANGELES, CA 90061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Customer Credit(s) | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,401.66 |
|---|---|---|---|
| | 99 CENTS AT DECATUR LLC<br>9200 SUNSET BLVD<br>WEST HOLLYWOOD, CA 90069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32 Nonpriority creditor's name and mailing address**

99 CENTS ONLY STORES TEXAS, INC.
1730 FLIGHT WAY
SUITE 100
TUSTIN, CA 92782

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Intercompany Payable

$ 34,867,331.49

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.33 Nonpriority creditor's name and mailing address**

99 OLIVES LLC
14 CORPORATE PLAZA SUITE 120
NEWPORT BEACH, CA 92660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 37,706.66

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.34 Nonpriority creditor's name and mailing address**

99C STORE/VIJ ENTERPRISES INC
3700 S MEMORIAL DR#A
GREENVILLE, NC 27835

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Credit(s)

$ 56.88

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.35 Nonpriority creditor's name and mailing address**

99SD HOLDINGS LLC
415 S CEDROS AVE SUITE 240
SOLANA BEACH, CA 92075

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 20,832.70

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.36 Nonpriority creditor's name and mailing address**

99WHTLNE LLC
14 CORPORATE PLAZA DRIVE SUITE 120
NEWPORT BEACH, CA 92660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 33,801.83

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** | **Nonpriority creditor's name and mailing address**

A & A DISCOUNT (GLENDALE)
ATTN: AZSEN AGAJANIAN
1246 S. GLENDALE AVE.
STE#B
GLENDALE, CA 91205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 550.32

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

A & M PRESSURE WASHING INC
PO BOX 1181
REDDING, CA 96099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 260.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

A&A GLOBAL TRADE CORPORATION
1008 S BALDWIN AVE SUITE H
ARCADIA, CA 91007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 48,413.60

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

A1 DISCOUNT
ATTN: MUAMEN DEIRANIEH
9660 VIA DE LA AMIST
STE#104
SAN DIEGO, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 145.68

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

A-1 LANDSCAPE SERVICE
5062 ELTON ST
BALDWIN PARK, CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,466.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.42** **Nonpriority creditor's name and mailing address**

A1 MAINTENANCE SERVICES CA
5062 ELTON ST
BALDWIN PARK, CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,518.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**

ABA LANDSCAPE MAINTENANCE LLC
4831 WIEDMAN WAY
CARMICHAEL, 95608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,450.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**

ABBEYFIELD PROPERTIES LLC
6420 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90048-5561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19,293.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**

ABC PARKING LOT MAINTENANCE INC
150 VANDER STREET
CORONA, CA 92880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,577.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

ABEL, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

ABOLGHASEMI, ANAHITASADA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

ABS AFFORDABLE BUILDING SERVICES
PO BOX 3427
YUBA CITY, CA 95992

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      1,350.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**

ABUREZ, GLADYS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

ACCEL NETWORKS
273838 LOKER AVE W STE A
CARLSBAD, CA 92010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      40,212.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

ACCO BRANDS USA LLC
4 CORPORATE DRIVE
LAKE ZURICH, IL 60047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      79,687.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48,384.00 |
|---|---|---|---|

ACCUTIME WATCH CORP
1001 AVENUE OF THE AMERICAS
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40,170.00 |
|---|---|---|---|

ACE HOME FASHION INC
1129 S LOS ANGELES ST
LOS ANGELES, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 700.00 |
|---|---|---|---|

ACE POWER SWEEPING
8082 COMMONWEALTH AVE STE 275
BUENA PARK, CA 90621

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ACEVEDO, ULISES
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 19STCV31804

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ACOSTA
C/O EASTON & EASTON
ATTN: W. DOUGLAS EASTON, ESQ.;MATTHEW D. EASTON, ESQ.
650 TOWN CENTER DRIVE, SUITE 150
COSTA MESA, CA 92626

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Case No. CIVSB2134663

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.57**

**Nonpriority creditor's name and mailing address**

ACOSTA, ALEXANDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.58**

**Nonpriority creditor's name and mailing address**

ACOSTA, GEORGINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.59**

**Nonpriority creditor's name and mailing address**

ACOSTA, KATHERINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.60**

**Nonpriority creditor's name and mailing address**

ACTIVE MEDIA SERVICES INC
ONE BLUE HILL PLZ
PERAL RIVER, 10965

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      100,768.20

---

**3.61**

**Nonpriority creditor's name and mailing address**

ADAMAS INVESTMENTS LLC
18124 WEDGE PARKWAY PMB #1036
RENO, NV 89511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      22,997.89

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address**<br>ADAME, KAYLIE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** General Liability | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address**<br>ADAMS & BROOKS INC<br>PO BOX 9940<br>SAN BERNARDINO, CA 92427 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 25,312.32 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address**<br>ADAMS, TINA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** General Liability | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address**<br>ADCO SERVICES INC<br>1532 OLYMPIC BLVD<br>MONTEBELLO, CA 90640 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,850.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address**<br>ADCO TRADING INC<br>4502 RIVERSTONE BLVD #1303<br>MISSOURI CITY, TX 77459 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,004,853.24 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.67** | **Nonpriority creditor's name and mailing address**

ADDO COMMUNICATIONS INC
12121 WILSHIRE BLVD STE 775
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 15,000.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

ADT COMMERCIAL LLC
PO BOX 382109
PITTSBURGH, PA 15251-8109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 105,681.60

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

ADVANCE BEVERAGE CO INC
5200 DISTRICT BLVD
BAKERSFIELD, CA 93313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,157.35

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

ADVANCE CARTS INC
4160 NW 1ST AVE #18
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 52,976.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**

ADVANCED BUSINESS STRATEGIES LLC
14845 SW MURRAY SCHOLLS DRIVE SUITE
BEAVERTON, OR 97007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 86,353.29

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

ADVANCED COMMERCIAL REAL ESTATE INC
POST OFFICE BOX 2040
COSTA MESA, CA 92628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,784.25

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address**

AETNA
1200 W 7TH ST
LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 59,203.53

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

AFFORDABLE TOOLS
ATTN: ISAAC LUJAN
908 S BIG SPRING
MIDLAND, TX 79701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**

AFP ADVANCED FOOD PRODUCTS LLC
158 W JACKSON ST
NEW HOLLAND, PA 17557

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29,818.80

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

AFRICAN BUSINESS CONNECTION
ATTN: SADYA ABUKAR HASSAN
6867 ELM ST. STE-100
MCLEAN, VA 22101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 224.32

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.77** | **Nonpriority creditor's name and mailing address** | $ 16.50 |
| | AG HOSPITALITY,INC<br>ATTN: PEDRO CHAVARRIA<br>7039 GREENLEAF AVE<br>WHITTIER, CA 90602 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Customer Credit(s) |
| | **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | **Last 4 digits of account number** | |

| | | |
|---|---|---|
| **3.78** | **Nonpriority creditor's name and mailing address** | $ 351,123.62 |
| | AG PROS LLC<br>1309 COFFEEN AVE 1200<br>SHERIDAN, WY 82801 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable |
| | **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | **Last 4 digits of account number** | |

| | | |
|---|---|---|
| **3.79** | **Nonpriority creditor's name and mailing address** | $ 480.00 |
| | AGUILAR LANDSCAPE SERVICES INC<br>1841 WHITE BIRCH DR<br>HUGHSON, CA 95326 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable |
| | **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | **Last 4 digits of account number** | |

| | | |
|---|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address** | $ 500.00 |
| | AGUILAR, APOLONIA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unpaid Settlement |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | **Last 4 digits of account number** | |

| | | |
|---|---|---|
| **3.81** | **Nonpriority creditor's name and mailing address** | $ Undetermined |
| | AGUILAR, APOLONIA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** General Liability |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | **Last 4 digits of account number** | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

AGUILAR, BONNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.83** **Nonpriority creditor's name and mailing address**

AGUILAR, CARLOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.84** **Nonpriority creditor's name and mailing address**

AGUILAR, GLORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.85** **Nonpriority creditor's name and mailing address**

AGUILAR, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.86** **Nonpriority creditor's name and mailing address**

AGUILAR, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

AGUILAR, ROSALINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

AGUILAR, SOLEDAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

AGUILLON, ALICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

AGULAR, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

AHABBA, ABIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.92** | **Nonpriority creditor's name and mailing address**

AHRMAD, NAJER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**

AHY CHINA ARTS AND CRAFTS LTD
ROOM 1001 UNIT 2 BUILDING 5 NO 73
TONGDE ROAD,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 71,592.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**

AIMCO ENTERPRISE INC
605 S PALM ST STE B
LA HABRA, CA 90631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 234,070.29

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**

AIR-O-SWEEP
PO BOX 493148
REDDING, CA 96049-3148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 750.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**

AJ PHOTO & DESIGN
490 S ROSEMEAD BLVD STE 2
PASADENA, CA 91107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 335.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**

AJJA MARKET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 210.16

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

AKAME INC
ATTN: EUGENE OKORIE
1459 MAPLE AVE
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 142.56

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

ALAMANCE FOODS INC
840 PLANTATION DR
BURLINGTON, NC 27215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 105,111.36

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

ALAMEDA COUNTYSECURED PROPERTY TAX STATEMENT
1221 OAK ST
OAKLAND, CA 94612-4285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,229.52

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

ALARID, EZEKIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**

ALBERT, LEO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.103** **Nonpriority creditor's name and mailing address**

ALBERTSONS #6132
PO BOX 6890
BOISE, ID 83707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.01

---

**3.104** **Nonpriority creditor's name and mailing address**

ALBERTSONS LLC
PO BOX 6890
BOISE, ID 83707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,412.00

---

**3.105** **Nonpriority creditor's name and mailing address**

ALCALA, CONSUELO ALONSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 19ST-CV36784

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.106** **Nonpriority creditor's name and mailing address**

ALCALA, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 800.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 22 of 662

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.107**

**Nonpriority creditor's name and mailing address**

ALCALA, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**

ALCANTAR, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**

ALCAPULCO MARKET
5972 CLARE STREET
BELL, 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      142.32

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**

ALCAZAR MARKETING GROUP
ATTN: RICARDO NOYOLA
9555 PLAZA CIRCLE SUITE A
EL PASO, TX 79927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$      460.80

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**

ALD TELECOM LLC
PO BOX 12042
SCOTTSDALE, AZ 85267-2042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      2,641.64

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

ALDO TRADING LIMITED
SUITE A1 12F RITZ PLAZA 122 AUSTIN
HONGKONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 419,167.52

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** **Nonpriority creditor's name and mailing address**

ALFORD DISTRIBUTING CO
344 W CROWN CT
IMPERIAL, CA 92251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 288.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**

ALFRED J LAKRITZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**

ALKALINE88 LLC
8541 E ANDERSON DRIVE STE 101/100
SCOTTSDALE, AZ 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 122,204.16

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**

ALL AROUND FIRE PROTECTION INC
10631 JORDAN RD
WHITTIER, 90603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,320.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

ALL VALLEY HONEY AND BEE
PO BOX 16100
ENCINO, CA 91416-6100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    175.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

ALLARY CORPORATION
2204 MORRIS AVE STE 209
UNION, NJ 07083-5914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                160,704.96

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**

ALLEGIANT HEALTH
75 N INDUSTRY CT
DEER PARK, NY 11729

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                160,934.64

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

ALLIANCE INDUSTRIAL REFRIGERATION SES INC
20311 PASEO DEL PRADO
WALNUT, CA 91789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                 13,316.69

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**

ALLIED CHOICE
ATTN: ANTONIO MANNINO
567 S CLINTON AVE
TRENTON, NJ 08611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$                    409.23

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

ALLIED UNIVERSAL SECURITY SERVICES
PO BOX 31001-2374
PASADENA, CA 91110-2374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 743,116.84

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**

ALLIED WEST PAPER CORP
11101 ETIWANDA AVE
FONTANA, CA 92337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 510,258.96

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**

ALL-STATE BROKERAGE INC
4663 EXECUTIVE DR STE 12
COLUMBUS, OH 43220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 152,800.40

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125** **Nonpriority creditor's name and mailing address**

ALLVEN INC
6939 SHACFER AVE STE D 142
CHINO, 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,051.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**

ALMACEN EL CANAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>    <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.127** | **Nonpriority creditor's name and mailing address**

ALMACENES XTRA S.A.
ATTN: DRAKE KARIOTAKIS
AVE JOSE MARTI N0401
TEGUCIGALPA,
HONDURAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,962.00

---

**3.128** | **Nonpriority creditor's name and mailing address**

ALMARAZ, CATHALENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 37-2019-0061829-CU-WT-NC

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.129** | **Nonpriority creditor's name and mailing address**

ALPHAX PRODUCTS INC
990 JEREZ ST
AZUSA, CA 91702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,264.00

---

**3.130** | **Nonpriority creditor's name and mailing address**

ALPINE ROSE INC
ATTN: ROBIN SHELTON
P.O. BOX 3279
BLUE JAY, CA 92317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 259.06

---

**3.131** | **Nonpriority creditor's name and mailing address**

ALQEBALI, NAGAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** | **Nonpriority creditor's name and mailing address**

ALTA DENA CERTIFIED DAIRY
17637 E VALLEY BLVD
CITY OF INDUSTRY, CA 91744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    158,274.21

---

**3.133** | **Nonpriority creditor's name and mailing address**

ALTAFRESH LLC DBA CHELAN FRESH MARK
317 E JOHNSON AVE
CHELAN, WA 98816

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.134** | **Nonpriority creditor's name and mailing address**

ALTAN JOLOO TRADE LLC
ATTN: MIKI TS
P.O. 179 SANSAR SERVICE CENTER
ULAANBAATAR,
MONGOLIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    6,189.04

---

**3.135** | **Nonpriority creditor's name and mailing address**

ALVARADO, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.136** | **Nonpriority creditor's name and mailing address**

ALVARADO, MARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

ALVAREZ, ASUNCION
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.138** **Nonpriority creditor's name and mailing address**

AMAO, EDGAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.139** **Nonpriority creditor's name and mailing address**

AMAZON WEB SERVICES INC
410 TERRY AVE N
SEATTLE, WA 98109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.99

---

**3.140** **Nonpriority creditor's name and mailing address**

AMERICAN BEVERAGE CORPORTION
PO BOX 644822
PITTSBURGH, PA 15264-4822

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,844.74

---

**3.141** **Nonpriority creditor's name and mailing address**

AMERICAN COMMUNICATION SOLUTIONS IN
1855 S SANTA CRUZ ST
ANAHEIM, CA 92805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 240,749.04

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48,108.00 |
|---|---|---|---|

AMERICAN DAWN INC
401 W ARTESIA BLVD
COMPTON, CA 90220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,690.30 |
|---|---|---|---|

AMERICAN DREAM HOME GOODS INC
107 TRUMBULL STREET BLDG A5 5TH FLO
ELIZABETH, NJ 07206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,069.60 |
|---|---|---|---|

AMERICAN EXCHANGE TIME LLC
1400 BROADWAY 18TH FL
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00 |
|---|---|---|---|

AMERICAN FIRE & ELECTRIC
300 W UTAH STE 101
LAS VEGAS, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 59,065.21 |
|---|---|---|---|

AMERICAN FORKLIFT MOBILE SERVICE
15902A HALLIBURTON RD
HACIENDA HEIGHTS, CA 91745

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147** | **Nonpriority creditor's name and mailing address**

AMERICAN GREETINGS CORPORATION
ONE AMERICAN BOULEVARD
CLEVELAND, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 352,088.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**

AMERICAN GROCERY
ATTN: BRYAN NOKET
148 E MARINE CORP DRIVE
DEDEDO, GU 96929

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 4,416.36

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**

AMERICAN GUARD SERVICES, INC.
1299 E. ARTESIA BLVD
CARSON, CA 90746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. BCV-21-100936

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**

AMERICAN INTERNATIONAL INDUSTRIES
2220 GASPAR AVE
LOS ANGELES, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 255,542.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**

AMERICAN LEGION
ATTN: RICHARD MUNOZ
616 W. CLEVELAND
MONTEBELLO, CA 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 17.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 84,180.00 |
|---|---|---|---|

AMERICAN LICORICE COMPANY
1900 WHIRLPOOL DR
LAPORTE, IN 46350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 200,039.54 |
|---|---|---|---|

AMERICAN PROMOTIONAL EVENTS DBA TNTWORKS
4511 HELTON DR
FLORENCE, AL 35630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AMEYAA, JANET
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AMORIM, LISA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 114,400.00 |
|---|---|---|---|

AMOS FOOD (HK) LIMITED
RM 4 16/F HO KING COMM CTR 2-16 FA
MONGKOK,
HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

AMPAC TRADING INTERNATIONAL
ATTN: SHANE KIM
11936 ALTAMAR PLACE
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 211.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

AMPHION
10722 EDISON COURT
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 65,612.32

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

AMTEE INVESTMENTS LLC
PO BOX 1299
LAKE FOREST, CA 92609-1299

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 30,987.48

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

ANA AGUILAR
C/O THE HUYNH LAW FIRM, PLLC
ATTN: SARAH Y-NHI HUYNH, PAVEL "PAUL" SAVINOV , MICHAEL ALVAREZ
6100 CORPORATE DRIVE, SUITE 110
HOUSTON, TX 77036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

ANA CLETA FRAZON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 15.90

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>ANAHUAC CANDY INC<br>6280 S VALLEY VIEW BLVD SUITE #A112<br>LAS VEGAS, NV 89118 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 152,313.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>ANAKAREN VILLARREAL<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Customer Credit(s) | $ 106.56 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>ANAYA, MARIA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Contingent Claim | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>ANDERSON DAIRY INC<br>801 SEARLESS AVE<br>LAS VEGAS, NV 89101 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 12,141.90 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.166 | **Nonpriority creditor's name and mailing address**<br><br>ANDERSON, LATONIA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** General Liability | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

ANDERSON, SORAYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**

ANDREW STISSON CONSULTING
ATTN: ANDREW STISSON
8750 KESTER AVE
UNIT 22
PANORAMA CITY, CA 91402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 81.25

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169** **Nonpriority creditor's name and mailing address**

ANGELS JANITORIAL SOLUTIONS INC
14727 AVIS AVE
LAWNDALE, 90260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 24,118.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**

ANGUIANO, GABRIELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** **Nonpriority creditor's name and mailing address**

ANGUIANO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

ANHEUSER BUSCH SALES OF INLAND EMPI
ONE BUSCH PLACE
ST LOUIS, MO 63118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,219.15

---

**3.173** **Nonpriority creditor's name and mailing address**

ANIXTER INC
2301 PATRIOT BLVD
GLENVIEW, IL 60026-8020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,935.40

---

**3.174** **Nonpriority creditor's name and mailing address**

ANNABELLE CANDY CO INC
27211 INDUSTRIAL BLVD
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,064.00

---

**3.175** **Nonpriority creditor's name and mailing address**

ANSEL GONZALEZ
C/O BLOMBERG BENSON RANCHO CUCAMONGA
10300 4TH ST, STE 150
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.176** **Nonpriority creditor's name and mailing address**

ANTARIC MERCHANDISING
216 A/11 2ND FL GAUTAM NAGAR
NEW DELHI, 110049
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 547,965.20

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**

ANTHONY, LEILA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178** **Nonpriority creditor's name and mailing address**

AON PREMIUM FINANCE LLC TIN 02 0727
200 E RANDOLPH STREET
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      7,331.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179** **Nonpriority creditor's name and mailing address**

AP FISCHER INCORPORATED
1601 CASPIAN AVE
LONG BEACH, CA 90813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      1,140.58

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180** **Nonpriority creditor's name and mailing address**

APARICIO
C/O ACCIDENT FIGHTERS, APC
ATTN: ALEXANDER J. ZEESMAN
11145 TAMPA AVENUE, SUITE 4B
PORTER RANCH, CA 91326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Case No. CVCS23-0001677

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181** **Nonpriority creditor's name and mailing address**

APARICIO SOTO, MARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (*if known*) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address**

APARICIO-MENDEZ, MA ISABEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**

APEX SALES GROUP INC
7325 BRAMALEA RD 2ND FLOOR
MISSISSAUGA, ON L5S 1C5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 68,489.05

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**

APODACA, VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**

APPLE CAPITAL HOLDING LLC
ATTN: APRIL LIN
207 S 1ST AVE
ARCADIA, CA 91006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**

APPRISS INC
9901 LINN STATION ROAD SUITE 500
LOUISVILLE, KY 40223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,000.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.187 | **Nonpriority creditor's name and mailing address**<br>AQUAMAR INC<br>10888 7TH STREET<br>RANCHO CUCAMONGA, CA 91730 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 84,347.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address**<br>AQUINO, ELSA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** General Liability | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address**<br>ARAGON, MARY<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** General Liability | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address**<br>ARAMCO IMPORTS INC<br>6431 BANDINI BLVD<br>COMMERCE, CA 90040 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 49,860.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address**<br>ARARAT GROUP USA INC<br>14144 VENTURA BOULEVARD SUITE 255<br>SHERMAN OAKS, 91423-2750 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 44,064.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

ARAUJO RODRIGUEZ, SONIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.193** **Nonpriority creditor's name and mailing address**

ARAUJO-RODRIGUEZ
C/O ASTUNO SABEL, APC
ATTN: STEVEN SABEL
1200 PROSPECT STREET, SUITE 400
LA JOLLA, CA 93037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Case No. CU23-03346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.194** **Nonpriority creditor's name and mailing address**

ARCOR USA INC DBA NUTREX CORPORATIO
6205 BLUE LAGOON DR STE 350
MIAMI, FL 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 123,441.12

---

**3.195** **Nonpriority creditor's name and mailing address**

ARCTIC AIR CONDITIONING & HEATING
PO BOX 5550
CALEXICO, CA 92232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 297.75

---

**3.196** **Nonpriority creditor's name and mailing address**

ARECHIGA, ESTHELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**
AREN CO
ATTN: AREN TIRKERD
908 E ACACIA AVE
UNIT C
GLENDALE, CA 91203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.57

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198** **Nonpriority creditor's name and mailing address**
ARENAS, JUANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Plaintiff Case No. 24SC091743

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**
ARENAS, JUANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**
AREURLO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201** **Nonpriority creditor's name and mailing address**
ARIA COMMERCIAL CLEANING SERVICES
11823 SLAUSON AVE #27
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 46,516.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

ARIA VENTURE CAPITAL LLC
1633 WESTWOOD BLVD
LOS ANGELES, CA 90024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 22,921.98

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**

ARIZONA ACV XV LLC
465 1ST ST W 2ND FL
SONOMA, CA 95476

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19,607.05

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**

ARIZONA DEPT OF REVENUE
UNCLAIMED PROPERTY UNIT
1600 W. MONROE
PHOENIZ, AZ 85007-2650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property Escheatment

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address**

ARIZONA GROCERS PUBLISHING CO  DBANA CART SERVICES
120 E PIERCE ST
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,956.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**

ARIZONA PUBLIC SERVICE (APS)
PO BOX 37812
BOONE, IA 50037-0812

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 65,503.29

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207** **Nonpriority creditor's name and mailing address**

ARIZONA WATER COMPANY
PO BOX 29098
PHOENIX, AZ 85038-9098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$                563.79

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208** **Nonpriority creditor's name and mailing address**

ARMACELL CANADA INC
153 VAN KIRK DRIVE
BRAMPTON, ON L7A 1A4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$             38,161.68

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.209** **Nonpriority creditor's name and mailing address**

ARMENTA, CARMELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210** **Nonpriority creditor's name and mailing address**

ARMOUR, SHERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211** **Nonpriority creditor's name and mailing address**

ARMSTEAD, SUMMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10719 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**
ARNOLD, BETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 202426274

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**
ARRENDONDO, JULIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**
ARRIETA, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**
ARROW ENVIRONMENTAL INTERNATIONAL
18639 GALLARNO DR
COVINA, CA 91722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      97,331.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**
ARROYO, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**
ARSALAN, AZIZOLLAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.218** **Nonpriority creditor's name and mailing address**
ARYA ICE CREAM DISTRIBUTING CO
914 E 31ST ST
LOS ANGELES, CA 90011-2502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 366,048.56

---

**3.219** **Nonpriority creditor's name and mailing address**
AS 1 ONLY
ATTN: SAUL CALLEJAS
4719 W 34TH ST
HOUSTON, TX 77092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74.27

---

**3.220** **Nonpriority creditor's name and mailing address**
ASCENSION LAW GROUP PC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,500.00

---

**3.221** **Nonpriority creditor's name and mailing address**
ASENCIO, DARLENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** | **Nonpriority creditor's name and mailing address**

ASSISTANCE LEAGUE OF LAS VEGAS
ATTN: CAROLYN ROSE
6446 WEST CHARLESTON BLVD.
LAS VEGAS, NV 89146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34.56

---

**3.223** | **Nonpriority creditor's name and mailing address**

ASTOREA, JOSHUA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.224** | **Nonpriority creditor's name and mailing address**

ASTORGA, JOSHUA
C/O DOWNTOWN LA LAW GROUP
ATTN: VANESSA FANTASIA, ESQ

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Case No. 23CECG05139

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.225** | **Nonpriority creditor's name and mailing address**

AT&T
PO BOX 5001
CAROL STREAM, IL 60197-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,668.01

---

**3.226** | **Nonpriority creditor's name and mailing address**

ATALANTA CORP
1 ATALANTA PLAZA
ELIZABETH, NJ 07206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,757.60

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** **Nonpriority creditor's name and mailing address**

ATAMA PREMIER FOODS LLC
18521 E GALE AVE
CITY OF INDUSTRY, CA 91748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    71,042.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** **Nonpriority creditor's name and mailing address**

ATASCADERO MUTUAL WATER CO
P.O. BOX 6075
ATASCADERO, CA 93423-6075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                         76.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229** **Nonpriority creditor's name and mailing address**

ATHENS ADMINISTRATORS
PO BOX 696
CONCORD, CA 94522-0696

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   262,900.08

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230** **Nonpriority creditor's name and mailing address**

ATLANTIC NATURAL FOODS LLC
110 INDUSTRY COURT
NASHVILLE, NC 27856

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    36,288.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231** **Nonpriority creditor's name and mailing address**

ATLANTIC PARTNERSHIP 6135-6161
3940 LAUREL CANYON BLVD #139
STUDIO CITY, CA 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    33,864.77

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.232 | **Nonpriority creditor's name and mailing address**<br><br>ATLANTIC PASTE & GLUE CO<br>75 EAST 2ND STREET<br>BAYONNE, NJ 07002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 61,121.76 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address**<br><br>ATLANTIC RICHFIELD COMPANY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  Codefendant - Case No. 30-2018-00993453-CU-EI-CXC | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>ATN INC<br>653 ACADEMY DR<br>NORTHBROOK, IL 60062 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 19,558.34 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>ATTARI DOLLAR WORLD<br>ATTN: MAQSOOD RASHEED<br>8010 GERBER ROAD<br>7FT HIGH PLTS<br>SACRAMENTO, CA 95828 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Credit(s) | $ 440.40 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>AU ZONE INVESTMENTS #2 LP<br>556 N DIAMOND BAR BLVD #200<br>DIAMOND BAR, CA 91765 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 40,416.52 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 122 of 838

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237** **Nonpriority creditor's name and mailing address**

AVALARA
255 S KING ST SUITE 1800
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 65,450.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address**

AVALON FIRE PROTECTION
1261 N LAKEVIEW AVENUE #J 515
ANAHEIM, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,526.50

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**

AVALOS, KELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. CIV-SB-2309763

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**

AVETISYAN, ANGEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241** **Nonpriority creditor's name and mailing address**

AWESOME PRODUCTS INC
6201 REGIO AVE
BUENA PARK, CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 762,660.06

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242** | **Nonpriority creditor's name and mailing address**

AYALA, ROBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 20ST-CV47540

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address**

AYESH, INSAF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address**

AYILOGE, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address**

AYOUB, YASMIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address**

AZUSA LIGHT & WATER CO.
729 N AZUSA AVE
AZUSA, CA 91702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 5,608.85

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 124 of 838

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
| --- | --- | --- | --- | --- |
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| **3.247** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,408.00 |
| --- | --- | --- | --- |

B & G SALES INC
1750 N 25TH AVENUE
MELROSE PARK, IL 60160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| **3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

B.H. INDUSTRIAL, LLC
ATTN: ARSALAN GOZINI
11111 SANTA MONICA BLVD., SUITE 600
LOS ANGELES, CA 90025

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Codefendant - Case No. DC-23-21171

| **Date or dates debt was incurred** | | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| **3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43,281.36 |
| --- | --- | --- | --- |

B2 FASHIONS INC
10451 RUE SECANT
Montréal, QC H1J 1S4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| **3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 340.00 |
| --- | --- | --- | --- |

B3 BACKFLOW INC
PO BOX 1177
VICTORVILLE, 92393

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| **3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,203.59 |
| --- | --- | --- | --- |

B33 VALLEY CENTRAL II LLC
601 UNION STREET SUITE 1115
SEATTLE, WA 98101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| --- | --- | --- |
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252** | **Nonpriority creditor's name and mailing address**
BABER, JOICE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.253** | **Nonpriority creditor's name and mailing address**
BABY SHOP
ATTN: AYLA NIMEA
2517 W ROSECRANS AVE
LOS ANGELES, CA 90059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 297.00

---

**3.254** | **Nonpriority creditor's name and mailing address**
BACA, RENAE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.255** | **Nonpriority creditor's name and mailing address**
BADONG HUBEI MING JIN INDUSTRY ANDCO LTD
CHINA NORTH STATION FIVE AREA 45 #3
YIWU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 187,091.32

---

**3.256** | **Nonpriority creditor's name and mailing address**
BADRANI ENTERPRISES INC DBA VALLEYMPERMARKET
2040 E VALLEY PKWY
ESCONDIDO, CA 92027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,152.84

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257**

**Nonpriority creditor's name and mailing address**

BAGDADI, ABNER

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 23GDCV02374

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.258**

**Nonpriority creditor's name and mailing address**

BAGDADI, MIREILLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.259**

**Nonpriority creditor's name and mailing address**

BAILEY, PAMELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260**

**Nonpriority creditor's name and mailing address**

BAIRFIELD, KENNAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 202201-15950526

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.261**

**Nonpriority creditor's name and mailing address**

BAKER, ALVINA ROSE
C/O California Work Injury Santa Ana
ATTN: MS. RAE SADEGHIAN
1551 N TUSTIN AVE, STE560
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 2024-DCL-02429-D

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.262** | **Nonpriority creditor's name and mailing address**

BAKER, ALVINA ROSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address**

BALABBO, PRECILA
C/O: BRODSKY SMITH LAW OFFICES
ATTN: EVAN J. SMITH
9595 WILSHIRE BLVD
SUITE 900
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address**

BALBAS, LIGAYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address**

BALDACCI, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**

BALDWIN, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. CVPS2201200

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267** **Nonpriority creditor's name and mailing address**

BALL & EUCLID SHOPPING CENTER LLC
2973 HARBOR BLVD STE 150
COSTA MESA, CA 92626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,064.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268** **Nonpriority creditor's name and mailing address**

BANGKIT USA CORP
10511 VALLEY BLVD
EL MONTE, CA 91731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 69,151.98

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269** **Nonpriority creditor's name and mailing address**

BANUELOS, SANTOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270** **Nonpriority creditor's name and mailing address**

BANUELOS-REYES, BELEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.271** **Nonpriority creditor's name and mailing address**

BAP NURSERY INC
1961 MULBERRY DR
SAN MARCOS, CA 92069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 292,826.90

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.272** | **Nonpriority creditor's name and mailing address**

BARATO
ATTN: KISUNG HWANG
4982 WHITTIER BLVD
LOS ANGELES, CA 90022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 18.63

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.273** | **Nonpriority creditor's name and mailing address**

BARBA, GLORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.274** | **Nonpriority creditor's name and mailing address**

BARCEL USA LLC
301 S NORTHPOINT DR STE 100
COPPELL, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 537,361.68

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.275** | **Nonpriority creditor's name and mailing address**

BARCENAS, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 20ST-CV44507

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.276** | **Nonpriority creditor's name and mailing address**

BARCENAS, ROSALINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** | **Nonpriority creditor's name and mailing address**

BARELA, DOLORES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.278** | **Nonpriority creditor's name and mailing address**

BARI, SAMINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.279** | **Nonpriority creditor's name and mailing address**

BARJAS, ENRIQUETA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.280** | **Nonpriority creditor's name and mailing address**

BARKRETAIL LLC
120 BROADWAY 12TH FLOOR
NEW YORK, NY 10271

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    120,411.36

---

**3.281** | **Nonpriority creditor's name and mailing address**

BARNES BARGAINS
ATTN: CINDI MEYERS
6408 LAKE ISABELLA BLVD
LAKE ISABELLA, CA 93240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    347.97

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARNES, KENYADA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 8,471.66 |
|---|---|---|---|---|

BARNETT ASSOCIATES AN EQUIFAX COMPA
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRAGAN TORRES, HUGO
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRAGAN TORRES, HUGO
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRAGAN, HUGO
C/O Raphael Hedwat Sherman Oaks
ATTN: MR. RAPHAEL HEDWAT
5170 SEPULVEDA BLVD. STE 350
SHERMAN OAKS, CA 91403

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRAGAN, HUGO
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRANCAS, HILDA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRARA, MARCELA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRERA, ANA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRERA, IRMA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRIENTOS, MARIA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARRIOS, JAVIER
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 845,868.64 |
|---|---|---|---|---|

BAR-S FOODS CO
5090 N 40TH ST STE 300
PHOENIX, AZ 85018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 20,776.29 |
|---|---|---|---|---|

BARSTOW RETAIL PARTNERS LLCCALIFORNIA LIMITED LIABILITY COMPAN
5743 CORSA AVENUE SUITE 200
WESTLAKE VILLAGE, CA 91362

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BARTEL, JANET A.
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Codefendant - Case No. 23TRCV02129

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.297** | **Nonpriority creditor's name and mailing address**

BASS, LAURIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**

BATES, RICH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**

BATTLE, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**

BAUDUCCO FOODS INC
13250  NW 25TH ST STE 101
MIAMI, FL 33182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                199,294.20

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address**

BAUTISTA AGUIRRE, ADRIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.302** **Nonpriority creditor's name and mailing address**

BAY ALARM COMPANY
60 BERRY DR
PACHECO, CA 94553-5601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,472.50

---

**3.303** **Nonpriority creditor's name and mailing address**

BAY TRADERS INC.
ATTN: MARK CLEMENS
P.O. BOX 1209
SEWARD, AK 99664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 124.68

---

**3.304** **Nonpriority creditor's name and mailing address**

BAY VALLEY FOODS LLC
3200 RIVERSIDE DR STE A
GREEN BAY, WI 54301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,473.00

---

**3.305** **Nonpriority creditor's name and mailing address**

BAYER HEALTHCARE LLC
100 BAYER RD
PITTSBURGH, PA 15205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 246,974.52

---

**3.306** **Nonpriority creditor's name and mailing address**

BAZAR
ATTN: ALBUS BAZAR
13021 PINON STREET
RANCHO CUCAMONGA, CA 91739

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.20

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.307** | **Nonpriority creditor's name and mailing address**

BAZOOKA COMPANIES INC
ONE WHITEHALL STREET
NEW YORK, NY 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                146,091.12

---

**3.308** | **Nonpriority creditor's name and mailing address**

BDK USA INC
1457 GLENN CURTISS ST
CARSON, CA 90746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 36,000.00

---

**3.309** | **Nonpriority creditor's name and mailing address**

BEACH CITIES ANHEUSER BUSCH
20499 S REEVES AVE
CARSON, CA 90810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    571.95

---

**3.310** | **Nonpriority creditor's name and mailing address**

BEAPO HARDWARE INDUSTRIAL CO LTD
RM 602 SHUNTIAN CITY BLDG
HUNANA, 410000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 41,950.68

---

**3.311** | **Nonpriority creditor's name and mailing address**

BEARWOOD PROPERTIES LLC
7326 JEFFERSON STREET
PARAMOUNT, CA 90723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 35,879.97

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312** **Nonpriority creditor's name and mailing address**

BECERRA (CHILD), AUDREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.313** **Nonpriority creditor's name and mailing address**

BECERRA (CHILD), AUDREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address**

BECERRA, ENRIQUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315** **Nonpriority creditor's name and mailing address**

BEE INTERNATIONAL
2311 BOSWELL RD STE 1
CHULA VISTA, CA 91914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,488.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316** **Nonpriority creditor's name and mailing address**

BEIERSDORF INC
PO BOX 751807
CHARLOTTE, NC 28275-1807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 17,346.96

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.317** | **Nonpriority creditor's name and mailing address**

BELL ROAD TOWNE CENTER LLC
28150 N ALMA SCHOOL PKWY
SCOTTSDALE, AZ 85262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,225.73

---

**3.318** | **Nonpriority creditor's name and mailing address**

BELL, PATRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.319** | **Nonpriority creditor's name and mailing address**

BELL-CARTER FOODS INC
3742 MT DIABLO BLVD
LAFAYETTE, CA 94549-3606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,279.04

---

**3.320** | **Nonpriority creditor's name and mailing address**

BELLFLOWER PARK LP
333 S BEVERLY DR STE 105
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,708.67

---

**3.321** | **Nonpriority creditor's name and mailing address**

BENASSI, MARIANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.322** **Nonpriority creditor's name and mailing address**

BENAVIDES, IVONNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**

BENAVIDEZ, RUDY JOE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. BCV-21-100936

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**

BENITEZ, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**

BENITEZ, MARISSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**

BENNANI, BENJAMIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 30-2024-01379520-CU-PO-CJC

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** **Nonpriority creditor's name and mailing address**

BENNETT INVESTMENT (MSP) LLC
1420 FIFTH AVENE SUITE 3650
SEATTLE, WA 98101-4011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 35,195.21

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.328** **Nonpriority creditor's name and mailing address**

BENNETT, KENNETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. CC-22-07256-C

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.329** **Nonpriority creditor's name and mailing address**

BERGERS, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 750.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.330** **Nonpriority creditor's name and mailing address**

BERGERS, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.331** **Nonpriority creditor's name and mailing address**

BERMUDA WATER COMPANY INC
PO BOX 70723
PHILADELPHIA, PA 19176-0723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 424.40

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|---|

BERMUDEZ CALDERA, YOLANDA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BERMUDEZ CALDERA, YOLANDA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 167,170.32 |
|---|---|---|---|

BERRY GLOBAL FILMS LLC
101 OAKLEY STREET PO BOX 959
EVANSVILLE, IN 47706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BERTA ZAVALA, ANA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BERUMEN, LIDIA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

BESCH, JUSTON
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 167,070.00 |
|---|---|---|---|---|

BEST BASE INTERNATIONAL LIMITED COM
LOT 35-36 LINH TRUNG EXPORT PROCESS
TRANG BANG,
VIETNAM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 12,922.66 |
|---|---|---|---|---|

BEST OVERNITE EXPRESS INC
PO BOX 90816
INDUSTRY, CA 91715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 40,942.80 |
|---|---|---|---|---|

BETTER HOME PLASTICS CORP
439 COMMERCIAL AVE
PALISADES PARK, NJ 07650

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 74.88 |
|---|---|---|---|---|

BETTER LIFE INC
ATTN: SUNG Y
3490 W. ALAMEDA AVE
DENVER, CO 80219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** | **Nonpriority creditor's name and mailing address**

BETTERAVIA 2002 LLC
12400 WILSHIRE BLVD STE 650
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,260.72

---

**3.343** | **Nonpriority creditor's name and mailing address**

BETTON, DARLICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.344** | **Nonpriority creditor's name and mailing address**

BETTY BARRIENTOS
C/O MESTEMAKER, STRAUB & ZUMWALT
ATTN: DAVID K.MESTEMAKER, NORMAN STRAUB, JONATHAN B.
ZUMWALT
3100 TIMMONS LANE, SUITE 455
HOUSTON, TX 77027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.345** | **Nonpriority creditor's name and mailing address**

BEY, EUNIECE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.346** | **Nonpriority creditor's name and mailing address**

BEY, JAMIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347 Nonpriority creditor's name and mailing address**
BEZAIRE, LORI
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Settlement

$ 115,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.348 Nonpriority creditor's name and mailing address**
BEZAIRE, LORI
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.349 Nonpriority creditor's name and mailing address**
BGM RED ROCK INC
83094 RODGERS ROAD
CRESWELL, OR 97426

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,386.40

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.350 Nonpriority creditor's name and mailing address**
BHULLAR INVESTMENTS
17165 NEWHOPE STREET SUITE H
FOUNTAIN VALLEY, CA 92708

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 19,965.00

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.351 Nonpriority creditor's name and mailing address**
BHULLAR PROPERTIES LLC
17165 NEWHOPE ST STE H
FOUNTAIN VALLEY, CA 92708

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 32,126.54

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352** **Nonpriority creditor's name and mailing address**

BICKMORE ACTUARIAL
180 PROMENADE CIRCLE SUITE 300
SACRAMENTO, CA 95834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,080.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.353** **Nonpriority creditor's name and mailing address**

BIG DOLLAR
ATTN: KARINA MELGAR
6120 S FIGUEROA ST
LOS ANGELES, CA 90003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 253.67

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.354** **Nonpriority creditor's name and mailing address**

BIG EASY BLENDS LLC
698 ST GEORGE AVE
NEW ORLEANS, LA 70121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50,173.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.355** **Nonpriority creditor's name and mailing address**

BIG FISH INTERNATIONAL CORP

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 93,804.96

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.356** **Nonpriority creditor's name and mailing address**

BIG SUNDAY
6111 MELROSE AVE
LOS ANGELES, CA 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.357** | **Nonpriority creditor's name and mailing address**

BIG TREE SALES INC
10401 RUSH ST
SOUTH EL MONTE, CA 91733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 161,186.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address**

BILEMJIAN, MARAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address**

BILL NAITO COMPANY ARIZONA PROPERTI
3900 E VIA PALOMITA
TUCSON, AZ 85718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,273.86

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address**

BILL.COM
ATTN: CHANTE SURRENCY
2103 CITYWEST BLVD
12TH FLOOR
HOUSTON, TX 77042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address**

BIMBO BAKERIES USA INC
255 BUSINESS CENTER DRIVE
HORSHAM, PA 19044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,507,473.20

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.362** **Nonpriority creditor's name and mailing address**

BIO ONE EAST BAY
5627 TELEGRAPH AVE NUM 217
OAKLAND, CA 94609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19,838.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.363** **Nonpriority creditor's name and mailing address**

BISCOMERICA CORP
PO BOX 1070
RIALTO, CA 92377-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,099.69

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.364** **Nonpriority creditor's name and mailing address**

BISCUITS AND COOKIES INTERNATIONAL
3575 N BELTLINE RD 147
IRVING, TX 75062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,542.40

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.365** **Nonpriority creditor's name and mailing address**

BLACK & PEACH RETAIL LLC
500 NEWPORT CTR DR STE 920
EL SEGUNDO, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 167,359.28

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.366** **Nonpriority creditor's name and mailing address**

BLACK, EVERNELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** | **Nonpriority creditor's name and mailing address**

BLAIR, ELLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.368** | **Nonpriority creditor's name and mailing address**

BLANCAS, JORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.369** | **Nonpriority creditor's name and mailing address**

BLANCO, FAUSTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.370** | **Nonpriority creditor's name and mailing address**

BLANCO, JAZEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.371** | **Nonpriority creditor's name and mailing address**

BLISTEX INC
1800 SWIFT DR
OAK BROOK, IL 60523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    77,616.00

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.372** | **Nonpriority creditor's name and mailing address**

BLUE DOT SAFES CORP
2707 N GAREY AVE
POMONA, CA 91767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,000.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address**

BOBS RED MILL NATURAL FOODS INC
13521 SE PHEASANT COURT
MILWAUKIE, OR 97222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 77,459.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address**

BOLANOS, EVELYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address**

BONANZA WHOLESALE DISTRIBUTORS INC
ATTN: HELEN SLAPE
3617 INTERNATIONAL BLVD
OAKLAND, CA 94601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 2,280.23

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address**

BORING DECO LLC
702 OAKCREST AVE
BREA, 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 29,866.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.377** **Nonpriority creditor's name and mailing address**

BOSTON, STAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** **Nonpriority creditor's name and mailing address**

BOUYER, ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 23BBCV00240

$          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** **Nonpriority creditor's name and mailing address**

BOUYER, ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 23ST-CV23398

$          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** **Nonpriority creditor's name and mailing address**

BOYD, TIFFANY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 22ST-CV28039

$          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.381** **Nonpriority creditor's name and mailing address**

BOZE, TAMMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 151 of 838

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|--|--------------------------|----------------|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 262,819.46 |
|---|---|---|---|

BPP TANGO INDUSTRIAL LF1 UPPER HOLDLLC
233 S WACKER DRIVE SUITE 4700
CHICAGO, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BRADFORD, RAYMOND
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BRADMORD, ALICIA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 113,892.00 |
|---|---|---|---|

BRAND BUZZ LLC
115 KENNEDY DRIVE
SAYREVILLE, NJ 08872

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 86.40 |
|---|---|---|---|

BRAVO BARGAIN, INC
10835 OXNARD STREET
N. HOLLYWOOD, CA 91606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.387** **Nonpriority creditor's name and mailing address**
BRAVO, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.388** **Nonpriority creditor's name and mailing address**
BRAVO, LILIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.389** **Nonpriority creditor's name and mailing address**
BREAKTHRU BEVERAGE ARIZONA
1115 N 47TH AVENUE
PHOENIX, AZ 85043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,371.89

---

**3.390** **Nonpriority creditor's name and mailing address**
BREISCH, PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.391** **Nonpriority creditor's name and mailing address**
BRENT'S CARPETS
24220 LYONS AVE.
NEWHALL, CA 91321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tenant Security Deposit

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,310.00

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.392** Nonpriority creditor's name and mailing address

BRIAN F CONROY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 23,641.90

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.393** Nonpriority creditor's name and mailing address

BRIEVA, AMADO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Contingent Claim

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.394** Nonpriority creditor's name and mailing address

BRIGHTVIEW LANDSCAPE SERVICES INC
PO BOX 31001-2463
PASADENA, CA 91110-2463

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,290.43

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.395** Nonpriority creditor's name and mailing address

BROGDON, CHRISTOPHER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Plaintiff Case No. BCV-22-101652

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.396** Nonpriority creditor's name and mailing address

BROOKHURST ASSETS LLC
730 EL CAMINO WAY SUITE 200
TUSTIN, CA 92780

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 53,808.29

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397** | **Nonpriority creditor's name and mailing address**

BROTHERS MARKET & GRILL
ATTN: BRAD BROWN
300 E 5TH ST
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 390.15

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address**

BROTHERS MARKET LLC
ATTN: AHMED ALBEOUL
427 S WALL ST
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 42.72

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address**

BROWN, CRYSTAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address**

BROWN, CRYSTAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address**

BROWN, ERICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.402**

**Nonpriority creditor's name and mailing address**

BROWN, EZEKIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.403**

**Nonpriority creditor's name and mailing address**

BROWN, JOYCELYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 0706-23-0301L

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.404**

**Nonpriority creditor's name and mailing address**

BROWN, KENNETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.405**

**Nonpriority creditor's name and mailing address**

BROWN, KESI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.406**

**Nonpriority creditor's name and mailing address**

BROWN, MEEKA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 69,595.20 |
|---|---|---|---|

BROWNIE BRITTLE LLC
2253 VISTA PARKWAY #8
WEST PALM BEACH, FL 33411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BROWNLEE, ROBYN
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BRUNSWIG, CHRISTOPHER
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 862,409.28 |
|---|---|---|---|

BSM ENTERPRISE LTD
NO 160-162 EAST JINYUAN LN
ZHEJIANG, 315040
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 57,600.00 |
|---|---|---|---|

BUCKED UP
781 SOUTH AUTOMALL DRIVE SUITE 102
AMERICAN FORK, 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | BUENDRA, ROSA<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:**  General Liability | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,488.32 |
|---|---|---|---|
| | BUETTNER GLOBAL SERVICES<br>32 TATAHATSO POINT ST<br>HENDERSON, 89011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | BUGARIN, SILVIA<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:**  Contingent Claim | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 206,310.24 |
|---|---|---|---|
| | BUMBLE BEE FOODS LLC<br>280 10TH AVE<br>SAN DIEGO, CA 92101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,818.77 |
|---|---|---|---|
| | BURBANK WATER AND POWER<br>P.O. BOX 631 PUBLIC SERVICE DEPARTMENT<br>BURBANK, CA 91503-0631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Utility Payable | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.417** | **Nonpriority creditor's name and mailing address**

BURGESS, JIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address**

BUSTOS, OLIVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address**

BUTELLEW, CANDECE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address**

BUTYRIN, KATHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address**

BUZZ BEE TOYS (HK) CO LIMITED
UNITS 1206-1208 TOWER B NEW MANDARI
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 68,055.40

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 159 of 838

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.422** **Nonpriority creditor's name and mailing address**

BW GLOBAL LOGISTICS (HONG KONG) LTD
1730 FLIGHT WAY
SUITE 100
TUSTIN, CA 92782

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 1,663,949.85

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.423** **Nonpriority creditor's name and mailing address**

BYRD, CORVETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.424** **Nonpriority creditor's name and mailing address**

C & C PLAZA LLC
1234-B EAST 17TH STREET
SANTA ANA, CA 92701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,352.86

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.425** **Nonpriority creditor's name and mailing address**

C&S MARKET INC
ATTN: AMY
P.O. BOX 4694
PAGO PAGO, AS 96799

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 739.80

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.426** **Nonpriority creditor's name and mailing address**

C.N.A
151 N. FRANKLIN STREET
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Worker's Compensation - Bond #: 30063858; Obligee: State of California (OSIP)

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
|        | Name                     |                        |                |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427**
**Nonpriority creditor's name and mailing address**
CABEJE JR, JIMMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.428**
**Nonpriority creditor's name and mailing address**
CABRERA, GABRIELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 23PS-CV00604

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.429**
**Nonpriority creditor's name and mailing address**
CACIQUE INC
800 ROYAL OAKS DRIVE SUITE 200
MONROVIA, CA 91016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    239,389.08

---

**3.430**
**Nonpriority creditor's name and mailing address**
CAHOON, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.431**
**Nonpriority creditor's name and mailing address**
CAL LIFT INC
13027 CROSSROADS PARKWAY SOUTH
CITY OF INDUSTRY, CA 91746-3406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    19,219.68

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432** | **Nonpriority creditor's name and mailing address**

CAL WEST MILLWORKS
9515 SORENSEN AVE
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29,835.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address**

CAL WORLD PALMDALE LLC
2009 PORTERFIELD WAY STE P
UPLAND, CA 91786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 67,952.78

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address**

CAL WORLD PALMDALE LLC
6121 RANDOLPH STREET
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 23AVCV01224

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address**

CALDERON, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address**

CALDERON, JORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.437** **Nonpriority creditor's name and mailing address**

CALIFORNIA AIR RESOURCE BOARD
1001 I STREET
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Environmental Related Claim

$                Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.438** **Nonpriority creditor's name and mailing address**

CALIFORNIA AMERICAN WATER COMPANY
PO BOX 7150 @ AMERICAN WATER COMPANY
PASADENA, CA 91109-7150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                1,224.25

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.439** **Nonpriority creditor's name and mailing address**

CALIFORNIA BEAUTY NURSERY & FLOWER SHOP
ATTN: MARIA CAMPOS
5027 ASTOR AVE
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                0.10

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.440** **Nonpriority creditor's name and mailing address**

CALIFORNIA DEPT. OF PESTICIDE REGULATION
1001 I STREET
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Environmental Related Claim

$                Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.441** **Nonpriority creditor's name and mailing address**

CALIFORNIA STATE CONTROLLER
UNCLAIMED PROPERTY DIVISION
10600 WHITE ROCK ROAD
SUITE 141
RANCHO CORDOVA, CA 95670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property Escheatment

$                Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.442** | **Nonpriority creditor's name and mailing address**

CALIFORNIA STATE UNIVERSITY, SAN BERNARDINO
ATTN: NATALIE CLEARY
5500 UNIVERSITY PARKWAY
SAN BERNARDINO, CA 92407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$                    0.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address**

CALIFORNIA WATER SERVICE
PO BOX 7229
SAN FRANCISCO, CA 94120-7229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$                5,302.15

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address**

CALIFORNIA WHOLESALE
ATTN: ASHRAF ALI
5000 E 2ND STREET SUITE G
BENICIA, CA 94510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$                  358.97

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address**

CALMELAT, BIANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address**

CAMACHO, JESSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.447** | **Nonpriority creditor's name and mailing address**
CAMACHO, JESSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address**
CAMACHO, MANUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address**
CAMARENA, GABRIELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address**
CAMARGO, SOLEDAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**
CAMARILLO BUSINESS ENTERPRISE INC
PO BOX 57345
SHERMAN OAKS, CA 91413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    21,411.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452** | **Nonpriority creditor's name and mailing address**

CAMPOS, FELICITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address**

CAMPOS, SILVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address**

CANALES, GREGORIO
C/O William Barth Long Beach
ATTN: MR. WILLIAM K BARTH
3605 LONG BEACH BLVD, STE 426
LONG BEACH, CA 90807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. SCMV2400276

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address**

CANO, BETHLEHEM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address**

CANTOR, OLGA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,002.30 |
|---|---|---|---|

CAPITAL COLLECTIONS LLC
PO BOX 289
FRESNO, CA 93708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,970,787.16 |
|---|---|---|---|

CAPSTONE LOGISTICS LLC
6525 THE CORNERS PARKWAY SUITE 400
NORCROSS, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,902.16 |
|---|---|---|---|

CARDENAS MARKETS
2501 E GUASTI ROAD
ONTARIO, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CARDENAS, MANUELA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CARDENAS, ROSA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.462** **Nonpriority creditor's name and mailing address**

CARDONA, ANDREA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463** **Nonpriority creditor's name and mailing address**

CAR-FRESHNER CORPORATION
PO BOX 719
WATERTOWN, NY 13601-0719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  57,594.87

**Date or dates debt was incurred**            Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464** **Nonpriority creditor's name and mailing address**

CARL BUDDIG & CO
950 W 175TH STREET
HOMEWOOD, IL 60430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  269,389.80

**Date or dates debt was incurred**            Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.465** **Nonpriority creditor's name and mailing address**

CARLIN, MIRIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.466** **Nonpriority creditor's name and mailing address**

CARLOS, OLIVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.467** **Nonpriority creditor's name and mailing address**

CARMICHAEL INTERNATIONAL SERVICE
533 GLENDALE BLVD
LOS ANGELES, CA 90026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115,101.91

---

**3.468** **Nonpriority creditor's name and mailing address**

CARNATION19 LP
9034 W SUNSET BLVD
WEST HOLLYWOOD, CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,876.90

---

**3.469** **Nonpriority creditor's name and mailing address**

CARR, ADRIONA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.470** **Nonpriority creditor's name and mailing address**

CARRANZA, CINDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.471** **Nonpriority creditor's name and mailing address**

CARRANZA, JESUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.472** | **Nonpriority creditor's name and mailing address**

CARRASCO, ISABELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.473** | **Nonpriority creditor's name and mailing address**

CARRILLO, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474** | **Nonpriority creditor's name and mailing address**

CARRILLO, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475** | **Nonpriority creditor's name and mailing address**

CARRILLO, WENDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. ECU002083

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address**

CARROLL, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.477** **Nonpriority creditor's name and mailing address**

CARROTWOOD PROPERTIES LP
6420 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90048-5561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    47,516.60

---

**3.478** **Nonpriority creditor's name and mailing address**

CARTER, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.479** **Nonpriority creditor's name and mailing address**

CARTRAC
1020 N LAKE STREET
BURBANK, CA 91502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    41,679.83

---

**3.480** **Nonpriority creditor's name and mailing address**

CASA GRANDE KT LLC
270 W NEW ENGLAND AVE
WINTER PARK, FL 32789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    22,944.87

---

**3.481** **Nonpriority creditor's name and mailing address**

CASA KEVIN LLC
ATTN: CHRIS LEE
120 N 17TH STREET
MCALLEN, TX 78501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    197.42

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 40,896.00 |
|---|---|---|---|

CASCADES HOLDING US INC
4001 PACKARD ROAD
NIAGARA FALLS, NY 14303

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 3.80 |
|---|---|---|---|

CASSIO/PAGEONE IMPORT SA DE CV
ATTN: ROBERTO ROSS
CARRERA 40 50-29
BOGOTA, 005012
COLOMBIA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|---|

CASTANEDA, AMADEO
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|---|

CASTANEDA, DIANA
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|---|

CASTANEDA, ELISAMA
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.487** | **Nonpriority creditor's name and mailing address**

CASTELLANOS, JUAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address**

CASTELLANOS, MARIO ROBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address**

CASTILLO, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address**

CASTRO ALVAREZ, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address**

CASTRO, BETSY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492** | **Nonpriority creditor's name and mailing address**

CASTRO, JULIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address**

CASTRO, MERCEDES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address**

CATALEA INC
ATTN: NAREK SEPOYAN
919 E TUJUNGA AVE
BURBANK, CA 91501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 311.56

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address**

CATAP, BLANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address**

CATHEDRAL
ATTN: GUSTAVO CATIPON
555 W. TEMPLE ST.
LOS ANGELES, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 173.58

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.497** **Nonpriority creditor's name and mailing address**

CAVAZOS, ADELITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.498** **Nonpriority creditor's name and mailing address**

CAVERS, LAFIETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.499** **Nonpriority creditor's name and mailing address**

CAZAREZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.500** **Nonpriority creditor's name and mailing address**

CBDWORX
10880 BAUR DISTRIBUTION
ST LOUIS, MO 63132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 76,308.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.501** **Nonpriority creditor's name and mailing address**

CBRE, INC.
500 CAPITOL MALL, 24TH FLOOR
SACRAMENTO, CA 96814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Rejection Damages

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.502** **Nonpriority creditor's name and mailing address**

CBS MANUFACTURING GROUP
3281 E GUASTI RD STE 700
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 234,433.80

---

**3.503** **Nonpriority creditor's name and mailing address**

CCA-TOOELE TOWNE CENTER
5670 WILSHIRE BLVD SUITE 1250
LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,965.99

---

**3.504** **Nonpriority creditor's name and mailing address**

CE DE CANDY INC DBA SMARTIES CANDY
1091 LOUSONS RD
UNION, NJ 07083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,098.56

---

**3.505** **Nonpriority creditor's name and mailing address**

CECCALDI, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.506** **Nonpriority creditor's name and mailing address**

CECCALDI, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.507**

**Nonpriority creditor's name and mailing address**
CELADA FERNANDEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508**

**Nonpriority creditor's name and mailing address**
CEMCO
ATTN: CLAUDIO E. MOTTA
22 CALLE 1-14,ZONA 1,CENTRO
GUATEMALA, GU
GUATEMALA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 1,600.47

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.509**

**Nonpriority creditor's name and mailing address**
CENTENO, MIRNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.510**

**Nonpriority creditor's name and mailing address**
CENTERPOINT PROPERTIES TRUST
1808 SWIFT DRIVE
OAK BROOK, IL 60523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 182,681.48

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.511**

**Nonpriority creditor's name and mailing address**
CENTRAL FILMS NORTH
ATTN: JOHN BARREIRO
4774 EL CABALLERO DRIVE
TARZANA, CA 91356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.512 Nonpriority creditor's name and mailing address**

CENTRAL LA ANHEUSER BUSCH SALES OF
ONE BUSCH PLACE
ST LOUIS, MO 63118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 465.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.513 Nonpriority creditor's name and mailing address**

CENTRAL MONTANA VARIETY
ATTN: TOM GEHLEN
PO BOX 1191
LEWISTOWN, MT 59457

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 685.51

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.514 Nonpriority creditor's name and mailing address**

CENTREPOINTE JMYL LP
41623 MARGARITA ROAD SUITE 100
TEMECULA, CA 92591

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30,577.05

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.515 Nonpriority creditor's name and mailing address**

CENTRIC BEAUTY LLC
350 5TH AVE
NEW YORK, NY 10118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 154,416.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.516 Nonpriority creditor's name and mailing address**

CENTRO DE NINOS INC
ATTN: LORENA SOTO
4850 E CESAR CHAVEZ AVE
LOS ANGELES, CA 90022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 133.56

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 365,871.00 |
|---|---|---|---|

CENTURY SNACKS LLC
5560 E SLAUSON AVE
COMMERCE, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,700.80 |
|---|---|---|---|

CERAMI SALES CO INC
524 E FINNEY CT
GARDENA, CA 90248-2037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CERDA, CECILIA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 197,683.20 |
|---|---|---|---|

CERTIFIED NURSERIES INC
PO BOX 4400
TYLER, TX 75712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40.62 |
|---|---|---|---|

CERVANTES DISTRIBUTORS INC
ATTN: MARIZA HURTADO
531 CLARA NOFAL ROAD
STE#100
CALEXICO, CA 92231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.522** | **Nonpriority creditor's name and mailing address**

CERVANTES, ARACELI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address**

CERVANTES, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address**

CERVANTES, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address**

CEYLON ROYAL TEAS PVT LTD    C
NO 02 INDUSTRIAL COMPLEX
HOMAGAMA, 10200
SRI LANKA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                      55,664.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address**

CFT NV DEVELOPMENTS LLC
1120 N TOWN CENTER DRIVE SUITE 150
LAS VEGAS, CA 89144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                      30,651.33

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.527** | **Nonpriority creditor's name and mailing address**

CG ROXANE LLC
PO BOX A
OLANCHA, CA 93549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 157,618.84

---

**3.528** | **Nonpriority creditor's name and mailing address**

CHACON, FRANKLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.529** | **Nonpriority creditor's name and mailing address**

CHAMBERS, DAYNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.530** | **Nonpriority creditor's name and mailing address**

CHAMSA INC
9234 RUSH ST
SOUTH EL MONTE, CA 91733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 390,387.89

---

**3.531** | **Nonpriority creditor's name and mailing address**

CHAN ELAINE & ROBERT & EDWARD  & RA& HOWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,879.40

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.532** | **Nonpriority creditor's name and mailing address**

CHAN, BLONDIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.533** | **Nonpriority creditor's name and mailing address**

CHANG, SUNG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    70,000.00

---

**3.534** | **Nonpriority creditor's name and mailing address**

CHANG, SUNG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.535** | **Nonpriority creditor's name and mailing address**

CHANNELL ENTERPRISES LTD
ATTN: KERRI CATLYN
BOSVIGO EAGLE HALL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**         Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    2,190.24

---

**3.536** | **Nonpriority creditor's name and mailing address**

CHARLES BLAKES
C/O GLAZE | GARRETT
ATTN: JORDAN A. GLAZE, JOSH GARRETT, GREG GEDDIE
P.O. BOX 1599
GILMER, TX 75644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537** | **Nonpriority creditor's name and mailing address**

CHARLIES PRODUCE
PO BOX 24606
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 100,619.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address**

CHARMIND INDUSTRIAL CO LIMITED
RM1405A 14/F THE BELGIAN BANK BUILD
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 42,977.52

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address**

CHARMS DIVISION
7401 S CICERO AVE
CHICAGO, IL 60629

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 117,847.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address**

CHARTRAND, WILLIAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address**

CHASE PRODUCTS CO
2727 GARDNER RD
BROADVIEW, CA 60155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31,527.36

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 142,669.44 |
|---|---|---|---|

CHASE USA INTERNATIONAL INC
1543 SANTA SIERRA
CHULA VISTA, CA 91913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CHAVAC, MANUEL DE JESUS
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CHAVEZ, JOVITA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CHAVEZ, LAURA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CHAVEZ, VERONICA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547** **Nonpriority creditor's name and mailing address**

CHAVEZ, VIRGINIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.548** **Nonpriority creditor's name and mailing address**

CHAWLA, MOHIT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.549** **Nonpriority creditor's name and mailing address**

CHEAP 4 U
ATTN: DIANNI WILSON
4723 S WESTERN AVE
LOS ANGELES, CA 90062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 116.24

---

**3.550** **Nonpriority creditor's name and mailing address**

CHEIKH BEN FALL
2233 S HOBART BLVD
#18
LOS ANGELES, CA 90018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,287.95

---

**3.551** **Nonpriority creditor's name and mailing address**

CHESTER, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.552** **Nonpriority creditor's name and mailing address**

CHESTERFIELD COMMONS, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22STCV02381

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.553** **Nonpriority creditor's name and mailing address**

CHI WING RATTAN FACTORY
2/F BLOCK A, HOPLITE
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 40,218.48

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.554** **Nonpriority creditor's name and mailing address**

CHICKEN OF THE SEA INTL
9330 SCRANTON RD STE 500
SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 89,241.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.555** **Nonpriority creditor's name and mailing address**

CHIEF SWEEPING & STEAM CLEANING SER
16331 LAKESHORE DRIVE # G202
LAKE ELSINORE, CA 92530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,126.10

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.556** **Nonpriority creditor's name and mailing address**

CHILD CARE RESOURCE CENTER
ATTN: SUSAN MONTALVO
15126 RAYMER STREET
VAN NUYS, CA 91405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.04

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.557** | **Nonpriority creditor's name and mailing address**

CHIQUITA BRANDS LLC
1855 GRIFFIN RD SUITE C436
FORT LAUDERDALE, FL 33004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  16,560.00

---

**3.558** | **Nonpriority creditor's name and mailing address**

CHOBANI INC
147 STATE HIGHWAY 320
NORWICH, NY 13815-3561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  222,293.28

---

**3.559** | **Nonpriority creditor's name and mailing address**

CHRIS CARPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  4,200.00

---

**3.560** | **Nonpriority creditor's name and mailing address**

CHRISTENSEN, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.561** | **Nonpriority creditor's name and mailing address**

CHRISTY, MERRILEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.562** Nonpriority creditor's name and mailing address

CHUAN XIANG, QIU
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid Settlement

$ 10,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.563** Nonpriority creditor's name and mailing address

CHUAN XIANG, QIU
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  General Liability

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.564** Nonpriority creditor's name and mailing address

CHUBB (WESTCHESTER FIRE)
436 WALNUT STREET
P.O. BOX 1000
PHILADELPHIA, PA 19106

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Surety Bond - Worker's Compensation - Bond #: K08617612; Obligee: State of California (OSIP)

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.565** Nonpriority creditor's name and mailing address

CHUNG KIU RESOURCES LIMITED
UNIT A-B 7/F UNIONWAY COMMERCIAL CE
SHEUNG WAN,
HONG KONG

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 6,046.02

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.566** Nonpriority creditor's name and mailing address

CHURCH AND KETTLEMAN LLC
2920 NEWPORT BLVD SUITE A
NEWPORT BEACH, CA 92663

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 53,375.90

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.567**

**Nonpriority creditor's name and mailing address**

CHUTA, SELVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.568**

**Nonpriority creditor's name and mailing address**

CICLON DE SALDOS DE TIJUANA S
ATTN: JOSE MANUAL BRAVO
B. MALDONADO # 16 FRACC. SOLA
TIJUANA, MEXIC, 22500
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 127.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.569**

**Nonpriority creditor's name and mailing address**

CIFUENTES, MARGARITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 22ST-CV16578

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.570**

**Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
PO BOX 650838
DALLAS, TX 75265-0838

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,556.91

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.571**

**Nonpriority creditor's name and mailing address**

CINTAS CORPORATION LOC 053
7735 S PARAMOUNT BLVD
PICO RIVERA, CA 90660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,322.27

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.572** | **Nonpriority creditor's name and mailing address**

CITRUS CROSSING PROPERTIES FEE LLC
PO BOX 843536
LOS ANGELES, CA 90084-3536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,818.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.573** | **Nonpriority creditor's name and mailing address**

CITY NATIONAL BANK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 30-2018-00993453-CU-EI-CXC

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address**

CITY OF ALHAMBRA, CA
PO BOX 6304
ALHAMBRA, CA 91801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 622.79

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address**

CITY OF ANAHEIM, CA
PO BOX 3069
ANAHEIM, CA 92803-3069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 10,165.86

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address**

CITY OF ANTIOCH, CA
PO BOX 981476
WEST SACRAMENTO, CA 95798-1476

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 312.55

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.577** **Nonpriority creditor's name and mailing address**

CITY OF ATWATER, CA
PO BOX 102284
PASADENA, CA 95301-2898

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 359.01

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.578** **Nonpriority creditor's name and mailing address**

CITY OF BARSTOW, CA
220 E MOUNTAIN VIEW ST STE A
BARSTOW, CA 92311-2839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 901.66

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.579** **Nonpriority creditor's name and mailing address**

CITY OF BOULDER CITY, NV
401 CALIFORNIA AVE
BOULDER CITY, NV 89005-2600

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 8,307.38

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.580** **Nonpriority creditor's name and mailing address**

CITY OF BREA, CA
P.O. BOX 2237 UTILITY BILLING - FINANCIAL SERVICE DEPT
BREA, CA 92822-2237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 485.38

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.581** **Nonpriority creditor's name and mailing address**

CITY OF BULLHEAD CITY, AZ
PO BOX 37793
BOONE, IA 50037-0793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 84.43

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.582** | **Nonpriority creditor's name and mailing address**

CITY OF CALEXICO
608 HEBER AVE
CALEXICO, CA 92231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,638.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address**

CITY OF CALEXICO, CA
PO BOX 49367
SAN JOSE, CA 95161-9367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 609.18

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address**

CITY OF CAMARILLO, CA
601 CARMEN DRIVE
CAMARILLO, CA 93010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 214.46

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address**

CITY OF CHICO, CA
PO BOX 45038
SAN FRANCISCO, CA 94145-0038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 32.54

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address**

CITY OF CHINO HILLS
14000 CITY CENTER DRIVE UTILITY BILLING OFFICE
CHINO HILLS, CA 91709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 472.33

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.587** | **Nonpriority creditor's name and mailing address**

CITY OF CHINO, CA
P.O. BOX 667
CHINO, CA 91708-0667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 1,816.74

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address**

CITY OF CLOVIS, CA
PO BOX 3007
CLOVIS, CA 93613-3007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 1,848.85

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address**

CITY OF CORONA, CA
PO BOX 950
CORONA, CA 92878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 834.70

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address**

CITY OF DELANO, CA
P.O. BOX 3010
DELANO, CA 93216-3010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 95.86

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address**

CITY OF DOWNEY, CA
PO BOX 130 WATER DIVISION
DOWNEY, CA 90241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 452.65

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.592** | **Nonpriority creditor's name and mailing address**

CITY OF EL CENTRO
PO BOX 2328
EL CENTRO, CA 92244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,096.82

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.593** | **Nonpriority creditor's name and mailing address**

CITY OF EL CENTRO, CA
P.O. BOX 2328
EL CENTRO, CA 92244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 682.53

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.594** | **Nonpriority creditor's name and mailing address**

CITY OF EL MIRAGE, AZ
PO BOX 52679
PHOENIX, AZ 85072-2679

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 478.61

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.595** | **Nonpriority creditor's name and mailing address**

CITY OF EL MONTE
11333 VALLEY BLVD
EL MONTE, CA 91731-3210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,020.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.596** | **Nonpriority creditor's name and mailing address**

CITY OF ESCONDIDO
201 N BROADWAY
ESCONDIDO, CA 92025-2798

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 50.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,260.72 |

CITY OF ESCONDIDO, CA
P.O. BOX 460009 UTILITY BILLING
ESCONDIDO, CA 92046-0009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 185.00 |

CITY OF FAIRFIELD
1000 WEBSTER ST
FAIRFIELD, CA 94533-4883

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 489.73 |

CITY OF FRESNO, CA
P.O. BOX 2069 UTILITY BILLING AND COLLECTIONS DIVISION
FRESNO, CA 93718

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 399.70 |

CITY OF FULLERTON
PO BOX 51972
LOS ANGELES, CA 90051-6272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 726.45 |

CITY OF FULLERTON, CA
PO BOX 7190 PAYMENT PROCESSING CENTER
PASADENA, CA 91109-7190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.602** | **Nonpriority creditor's name and mailing address**

CITY OF GARDEN GROVE
11222 ACACIA PKWY
GARDEN GROVE, CA 92842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                300.00

---

**3.603** | **Nonpriority creditor's name and mailing address**

CITY OF GARDEN GROVE, CA
P.O. BOX 3070
GARDEN GROVE, CA 92842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,370.24

---

**3.604** | **Nonpriority creditor's name and mailing address**

CITY OF GILROY, CA
PO BOX 888842
LOS ANGELES, CA 90088-8842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                384.06

---

**3.605** | **Nonpriority creditor's name and mailing address**

CITY OF GLENDALE, AZ
P.O. BOX 500 WATER DEPARMENT
GLENDALE, AZ 85311-0500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                140.09

---

**3.606** | **Nonpriority creditor's name and mailing address**

CITY OF GLENDALE, CA
PO BOX 29099
GLENDALE, CA 91209-9099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              8,727.11

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.607** **Nonpriority creditor's name and mailing address**

CITY OF GOODYEAR, AZ
1900 N CIVIC SQUARE
GOODYEAR, AZ 85395-2012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 227.35

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.608** **Nonpriority creditor's name and mailing address**

CITY OF HANFORD
315 N DOUTY ST
HANFORD, CA 93230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 75.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.609** **Nonpriority creditor's name and mailing address**

CITY OF HANFORD, CA
315 NORTH DOUTY
HANFORD, CA 93230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 477.96

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.610** **Nonpriority creditor's name and mailing address**

CITY OF HUNTINGTON BEACH
CLERK OF THE COURT
WESTMINSTER, CA 92683-4576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,059.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.611** **Nonpriority creditor's name and mailing address**

CITY OF HUNTINGTON BEACH, CA
PO BOX 711 ATTN: FINANCE DEPT
HUNTINGTON BEACH, CA 92648-0711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 435.26

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.612** | **Nonpriority creditor's name and mailing address**

CITY OF INGLEWOOD, CA
PO BOX 743543
LOS ANGELES, CA 90074-3543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 1,659.26

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address**

CITY OF KINGMAN, AZ
310 NORTH 4TH STREET
KINGMAN, AZ 86401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 231.02

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address**

CITY OF LAKEWOOD, CA
PO BOX 1038
LAKEWOOD, CA 90714-1038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 332.18

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address**

CITY OF LIVERMORE, CA
1052 SOUTH LIVERMORE AVE
LIVERMORE, CA 94550-4813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 103.02

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address**

CITY OF LODI, CA
PO BOX 1797
SACRAMENTO, CA 95812

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 13,042.26

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.617** **Nonpriority creditor's name and mailing address**

CITY OF LOMITA, CA
24300 NARBONNE AVE
LOMITA, CA 90717-1131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 496.69

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.618** **Nonpriority creditor's name and mailing address**

CITY OF LOMPOC, CA
100 CIVIC CENTER PLAZA
LOMPOC, CA 93436-6916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 4,677.07

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.619** **Nonpriority creditor's name and mailing address**

CITY OF LONG BEACH
BUSINESS LICENSE SECTION
LONG BEACH, CA 90802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 82.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.620** **Nonpriority creditor's name and mailing address**

CITY OF LONG BEACH, CA
P.O. BOX 630 GAS, WATER, SEWER, & REFUSE UTILITIES
LONG BEACH, CA 90842-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 340.38

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.621** **Nonpriority creditor's name and mailing address**

CITY OF LOS ANGELES
150 N LOS ANGELES ST RM 144
LOS ANGELES, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 329.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 78.36 |
|---|---|---|---|

CITY OF LOS BANOS
520 J ST
LOS BANOS, CA 93635

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 216.99 |
|---|---|---|---|

CITY OF LOS BANOS, CA
520 J ST
LOS BANOS, CA 93635

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,335.36 |
|---|---|---|---|

CITY OF MADERA, CA
205 W 4TH STREET UTILITY BILLING DEPARTMENT
MADERA, CA 93637-3527

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50.00 |
|---|---|---|---|

CITY OF MESA
PO BOX 16350
MESA, AZ 85211-6350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,295.90 |
|---|---|---|---|

CITY OF MESA, AZ
P.O. BOX 1878
MESA, AZ 85211-1878

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.627** **Nonpriority creditor's name and mailing address**

CITY OF MODESTO CA
PO BOX 767
MODESTO, CA 95353-0767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 269.47

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.628** **Nonpriority creditor's name and mailing address**

CITY OF MONTCLAIR, CA
P.O. BOX 2308
MONTCLAIR, CA 91763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 66.94

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.629** **Nonpriority creditor's name and mailing address**

CITY OF MONTEBELLO
1600 W BEVERLY BLVD
MONTEBELLO, CA 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 112.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.630** **Nonpriority creditor's name and mailing address**

CITY OF NORTH LAS VEGAS, NV
PO BOX 360118
NORTH LAS VEGAS, NV 89036-0118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 701.17

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.631** **Nonpriority creditor's name and mailing address**

CITY OF OCEANSIDE
300 N COAST HWY
OCEANSIDE, CA 92054-2824

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,309.19

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.632** | **Nonpriority creditor's name and mailing address**

CITY OF OCEANSIDE, CA
PO BOX 513106
LOS ANGELES, CA 90051-1106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$  514.19

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.633** | **Nonpriority creditor's name and mailing address**

CITY OF OXNARD
251 SOUTH C STREET
OXNARD, CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  530.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.634** | **Nonpriority creditor's name and mailing address**

CITY OF OXNARD, CA
214 SOUTH C ST
OXNARD, CA 93030-5712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$  411.24

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.635** | **Nonpriority creditor's name and mailing address**

CITY OF PALMDALE
BUSINESS LICENSE
PALMDALE, CA 93550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  310.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address**

CITY OF PARAMOUNT, CA
16400 COLORADO AVENUE WATER BILL
PARAMOUNT, CA 90723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$  155.85

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 470.22 |
|---|---|---|---|

CITY OF PASADENA
PO BOX 7115
PASADENA, CA 91109-7215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 78.14 |
|---|---|---|---|

CITY OF PEORIA, AZ
PO BOX 52155
PHOENIX, AZ 85072-2155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 192.00 |
|---|---|---|---|

CITY OF PHOENIX
PO BOX 78663
PHOENIX, AZ 85062-8663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,193.15 |
|---|---|---|---|

CITY OF PHOENIX, AZ
PO BOX 29100
PHOENIX, AZ 85038-9100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 359.69 |
|---|---|---|---|

CITY OF POMONA, CA
PO BOX 51481
ONTARIO, CA 91761-0081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 651.81 |
|---|---|---|---|

CITY OF PORT HUENEME, CA
250 NORTH VENTURA ROAD MUNICIPAL WATER DEPARTMENT
PORT HUENEME, CA 93041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,005.11 |
|---|---|---|---|

CITY OF PORTERVILLE, CA
291 NORTH MAIN ST
PORTERVILLE, CA 93257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,003.66 |
|---|---|---|---|

CITY OF REDDING, CA
PO BOX 496081 MUNICIPAL UTILITIES
REDDING, CA 96049-6081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,039.38 |
|---|---|---|---|

CITY OF REDLANDS, CA
P.O. BOX 6903
REDLANDS, CA 92375-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 944.88 |
|---|---|---|---|

CITY OF RENO, NV
PO BOX 54080
LOS ANGELES, CA 90054-0080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.647**  **Nonpriority creditor's name and mailing address**

CITY OF RIALTO
PO BOX 800
RIALTO, CA 92377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          338.70

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.648**  **Nonpriority creditor's name and mailing address**

CITY OF ROHNERT PARK, CA
130 AVRAM AVE UTILITY DEPARTMENT
ROHNERT PARK, CA 94928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                          783.04

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.649**  **Nonpriority creditor's name and mailing address**

CITY OF ROSEVILLE
311 VERNON ST
ROSEVILLE, CA 95678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          290.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.650**  **Nonpriority creditor's name and mailing address**

CITY OF ROSEVILLE, CA
PO BOX 619136
ROSEVILLE, CA 95661-9136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                        8,065.37

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.651**  **Nonpriority creditor's name and mailing address**

CITY OF SACRAMENTO
REVENUE DIV - CITY HALL
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        2,958.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.652** | **Nonpriority creditor's name and mailing address**

CITY OF SACRAMENTO, CA
P.O. BOX 2770
SACRAMENTO, CA 95812-2770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 1,123.96

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address**

CITY OF SAN BERNARDINO, CA
P.O. BOX 710 WATER DEPARTMENT
SAN BERNARDINO, CA 92402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 471.02

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address**

CITY OF SAN CLEMENTE, CA
DEPT LA 23853
PASADENA, CA 91185-3853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 648.61

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address**

CITY OF SAN DIEGO
600 B ST STE 1100
SAN DIEGO, CA 92101-4589

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 137,604.01

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address**

CITY OF SANGER, CA
1700 7TH STREET MUNICIPAL UTILITIES SERVICE BILL
SANGER, CA 93657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 460.82

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.657**  **Nonpriority creditor's name and mailing address**

CITY OF SANTA BARBARA
P.O. BOX 60809
SANTA BARBARA, CA 93160-0809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                    4,544.69

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.658**  **Nonpriority creditor's name and mailing address**

CITY OF SANTA BARBARA-  CITY HALL
PO BOX 1990
SANTA BARBARA, CA 93102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                       283.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.659**  **Nonpriority creditor's name and mailing address**

CITY OF SANTA FE SPRINGS, CA
11710 TELEGRAPH RD WATER UTILITY
SANTA FE SPRINGS, CA 90670-3658

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                       468.32

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.660**  **Nonpriority creditor's name and mailing address**

CITY OF SANTA MARIA, CA
206 E COOK ST
SANTA MARIA, CA 93454-5136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                    2,748.02

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.661**  **Nonpriority creditor's name and mailing address**

CITY OF SANTA MONICA, CA
PO BOX 7125 FINANCE BILLING & COLLECTIONS
ARTESIA, CA 90702-7125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                    2,560.95

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.662** | **Nonpriority creditor's name and mailing address**

CITY OF SCOTTSDALE, AZ
PO BOX 842105
LOS ANGELES, CA 90084-2105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 177.01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.663** | **Nonpriority creditor's name and mailing address**

CITY OF SIGNAL HILL, CA
2175 CHERRY AVENUE
SIGNAL HILL, CA 90755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 848.48

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.664** | **Nonpriority creditor's name and mailing address**

CITY OF SPARKS, NV
PO BOX 6007
WHITTIER, CA 90607-6007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 90.25

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.665** | **Nonpriority creditor's name and mailing address**

CITY OF STOCKTON
425 N EL DORADO ST
STOCKTON, CA 95202-1997

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,472.85

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.666** | **Nonpriority creditor's name and mailing address**

CITY OF STOCKTON, CA
PO BOX 7193
PASADENA, CA 91109-7193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 538.80

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.667** | **Nonpriority creditor's name and mailing address**

CITY OF TEMPE, AZ
PO BOX 52166
PHOENIX, AZ 85072-2166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 99.88

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address**

CITY OF THOUSAND OAKS, CA
2100 EAST THOUSAND OAKS BLVD UTILITY SERVICES BILLING
THOUSAND OAKS, CA 91362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 442.13

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address**

CITY OF TORRANCE
3031 TORRANCE BLVD
TORRANCE, CA 90503-5015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 60.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address**

CITY OF TORRANCE UTILITIES
PO BOX 845629
LOS ANGELES, CA 90084-5629

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 250.86

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address**

CITY OF TUCSON, AZ
PO BOX 51040
LOS ANGELES, CA 90051-5340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 345.23

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.672** **Nonpriority creditor's name and mailing address**

CITY OF TULARE, CA
411 E KERN AVE STE F
TULARE, CA 93274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 151.40

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.673** **Nonpriority creditor's name and mailing address**

CITY OF TURLOCK, CA
PO BOX 1230
SUISUN CITY, CA 94585-1230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 1,727.07

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.674** **Nonpriority creditor's name and mailing address**

CITY OF TUSTIN, CA
PO BOX 80710
CITY OF INDUSTRY, CA 91716-8416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 399.58

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.675** **Nonpriority creditor's name and mailing address**

CITY OF UPLAND
460 N EUCLID AVE
UPLAND, CA 91786-4732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 240.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.676** **Nonpriority creditor's name and mailing address**

CITY OF UPLAND, CA
PO BOX 101115
PASADENA, CA 91189-0005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 965.98

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.677** Nonpriority creditor's name and mailing address

CITY OF VACAVILLE, CA
P.O. BOX 6180
VACAVILLE, CA 95696-6180

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Payable

$ 455.36

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.678** Nonpriority creditor's name and mailing address

CITY OF VALLEJO, CA
PO BOX 888766
LOS ANGELES, CA 90088-8766

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Payable

$ 905.02

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.679** Nonpriority creditor's name and mailing address

CITY OF VERNON, CA
4305 SANTA FE AVENUE
VERNON, CA 90058

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Payable

$ 57,391.70

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.680** Nonpriority creditor's name and mailing address

CITY OF VICTORVILLE, CA
PO BOX 5001
VICTORVILLE, CA 92393-5001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Payable

$ 216.15

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.681** Nonpriority creditor's name and mailing address

CITY OF VISALIA, CA
PO BOX 80268
CITY OF INDUSTRY, CA 91716-8268

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Payable

$ 103.22

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
|        | Name                     |                        |                |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.682** | **Nonpriority creditor's name and mailing address**

CITY OF WASCO, CA
PO BOX 612800
SAN JOSE, CA 95161-2800

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 132.03

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.683** | **Nonpriority creditor's name and mailing address**

CITY OF YUBA CITY
PO BOX 981296
WEST SACRAMENTO, CA 95798-1296

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 159.63

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address**

CITY OF YUBA CITY
1201 CIVIC CENTER BLVD
YUBA CITY, CA 95993

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 44.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address**

CITY OF YUMA, AZ
PO BOX 78324
PHOENIX, AZ 85062-8324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 91.47

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address**

CITY PUBLIC SERVICE BOARD DBA  CPSY
PO BOX 2678
SAN ANTONIO, TX 78289-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10.66

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.687** | **Nonpriority creditor's name and mailing address**

CITY TREASURER-PUBLIC UTILITIES DEPT
PO BOX 129020 CUSTOMER CARE CENTER
SAN DIEGO, CA 92112-9020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 1,446.87

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address**

CIUTI INTERNATIONAL INC
8790 ROCHESTER AVE #A
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,062,702.96

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address**

CKF INC
48 PRINCE STREET
HANTSPORT, NS B0P 1P0
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 92,586.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address**

CKK PARADISO INC
3583 INVESTMENT BLVD STE 7
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 142,425.80

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.691** | **Nonpriority creditor's name and mailing address**

CLAIREMONT RENTAL PROPERTIES
4238 BALBOA AVE
SAN DIEGO, CA 92117-5510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18,685.96

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.692** | **Nonpriority creditor's name and mailing address**

CLARITY ROOF CONSULTING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,125.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address**

CLARK, ARON MATTHEW CURTIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Plaintiff Case No. 24STSC01764

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address**

CLARK, ERNEST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address**

CLARK, SHANNON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Plaintiff Case No. 24STSC00161

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**

CLARK, SHANNON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.697** | **Nonpriority creditor's name and mailing address**

CLASSIC DESIGN
4310 WEST AVE
SAN ANTONIO, TX 78213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98,550.24

---

**3.698** | **Nonpriority creditor's name and mailing address**

CLAXON, MELISSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.699** | **Nonpriority creditor's name and mailing address**

CLEAN EARTH ENVIRONMENTAL SOLUTIONS
350 POPLAR CHURCH ROAD
CAMP HILL, PA 17011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 167,813.55

---

**3.700** | **Nonpriority creditor's name and mailing address**

CLEAN PRODUCT ADVOCATES, LLC
C/O: CLIFFWOOD LAW FIRM, PC
ATTN: ELHAM SHABATIAN
12100 WILSHIRE BLVD
SUITE 800
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.701** | **Nonpriority creditor's name and mailing address**

CLEAN SWEEP SERVICES LLC
PO BOX 2033
YUMA, AZ 85366-2033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,086.88

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.702** **Nonpriority creditor's name and mailing address**

CLIMA-TECH INC
3610 PLACENTIA CT
CHINO, 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 310.78

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.703** **Nonpriority creditor's name and mailing address**

CLINTON, DETRIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.704** **Nonpriority creditor's name and mailing address**

CLK CONSULTING INC
3020 CARBON PLACE STE 202
BOULDER, CO 80301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 46,600.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.705** **Nonpriority creditor's name and mailing address**

CLL-CUYAMACA LP
7920 MARAMAR RD STE 123
SAN DIEGO, CA 92126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,075.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.706** **Nonpriority creditor's name and mailing address**

CLOSEOUT GROUP
113 FILLMORE STREET
BRISTOL, PA 19007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 160,869.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10719 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.707** | **Nonpriority creditor's name and mailing address**

CLT LOGISTICS INC
ATTN: GEORGE HALLEY
75 THERMOS ROAD
TORONTO, ON M1L AW8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 86.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.708** | **Nonpriority creditor's name and mailing address**

CLZ PROPERTIES LLC LOMPOC SHOPPINGR
4747 N 7TH ST STE 400
PHOENIX, AZ 85014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,107.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address**

CMJ BROTHERS CORP
7608 ALONDRA BLVD
PARAMOUNT, CA 90723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 73,788.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address**

COACHELLA PLAZA LLC
PO BOX 871
MENIFEE, CA 92586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,399.64

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.711** | **Nonpriority creditor's name and mailing address**

COACHELLA VALLEY WATER DISTRICT
P.O. BOX 5000
COACHELLA, CA 92236-5000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 692.19

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.712** **Nonpriority creditor's name and mailing address**

COAST TROPICAL
PO BOX 530369
SAN DIEGO, CA 92153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 355,154.90

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.713** **Nonpriority creditor's name and mailing address**

COASTAL COCKTAILS INC
18011 MITCHELL SOUTH SUITE B
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 71,658.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.714** **Nonpriority creditor's name and mailing address**

COBOS, ROXANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.715** **Nonpriority creditor's name and mailing address**

COCA COLA NORTH AMERICA
5800 GRANITE PARKWAY STE 900
PLANO, TX 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 340,863.75

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.716** **Nonpriority creditor's name and mailing address**

COCA COLA SOUTHWEST BEVERAGES LLC
PO BOX 744010
ATLANTA, GA 30384-4010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,093.48

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.717** **Nonpriority creditor's name and mailing address**

COFFEY, STEPHANIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.718** **Nonpriority creditor's name and mailing address**

COKE, AUVETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.719** **Nonpriority creditor's name and mailing address**

COLEN ELTING, LAUREL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.720** **Nonpriority creditor's name and mailing address**

COLGATE-PALMOLIVE CO
22233 LAKE PARK DR
SMYRNA, GA 30080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                        1,060,129.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.721** **Nonpriority creditor's name and mailing address**

COLINA, OMAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 2024-20682

$                        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.722** | **Nonpriority creditor's name and mailing address**

COLLIER, MARTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.723** | **Nonpriority creditor's name and mailing address**

COLLINS, DENISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.724** | **Nonpriority creditor's name and mailing address**

COLONNA BROTHERS INC
4102 BERGEN TURNPIKE
NORTH BERGEN, NJ 07047-2510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 94,984.32

---

**3.725** | **Nonpriority creditor's name and mailing address**

COLQUITT, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.726** | **Nonpriority creditor's name and mailing address**

COLTON PUBLIC UTILITIES, CA
PO BOX 1367
COLTON, CA 92324-0831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,292.31

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.727 | **Nonpriority creditor's name and mailing address**<br><br>COLUMBUS CONSULTING INTERNATIONAL L<br>4200 REGENT STREET SUITE 200<br>COLUMBUS, OH 43219 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 4,185.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.728 | **Nonpriority creditor's name and mailing address**<br><br>COMERCIAL LINO<br>ATTN: VICTOR ZELAYA<br>BARRIO LEMPIRA 7<br>AVENIDA 7 Y 8 CALLE<br>CORTES,<br>HONDURAS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Credit(s) | $ 70.20 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.729 | **Nonpriority creditor's name and mailing address**<br><br>COMERCIALIZADORA MILAN<br>ATTN: JULIO ALARION<br>CARRERA 5#44-32<br>CIUDAD DE MEDELLEN<br><br>COLOMBIA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Credit(s) | $ 3.64 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.730 | **Nonpriority creditor's name and mailing address**<br><br>COMERCIALIZADORA SAGITARIO & PRODUCTOS ESPECIALES<br>ATTN: EVA ZARAGOZA<br>ING,FELIX VAZQUEZ OCANA S/N MZ LLT 6 COL. AMPLIACION VILLA DE REYES<br>COACALCO,<br>MEXICO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Credit(s) | $ 3,052.46 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.731 | **Nonpriority creditor's name and mailing address**<br><br>COMMERCIAL SITE SERVICES LLC<br>10735 MAPLE AVE<br>HESPERIA, CA 92345 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 4,100.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.732** **Nonpriority creditor's name and mailing address**<br><br>COMMUNITY WATER COMPANY OF GREEN VALLEY<br>PO BOX 31001-3288<br>PASADENA, CA 91110-3288 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Utility Payable | $    144.00 |
| **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.733** **Nonpriority creditor's name and mailing address**<br><br>COMPAC INDUSTRIES INC<br>4963 SOUTH ROYAL ATLANTA DRIVE<br>TUCKER, GA 30084 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    10,709.28 |
| **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.734** **Nonpriority creditor's name and mailing address**<br><br>COMPASS INDUSTRIES INC<br>104 WEST 29TH STREET SUITE 1201<br>NEW YORK, NY 10001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    76,145.60 |
| **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.735** **Nonpriority creditor's name and mailing address**<br><br>COMPREHENSIVE DISTRIBUTION SERVICES<br>18726 S WESTERN AVE STE 300<br>GARDENA, CA 90248 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    512,613.69 |
| **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| **3.736** **Nonpriority creditor's name and mailing address**<br><br>COMPUTER RECYCLING TEAM INC<br>1750 FLORADALE AVE<br>SOUTH EL MONTE, CA 91733 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    450.00 |
| **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 222 of 838

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
|        | Name                     |                        |                |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.737** | **Nonpriority creditor's name and mailing address**

CONAGRA FOODS PACKAGED FOODS CO INC
FILE 56929
LOS ANGELES, CA 90074-6929

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 137,543.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address**

CONEJO RIVERSIDE GROUP LLC
1932 E DEERE AVE SUITE 150
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 22,368.69

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.739** | **Nonpriority creditor's name and mailing address**

CONG TY TNHH VAN CHUYEN TRANG PHAN
ATTN: TRINH PHAN
83/1/8 DUONG BUI VAN
NGU TO 2 KHU PHO 3
THANH PHO HO CHI MIN, QUAN 12,
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 153.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.740** | **Nonpriority creditor's name and mailing address**

CONNECT YOU AMERICA
1108 LAVACA ST STE 110 684
AUSTIN, 78701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 22,770.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.741** | **Nonpriority creditor's name and mailing address**

CONNECTING CARING COMMUNITY
ATTN: LISA/ PHYLIS
8001 VALLEY FLORES DRIVE
WEST HILLS, CA 91304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 1,572.37

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.742** **Nonpriority creditor's name and mailing address**

CONOPCO INCDBA UNILEVER
800 SYLVAN AVENUE
ENGLEWOOD CLIFFS, CA 07632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 284,278.81

---

**3.743** **Nonpriority creditor's name and mailing address**

CONRAD URATA 4 LLC
1300 NATIONAL DR STE 100
SACRAMENTO, CA 95834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43,616.99

---

**3.744** **Nonpriority creditor's name and mailing address**

CONRAD, ALICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.745** **Nonpriority creditor's name and mailing address**

CONTRA COSTA WATER DISTRICT (CCWD)
PO BOX 1430
SUISUN CITY, CA 94585-4430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 583.81

---

**3.746** **Nonpriority creditor's name and mailing address**

CONTRERAS, FELIPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.747** **Nonpriority creditor's name and mailing address**

CONTRERAS, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.748** **Nonpriority creditor's name and mailing address**

CONTRERAS, MARIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.749** **Nonpriority creditor's name and mailing address**

CONTRERAS, MONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.750** **Nonpriority creditor's name and mailing address**

CONTRERAS, RAFAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 21ST-CV21876

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.751** **Nonpriority creditor's name and mailing address**

CONVENIENCE VALET
2755 W THOMAS ST
MELROSE PARK, IL 60160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,932.80

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.752** | **Nonpriority creditor's name and mailing address**

CONVERGE TECHNOLOGY SOLUTIONS US LL
130 TECHNOLOGY PARKWAY
PEACHTREE CORNERS, GA 30092-2908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 132,336.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.753** | **Nonpriority creditor's name and mailing address**

CONVERGEONE INC
10900 NESBITT AVE SOUTH
BLOOMINGTON, MN 55437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,260.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.754** | **Nonpriority creditor's name and mailing address**

COOK BROTHERS, INC
ATTN: GABIE
1740 N.KOSTNER AVE
CHICAGO, IL 60639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.755** | **Nonpriority creditor's name and mailing address**

COOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Plaintiff Case No. 202008-10874104

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.756** | **Nonpriority creditor's name and mailing address**

COPPER MOON COFFEE LLC
1503 VETERANS MEMORIAL PARKWAY E
LAFAYETTE, IN 47905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 171,816.12

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.757** **Nonpriority creditor's name and mailing address**

COPPER WASH LLC
ATTN: BERENICE MERCADO
5201 IMPERIAL HWY
SOUTH GATE, CA 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    85.51

---

**3.758** **Nonpriority creditor's name and mailing address**

COPPERSMITH BROCKELMAN PLC
2800 N CENTRA AVE STE 1200
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   240.00

---

**3.759** **Nonpriority creditor's name and mailing address**

COREAS, JUAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

**3.760** **Nonpriority creditor's name and mailing address**

CORONA, VICTORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

**3.761** **Nonpriority creditor's name and mailing address**

CORRAL, MARIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762** **Nonpriority creditor's name and mailing address**

CORTEZ BALTAZAR, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.763** **Nonpriority creditor's name and mailing address**

CORTEZ VALERIO, HERMINIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.764** **Nonpriority creditor's name and mailing address**

CORTEZ, ALEJANDRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.765** **Nonpriority creditor's name and mailing address**

CORTEZ, SONIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$                    1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.766** **Nonpriority creditor's name and mailing address**

CORTEZ, SONIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.767** | **Nonpriority creditor's name and mailing address**

COSMOPOLITAN FOOD GROUP INC
50 HARRISON ST STE 208
HOBOKEN, NJ 07030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   297,204.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.768** | **Nonpriority creditor's name and mailing address**

COST CLUB CORPORATION
ATTN: ASHRAF
5336 LINDBERGH LN
BELL, CA 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$   418.32

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.769** | **Nonpriority creditor's name and mailing address**

COSTA FARMS LLC
21800 SW 162 AVENUE
MIAMI, 33170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   38,962.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.770** | **Nonpriority creditor's name and mailing address**

COSTAR REALTY INFORMATION INC
2 BETHESDA METRO CENTER
BETHESDA, MD 20814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   4,475.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.771** | **Nonpriority creditor's name and mailing address**

COTTRELL, TOSHIBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened Litigation

$   Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.772**

**Nonpriority creditor's name and mailing address**

COUNTY OF ORANGE
PO BOX 448
SANTA ANA, CA 92702-0448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 161,145.87

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.773**

**Nonpriority creditor's name and mailing address**

COUNTY OF SACRAMENTO - ENVIRONMENTAT DEPT
10590 ARMSTRONG AVE STE C
MATHER, CA 95655-4153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,866.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.774**

**Nonpriority creditor's name and mailing address**

COUNTY OF SAN BERNARDINO
172 W 3RD ST 1ST FL
SAN BERNARDINO, CA 92415-0360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,222.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.775**

**Nonpriority creditor's name and mailing address**

COUNTY OF SAN DIEGO
5555 OVERLAND AVE STE 3101
SAN DIEGO, CA 92123-1256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 170.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.776**

**Nonpriority creditor's name and mailing address**

COUNTY OF SANTA BARBARA
PO BOX 579
SANTA BARBARA, CA 93102-0579

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 42,145.09

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   99 Cents Only Stores LLC                                    Case number (if known)   24-10721 (JKS)
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.777** | **Nonpriority creditor's name and mailing address**

COUNTY OF SONOMA
625 5TH ST
SANTA ROSA, CA 95404-4428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,122.20

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.778** | **Nonpriority creditor's name and mailing address**

COUNTY OF VENTURA
800 S VICTORIA AVE STE 1730
VENTURA, CA 93009-1730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    30,965.10

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.779** | **Nonpriority creditor's name and mailing address**

COURTNEY, ADORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.780** | **Nonpriority creditor's name and mailing address**

COURTNEY, MELVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.781** | **Nonpriority creditor's name and mailing address**

COVARRUBIA, ANABEU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Codefendant - Case No. 21STCV25748

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.782** **Nonpriority creditor's name and mailing address**

COVARRUBIAS, ANAVEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.783** **Nonpriority creditor's name and mailing address**

COVARRUBIAS, ANAVEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.784** **Nonpriority creditor's name and mailing address**

COVINA PROPERTY LLC
595 EVELYN PLACE
BEVERLY HILLS, CA 90210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,543.24

---

**3.785** **Nonpriority creditor's name and mailing address**

CP WOOD LLC
14 CORPORATE PLAZA DRIVE SUITE 120
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,831.01

---

**3.786** **Nonpriority creditor's name and mailing address**

CPGS CHILE SPA
ATTN: ABDON CARTAGENA
RAMON SUBERCASEAUX 1268 OF.1204
SANTIAGO, 8910131
CHILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,615.96

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.787 Nonpriority creditor's name and mailing address**
CR BREA LLC
2416 W VALLEY BLVD
ALHAMBRA, CA 91803

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable

$ 27,266.17

Date or dates debt was incurred   Undetermined
Is the claim subject to offset?
☒ No
☐ Yes
Last 4 digits of account number

**3.788 Nonpriority creditor's name and mailing address**
CRAIG N PEDERSEN AND KRIS B PEDERSO
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable

$ 14,110.43

Date or dates debt was incurred   Undetermined
Is the claim subject to offset?
☒ No
☐ Yes
Last 4 digits of account number

**3.789 Nonpriority creditor's name and mailing address**
CREATIVE DESIGN LTD
UNIT 1-10 2ND FLOOR
KWAI CHUNG,
HONG KONG

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable

$ 54,744.00

Date or dates debt was incurred   Undetermined
Is the claim subject to offset?
☒ No
☐ Yes
Last 4 digits of account number

**3.790 Nonpriority creditor's name and mailing address**
CREATIVE WORLDWIDE HK LIMITED
UNIT NO 6 5/F KAI FUK INDUSTRIAL CE
KOWLOON,
HONG KONG

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable

$ 106,427.71

Date or dates debt was incurred   Undetermined
Is the claim subject to offset?
☒ No
☐ Yes
Last 4 digits of account number

**3.791 Nonpriority creditor's name and mailing address**
CROCS LIGHTER INC
PO BOX 549
BREA, CA 92821

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable

$ 94,006.80

Date or dates debt was incurred   Undetermined
Is the claim subject to offset?
☒ No
☐ Yes
Last 4 digits of account number

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.792** **Nonpriority creditor's name and mailing address**

CROSBY, CHRISTINE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ Undetermined

---

**3.793** **Nonpriority creditor's name and mailing address**

CROSSCHANNEL IMPORTS INC
ATTN: EMMANUEL CUEVAS
EAST TOWER 3103A
TEKTITE TOWERS
PASIG CITY,PHILIPPIN, 1605
PHILIPPINES

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 36,803.96

---

**3.794** **Nonpriority creditor's name and mailing address**

CROWN BUSINESS SOLUTIONS
ATTN: DANA ANGELINO
1210 STIRLING RD #1A 1B 3A 3B
DANIA BCH, FL 33004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 569.87

---

**3.795** **Nonpriority creditor's name and mailing address**

CROWN DISPLAY INC
50 ANN ST
WEST PITTSTON, PA 18643

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,348.16

---

**3.796** **Nonpriority creditor's name and mailing address**

CROWN EQUIPMENT CORP DBA CROWN LIFTKS
44 S WASHINGTON ST
NEW BREMON, OH 45869-1247

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$ 28,625.55

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.797** | **Nonpriority creditor's name and mailing address**

CROWN MAINTENANCE CO INC
PO BOX 3508
SEAL BEACH, CA 90740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,830.00

---

**3.798** | **Nonpriority creditor's name and mailing address**

CRUM, COLLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.799** | **Nonpriority creditor's name and mailing address**

CRUZ CHAVEZ, SANTOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.800** | **Nonpriority creditor's name and mailing address**

CRUZ CHAVEZ, SANTOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.801** | **Nonpriority creditor's name and mailing address**

CRUZ DE LOPEZ, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.802** | **Nonpriority creditor's name and mailing address**

CRUZ DE LOPEZ, MARTHA OLIVIA
C/O Ramin Younessi Los Angeles
ATTN: MR. RAMIN R. YOUNESSI
3435 WILSHIRE BLVD. STE 2200
LOS ANGELES, CA 90010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 202426274

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address**

CRUZ, BLANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 410,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address**

CRUZ, BLANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address**

CRUZ, GLORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address**

CRUZ, VIRGINIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.807** **Nonpriority creditor's name and mailing address**

CRYSTAL GEYSER WATER CO
501 WASHINGTON ST
CALISTOGA, CA 94515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 172,141.20

---

**3.808** **Nonpriority creditor's name and mailing address**

CRYSTAL ICE COMPANY INC
1345 W 4TH ST
RENO, NV 89503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,498.60

---

**3.809** **Nonpriority creditor's name and mailing address**

CT TRADING INC
ATTN: JACKIE GARCIA
4956 HELLMAN AVE
LOS ANGELES, CA 90042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.08

---

**3.810** **Nonpriority creditor's name and mailing address**

CUCAMONGA VALLEY WATER DISTRICT
PO BOX 638
RANCHO CUCAMONGA, CA 91729

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 552.97

---

**3.811** **Nonpriority creditor's name and mailing address**

CUENCAS, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.812 Nonpriority creditor's name and mailing address**

CUERVO, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 24NWCV00656

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.813 Nonpriority creditor's name and mailing address**

CUEVAS, EDEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.814 Nonpriority creditor's name and mailing address**

CUMMINS ALLISON CORP
PO BOX 931958
ATLANTA, GA 31193-1959

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 553.56

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.815 Nonpriority creditor's name and mailing address**

CUMMINS, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.816 Nonpriority creditor's name and mailing address**

CUNNINGHAM, TIFFANY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 238 of 838

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
|        | Name |  |  |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.817** | **Nonpriority creditor's name and mailing address**

CURRENT WHOLESALE ELECTRIC SUPPLY
2800 E 54TH ST
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,517.82

---

**3.818** | **Nonpriority creditor's name and mailing address**

CURTIS WAGNER PLASTICS CORP
PO BOX 40505
HOUSTON, TX 77240-0505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51,590.00

---

**3.819** | **Nonpriority creditor's name and mailing address**

CURTIS, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.820** | **Nonpriority creditor's name and mailing address**

CUT AND CLEAN LANDSCAPE SERVICES IN
758 CALLE PLANO
CAMARILLO, CA 93012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,264.80

---

**3.821** | **Nonpriority creditor's name and mailing address**

CUX CHA, CATARINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.822** **Nonpriority creditor's name and mailing address**

CYA PROPERTY MANAGEMENT LLC
4444 MANZANITA AVE STE 1
CARMICHAEL, CA 95608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,242.67

---

**3.823** **Nonpriority creditor's name and mailing address**

CYMA ORCHIDS CORPORATION
2929 ETTING ROAD
OXNARD, CA 93033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             301,898.52

---

**3.824** **Nonpriority creditor's name and mailing address**

D&Z PROPERTIES LLC
18001 VENTURA BLVD #C
ENCINO, CA 91316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               25,899.17

---

**3.825** **Nonpriority creditor's name and mailing address**

DA INTERNATIONAL VENTURES INC
2408 CONGRESS ST
SAN DIEGO, CA 92110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             389,272.40

---

**3.826** **Nonpriority creditor's name and mailing address**

DAFU INDUSTRIES CO LIMITED
RM 1608 BLOCK A JINGLONG
GUANGDONG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               14,947.97

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.827** **Nonpriority creditor's name and mailing address**

DAHDOUL TEXTILES INC.
C/O: MILORD LAW GROUP, P.C.
ATTN: MILORD A. KESHISHIAN
333 S. HOPE STREET
SUITE 4025
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 2:23-cv-10738

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.828** **Nonpriority creditor's name and mailing address**

DAHO USA LLC
16018 ADELANTE ST UNIT C
IRWINDALE, CA 91702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 131,755.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.829** **Nonpriority creditor's name and mailing address**

DAILY, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.830** **Nonpriority creditor's name and mailing address**

DAISEUNG MARKETING INC DBA GREEN DOLLAR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 11.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.831** **Nonpriority creditor's name and mailing address**

DAISY'S MERCHANDISE
ATTN: DAISY CASTILLO
215 E 89TH STREET
LOS ANGELES, CA 90003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 100.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 659,089.20 |
|---|---|---|---|---|

DALIAN PENNY INTERNATIONAL TRADINGCO LTD
ROOM 506 5TH FLOOR SHENASHI
NO35 LUXUN ROAD,
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DALLA-TOR, RONALD
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DAMUS, JEAN
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 266,553.60 |
|---|---|---|---|---|

DAN ON & ASSOCIATES DBA DAN-D  PAK
2628 S CHERRY AVE
FRESNO, CA 93706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 70.07 |
|---|---|---|---|---|

DAN TONE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.837** **Nonpriority creditor's name and mailing address**

DANIEL J DICARLO TRUSTEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  21,711.94

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.838** **Nonpriority creditor's name and mailing address**

DANIELS, TIGRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.839** **Nonpriority creditor's name and mailing address**

DANONE US LLC
1 MAPLE AVE
WHITE PLAINS, NY 10605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  108,937.84

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.840** **Nonpriority creditor's name and mailing address**

DANSON DECOR INC
3425 DOUGLAS B FLOREANI
ST LAURENT, QC H4S 1Y6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  12,420.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.841** **Nonpriority creditor's name and mailing address**

DART CONTAINER CORPORATION
500 HOGSBACK RD
MASON, MI 48854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  119,175.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.842** **Nonpriority creditor's name and mailing address**

DART WAREHOUSE CORPORATION
1430 S EASTMAN AVE
LOS ANGELES, CA 90023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,101,530.00

---

**3.843** **Nonpriority creditor's name and mailing address**

DARWIN, BILLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.844** **Nonpriority creditor's name and mailing address**

DASH HUDSON INC
1668 BARRINGTON STREET 6TH FLOOR
HALIFAX, B3J 2A2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,747.00

---

**3.845** **Nonpriority creditor's name and mailing address**

DATAMAX SYSTEM SOLUTIONS INC
6251 PARK OF COMMERCE BLVD STE B
BOCA RATON, FL 33487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,141.23

---

**3.846** **Nonpriority creditor's name and mailing address**

DATE PALM BST LLC
550 S HILL STREET SUITE 875
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 72,231.04

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.847** | **Nonpriority creditor's name and mailing address**

DAULAT MUROD, ZAMIRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.848** | **Nonpriority creditor's name and mailing address**

DAVID DEL TORO
ATTN: DAVID DEL TORO
5072 COGSWELL ROAD
EL MONTE, CA 91732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     9.86

---

**3.849** | **Nonpriority creditor's name and mailing address**

DAVID GIACOMINI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     19,053.33

---

**3.850** | **Nonpriority creditor's name and mailing address**

DAVID YASHAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     21,635.27

---

**3.851** | **Nonpriority creditor's name and mailing address**

DAVILA, TERESA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.852** | **Nonpriority creditor's name and mailing address**

DAVIS FLUORESCENTS
8530 VENICE BLVD
LOS ANGELES, CA 90034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 258.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.853** | **Nonpriority creditor's name and mailing address**

DAVIS, ANGELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.854** | **Nonpriority creditor's name and mailing address**

DAVIS, RODNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.855** | **Nonpriority creditor's name and mailing address**

DAVOUD, PONTEA HAKIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.856** | **Nonpriority creditor's name and mailing address**

DAYANI, SAEED
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.857** | **Nonpriority creditor's name and mailing address**

DAYFORCE US INC
3311 EAST OLD SHAKOPEE RD
MINNEAPOLIS, MN 55425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,479.40

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.858** | **Nonpriority creditor's name and mailing address**

DAZZLING INTERNATIONAL LTD
RM 1102 SEA VIEW CENTER
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 38,862.48

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address**

DDC TRADING INC
ATTN: DAYAN DIAZ
400 SUNNY ISLES BLVD #1506
SUNNY ISLES, FL 33160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 64.08

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.860** | **Nonpriority creditor's name and mailing address**

DDRM HILLTOP PLAZA LP
3300 ENTERPRISE PARKWAY
BEACHWOOD, OH 44122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30,208.49

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.861** | **Nonpriority creditor's name and mailing address**

DE ARTEAGA, BLANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.862** **Nonpriority creditor's name and mailing address**

DE JESUS NUNEZ FLORES, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.863** **Nonpriority creditor's name and mailing address**

DE LA PAZ, GERARDO PEREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.864** **Nonpriority creditor's name and mailing address**

DE LA TORRE, ALMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.865** **Nonpriority creditor's name and mailing address**

DE LA TORRE, LUDIVINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.866** **Nonpriority creditor's name and mailing address**

DE LEON, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.867** | **Nonpriority creditor's name and mailing address**

DE LOPEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address**

DE TODO PARA T2
ATTN: JUAN PABLO LOPEZ
AV BASE AEREA 1632
ZAPOPAN, JALISCO, 45160
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 69.12

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.869** | **Nonpriority creditor's name and mailing address**

DEAR, VERNON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address**

DECKER LIGHTING SUPPLY
8530 VENICE BLVD
LOS ANGELES, CA 90034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,314.76

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.871** | **Nonpriority creditor's name and mailing address**

DEERWOOD STRATEGIC PARTNERS LLC
3720 S SUSAN STREET SUITE 100
SANTA ANA, CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,570.15

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.872** Nonpriority creditor's name and mailing address

DEISY DIAZ MORALES
C/O THE HADI LAW FIRM, PLLC
ATTN: HUSEIN HADI, JAMIL THOMAS, SEDRICK STAGG, AHSON B. WALI, SEVE THOMAS, ARIANA MEHDIPOUR, ANITA MEHDIPOUR
7100 REGENCY SQUARE BLVD., SUITE 140
HOUSTON, TX 77036

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.873** Nonpriority creditor's name and mailing address

DEL MONTE 3 LP
655 REDWOOD HIGHWAY SUITE 177
MILL VALLEY, CA 94941

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19,221.10

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.874** Nonpriority creditor's name and mailing address

DEL MONTE FOODS INC
375 N SHORE DR
PITTSBURGH, PA 15212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 225,439.68

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.875** Nonpriority creditor's name and mailing address

DEL MONTE FRESH PRODUCE NA
241 SEVILLA AVE
CORAL GABLES, FL 33134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,926.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.876** Nonpriority creditor's name and mailing address

DEL MONTE FRESH PRODUCE NA INC
PO BOX 748088
LOS ANGELES, 90074-8088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 57,600.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (*if known*) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.877** | **Nonpriority creditor's name and mailing address**

DEL REAL LLC
11041 INLAND AVENUE
JURUPA, CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 228,029.24

---

**3.878** | **Nonpriority creditor's name and mailing address**

DEL VALLE, CYNTHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.879** | **Nonpriority creditor's name and mailing address**

DELA FUENTE, ELVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.880** | **Nonpriority creditor's name and mailing address**

DELASHAW, CAMERON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 37-2024-00007281-CU-OE-CTL

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.881** | **Nonpriority creditor's name and mailing address**

DELASHAW, CAMERON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.882** | **Nonpriority creditor's name and mailing address**

DELEON, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address**

DELGADO DE RAMOS, ERICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address**

DELGADO, ERIKA
C/O BEDFORD LAW GROUP APC
ATTN: VAHAN GABRIELYAN, ESQ.
1875 CENTURY PARK EAST, STE. 1790
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Case No. CIVSB2319617

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address**

DELGADO, JESSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address**

DELGADO, TERESA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.887** **Nonpriority creditor's name and mailing address**

DELLY, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Severance Obligations

$ 129,230.76

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.888** **Nonpriority creditor's name and mailing address**

DELTA BRANDS INC
1890 PALMER AVENUE
LARCHMONT, NY 10538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 75,363.84

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.889** **Nonpriority creditor's name and mailing address**

DELTA CARBONA LP
16 CHAPIN ROAD UNIT 911
PINE BROOK, 07058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,440.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.890** **Nonpriority creditor's name and mailing address**

DEMORA, TAMMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.891** **Nonpriority creditor's name and mailing address**

DENIZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.892** | **Nonpriority creditor's name and mailing address**

DEPARTMENT OF HOMELAND SECURITY
U.S. BANK GOVERNMENT LOCKBOX
1005 CONVENTION PLAZA
ST. LOUIS, MO 63101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                           10,500.77

---

**3.893** | **Nonpriority creditor's name and mailing address**

DEPINA, MARIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Plaintiff Case No. BCV-22-101652

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                           Undetermined

---

**3.894** | **Nonpriority creditor's name and mailing address**

DEPT OF CONSERVATION
PO BOX 277820
SACRAMENTO, CA 95827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                           574,364.00

---

**3.895** | **Nonpriority creditor's name and mailing address**

DEPT OF MOTOR VEHICLES
PO BOX 942894
SACRAMENTO, CA 94294-0894

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                           10.00

---

**3.896** | **Nonpriority creditor's name and mailing address**

DERITO TALKING STICK NORTH LLC
9120 EAST TALKING STICK WAY SUITE E
SCOTTSDALE, AZ 85250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                           20,425.93

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.897** | **Nonpriority creditor's name and mailing address**

DESERT GROCERS INC
42263 50TH ST W STE 104
LANCASTER, 93536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 124.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.898** | **Nonpriority creditor's name and mailing address**

DESERT WATER AGENCY
P.O. BOX 1710
PALM SPRINGS, CA 92263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 211.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.899** | **Nonpriority creditor's name and mailing address**

DETWILER, AMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address**

DETWILER, AMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.901** | **Nonpriority creditor's name and mailing address**

DEUTSCH, ERIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.902** | **Nonpriority creditor's name and mailing address**

DFRZ INC
18351 COLIMA ROAD STE 176
ROWLAND HEIGHTS, CA 91748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 121,447.80

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address**

DGN TECHNOLOGIES INC
46500 FREMONT BLVD SUITE 708
FREMONT, CA 94538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,570.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address**

DIAMOND FOODS LLC
1050 S DIAMOND STREET
STOCKTON, CA 95201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 414,000.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address**

DIAZ MENDOZA, JESUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.906** | **Nonpriority creditor's name and mailing address**

DIAZ, ADRIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.907** | **Nonpriority creditor's name and mailing address**

DIAZ, JESUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$         Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.908** | **Nonpriority creditor's name and mailing address**

DIAZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$         Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.909** | **Nonpriority creditor's name and mailing address**

DIAZ, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$         Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.910** | **Nonpriority creditor's name and mailing address**

DIAZ, SYLVIA LOPEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$         Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.911** | **Nonpriority creditor's name and mailing address**

DIEN KIM TRAN
19392 CORAL WOOD
HUNTINGTON BEACH, CA 92646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$         64.80

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.912** **Nonpriority creditor's name and mailing address**

DIGO TOYS INDUSTRIAL COMPANY LIMITE
YUTAN ROAD WEST CHENGHUA DISTRICT
SHANTOU, 515800
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 158,168.28

---

**3.913** **Nonpriority creditor's name and mailing address**

DIMARE FRESH INC
4629 DIPLOMACY ROAD
FORT WORTH, TX 76155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 108,949.32

---

**3.914** **Nonpriority creditor's name and mailing address**

DINKINS, MARILYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.915** **Nonpriority creditor's name and mailing address**

DIRECT TRAFFIC SOLUTIONS INC
7601 N FEDERAL HWY SUITE A125
BOCA RATON, FL 33487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,735.00

---

**3.916** **Nonpriority creditor's name and mailing address**

DISCOUNT DISTRIBUTORS CORP
4616 WEST SAHARA AVE UNIT 317
LAS VEGAS, NV 89102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,478.40

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.917**  **Nonpriority creditor's name and mailing address**

DISRUPTIVE BEVERAGES INC DBA FUNCTIVERAGES
901 N WALTON AVE
YUBA CITY, CA 95993

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                81,909.27

---

**3.918**  **Nonpriority creditor's name and mailing address**

DISTINGUISHED LLC
PO BOX 2027
LONG BEACH, CA 90801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                25,527.55

---

**3.919**  **Nonpriority creditor's name and mailing address**

DLA GALVAN INC
2401 WATERMAN BLVD SUITE A4 #214
FAIRFIELD, CA 94534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,900.00

---

**3.920**  **Nonpriority creditor's name and mailing address**

DO-IT CORP
PO BOX 592
SOUTH HAVEN, MI 49090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,135.00

---

**3.921**  **Nonpriority creditor's name and mailing address**

DOLE PACKAGED FOODS LLC
1 DOLE DR
WESTLAKE VILLAGE, CA 91362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                105,600.00

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.03 |
|---|---|---|---|

DOLLAR & MORE
ATTN: DELMY SANCHEZ
3031 FOOTHILLS BLVD
ROSEVILLE, CA 95747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.923 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4.26 |
|---|---|---|---|

DOLLAR AND UP MARKET INC
ATTN: HANIF AMIRI
3030 16TH STREET
SAN FRANCISCO, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.01 |
|---|---|---|---|

DOLLAR DEALS#3
ATTN: SOHAIL
3207 KIRNWOOD LN
STE#119
DALLAS, TX 75237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.925 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 58.26 |
|---|---|---|---|

DOLLAR DREAMWORKS INC
2904 DIVISION ST
LOS ANGELES, CA 90065-1216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 371.85 |
|---|---|---|---|

DOLLAR EXPRESS
ATTN: KEVIN JOHAL
29564 YOSEMITE SPRINGS PKWY
COARSEGOLD, CA 93614-9160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.927** | **Nonpriority creditor's name and mailing address**

DOLLAR GIANT
ATTN: JUN KIM
4401 SLAUSON AVE
MAYWOOD, CA 90270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 20.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.928** | **Nonpriority creditor's name and mailing address**

DOLLAR KINGS INC.
ATTN: LORIS MATEVOSYAN
4811 HAMPTON ST
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 47.88

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.929** | **Nonpriority creditor's name and mailing address**

DOLLAR MART
ATTN: ADAM AHMED
226 CENTRAL AVE #B
SHAFTER, CA 93263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 859.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.930** | **Nonpriority creditor's name and mailing address**

DOLLAR MAS
ATTN: BEN
1500 E 1ST
LOS ANGELES, CA 90033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 2.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.931** | **Nonpriority creditor's name and mailing address**

DOLLAR PLUS, INC
310 MAIN ST STE B
ROUGE RIVER, OR 97537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 510.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.932** **Nonpriority creditor's name and mailing address**

DOLLAR RITE INTERNATIONAL INC
13F NO 95 MINQUAN ROAD
NEW TAIPEI CITY, 231
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 349,209.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.933** **Nonpriority creditor's name and mailing address**

DOLLAR SOURCING TRADING CO LTD
NO 128 CHANGSHOU EAST ROAD
NINGBO, 315012
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,850,487.84

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.934** **Nonpriority creditor's name and mailing address**

DOLLAR WORLD 1
ATTN: DAVID CHO DAVID CHO
3030 N BROADWAY
LOS ANGELES, CA 90031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 125.71

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.935** **Nonpriority creditor's name and mailing address**

DOMEL INC. DBA:SAIL DRUG
12350 CALIFORNIA ST.
YUCAIPA, CA 92399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 442.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.936** **Nonpriority creditor's name and mailing address**

DOMINGUEZ, JOSEFINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,296.05 |
| --- | --- | --- | --- |

DONAGHY SALES LLC
2363 S CEDAR AVE
FRESNO, CA 93725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,311.20 |
| --- | --- | --- | --- |

DONG A CORP.
ATTN: ILNAM JU
LOWER BASE TANAPAQ
SAIPAN,

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 64,835.64 |
| --- | --- | --- | --- |

DONGGUAN QISHI SHENG HONG CRAFTS FA
CHUANGYE ROAD XIAAN
GUANGDONG, 523500
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

DORSEY, DWITE
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 79,833.60 |
| --- | --- | --- | --- |

DOS AMIGOS INC
8595 AVENIDA COSTA SUR STE A
SAN DIEGO, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942 Nonpriority creditor's name and mailing address**

DOS GRINGOS
3260 CORPORATE VIEW DRIVE
VISTA, 92081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36,855.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.943 Nonpriority creditor's name and mailing address**

DOSANIM, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 23ST-CV17083

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.944 Nonpriority creditor's name and mailing address**

DOUBLE ENTERPRISE DEVELOPMENT CO LT
FLAT RM 604 6 F EASEY COMMERCIAL BU
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 22,500.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.945 Nonpriority creditor's name and mailing address**

DOUGLAS CENTER TRUST ACCOUNT
CO CHA 4835 E CACTUS ROAD SUITE 443
SCOTTSDALE, AZ 85254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,549.47

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.946 Nonpriority creditor's name and mailing address**

DOWIN ENTERPRISE INC
9631 E LAS TUNAS DR STE A-1
TEMPLE CITY, CA 91780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 794,953.34

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.947** | **Nonpriority creditor's name and mailing address**

DOWNES, BETTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.948** | **Nonpriority creditor's name and mailing address**

DOWNEY BRAND LLP
621 CAPITOL MALL 18TH FLOOR
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    10,018.00

---

**3.949** | **Nonpriority creditor's name and mailing address**

DR PEPPER SNAPPLE GROUP DBA SEVEN UBOTTLING CO
PO BOX 742472
LOS ANGELES, CA 90074-2472

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    237,029.00

---

**3.950** | **Nonpriority creditor's name and mailing address**

DREAMERS FLOWER SHOP
ATTN: BETSY HERNANDEZ
8129 ARROYO DRIVE
ROSEMEAD, CA 91770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    280.38

---

**3.951** | **Nonpriority creditor's name and mailing address**

DREYERS GRAND ICE CREAM INC
5929 COLLEGE AVENUE
OAKLAND, CA 94618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    118,431.82

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.952** **Nonpriority creditor's name and mailing address**

DRI MARK PRODUCTS INC
999 S OYSTER BAY RD STE 312
BETHPAGE, NY 11714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,968.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.953** **Nonpriority creditor's name and mailing address**

DSL HOLDING LIMITED
FLAT A 10F BLOCK A
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,213,179.24

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.954** **Nonpriority creditor's name and mailing address**

DTLA SUPPLY CHAIN
880 N ALAMEDA ST
LOS ANGELES, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 1.68

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.955** **Nonpriority creditor's name and mailing address**

DULCERIAS AZTECAS
ATTN: BRENDA BRIONES
1177 BROADWAY
STE#1
CHULA VISTA, CA 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 14.22

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.956** **Nonpriority creditor's name and mailing address**

DUNLAP, SU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.957**  **Nonpriority creditor's name and mailing address**

DURABLE PACKAGING INTERNATIONA
750 NGATE PARKWAY
WHEELING, IL 60090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                23,524.20

---

**3.958**  **Nonpriority creditor's name and mailing address**

DURAN, ANNETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.959**  **Nonpriority creditor's name and mailing address**

DURAN, EZEKIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.960**  **Nonpriority creditor's name and mailing address**

DURAN, ROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.961**  **Nonpriority creditor's name and mailing address**

DURAND, CHRISTINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.962** **Nonpriority creditor's name and mailing address**

DURAN-HERNANDEZ, ROSALBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.963** **Nonpriority creditor's name and mailing address**

DURATRON INDUSTRIES INC
10160 OLNEY ST
EL MONTE, CA 91731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              56,803.20

---

**3.964** **Nonpriority creditor's name and mailing address**

DVORAK, WHITNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.965** **Nonpriority creditor's name and mailing address**

DYNASTY FARMS INC
740 AIRPORT BLVD
SALINAS, CA 93901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.966** **Nonpriority creditor's name and mailing address**

DYSUN INTERNATIONAL DEVELOPMENT LTD
NO 1 A YILIN WEST STREET
LONGXI ROAD, 510388
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              317,375.76

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.967** **Nonpriority creditor's name and mailing address**

E & A WORLDWIDE TRADERS, INC.
4709 30TH ST 4TH FL
LONG ISLAND, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   23,993.75

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.968** **Nonpriority creditor's name and mailing address**

E & E SWEEPING SERVICE CO
PO BOX 8646
MISSION HILLS, CA 91346-8646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    6,783.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.969** **Nonpriority creditor's name and mailing address**

E & L INVESTMENTS LLC
2200 PEBBLE BEACH TRAIL
OXNARD, CA 93036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   13,126.61

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.970** **Nonpriority creditor's name and mailing address**

E D PRODUCE
726 MATEO ST
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   21,786.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.971** **Nonpriority creditor's name and mailing address**

EACOTT, VANESA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$                  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.972** **Nonpriority creditor's name and mailing address**

EAGLE PRODUCE LLC DBA MARTORI FARM
7332 E BUTHERUS DR STE 200
SCOTTSDALE, AZ 85260-2426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,624.00

**3.973** **Nonpriority creditor's name and mailing address**

EAGLE RESOURCES TRADING LTD
11/F KAM SANG BLDG
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 299,653.18

**3.974** **Nonpriority creditor's name and mailing address**

EARLS PERFORMANCE PLUMBING
PO BOX 6302
CHICO, 95927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 148.96

**3.975** **Nonpriority creditor's name and mailing address**

EARTH & OCEAN LLC
1401 MONTEREY PASS RD UNIT 3
MONTEREY PARK, CA 91754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,840.00

**3.976** **Nonpriority creditor's name and mailing address**

EARTH AND I LLC
19197 GOLDEN VALLEY RD 118
CANYON COUNTRY, CA 91387

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 303,558.27

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.977** **Nonpriority creditor's name and mailing address**

EAST BAY MUNICIPAL UTILITY DIST. (EBMUD )
PO BOX 51191
LOS ANGELES, CA 90051-5491

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 6,032.98

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.978** **Nonpriority creditor's name and mailing address**

EAST NILES COMM SERV DIST CA
P.O. BOX 6038
BAKERSFIELD, CA 93386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 352.10

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.979** **Nonpriority creditor's name and mailing address**

EAST VALLEY WATER DISTRICT, CA
PO BOX 3550
ONTARIO, CA 91761-0955

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 435.01

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.980** **Nonpriority creditor's name and mailing address**

EASTERN MUNICIPAL WATER DISTRICT (EMWD)
PO BOX 845484
LOS ANGELES, CA 90084-5484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 1,867.60

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.981** **Nonpriority creditor's name and mailing address**

EAT THE STREET LLC
ATTN: MIKE JARADAH
212 E WALKER ST
ORLAND, CA 95963

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 117.94

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.982** | **Nonpriority creditor's name and mailing address**

EBELIO MARTINEZ
1822 S BONNIE BRAE ST
LOS ANGELES, CA 90006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,790.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.983** | **Nonpriority creditor's name and mailing address**

E-BEVERLY HOLDINGS LLC
6140 BRENT THURMAN WAY SUITE 140
LAS VEGAS, NV 89148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,605.88

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.984** | **Nonpriority creditor's name and mailing address**

ECAMSECURE
3400 E AIRPORT WAY
LONG BEACH, CA 90806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,174.47

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.985** | **Nonpriority creditor's name and mailing address**

ECOGREEN TRADING
ATTN: YINEMILI CASTRO
8367 NW 66TH ST
MIAMI, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 58.60

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.986** | **Nonpriority creditor's name and mailing address**

ECOLAB INCPEST CONTROL
1 ECOLAB PLACE
ST PAUL, MN 55102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 194,364.74

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.987** **Nonpriority creditor's name and mailing address**

ECOLOGICAL ALLIANCE, LLC
C/O: CD LAW
ATTN: VINEET DUBEY, ESQ.
445 S. FIGUEROA ST
SUITE 2520
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.988** **Nonpriority creditor's name and mailing address**

ECOLUMI PTE LTD
37 SIMEI RISE #06-14 SAVANNAH CONDO
SINGAPORE, 528782
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 102,933.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.989** **Nonpriority creditor's name and mailing address**

ECONOMICAL
111 WESTMOUNT ROAD SOUTH
P.O. BOX 2000
WATERLOO, ON N2L 2L6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 59.40

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.990** **Nonpriority creditor's name and mailing address**

ECUA PLASTICS INDUSTRIES DE MEXICOCV
AVE PALERMO # 6106
BAJA CALIFORNIA, CA 22614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,400.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.991** **Nonpriority creditor's name and mailing address**

EDDIES LIQUOR
ATTN: EDDIE SNOW
299 E ARTESIA BLVD
LONG BEACH, CA 90805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 3.12

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.992** **Nonpriority creditor's name and mailing address**

EDGEWOOD PARTNERS INSURANCE CENTER
1 CALIFORNIA STREET SUITE 400
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,398,957.32

---

**3.993** **Nonpriority creditor's name and mailing address**

EDRIS PLASTICS MFG INC
4560 PACIFIC BLVD
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 163,279.20

---

**3.994** **Nonpriority creditor's name and mailing address**

EDWARD, KRAMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.995** **Nonpriority creditor's name and mailing address**

EDWARDS, TONI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.996** **Nonpriority creditor's name and mailing address**

EFRAIN CISNEROS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,700.00

---

Debtor    99 Cents Only Stores LLC                                Case number (if known)    24-10721 (JKS)
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.997** | **Nonpriority creditor's name and mailing address**

EGGS UNLIMITED LLC
92 CORPORATE PARK SUITE C-803
IRVINE, CA 92606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    2,084,205.66

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.998** | **Nonpriority creditor's name and mailing address**

EL BARATILLOKADMIEL S.R.L.
ATTN: MARIA M PUIG TORREZ
QUIJARRO#237
SANTA CRUZ,
BOLIVIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                          838.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.999** | **Nonpriority creditor's name and mailing address**

EL PARIAN RESTAURANT
1528 W. PICO BLVD.
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

$                          871.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1000** | **Nonpriority creditor's name and mailing address**

EL TORO WATER DISTRICT
P.O. BOX 4000
LAGUNA HILLS, CA 92654-4000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                          216.70

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1001** | **Nonpriority creditor's name and mailing address**

ELEMENT BEAUTY TOOLS
128 MOHAWK AVE
DEER PARK, NY 11729

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        6,789.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.100 2**

**Nonpriority creditor's name and mailing address**
ELIZABETH LOPEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                0.01

---

**3.100 3**

**Nonpriority creditor's name and mailing address**
ELIZODO, NELLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        Undetermined

---

**3.100 4**

**Nonpriority creditor's name and mailing address**
ELLEN RICE, MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        Undetermined

---

**3.100 5**

**Nonpriority creditor's name and mailing address**
ELLIOT S ISAAC PC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            4,500.00

---

**3.100 6**

**Nonpriority creditor's name and mailing address**
ELSINORE VALLEY MUNICIPAL WATER DISTRICT
P.O. BOX 3000
LAKE ELSINORE, CA 92531-3000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              116.66

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.100 7** | **Nonpriority creditor's name and mailing address**
ELTING, LAUREL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 30 2024 01389879

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100 8** | **Nonpriority creditor's name and mailing address**
EMART AMERICA INC
975 W IMPERIAL HWY STE 110
BREA, 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,944.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100 9** | **Nonpriority creditor's name and mailing address**
EMC INCORPORATED DBA SHOP FOR LESS
ATTN: ARLENE DE ROCA
PO BOX 3627
HAGATNA, GU 96932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 676.23

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 0** | **Nonpriority creditor's name and mailing address**
EMCOR FACILITIES SERVICES INC
9655 READING ROAD
CINCINNATI, OH 45215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,531,795.19

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 1** | **Nonpriority creditor's name and mailing address**
EMERSON HEALTHCARE LLC
407 E LANCASTER AVE
WAYNE, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 123,624.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.101 2** Nonpriority creditor's name and mailing address

EMPIRE DISTRIBUTORS
11383 NEWPORT DRIVE
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    111,953.16

---

**3.101 3** Nonpriority creditor's name and mailing address

ENCHANTE ACCESSORIES INC
16 E 34TH ST
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    57,531.00

---

**3.101 4** Nonpriority creditor's name and mailing address

ENCINAS, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.101 5** Nonpriority creditor's name and mailing address

ENERGIZER BATTERY INC
533 MARYVILLE UNIVERSITY DR
ST LOUIS, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    139,471.43

---

**3.101 6** Nonpriority creditor's name and mailing address

ENGAGE 2 EXCEL RECRUITMENT SOLUTION
PO BOX 1719
STATESVILLE, NC 28687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    17,205.98

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.101 7**

**Nonpriority creditor's name and mailing address**

ENGIE INSIGHT SERVICES INC
1313 N ATLANTIC ST STE 5000
SPOKANE, WA 99201-2330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

ENRIQUEZ, SILVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

ENVELOR CORPORATION
13 WOODS EDGE CT
PARLIN, NJ 08859

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          81,360.00

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

ENVIRONMENTAL TREATMENT & TECHNOLOGADVANCED
TECHNOLOGY LABORATORIES
PO BOX 92797
LONG BEACH, CA 90809-2797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          1,037.80

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

EPIC RELIABLE SERVICES
ATTN: RHONDA BURN
190 SIERRA COURT
B-213
PALMDALE, CA 93550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          87.08

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 2**

**Nonpriority creditor's name and mailing address**

EQUINITI TRUST COMPANY LLC
6201 15TH AVENUE
BROOKLYN, NY 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,735.95

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

ERC TRADE LP
1950 E CESAR CHAVEZ BOULEVARD SUITE
SAN LUIS, AZ 85349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 125,104.50

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

ESCALANTE, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

ESCAMILLA, SUSANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$ 32,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

ESCAMILLA, SUSANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1027**

**Nonpriority creditor's name and mailing address**

ESCOBAR -RIVERA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.1028**

**Nonpriority creditor's name and mailing address**

ESCOBAR, NATIVIDAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.1029**

**Nonpriority creditor's name and mailing address**

ESPARZA ESTRADA, EFREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.1030**

**Nonpriority creditor's name and mailing address**

ESPARZA, ALEJANDRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.1031**

**Nonpriority creditor's name and mailing address**

ESPINDOLA, LORRAINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.103 2**

**Nonpriority creditor's name and mailing address**
ESPINOZA, ERICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
ESTRADA, DIANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.103 4**

**Nonpriority creditor's name and mailing address**
ESTRADA, EFREN ESPARZA
C/O Solov Teitell Los Angeles
ATTN: MR. JAMEY A. TEITELL
1625 W OLYMPIC BLVD. STE 802
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.103 5**

**Nonpriority creditor's name and mailing address**
ESTRADA, GILBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.103 6**

**Nonpriority creditor's name and mailing address**
ET BROWNE DRUG CO INC
440 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49,625.04

Case 24-10719-JKS   Doc 655   Filed 05/22/24   Page 282 of 838

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
|        | Name                     |                        |                |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

ETEMADI, ZAFARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

ETHAN CONRAD PROPERTIES
1300 NATIONAL DR #100
SACRAMENTO, CA 95834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    31,415.49

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

EURO-WARE
458 EAST 101ST STREET
BROOKLYN, NY 11236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    52,015.80

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

EVANS FOOD GROUP LTD
4118 S HALSTED STREET
CHICAGO, IL 60609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    393,229.54

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

EVANS, BELINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 2**

**Nonpriority creditor's name and mailing address**

EVANS, ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

EVER READY INDUSTRIES SURVIVAL LLC
1201 N 54TH AVE STE 133
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29,079.36

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

EVERBLUE PARTNERS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 97,971.25

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

EVERGREEN LINEORATION
6021 KATELLA AVE STE 200
CYPRESS, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 280,582.00

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

EVERY THING'S $10 LUXURY GIFTS
ATTN: PAUL GOLDMAN
6933 HOLLYWOOD BLVD
STE C
HOLLYWOOD, CA 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 56.88

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 7** **Nonpriority creditor's name and mailing address**

EVOLETTE, SOMARRIVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.104 8** **Nonpriority creditor's name and mailing address**

EXPO PROPANE
638 GAGE AVE
LOS ANGELES, CA 90001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 453.65

---

**3.104 9** **Nonpriority creditor's name and mailing address**

EXPRESS INC
9155 TRADE PLACE
SAN DIEGO, 92126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 726.35

---

**3.105 0** **Nonpriority creditor's name and mailing address**

EZ TRADE LINK INC
PO BOX 1234
CHINO HILLS, CA 91709-0042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 63,676.80

---

**3.105 1** **Nonpriority creditor's name and mailing address**

EZILYDONE LLC
5 WESTWOOD AVE
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,640.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

F & H INC
1001 WILSHIRE BVLD
SANTA MONICA, CA 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred**      Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No     ☐ Yes |

$                    22,883.80

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

FABIAN, FIDEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No     ☐ Yes |

$                    Undetermined

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

FABRICA DE JABON LA CORONA SA  DE C
CARLOS B ZETINA NO 80
ESTADO DE MEXICO, 55348
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred**      Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No     ☐ Yes |

$                  1,086,206.08

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

FACILITY MAINTENANCE SYSTEMS INC
PO BOX 441
RIPON, CA 95366

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred**      Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No     ☐ Yes |

$                    241,705.00

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

FACTORY BR5 SA DE C.V
ATTN: BERNARDO ALVARADO
RFC:FBR130322U91
PIO PICO 2400 INT
TIJUANA, BC 22000
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

| **Date or dates debt was incurred**      Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No     ☐ Yes |

$                     2,280.82

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 7**

**Nonpriority creditor's name and mailing address**

FAIN, GLORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

FAINBARG III LP
129 W WILSON ST STE 100
COSTA MESA, CA 92627-1586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,999.20

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

FAIRFIELD MUNICIPAL UTILITIES, CA
1000 WEBSTER STREET
FAIRFIELD, CA 94533-4836

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 368.29

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

FAMILY CLOTHES
697 N. GOLDEN STATE BLVD.
TURLOCK, CA 95380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tenant Security Deposit

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,880.00

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

FAMILY MART LLC
ATTN: REGINAL PRATER
1701 S FIGUEROA #1377
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111.60

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|-----------------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 2** | **Nonpriority creditor's name and mailing address**

FANTASIA ACCESSORIES LTD
31 WEST 34TH STREET
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 60,696.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 3** | **Nonpriority creditor's name and mailing address**

FANTASY FARMS LLC
2801 NW 74 AVE SUITE 101
MIAMI, FL 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 218,972.74

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 4** | **Nonpriority creditor's name and mailing address**

FARIBAULT FOODS
222 S 9TH ST STE 3380
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 58,752.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 5** | **Nonpriority creditor's name and mailing address**

FARMACOPIA FARMS LLC
17198 FM 1097
MONTGOMERY, TX 77355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 6** | **Nonpriority creditor's name and mailing address**

FARMERS MARKET
ATTN: NORMY MASHHOUR
8202 PEARBLOSSOM HWY
LITTLEROCK, CA 93543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 886.46

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.106 7**

**Nonpriority creditor's name and mailing address**

FARMERS TRADING CENTER
ATTN: MARIA BUECKERT
BOX 545, CENTER ROAD
SPANISH LOOKOUT,
BELIZE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 330.48

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

FARRALES, ANNABEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

FARRELL, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS
PO BOX 660481
DALLAS, TX 75266-0481

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117,237.18

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

FEDOR, NIKOL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 2**

**Nonpriority creditor's name and mailing address**

FELDMAN, CARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

FELDMAN, SARAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

FERNANDOS BAKERY
5 SHERMAN ST
LINDEN, NJ 07036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    38,115.00

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

FERNOW, JUANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

FERRARA CANDY COMPANY
1 TOWER LN STE 2700
OAKBROOK TERRACE, IL 60181-4641

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    335,435.60

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 7** Nonpriority creditor's name and mailing address

FERRELLGAS RECEIVABLES LLC
ONE LIBERTY PLAZA
LIBERTY, MO 64068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 10,342.09

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.107 8** Nonpriority creditor's name and mailing address

FEY, MILAGROS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Contingent Claim

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.107 9** Nonpriority creditor's name and mailing address

FIELD FRESH FOODS
14805 S SAN PEDRO ST
GARDENA, CA 90248

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 7,072.70

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.108 0** Nonpriority creditor's name and mailing address

FIGUEROA, MAGDALENA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Contingent Claim

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.108 1** Nonpriority creditor's name and mailing address

FIJI WATER COMPANY LLC
11444 W OLYMPIC BLVD 2ND FLOOR
LOS ANGELES, CA 90064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 51,840.00

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.108
2**

**Nonpriority creditor's name and mailing address**

FILO AMERICA DBA F & F INDUSTRIES
6560 BANDINI BLVD
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,582.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108
3**

**Nonpriority creditor's name and mailing address**

FINE, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 23CHCV01893

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108
4**

**Nonpriority creditor's name and mailing address**

FIRESTONE, BRENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108
5**

**Nonpriority creditor's name and mailing address**

FIRMAS REP LLC
3939 ROYAL DR SUITE 216
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 127,898.88

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108
6**

**Nonpriority creditor's name and mailing address**

FIRST ADVANTAGE BACKGROUND SERVICES
1 CONCOURSE PARKWAY NE SUITE 200
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,572.28

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.108 7** Nonpriority creditor's name and mailing address

FIRST ADVANTAGE TAX CONSULTING SERV
9800 CROSSPOINT BLVD STE 300
INDIANAPOLIS, IN 46256

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 3,595.95

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**3.108 8** Nonpriority creditor's name and mailing address

FIRST BAPTIST CHURCH
ATTN: BILL FOX
3316 SOUTH LIBERTY STREET
CANTON, MS 39046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Credit(s)

$ 784.80

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**3.108 9** Nonpriority creditor's name and mailing address

FISHER REAL ESTATE PARTNERSHIP(COSTA MESA) LP
800 NEWPORT CTR DR STE 500
NEWPORT BEACH, CA 92660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 53,511.27

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**3.109 0** Nonpriority creditor's name and mailing address

FIVE CROWNS MARKETING
551 W MAIN ST SUITE 2
BRAWLEY, CA 92227

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ Undetermined

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**3.109 1** Nonpriority creditor's name and mailing address

FLAGSHIP FOOD GROUP
851 N HICKORY AVE STE 200
MERIDIAN, ID 83642

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 155,251.49

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.109 2**

**Nonpriority creditor's name and mailing address**

FLETCHER HILLS PROPERTIES LLC
920 CARDIFF STREET
SAN DIEGO, CA 92114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,526.33

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

FLETCHER, BUFFY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

FLEX MANAGEMENT SERVICES
ATTN: ARMAN GABRIELYAN
806 EAST OLIVE AVENUE
BURBANK, CA 91501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 2.00

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

FLORENCIA, SYLVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

FLORES, CASSANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.1097**

**Nonpriority creditor's name and mailing address**
FLORES, CRISTOBAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

**3.1098**

**Nonpriority creditor's name and mailing address**
FLORES, GNARLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

**3.1099**

**Nonpriority creditor's name and mailing address**
FLORES, JUAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22ST-CV28288

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

**3.1100**

**Nonpriority creditor's name and mailing address**
FLORES, ROBERTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

**3.1101**

**Nonpriority creditor's name and mailing address**
FLORES, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.110 2**

**Nonpriority creditor's name and mailing address**

FLORES, SONIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

FLORES-ROBLES, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

FLORS 99 STORE
ATTN: JULIAN GARCIA
3231 E.FLORENCE AVE
HUNTINGTON PARK, CA 90255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    119.33

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

FLOWERS, NATASHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    40,000.00

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

FLOWERS, NATASHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1107** **Nonpriority creditor's name and mailing address**

FLOWERS, RUBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1108** **Nonpriority creditor's name and mailing address**

FLOWERS, RUBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1109** **Nonpriority creditor's name and mailing address**

FLOYD AUTRY II
C/O LITTLETON LAW FIRM
ATTN: LARRY LITTLETON
7322 S.W. FREEWAY, SUITE 2020
HOUSTON, TX 77074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1110** **Nonpriority creditor's name and mailing address**

FOBERG, PATRICIA J.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 485-2021-00293

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1111** **Nonpriority creditor's name and mailing address**

FONTANA WATER COMPANY
P.O. BOX 5970
EL MONTE, CA 91734-1970

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 312.10

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.111 2** Nonpriority creditor's name and mailing address

FOOTHILL BUSINESS ASSOCIATION
PO BOX 51156
LOS ANGELES, CA 90051-5456

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 617.00

---

**3.111 3** Nonpriority creditor's name and mailing address

FOOTHILL/PACIFIC TOWNE CENTRE
PO BOX 3060
NEWPORT BEACH, CA 92658

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,928.00

---

**3.111 4** Nonpriority creditor's name and mailing address

FOOTHILLS UTILITIES
13157 E 44TH ST
YUMA, AZ 85367

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Payable

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 304.54

---

**3.111 5** Nonpriority creditor's name and mailing address

FORD HONG KONG LIMITED
BLOCK C 9/F TML TOWER 3 HOI SHING R
TSUEN WAN,
HONG KONG

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,460,913.99

---

**3.111 6** Nonpriority creditor's name and mailing address

FORD, DONNA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  General Liability

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|--------------------------|----------------|
|        | Name                     |                          |                |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 7**

**Nonpriority creditor's name and mailing address**

FOREIT, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

FOREMAN, DAWNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

FOREST MUSHROOM FOOD INC
PO BOX 911189
COMMERCE, CA 90091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 121,024.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

FORKLIFT PARTS MFG CO INC
5341 SHEILA ST
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 12,537.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

FORMAN MILLS
ATTN: MIKE KVITKO
1070 THOMAS BUSCH
MEMORIAL HWY
PENNSAUKEN, NJ 08110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 13.32

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 2** | **Nonpriority creditor's name and mailing address**

FORTRA LLC
11095 VIKING DR SUITE 100
EDEN PRAIRIE, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,154.76

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 3** | **Nonpriority creditor's name and mailing address**

FORTUNE INTERNATIONAL PROPERTIES
3941 W MOHAVE ST STE 110
PHOENIX, AZ 85009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 14,997.15

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 4** | **Nonpriority creditor's name and mailing address**

FORTUNE STAR CO.,LTD
ATTN: YUKYAN YAU

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 5,660.48

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 5** | **Nonpriority creditor's name and mailing address**

FOSTER CHILDREN'S RESOURCE CENTER
ATTN: KRISTIN MUHL
19441 BUSINESS
CENTER DRIVE #101
NORTHRIDGE, CA 91324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.02

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 6** | **Nonpriority creditor's name and mailing address**

FOSTER FARMS LLC
1000 DAVIS STREET PO BOX 457
LIVINGSTON, CA 95334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 190,851.84

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 300 of 838

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.112 7**

**Nonpriority creditor's name and mailing address**

FOSTER, LOUISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

FOUR SEASONS GENERAL MERCHANDISE
2801 E VERNON AVE
LOS ANGELES, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            82,751.50

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

FOURSTAR GROUP
UNIT A 8F KAISER ESTATE
HUNGHOM,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            72,058.02

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

FOURSTAR GROUP INC
MING CHI BUILDING 12/F
TAIPEI, 105
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            120,834.90

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

FRAGA, RAQUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Plaintiff Case No. 23CV041598

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 2**

**Nonpriority creditor's name and mailing address**

FRANCO, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

FRANK RIEZEBOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.02

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

FRANKENSTEIN, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

FRANKIE COMPANY LTD
ATTN: MAYDAY LAUNG HING
P.O. BOX 3296
APIA,
WESTERN SAMOA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,957.80

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

FRANKLIN FAMILY PARTNERSHIP LP
PO BOX 400937
LAS VEGAS, NV 89140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,390.17

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.113 7**

**Nonpriority creditor's name and mailing address**
FRANKLIN, GWENDOLYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.113 8**

**Nonpriority creditor's name and mailing address**
FREDERICK FOX LLC
2405 QUANTUM BLVD
BOYTON BEACH, 33426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,637.53

---

**3.113 9**

**Nonpriority creditor's name and mailing address**
FREE MARKET CO LTD
NO 113 QIUSHI ROAD BEIYUAN STREET
YIWU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 108,132.24

---

**3.114 0**

**Nonpriority creditor's name and mailing address**
FREEWAY FIRESTONE LLC
4515 PERHAM RD
CORONA DELMAR, CA 92625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,560.00

---

**3.114 1**

**Nonpriority creditor's name and mailing address**
FREIRE, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 2**

**Nonpriority creditor's name and mailing address**

FRENCH, CHANTAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 Undetermined

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

FRESH EXPRESS INC
550 S CALDWELL ST
CHARLOTTE, NC 28202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 Undetermined

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

FRESNO COUNTY
PO BOX 24003
FRESNO, CA 93779-4003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 28,907.79

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

FRIGO, ERIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 Undetermined

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

FRITO LAY INC
75 REMITTANCE DR STE 1217
CHICAGO, IL 60675-1844

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 1,204,882.32

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114.7** Nonpriority creditor's name and mailing address
FRITO-LAY, INC.
7701 LEGACY DR.
PLANO, TX 75024-4099.

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
Basis for the claim: Codefendant - Case No. 23CMCV01235

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114.8** Nonpriority creditor's name and mailing address
FRONT LINE SALES INC
PO BOX 670
LA VERNE, CA 91750

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable

$ 8,519.82

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114.9** Nonpriority creditor's name and mailing address
FRONTIER COMMUNICATION
PO BOX 740407
CINCINNATI, OH 45274-0407

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable

$ 151.64

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.115.0** Nonpriority creditor's name and mailing address
FUENTES, EDUVINA
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
Basis for the claim: Contingent Claim

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.115.1** Nonpriority creditor's name and mailing address
FUNDACION SONRISAS X SIEMPRE
ATTN: AMERICA MACIAS
9967 N LA HOMA RD
MISSION, TX 78574

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Customer Credit(s)

$ 185.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115 2**

**Nonpriority creditor's name and mailing address**

FUSION EXCEL CORP
ATTN: THOMAS LIM
317 S VERDUGO ROAD
GLENDALE, CA 91205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.04

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

FUTURE SALES GLOBAL SOURCING INC
300-C SOUTH WESTGATE DRIVE
GREENSBORO, NC 27407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,324.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

FVDD LLC
520 W WILLOW ST
LONG BEACH, CA 90806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,250.37

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

FVDD, LLC
520 W. WILLOW STREET
LONG BEACH, CA 90806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Rejection Damages

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

FYELDEES, TAICHANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115 7**

**Nonpriority creditor's name and mailing address**

G&A LOMITA LLC
217 E GARVEY AVE
MONTEREY PARK, CA 91754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,067.00

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

G.M. BAKERY LTD.
ATTN: MARI MEREDITH
P.O. BOX 3731
APIA,
WESTERN SAMOA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,894.80

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

GADALLA, MONALISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

GADALLA, MONALISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

GADDY, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.116 2**

**Nonpriority creditor's name and mailing address**
GADDY, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22STCV28767

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.116 3**

**Nonpriority creditor's name and mailing address**
GAGE BARGAIN
ATTN: SEONG HOON KIM
2726 E GAGE AVE
HUNTINGTON PARK, CA 90255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     6.40

---

**3.116 4**

**Nonpriority creditor's name and mailing address**
GAGE STORE
ATTN: RAUDEL ULLOA
3663 GAGE AVE
BELL, CA 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     34.38

---

**3.116 5**

**Nonpriority creditor's name and mailing address**
GALDAMEZ, THERESA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.116 6**

**Nonpriority creditor's name and mailing address**
GALICIA, CRISTINA MAGDALENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.116 7**

**Nonpriority creditor's name and mailing address**

GALINDO HERNANDEZ, HECTOR ARNOLDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

GALINDO SAIZA, BERTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

GALLEGO, RAYNALDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

GALVEZ, MONICA
C/O Alvandi Law Newport Beach
ATTN: MR. GIL ALVANDI
20301 SW ACACIA ST., FL 2
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. C24-01033

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

GAMA HIGUERA, LIDIA LIZBETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 2**

**Nonpriority creditor's name and mailing address**

GAMEZ, EMELI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

GAMINO, JOE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

GAO XUAN TRADING CO LIMITED
RM 1608 #58 BUILDING 136
NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 166,806.48

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

GARCIA, CHRISTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

GARCIA, ERNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 7**

**Nonpriority creditor's name and mailing address**

GARCIA, GABRIELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

GARCIA, GEORGINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

GARCIA, GRACE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 23VECV02982

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

GARCIA, IRMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

GARCIA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.118 2**

**Nonpriority creditor's name and mailing address**

GARCIA, MATILDE
C/O Ufkes Bright Santa Ana
ATTN: MR. MARK A UFKES
2040 N TUSTIN AVE, STE B
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. CIV SB 2409067

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

GARCIA, MATILDE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

GARCIA, NICOLASA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

GARCIA, ORLANDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 23ST-CV17083

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

GARCIA, RAQUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.118 7**

**Nonpriority creditor's name and mailing address**
GARCIA, ROSALBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.118 8**

**Nonpriority creditor's name and mailing address**
GARCIA, RUBEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.118 9**

**Nonpriority creditor's name and mailing address**
GARCIA, SABRINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.119 0**

**Nonpriority creditor's name and mailing address**
GARCIA, SERGIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.119 1**

**Nonpriority creditor's name and mailing address**
GARCIA, SONIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Undetermined |
|---|---|---|
| GARLAND-WEBB, EVELYN<br>ADDRESS ON FILE | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

**3.119 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Undetermined |
|---|---|---|
| GARZA ESPINOZA, KARLA<br>ADDRESS ON FILE | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

**3.119 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Undetermined |
|---|---|---|
| GARZON, NAYDELIN<br>ADDRESS ON FILE | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

**3.119 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ Undetermined |
|---|---|---|
| GATEWOOD-DELOACH, SANDRA<br>ADDRESS ON FILE | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

**3.119 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 178.80 |
|---|---|---|
| GENERAL MART<br>ATTN: RIBHI ALI<br>ST. CROIX, VI | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Customer Credit(s) | |
| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 7**

**Nonpriority creditor's name and mailing address**

GENERAL TELEPHONE COMPANY OF CALIFORNIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 30-2018-00993453-CU-EI-CXC

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

GENTLE-POWELL, GERALDINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

GERALD TECHNOLOGIES INC
ATTN: NIKOS KARAMOLEGKOS
169 MADISON AVE #2085
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$  1,257.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

GERMAN FERNANDEZ SILIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$  33.12

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

GERSHMAN PROPERTIES LLC
12300 WILSHIRE BLVD STE 310
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  32,022.57

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.120 2** **Nonpriority creditor's name and mailing address**

GGF HUNTINGTON LLC
100 W BROADWAY STE 950
GLENDALE, CA 91210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                26,924.22

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 3** **Nonpriority creditor's name and mailing address**

GHIRARDELLI CHOCOLATE COMPANY
1111 139TH AVE
SAN LEANDRO, CA 94578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              274,017.26

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 4** **Nonpriority creditor's name and mailing address**

GIANT STEPS STORE AND MORE
13430 CRENSHAW BLVD.
GARDENA, CA 90249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                     53.94

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 5** **Nonpriority creditor's name and mailing address**

GIDEON SERVICES PTY LTD
ATTN: JO SUJANA
22 KENILWORTH CRESCENT
GLEN WAVERLEY, VICTORIA, 3150
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                75,081.08

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 6** **Nonpriority creditor's name and mailing address**

GILROY VILLAGE SHOPPING CENTER
1952 CAMDEN AVE STE 104
SAN JOSE, CA 95124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                24,616.86

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.120 7**

**Nonpriority creditor's name and mailing address**

GIORGIO FRESH COMPANY
PO BOX 96
TEMPLE, PA 19560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 43,647.20

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

GIVE AND GO PREPARED FOODS CORP
15 MARMAC DRIVE UNIT 200
TORONTO, ON M9W 1E7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 130,905.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

GL TRUCKING INC
8021 COMSTOCK AVE
WHITTIER, CA 90602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 66,625.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

GLADSTONE, GASPARE
C/O: ABRAMSON LABOR GROUP
11846 VENTURA BLVD.
SUITE 100
STUDIO CITY, CA 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

GLENDALE CENTRAL PLAZA LLC
10551 WILSHIRE BLVD UNIT 805
LOS ANGELES, CA 90024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 16,329.70

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 2**

**Nonpriority creditor's name and mailing address**

GLENORCHY TRADING INC
ATTN: SANORA OABEL
2F STARMALL LP ANNEX
ALABANG-ZAPOTE ROAD
LAS PINAS CITY, 1740
PHILIPPINES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 11,749.02

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

GLICKMAN, BARRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 22,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

GLICKMAN, BARRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

GLOBAL COMPLIANCE INC
438 W CHESTNUT AVENUE
MONROVIA, CA 91016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 17,198.87

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

GLOBAL DISTRIBUTORS INC
208 TAMPA STREET
TURLOCK, 95382

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 133,162.80

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.121 7** **Nonpriority creditor's name and mailing address**

GLOBAL PROTECTION CORP
12 CHANNEL ST
BOSTON, MA 22102-2323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,712.00

---

**3.121 8** **Nonpriority creditor's name and mailing address**

GLOBAL RUG LIQUIDATORS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.121 9** **Nonpriority creditor's name and mailing address**

GLOBAL SUPPLY COMPANY
20628 CORSAIR BLVD
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 724,883.00

---

**3.122 0** **Nonpriority creditor's name and mailing address**

GLOBAL USA INC
147 LFI COMPLEX LANE
LEXINGTON, NC 27292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 76,519.20

---

**3.122 1** **Nonpriority creditor's name and mailing address**

GLOBALTRANZ ENTERPRISES INC
5415 E HIGH ST BLDG A9 STE 460
PHOENIX, AZ 85054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100,695.00

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 2**

**Nonpriority creditor's name and mailing address**

GLOBITOS LLC
871 ASHBURY ST
POMONA, 91767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 57,000.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

GLORY HOLDING LLC
ATTN: MORCOS AZER
55716 29 PALMS HWY
YUCCA VALLEY, CA 92284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 50.76

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

GLS US
PO BOX 1907
SAN RAMON, CA 94583

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 63,845.14

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

GM DISTRIBUTING INC.
ATTN: MUST SEND INVOICE
DBA:GRAN MERCADO
4933 LOMA VISTA
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 60.45

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

GMPC LLC
1500 W OLYMPIC BLVD
LOS ANGELES, CA 90404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 89,184.96

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122.7**

**Nonpriority creditor's name and mailing address**

GO TEAM SILKSCREEN
ATTN: BEATRIZ URIBE
1812 W GRAND AVE
ALHAMBRA, CA 91803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18.90

---

**3.122.8**

**Nonpriority creditor's name and mailing address**

GO VENTURES INC
269 S BEVERLY DR #8
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,500.00

---

**3.122.9**

**Nonpriority creditor's name and mailing address**

GODINEZ, CELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.123.0**

**Nonpriority creditor's name and mailing address**

GODINEZ, WALTER

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Case No. 22STCV29068

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.123.1**

**Nonpriority creditor's name and mailing address**

GOLDEN GATE PAPER COMPANY INCORPORA
431 MENVIELLE COURT
CALEXICO, CA 92231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 123,442.24

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.123 2**

**Nonpriority creditor's name and mailing address**

GOLDEN PARTNERSHIP
4630 SANTA LUCIA
WOODLAND HILLS, CA 91364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                22,300.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

GOLDEN STATE WATER CO.
PO BOX 51133
LOS ANGELES, CA 90051-1133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$                 2,812.75

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

GOLDEN WESTMINSTER INVESTMENTS, LLC
2240 SOUTH GARFIELD AVE.
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 30-2018-00993453-CU-EI-CXC

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

GOLDENX
ATTN: TENG FAN
3601 PALISADE ST
CHINO HILLS, CA 91709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$                     0.30

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

GOMEZ BUILDERS AND CONTRACTORS
9462 GULSTRAND CIR
HUNTINGTON BEACH, CA 92646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$               241,449.08

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.123 7**

**Nonpriority creditor's name and mailing address**
GOMEZ, LAURA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.123 8**

**Nonpriority creditor's name and mailing address**
GOMEZ, LUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Codefendant - Case No. 23STCV01497

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.123 9**

**Nonpriority creditor's name and mailing address**
GOMEZ, MARICELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.124 0**

**Nonpriority creditor's name and mailing address**
GOMEZ, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.124 1**

**Nonpriority creditor's name and mailing address**
GOMEZ, SABINO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.124 2**

**Nonpriority creditor's name and mailing address**
GOMEZ, VIRIDIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
GONGORA, ALBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.124 4**

**Nonpriority creditor's name and mailing address**
GONGORA, ALBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.124 5**

**Nonpriority creditor's name and mailing address**
GONZALES, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.124 6**

**Nonpriority creditor's name and mailing address**
GONZALES, GUADALUPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.124 7**

**Nonpriority creditor's name and mailing address**

GONZALES, MARIA A
C/O LAW OFFICES OF JACOB EMRANI APC
ATTN: KAMAU EDWARDS;CHARLES OGLESBY
714 W. OLYMPIC BLVD., STE. 300
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Case No. 2023CUPP006602

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

GONZALES, SALVADOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

GONZALES, SALVADOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

GONZALES, TANYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

GONZALEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 202103-13084431

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.125 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

GONZALEZ DE MENDOZA, MARIA
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.125 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

GONZALEZ, ANSEL
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.125 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

GONZALEZ, ELIDIA
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.125 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

GONZALEZ, ELIDIA
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.125 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

GONZALEZ, FELIPE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.125 7** | **Nonpriority creditor's name and mailing address**

GONZALEZ, HECTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.125 8** | **Nonpriority creditor's name and mailing address**

GONZALEZ, LETICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.125 9** | **Nonpriority creditor's name and mailing address**

GONZALEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.126 0** | **Nonpriority creditor's name and mailing address**

GONZALEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.126 1** | **Nonpriority creditor's name and mailing address**

GONZALEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| **3.126 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|---|

**3.126 2**

**Nonpriority creditor's name and mailing address**

GONZALEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

GONZALEZ, MARIA M.
C/O TISHBI LAW FIRM, APC
ATTN: PAYAM TISHBI
5757 WILSHIRE BLVD., SUITE 372
LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Case No. 23CV009955

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

GONZALEZ, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

GONZALEZ, ROLANDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

GONZALEZ, TAYLI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 7**

**Nonpriority creditor's name and mailing address**

GONZALEZ, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

GOODCO PRODUCTS LLC
6688 JOLIET RD STE 185
INDIAN HEAD PARK, IL 60525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   11,658.24

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

GORDEAN FAMILY PROPTERY MANAGEMENT
PO BOX 516532
LOS ANGELES, CA 90051-0590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   25,630.83

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

GOSSI INC
30255 SOLON INDUSTRIAL PARKWAY
SOLON, 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   8,270.40

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

GOSSNER FOODS INC
PO BOX 3247
LOGAN, UT 84323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   20,475.00

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127 2**

**Nonpriority creditor's name and mailing address**
GOULD, SUMMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.127 3**

**Nonpriority creditor's name and mailing address**
GRAINGER
DEPT 352-861504371
PALATINE, IL 60038-0002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      5,148.05

---

**3.127 4**

**Nonpriority creditor's name and mailing address**
GRAJEDA, NUVIA
C/O TELLERIA TELLERIA SAN GABRIEL
828 W LAS TUNAS DR
SAN GABREL, CA 91776

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.127 5**

**Nonpriority creditor's name and mailing address**
GRAMIC ENTERPRISES INC
1240 N VAN BUREN ST STE 213
ANAHEIM, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      38,016.00

---

**3.127 6**

**Nonpriority creditor's name and mailing address**
GRANADOS, LIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1277**

**Nonpriority creditor's name and mailing address**

GRAND A INTERNATIONAL CO INC
1310 S JOHNSON DR
CITY OF INDUSTRY, CA 91745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 845,209.19

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1278**

**Nonpriority creditor's name and mailing address**

GRAND AIDECO INC
325 N PUENTE ST UNIT B
BREA, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 146,792.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1279**

**Nonpriority creditor's name and mailing address**

GRANT J HUNT COMPANY
7307 EDGEWATER DRIVE UNIT A
OAKLAND, 94621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 196,985.41

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1280**

**Nonpriority creditor's name and mailing address**

GRATE, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1281**

**Nonpriority creditor's name and mailing address**

GRAVES, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.128 2**

**Nonpriority creditor's name and mailing address**
GRAY, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 3**

**Nonpriority creditor's name and mailing address**
GRAYSON II, STEVEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 4**

**Nonpriority creditor's name and mailing address**
GREAT AMERICAN INSURANCE GROUP
4000 UNION PACIFIC AVE
COMMERCE, CA 90023-3202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Worker's Compensation - Bond #: 3246737; Obligee: State of California (OSIP)

$       Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 5**

**Nonpriority creditor's name and mailing address**
GREATER GOODS LLC
6951 N HANLEY ROAD UNIT A
HAZELWOOD, 63042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$       31,125.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 6**

**Nonpriority creditor's name and mailing address**
GREEN DOT UNLIMITED
ATTN: TRINH TRAN
4018 BROADWAY PL
LOS ANGELES, CA 90037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$       0.01

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.128 7** **Nonpriority creditor's name and mailing address**

GREEN MART INC
4319 ELKHORN BLVD.
SACRAMENTO, CA 95842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tenant Security Deposit

$ 8,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 8** **Nonpriority creditor's name and mailing address**

GREEN, EVANGELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 9** **Nonpriority creditor's name and mailing address**

GREEN, EVANGELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 0** **Nonpriority creditor's name and mailing address**

GREENTECH LANDSCAPE INC
13560 TELEGRAPH RD
WHITTIER, CA 90605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,113.46

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 1** **Nonpriority creditor's name and mailing address**

GRIGORIAN, ARMINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 333 of 838

| Debtor | 99 Cents Only Stores LLC | | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|---|
| | Name | | | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.129 2** **Nonpriority creditor's name and mailing address**

GROWING GLOBAL LLC
712 SUNNY PINE WAY UNIT D2
GREENACRES, FL 33415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    541,798.78

---

**3.129 3** **Nonpriority creditor's name and mailing address**

GROW-LINK INC
1744 W KATELLA AVE SUITE 100
ORANGE, CA 92867-3433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    28,512.00

---

**3.129 4** **Nonpriority creditor's name and mailing address**

GRUBER TECHNICAL INC DBA GRUBER POWRVICES
21439 N 2ND AVE
PHOENIX, AZ 85027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    102,005.54

---

**3.129 5** **Nonpriority creditor's name and mailing address**

GRUMA CORPORATION DBA MISSION  FOOD
1159 COTTONWOOD LN STE 200
IRVING, TX 75038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    243,750.50

---

**3.129 6** **Nonpriority creditor's name and mailing address**

GRUPO LOS CUATRO,S.A. DE C.V.
ATTN: JHONNY OLIVO
FINAL AV.
ISAAC ESQUIVEL CONTI
NEIAPA, SAN SALVADOR,
EL SALVADOR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    496.80

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1297**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 65,520.00 |
|---|---|---|
| GSD DISTRIBUTION LLC<br>91 18TH AVENUE<br>PATERSON, 07513 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1298**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 59,832.00 |
|---|---|---|
| GSL TECHNOLOGY INC<br>3134 MAXSON RD<br>EL MONTE, CA 91732 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1299**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 80.10 |
|---|---|---|
| GSM-FUJI<br>ATTN: ORESTES GERMANIDES<br>6602 SUPPLY ROW<br>HOUSTON, TX 77011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Customer Credit(s) | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1300**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| GUADALUPE ALVARADO RAMOS, CINDY<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1301**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| GUADALUPE HERNANDEZ, MARIA<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** Contingent Claim | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.130 2** **Nonpriority creditor's name and mailing address**

GUADALUPE RAMIREZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 3** **Nonpriority creditor's name and mailing address**

GUADAMUZ, VIVIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 4** **Nonpriority creditor's name and mailing address**

GUAJARDO, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 5** **Nonpriority creditor's name and mailing address**

GUAJARDO, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 6** **Nonpriority creditor's name and mailing address**

GUAJARDO, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 7** **Nonpriority creditor's name and mailing address**

GUANGZHOU EMAX TECHNOLOGY CO LTD
STE 20I 20TH FLOOR TOWER 4
GUANGZHOU, 510080
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    96,586.44

---

**3.130 8** **Nonpriority creditor's name and mailing address**

GUANGZHOU NICELINK INTERNATIONAL CO
RM 918 GUANGZHOU INTERNATIONAL SOUR
GUANGZHOU, 510335
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    242,368.80

---

**3.130 9** **Nonpriority creditor's name and mailing address**

GUARDADO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.131 0** **Nonpriority creditor's name and mailing address**

GUASTELLA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.131 1** **Nonpriority creditor's name and mailing address**

GUERRA OCHOA, LORENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 2**

**Nonpriority creditor's name and mailing address**

GUERRA, SARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

GUERRERO, YOLANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

GUEVARA, ALBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

GUEVERA LAFFOON, ANDREA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

GUILLEN, SILVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 7**

**Nonpriority creditor's name and mailing address**

GULF OIL CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 30-2018-00993453-CU-EI-CXC

$          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

GURROLD, ANGELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

GURU NANDA LLC
6645 CABALLERO BLVD
BUENA PARK, CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$          129,249.36

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

GURUBEL JR, RAMON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 1**

**Nonpriority creditor's name and mailing address**

GUSMAN, ESMERALDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 2**

**Nonpriority creditor's name and mailing address**
GUTIERREZ, LAVINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.132 3**

**Nonpriority creditor's name and mailing address**
GUTIERREZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.132 4**

**Nonpriority creditor's name and mailing address**
GUTIERREZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.132 5**

**Nonpriority creditor's name and mailing address**
GUTIERREZ, RAQUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.132 6**

**Nonpriority creditor's name and mailing address**
GUTIERREZ, SOCORRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 7**

**Nonpriority creditor's name and mailing address**

GUZMAN, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

GUZMAN, LETICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

GUZMAN, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

GUZMAN, MINERVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

GUZMAN, PETRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 2**

**Nonpriority creditor's name and mailing address**
GUZMAN, VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.133 3**

**Nonpriority creditor's name and mailing address**
GZ TRADING LLC DOLLAR MART#2
ATTN: GUSTAVO ZUNIGA
117 S. 16TH ST.
MCALLEN, TX 78501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.76

---

**3.133 4**

**Nonpriority creditor's name and mailing address**
H & H HOLDINGS CO. LTD.
ATTN: CLAY PAUL
TAMANU ST. VAITELE
APIA, 1364
WESTERN SAMOA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 67.20

---

**3.133 5**

**Nonpriority creditor's name and mailing address**
HACIENDA HEIGHTS RETAIL PARTNERS LL
331 N ATLANTIC BLVD STE 200
MONTEREY PARK, CA 91754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,363.25

---

**3.133 6**

**Nonpriority creditor's name and mailing address**
HACOBIAN, CLARIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 7** 
**Nonpriority creditor's name and mailing address**

HAEL GLOBAL INC.
ATTN: SOON CHUNG KANG
23725 HIGHLAND VALLEY RD
DIAMOND BAR, CA 91765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.74

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 8**
**Nonpriority creditor's name and mailing address**

HAI NAN VBA / INTEGRITY LOGISTICS
ATTN: GUOQING WU
6451 NW 102ND AVENUE SUITE# 13 DORAL FLORIDA 33178
MIAMI, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 305.08

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 9**
**Nonpriority creditor's name and mailing address**

HAILEY, CATHRINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 0**
**Nonpriority creditor's name and mailing address**

HALE, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 9,192.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134 1**
**Nonpriority creditor's name and mailing address**

HALE, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.134 2** Nonpriority creditor's name and mailing address

HALL INVESTMENT COMPANY INC
740 LOMAS SANTA FE DR STE 204
SOLANA BEACH, CA 92075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 25,264.35

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.134 3** Nonpriority creditor's name and mailing address

HALL, ANTHONY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  General Liability

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.134 4** Nonpriority creditor's name and mailing address

HALLIDAY, CHARLES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Contingent Claim

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.134 5** Nonpriority creditor's name and mailing address

HALO BRANDED SOLUTIONS INC
1500 HALO WAY
STERLING, IL 61081

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 61,188.75

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.134 6** Nonpriority creditor's name and mailing address

HAM MARICOPA LLC
PO BOX 15662
PHOENIX, AZ 85060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 31,105.17

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.134 7** **Nonpriority creditor's name and mailing address**

HAMILTON, CATHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134 8** **Nonpriority creditor's name and mailing address**

HAMMASA, NABI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134 9** **Nonpriority creditor's name and mailing address**

HAMMER, BRYAN JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22STCV40921

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135 0** **Nonpriority creditor's name and mailing address**

HAMMOND, CATHERINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135 1** **Nonpriority creditor's name and mailing address**

HAMMOND, CATHERINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.135 2**

**Nonpriority creditor's name and mailing address**

HANDY MARKET
ATTN: MAHER ALMAIDA
1811 CABRILLO AVENUE
TORRANCE, CA 90501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4.02

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

HANFORD LB1 LLC
33 VIA LAS FLORES
RANCHO MIRAGE, CA 92270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,824.15

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

HANGZHOU GREENFACE TRADING CO LTD
32 NO 3 ROAD DONGZHOU
ZHEJIANG, 311401
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137,800.77

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

HANNA, EVELEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

HANNA, HODA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 7**

**Nonpriority creditor's name and mailing address**
HANO, AHLAME
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.135 8**

**Nonpriority creditor's name and mailing address**
HAPPY BARGAIN INC
ATTN: MONEE QUACH*REQ/DEP*
2831 JAMES M WOOD BLVD
LOS ANGELES, CA 90006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                100.00

---

**3.135 9**

**Nonpriority creditor's name and mailing address**
HAPPY LANE PROPERTIES LP
6420 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                39,862.69

---

**3.136 0**

**Nonpriority creditor's name and mailing address**
HAPPY LINE LIMITED
UNIT 201 & 213 2/F TOWER 2 SOUTH SE
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                515,090.02

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
HAPPYS LIQUOR
ATTN: GURPREET SINGH
2002 S FLOWER ST
SANTA ANA, CA 92707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                209.16

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 2**

**Nonpriority creditor's name and mailing address**

HARBOR DISTRIBUTING LLC
6250 N RIVER RD SUITE 9000
ROSEMONT, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 184,885.39

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

HARCO INTERNATIONAL INSURANCE COMPANY
702 OBERLIN ROAD
RALEIGH, NC 27605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility - Bond #: SAIFSU0752589; Obligee: Southern California Edison Company

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

HARCO INTERNATIONAL INSURANCE COMPANY
702 OBERLIN ROAD
RALEIGH, NC 27605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Importer of Broker - Bond #: 210920005; Obligee: Bureau of Customs & Border Protection

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

HARGROVE, RUSHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

HARIBO OF AMERICA INC
9500 BRYN MAWR AVE SUITE 700
ROSEMONT, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 163,578.60

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 7** | **Nonpriority creditor's name and mailing address**

HARRIS COUNTY MUD
PO BOX 4728 DEPT 60132
HOUSTON, TX 77210-4728

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$    11,314.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 8** | **Nonpriority creditor's name and mailing address**

HARRIS, EVETTE SHERMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. CC-22-07256-C

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 9** | **Nonpriority creditor's name and mailing address**

HARRISON STREET INVESTORS LLC
2265 LIVERNOIS SUITE 500
TROY, MI 48083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    19,806.43

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.137 0** | **Nonpriority creditor's name and mailing address**

HARUTYUNYAN, ASHKHEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.137 1** | **Nonpriority creditor's name and mailing address**

HARVARD BATTERY INC
1008 ASTORIA BLVD STE E
CHERRY HILLS, NJ 08003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    7,319.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137 2**

**Nonpriority creditor's name and mailing address**

HARVEY, RENEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

HAYES, GENEA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

HAYNES AND BOONE LLP
2323 VICTORY AVE STE 700
DALLAS, TX 75219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,917.82

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

HB BRANDS INC
8190 CH ROYDEN
MONT-ROYAL, QC H4P 2T2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 95,786.16

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

HBL TRADING USA INC
9041 DICE ROAD 21
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 97,638.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.1377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 181,223.46 |
|---|---|---|---|

HDS TRADING CORP
1305 JERSEY AVENUE
NORTH BRUNSWICK, NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 83,940.00 |
|---|---|---|---|

HEALIST  NATURALS
3279 EAST HARBOUR DRIVE
PHOENIX, AZ 85034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.01 |
|---|---|---|---|

HEALTH NET FEDERAL SERVICES
ATTN: NOLAN SUNDRUD
779 CHAMBERLAIN STREET
PLACERVILLE, CA 95667

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 102,835.20 |
|---|---|---|---|

HEARTLAND FOOD PRODUCTS GROUP
14300 CLAY TERRACE BLVD STE 249
CARMEL, IN 46032-3236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 62,909.89 |
|---|---|---|---|

HEAVENLY WAY ASSOCIATES LP
6420 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.138 2**

**Nonpriority creditor's name and mailing address**

HEFFERON, BILLIE
C/O: MAURO FIORE JR.
FIORE LEGAL, INC.
136 E. LEMON AVENUE
MONROVIA, CA 91016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      Undetermined

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

HEIMARK DISTRIBUTING LLC
82851 AVENUE 45
INDIO, CA 92201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      4,781.25

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

HELIX WATER DISTRICT, CA
PO BOX 513597
LOS ANGELES, CA 90051-3597

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      139.84

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

HELLO GOODBUYS
ATTN: JIOVANNA VERA
2585 LINCOLN BLVD
TRACY, CA 95376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      124.20

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

HEMET VALLEY CENTER LP
468 N CAMDEN DR STE 300
BEVERLY HILLS, CA 90210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      20,002.48

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.138 7** | **Nonpriority creditor's name and mailing address**

HENAN AMERICAN MACHINERY INC
5415 MAYWOOD AVE
MAYWOOD, CA 90270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                       571,735.49

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 8** | **Nonpriority creditor's name and mailing address**

HENDERSON, GLENNISHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                                       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138 9** | **Nonpriority creditor's name and mailing address**

HENDERSON, JUANITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$                                       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139 0** | **Nonpriority creditor's name and mailing address**

HENKEL CORPORATION
ONE HENKEL WAY
ROCKY HILL, CT 06067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                       993.48

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139 1** | **Nonpriority creditor's name and mailing address**

HERMOSILLO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                                       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.139 2**

**Nonpriority creditor's name and mailing address**

HERNANDEZ DE PABLO, DEYVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 3**

**Nonpriority creditor's name and mailing address**

HERNANDEZ FLOWER & PARTY SUPPLY
ATTN: EZEQUIEL HERNANDEZ
3740 E OLYMPIC BLVD
LOS ANGELES, CA 90023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                                    37.00

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

HERNANDEZ MORALE, VICTORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, ABIGAIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 6**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, ALTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1397** **Nonpriority creditor's name and mailing address**

HERNANDEZ, ANITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                               7,000.00

---

**3.1398** **Nonpriority creditor's name and mailing address**

HERNANDEZ, ANITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                               Undetermined

---

**3.1399** **Nonpriority creditor's name and mailing address**

HERNANDEZ, ARMANDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                               Undetermined

---

**3.1400** **Nonpriority creditor's name and mailing address**

HERNANDEZ, AURORA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                               Undetermined

---

**3.1401** **Nonpriority creditor's name and mailing address**

HERNANDEZ, CONSUELO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                               Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (*if known*) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 2**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, DALIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 20ST-CV15446

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, DELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, ESTEFANIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 7** | **Nonpriority creditor's name and mailing address**

HERNANDEZ, ESTHELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$                    35,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140 8** | **Nonpriority creditor's name and mailing address**

HERNANDEZ, ESTHELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140 9** | **Nonpriority creditor's name and mailing address**

HERNANDEZ, JEANETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 0** | **Nonpriority creditor's name and mailing address**

HERNANDEZ, MANUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$                    250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 1** | **Nonpriority creditor's name and mailing address**

HERNANDEZ, MANUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.141 2**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, MARCO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,000.00

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, MARCO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1417**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1418**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1419**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, MARISELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1420**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, MIRNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 20ST-CV44507

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1421**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, NEREYDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    2,500.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 2**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, NEREYDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.142 3**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, NORMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, PAULINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.142 5**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, ROSALIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    10,000.00

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, ROSALIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1427**

**Nonpriority creditor's name and mailing address**
HERNANDEZ, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1428**

**Nonpriority creditor's name and mailing address**
HERRERA, GABRIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1429**

**Nonpriority creditor's name and mailing address**
HERRERA, JIMMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1430**

**Nonpriority creditor's name and mailing address**
HERRERA, RUFINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1431**

**Nonpriority creditor's name and mailing address**
HERZIG, BRIGETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.143 2**

**Nonpriority creditor's name and mailing address**

HESPERIA DEVELOPMENT COMPANY
11150 SANTA MONICA BLVD STE 760
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                29,225.63

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

HESS, JOSEPHINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

HEWITT, SHIRLEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

HH-LAVEEN LLC - DDA# 8010699760
2701 E CAMELBACK RD STE 110
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                17,948.50

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

HIDALGO, ALICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.143 7** | **Nonpriority creditor's name and mailing address**

HIDDEN VILLA RANCH
PO BOX 34001
FULLERTON, CA 92834-9401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182,046.24

---

**3.143 8** | **Nonpriority creditor's name and mailing address**

HIGGINS, NATHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.143 9** | **Nonpriority creditor's name and mailing address**

HIGH RIDGE BRANDS LLC
333 LUDLOW ST SOUTH TOWER 2ND FLOOR
STAMFORD, CT 06902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 218,453.04

---

**3.144 0** | **Nonpriority creditor's name and mailing address**

HIGHLINE MUSHROOMS WEST LIMITED
2600 THREE BENTALL CENTRE 595 BURRA
VANCOUVER, BC V7X 1L3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 406,744.40

---

**3.144 1** | **Nonpriority creditor's name and mailing address**

HIGHTECH USA SERVICES
ATTN: CJ GARFINKEL
4211 HOWARD AVE
#2
LOS ALAMITOS, CA 90720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.01

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.144 2**

**Nonpriority creditor's name and mailing address**
HIGHTOWER, RHONDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.144 3**

**Nonpriority creditor's name and mailing address**
HILL ST FOOD MARKET
ATTN: YAHYA MALABEH
206 W ADAMS BLVD
LOS ANGELES, CA 90007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,248.77

---

**3.144 4**

**Nonpriority creditor's name and mailing address**
HILL, BEVERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.144 5**

**Nonpriority creditor's name and mailing address**
HILL, RODRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.144 6**

**Nonpriority creditor's name and mailing address**
HILLSIDE FARMS CORPORATION
16330 BAKE PARKWAY
IRVINE, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 275,089.32

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.144 7** | **Nonpriority creditor's name and mailing address**

HILLVIEW MENTAL HEALTH CENTER INC
ATTN: SANDE X 218
12450 VAN NUYS BLVD
STE#200
PACOIMA, CA 91331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                42.72

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 8** | **Nonpriority creditor's name and mailing address**

HILT, SHEENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 9** | **Nonpriority creditor's name and mailing address**

HINTON, RICKEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145 0** | **Nonpriority creditor's name and mailing address**

HIRERIGHT LLC
3349 MICHELSON DR SUITE 150
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                34,493.13

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145 1** | **Nonpriority creditor's name and mailing address**

HOHOKAM IRRIGATION
142 S ARIZONA BLVD
COOLIDGE, AZ 85128-4725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                4,648.75

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.145 2**

**Nonpriority creditor's name and mailing address**

HOLGUIN, ELIAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.145 3**

**Nonpriority creditor's name and mailing address**

HOLIDAY AUTO CENTER LLC
2213 WHITTIER BLVD
LOS ANGELES, CA 90023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,101.34

---

**3.145 4**

**Nonpriority creditor's name and mailing address**

HOLIDAY, CYNTHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.145 5**

**Nonpriority creditor's name and mailing address**

HOLITON COMPANY LIMITED
RM A 21/F GAYLORD COMMERCIAL BUILDI
LOCKHART ROAD WANCHAI,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 229,773.00

---

**3.145 6**

**Nonpriority creditor's name and mailing address**

HOLLANDIA PRODUCE LP
PO BOX 1327
CARPINTERIA, CA 93014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 765.00

---

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1457**

**Nonpriority creditor's name and mailing address**
HOLMES, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      Undetermined

---

**3.1458**

**Nonpriority creditor's name and mailing address**
HOME 99 GOODS
ATTN: LINGXI TENG
338 W HUNTINGTON DR
MONROVIA, CA 91016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      19.09

---

**3.1459**

**Nonpriority creditor's name and mailing address**
HOME ESSENTIALS BRANDS LLC
505 NORTH HIGHWAY 169 SUITE 465
PLYMOUTH, MN 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      24,554.80

---

**3.1460**

**Nonpriority creditor's name and mailing address**
HOMERBEST MANUFACTURING CO LTD
NO 1 3RD STREET INTERNATIONAL CREAT
GUANGZHOU, 510663
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      542,532.00

---

**3.1461**

**Nonpriority creditor's name and mailing address**
HOMETOWN FOOD COMPANY
500 W MADISON SUITE 3650
CHICAGO, IL 60661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      191,265.00

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.146 2**

**Nonpriority creditor's name and mailing address**

HOMEWARE (CHINA) COMPANY LIMITED
ROOM 609 TIANAN HI-TECH VENTURE CEN
GUANGZHOU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 110,301.72

---

**3.146 3**

**Nonpriority creditor's name and mailing address**

HORIZON LIGHTING INC
2351 MC GAW
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 466.56

---

**3.146 4**

**Nonpriority creditor's name and mailing address**

HOSLEY, BRANDON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.146 5**

**Nonpriority creditor's name and mailing address**

HOSTESS BRANDS LLC
1 E ARMOUR BLVD
KANSAS CITY, MO 64111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,689.76

---

**3.146 6**

**Nonpriority creditor's name and mailing address**

HOUSTON, FELICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.146 7** | **Nonpriority creditor's name and mailing address**

HUANGYAN FOREVER ARTS & CRAFTS FACT
BEICHENG INDUSTRY ZONE
ZHEJIANG, 318020
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    11,563.20

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 8** | **Nonpriority creditor's name and mailing address**

HUDSON, LORNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 9** | **Nonpriority creditor's name and mailing address**

HUENEME BAY CENTER
24025 PARK SORRENTO SUITE 300
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    34,496.04

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147 0** | **Nonpriority creditor's name and mailing address**

HUERTA, JUANITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147 1** | **Nonpriority creditor's name and mailing address**

HUERTA, LILIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.1472** | **Nonpriority creditor's name and mailing address**

HUERTA, LILIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                                        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1473** | **Nonpriority creditor's name and mailing address**

HUFF, JANET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                                        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1474** | **Nonpriority creditor's name and mailing address**

HUNT ENTERPRISES INC
4416 W 154TH ST
LAWNDALE, CA 90260-2003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                        16,580.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1475** | **Nonpriority creditor's name and mailing address**

HUSSMANN CORP
12999 SAINT CHARLES ROCK RD
BRIDGETON, MO 63044-2419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                        175,322.67

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1476** | **Nonpriority creditor's name and mailing address**

HUYHN, BRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                                        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147 7**

**Nonpriority creditor's name and mailing address**

HVM MARKET
ATTN: MOHAMMAD R ALI
801 W VERNON AVE
LOS ANGELES, CA 90037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 238.08

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

HW RIVERSIDE ARLINGTON LLC
6400 S FIDDLERS GREEN CIRCLE SUITE
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,993.25

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

HWANG, JIHYUN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

HWS PALM DESERT LLC
1640 5TH STREET STE# 219
SANTA MONICA, CA 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53,020.80

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

HYLANDS INC
PO BOX 61067
LOS ANGELES, CA 90061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 391,995.12

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.148 2**

**Nonpriority creditor's name and mailing address**

I AND C PARTY RENTALS
ATTN: LUIS PATINO
4492 WHITTIER BLVD
LOS ANGELES, CA 90022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 13.20

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

I CHUNG HO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 24,655.28

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

I KONICK BRANDS INC
2913 TECH CENTER DRIVE
SANTA ANA, 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 64,334.88

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

I MARKETING GROUP LLC
5267 WARNER AVE #188
HUNTINGTON BEACH, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 57,211.56

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

IBARRA, CRYSTAL DENISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.148 7**

**Nonpriority creditor's name and mailing address**

IBARRA, JANET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

ICHIBAN COMPANIES INC
19045 PORTOLA DRIVE SUITE D
SALINAS, 93908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 82,620.00

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

IG DESIGN GROUP AMERICAS INC
338 INDUSTRIAL BLVD
MIDWAY, GA 31320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 371,963.78

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

IHEALTH INC
55 SEBETHE DR
CROMWELL, 06416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 162,223.64

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

IKO IMPORTS LLC
313 5TH AVE 3RD
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 299,641.44

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.149 2**

**Nonpriority creditor's name and mailing address**

IMI INVESTMENTS, INC.
520 POST OAK BLVD., SUITE 500
HOUSTON, TX 77027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 2022-82078

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 3**

**Nonpriority creditor's name and mailing address**

IMPERIAL COUNTY
852 BROADWAY
EL CENTRO, CA 92243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     19,072.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 4**

**Nonpriority creditor's name and mailing address**

IMPERIAL IRRIGATION DISTRICT, CA
P.O. BOX 937 ATTN: PAYMENT CENTER
IMPERIAL, CA 92251-0937

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$     40,012.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 5**

**Nonpriority creditor's name and mailing address**

IMPERIAL PLASTICS INC
PO BOX 4949
CALEXICO, CA 92232-4949

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     261,756.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 6**

**Nonpriority creditor's name and mailing address**

IMPORTACIONES VALENTINAS LLC
ATTN: MARITZA MENDEZ
2540 N 35TH AVE
STE#2
PHOENIX, AZ 85009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$     27.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    99 Cents Only Stores LLC                                    Case number *(if known)*    24-10721 (JKS)
          Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.149 7** **Nonpriority creditor's name and mailing address**

INDIAN RIVER PLAZA LLC
8300 N HAYDEN RD STE A200
SCOTTSDALE, AZ 85258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    26,735.18

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 8** **Nonpriority creditor's name and mailing address**

INDIAN SPICE PLUS INC
12411 BURBANK BLVD
VALLEY VILLAGE, CA 91607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$    354.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 9** **Nonpriority creditor's name and mailing address**

INDIANA 99 CENTS STORE
ATTN: CARLOS HERNANDEZ
1522 N INDIANA ST
E. LOS ANGELES, CA 90063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$    146.62

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 0** **Nonpriority creditor's name and mailing address**

INDUSTRIAL POWERSOURCE INC
14501 MARQUARDT AVE
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    137,023.62

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 1** **Nonpriority creditor's name and mailing address**

INDUSTRIAS T TAIO LLC
501 S FAIRFAX AVE STE 214
LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    92,332.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.150 2**

**Nonpriority creditor's name and mailing address**

INFINITY SALES INC
10402  E MORNING STAR DR
SCOTTSDALE, AZ 85255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 16,637.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

INKA CROPS AMERICA INC
10330 LAKE RD STE F 66
HOUSTON, 77070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 54,662.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

INKA CROPS SA
AV EL SANTURIO 1117
LIMA, NM 15400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 59,280.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

INNOVENT INC
4333 SILVER STAR STE 170
ORLANDO, 32808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 44,629.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

INSIGHT DIRECT USA INC
6820 S HARL AVE
TEMPE, AZ 85283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 185,641.07

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.150 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 9,360.52 |
|---|---|---|---|

INSTACART
50 BEALE ST SUITE 600
SAN FRANCISCO, CA 94105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 185.61 |
|---|---|---|---|

INSTAKEY SECURITY SYSTEMS
7456 W 5TH AVE
LAKEWOOD, CO 80226

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 5,478.00 |
|---|---|---|---|

INTEGRATED LANDSCAPE MANAGEMENT LLC
1150 E GILBERT DR
TEMPE, AZ 85281-2105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 33,621.78 |
|---|---|---|---|

INTELLI LLC
1982 SENTER ROAD
SAN JOSE, CA 95112

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 325,801.80 |
|---|---|---|---|

INTERBAKE FOODS LLC
3951 WESTERRE PKWY STE 200
RICHMOND, VA 23233-1312

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.151 2** | **Nonpriority creditor's name and mailing address**

INTERCONTINENTAL MERCHANDISING LTD
3601 HIGHWAY 7 EAST SUITE #805
MARKHAM, ON L3R 0M3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 320,843.46

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 3** | **Nonpriority creditor's name and mailing address**

INTERMEX FOODS CORPORATION
930 HORNBLEND ST STE 2
SAN DIEGO, CA 92109-4060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 151,401.90

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 4** | **Nonpriority creditor's name and mailing address**

INTERNATIONAL KIM LONG DAI A CORP

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 962.56

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 5** | **Nonpriority creditor's name and mailing address**

INTERNATIONAL PHARMACEUTICAL DISTRIN CO LTD
331 N VINELAND AVE
CITY OF INDUSTRY, CA 91746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 53,767.59

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 6** | **Nonpriority creditor's name and mailing address**

INTERNATIONAL PLANT GROWERS INC
321 W SEPLUVEDA BLVD
CARSON, CA 90745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 140,968.80

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.151 7**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL PURCHASE SYSTEMS INC
6 EXECUTIVE PLAZA SUITE 147
YONKERS, NY 10701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36,060.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 8**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL WHOLESALE INC
4000 ALLEN ROAD SECOND FLOOR
ALLEN PARK, MI 48101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 463,567.68

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 9**

**Nonpriority creditor's name and mailing address**

INTERSECT GROUP LLC
ONE GLENLAKE PKWY SUITE 800
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,958.96

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 0**

**Nonpriority creditor's name and mailing address**

INTRALINKS INC
PO BOX 392134
PITTSBURGH, PA 15251-9134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 53,696.08

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 1**

**Nonpriority creditor's name and mailing address**

INVESTMENT CONCEPTS INC
1667 E LINCOLN AVE
ORANGE, CA 92865

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 66,695.59

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.152 2**

**Nonpriority creditor's name and mailing address**

IRBY, MONESCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

IRMA DEHOYOS ROJAS
ATTN: IRMA ROJAS
2926 E FLORENCE AVE
HUNTINGTON PARK, CA 90255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 221.13

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN - OFF-SITE DATA PROTN
PO BOX 601018
LOS ANGELES, CA 90060-1018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,787.31

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

IRVINE RANCH WATER DISTRICT
PO BOX 51403
LOS ANGELES, CA 90051-5703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 513.60

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

IRVINE TECHNOLOGY CORPORATION
2850 REDHILL AVENUE SUITE 230
SANTA ANA, CA 92707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18,705.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 24-10719-JKS   Doc 655   Filed 05/22/24   Page 380 of 838

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1527**

**Nonpriority creditor's name and mailing address**

ISACCO INDUSTRY & TRADE CO LTD
GUIFENG ROAD HUICHENG TOWN XINHUI A
JIANGMEN CITY, 529162
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                216,025.20

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1528**

**Nonpriority creditor's name and mailing address**

ISAIAS SALAZAR, NOE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1529**

**Nonpriority creditor's name and mailing address**

ISLAND EXPORT PTY LTD
SUITE 69, LEVEL 1
MACMOHAN STREET
SYDNEY,
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                3,090.24

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1530**

**Nonpriority creditor's name and mailing address**

ISOM, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1531**

**Nonpriority creditor's name and mailing address**

ITS YOUR TURN NOW
ATTN: ANNETTE SALAZAR
20 BANYAN TREE
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                0.01

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 2**

**Nonpriority creditor's name and mailing address**

IVONNE SAHAGUN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.44

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

IX CORPORATION SA DE C.V.
ATTN: DAVID CHEREM KANNAN
ATUMO #2 PARQUE IND
NAUCALPAN
NAUCALPAN, 53489
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.40

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

J & L PROPERTIES
3405 ARLINGTON AVE
RIVERSIDE, CA 92506-3254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,588.92

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

J B HUNT TRANSPORT INC
615 JB HUNT CORPORATE DRIVE
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,532,661.04

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

J BAR B FOODS
505 US HWY 90 WEST
WAELDER, TX 78959

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 187,972.20

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 7**

**Nonpriority creditor's name and mailing address**

J LYNCH CO LTD
24F-5 211 CHUNG-CHENG 4TH ROAD
KAOHSIUNG CITY,
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 253,501.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

J SQUARE
ATTN: AGNES PAUL
P.O. BOX 1174
WENO CHUUCK
96942
MICRONESIA, FEDERATED STATES OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 820.33

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

J&F LIQUOR
1512 W. PICO BLVD.
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

$ 673.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

J&G GONZALES ENTERPRISES INC
ATTN: 5FT PLTS
115 E AVENUE J
LANCASTER, CA 93535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

J3 GENERATIONS LLC
2150 E HIGHLAND AVE STE 207
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 18,687.46

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.154 2**

**Nonpriority creditor's name and mailing address**
JACKSON, GWENDERLEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.154 3**

**Nonpriority creditor's name and mailing address**
JACKSON, JACQUELYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.154 4**

**Nonpriority creditor's name and mailing address**
JACKSON, KATIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.154 5**

**Nonpriority creditor's name and mailing address**
JACKSON, KIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.154 6**

**Nonpriority creditor's name and mailing address**
JACKSON, MALIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.154 7**

**Nonpriority creditor's name and mailing address**

JACKSON, REID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.154 8**

**Nonpriority creditor's name and mailing address**

JACKSON, VIOLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.154 9**

**Nonpriority creditor's name and mailing address**

JACKSON, YOLANDA RAINEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. A-24-890895-C

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.155 0**

**Nonpriority creditor's name and mailing address**

JACOBS, TIFFANY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.155 1**

**Nonpriority creditor's name and mailing address**

JAIME, ANASTACIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.155 2**

**Nonpriority creditor's name and mailing address**
JAMES, DAVONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 3**

**Nonpriority creditor's name and mailing address**
JAMES, NADINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$                              500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 4**

**Nonpriority creditor's name and mailing address**
JAMES, NADINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 5**

**Nonpriority creditor's name and mailing address**
JAM'N PRODUCTS INC
4199 BANDINI BLVD STE A
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              153,290.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 6**

**Nonpriority creditor's name and mailing address**
JANET A BARTEL TRUSTEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              26,500.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 24-10719-JKS   Doc 655   Filed 05/22/24   Page 386 of 838

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
|        | Name                     |                        |                |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155.7**

**Nonpriority creditor's name and mailing address**

JANGOZIAN, KHACHIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.155.8**

**Nonpriority creditor's name and mailing address**

JAPAN HOME WHOLESALE CENTRE
ATTN: DELBERT SIA
21 PANAY AVENUE QUEZON CITY
MANILA,
PHILIPPINES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                             0.01

---

**3.155.9**

**Nonpriority creditor's name and mailing address**

JARA, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.156.0**

**Nonpriority creditor's name and mailing address**

JARADAT, RANIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.156.1**

**Nonpriority creditor's name and mailing address**

JARAMILLO, ROSALVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.156 2**

**Nonpriority creditor's name and mailing address**
JASMIN, MIGUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.156 3**

**Nonpriority creditor's name and mailing address**
JAUREGUI, IRMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.156 4**

**Nonpriority creditor's name and mailing address**
JAVAN, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.156 5**

**Nonpriority creditor's name and mailing address**
JB3D
731 N MAIN ST
ORANGE, 92868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,397.03

---

**3.156 6**

**Nonpriority creditor's name and mailing address**
JC SALES
ATTN: BRAD MAEHARD
2600 S. SOTO STREET
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 160.32

---

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.156 7**   **Nonpriority creditor's name and mailing address**

JEANETTE (LAST NAME UNKNOWN)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22ST-CV37786

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156 8**   **Nonpriority creditor's name and mailing address**

JEFF VELVET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    51,477.18

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156 9**   **Nonpriority creditor's name and mailing address**

JELLY BELLY CANDY CO
1 JELLY BELLY LN
FAIRFIELD, CA 94533

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    55,036.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.157 0**   **Nonpriority creditor's name and mailing address**

JEMSTAR CONSTRUCTION SERVICES
1085 N PARKER STREET
ORANGE, CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    911.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.157 1**   **Nonpriority creditor's name and mailing address**

JENKINS, KATHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

**3.157 2** Nonpriority creditor's name and mailing address

JERRY R TAFT AND GLENDA K TAFT
9800 EL CAMINO REAL #94
ATASCADERO, CA 93423

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    35,314.81

---

**3.157 3** Nonpriority creditor's name and mailing address

JETER, DENNIS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Employment Litigation

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    Undetermined

---

**3.157 4** Nonpriority creditor's name and mailing address

JETER, DENNIS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Contingent Claim

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    Undetermined

---

**3.157 5** Nonpriority creditor's name and mailing address

JEWELRYELRUBI
ATTN: ELVA CEBALLOS
4524 ESPADA GRANDE
AVE
BROWNSVILLE, TX 78526

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Credit(s)

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    277.20

---

**3.157 6** Nonpriority creditor's name and mailing address

JGNK INVESTMENTS LLC
3720 S SUSAN ST STE 100
SANTA ANA, CA 92704-6957

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    21,166.02

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157 7**

**Nonpriority creditor's name and mailing address**

JIANGXI TOP GRAND TRADE COMPANY
RM 1008 SIGMA INTERNATIONAL BUSINES
JIANGXI, 330077
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 192,330.24

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

JIANGYIN YIZHI CLEAN CO LTD
295 CHANGSHOU ROAD ZHOUZHUANG TOWN
JIANGYIN, 214424
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 67,415.52

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

JIAYUEN HK TRADING LIMITED
22/F WING ON HOUSE SUITE 2201
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 192,127.42

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

JIMENEZ, ARMINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

JIMENEZ, FRANCISCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.158 2**

**Nonpriority creditor's name and mailing address**

JIMENEZ, JAIRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         Undetermined

---

**3.158 3**

**Nonpriority creditor's name and mailing address**

JIMENEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         Undetermined

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

JIMENEZ, MARTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         Undetermined

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

JIMENEZ, MELINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         Undetermined

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

JIMENEZ, NORA
C/O THE ATHANASSIOUS LAW OFFICE, APC
ATTN: ANDREW ATHANASSIOUS
4231 BALBOA AVE
#1261
SAN DIEGO, CA 92117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$         Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1587**

**Nonpriority creditor's name and mailing address**

JIMENEZ, NORA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1588**

**Nonpriority creditor's name and mailing address**

JIN MEI LUN TRADING LLC
1075 S VAIL AVE
MONTEBELLO, CA 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 131,955.00

---

**3.1589**

**Nonpriority creditor's name and mailing address**

JJ INTERNATIONAL HOLDING LTD
2804 CHINA RESOURCES
WANCHAI,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62,693.10

---

**3.1590**

**Nonpriority creditor's name and mailing address**

JM CARDEN SPRINKLER CO INC
2909 FLETCHER DR
LOS ANGELES, CA 90065-1406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,568.00

---

**3.1591**

**Nonpriority creditor's name and mailing address**

JM DISTRIBUTING INC
8222 118TH AVE N STE 665
LARGO, FL 33773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 202,325.55

---

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.159 2**

**Nonpriority creditor's name and mailing address**

JOHNSON, AMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

JOHNSON, BRENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

JOHNSON, JIMMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

JOHNSON, KIMBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

JOHNSON, LEANNE NICHOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    25,000.00

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.159 7** **Nonpriority creditor's name and mailing address**

JOHNSON, LEANNE NICHOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.159 8** **Nonpriority creditor's name and mailing address**

JOHNSON, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.159 9** **Nonpriority creditor's name and mailing address**

JOHNSTON, BEATRIZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.160 0** **Nonpriority creditor's name and mailing address**

JON DAVLER INC
9440 GIDLEY STREET
TEMPLE CITY, CA 91780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    813,731.76

---

**3.160 1** **Nonpriority creditor's name and mailing address**

JONES SKELTON & HOCHULI PLC
40 N CENTRAL AVENUE SUITE 2700
PHOENIX, AZ 85004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,655.01

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.160 2**

**Nonpriority creditor's name and mailing address**
JONES, KENECKA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.160 3**

**Nonpriority creditor's name and mailing address**
JORDAN, GERMAINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.160 4**

**Nonpriority creditor's name and mailing address**
JORDAN, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.160 5**

**Nonpriority creditor's name and mailing address**
JOSE L GUERRA AND LIDIA O GUERRAAS TRUSTEES OF THE GUERRA FAMILY TR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    15,549.09

---

**3.160 6**

**Nonpriority creditor's name and mailing address**
JOSE PASINI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    19.68

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.160 7**

**Nonpriority creditor's name and mailing address**
JOSEPH, WANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.160 8**

**Nonpriority creditor's name and mailing address**
JOSEPHINA PAIVA, SARAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.160 9**

**Nonpriority creditor's name and mailing address**
JOSMAR FASHION'S
ATTN: JOSE SANTIAGO
104 MUNOZ SUR
SAN LORENZO, PR 00754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.40

---

**3.161 0**

**Nonpriority creditor's name and mailing address**
JR., JESSE DELGADO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. CIV-SB-2324525

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.161 1**

**Nonpriority creditor's name and mailing address**
JR., MARCELINO CERVANTES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.161 2**

**Nonpriority creditor's name and mailing address**

JSL FOODS INC
3550 PASADENA AVE
LOS ANGELES, CA 90031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    41,670.72

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 3**

**Nonpriority creditor's name and mailing address**

JTS EXPRESS INC
20505 ANNALEE AVE
CARSON, CA 90746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    4,669.41

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

JUAREZ, ANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

JUAREZ, JUAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

JUCO INC
2164 E 25TH STREET
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    47,527.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.161 7**

**Nonpriority creditor's name and mailing address**

JUNEAU DRUG
ATTN: DANIEL MACPHEE
3815 W VALLEY HIGHWAY N. C/O JUNEAU DRUG
AUBURN, WA 98001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    0.01

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

JURUPA COMMUNITY SERVICES DISTRICT
11201 HARREL ST
MIRA LOMA, CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,381.19

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

JWCH INSTITUTE, INC.
ATTN: TRICIA HERNANDEZ
5650 JILLSON STREET
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    0.03

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

K AND S SERVICES INC
PO BOX 27740
LAS VEGAS, NV 89126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,600.00

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

K&L REDONDO BEACH PARTNERSHIP
1750 14TH ST STE E
SANTA MONICA, CA 90404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    59,379.08

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.162
2**

**Nonpriority creditor's name and mailing address**

K.S. BROTHERS AFRICAN IMPORTS
ATTN: KISSIMA DRAMMEH
1215 SEWARD ST
LOS ANGELES, CA 90038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 43.44

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162
3**

**Nonpriority creditor's name and mailing address**

K2L PROPERTY PROS
KIN PROPERTIES, INC.
1581 CUMMINS DRIVE, SUITE B
MODESTO, CA 95358

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,069.62

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162
4**

**Nonpriority creditor's name and mailing address**

KABAZON PREMIUM WATERS AND COFFEESERVICES
9404 BURTIS ST
SOUTH GATE, CA 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,538.99

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162
5**

**Nonpriority creditor's name and mailing address**

KAFOATU STORE
ATTN: AMELIA HELU
MOSIMANI BUILDING
MATEIALONA ROAD
NUKU'ALOFA TONGA, KOLOFO'OU,
TONGA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.44

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162
6**

**Nonpriority creditor's name and mailing address**

KAHLID, HARLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 23GDCV02517

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1627**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 34,120.80 |
|---|---|---|
| KALIROY FRESH LLC<br>PO BOX 6835<br>NOGALES, AZ 85628 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1628**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.36 |
|---|---|---|
| KANAN ENTERPRISES LLC<br>ATTN: FAHMI KANAN<br>1090 N JEFFERSON ST<br>FLORISSANT, MO 63031 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Customer Credit(s) | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1629**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.05 |
|---|---|---|
| KANG & PARK CORPORATION<br>ATTN: JOY PARK<br>377 S. ATLANTIC BLVD<br>LOS ANGELES, CA 90022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Customer Credit(s) | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1630**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 161,520.00 |
|---|---|---|
| KAPPA BOOKS PUBLISHERS LLC<br>PO BOX 91<br>FORT WASHINGTON, PA 19034 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.1631**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,156.54 |
|---|---|---|
| KAUFMAN BOULDER MARKETPLACE LLC<br>PO BOX 8699<br>CALABASAS, CA 91372 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.163 2**

**Nonpriority creditor's name and mailing address**

KAUR, NARINDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.163 3**

**Nonpriority creditor's name and mailing address**

KAYLOR OF COLORADO DBA GREELEY SEEDANY
PO BOX 1823
GREELEY, CO 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    173,043.18

---

**3.163 4**

**Nonpriority creditor's name and mailing address**

KAYNE VARGAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    800.00

---

**3.163 5**

**Nonpriority creditor's name and mailing address**

KEBBEH, SAMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

KELLOGG COMPANY
1 KELLOGG SQ
BATTLE CREEK, MI 49017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    274,656.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.163 7 | **Nonpriority creditor's name and mailing address**<br>KELLY SPICERS STORES<br>FILE # 749317<br>LOS ANGELES, CA 90074-9317 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Trade Payable | $ 9,655.14 |
|---|---|---|---|
| | **Date or dates debt was incurred**      Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.163 8 | **Nonpriority creditor's name and mailing address**<br>KELLY, DARIEN<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**  Threatened Litigation | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.163 9 | **Nonpriority creditor's name and mailing address**<br>KENT HOLDING LLC<br>2100 SOUTH OCEAN BLVD #501N<br>PALM BEACH, FL 33480 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Trade Payable | $ 36,250.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**      Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.164 0 | **Nonpriority creditor's name and mailing address**<br>KEQEL, JOANNE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**  General Liability | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.164 1 | **Nonpriority creditor's name and mailing address**<br>KERIAKES, JACKLIN<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**  General Liability | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.164 2**

**Nonpriority creditor's name and mailing address**

KERN COUNTY
TREASURER TAX COLLECTOR
BAKERSFIELD, CA 93301-4640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115,950.82

---

**3.164 3**

**Nonpriority creditor's name and mailing address**

KEVIN COLQUITT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,150.00

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

KEVIN GARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26.40

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

KG METRICS
ATTN: MATHEW SMITH
15627 NEW CENTURY DR
GARDENA, CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 276.12

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

KHACHATOURIAN, NORIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.164 7** **Nonpriority creditor's name and mailing address**
KHAN, TARIQ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164 8** **Nonpriority creditor's name and mailing address**
KHATIBIJAH, MILAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164 9** **Nonpriority creditor's name and mailing address**
KHATIBIJAN, MILAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 0** **Nonpriority creditor's name and mailing address**
KHOSTOW ROY HIFAI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,963.68

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 1** **Nonpriority creditor's name and mailing address**
KIDS FROM THE VALLEY III LLC
PO BOX 55047
LOS ANGELES, CA 90055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,206.26

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.165 2**

**Nonpriority creditor's name and mailing address**

KIMBERLY-CLARK CORP
PO BOX 601004
PASADENA, 91189-1004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                42,449.48

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 3**

**Nonpriority creditor's name and mailing address**

KIN PROPERTIES INC
185 N W SPANISH RIVER BLVD SUITE 10
BOCA RATON, FL 33431-4230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                18,527.52

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 4**

**Nonpriority creditor's name and mailing address**

KING COMPANIES
13535 LARWIN CIRCLE
SANTA FE SPRINGS, 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  3,045.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 5**

**Nonpriority creditor's name and mailing address**

KINGS RIVER PACKING INC
21083 E TRIMMER SPRINGS RD
SANGER, CA 93657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                52,526.90

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 6**

**Nonpriority creditor's name and mailing address**

KINGS WP5 LLC
14 CORPORATE PLAZA SUITE 12O
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                23,018.44

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.1657**

**Nonpriority creditor's name and mailing address**

KINSEY, TALEEA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1658**

**Nonpriority creditor's name and mailing address**

KIRWAY EXPRESS
ATTN: JOSEPH ISMAIL
2666 W LINCOLN AVE
ANAHEIM, CA 92801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    0.03

---

**3.1659**

**Nonpriority creditor's name and mailing address**

KL DEALS INC
ATTN: JENNY NGUYEN/MICHAEL
4829 TEMPLE CITY
TEMPLE CITY, CA 91780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    0.10

---

**3.1660**

**Nonpriority creditor's name and mailing address**

KLG INTERNATIONAL USA INC.
ATTN: JUSTIN FORSYTH
3832 MISSION AVE
CARMICHAEL, CA 95608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    7,545.37

---

**3.1661**

**Nonpriority creditor's name and mailing address**

KLIMA, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.166 2**

**Nonpriority creditor's name and mailing address**

KNIGHTS OF MALTA
ATTN: LISA HORNE
925 LINDA VISTA AVE
PASADENA, CA 91103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.04

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

KNOBBE MARTENS OLSON AND BEAR LLP
2040 MAIN STREET FLOOR 14
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,979.30

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

KNP BRANDS
4800  N FEDERAL HIGHWAY STE 301A
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 113,080.80

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

KOLB, JON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 34-2022-00329682

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

KOLE IMPORTS
24600 S MAIN ST
CARSON, CA 90745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 393,513.10

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | | Case number (*if known*) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.166 7** | **Nonpriority creditor's name and mailing address**

KOLSUN INTERNATIONAL LTD
ATTN: HSING-SHIH
4F,NO2 52LANE DA AN
STREET, HSICHIH
TAIPEI SHENG,
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 2,304.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166 8** | **Nonpriority creditor's name and mailing address**

KOMAR CONSTRUCTION
PO BOX 2628
VISALIA, 93279

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,475.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166 9** | **Nonpriority creditor's name and mailing address**

KOMMAVONG, MONI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$ 50,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167 0** | **Nonpriority creditor's name and mailing address**

KOMMAVONG, MONI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167 1** | **Nonpriority creditor's name and mailing address**

KOPER, TRACI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.167 2**

**Nonpriority creditor's name and mailing address**
KPMG LLP
2323 ROSS AVE STE 1400
DALLAS, TX 75201-2709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                613,417.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 3**

**Nonpriority creditor's name and mailing address**
KRADJIAN IMPORTING CO INC
5018 SAN FERNANDO RD
GLENDALE, CA 91204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                16,416.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 4**

**Nonpriority creditor's name and mailing address**
KRAFT HEINZ FOOD COMPANY
PO BOX 57
PITTSBURGH, PA 15230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                497,811.46

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 5**

**Nonpriority creditor's name and mailing address**
KRCX PRICE REIT LLC
500 NORTH BROADWAY SUITE 201 PO BOX
JERICHO, NY 11753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                117,192.62

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 6**

**Nonpriority creditor's name and mailing address**
KRP VALENCIA LLC
3206 WASHINGTON BLVD
MARINA DEL REY, CA 90292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                36,587.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.167 7** **Nonpriority creditor's name and mailing address**
KULSHRESHTHA, SANJEEV
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167 8** **Nonpriority creditor's name and mailing address**
KUROYAN, ZARIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 15,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167 9** **Nonpriority creditor's name and mailing address**
KUROYAN, ZARIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168 0** **Nonpriority creditor's name and mailing address**
L & S INVESTMENT CO
1631 W BEVERLY BLVD 2ND FL
LOS ANGELES, CA 90026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30,387.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168 1** **Nonpriority creditor's name and mailing address**
L.A. WORKS (FAVE PROGRAM)
ATTN: SHAYN FERRIOLO
570 WEST 26TH AVE STE#400
LOS ANGELES, CA 90065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.168 2**

**Nonpriority creditor's name and mailing address**

LA CLOSEOUTS INC DBA GAMETRONICS
5526 S SOTO ST
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                61,807.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

LA COUNTY WATERWORKS
PO BOX 512150
LOS ANGELES, CA 90051-0150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                1,697.64

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

LA ELEVATOR CORP
PO BOX 88
MONTEBELLO, CA 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                9,618.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

LA FASHION HUB INC
1620-A S LOS ANGELES ST
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                153,504.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

LA MERCED USA CORPORATION
805 BOWSPRIT RD
CHULA VISTA, CA 91914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                319,307.64

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.168 7**

**Nonpriority creditor's name and mailing address**

LA MESA CROSSROADS LLC
910 CAMINO DEL MAR STE A
DEL MAR, CA 92014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,397.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

LA ROSA (BEAUTY ZONE)
9920 WESTMINSTER AVE B.
GARDEN GROVE, CA 92844

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tenant Security Deposit

$ 18,900.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 9**

**Nonpriority creditor's name and mailing address**

LA SIERRA INVESTORS
32 SIDNEY BAY DR
NEWPORT BEACH, CA 92657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,445.56

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 0**

**Nonpriority creditor's name and mailing address**

LA TIENDA DE GUADALUPE
ATTN: ELVIRA BECERRA
P.O. BOX 1363
OR 97030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 26.83

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 1**

**Nonpriority creditor's name and mailing address**

LABAV, IRENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.169 2**

**Nonpriority creditor's name and mailing address**

LABELLE, KIMBERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.169 3**

**Nonpriority creditor's name and mailing address**

LAFAYETTE TEXTILE INDUSTRIES LLC
ATTN: LORIE
4601 S. SOTO ST.
BLDG.#A
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.01

---

**3.169 4**

**Nonpriority creditor's name and mailing address**

LAGUNA VILLAGE SHOPPING CENTER,LLC
1328 MADONNA RD
SAN LUIS OBISPO, CA 93405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,696.21

---

**3.169 5**

**Nonpriority creditor's name and mailing address**

LAKE FOREST MARKETPLACE LLC
2601 AIRPORT DRIVE SUITE 300
TORRANCE, CA 90505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 57,993.00

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

LAKE GLENN FARMS
3735 MALIBU COUNTRY DR
MALIBU, CA 90265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 257,607.60

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1697**

**Nonpriority creditor's name and mailing address**

LAKE HAVASU CITY
PO BOX 5142
HARLAN, IA 51593-0642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 276.42

---

**3.1698**

**Nonpriority creditor's name and mailing address**

LAL, RAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1699**

**Nonpriority creditor's name and mailing address**

LALA US INC
5301 ALPHA ROAD SUITE 80-300
DALLAS, TX 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182,460.80

---

**3.1700**

**Nonpriority creditor's name and mailing address**

LAMAS, RUTH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1701**

**Nonpriority creditor's name and mailing address**

LAMBERT, STACI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.170
2**

**Nonpriority creditor's name and mailing address**

LAMONTAGNE CHOCOLATE CORP
4045 RUE GARLOCK
Sherbrooke, QC J1L 1W9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                81,665.28

---

**3.170
3**

**Nonpriority creditor's name and mailing address**

LANCASTER SHOPPING PLAZA LLC
24025 PARK SORRENTO SUITE 300
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                20,611.34

---

**3.170
4**

**Nonpriority creditor's name and mailing address**

LANDAVERDE, BETSI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.170
5**

**Nonpriority creditor's name and mailing address**

LANDERS, MAGGIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.170
6**

**Nonpriority creditor's name and mailing address**

LANDIN, LORRAINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.170 7** | **Nonpriority creditor's name and mailing address**

LANDSCAPE PRO SERVICES
7056 ARCHIBALD ST STE 102-395
EASTVALE, CA 92880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 17,947.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170 8** | **Nonpriority creditor's name and mailing address**

LANENE, CAGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170 9** | **Nonpriority creditor's name and mailing address**

LANGINGER, JULIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 0** | **Nonpriority creditor's name and mailing address**

LAPORTA, VICKY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 1** | **Nonpriority creditor's name and mailing address**

LARA CEBREROS, YOLANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.171
2**

**Nonpriority creditor's name and mailing address**
LARA, ALICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 47,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171
3**

**Nonpriority creditor's name and mailing address**
LARA, ALICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171
4**

**Nonpriority creditor's name and mailing address**
LARANCE, FAWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171
5**

**Nonpriority creditor's name and mailing address**
LARGER, IRACEMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171
6**

**Nonpriority creditor's name and mailing address**
LA'S BEST/LAUSD
ATTN: EDITH BALLESTEROS
711 E 14TH PLACE STE#1
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.02

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.171 7**

**Nonpriority creditor's name and mailing address**

LAS VEGAS REVIEW-JOURNAL
PO BOX 920
LAS VEGAS, NV 89125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,836.66

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 8**

**Nonpriority creditor's name and mailing address**

LAS VEGAS VALLEY WATER DISTRICT
PO BOX 2921 LVVWD
PHOENIX, AZ 85062-2921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 1,950.65

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 9**

**Nonpriority creditor's name and mailing address**

LASD-CPB-SYE
ATTN: JUAN MARTINEZ
1060 EASTERN AVE
BLD B
E. LOS ANGELES, CA 90063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 63.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 0**

**Nonpriority creditor's name and mailing address**

LAW OFFICES OF REUBEN YEROUSHALMI A
9100 WILSHIRE BLVD STE 610E
BEVERLY HILLS, 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 1**

**Nonpriority creditor's name and mailing address**

LAWAND DISTRIBUTION
ATTN: JOHN LAWAND
747 W.MAIN ST.
EL CAJON, CA 92020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 29.78

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|--------------------------|----------------|
|        | Name                     |                          |                |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172 2**

**Nonpriority creditor's name and mailing address**

LAWRENCE WHOLESALE
PO BOX 58307
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          13,189.80

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

LAZARO V CORONA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                               32.40

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

LE PERV LANDSCAPE INC
689 1ST AVENUE
CHULA VISTA, CA 91910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           3,963.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

LEAHY ORCHARDS INC
1772 ROUTE 209
FRANKLIN, QC J0S 1E0
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          31,752.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

LEAL, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1727**

**Nonpriority creditor's name and mailing address**

LEAL, ROMINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1728**

**Nonpriority creditor's name and mailing address**

LEAL, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1729**

**Nonpriority creditor's name and mailing address**

LEC CUSTOM PRODUCTS INC
7 KENVIEW BOULEVARD
BRAMPTON, ON L6T 5G5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    34,165.22

---

**3.1730**

**Nonpriority creditor's name and mailing address**

LEFLORE, FREDRESIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1731**

**Nonpriority creditor's name and mailing address**

LEGACY LICENSING PARTNERS LLC
1621 E 27TH STREET
LOS ANGELES, CA 90011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    119,010.24

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.173 2** **Nonpriority creditor's name and mailing address**

LEGALSHIELD
ONE PRE-PAID WAY
ADA, 74820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 387.98

---

**3.173 3** **Nonpriority creditor's name and mailing address**

LEMOINE, NELSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.173 4** **Nonpriority creditor's name and mailing address**

LEMON, APRILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.173 5** **Nonpriority creditor's name and mailing address**

LEMONADE IDEAS LLC
ATTN: MAHDI ALIMI
1817 S CENTRAL AVE
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21.36

---

**3.173 6** **Nonpriority creditor's name and mailing address**

LENNOX LAUNDRY
ATTN: MUHAMMAD ALLANA
10903 HAWTHORNE BLVD
INGLEWOOD, CA 90304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10.47

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.173 7**

**Nonpriority creditor's name and mailing address**

LENOV LAUNDRY
ATTN: TARIF ILHWAN
10816 S INGLEWOOD
INGLEWOOD, CA 90304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$    302.84

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

LEON AGUILAR, ISABEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

LEON KOROL CO
2050 E DEVON AVE
ELK GROVE VILLAGE, IL 60007-6023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    38,440.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

LEON REFRIGERATION INC
2420 S GARFIELD AVE
MONTEREY PARK, CA 91754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    7,782.28

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

LEON, ENRIQUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.174 2** Nonpriority creditor's name and mailing address

LEONE, MENDE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Plaintiff Case No. SCBA 2400248

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174 3** Nonpriority creditor's name and mailing address

LETICIA LEON LIMON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer Credit(s)

$ 531.72

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174 4** Nonpriority creditor's name and mailing address

LETSOS COMPANY
8435 WESTGLEN DRIVE
HOUSTON, TX 77063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 15,365.17

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174 5** Nonpriority creditor's name and mailing address

LEVIHAIM, SHEMOEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: General Liability

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.174 6** Nonpriority creditor's name and mailing address

LEVYIM, SHAHNAZ
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: General Liability

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.174 7** | **Nonpriority creditor's name and mailing address**
LEWIS, JESSICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 8** | **Nonpriority creditor's name and mailing address**
LEWIS, LASHELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 9** | **Nonpriority creditor's name and mailing address**
LEWISCO HOLDINGS LLC
208 W 30TH STREET #504
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,154,594.89

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 0** | **Nonpriority creditor's name and mailing address**
LEZA, JUANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 1** | **Nonpriority creditor's name and mailing address**
LG H AND H USA INC
165 BROADWAY 25TH FLOOR
NEW YORK, NY 10006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27,417.60

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.175 2**

**Nonpriority creditor's name and mailing address**

LIANGSHAN DAJIN GIFTS & TOYS CO LTD
DEVELOPMENT ZONE OF
SHANDONG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 18,864.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 3**

**Nonpriority creditor's name and mailing address**

LIBBEY GLASS INC
PO BOX 93864
CHICAGO, IL 60673-3864

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 78,060.87

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 4**

**Nonpriority creditor's name and mailing address**

LIBERTY UTILITY
PO BOX 60144
CITY OF INDUSTRY, CA 91716-0144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 3,003.57

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

LIEBERMAN, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$ 750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

LIEBERMAN, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.175 7** **Nonpriority creditor's name and mailing address**

LIFOAM INDUSTRIES LLC
1303 S BATESVILLE RD
GREER, SC 29650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    21,126.24

---

**3.175 8** **Nonpriority creditor's name and mailing address**

LIGHT, SUZANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.175 9** **Nonpriority creditor's name and mailing address**

LIGHTING HUB COMPANY
1709 S 2ND ST 4
ALHAMBRA, 91801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    217,527.66

---

**3.176 0** **Nonpriority creditor's name and mailing address**

LIMEX SICAR LTD & CO
701 TRINITY RD
MISSION, TX 78572

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    236,010.79

---

**3.176 1** **Nonpriority creditor's name and mailing address**

LINDE GAS AND EQUIPMENT INC
10 RIVERVIEW DRIVE
DANBURY, CT 06810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    40,111.60

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.176 2** | **Nonpriority creditor's name and mailing address**

LINKEDIN CORPORATION
2029 STIERLIN CT
MOUNTAIN VIEW, CA 94043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 121,741.72

---

**3.176 3** | **Nonpriority creditor's name and mailing address**

LIQUI-MARK CORP
30 DAVIDS DR
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49,958.40

---

**3.176 4** | **Nonpriority creditor's name and mailing address**

LIRA, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.176 5** | **Nonpriority creditor's name and mailing address**

LITTLE FARM DISTRIBUTION INC
456 E 19TH ST
UPLAND, CA 91784

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 913,916.39

---

**3.176 6** | **Nonpriority creditor's name and mailing address**

LITTLE RIVER DOLLAR STORE LLC
711 MAIN STREET
HORNERSVILLE, MO 63855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,206.61

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.176 7** | **Nonpriority creditor's name and mailing address**

LIZAMA, FRANK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176 8** | **Nonpriority creditor's name and mailing address**

LIZARRAGA DE MARTIN, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176 9** | **Nonpriority creditor's name and mailing address**

LIZBIA, PEDRAZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 0** | **Nonpriority creditor's name and mailing address**

LIZETEN ESTRADA HENRIQUEZ, KARLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 1** | **Nonpriority creditor's name and mailing address**

LNK INTERNATIONAL INC
22 ARKAY DRIVE
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 67,434.24

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177 2**

**Nonpriority creditor's name and mailing address**

LOGAN, APHRODITES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 3**

**Nonpriority creditor's name and mailing address**

LOGAN, APHRODITES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 4**

**Nonpriority creditor's name and mailing address**

LOGISTICA ADUANAL SLIM DE RL DE CV
ATTN: ROGELIO
AV.REVOLUCION#462-4
COL.ESPINOZA TECATE
BC, 21410
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 754.08

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

LOKOBEN JITNI
ATTN: RESSLYNN L. DANNY
4165 WOJA
MAJURO, 96960
MARSHALL ISLANDS, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 2,859.80

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

LOMBERA, CASSANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177 7** **Nonpriority creditor's name and mailing address**

LONGS DRUG STORES CALIFORNIA LLC
ONE CVS DRIVE
WOONSOCKET, RI 02895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 22,388.01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 8** **Nonpriority creditor's name and mailing address**

LOPEZ ALVAREZ, YAZMIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 9** **Nonpriority creditor's name and mailing address**

LOPEZ DE OCHOA, GUILLERMINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178 0** **Nonpriority creditor's name and mailing address**

LOPEZ FABELA, VIVIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178 1** **Nonpriority creditor's name and mailing address**

LOPEZ SANCHEZ, TOMASA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.178 2**

**Nonpriority creditor's name and mailing address**

LOPEZ, ALMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.178 3**

**Nonpriority creditor's name and mailing address**

LOPEZ, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

LOPEZ, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

LOPEZ, EDIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

LOPEZ, JEANNETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|--------------------------|----------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.178 7**

**Nonpriority creditor's name and mailing address**

LOPEZ, JESSICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

LOPEZ, ROGELIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

LOPEZ, RUBIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

LOPEZ, SARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

LOPEZ, SARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.179 2** **Nonpriority creditor's name and mailing address**

LOPEZ, SYLVIA
C/O BATTA/FULKERSON
ATTN: ROBERT M. SAGERIAN
1899 MCKEE STREET
SAN DIEGO, CA 92110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Case No. 24CV005690

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179 3** **Nonpriority creditor's name and mailing address**

LOPEZ, VICTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179 4** **Nonpriority creditor's name and mailing address**

LOPEZ-HERNANDEZ, ESPERANZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179 5** **Nonpriority creditor's name and mailing address**

LOPEZ-HERNANDEZ, ESPERANZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179 6** **Nonpriority creditor's name and mailing address**

LORENZANA, RUTH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ _____ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1797**

**Nonpriority creditor's name and mailing address**
LORIGO, HECTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1798**

**Nonpriority creditor's name and mailing address**
LORNAMEAD INC
175 COOPER AVE
TONAWANDA, NY 14150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    131,713.20

---

**3.1799**

**Nonpriority creditor's name and mailing address**
LOS ANGELES COUNTY
PO BOX 30629
LOS ANGELES, CA 90030-0629

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    659,891.81

---

**3.1800**

**Nonpriority creditor's name and mailing address**
LOS ANGELES DEPT OF WATER & POWER
P.O. BOX 30808
LOS ANGELES, CA 90030-0808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    209,303.38

---

**3.1801**

**Nonpriority creditor's name and mailing address**
LOS ROBLES VILLA PROPERTIES
PO BOX 55102
SHERMAN OAKS, CA 91413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    31,167.91

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.180 2**

**Nonpriority creditor's name and mailing address**
LOZADA, SUSANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.180 3**

**Nonpriority creditor's name and mailing address**
LU ANH MAU ANDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          23,613.33

---

**3.180 4**

**Nonpriority creditor's name and mailing address**
LUCAS PUBLIC AFFAIRS INC
1215 K STREET STE 1010
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          38,700.00

---

**3.180 5**

**Nonpriority creditor's name and mailing address**
LUCAS WORLD INC
100 INTERNATIONAL DR
MT OLIVE, NJ 07828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          49,407.38

---

**3.180 6**

**Nonpriority creditor's name and mailing address**
LUCAS, CHRYSTAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.180 7**

**Nonpriority creditor's name and mailing address**

LUCERNE VALLEY MARKET & HARDWARE
ATTN: LINDA GOMMEL
P.O. BOX 749 32946 HWY 18
LUCERNE VALLEY, CA 92356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39.60

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

LUCKY ZONE DESIGN GROUP LLC
21 W 38TH ST 10TH FL
NEW YORK, 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,200.00

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

LUCYS ENTERPRISES INC
15403 PROCTOR AVE
INDUSTRY, CA 91745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 126,217.60

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

LUDOVICO, MARIBELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

LUEN FUNG ENT
ATTN: MARLEEN
2351 SUNSET BLVD STE#170-742
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,387.80

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.181 2**

**Nonpriority creditor's name and mailing address**

LUEN FUNG ENTERPRISES-GUAM
ATTN: MARLEEN
P.O. BOX 6699
TAMUNING, GU 96931

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                           1,941.36

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

LUMBER LIQUIDATORS, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Codefendant - Case No. 30-2018-00993453-CU-EI-CXC

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

LUNA GUZMAN, MONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

LUNA, ANGELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

LUNA, EUGENIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.181 7**

**Nonpriority creditor's name and mailing address**
LUNA, EUGENIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.181 8**

**Nonpriority creditor's name and mailing address**
LUNA, EUGENIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.181 9**

**Nonpriority creditor's name and mailing address**
LUNA, GONZALO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.182 0**

**Nonpriority creditor's name and mailing address**
LUXOR PROPERTIES INC
4751 WILSHIRE BLVD STE 203
LOS ANGELES, CA 90010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    15,511.43

---

**3.182 1**

**Nonpriority creditor's name and mailing address**
LYDIA, SALAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.182 2**

**Nonpriority creditor's name and mailing address**

M & M INVESTMENT LLC
269 S BEVERLY DRIVE 468
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    13,105.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

M AND A GABAEE A CALIFORNIA LIMITEDPARTNERSHIP
9034 SUNSET BLVD
WEST HOLLYWOOD, CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    43,753.32

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

M AND S ACCESSORY NETWORK CORP
10 W 33RD ST SUITE 718
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    11,400.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

M&M CAPITAL INV.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Codefendant - Case No. 56-2022-00568982-CU-PO-VTA

$    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.182 6**

**Nonpriority creditor's name and mailing address**

M3M SANTA MARIA LLC
1001 DOVE STREET SUITE 195
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    16,403.76

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1827**

**Nonpriority creditor's name and mailing address**
MACABULIT, CORRIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.1828**

**Nonpriority creditor's name and mailing address**
MACABULIT, CORRIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.1829**

**Nonpriority creditor's name and mailing address**
MADRID, ANGELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.1830**

**Nonpriority creditor's name and mailing address**
MADRID, ANGELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.1831**

**Nonpriority creditor's name and mailing address**
MADSEN, TERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.183 2**

**Nonpriority creditor's name and mailing address**

MAGALLANES, LORENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22ST-CV32946

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 3**

**Nonpriority creditor's name and mailing address**

MAGALLON, DELORES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 10,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 4**

**Nonpriority creditor's name and mailing address**

MAGALLON, DELORES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 5**

**Nonpriority creditor's name and mailing address**

MAGANA, ALEXIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 6**

**Nonpriority creditor's name and mailing address**

MAGANA, ANGELICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1837**

**Nonpriority creditor's name and mailing address**

MAGANA, HEATHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1838**

**Nonpriority creditor's name and mailing address**

MAGANA, LETICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1839**

**Nonpriority creditor's name and mailing address**

MAGIC TRUCK SUPPLY
ATTN: SIGRID CARDONA
4601 E WASHINGTON BL
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 320.40

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1840**

**Nonpriority creditor's name and mailing address**

MAGICLAND MARKET
ATTN: GEORGE DAOUD
220 E KATELLA AVE
ANAHEIM, CA 92802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 124.74

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1841**

**Nonpriority creditor's name and mailing address**

MAGNE L VEIMOEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,382.35

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.184 2** **Nonpriority creditor's name and mailing address**

MAIN & MAIN PROPERTIES
3940 LAUREL CANYON BLVD # 139
STUDIO CITY, CA 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,285.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 3** **Nonpriority creditor's name and mailing address**

MALAKAN, HOMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$ 10,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 4** **Nonpriority creditor's name and mailing address**

MALAKAN, HOMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 5** **Nonpriority creditor's name and mailing address**

MALCA, ALICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 6** **Nonpriority creditor's name and mailing address**

MALCO PRODUCTS INC
361 FAIRVIEW AVENUE
BARBERTON, OH 44203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 97,977.60

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.184 7**

**Nonpriority creditor's name and mailing address**

MALDONADO DE GARCIA, ALICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

MAMUN, SUMAIYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

MANASO INVESTMENTS LLC
640 CLINTON PL
BEVERLY HILLS, 90210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                          27,124.16

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

MANDAKH FOUR SEASONS INC
ATTN: MANDAKH
409 SOUTH ORANGE
GROVE AVE
LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                                          18.96

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

MANDUJANO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.185 2**

**Nonpriority creditor's name and mailing address**

MANUEL FREITES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    59.70

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

MANZO, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

MANZO, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

MARANATHA GARDENING & LANDSCAPING I
7606 FELIPE CT
BAKERSFIELD, CA 93307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  3,150.00

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

MARAVILLA, ARGELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.185 7** | **Nonpriority creditor's name and mailing address**

MARGARITO GUTIERREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,900.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185 8** | **Nonpriority creditor's name and mailing address**

MARIA DEL CARMEN MURRIETA BEJARANO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 81.16

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185 9** | **Nonpriority creditor's name and mailing address**

MARIA M MADSON DBA ON THE MOV E SWE
PO BOX 7374
ORANGE, 92869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 340.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186 0** | **Nonpriority creditor's name and mailing address**

MARIA PEREZ VAZQUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 80.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186 1** | **Nonpriority creditor's name and mailing address**

MARIANI PACKING COMPANY
500 CROCKER DR
VACAVILLE, CA 95688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 46,912.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.186 2** **Nonpriority creditor's name and mailing address**

MARICOPA AZ INVESTMENTS LLC
916 SILVER SPUR RD STE 210
ROLLING HILLS ESTS, CA 90274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,375.00

---

**3.186 3** **Nonpriority creditor's name and mailing address**

MARICOPA COUNTY ENVIRONMENTAL SERVIEPARTMENT - BUSINESS SERVICES DIVIS
501 N 44TH STREET SUITE 200
PHOENIX, AZ 85008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 127,626.34

---

**3.186 4** **Nonpriority creditor's name and mailing address**

MARIE BROWN, LISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.186 5** **Nonpriority creditor's name and mailing address**

MARIE DUCHAN, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.186 6** **Nonpriority creditor's name and mailing address**

MARISCAL-RICO, ERIKA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.186 7** | **Nonpriority creditor's name and mailing address**

MARKETING RESULTS LTD
3985 GROVES RD
COLUMBUS, OH 43232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 67,374.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186 8** | **Nonpriority creditor's name and mailing address**

MARKSTEIN SALES COMPANY
1645 DRIVE IN WAY
ANTIOCH, CA 94509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,531.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186 9** | **Nonpriority creditor's name and mailing address**

MARKWINS BEAUTY PRODUCTS
22067 FERRERO PARKWAY
CITY OF INDUSTRY, CA 91789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 9,648.53

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187 0** | **Nonpriority creditor's name and mailing address**

MARQUEZ BROTHERS ENTERPRISES INC
15480 VALLEY BLVD
CITY OF INDUSTRY, CA 91746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 53,821.46

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187 1** | **Nonpriority creditor's name and mailing address**

MARQUEZ, ADELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.187 2**

**Nonpriority creditor's name and mailing address**
MARQUEZ, MAGDALENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.187 3**

**Nonpriority creditor's name and mailing address**
MARQUEZ, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.187 4**

**Nonpriority creditor's name and mailing address**
MARS INCORPORATED DBA MARS CHOCOLATTH AMERICA
100 INTERNATIONAL DR
MT OLIVE, NJ 07828-1383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    678,021.94

---

**3.187 5**

**Nonpriority creditor's name and mailing address**
MARS PETCARE US INC
315 COOL SPRING BLVD
FRANKLIN, TN 37067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    204,623.16

---

**3.187 6**

**Nonpriority creditor's name and mailing address**
MARSHALL POTTERY INC DBA DEROMA
4901 ELYSIAN FIELDS RD
MARSHALL, TX 75672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    374,970.06

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187 7**

**Nonpriority creditor's name and mailing address**
MARSHALL, LISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.187 8**

**Nonpriority creditor's name and mailing address**
MARTEL-BOWEN, ANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.187 9**

**Nonpriority creditor's name and mailing address**
MARTHA CEBALLOS, GUTIERREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.188 0**

**Nonpriority creditor's name and mailing address**
MARTIN, DEBRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    20,500.00

---

**3.188 1**

**Nonpriority creditor's name and mailing address**
MARTIN, DEBRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.188 2**

**Nonpriority creditor's name and mailing address**

MARTIN, TERRYE
C/O: ABRAMSON LABOR GROUP
11846 VENTURA BLVD.
SUITE 100
STUDIO CITY, CA 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

MARTIN, TERRYE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.188 4**

**Nonpriority creditor's name and mailing address**

MARTIN, TERRYE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.188 5**

**Nonpriority creditor's name and mailing address**

MARTINEZ ZAFRA, MICAELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.188 6**

**Nonpriority creditor's name and mailing address**

MARTINEZ, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.188 7**

**Nonpriority creditor's name and mailing address**
MARTINEZ, ANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.188 8**

**Nonpriority creditor's name and mailing address**
MARTINEZ, BLANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.188 9**

**Nonpriority creditor's name and mailing address**
MARTINEZ, BRITTNY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.189 0**

**Nonpriority creditor's name and mailing address**
MARTINEZ, CATALINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.189 1**

**Nonpriority creditor's name and mailing address**
MARTINEZ, DINORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.189 2**

**Nonpriority creditor's name and mailing address**

MARTINEZ, FLORENTINO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

MARTINEZ, LUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

MARTINEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

MARTINEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

MARTINEZ, MELBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

### Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1897**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|

MARTINEZ, SANDRA
ADDRESS ON FILE

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 22ST-CV36759

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1898**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|

MARTINEZ, YOLANDA
ADDRESS ON FILE

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1899**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 1,780.00 |
|---|---|---|---|

MARTINS LANDSCAPING CO INC
327 E 10TH STREET
YUMA, AZ 85364

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1900**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 35,750.00 |
|---|---|---|---|

MARUMATSU INC
PO BOX 7627
TORRANCE, CA 90504-9027

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1901**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 24,948.00 |
|---|---|---|---|

MARVELL FOODS INC
3200 N FEDERAL HWY STE 129
BOCA RATON, FL 33431

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.190 2**

**Nonpriority creditor's name and mailing address**

MARVIN RUBIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,842.09

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

MARYVALE TERRACE I LLC
1234-B EAST 17TH STREET
SANTA ANA, CA 92701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,541.98

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

MASEDEO, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

MATTS COOKIE COMPANY
482 N MILWAUKEE ROAD
WHEELING, IL 60090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,739.52

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

MAULDIN, ANGELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1907**

**Nonpriority creditor's name and mailing address**

MAURA, FRANCES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                   Undetermined

---

**3.1908**

**Nonpriority creditor's name and mailing address**

MAX DOLLARS
ATTN: KARINA VILLEGAS
916 S INTERNATIONAL
HIDALGO, TX 78557

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                          90.72

---

**3.1909**

**Nonpriority creditor's name and mailing address**

MAX SALES GROUP INC
15240 E NELSON AVE
INDUSTRY, CA 91744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                     64,261.80

---

**3.1910**

**Nonpriority creditor's name and mailing address**

MAXS WHOLESALE IMPORT EXPORT INC
2410 E 38TH ST
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    307,836.00

---

**3.1911**

**Nonpriority creditor's name and mailing address**

MAYBA, PERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                   Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.191 2** Nonpriority creditor's name and mailing address

MAYFLOWER DISTRIBUTING COMPANY INC
1155 MEDALLION DR
MENDOTA HEIGHTS, MN 55120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 982,319.99

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191 3** Nonpriority creditor's name and mailing address

MAZARIEGOS HOME LLC
ATTN: SERGIO C
12655 LAKWOOD BLVD
APT320
DOWNEY, CA 90242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 94.80

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191 4** Nonpriority creditor's name and mailing address

MAZARIEGOS, MARTA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191 5** Nonpriority creditor's name and mailing address

MAZARIEGOS, MARTA ALICIA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 24AVCV00458

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191 6** Nonpriority creditor's name and mailing address

MAZZARA, MICHELLE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.191 7**

**Nonpriority creditor's name and mailing address**
MAZZEO, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.191 8**

**Nonpriority creditor's name and mailing address**
MBSB NV-TX HOLDINGS LLC
24910 JOHN FREMONT RD
HIDDEN HILLS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,093.77

---

**3.191 9**

**Nonpriority creditor's name and mailing address**
MC CABE, TERI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.192 0**

**Nonpriority creditor's name and mailing address**
MC COWANS PROPERTIES  2
32859 SEAGATE DR UNIT G
PALOS VERDES, CA 90275-6908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,237.50

---

**3.192 1**

**Nonpriority creditor's name and mailing address**
MCCLATCHY NEWSPAPERS INC DBA THE FRBEE ATTN: GLORIA WEST #9
1626 E ST
FRESNO, CA 93786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,513.60

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.192 2**

**Nonpriority creditor's name and mailing address**

MCCORDUCK PROPERTIES LIVERMORE LLC
1615 BONANZA STREET SUITE 401
WALNUT CREEK, CA 94596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,646.94

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

MCCORDUCK PROPERTIES WESTGATE LLC
1615 BONANZA STREET SUITE 401
WALNUT CREEK, CA 94596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,333.33

---

**3.192 4**

**Nonpriority creditor's name and mailing address**

MCCOY, GEORGE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

MCCOY, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

MCCRAW, CLAUDETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.192 7 | **Nonpriority creditor's name and mailing address**<br>MCCUAN, JESSICA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Contingent Claim | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.192 8 | **Nonpriority creditor's name and mailing address**<br>MCCULLAH, CYNTHIA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Contingent Claim | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.192 9 | **Nonpriority creditor's name and mailing address**<br>MCCULLOUGH, ETHEL<br>C/O: LAW OFFICES OF JAKE D. FINKEL<br>ATTN: JAKE D. FINKEL, ESQ.<br>3470 WILSHIRE BLVD<br>SUITE 830<br>LOS ANGELES, CA 90010 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Threatened Litigation | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.193 0 | **Nonpriority creditor's name and mailing address**<br>MCDUFFIE, GREGORY<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  General Liability | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.193 1 | **Nonpriority creditor's name and mailing address**<br>MCDUFFIE, GREGORY EUGENE<br>C/O: LAW OFFICES OF JACOB EMRANI<br>ATTN: LAFAYETTE CLARKE, ESQ.<br>714 W. OLYMPIC BLVD, SUITE 300<br>LOS ANGELES, CA 90015 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  General Liability | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.193 2**

**Nonpriority creditor's name and mailing address**

MCG INNOVATIONS INC
246 MONMOUTH ROAD
OAKHURST, NJ 07755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65,974.10

---

**3.193 3**

**Nonpriority creditor's name and mailing address**

MCGEE, JAIYLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.193 4**

**Nonpriority creditor's name and mailing address**

MCGIEN, MAKALYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.193 5**

**Nonpriority creditor's name and mailing address**

MCGINLEY, DENNIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

MCGRATH NORTH MULLIN & KRATZ PC LLO
1601 DODGE ST STE 3700
OMAHA, NE 68102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,576.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.1937**

**Nonpriority creditor's name and mailing address**
MCGRUE, BRIDGET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 22ST-CV01829

$                   Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1938**

**Nonpriority creditor's name and mailing address**
MCGUIRE, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. BC690901

$                   Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1939**

**Nonpriority creditor's name and mailing address**
MCKEE FOODS CORP
PO BOX 2118
COLLEGEDALE, TN 37315-2118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                   919,688.24

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1940**

**Nonpriority creditor's name and mailing address**
MCLAWHORN, MAUREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                   Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1941**

**Nonpriority creditor's name and mailing address**
MCMILLAN WATER TREATMENT INC
PO BOX 1539
FONTANA, CA 92334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                   362.00

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.194 2**

**Nonpriority creditor's name and mailing address**
MCNEAL, DAWNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.194 3**

**Nonpriority creditor's name and mailing address**
MCS CIVIC CENTER PLAZA LLC
555 ENTERPRISE ST
ESCONDIDO, CA 92029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                34,161.91

---

**3.194 4**

**Nonpriority creditor's name and mailing address**
MEANINGFUL WORKS LLC
304 S BROADWAY SUITE 440
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                516,815.74

---

**3.194 5**

**Nonpriority creditor's name and mailing address**
MEANS NURSERY INC
33668 JOHNSONS LANDING RD
SCAPPOOSE, 97056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                221,092.50

---

**3.194 6**

**Nonpriority creditor's name and mailing address**
MEDCOR INC
4805 W PRIME PARKWAY
MCHENRY, IL 60050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                12,710.24

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.194 7**

**Nonpriority creditor's name and mailing address**
MEDINA, VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.194 8**

**Nonpriority creditor's name and mailing address**
MEDRANO, DENISE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.194 9**

**Nonpriority creditor's name and mailing address**
MEDUSA AUTO HONG KONG LIMITED
ATTN: STEVEN YUEN
714 SHUN TIN HOUSE, SHATIN PASS EST
CHI WAN SHAN ROAD KOWLOON
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 257.82

---

**3.195 0**

**Nonpriority creditor's name and mailing address**
MEJIA ALVAREZ, GUSTAVO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.195 1**

**Nonpriority creditor's name and mailing address**
MEJIA, JONATHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.195 2**

**Nonpriority creditor's name and mailing address**
MEJIA, LAVINIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.195 3**

**Nonpriority creditor's name and mailing address**
MEJIA, LUCAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.195 4**

**Nonpriority creditor's name and mailing address**
MELENDEZ GIRON, OLGA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.195 5**

**Nonpriority creditor's name and mailing address**
MELENDEZ GIRON, OLGA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.195 6**

**Nonpriority creditor's name and mailing address**
MELENDEZ GIRON, OLGA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
|        | Name |  |  |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1957**

**Nonpriority creditor's name and mailing address**
MELENDREZ, NOELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.1958**

**Nonpriority creditor's name and mailing address**
MELINDA, JOHNS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.1959**

**Nonpriority creditor's name and mailing address**
MELLO, SHELLADIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.1960**

**Nonpriority creditor's name and mailing address**
MELLO, SHELLADIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

**3.1961**

**Nonpriority creditor's name and mailing address**
MELROSE INVESTMENT COMPANY
2 BUCKLAND ABBEY
NASHVILLE, TN 37215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 23NWCV02235

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.196 2**

**Nonpriority creditor's name and mailing address**

MENDEZ DE NICARAGUA SA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,194.10

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

MENDEZ, BLANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

MENDEZ, HUMBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

MENDEZ, HUMBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

MENDEZ, MA ISABEL APARICIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 23STCV23508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.196 7**

**Nonpriority creditor's name and mailing address**

MENDIETA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

MENDOZA DOLORES, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.196 9**

**Nonpriority creditor's name and mailing address**

MENDOZA HERNANDEZ, ALMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

MENDOZA, ADELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

MENDOZA, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.197 2**

**Nonpriority creditor's name and mailing address**

MENDOZA, MELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.197 3**

**Nonpriority creditor's name and mailing address**

MERCADO, GUADALUPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.197 4**

**Nonpriority creditor's name and mailing address**

MERCADO, LUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Severance Obligations

$       79,615.35

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.197 5**

**Nonpriority creditor's name and mailing address**

MERCED IRRIGATION DISTRICT
744 W 20TH ST
MERCED, CA 95340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$       10,007.74

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.197 6**

**Nonpriority creditor's name and mailing address**

MERISANT US INC
33 N DEARBORN ST STE 200
CHICAGO, IL 60602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$       26,295.36

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.197 7**

**Nonpriority creditor's name and mailing address**

MERLIN DEODATH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 470.94

---

**3.197 8**

**Nonpriority creditor's name and mailing address**

MESA WATER DISTRICT
PO BOX 6513
PASADENA, CA 91109-6500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,561.35

---

**3.197 9**

**Nonpriority creditor's name and mailing address**

MESTAS, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.198 0**

**Nonpriority creditor's name and mailing address**

METRO FIRE EQUIPMENT INC
63 S HAMILTON PLACE
GILBERT, AZ 85233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 758.75

---

**3.198 1**

**Nonpriority creditor's name and mailing address**

METROPOLIS
144 2ND AVE N SUITE 300
NASHVILLE, 37201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,147.50

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.198 2** | **Nonpriority creditor's name and mailing address**

METROWEST SWEEPING  INC
5246 SILVER PEAK LANE
ROCKLIN, CA 95765-5078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    2,445.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 3** | **Nonpriority creditor's name and mailing address**

MEXICORP LLC
12946 DAIRY ASHFORD STE 150
SUGAR LAND, TX 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   190,270.08

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 4** | **Nonpriority creditor's name and mailing address**

MEXI-LAND INC
150 RUSSELL ST
CITY OF INDUSTRY, CA 91744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   169,012.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 5** | **Nonpriority creditor's name and mailing address**

MEYERSON MANAGEMENT LLC (SUNSET)
PO BOX 1036
GREAT NECK, NY 11023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    62,500.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 6** | **Nonpriority creditor's name and mailing address**

MEZA, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.198 7**

**Nonpriority creditor's name and mailing address**

MEZNARICH, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.198 8**

**Nonpriority creditor's name and mailing address**

MGP XII REIT LLC
425 CALIFORNIA STREET 10TH FLOOR
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    31,742.45

---

**3.198 9**

**Nonpriority creditor's name and mailing address**

MGRDICHIAN, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

MI CASA DISCOUNT STORE INC
ATTN: REMIGIO SANCHEZ
4133 CITY TERRACE DR
LOS ANGELES, CA 90063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    0.26

---

**3.199 1**

**Nonpriority creditor's name and mailing address**

MICHAEL K BROWN LANDSCAPE & MAINTENCO INC
3541 ALKEN ST
BAKERSFIELD, CA 93308-5153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    6,386.93

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.199 2**

**Nonpriority creditor's name and mailing address**
MICHAEL S SIMON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    5,712.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199 3**

**Nonpriority creditor's name and mailing address**
MICKEL HAVASU LLC
555 SOUTH FLOWER STREET 12TH FLOOR
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    18,031.90

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199 4**

**Nonpriority creditor's name and mailing address**
MICKELSON, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199 5**

**Nonpriority creditor's name and mailing address**
MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    589,181.30

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199 6**

**Nonpriority creditor's name and mailing address**
MID CITY YELLOW CAB
7400 E SLAUSON AVE STE 6WA
COMMERCE, 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    510.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1997**
**Nonpriority creditor's name and mailing address**
MID VALLEY DISPOSAL
PO BOX 12385
FRESNO, CA 93777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 629.49

**Date or dates debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1998**
**Nonpriority creditor's name and mailing address**
MIDEB NOMINEES INC
541 S SPRING ST STE 204
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 30,166.19

**Date or dates debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1999**
**Nonpriority creditor's name and mailing address**
MIDTOWN PLUMBING INC
8234 S GARFIELD AVE
BELL GARDENS, CA 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 9,308.54

**Date or dates debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2000**
**Nonpriority creditor's name and mailing address**
MIDWAY IMPORTING INC
1807 BRITT MOORE RD
HOUSTON, TX 77043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 593,007.36

**Date or dates debt was incurred**  Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2001**
**Nonpriority creditor's name and mailing address**
MIG LAWNDALE HOLDING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Codefendant - Case No. 202426274

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.200 2**

**Nonpriority creditor's name and mailing address**
MIGHT, DEBORAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.200 3**

**Nonpriority creditor's name and mailing address**
MIGHTY DOLLAR LLC
ATTN: JENNIFER KUBAL
132 COMMERCIAL DRIVE STE#150
FOREST CITY, NC 28043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                118.08

---

**3.200 4**

**Nonpriority creditor's name and mailing address**
MILAVUS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                8,100.00

---

**3.200 5**

**Nonpriority creditor's name and mailing address**
MILIAN, ALINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.200 6**

**Nonpriority creditor's name and mailing address**
MILLAN, LEONA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.200 7**

**Nonpriority creditor's name and mailing address**
MILLENNIUM PET GROUP LLC
313 FIFTH AVE 3RD FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 386,901.36

---

**3.200 8**

**Nonpriority creditor's name and mailing address**
MILLER, GLORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.200 9**

**Nonpriority creditor's name and mailing address**
MILLER, JEFFREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.201 0**

**Nonpriority creditor's name and mailing address**
MILLS, GLENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.201 1**

**Nonpriority creditor's name and mailing address**
MING & STINE SHOPPING CENTER
4200 EASTON DRIVE SUITE #5
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 58,918.81

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2012**

**Nonpriority creditor's name and mailing address**

MINI 3M STORE
ATTN: MASHAKO WAJAR
P O BOX 5604
EBEYE KWAJELAIN, 96970
MARSHALL ISLANDS, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.90

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2013**

**Nonpriority creditor's name and mailing address**

MINI MART AND DISCOUNT CIGARETTE
5200 STOCKTON BLVD
STE 115
SACRAMENTO, CA 95820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 9.48

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2014**

**Nonpriority creditor's name and mailing address**

MINSA USA INC
3500 S DUPONT HWY
DOVER, DE 19901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 87,424.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2015**

**Nonpriority creditor's name and mailing address**

MIRA MESA SHOPPING CENTER-WESTLLC
8294 MIRA MESA BLVD
SAN DIEGO, CA 92126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,354.09

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2016**

**Nonpriority creditor's name and mailing address**

MIRAL CORP
4370 LA JOLLA VILLAGE DR STE 650
SAN DIEGO, CA 92122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,125.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2017**

**Nonpriority creditor's name and mailing address**

MIRANDA FASHION
1764 S. MAIN ST
SANTA ANA, CA 92707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    20.00

---

**3.2018**

**Nonpriority creditor's name and mailing address**

MIRANDA, ASLI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.2019**

**Nonpriority creditor's name and mailing address**

MIRANDA, CLAUDIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.2020**

**Nonpriority creditor's name and mailing address**

MISSION DOLLAR
ATTN: FARHAD
2100 MISSION ST
SAN FRANCISCO, CA 94110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    0.94

---

**3.2021**

**Nonpriority creditor's name and mailing address**

MITCHELL
C/O LAW OFFICES OF SHARONA ESLAMBOLY HAKIM
ATTN: SHARONA ESLAMBOLY HAKIM
8739 WILSHIRE BLVD., SUITE 500
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Case No. 56-2022-00568982-CU-PO-VTA

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.202 2**

**Nonpriority creditor's name and mailing address**

MITCHELL, ANTHONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.202 3**

**Nonpriority creditor's name and mailing address**

MITCHELL, CHARLENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.202 4**

**Nonpriority creditor's name and mailing address**

MITCHELL, GERALDINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.202 5**

**Nonpriority creditor's name and mailing address**

MIWORLD ACCESSORIES LLC
1 EAST 33RD STREET 11TH FLOOR
NEW YORK CITY, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        70,291.40

---

**3.202 6**

**Nonpriority creditor's name and mailing address**

MIXED NUTS INC
7909 CROSSWAY DRIVE
PICO RIVERA, CA 90660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        96,905.60

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2027**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|
| MIZICKO, ILIANA<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | **Basis for the claim:** Contingent Claim | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | | |

**3.2028**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 309.83 |
|---|---|---|---|
| MJEF CALIFORNIA, INC.<br>ATTN: THERESA SY<br>329 PASEO SONRISA<br>WALNUT, CA 91789 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Customer Credit(s) | | |
| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | | |

**3.2029**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 124,836.31 |
|---|---|---|---|
| MODE TRANSPORTATION LLC<br>PO BOX 71188<br>CHICAGO, IL 60694-1188 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Trade Payable | | |
| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | | |

**3.2030**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 6,554.00 |
|---|---|---|---|
| MODERN MATERIAL HANDLING CO INC<br>2 COMMERCIAL DR<br>GREENVILLE, 29607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Trade Payable | | |
| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | | |

**3.2031**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,539.15 |
|---|---|---|---|
| MODESTO IRRIGATION DISTRICT<br>PO BOX 5355<br>MODESTO, CA 95352-5355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Utility Payable | | |
| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.203 2**

**Nonpriority creditor's name and mailing address**
MOHAMED, ANDRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203 3**

**Nonpriority creditor's name and mailing address**
MOHAMED, RHONDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203 4**

**Nonpriority creditor's name and mailing address**
MOHAMMED QHESHAM QUTTENEH EST
ATTN: MOHAMMED QUTTAINEH
YARMOOK STREET
1110-1719
AMMAN,
JORDAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 126.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203 5**

**Nonpriority creditor's name and mailing address**
MOHAVE COUNTY TREASURER
PO BOX 712
KINGMAN, AZ 86402-0712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,667.03

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203 6**

**Nonpriority creditor's name and mailing address**
MOHAVE ELECTRIC COOPERATIVE
PO BOX 52091 PAYMENT PROCESSING CENTER
PHOENIX, AZ 85072-2091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 3,154.45

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2037**

**Nonpriority creditor's name and mailing address**
MOLINA, MYRTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2038**

**Nonpriority creditor's name and mailing address**
MOMENTUM BRANDS, INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 2:23-CV-10738

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2039**

**Nonpriority creditor's name and mailing address**
MONARK LLC
7 SAINT RAPHAEL
LAGUNA NIGUEL, 92677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 177,752.96

---

**3.2040**

**Nonpriority creditor's name and mailing address**
MONARREZ MORENO, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2041**

**Nonpriority creditor's name and mailing address**
MONDELEZ INTERNATIONAL HOLDINGS LLC
3 PARKWAY N
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 120,744.47

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.204 2**

**Nonpriority creditor's name and mailing address**

MONGE, MS.
C/O: JOSE GARAY, APLC
249 E. OCEAN BLVD
#814
LONG BEACH, CA 90802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened Litigation

$                  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204 3**

**Nonpriority creditor's name and mailing address**

MONIEM SHAABAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  55,921.25

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204 4**

**Nonpriority creditor's name and mailing address**

MONRO-MISSION SQUARE LLC
3900 5TH AVENUE STE 300
SAN DIEGO, CA 92103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  25,781.11

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204 5**

**Nonpriority creditor's name and mailing address**

MONSTER ENERGY COMPANY
1 MONSTER WAY
CORONA, CA 92879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  30,159.36

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204 6**

**Nonpriority creditor's name and mailing address**

MONTANO, HERMILA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.204 7** **Nonpriority creditor's name and mailing address**

MONTANO, JASMINE
C/O: SANI LAW, APC
ATTN: SAM SANI
595 E. COLORADO BLVD.
SUITE 522
PASADENA, CA 91101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204 8** **Nonpriority creditor's name and mailing address**

MONTANO, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204 9** **Nonpriority creditor's name and mailing address**

MONTCLAIR PLAZA INC
15445 VENTURA BLVD SUITE 31
SHERMAN OAKS, CA 91403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,972.43

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205 0** **Nonpriority creditor's name and mailing address**

MONTEBELLO 3721 LLC
1139 S DIAMOND BAR BLVD #H
DIAMOND BAR, CA 91765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 47,147.72

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205 1** **Nonpriority creditor's name and mailing address**

MONTEBELLO LAND & WATER COMPANY
P.O. BOX 279
MONTEBELLO, CA 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 10.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 485 of 838

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.205 2**

**Nonpriority creditor's name and mailing address**
MONTELLANO, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205 3**

**Nonpriority creditor's name and mailing address**
MONTEMAYOR, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205 4**

**Nonpriority creditor's name and mailing address**
MONTERREY TRADE CORPORATION
4425 S WESTERN BLVD
CHICAGO, 60609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            98,650.80

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205 5**

**Nonpriority creditor's name and mailing address**
MONTERROSO, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205 6**

**Nonpriority creditor's name and mailing address**
MONTERROZO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$            Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2057**

**Nonpriority creditor's name and mailing address**

Monterrozo, Maria Rosario
C/O: CENTRAL LAW FIRM
ATTN: MICHAEL M. ISAAC, ESQ.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. VCU299044

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2058**

**Nonpriority creditor's name and mailing address**

MONTES, ESTHELA
C/O: MAKKABI LAW GROUP, APC
ATTN: DELAVAR OMIDFAR
9454 WILSHIRE BLVD
SUITE 900
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Case No. 19STCV31804

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2059**

**Nonpriority creditor's name and mailing address**

MONTGOMER, RHONDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2060**

**Nonpriority creditor's name and mailing address**

MONTGOMERY, WALTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2061**

**Nonpriority creditor's name and mailing address**

MONTOYA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.206 2**

**Nonpriority creditor's name and mailing address**

MOOD MEDIA
PO BOX 71070
CHARLOTTE, NC 28272-1070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 621.86

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

MOORE, EDMONIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 4**

**Nonpriority creditor's name and mailing address**

MOORE, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 37-2024-00007281-CU-OE-CTL

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 5**

**Nonpriority creditor's name and mailing address**

MOOSE HOLDING COMPANY LLC
16830 VENTURA BLVD STE 500
ENCINO, CA 91436

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20,492.68

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

MOOSE HOLDING COMPANY, LLC
16830 VENTURA BLVD STE 500
ENCINO, CA 91436

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 21STCV08167

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.206 7**
**Nonpriority creditor's name and mailing address**
MORA, CARLOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.206 8**
**Nonpriority creditor's name and mailing address**
MORA, ERENDIRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.206 9**
**Nonpriority creditor's name and mailing address**
MORALES PADILLA, BELINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.207 0**
**Nonpriority creditor's name and mailing address**
MORALES, GUILLERMO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.207 1**
**Nonpriority creditor's name and mailing address**
MORALES, JOVITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.207 2**

**Nonpriority creditor's name and mailing address**

MORALES, MAGALI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened Litigation

$        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207 3**

**Nonpriority creditor's name and mailing address**

MORE LOVE LLC
ATTN: LINA ORLOV
3739 OVERLAND AVE
LOS ANGELES, CA 90034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$        346.08

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207 4**

**Nonpriority creditor's name and mailing address**

MOREHOUSE FOODS INC
760 EPPERSON DR
INDUSTRY, CA 91748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        80,942.40

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207 5**

**Nonpriority creditor's name and mailing address**

MORENO, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207 6**

**Nonpriority creditor's name and mailing address**

MORENO, JUANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$        14,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.2077 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | MORENO, JUANA | ☑ Contingent | |
| | ADDRESS ON FILE | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:** General Liability | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.2078 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | MORENO, VICTOR | ☑ Contingent | |
| | ADDRESS ON FILE | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:** General Liability | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.2079 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 61,168.00 |
|---|---|---|---|
| | MORINAGA AMERICA INC | ☐ Contingent | |
| | 4 PARK PLAZA STE 750 | ☐ Unliquidated | |
| | IRVINE, CA 92614-5211 | ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.2080 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | MORRIS, KRISSIE | ☑ Contingent | |
| | ADDRESS ON FILE | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:** General Liability | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.2081 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | MORRIS, TAMILYNNE | ☑ Contingent | |
| | ADDRESS ON FILE | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | | **Basis for the claim:** General Liability | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.208
2**

**Nonpriority creditor's name and mailing address**

MORTON SALT INC
123 N WACKER DR
CHICAGO, IL 60606-1743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   57,805.44

---

**3.208
3**

**Nonpriority creditor's name and mailing address**

MOSAIC BATH AND SPA LLC
347 5TH AVENUE SUITE 201
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   33,745.50

---

**3.208
4**

**Nonpriority creditor's name and mailing address**

MOSLEY, DELICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

**3.208
5**

**Nonpriority creditor's name and mailing address**

MOSS ADAMS LLP

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   55,630.00

---

**3.208
6**

**Nonpriority creditor's name and mailing address**

MOTA, ELVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.208 7**

**Nonpriority creditor's name and mailing address**

MOTA, GUADALUPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

MOUNTAIN HIGH POTATO & ONION INC
PO BOX 21627
KEIZER, OR 97307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

MOUSIGHI, KOUROSH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.209 0**

**Nonpriority creditor's name and mailing address**

MR HOSE INC
5574 E WASHINGTON BLVD
CITY OF COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    761.94

---

**3.209 1**

**Nonpriority creditor's name and mailing address**

M-S CASH DRAWER CORPORATION
2085 E FOOTHILL BLVD
PASADENA, CA 91107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    12,137.56

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.209 2**

**Nonpriority creditor's name and mailing address**

MUNGER TOLLES & OLSON LLP
PO BOX 515065
LOS ANGELES, CA 90051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                77,579.65

---

**3.209 3**

**Nonpriority creditor's name and mailing address**

MUNGUIA DE SILVA, BLANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.209 4**

**Nonpriority creditor's name and mailing address**

MUNKH-ENKHRII CO LTD
ATTN: MUNKHNARAN DORJSUREN
1ST HOROO,SELBE 58TH
#Y8 SUKHBAATAR

MONGOLIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                262.68

---

**3.209 5**

**Nonpriority creditor's name and mailing address**

MUNOZ, RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.209 6**

**Nonpriority creditor's name and mailing address**

MURILLO VALDIVIA, ALMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.209 7** Nonpriority creditor's name and mailing address

MURILLO, YESENIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.209 8** Nonpriority creditor's name and mailing address

MURO, CLARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.209 9** Nonpriority creditor's name and mailing address

MURPHY, LAMOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.210 0** Nonpriority creditor's name and mailing address

MUSA M IBRAHIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,748.00

---

**3.210 1** Nonpriority creditor's name and mailing address

MW POLAR FOODS
PO BOX 469
NORWALK, CA 90651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,109.44

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.210 2**

**Nonpriority creditor's name and mailing address**

MY IMPORT USA INC
60 BRUNSWICK AVENUE
EDISON, NJ 08817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 52,440.00

---

**3.210 3**

**Nonpriority creditor's name and mailing address**

MY IMPORTS WEST LLC
ATTN: MASHAL
2701 CARRIER AVE
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2.00

---

**3.210 4**

**Nonpriority creditor's name and mailing address**

NACHOS LOCK & KEY SERVICE
2689 E FLORENCE AVE
HUNTINGTON PARK, CA 90255-4747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,215.00

---

**3.210 5**

**Nonpriority creditor's name and mailing address**

NATURAL AND HEALTHY PRODUCTS
4593 FIRESTONE BLVD
SOUTH GATE, CA 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,200.00

---

**3.210 6**

**Nonpriority creditor's name and mailing address**

NATUREPLEX LLC
11085 AIRPORT RD
OLIVE BRANCH, MS 38654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59,900.69

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.210 7**

**Nonpriority creditor's name and mailing address**

NATURES FUSIONS LLC
57 NORTH 1380 WEST
OREM, UT 84057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              119,647.84

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210 8**

**Nonpriority creditor's name and mailing address**

NATURES TURN INC
137 N LARCHMONT BLVD STE 463
LOS ANGELES, CA 90004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              192.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210 9**

**Nonpriority creditor's name and mailing address**

NAUCH, CHERIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211 0**

**Nonpriority creditor's name and mailing address**

NAVARRO, LAURA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211 1**

**Nonpriority creditor's name and mailing address**

NAVARRO, PRISCELLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.211 2**

**Nonpriority creditor's name and mailing address**

NAVARRO, ROSALIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.211 3**

**Nonpriority creditor's name and mailing address**

NAVARRO, SANTOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.211 4**

**Nonpriority creditor's name and mailing address**

NAVEX GLOBAL INC
6000 MEADOWS RD STE 200
LAKE OSWEGO, OR 97035-3177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    71,235.43

---

**3.211 5**

**Nonpriority creditor's name and mailing address**

NAZAR NASSER Y OTRO LTDA
ATTN: NABIL NASSER
SAN PABLO 2867
SANTIAGO, 8320000
CHILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    0.44

---

**3.211 6**

**Nonpriority creditor's name and mailing address**

NAZARETH RETAIL HOLDINGS LLC
800 S B STREET SUITE 100
SAN MATEO, CA 94401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    31,053.04

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2117**

**Nonpriority creditor's name and mailing address**

NBC UNIVERSAL
ATTN: HARLAN SPATZ
100 UNIVERSAL CITY
PLAZA 1320 3M/303
UNIVERSAL CITY, CA 91608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 59.02

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2118**

**Nonpriority creditor's name and mailing address**

NCR CORPORATION
1700 S PATTERSON BLVD
DAYTON, OH 45479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19,516.69

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2119**

**Nonpriority creditor's name and mailing address**

NEIGHBOR MARKET (COMPTON,CA
ATTN: YOUNG H BYUN
2430 E. ALONDRA BLVD
COMPTON, CA 90221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.06

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2120**

**Nonpriority creditor's name and mailing address**

NEITMAN, VIRGINIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 21AVCV00879

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2121**

**Nonpriority creditor's name and mailing address**

NELSON, ALECEA MONET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 24LBCV00374

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212 2** | **Nonpriority creditor's name and mailing address**

NEOSTAR USA LLC
7545 IRVINE CTR DR STE 200
IRVINE, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 266,259.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 3** | **Nonpriority creditor's name and mailing address**

NEVADA BEVERAGE COMPANY
3940 W TROPICANA AVE
LAS VEGAS, NV 89103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,673.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 4** | **Nonpriority creditor's name and mailing address**

NEVADA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
GRANT SAWYER BUILDING
LAS VEGAS, NV 89101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property Escheatment

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 5** | **Nonpriority creditor's name and mailing address**

NEVES, BRENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$ 10,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 6** | **Nonpriority creditor's name and mailing address**

NEVES, BRENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.212 7**

**Nonpriority creditor's name and mailing address**

NEVSPAR LLC
31 GOLDEN SUNRAY LANE
LAS VEGAS, NV 89135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,878.44

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

NEW 99 MARKET
ATTN: JOEL CERVANTES
2718 W VERNON AVE
LOS ANGELES, CA 90008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.01

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

NEW IMAGE LANDSCAPE COMPANY
3250 DARBY COMMON
FREMONT, CA 94539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,350.00

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

NEWPORT SALES INC
108 S FRANKLIN AVE STE5D
VALLEY STREAM, NY 11580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 177,664.76

---

**3.213 1**

**Nonpriority creditor's name and mailing address**

NG19 LP
11720 EL CAMINO REAL SUITE 250
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,644.07

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.213 2**

**Nonpriority creditor's name and mailing address**

NGATAIA CO. LTD
ATTN: KENT LEE
FANGA TAUFA'AHAU ROAD
NUKUALOFA,
TONGA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                    396.60

---

**3.213 3**

**Nonpriority creditor's name and mailing address**

NIAGARA BOTTLING LLC
2560 E PHILADELPHIA ST
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                              138,348.96

---

**3.213 4**

**Nonpriority creditor's name and mailing address**

NICKEY PETROLEUM CO INC
925 LAKEVIEW AVE
PLACENTIA, CA 92870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                28,015.41

---

**3.213 5**

**Nonpriority creditor's name and mailing address**

NICKS HIWAY MARKET
ATTN: ARMANDO LANDEROS
11394 MERRITT ST
CASTROVILLE, CA 95012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                    111.03

---

**3.213 6**

**Nonpriority creditor's name and mailing address**

NIKI GROUP LLC- 99ARC1
11720 EL CAMINO REAL STE 250
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  1,438.74

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2137**

**Nonpriority creditor's name and mailing address**

NILO BRANDS INC
640 FLINT AVE
WILMINGTON, CA 90744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  126,704.16

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2138**

**Nonpriority creditor's name and mailing address**

NINGBO ASSISTING TRADING CO LTD
RM 1602 NO 258 DIEYUAN ROAD
NINGBO, 315000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  1,494,549.51

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2139**

**Nonpriority creditor's name and mailing address**

NINGBO BEHIGH IMP AND EXP CO LTD
ROOM 1706 CENTURY ORIENTAL
NINGBO CITY,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  113,654.88

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2140**

**Nonpriority creditor's name and mailing address**

NINGBO BEILUN ZHI CHANG ARTS & CRAFLTD
13 JINGSI ROAD
NINGBO, 315800
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  37,656.32

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2141**

**Nonpriority creditor's name and mailing address**

NINGBO BESMERY IMP AND EXP CO LTD
NO 239 WANGSHAN ROAD JIANGBEI
NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  80,243.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.214 2**

**Nonpriority creditor's name and mailing address**

NINGBO BESTCO IMPORT & EXPORT CO LT
3RD-5TH FL
NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 237,090.16

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

NINGBO CHINA-BASE LANDHAU FOREIGN TCO LTD
ROOM 2001-2002
NINGBO, 315171
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,791.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

NINGBO DAZHOU IMPORTS & EXPORT CO L
RM 1708 NO 12 BLDG
ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 70,354.08

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

NINGBO EZ WAY IMP AND EXP CO LTD
ROOM #901 YITIAN BUILDING
NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 76,643.76

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

NINGBO FUN PARTY SECRET IMPORT ANDEXPORT CO LTD
3RD FLOOR NO 3 BUILDING NO 128 BUZH
NINGBO CITY,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 202,789.86

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.214 7**

**Nonpriority creditor's name and mailing address**

NINGBO HOME-DOLLAR IMP & EXP CORP
69 GUANGYUAN RD
NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,330,653.54

---

**3.214 8**

**Nonpriority creditor's name and mailing address**

NINGBO HOMEMATE PRODUCTS CO LTD
NO. 78 TONGDE ZHUANGSHI AVE
NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   330,155.22

---

**3.214 9**

**Nonpriority creditor's name and mailing address**

NINGBO MAS-HOUSEWARE IMP & EXP LTD
RM 1002-1003 JIANCHEN MANSION
ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     49,321.44

---

**3.215 0**

**Nonpriority creditor's name and mailing address**

NINGBO MERRYART GLOW-TECH CO LTD
NO 8 LIXIN ROAD
ZHEJIANG, 315000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   161,526.60

---

**3.215 1**

**Nonpriority creditor's name and mailing address**

NINGBO MINGXI IMP AND EXP CO LTD
ROOM 407 BLDG 7 NO 535 KANGQIAO
NINGBO, 315032
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   249,640.65

---

| Debtor | 99 Cents Only Stores LLC | Case number (*if known*) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.215 2** **Nonpriority creditor's name and mailing address**

NINGBO RAFFINI IMPORT & EXPORT CO L
NO 188 CHANGYANG RD
ZHEJIANG, 315033
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 75,003.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 3** **Nonpriority creditor's name and mailing address**

NINGBO SHIMMER STAR IMP AND EXP COR
7A BUILDING NO 98 CHUANGYUAN ROAD
GAOXIN DISTRICT NINGBO CITY, 315048
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 227,714.64

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 4** **Nonpriority creditor's name and mailing address**

NINGBO SOLAR TECH IMP & EXP CO LTD
NO 818 JINYUAN ROAD
NINGBO, 315100
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 269,575.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 5** **Nonpriority creditor's name and mailing address**

NINGBO TIMES INTL TRADING CO LTD
ROOM 1011-1016 10/F
NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 72,035.22

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 6** **Nonpriority creditor's name and mailing address**

NINGBO TOPO LIMITED
3RD FL BLDG 3
ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 511,729.69

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.215 7**

**Nonpriority creditor's name and mailing address**

NINGBO WONDERFUL PLASTIC INDUSTRY ATRADE CO LTD
3F BOBANG BUILDING 1299# JUXIAN ROA
NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 94,912.24

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 8**

**Nonpriority creditor's name and mailing address**

NINGBO ZENITH PASSION IMP & EXP CO
9/F NO 35 LN 299 GUANGHUA RD
ZHEJIANG, 315040
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 675,657.31

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215 9**

**Nonpriority creditor's name and mailing address**

NISHA HILTON, PRECIOUS SHAIROON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216 0**

**Nonpriority creditor's name and mailing address**

NISSIN FOODS USA CO INC
2001 W ROSECRANS AVE
GARDENA, CA 90249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,162,502.40

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

NJR OUTLET, INC
ATTN: N.R. PATEL
5573 MISSION BLV.
RIVERSIDE, CA 92509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 28.44

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.216 2**

**Nonpriority creditor's name and mailing address**

NMC ANAHEIM LLC
24025 PARK SORRENTO SUITE 300
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                26,496.40

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

NMC SANTA ANA LLC
24025 PARK SORRENTO SUITE 300
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                91,298.77

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

NMC SOUTHGATE LLC
24025 PARK SORRENTO SUITE 300
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                22,341.66

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

NOBLES, CHABLIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

NORDMAN, JIMMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.216 7**

**Nonpriority creditor's name and mailing address**

NORIEGA, EDUARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216 8**

**Nonpriority creditor's name and mailing address**

NORIEGA, EDUARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216 9**

**Nonpriority creditor's name and mailing address**

NORIEGA, EDUARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.217 0**

**Nonpriority creditor's name and mailing address**

NORTH HOLLYWOOD INTERFAITH FOOD PANTRY
ATTN: JANE POOLE
4390 COLFAX AVENUE
NORTH HOLLYWOOD, CA 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$        26.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.217 1**

**Nonpriority creditor's name and mailing address**

NORTH OAKS CENTER
PO BOX 608
LAWNDALE, CA 90260-0608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        19,131.17

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.217 2**

**Nonpriority creditor's name and mailing address**

NORTH SHORE GREENHOUSES INC
82900 JOHNSON ST
THERMAL, CA 92274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                9,019.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217 3**

**Nonpriority creditor's name and mailing address**

NORTH VALLEY MALL II LLC
806 E AVENIDA PICO #I-311
SAN CLEMENTE, CA 92673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              25,409.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217 4**

**Nonpriority creditor's name and mailing address**

NORTHERN 12 LLC
8300 N HAYDEN ROAD SUITE A200
SCOTTSDALE, AZ 85258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              14,604.31

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217 5**

**Nonpriority creditor's name and mailing address**

NORTHWEST GROUP LLC
1535 WEST 139TH STREET
GARDENA, CA 90249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            142,570.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217 6**

**Nonpriority creditor's name and mailing address**

NORTON, AMANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$                4,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217 7**

**Nonpriority creditor's name and mailing address**

NORTON, AMANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.217 8**

**Nonpriority creditor's name and mailing address**

NORTON, DAKOTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.217 9**

**Nonpriority creditor's name and mailing address**

NORWALK TOWN SQUARE MANAGEMENT INC
24025 PARK SORRENTO SUITE 300
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    30,817.01

---

**3.218 0**

**Nonpriority creditor's name and mailing address**

NOURI LARSEN, SALLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.218 1**

**Nonpriority creditor's name and mailing address**

NOVA MANNA INC
3141 N 3RD AVE SUITE 110
PHOENIX, AZ 85013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    246,520.00

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.218 2** | **Nonpriority creditor's name and mailing address**

NOVA, MIRIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.218 3** | **Nonpriority creditor's name and mailing address**

NOVA, MIRIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.218 4** | **Nonpriority creditor's name and mailing address**

NOVA, MIRIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

**3.218 5** | **Nonpriority creditor's name and mailing address**

NOVARIS COMMUNICATIONS INC
901 DOVE STREET SUITE 210
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       2,364.00

---

**3.218 6** | **Nonpriority creditor's name and mailing address**

NOWDEN, ELIZABETH
C/O: PAYTON EMPLOYMENT LAW, PC
ATTN: BROOKE W WALDROP, ESQ.
11500 W. OLYMPIC BLVD.
SUITE 400
LOS ANGELES, CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$       Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.218 7**

**Nonpriority creditor's name and mailing address**

NPGS LLC INC
ATTN: MOSHE DORFMAN
231 MAIN ST
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                    291.60

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

NT STOCKTON INVESTMENTS LLC
PO BOX 78435
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 26,967.49

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218 9**

**Nonpriority creditor's name and mailing address**

NUNEZ, JUANITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                 Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.219 0**

**Nonpriority creditor's name and mailing address**

NUNEZ, OLGA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                 Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.219 1**

**Nonpriority creditor's name and mailing address**

NUNGARAY, TRACEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                 Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.219 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| NUNO, ANDRE<br>ADDRESS ON FILE | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  General Liability | $  Undetermined |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.219 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| NV ENERGY<br>PO BOX 30073<br>RENO, NV 89520-3073 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Utility Payable | $  75,625.51 |
| **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.219 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| NVE PHARMACEUTICALS<br>15 WITHHALL RD<br>ANDOVER, NJ 07821 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  64,641.60 |
| **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.219 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| O&C WOW INC<br>ATTN: OSCAR PINEDA<br>4892 HUNTINGTON DR S<br>EAST LOS ANGELES, CA 90032 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Credit(s) | $  33.48 |
| **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

**3.219 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| OBERTO SNACKS INC<br>7060 OBERTO DRIVE<br>KENT, WA 98032 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $  163,065.60 |
| **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
|        | Name |  |  |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2197**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | Undetermined |
|---|---|---|---|
| OCAMPO, IRIS<br>ADDRESS ON FILE | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | **Basis for the claim:** Contingent Claim | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

**3.2198**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 374,893.32 |
|---|---|---|---|
| OCEAN SMART ASIA LIMITED<br>RM 201 2/F WAYSON COMMERCIAL<br>SHEUNG WAN,<br>HONG KONG | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Trade Payable | | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

**3.2199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 58,687.20 |
|---|---|---|---|
| OCEAN SPRAY CRANBERRIES INC<br>PO BOX 223049<br>PITTSBURGH, PA 15251-2049 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Trade Payable | | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

**3.2200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 23,500.80 |
|---|---|---|---|
| OH SNAP PICKLING LLC<br>3912 N LIGHTNING DRIVE<br>APPLETON, WI 54913 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Trade Payable | | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

**3.2201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 316.30 |
|---|---|---|---|
| OILDALE MUTUAL WATER COMPANY<br>P.O. BOX 5638<br>BAKERSFIELD, CA 93388 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Utility Payable | | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.220.2** **Nonpriority creditor's name and mailing address**

OIL-DRI CORPORATION OF AMERICA
410 N MICHIGAN AVE
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89,510.40

---

**3.220.3** **Nonpriority creditor's name and mailing address**

OJEDA, DANIELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 37-2023-00022802-CU-OE-CTL

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.220.4** **Nonpriority creditor's name and mailing address**

OJEDA, DANIELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.220.5** **Nonpriority creditor's name and mailing address**

OJEDA, DANIELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.220.6** **Nonpriority creditor's name and mailing address**

OJEDA, DANIELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.220 7**

**Nonpriority creditor's name and mailing address**

OJO DE AGU WATER ESTORE
ATTN: ELADIO ESPINZA
13060 GLENOAKS BLVD
SYLMAR, CA 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19.80

---

**3.220 8**

**Nonpriority creditor's name and mailing address**

OKK TRADING INC
2721 E 45TH STREET
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,869.00

---

**3.220 9**

**Nonpriority creditor's name and mailing address**

OKUTANI CORPORATION
ATTN: TOSHIAKI OKUTANI
100 LELAND CT
UNIT A
BENSENVILLE, IL 60106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 104.20

---

**3.221 0**

**Nonpriority creditor's name and mailing address**

OLD TOWN INC
15442 VENTURA BLVD STE 200
SHERMAN OAKS, CA 91403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,389.86

---

**3.221 1**

**Nonpriority creditor's name and mailing address**

OLIVA ALFARO, LUZ AMPARO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.221 2**

**Nonpriority creditor's name and mailing address**

OLIVARES, IRMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.221 3**

**Nonpriority creditor's name and mailing address**

OLIVARES, KATHLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.221 4**

**Nonpriority creditor's name and mailing address**

OLMEDO, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.221 5**

**Nonpriority creditor's name and mailing address**

OLVERA, CANDELARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

OLYMPIC BUILDING SUPPLIES
3730 E OLYMPIC BLVD
LOS ANGELES, CA 90023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 991.65

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2217**

**Nonpriority creditor's name and mailing address**

OLYMPIC MINI MART
ATTN: ERMIA HAGOS
2801 E OLYMPIC BLVD
COMMERCE, CA 90023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38.52

---

**3.2218**

**Nonpriority creditor's name and mailing address**

ONE CRENSHAW LLC
120 EL CAMINO DR STE 212
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38,686.43

---

**3.2219**

**Nonpriority creditor's name and mailing address**

ONE STOP DISCOUNT
ATTN: YOUNG SOO HAE
8907 S WESTERN AVE
LOS ANGELES, CA 90047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5.34

---

**3.2220**

**Nonpriority creditor's name and mailing address**

ONSITE INNOVATIONS INC
501 FAIRMOUNT AVENUE SUITE 302
TOWSON, MD 21286

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 174,791.27

---

**3.2221**

**Nonpriority creditor's name and mailing address**

ONTARIO MUNICIPAL UTILITIES COMPANY
PO BOX 8000
ONTARIO, CA 91761-1076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 740.72

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222 2**

**Nonpriority creditor's name and mailing address**

OOCL LOGISTICS USA INC
88 PINE STREET
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 110,039.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.222 3**

**Nonpriority creditor's name and mailing address**

OOPS! HOLDING COMPANY LTD
ATTN: FADI KHAMASMEIH
2414 HAYES AVE
LONG BEACH, CA 90810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 1,347.42

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.222 4**

**Nonpriority creditor's name and mailing address**

OP PLAZA GROUP LLC
3900 VIA PALOMITA
TUCSON, AZ 85718-3351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 26,001.03

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.222 5**

**Nonpriority creditor's name and mailing address**

ORACLE LIMBERLOST SHOPPING CENTER L
PO BOX 31058
TUCSON, AZ 85751-1058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 21,299.32

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.222 6**

**Nonpriority creditor's name and mailing address**

ORANGE CARSON LLC
9595 WILSHIRE BOULEVARD SUITE 401
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 25,027.73

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222 7**

**Nonpriority creditor's name and mailing address**

ORANGE COUNTY TRANSPORTATION AUTHORITY
C/O: WOODRUFF, SPRADLIN, & SMART, APC
ATTN: MARK M. MONACHINO
555 ANTON BLVD.
SUITE 1200
COSTA MESA, CA 92626-7670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 30-2018-00993453-CU-EI-CXC

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.222 8**

**Nonpriority creditor's name and mailing address**

ORANGE CREST PROPERTIES LP
6399 WILSHIRE BLVD STE 604
LOS ANGELES, CA 90048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     67,793.89

---

**3.222 9**

**Nonpriority creditor's name and mailing address**

ORANGE EV LLC
5710 NW 41ST STREET  300
RIVERSIDE, MO 64150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     16,663.36

---

**3.223 0**

**Nonpriority creditor's name and mailing address**

ORB FACTORY LIMITED
225 HERRING COVE RD
HALIFAX, NS B3P 1L3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     15,660.00

---

**3.223 1**

**Nonpriority creditor's name and mailing address**

ORCA CAPITAL
ATTN: DAYTON RENNA RAHNAMA
1269 EAST WALDON WAY
FRESNO, CA 93730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     327.72

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.223 2** | **Nonpriority creditor's name and mailing address**

ORCHIDS AND VINES
2602 AVENUE U STE 305
BROOKLYN, NY 11229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 78,471.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223 3** | **Nonpriority creditor's name and mailing address**

ORDAZ, IRMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223 4** | **Nonpriority creditor's name and mailing address**

ORDER OF MALTA WESTERN ASSOCIATION
ATTN: KEN OLSEN
324 MIDDLEFIELD ROAD
MENLO PARK, CA 94025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 39.68

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223 5** | **Nonpriority creditor's name and mailing address**

ORDUNA, ELENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223 6** | **Nonpriority creditor's name and mailing address**

ORNELAS, MAGDALENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.223 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | Undetermined |

OROZCO, NORMA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.223 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | Undetermined |

OROZCO, NORMA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.223 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | Undetermined |

OROZCO, NORMA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.224 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | Undetermined |

ORTEGA, DONALDO
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.224 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | Undetermined |

ORTIZ MENDOZA, REYNA
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.224 2**

**Nonpriority creditor's name and mailing address**

ORTIZ, JERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.224 3**

**Nonpriority creditor's name and mailing address**

ORTIZ, TOMASA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.224 4**

**Nonpriority creditor's name and mailing address**

ORTIZ, VICTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.224 5**

**Nonpriority creditor's name and mailing address**

OSCAR MARTIN RUIZ MARTINEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,195.28

---

**3.224 6**

**Nonpriority creditor's name and mailing address**

OSCAR MONJARAZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 300.00

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.224 7**

**Nonpriority creditor's name and mailing address**
OSCAR, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.224 8**

**Nonpriority creditor's name and mailing address**
OSCAR, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.224 9**

**Nonpriority creditor's name and mailing address**
OSEGUEDA, VICENTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.225 0**

**Nonpriority creditor's name and mailing address**
OSEGUEDA, VICENTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.225 1**

**Nonpriority creditor's name and mailing address**
OSTERKAMP TRUCKING INC
PO BOX 600
POMONA, CA 91769

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,940.00

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.225 2**

**Nonpriority creditor's name and mailing address**
OSTL INC
5805 WHITE OAK AVE STE 16065
ENCINO, CA 91416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    75,795.00

---

**3.225 3**

**Nonpriority creditor's name and mailing address**
OSUNA, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.225 4**

**Nonpriority creditor's name and mailing address**
OUDINOT, NICOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.225 5**

**Nonpriority creditor's name and mailing address**
OVERSEAS TRADING LIMITED
OTL HOUSE METHLEY ROAD CASTLEFORD
WEST YORKSHIRE, WF10 1PA
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    164,988.24

---

**3.225 6**

**Nonpriority creditor's name and mailing address**
PACER TECHNOLOGY
PO BOX 201049
DALLAS, TX 75320-1049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    176,396.04

---

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.225 7**

**Nonpriority creditor's name and mailing address**

PACIFIC BEVERAGE CO
550 S PATTERSON AVENUE
SANTA BARBARA, CA 93111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,418.95

---

**3.225 8**

**Nonpriority creditor's name and mailing address**

PACIFIC COAST PRODUCERS
631 N CLUFF AVE
LODI, CA 95241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,100.40

---

**3.225 9**

**Nonpriority creditor's name and mailing address**

PACIFIC FRENCH BAKERY
4152 W WASHINGTON BLVD
LOS ANGELES, CA 90018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,784.00

---

**3.226 0**

**Nonpriority creditor's name and mailing address**

PACIFIC GAS & ELECTRIC
P.O. BOX 997300 PG&E CORPORATION
SACRAMENTO, CA 95899-7300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 225,531.39

---

**3.226 1**

**Nonpriority creditor's name and mailing address**

PADDISON ASSOCIATES
11150 SANTA MONICA BLVD STE 760
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,700.52

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.226 2**

**Nonpriority creditor's name and mailing address**

PADRE DAM MUNICIPAL WATER DISTRICT
PO BOX 719003
SANTEE, CA 92072-9003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 479.71

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226 3**

**Nonpriority creditor's name and mailing address**

PAEZ, JUANNY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226 4**

**Nonpriority creditor's name and mailing address**

PALACIOS AND SONS LLC
1431 GREENWAY DR SUITE 800
IRVING, TX 75038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,720.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226 5**

**Nonpriority creditor's name and mailing address**

PALACIOS, DAISY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226 6**

**Nonpriority creditor's name and mailing address**

PALMA, JAVIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2267**

**Nonpriority creditor's name and mailing address**

PALMDALE INVESTMENT GROUP LLC
PO BOX 4450
CERRITOS, CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  24,420.82

---

**3.2268**

**Nonpriority creditor's name and mailing address**

PALOMARES, TEAIRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.2269**

**Nonpriority creditor's name and mailing address**

PALOMINOS, SARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.2270**

**Nonpriority creditor's name and mailing address**

PANARELLI, EILEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.2271**

**Nonpriority creditor's name and mailing address**

PANASONIC BATTERY CORP OF AMERICA
PO BOX 100367
PASADENA, CA 91189-0367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  83,342.15

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227 2**

**Nonpriority creditor's name and mailing address**

PANTALEON, DOHANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.227 3**

**Nonpriority creditor's name and mailing address**

PAPE MATERIAL HANDLING INC
355 GOODPASTURE ISLAND RD #300
EUGENE, OR 97401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    118,327.54

---

**3.227 4**

**Nonpriority creditor's name and mailing address**

PAPER SOURCE CONVERTING & MANUFACTUINC
4800 S SANTA FE AVE
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    634,412.80

---

**3.227 5**

**Nonpriority creditor's name and mailing address**

PARKER, NAHESHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.227 6**

**Nonpriority creditor's name and mailing address**

PARKHOUSE TIRE INC
PO BOX 2430
BELL GARDENS, CA 90201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    14,258.37

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2277** **Nonpriority creditor's name and mailing address**

PARKLANE SHOPPING CENTER INC
15445 VENTURA BLVD SUITE #31
SHERMAN OAKS, CA 91403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49,083.10

---

**3.2278** **Nonpriority creditor's name and mailing address**

PARNOFF, TERRI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2279** **Nonpriority creditor's name and mailing address**

PARRA, EBONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. CVRI2103632

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2280** **Nonpriority creditor's name and mailing address**

PARREIRA, ALICE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2281** **Nonpriority creditor's name and mailing address**

PARTYWORLD WORKSHOP LTD
UNIT D1 13F PHASE 1 KAISER EST
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 468,773.43

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.228 2**

**Nonpriority creditor's name and mailing address**

PASADENA WATER AND POWER
P.O. BOX 7120 MUNICIPAL SERVICES
PASADENA, CA 91109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 7,733.26

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228 3**

**Nonpriority creditor's name and mailing address**

PASCO, NEIL ALDRIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228 4**

**Nonpriority creditor's name and mailing address**

PASSION GROWERS WEST LLC
1352 DECISION STREET
VISTA, CA 92081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,124,338.05

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228 5**

**Nonpriority creditor's name and mailing address**

PATRICIA PESQUEIRA (LAST NAME UNKNOWN)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. CIV-SB-2324525

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228 6**

**Nonpriority creditor's name and mailing address**

PAYNE, KENDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2287**

**Nonpriority creditor's name and mailing address**

PAYTON EMPLOYMENT LAW PC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  34,000.00

---

**3.2288**

**Nonpriority creditor's name and mailing address**

PCS WIRELESS LLC
11 VREELAND RD
FLORHAM PARK, NJ 07932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  36,432.00

---

**3.2289**

**Nonpriority creditor's name and mailing address**

PDN RETAIL CENTER LP
4 UPPER NEWPORT PLAZA STE 100
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  26,387.13

---

**3.2290**

**Nonpriority creditor's name and mailing address**

PDP IMPERIAL PARTNERS LLC
2603 MAIN ST STE 210
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  31,020.33

---

**3.2291**

**Nonpriority creditor's name and mailing address**

PEACHTREE PLAYTHINGS INC
601 WOODLAWN DR NE BLDG 200
MARIETTA, GA 30067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  189,924.12

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.229 2**

**Nonpriority creditor's name and mailing address**

PECK, RYON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229 3**

**Nonpriority creditor's name and mailing address**

PEGNATO ROOF INTELLIGENCE NETWORK
4307 ROMA CT STE 950
MARINA DEL REY, CA 90292-5998

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 550.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

PELEROSE MINI MART LTD
ATTN: NATASHA FABRICIUS
SATUNE ROAD
VAITELE,
WESTERN SAMOA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 29.31

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

PEOPLESPACE
17800 MITCHELL NORTH
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 64,794.59

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229 6**

**Nonpriority creditor's name and mailing address**

PEPPERIDGE FARM INC
595 WESTPORT AVE
NORWALK, CT 06851

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 136,968.28

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2297**

**Nonpriority creditor's name and mailing address**

PEPSI BEVERAGES BOTTLING GROUP LLC
1 PEPSI WAY
SOMERS, NY 10589-2201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 435,255.99

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2298**

**Nonpriority creditor's name and mailing address**

PEPSI COLA BOTTLING COMPANY OF SAFF
PO BOX 1076
SAFFORD, AZ 85548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,733.03

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2299**

**Nonpriority creditor's name and mailing address**

PERALES, SUSANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2300**

**Nonpriority creditor's name and mailing address**

PEREZ ALEMAN, FLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2301**

**Nonpriority creditor's name and mailing address**

PEREZ ALEMAN, FLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
|        | Name                     |                        |                |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.230 2**

**Nonpriority creditor's name and mailing address**

PEREZ ALEMAN, FLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.230 3**

**Nonpriority creditor's name and mailing address**

PEREZ ALEMAN, FLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.230 4**

**Nonpriority creditor's name and mailing address**

PEREZ RAMOS, EDDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.230 5**

**Nonpriority creditor's name and mailing address**

PEREZ RAMOS, IRMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.230 6**

**Nonpriority creditor's name and mailing address**

PEREZ, CARMINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.230 7**

**Nonpriority creditor's name and mailing address**

PEREZ, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.230 8**

**Nonpriority creditor's name and mailing address**

PEREZ, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.230 9**

**Nonpriority creditor's name and mailing address**

PEREZ, ROSITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.231 0**

**Nonpriority creditor's name and mailing address**

PEREZ, SAMANTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 22ST-CV22165

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.231 1**

**Nonpriority creditor's name and mailing address**

PEREZ, SANDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.231 2**

**Nonpriority creditor's name and mailing address**

PEREZ, TINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.231 3**

**Nonpriority creditor's name and mailing address**

PERFETTI VAN MELLE USA INC
PO BOX 18190
ERLANDGER, KY 41018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74,198.24

---

**3.231 4**

**Nonpriority creditor's name and mailing address**

PERI & SONS FARMS INC
PO BOX 35
YERINGTON, NV 89447

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 440,200.00

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

PERIO INC
6156 WILCOX RD
DUBLIN, OH 43016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 133,317.48

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

PERRY, JUKEISHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2317**

**Nonpriority creditor's name and mailing address**
PERRY, MARIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2318**

**Nonpriority creditor's name and mailing address**
PERRY, SYLVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2319**

**Nonpriority creditor's name and mailing address**
PERSINO, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2320**

**Nonpriority creditor's name and mailing address**
PET BRANDS INC
425 METRO PL N STE 690
DUBLIN, OH 43017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 156,145.92

---

**3.2321**

**Nonpriority creditor's name and mailing address**
PETER PAN MARKET INC
22925 SAVI RANCH PKWY
YORBA LINDA, CA 92887

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.05

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|
| PETERS, SAUL<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** Contingent Claim | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

**3.232 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|
| PETITT, LISA<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** Contingent Claim | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

**3.232 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 172,890.60 |
|---|---|---|
| PHARMAVITE LLC<br>8531 FALLBROOK AVE<br>WEST HILLS, CA 91304 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

**3.232 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 500.00 |
|---|---|---|
| PHELPS-GOYDOS, CARON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Unpaid Settlement | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

**3.232 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|
| PHELPS-GOYDOS, CARON<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **Last 4 digits of account number** | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232 7**   **Nonpriority creditor's name and mailing address**

PHILADELPHIA (TOKIO MARINE)
ONE BALA PLAZA
SUITE 100
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Worker's Compensation - Bond #: PB01946700023; Obligee: State of California (OSIP)

$       Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232 8**   **Nonpriority creditor's name and mailing address**

PHILIP G. MANYOK, SR.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232 9**   **Nonpriority creditor's name and mailing address**

PHILIP MANYOK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$       5,500.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233 0**   **Nonpriority creditor's name and mailing address**

PHILLIP, JANNET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233 1**   **Nonpriority creditor's name and mailing address**

PHOENIX LANDSCAPING & POOLS LLC
17414 N 13TH PL
PHOENIX, AZ 85022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$       958.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.233 2**

**Nonpriority creditor's name and mailing address**
PIC CORPORATION
1101 WEST ELIZABETH AVE PO BOX 1458
LINDEN, NJ 07036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    216,468.00

---

**3.233 3**

**Nonpriority creditor's name and mailing address**
PICAZO, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.233 4**

**Nonpriority creditor's name and mailing address**
PICAZO, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.233 5**

**Nonpriority creditor's name and mailing address**
PICHARDO, ANTONIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.233 6**

**Nonpriority creditor's name and mailing address**
PICO WATER DISTRICT CA
P.O. BOX 758
PICO RIVERA, CA 90660-0758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    229.70

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.233 7**

**Nonpriority creditor's name and mailing address**

PILLSBURY WINTHROP SHAW PITTMAN LLP
PO BOX 2824
SAN FRANCISCO, CA 94126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,061.30

---

**3.233 8**

**Nonpriority creditor's name and mailing address**

PIMA COUNTY HEALTH DEPT CONSUMER HE& FOOD SAFETY
150 W CONGRESS ST
TUCSON, AZ 85701-1333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,337.04

---

**3.233 9**

**Nonpriority creditor's name and mailing address**

PINA, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.234 0**

**Nonpriority creditor's name and mailing address**

PINAL COUNTY TREASURER
PO BOX 729
FLORENCE, AZ 85132-3014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,804.36

---

**3.234 1**

**Nonpriority creditor's name and mailing address**

PINERY LLC
13701 HIGHLAND VALLEY RD
ESCONDIDO, CA 92025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,280.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.234 2** **Nonpriority creditor's name and mailing address**

PINNACLE LANDSCAPE MANAGEMENT INC
2200 S FAIRVIEW ST
SANTA ANA, CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  614.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 3** **Nonpriority creditor's name and mailing address**

PK II CREEKSIDE CENTER LP
500 NORTH BROADWAY SUITE 201
JERICHO, NY 11753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  21,983.83

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 4** **Nonpriority creditor's name and mailing address**

PLACER COUNTY HEALTH & HUMAN SERVICPT COMM DVLPMT &
RESOURCE AGENCY
3091 COUNTY CENTER DR STE 180
AUBUM, CA 95603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  16,129.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 5** **Nonpriority creditor's name and mailing address**

PLANT SOURCE INC
2029 SYCAMORE DR
SAN MARCOS, CA 92069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  325,919.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 6** **Nonpriority creditor's name and mailing address**

PLATES & BEYOND INC
3051 E 46TH ST
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  145,173.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.234 7**

**Nonpriority creditor's name and mailing address**
PLATTS, BETTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.234 8**

**Nonpriority creditor's name and mailing address**
PLAZA AT SUN CITY LLC
10721 TREENA STREET SUITE 200
SAN DIEGO, CA 92131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,258.50

---

**3.234 9**

**Nonpriority creditor's name and mailing address**
PLAZA FOUR GERNERAL PARTNERSHIP
1470 MARIA LANE, SUITE 101
WALNUT CREEK, CA 94596

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,446.64

---

**3.235 0**

**Nonpriority creditor's name and mailing address**
PLEASANT VALLEY LLC
6305 GAYTON PL
MALIBU, CA 90265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,035.01

---

**3.235 1**

**Nonpriority creditor's name and mailing address**
PLUIMER, SARAI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.235 2**

**Nonpriority creditor's name and mailing address**

PLZ CORP
2651 WARRENVILLE ROAD SUITE 300
DOWNERS GROVE, 60515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,416.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235 3**

**Nonpriority creditor's name and mailing address**

PMI BRANDED PHARMACEUTICALS INC
515 EASTERN AVENUE
ALLEGAN, MI 49010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 187,908.96

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235 4**

**Nonpriority creditor's name and mailing address**

POCAS INTERNATIONAL CORP
19 CENTRAL BLVD
SOUTH HACKENSACK, NJ 07606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 294,950.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235 5**

**Nonpriority creditor's name and mailing address**

PODSHARE
ATTN: ELVINA BECK
1617 COSMO STREET #102
LOS ANGELES, CA 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235 6**

**Nonpriority creditor's name and mailing address**

POMONA HAND CAR WASH
ATTN: AFTAB JIWANI
1869 N GAREY AVENUE
POMONA, CA 91767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 100.50

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.235 7**

**Nonpriority creditor's name and mailing address**

PONCE, OLVER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

**3.235 8**

**Nonpriority creditor's name and mailing address**

PORCHIA, GWENDOLYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

**3.235 9**

**Nonpriority creditor's name and mailing address**

PORRAS, REBECCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

**3.236 0**

**Nonpriority creditor's name and mailing address**

PORTER, BRENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

**3.236 1**

**Nonpriority creditor's name and mailing address**

PORTER, SHIRLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.236 2**

**Nonpriority creditor's name and mailing address**

PORTILLO, SANTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.236 3**

**Nonpriority creditor's name and mailing address**

PORTLAND CLOSEOUT
ATTN: VAN LAM
2107 N.E. 82ND AVE
PORTLAND, OR 97220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    132.12

---

**3.236 4**

**Nonpriority creditor's name and mailing address**

PORTUGAL ROCHA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.236 5**

**Nonpriority creditor's name and mailing address**

POSSIBLE PRODUCTIONS
ATTN: REGINA O'BRIEN
5711 BUCKINGHAM PARKWAY
CULVER CITY, CA 90230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    0.01

---

**3.236 6**

**Nonpriority creditor's name and mailing address**

POST CONSUMER BRANDS
20802 KENSINGTON BLVD
LAKEVILLE, MN 55044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    25,920.00

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2367**

**Nonpriority creditor's name and mailing address**

POWAY INVESTMENT CO
11150 SANTA MONICA BLVD
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ☒ No  ☐ Yes |

$ 31,119.74

---

**3.2368**

**Nonpriority creditor's name and mailing address**

POWERMAX BATTERY USA INC
11750 JERSEY BLVD
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ☒ No  ☐ Yes |

$ 581,369.76

---

**3.2369**

**Nonpriority creditor's name and mailing address**

PRADO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ☒ No  ☐ Yes |

$ Undetermined

---

**3.2370**

**Nonpriority creditor's name and mailing address**

PRASAD, VIJENDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ☒ No  ☐ Yes |

$ Undetermined

---

**3.2371**

**Nonpriority creditor's name and mailing address**

PREMIER BRANDS OF AMERICA INC
170 HAMILTON AVE SUITE 201
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | | ☒ No  ☐ Yes |

$ 25,520.64

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237 2**

**Nonpriority creditor's name and mailing address**

PREMIER LABELING SOLUTIONS
3200 INLAND EMPIRE BLVD SUITE 235
ONTARIO, CA 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                11,255.29

---

**3.237 3**

**Nonpriority creditor's name and mailing address**

PREMIUM BOTTLED WATERS LLC
4762 W JENNIFER AVE SUITE 107
FRESNO, CA 93722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              101,787.84

---

**3.237 4**

**Nonpriority creditor's name and mailing address**

PREMIUM INDUSTRIAL PARTS
PO BOX 17012
ANAHEIM, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              210,234.29

---

**3.237 5**

**Nonpriority creditor's name and mailing address**

PRICE CLUB
ATTN: PHILIP LEE
1400 CHERRY AVE
LONG BEACH, CA 90813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    16.50

---

**3.237 6**

**Nonpriority creditor's name and mailing address**

PRICE POWER USA
4724 S BOYLE AVE
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                83,432.12

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2377**

**Nonpriority creditor's name and mailing address**

PRICEBUSTERS(DELARENTE CORP)
ATTN: PETER TROTTER
41 HAUTONGA STREET
WELLINGTON, 5040
NEW ZEALAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 584.24

---

**3.2378**

**Nonpriority creditor's name and mailing address**

PRICELITE OUTLET STORE
ATTN: EDWARD TAN
2/PA-11 J KING
WAREHOUSE COMPLEX
MABOL, CEBU,
PHILIPPINES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 168.95

---

**3.2379**

**Nonpriority creditor's name and mailing address**

PRIDE, NATTIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2380**

**Nonpriority creditor's name and mailing address**

PRIME STAR INC
888 VINTAGE AVENUE
ONTARIO, CA 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 243,132.00

---

**3.2381**

**Nonpriority creditor's name and mailing address**

PRIMROSE19 LP
9034 W SUNSET BLVD
WEST HOLLYWOOD, CA 90069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,581.32

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.238 2**

**Nonpriority creditor's name and mailing address**
PRINCE, JULIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.238 3**

**Nonpriority creditor's name and mailing address**
PRINCE, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.238 4**

**Nonpriority creditor's name and mailing address**
PRINCESS PAPER INC
4455 EAST FRUITLAND AVE
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,882.09

---

**3.238 5**

**Nonpriority creditor's name and mailing address**
PRODUCERS DAIRY FOODS INC
250 E BELMONT AVE
FRESNO, CA 93701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,444,218.26

---

**3.238 6**

**Nonpriority creditor's name and mailing address**
PROGRESSIVE PRODUCE LLC
15130 NORTHAM STREET
LA MIRADA, CA 90638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.238 7** **Nonpriority creditor's name and mailing address**

PROLOGIS USLV NEWCA 6 LLC
1800 WAZEE STREET SUITE 500
DENVER, CO 80202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$        609,653.08

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238 8** **Nonpriority creditor's name and mailing address**

PRO-MART INDUSTRIES INC
17421 VON KARMAN AVE
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$        42,157.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238 9** **Nonpriority creditor's name and mailing address**

PROMOTION IN MOTION INC
25 COMMERCE DR
ALLENDALE, NJ 07401-1617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$        47,250.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239 0** **Nonpriority creditor's name and mailing address**

PROSKAUER ROSE LLP
11 TIMES SQUARE
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$        34,163.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239 1** **Nonpriority creditor's name and mailing address**

PROSPERITY LANE PROPERTIES LP
6420 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90048-5561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$        17,199.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.239 2**

**Nonpriority creditor's name and mailing address**

PROTIVITI INC DBA AS KNOWLEDGE LEAD
570 STONERIDGE DR STE 3
PLEASANTON, CA 94588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50,231.80

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239 3**

**Nonpriority creditor's name and mailing address**

PROTOS SECURITY
90 TOWN CENTER ST SUITE 202
DALEVILLE, VA 24083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 23STCV09897

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239 4**

**Nonpriority creditor's name and mailing address**

PT CERMAI MAKMUR ABADI INTERNATIONA
JL RAYA CILEUNGSI JONGGOL KM 4
JAWA BARAT, 16820
INDONESIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31,684.80

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239 5**

**Nonpriority creditor's name and mailing address**

PUR COMPANY INC
23 KODIAK CRESCENT
TORONTO, ON M3J 3E5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,992.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239 6**

**Nonpriority creditor's name and mailing address**

PURE PASSION PROPERTIES
ATTN: EDGAR HURTADO
4209 W 62ND STREET
LOS ANGELES, CA 90043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 1.30

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2397**
**Nonpriority creditor's name and mailing address**

PURPLE LEAF PROPERTIES LP
6420 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90048-5561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  32,826.76

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2398**
**Nonpriority creditor's name and mailing address**

PYRENEES BAKERY
PO BOX 3626
BAKERSFIELD, CA 93385-3626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  3,174.68

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2399**
**Nonpriority creditor's name and mailing address**

Q VANDENBERG & SONS INC DBA TOTALGROLLAND
3422 OLD CAPITOL TRAIL STE 451
WILMINGTON, DE 19808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  366,447.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2400**
**Nonpriority creditor's name and mailing address**

QAD INC
100 INNOVATION PLACE
SANTA BARBARA, CA 93108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  2,919.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2401**
**Nonpriority creditor's name and mailing address**

QASIMI, NAJEEBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$  Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    99 Cents Only Stores LLC                                    Case number *(if known)*    24-10721 (JKS)
              Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.240.2**

**Nonpriority creditor's name and mailing address**

QHR PHARMACY
ATTN: MOLIH OROCK
765 N NELLIS BLVD #7
LAS VEGAS, NV 89110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240.3**

**Nonpriority creditor's name and mailing address**

QUAKER BAKERY BRANDS INC
1207 N MASON ST
APPLETON, WI 54914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13,365.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240.4**

**Nonpriority creditor's name and mailing address**

QUALITY BARGAIN/EY & JH ENT INC
ATTN: NA CHONG KUN
3904 W.ROSECRANS AVE
HAWTHORNE, CA 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 58.32

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240.5**

**Nonpriority creditor's name and mailing address**

QUALITY HOME FURNISHING
ATTN: JOHANNE KEIL
P.O. BOX 977
APIA,
WESTERN SAMOA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 2.50

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240.6**

**Nonpriority creditor's name and mailing address**

QUALITY PLUS CORP
1655 E 6TH ST A3
CORONA, 92879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 39,535.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 556 of 838

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.240 7**

**Nonpriority creditor's name and mailing address**

QUALLS, DIANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  Undetermined

---

**3.240 8**

**Nonpriority creditor's name and mailing address**

QUANZHOU HENGCHANG ARTS CO LTD
NO 121 WAN HONG ROAD NANSHAN
QUANZHOU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  189,085.50

---

**3.240 9**

**Nonpriority creditor's name and mailing address**

QUANZHOU HUIYING ARTS & CRAFTS CO L
NO 80 CITONG INDUSTRIAL AREA LIUSHI
CHIDIAN TOWN JINJIANG QUANZHOU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  190,174.86

---

**3.241 0**

**Nonpriority creditor's name and mailing address**

QUANZHOU SUNRISE GROUP IMPORT & EXPO LTD
A05-A11 10TH FL FUYOU BLDG
FUJIAN, 362000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  876,561.66

---

**3.241 1**

**Nonpriority creditor's name and mailing address**

QUEENSTAR IMPORTS INC
19925 NANCY CIR
CERRITOS, CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  397,396.84

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|--------------------------|----------------|
|        | Name |  |  |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.241 2**

**Nonpriority creditor's name and mailing address**

QUEST PRODUCTS INC
8201 104TH ST
PLEASANT PRAIRIE, WI 53158-5811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,879.68

---

**3.241 3**

**Nonpriority creditor's name and mailing address**

QUEZADA, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.241 4**

**Nonpriority creditor's name and mailing address**

QUIJANO, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.241 5**

**Nonpriority creditor's name and mailing address**

QUINONEZ, VALENTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.241 6**

**Nonpriority creditor's name and mailing address**

QUINTANAR, RONNY, JR.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.241 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|---|
| | QUINTERO, ANTONIO<br>ADDRESS ON FILE | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** Threatened Litigation | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.241 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|---|
| | QUIROZ, DORA<br>ADDRESS ON FILE | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** General Liability | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.241 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 593,240.64 |
|---|---|---|---|
| | R & P FOOD PROCESSING INC<br>28305 CONSTELLATION ROAD<br>VALENCIA, CA 91355 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.242 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,099.03 |
|---|---|---|---|
| | R&J MACKENZIE<br>ATTN: DEENEE MACKENZIE<br>P.O.BOX 2257<br>PAGOPAGO, AS | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Customer Credit(s) | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.242 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|---|
| | RAAM, MARTHA<br>ADDRESS ON FILE | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** General Liability | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.242 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

RAINEY-JACKSON, YOLANDA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.242 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 23,760.00 |
|---|---|---|---|---|

RAINFOREST FLORA INC
19121 HAWTHORNE BLVD
TORRANCE, CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.242 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 69,168.54 |
|---|---|---|---|---|

RAJ CHABRA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.242 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 7.41 |
|---|---|---|---|---|

RALIK STORE C/O TRIPLE B FORWARDERS
ATTN: THOMAS FRANCIS BUTLE
2588 EL CAMINO REAL
F-322
CARLSBAD, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.242 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 34,020.00 |
|---|---|---|---|---|

RALPH EDWARDS PRODUCTIONS
6922 HOLLYWOOD BLVD #300
HOLLYWOOD, CA 90028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Name

Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.242 7**

**Nonpriority creditor's name and mailing address**

RAMAGE ENTERPRISES
PO BOX 1002
THOUSAND OAKS, CA 91358

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45,329.43

---

**3.242 8**

**Nonpriority creditor's name and mailing address**

RAMALLAH TRADING CO INC
320 FIFTH AVENUE 9TH FLOOR
NEW YORK, NY 10001-3102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 72,394.20

---

**3.242 9**

**Nonpriority creditor's name and mailing address**

RAMIREZ, ALMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.243 0**

**Nonpriority creditor's name and mailing address**

RAMIREZ, DESIRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 21ST-CV02626

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.243 1**

**Nonpriority creditor's name and mailing address**

RAMIREZ, DORA ESTELA AUILA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.243 2**

**Nonpriority creditor's name and mailing address**
RAMIREZ, ELIDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.243 3**

**Nonpriority creditor's name and mailing address**
RAMIREZ, FAUSTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.243 4**

**Nonpriority creditor's name and mailing address**
RAMIREZ, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.243 5**

**Nonpriority creditor's name and mailing address**
RAMIREZ, LESLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.243 6**

**Nonpriority creditor's name and mailing address**
RAMIREZ, MANUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2437**

**Nonpriority creditor's name and mailing address**

RAMIREZ, MARINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2438**

**Nonpriority creditor's name and mailing address**

RAMIREZ, RAQUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2439**

**Nonpriority creditor's name and mailing address**

RAMIREZ, REBECCA
C/O: LAWYERS FOR EMPLOYEE AND CONSUMER RIGHTS
ATTN: MORDECHAI WOLOWITSCH, ESQ.
4100 WEST ALAMEDA AVE
THIRD FLOOR
BURBANK, CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2440**

**Nonpriority creditor's name and mailing address**

RAMIREZ, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2441**

**Nonpriority creditor's name and mailing address**

RAMIREZ, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.244 2**

**Nonpriority creditor's name and mailing address**

RAMIREZ, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.244 3**

**Nonpriority creditor's name and mailing address**

RAMIREZ, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.244 4**

**Nonpriority creditor's name and mailing address**

RAMIREZ, SILVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.244 5**

**Nonpriority creditor's name and mailing address**

RAMONA MUNICIPAL WATER DISTRICT
PO BOX 1829
RAMONA, CA 92065-0916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    149.88

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

RAMOS, CRISTINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.244 7**

**Nonpriority creditor's name and mailing address**

RAMOS, ESPERANZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.244 8**

**Nonpriority creditor's name and mailing address**

RAMOS, KARINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.244 9**

**Nonpriority creditor's name and mailing address**

RAMOS, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.245 0**

**Nonpriority creditor's name and mailing address**

RAMOS, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.245 1**

**Nonpriority creditor's name and mailing address**

RAMOS, MIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.245 2**

**Nonpriority creditor's name and mailing address**
RAMOZ, JESUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     Undetermined

---

**3.245 3**

**Nonpriority creditor's name and mailing address**
RAMSAY REXALL DRUGS
ATTN: NABIL BOTROS
2246 NEWPORT BLVD
COSTA MESA, CA 92627

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     15.36

---

**3.245 4**

**Nonpriority creditor's name and mailing address**
RAMSEY, LEON JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     Undetermined

---

**3.245 5**

**Nonpriority creditor's name and mailing address**
RANCHO PLAZA LLC
PO BOX 1869
MINDEN, NV 89423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     14,731.05

---

**3.245 6**

**Nonpriority creditor's name and mailing address**
RANGEL, GLORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.245 7**

**Nonpriority creditor's name and mailing address**
RANGEL, KASSANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.245 8**

**Nonpriority creditor's name and mailing address**
RAPHAEL, PAULETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.245 9**

**Nonpriority creditor's name and mailing address**
RAPOPORT, SARALEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246 0**

**Nonpriority creditor's name and mailing address**
RARITAN PHARMACEUTICALS
8 JOANNA COURT
EAST BRUNSWICK, NJ 08816

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    36,003.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246 1**

**Nonpriority creditor's name and mailing address**
RAY MAHBOOB
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    32,704.75

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.246.2**

**Nonpriority creditor's name and mailing address**

RAYA, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.246.3**

**Nonpriority creditor's name and mailing address**

RAYMOND HANDLING SOLUTIONS INC
FILE 1700
PASADENA, CA 91199-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    111,234.49

---

**3.246.4**

**Nonpriority creditor's name and mailing address**

RAYMOND LEASING CORPORATION
22 SOUTH CANAL STREET
GREENE, NY 13778

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,974.09

---

**3.246.5**

**Nonpriority creditor's name and mailing address**

RAYMUNDOS FOOD GROUP LLC
7424 S LOCKWOOD
BEDFORD PARK, IL 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    54,912.00

---

**3.246.6**

**Nonpriority creditor's name and mailing address**

RAYS GARDENING
PO BOX 1181
HILMAR, CA 95324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,330.00

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2467**

**Nonpriority creditor's name and mailing address**
RAZO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2468**

**Nonpriority creditor's name and mailing address**
RC MAINTENANCE HOLDINGS INC
569  BATEMAN CIRCLE
CORONA, CA 92878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    500.00

---

**3.2469**

**Nonpriority creditor's name and mailing address**
REA RIVERSIDE GENERAL LLC
2392 MORSE AVE SUITE 100
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    33,703.75

---

**3.2470**

**Nonpriority creditor's name and mailing address**
REA, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2471**

**Nonpriority creditor's name and mailing address**
REACH INTERNATIONAL CO LIMITED
F7-006 TAIYL BLDG
GUANGDONG, 518102
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    828,520.80

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.247 2**

**Nonpriority creditor's name and mailing address**

REACH INTERNATIONAL TRADING LIMITED
3F BUILDING 10
NINGBO, 315100
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,241,989.66

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 3**

**Nonpriority creditor's name and mailing address**

READY PAC FOODS
4401 FOXDALE AVE
IRWINDALE, CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 169,002.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

REALAUTO LLC
ATTN: VLADIMIR SOLOMONOVICH
15230 OCASO AVE UNIT 201
LA MIRADA, CA 90638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 1,362.24

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 5**

**Nonpriority creditor's name and mailing address**

RED BULL DISTRIBUTION COMPANY INC
1630 STEWART STREET
SANTA MONICA, CA 90404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 273,523.10

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 6**

**Nonpriority creditor's name and mailing address**

RED HILL VILLAGE LLC
4340 VON KARMAN AVENUE SUITE 390
NOWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,752.64

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.247 7** Nonpriority creditor's name and mailing address

RED TAG DISCOUNT USA,INC.
ATTN: FRED
6401 S MAIN ST
LOS ANGELES, CA 90003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Credit(s)

$ 337.61

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.247 8** Nonpriority creditor's name and mailing address

REDDY ICE INC
PO BOX 730505
DALLAS, TX 75373-0505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 29,169.36

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.247 9** Nonpriority creditor's name and mailing address

REED, CHARLES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  General Liability

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.248 0** Nonpriority creditor's name and mailing address

REED, VICKI
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  General Liability

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.248 1** Nonpriority creditor's name and mailing address

REFRIGIWEAR INC
PO BOX 39
DAHLONEGA, GA 30533-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 558.32

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.248 2**

**Nonpriority creditor's name and mailing address**

REFRIGIWEAR LLC
54 BREAKSTONE DR
DAHLONEGA, GA 30533

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 243.22

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

REGALS DE BRETAGNE USA
226 OLD NEW BRUNSWIK RD
PISCATAWAY, NJ 08854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 125,097.10

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

REGENT BABY PRODUCTS CORP
182-20 LIBERTY AVE
JAMAICA, NY 11412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 76,932.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

REGENT GROUP INC
PO BOX 1561
UPLAND, CA 91785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 111,904.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 6**

**Nonpriority creditor's name and mailing address**

REGENT PRODUCTS
8999 PALMER STREET
RIVER GROVE, IL 60171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 217,147.86

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 572 of 838

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|--------------------------|----------------|
|        | Name                     |                          |                |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.248 7**

**Nonpriority creditor's name and mailing address**

REID, GLENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

REINA MEALS LLC
6410 LANGFIELD RD BLDG Y
HOUSTON, TX 77092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      46,296.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 9**

**Nonpriority creditor's name and mailing address**

RELEX SOLUTIONS INC
300 N MERIDIAN ST STE 1100
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      415,893.37

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.249 0**

**Nonpriority creditor's name and mailing address**

RELIABLE PROPERTIES
6399 WILSHIRE BLVD
LOS ANGELES, CA 90048-5709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      151,102.87

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.249 1**

**Nonpriority creditor's name and mailing address**

RELIANT ENERGY SOLUTIONS/NRG
PO BOX 120954 DEPT 0954
DALLAS, TX 75312-0954

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$      92,891.76

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.249 2**

**Nonpriority creditor's name and mailing address**

RENDON, DIANA
C/O LAW OFFICE OF LEIF KLEVEN
ATTN: LEIF HARRISON KLEVEN, ESQ.
910 HALE PLACE, STE. 212
CHULA VISTA, CA 91914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Case No. 37-2022-00001150-CU-PO-NC

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.249 3**

**Nonpriority creditor's name and mailing address**

RENDON, DIANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.249 4**

**Nonpriority creditor's name and mailing address**

RENE MELCHOR DIAZ HERNANDEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 33.12

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.249 5**

**Nonpriority creditor's name and mailing address**

RENTERIA, ARCELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.249 6**

**Nonpriority creditor's name and mailing address**

RENTORIA, VIOLET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2497**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| RESENDIZ, PANFILO<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:**  Contingent Claim | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.2498**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 41,449.68 |
|---|---|---|
| RESERS FINE FOODS INC<br>15570 SW JENKINS RD<br>BEAVERTON, OR 97006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  Trade Payable | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.2499**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 41.01 |
|---|---|---|
| RESTAURANT CASA NAYARIT<br>ATTN: ANDREA<br>4425 E. OLYMPIC BL<br>STE.A<br>LOS ANGELES, CA 90023 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  Customer Credit(s) | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.2500**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| RESTREPO, MARY<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:**  General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.2501**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 49,853.64 |
|---|---|---|
| REVOLUTION OFFICE<br>9043 LURLINE AVE<br>CHATSWORTH, CA 91311 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:**  Trade Payable | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.250 2** **Nonpriority creditor's name and mailing address**

REYES COCA COLA BOTTLING LLC
3 PARK PLAZA SUITE 600
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 1,319,843.89

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250 3** **Nonpriority creditor's name and mailing address**

REYES, ELDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                 Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250 4** **Nonpriority creditor's name and mailing address**

REYES, ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$                 Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250 5** **Nonpriority creditor's name and mailing address**

REYNALDOS MEXICAN FOOD
105 3RD ST
MONROE, WI 53566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 259,061.86

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250 6** **Nonpriority creditor's name and mailing address**

REYNOLDS CONSUMER PRODUCTS INC
1900 W FIELD COURT
LAKE FOREST, IL 60045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 186,580.80

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.250 7**

**Nonpriority creditor's name and mailing address**
REYNOSO, ROSEMARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250 8**

**Nonpriority creditor's name and mailing address**
REZVANI, ELLAHE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250 9**

**Nonpriority creditor's name and mailing address**
RGGD INC DBA CRYSTAL ART GALLERY
4950 S SANTA FE AVE
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 280,066.60

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 0**

**Nonpriority creditor's name and mailing address**
RIALTO WATER SERVICES
PO BOX 800 UTILITY SERVICES
RIALTO, CA 92377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 172.71

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 1**

**Nonpriority creditor's name and mailing address**
RICHARD C RUSSELL JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20,375.69

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.251 2**

**Nonpriority creditor's name and mailing address**

RICHARD CHARLES LEVY TRUST JEAN MORRUSTEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                29,040.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251 3**

**Nonpriority creditor's name and mailing address**

RICHARDSON, SARAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$                    250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

RICHARDSON, SARAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

RICO, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

RIDDLESPRINGER, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.251 7**

**Nonpriority creditor's name and mailing address**

RIGHT CLIMATE INC
519 N SMITH AVE 102
CORONA, CA 92878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    3,250.00

---

**3.251 8**

**Nonpriority creditor's name and mailing address**

RIGHT HOUSING
ATTN: VILLAR GROUP
337 WASHINGTON BLVD SUITE #2 STE#2
MARINA DEL REY, CA 90292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        0.04

---

**3.251 9**

**Nonpriority creditor's name and mailing address**

RIMINI STREET INC
3993 HOWARD HUGHES PARKWAY SUITE 50
LAS VEGAS, NV 89169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  276,120.93

---

**3.252 0**

**Nonpriority creditor's name and mailing address**

RIVAS, BELEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

**3.252 1**

**Nonpriority creditor's name and mailing address**

RIVERA SR, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252 2**

**Nonpriority creditor's name and mailing address**
RIVERA, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Severance Obligations

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 72,916.60

---

**3.252 3**

**Nonpriority creditor's name and mailing address**
RIVERA, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 21ST-CV02626

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.252 4**

**Nonpriority creditor's name and mailing address**
RIVERSIDE PUBLIC UTILITIES, CA
3900 MAIN STREET FINANCE DEPT
RIVERSIDE, CA 92522-0144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,932.18

---

**3.252 5**

**Nonpriority creditor's name and mailing address**
RIVIANA FOODS INC
2777 ALLEN PARKWAY
HOUSTON, TX 77019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90,009.52

---

**3.252 6**

**Nonpriority creditor's name and mailing address**
RJFP LLC
635 W 7TH ST STE 310
CINCINNATI, OH 45203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,085.94

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252 7**

**Nonpriority creditor's name and mailing address**
RL ALBERT AND SON INC
60 LONG RIDGE ROAD SUITE 300
STAMFORD, CT 06902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                108,319.83

---

**3.252 8**

**Nonpriority creditor's name and mailing address**
RMD INTERNATIONAL FARMS INC
9241 HOUGHTON AVE
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,538.05

---

**3.252 9**

**Nonpriority creditor's name and mailing address**
RMS INTERNATIONAL USA INC
8323 NW 12TH ST STE 111
MIAMI, FL 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,009,248.43

---

**3.253 0**

**Nonpriority creditor's name and mailing address**
RMV QUANZHOU INTERNATIONAL TRADINGD
5TH FLOOR LONGSHANG MANSION PUJI RO
QUANZHOU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                106,341.00

---

**3.253 1**

**Nonpriority creditor's name and mailing address**
RNDC TEXAS INC DBA REPUBLIC NATIONATRIBUTING CO
1010 ISUZU PARKWAY
GRAND PRAIRIE, TX 75050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,457.00

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

**3.253 2** Nonpriority creditor's name and mailing address
ROADRUNNER RECYCLING INC
PO BOX 6011
HERMITAGE, PA 16148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Payable

$  2,553.54

Date or dates debt was incurred    Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.253 3** Nonpriority creditor's name and mailing address
ROADRUNNER TRANSPORTATION SERVICES
4900 S PENNSYLVANIA AVE
CUDAHY, WI 53110

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  1,909.14

Date or dates debt was incurred    Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.253 4** Nonpriority creditor's name and mailing address
ROBERSON, CALVIN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Plaintiff Case No. 0330-21-0132LPA

$  Undetermined

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.253 5** Nonpriority creditor's name and mailing address
ROBERT W WELLER DBA PB TRUCKING
2235 L AVE
NATIONAL CITY, CA 91950

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  60.00

Date or dates debt was incurred    Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.253 6** Nonpriority creditor's name and mailing address
ROBERTS, KENITH
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  General Liability

$  Undetermined

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.253 7**

**Nonpriority creditor's name and mailing address**

ROBINSON, BLAKE, ET AL.
C/O BAKER BURTON & LUNDY
ATTN: EVAN R. KOCH;ALBRO L. LUNDY III
515 PIER AVENUE
HERMOSA BEACH, CA 90254-3889

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Case No. 30-2021-01217293-CU-PO-CJC

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.253 8**

**Nonpriority creditor's name and mailing address**

ROBINSON, MIKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.253 9**

**Nonpriority creditor's name and mailing address**

ROBINSON'S FLOWERS
ATTN: DAVID KIM
750 N.HACIENDA BL
LA PUENTE, CA 91744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$                101.00

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254 0**

**Nonpriority creditor's name and mailing address**

ROBLEDO, BRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254 1**

**Nonpriority creditor's name and mailing address**

ROCHA, SALVADOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 583 of 838

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.254 2** | **Nonpriority creditor's name and mailing address**

ROCKVIEW FARMS
PO BOX 668
DOWNEY, CA 90241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                810,581.70

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254 3** | **Nonpriority creditor's name and mailing address**

RODARTE, DARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254 4** | **Nonpriority creditor's name and mailing address**

RODRIGUES (CHILD), ELIAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254 5** | **Nonpriority creditor's name and mailing address**

RODRIGUEZ HIDALGO, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254 6** | **Nonpriority creditor's name and mailing address**

RODRIGUEZ NERI, IRMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.254 7**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ OCHOA, SUSANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.254 8**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ SERRANO, ANGELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.254 9**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ TRUCKING
2524 SOUTHERN AVE
SOUTH GATE, CA 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    9,000.00

---

**3.255 0**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ VEGA, BLANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.255 1**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.255
2**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.255
3**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, ANGELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.255
4**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.255
5**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, EVELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.255
6**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, GENOVEVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2557**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, GUADALUPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2558**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2559**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, JUAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2560**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, LOURDES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2561**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.256 2**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.256 3**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, MIRIAM
C/O LAKHANI & MCGARTH, P.L.L.C.
ATTN: NADIA LAKHANI, STEPHEN MCGARTH
1535 WEST LOOP SOUTH, SUITE 450
HOUSTON, TX 77027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.256 4**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, OMAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.256 5**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.256 6**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, RAQUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 588 of 838

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.256 7**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, RAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 23CHCV01893

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256 8**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, ROCIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256 9**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, SONIA ARAUJO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 37-2024-00017342-CU-PO-CTL

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.257 0**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, YOLANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.257 1**

**Nonpriority creditor's name and mailing address**
RODRIGUEZ, HILDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.257 2** | **Nonpriority creditor's name and mailing address**
ROFAEL, HOSSAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.257 3** | **Nonpriority creditor's name and mailing address**
ROGERS, HERMELINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.257 4** | **Nonpriority creditor's name and mailing address**
ROGERS, SCHKIBRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.257 5** | **Nonpriority creditor's name and mailing address**
ROIC PARAMOUNT PLAZA LLC
PO BOX 749814
LOS ANGELES, CA 90074-9814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    39,548.15

---

**3.257 6** | **Nonpriority creditor's name and mailing address**
ROJAS, ALEX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2577**

**Nonpriority creditor's name and mailing address**
ROLON, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.2578**

**Nonpriority creditor's name and mailing address**
ROMERO RODRIGUEZ, LUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.2579**

**Nonpriority creditor's name and mailing address**
ROMERO, CINTIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.2580**

**Nonpriority creditor's name and mailing address**
ROMERO, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 21ST-CV09530

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.2581**

**Nonpriority creditor's name and mailing address**
ROMERO, NAOMI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.258 2**

**Nonpriority creditor's name and mailing address**
RON K AND NAE S KIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,704.50

---

**3.258 3**

**Nonpriority creditor's name and mailing address**
RONNYS INC
1251 BADGER FLAT RD
LOS BANOS, CA 93635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,650.00

---

**3.258 4**

**Nonpriority creditor's name and mailing address**
ROSALES VELAZQUEZ, CAROLINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.258 5**

**Nonpriority creditor's name and mailing address**
ROSALES, KIMBERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.258 6**

**Nonpriority creditor's name and mailing address**
ROSA'S JEWELRY
ATTN: ROSA CONTRERAS
3842 E 1ST STREET
E. LOS ANGELES, CA 90063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9.48

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.258 7**

**Nonpriority creditor's name and mailing address**
ROSAS, JULIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.258 8**

**Nonpriority creditor's name and mailing address**
ROSE, VORTERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.258 9**

**Nonpriority creditor's name and mailing address**
ROSEMARY DENISE, MATHIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.259 0**

**Nonpriority creditor's name and mailing address**
ROSFEL LLC
ATTN: FELIX F. ROSARIO
PO BOX 30228
SAN JUAN, PR 00929

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   2.08

---

**3.259 1**

**Nonpriority creditor's name and mailing address**
ROSS, GOLDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   500.00

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.259 2** | **Nonpriority creditor's name and mailing address**

ROSS, GOLDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.259 3** | **Nonpriority creditor's name and mailing address**

ROYAL MEDICAL & DENTAL SUPPLY
ATTN: DAVID YAGHOUBI
1081 N SHEPARD ST
STE#F
ANAHEIM, CA 92806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.12

---

**3.259 4** | **Nonpriority creditor's name and mailing address**

ROYAL PAPER CONVERTING INC
711 N 17TH AVE
PHOENIX, AZ 85007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 85,806.76

---

**3.259 5** | **Nonpriority creditor's name and mailing address**

ROYBAL, DIANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.259 6** | **Nonpriority creditor's name and mailing address**

RS INTERNATIONAL
20319 MASON COURT
TORRANCE, CA 90503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 241.16

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2597**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 32,865.72 |
|---|---|---|
| RSM PROPERTIES INC<br>1949 AUTO CENTER DR<br>GLENDORA, CA 91740 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2598**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 87,770.80 |
|---|---|---|
| RT INTERNATIONAL GROUP INC<br>2F NO 5 ALLEY 5 LANE 51<br>NEW TAIPEI, 231<br>TAIWAN | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2599**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.01 |
|---|---|---|
| RU&RO ENTERPRISES LLC DBA DOUBLE R RETAIL<br>ATTN: RUBEN LICEA JR<br>15300 VALLEY VIEW AVE. UNIT # A2<br>LA MIRADA, CA 90638 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Customer Credit(s) | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2600**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|
| RUBLES, ROXANNE P.<br>ADDRESS ON FILE | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** Codefendant - Case No. 23STCV26386 | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2601**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|
| RUDOLPH, APRIL<br>ADDRESS ON FILE | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.260 2**

**Nonpriority creditor's name and mailing address**

RUIAN JIANBO LIGHT INDUSTRIAL ARTSAFTS CO
XITAN VILLAGE
ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,816.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

RUIZ CASTILLO, JOANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

RUIZ, JUAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

RUIZ, MADAI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

RUIZ, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.260 7** **Nonpriority creditor's name and mailing address**
RUIZ, VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.260 8** **Nonpriority creditor's name and mailing address**
RUSCHHAUPT, CECILIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.260 9** **Nonpriority creditor's name and mailing address**
RUSSEL, RAVEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,000.00

---

**3.261 0** **Nonpriority creditor's name and mailing address**
RUSSEL, RAVEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.261 1** **Nonpriority creditor's name and mailing address**
RUSSELL STOVER CHOCOLATES LLC
4900 OAK STREET
KANSAS CITY, MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 333,632.10

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.261 2**

**Nonpriority creditor's name and mailing address**
RYAN LLC
15 WEST 6TH STREET SUITE 2400
TULSA, OK 74119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                15,961.29

---

**3.261 3**

**Nonpriority creditor's name and mailing address**
RYAN, MAUREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.261 4**

**Nonpriority creditor's name and mailing address**
S MARTINELLI & CO
735 WEST BEACH STREET
WATSONVILLE, CA 95076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                192,992.64

---

**3.261 5**

**Nonpriority creditor's name and mailing address**
SAAVEDRA, ALEJANDRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.261 6**

**Nonpriority creditor's name and mailing address**
SAAVEDRA, ELENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.261 7**

**Nonpriority creditor's name and mailing address**
SACKS HOLDINGS INC
11440 WEST BERNARDO COURT SUITE 250
SAN DIEGO, CA 92127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  16,372.80

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261 8**

**Nonpriority creditor's name and mailing address**
SACRAMENTO COUNTY
DEPT OF FINANCE
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  78,280.96

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261 9**

**Nonpriority creditor's name and mailing address**
SACRAMENTO COUNTY UTILITIES
P.O. BOX 1804 UTILITIES
SACRAMENTO, CA 95812

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$  1,104.57

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 0**

**Nonpriority creditor's name and mailing address**
SACRAMENTO MUNICIPAL UTILITY DISTRICT (SMUD)
BOX 15555 @ SMUD
SACRAMENTO, CA 95852-1555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$  34,879.10

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 1**

**Nonpriority creditor's name and mailing address**
SACRAMENTO SUBURBAN WATER DISTRICT
3701 MARCONI AVE ATTN: CUSTOMER SERVICE
SACRAMENTO, CA 95821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$  479.55

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.262 2** | **Nonpriority creditor's name and mailing address**

SADDLEBACK COMMUNICATIONS
10190 E MCKELLIPS RD
SCOTTSDALE, AZ 85256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 131.61

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.262 3** | **Nonpriority creditor's name and mailing address**

SAFE PLACE FOR YOUTH
ATTN: JUDY FRIEDMAN
446 S RODEO DRIVE
BEVERLY HILLS, CA 90212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.262 4** | **Nonpriority creditor's name and mailing address**

SAFEWAY INC DBA LUCERNE FOODS  INC
4757 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,001,983.06

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.262 5** | **Nonpriority creditor's name and mailing address**

SAINT LAURENT, VANESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.262 6** | **Nonpriority creditor's name and mailing address**

SAIS, KARLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2627**

**Nonpriority creditor's name and mailing address**

SAKAR INTERNATIONAL INC
195 CARTER DR
EDISON, NJ 08817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,839.00

---

**3.2628**

**Nonpriority creditor's name and mailing address**

SALAS, LYDIA
C/O: THE QUIGLEY LAW FIRM, APC
ATTN: W. BRENNAN QUIGLEY, ESQ
501 W. BROADWAY, SUITE 800
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2629**

**Nonpriority creditor's name and mailing address**

SALAZAR SOTO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2630**

**Nonpriority creditor's name and mailing address**

SALAZAR, EMMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2631**

**Nonpriority creditor's name and mailing address**

SALAZAR, ESTEBAN
C/O: LAWYERS FOR EMPLOYEE AND CONSUMER RIGHTS
ATTN: HALLIE SPAULDING, ESQ.
4100 WEST ALAMEDA AVE
THIRD FLOOR
BURBANK, CA 91505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.263 2**

**Nonpriority creditor's name and mailing address**
SALCEDO, ROSALVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.263 3**

**Nonpriority creditor's name and mailing address**
SALCIDO, ROSALBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.263 4**

**Nonpriority creditor's name and mailing address**
SALCIDO, ROSALBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.263 5**

**Nonpriority creditor's name and mailing address**
SALCIDO, ROSALBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.263 6**

**Nonpriority creditor's name and mailing address**
SALDOS PARA TODOS
2830 MAIN ST
CHULA VISTA, CA 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                           22.08

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.263 7** **Nonpriority creditor's name and mailing address**

SALES MAX INC
ATTN: ALEJANDRO VINAJA
9554 7TH ST
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 280.22

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 8** **Nonpriority creditor's name and mailing address**

SALESFORCE.COM INC
PO BOX 203141
DALLAS, TX 75320-3141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 386,174.36

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 9** **Nonpriority creditor's name and mailing address**

SALGADO DE GOMEZ, VICTORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264 0** **Nonpriority creditor's name and mailing address**

SALGADO, DIGNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264 1** **Nonpriority creditor's name and mailing address**

SALGADO, FRANCISCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.264 2**

**Nonpriority creditor's name and mailing address**
SALGADO, IRASEMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.264 3**

**Nonpriority creditor's name and mailing address**
SALSBERRY, BRITTANY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.264 4**

**Nonpriority creditor's name and mailing address**
SALT RIVER PROJECT (SRP)
PO BOX 2951
PHOENIX, AZ 85062-2951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53,466.70

---

**3.264 5**

**Nonpriority creditor's name and mailing address**
SALT SEASONS LLC
5314 MACQUIRE POINT LN
SUGAR LAND, TX 77479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 222,430.56

---

**3.264 6**

**Nonpriority creditor's name and mailing address**
SALTZMAN MUGAN DUSHOFF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,995.50

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2647**

**Nonpriority creditor's name and mailing address**

SALVIN SPECIAL EDUCATION CENTER
1925 BUDLONG AVE
LOS ANGELES, CA 90007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.12

---

**3.2648**

**Nonpriority creditor's name and mailing address**

SAM LIBRIZZI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 469.00

---

**3.2649**

**Nonpriority creditor's name and mailing address**

SAM SALEM & SON LLC
302 5TH AVENUE 4TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 475,008.00

---

**3.2650**

**Nonpriority creditor's name and mailing address**

SAMAYEE, ABDUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2651**

**Nonpriority creditor's name and mailing address**

SAMBRANO, ROSEMARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.265 2**

**Nonpriority creditor's name and mailing address**

SAMYANG AMERICA INC
600 WILSHIRE BLVD SUITE 201
LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 835,667.20

**3.265 3**

**Nonpriority creditor's name and mailing address**

SAN ANTONIO WINERY INC
737 LAMAR ST
LOS ANGELES, CA 90031-2514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 71,083.20

**3.265 4**

**Nonpriority creditor's name and mailing address**

SAN BERNARDINO COUNTY RECORDER
222 W HOSPITALITY LN
SAN BERNARDINO, CA 92415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65.00

**3.265 5**

**Nonpriority creditor's name and mailing address**

SAN DIEGO ANHEUSER BUSCH
5959 SANTA FE STREET
SAN DIEGO, CA 92109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 484.15

**3.265 6**

**Nonpriority creditor's name and mailing address**

SAN DIEGO GAS & ELECTRIC
P.O. BOX 25111 SDG&E
SANTA ANA, CA 92799-5111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 147,585.92

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.265 7**

**Nonpriority creditor's name and mailing address**

SAN GABRIEL VALLEY WATER COMPANY
P.O. BOX 5970
EL MONTE, CA 91734-1970

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 218.68

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 8**

**Nonpriority creditor's name and mailing address**

SAN JOAQUIN COUNTY
PO BOX 2169
STOCKTON, CA 95201-2169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 45,798.72

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 9**

**Nonpriority creditor's name and mailing address**

SAN JOSE WATER COMPANY
PO BOX 7045
PASADENA, CA 91109-7045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 669.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266 0**

**Nonpriority creditor's name and mailing address**

SANABRIA PAIZ, JUAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266 1**

**Nonpriority creditor's name and mailing address**

SANCHEZ, CAROLINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 22ST-CV28288

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.266 2**

**Nonpriority creditor's name and mailing address**

SANCHEZ, CELIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.266 3**

**Nonpriority creditor's name and mailing address**

SANCHEZ, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.266 4**

**Nonpriority creditor's name and mailing address**

SANCHEZ, DIANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.266 5**

**Nonpriority creditor's name and mailing address**

SANCHEZ, EVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.266 6**

**Nonpriority creditor's name and mailing address**

SANCHEZ, GABRIELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2667**

**Nonpriority creditor's name and mailing address**

SANCHEZ, IRMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2668**

**Nonpriority creditor's name and mailing address**

SANCHEZ, JULIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2669**

**Nonpriority creditor's name and mailing address**

SANCHEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2670**

**Nonpriority creditor's name and mailing address**

SANCHEZ, MAYRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2671**

**Nonpriority creditor's name and mailing address**

SANCHEZ, NICOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267 2**

**Nonpriority creditor's name and mailing address**

SANCHEZ, ROSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.267 3**

**Nonpriority creditor's name and mailing address**

SANDOVAL, INGRID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.267 4**

**Nonpriority creditor's name and mailing address**

SANDOVAL, KRISTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.267 5**

**Nonpriority creditor's name and mailing address**

SANDOVAL, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.267 6**

**Nonpriority creditor's name and mailing address**

SANDOVAL, NORMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.267 7**

**Nonpriority creditor's name and mailing address**
SANDOVAL, SUSANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.267 8**

**Nonpriority creditor's name and mailing address**
SANDSTONE PROPERTIES LP
6420 WILSHIRE BLVD STE 1500
LOS ANGELES, CA 90048-5561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,666.62

---

**3.267 9**

**Nonpriority creditor's name and mailing address**
SANFORD-BLATTNER, KAREL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.268 0**

**Nonpriority creditor's name and mailing address**
SANLUISINA GROUP INC
17058 LAGOS DR
CHINO HILLS, CA 91709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 292,006.40

---

**3.268 1**

**Nonpriority creditor's name and mailing address**
SANTA ANA ASSISTANCE LEAGUE
ATTN: JENNIFER RAMPONE
1037 W 1ST STREET
SANTA ANA, CA 92703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.01

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.268 2**

**Nonpriority creditor's name and mailing address**

SANTA CLARA COUNTY ENVIRONMENT AL HCONSUMER PROTECTION
1555 BERGER DR STE 300
SAN JOSE, CA 95112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31,673.26

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268 3**

**Nonpriority creditor's name and mailing address**

SANTA CLARITA SWEEPING INC
PO BOX 246
REDMOND, OR 97756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,353.94

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268 4**

**Nonpriority creditor's name and mailing address**

SANTA CRUZ/ PALO VERDE
PO BOX 31001-3279
PASADENA, CA 91110-3279

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 560.19

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268 5**

**Nonpriority creditor's name and mailing address**

SANTA MARIA SC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Codefendant - Case No. 37-2024-00000193-CU-PO-CTL

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268 6**

**Nonpriority creditor's name and mailing address**

SANTA MONICA DISCOUNT
ATTN: GERARDO HERNANDEZ ALONSO
11550 SANTA MONICA BLVD
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.268 7**

**Nonpriority creditor's name and mailing address**
SANTA OLALLA, LEOBARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268 8**

**Nonpriority creditor's name and mailing address**
SANTANA VALLEJO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 81.25

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268 9**

**Nonpriority creditor's name and mailing address**
SANTANA, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.269 0**

**Nonpriority creditor's name and mailing address**
SANTAS-PRO CREATION CO LTD
SHANGZHAI VILLAGE, GESHAN TOWN
ZHEJIANG, 322105
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,940.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.269 1**

**Nonpriority creditor's name and mailing address**
SANTILLAN, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.269 2**

**Nonpriority creditor's name and mailing address**

SANTOS, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.269 3**

**Nonpriority creditor's name and mailing address**

SANTOS, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.269 4**

**Nonpriority creditor's name and mailing address**

SANTOS, SELVYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.269 5**

**Nonpriority creditor's name and mailing address**

SANWA ENTERPRISE, INC.
ATTN: CRIS
114 ONIZUKA ST
LOS ANGELES, CA 90012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    0.02

---

**3.269 6**

**Nonpriority creditor's name and mailing address**

SAPPHIRE WAY PROPERTIES, LP

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22STCV02381

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2697**

**Nonpriority creditor's name and mailing address**

SARL MANATE
ATTN: MARC MANATE
BP 9 VAITAPE
98730
BORA BORA, 7669B
FRENCH POLYNESIA (TAHITI)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 116.40

---

**3.2698**

**Nonpriority creditor's name and mailing address**

SARL PACIFIC PUNAVAI RDP
ATTN: SUI THIERRY
BP 14 229-98 701
TAHITI

FRENCH POLYNESIA (TAHITI)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 64.32

---

**3.2699**

**Nonpriority creditor's name and mailing address**

SAROAY CAPITAL LLC
36077 BLAIR PLACE
FREMONT, CA 94536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,428.81

---

**3.2700**

**Nonpriority creditor's name and mailing address**

SASTRA CONSULTING LLC
18421 HOMESTEAD AVE
YORBA LINDA, CA 92886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,876.00

---

**3.2701**

**Nonpriority creditor's name and mailing address**

SAUCEDA, FATIMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.270 2**

**Nonpriority creditor's name and mailing address**
SAUL, CYNTHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270 3**

**Nonpriority creditor's name and mailing address**
SAVAII, CHARLOTTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$     Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270 4**

**Nonpriority creditor's name and mailing address**
SAVE MART SUPERMARKETS LLC
1800 STANDIFORD AVE
MODESTO, CA 95352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     7,740.83

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270 5**

**Nonpriority creditor's name and mailing address**
SB EVOLUTION LANDSCAPE
27 W ANAPAMU STREET BOX 230
SANTA BARBARA, CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     1,608.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270 6**

**Nonpriority creditor's name and mailing address**
SC PICO PLAZA LLC
14 CORPORATE PLAZA DRIVE SUITE 120
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$     40,060.08

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.270 7**

**Nonpriority creditor's name and mailing address**

SCALE FX
PO BOX 3669
ANAHEIM, CA 92803-3669

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,897.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270 8**

**Nonpriority creditor's name and mailing address**

SCHREIBER FOODS INC
400 N WASHINGTON ST
GREEN BAY, WI 93485

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 237,302.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270 9**

**Nonpriority creditor's name and mailing address**

SCHWARTZ TORRANCE LLC
2009 PORTERFIELD WAY SUITE P
UPLAND, CA 91786

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 41,409.86

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.271 0**

**Nonpriority creditor's name and mailing address**

SCOTT FAMILY TRUST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29,839.75

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.271 1**

**Nonpriority creditor's name and mailing address**

SCV WATER
PO BOX 51115
LOS ANGELES, CA 90051-5415

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 348.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.271 2**

**Nonpriority creditor's name and mailing address**

SEASON BRAND
80 AVENUE K
NEWARK, NJ 07105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 58,213.08

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.271 3**

**Nonpriority creditor's name and mailing address**

SECURE CASH ADVANTAGEEIPRINTING.COM
200 RIVERSIDE INDUSTRIAL PARKWAY
PORTLAND, ME 04103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 79.01

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.271 4**

**Nonpriority creditor's name and mailing address**

SECURE TALENT INC
2355 NORTHSIDE DRIVE #200
SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 75,750.97

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.271 5**

**Nonpriority creditor's name and mailing address**

SEDANO, SANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.271 6**

**Nonpriority creditor's name and mailing address**

SEEK TOPS INTERNATIONAL CO LIMITED
ROOM 629B JINHU BUILDING
SHENZHEN, 518001
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 35,097.30

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.271** **Nonpriority creditor's name and mailing address**
**7**
SEGOVIA, MILTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271** **Nonpriority creditor's name and mailing address**
**8**
SEGURA, VERONICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 37-2023-00022802-CU-OE-CTL

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271** **Nonpriority creditor's name and mailing address**
**9**
SELECTION SUPPORT GROUP (SSG)
18726 S WESTERN AVE SUIE 300
GARDENA, CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    816,273.91

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272** **Nonpriority creditor's name and mailing address**
**0**
SELECTIVE IMPORTS CORP
3957 SOUTH HILL STREET
LOS ANGELES, CA 90037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    89,413.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272** **Nonpriority creditor's name and mailing address**
**1**
SELEY PLAZA INC
750 TERRADO PLAZA SUITE 106
COVINA, CA 91723

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    14,072.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.272 2**
**Nonpriority creditor's name and mailing address**
SELICK, JONATHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 34-2022-00329682

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272 3**
**Nonpriority creditor's name and mailing address**
SENSEWALK INC
15035 PROCTOR AVE
CITY OF INDUSTRY, CA 91746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 309,921.72

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272 4**
**Nonpriority creditor's name and mailing address**
SEPE, ADINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272 5**
**Nonpriority creditor's name and mailing address**
SEPULVEDA JR, TOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272 6**
**Nonpriority creditor's name and mailing address**
SERNA, IRENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.272 7**

**Nonpriority creditor's name and mailing address**

SERV-RITE MEAT COMPANY INC
2515 N SAN FERNANDO ROAD
LOS ANGELES, 90065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 124,384.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272 8**

**Nonpriority creditor's name and mailing address**

SEWING COLLECTION INC
3113 EAST 26TH STREET
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,562.30

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272 9**

**Nonpriority creditor's name and mailing address**

SEYED SAMAN SEYEDAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 42.72

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 0**

**Nonpriority creditor's name and mailing address**

SEYFARTH SHAW LLP
233 S WACKER DRIVE STE 8000
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 180,105.38

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 1**

**Nonpriority creditor's name and mailing address**

SH KANG CORP
ATTN: SOO IL KANG
5612 VAN BUREN BLVD
RIVERSIDE, CA 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 31.70

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.273 2**

**Nonpriority creditor's name and mailing address**

SHAABAN MONIEM & MARIA
427 LINCOLN BLVD
SANTA MONICA, CA 90402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease Rejection Damages

$                Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 3**

**Nonpriority creditor's name and mailing address**

SHALOM INTERNATIONAL CORP
8 NICHOLAS CT
DAYTON, NJ 08810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                45,111.60

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 4**

**Nonpriority creditor's name and mailing address**

SHAMROCK FOODS COMPANY-DAIRY DIVISI
PO BOX 52420
PHOENIX, AZ 85072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                156,470.37

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 5**

**Nonpriority creditor's name and mailing address**

SHANDONG GLASSWARE
9/F A TOWER YUNLONG INTERNATIONAL B
ZIBO CITY, 255000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Codefendant - Case No. 23TRCV00515

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273 6**

**Nonpriority creditor's name and mailing address**

SHANDONG GLASSWARE CORPORATION
9/F A TOWER YUNLONG INTERNATIONAL B
ZIBO CITY, 255000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                392,937.90

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.273 7**

**Nonpriority creditor's name and mailing address**

SHANDONG TOP PEAK ENTERPRISES CO LT
NO 10 DINGHONG ROAD HIGH & NEW TECH
ZIBO CITY, 255086
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 61,999.20

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273 8**

**Nonpriority creditor's name and mailing address**

SHANFELD GROUP INC
12100  WILSHIRE BOULEVARD SUITE 105
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27,761.07

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273 9**

**Nonpriority creditor's name and mailing address**

SHARK EYES INC
2110 E. 25TH STREET
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 214,623.04

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274 0**

**Nonpriority creditor's name and mailing address**

SHARP, TRACI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274 1**

**Nonpriority creditor's name and mailing address**

SHARP, TRACI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.274 2**

**Nonpriority creditor's name and mailing address**
SHASTA BEVERAGES INC NEWBEVCO INC
1165 PALMOUR DR
GAINESVILLE, GA 30501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 335,859.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274 3**

**Nonpriority creditor's name and mailing address**
SHASTA COUNTY
DEPT OF CHILD SUPPORT SERV
REDDING, CA 96099-4130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,753.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274 4**

**Nonpriority creditor's name and mailing address**
SHAW APL SOCAL
8561 ENTERPRISE WAY
CHINO, CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,740.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274 5**

**Nonpriority creditor's name and mailing address**
SHEETAL MERCANTILE PVT LTD
PLOT NO 5 8/2 & 5
GHAZIABAD, 201010
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 22,722.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274 6**

**Nonpriority creditor's name and mailing address**
SHEFFIELD PHARMACEUTICALS LLC
170 BROAD ST
NEW LONDON, CT 06320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,012.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2747**

**Nonpriority creditor's name and mailing address**

SHELL ENERGY SOLUTIONS
PO BOX 7247-6353
PHILADELPHIA, PA 19170-6353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 1,797,670.54

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2748**

**Nonpriority creditor's name and mailing address**

SHENZHEN HANWAY TRADING CO LTD
8TH FL LI'AN COMMERCIAL BUILDING A
SHENZHEN, 518000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 208,411.20

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2749**

**Nonpriority creditor's name and mailing address**

SHIELDS FOR FAMILIES-ACT PROGRAM
ATTN: VANESSA SALGADO
9624 S COMPTON AVENUE
LOS ANGELES, CA 90002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.03

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2750**

**Nonpriority creditor's name and mailing address**

SHINES, TASHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2751**

**Nonpriority creditor's name and mailing address**

SHIPPERS SUPPLIES
PO BOX 337
BELLVILLE, OH 44813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,357.11

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.275 2**

**Nonpriority creditor's name and mailing address**

SHOETERIA INC
5305 E WASHINGTON BLVD
COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    200.00

---

**3.275 3**

**Nonpriority creditor's name and mailing address**

SHOKRI, ZIBA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.275 4**

**Nonpriority creditor's name and mailing address**

SHORELINE A LAW COMPANY
1299 OCEAN AVE STE 400
SANTA MONICA, CA 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  6,972.77

---

**3.275 5**

**Nonpriority creditor's name and mailing address**

SHRED-IT USA LLC
PO BOX 101007
PASADENA, CA 91189-1007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    640.51

---

**3.275 6**

**Nonpriority creditor's name and mailing address**

SHRYOCK, VILMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.2757**

**Nonpriority creditor's name and mailing address**
SHUMWAY, ALLISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Employment Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2758**

**Nonpriority creditor's name and mailing address**
SIDDIQI, SHABNAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2759**

**Nonpriority creditor's name and mailing address**
SIEMENS INDUSTRY INC
100 DEERFIELD PARKWAY
BUFFALO GROVE, IL 60089-4513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    12,279.40

---

**3.2760**

**Nonpriority creditor's name and mailing address**
SIERRA COMMERCIAL SWEEPINGJKS ENTERPRISE LLC
PO BOX 576415
MODESTO, CA 95357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,551.00

---

**3.2761**

**Nonpriority creditor's name and mailing address**
SIERRA FONTANA 99 LLC
14 CORPORATE PLAZA DR 120
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,568.75

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.276 2** **Nonpriority creditor's name and mailing address**

SIERRA INDUSTRIAL PARK DELAWARE LLC
4750 N ORACLE RD STE 210
TUCSON, AZ 85705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 26,472.90

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 3** **Nonpriority creditor's name and mailing address**

SIEVERDING, WILMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 4** **Nonpriority creditor's name and mailing address**

SILIS, LILIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 5** **Nonpriority creditor's name and mailing address**

SILVA, ROSEMARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276 6** **Nonpriority creditor's name and mailing address**

SILVER SHIELD LLC
549 47TH AVE
SAN FRANCISCO, CA 94121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 19,699.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.276 7**

**Nonpriority creditor's name and mailing address**

SILVESTER, JOVITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.276 8**

**Nonpriority creditor's name and mailing address**

SIMON QUAN & CO LTD
ATTN: PETER QUAN
24. QUEEN ST
P.O. BOX 401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    6,285.24

---

**3.276 9**

**Nonpriority creditor's name and mailing address**

SIMON, SHIRLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.277 0**

**Nonpriority creditor's name and mailing address**

SIMPLE SYMBOL LTD
RM 511-4 HUNGHOM COMM CENTRE
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    208,161.20

---

**3.277 1**

**Nonpriority creditor's name and mailing address**

SIMS, ALTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.277 2**

**Nonpriority creditor's name and mailing address**

SINGH, KARANJIT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.277 3**

**Nonpriority creditor's name and mailing address**

SINGSONG INTERNATIONAL TRADE CO LIM
FLAT RM A 12F KIU FU COMMERCIAL BLD
WANCHAI,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 269,744.40

---

**3.277 4**

**Nonpriority creditor's name and mailing address**

SKILLSET GROUP LLC
3631 S HARBOR BLVD SUITE 130
SANTA ANA, CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 286,718.24

---

**3.277 5**

**Nonpriority creditor's name and mailing address**

SKILLSET GROUP LLC
3631 S HARBOR BLVD SUITE 130
SANTA ANA, CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22STCV29068

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.277 6**

**Nonpriority creditor's name and mailing address**

SKILLSET GROUP PROFESSIONAL LLC
3631 S HARBOR BLVD SUITE 130
SANTA ANA, CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22STCV29068

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.277 7** **Nonpriority creditor's name and mailing address**
SKILLSET GROUP, INC.
3631 S HARBOR BLVD SUITE 130
SANTA ANA, CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 22STCV29068

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.277 8** **Nonpriority creditor's name and mailing address**
SLAUGHTER, ELIJAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.277 9** **Nonpriority creditor's name and mailing address**
SLAUGHTER, JOANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 0** **Nonpriority creditor's name and mailing address**
SMARTDECOFFICIAL
ATTN: CARLOS ROJAS
2810 NW 110TH AVE
SUNRISE, FL 33322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 50.80

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 1** **Nonpriority creditor's name and mailing address**
SMC ZERO WASTE
PO BOX 79200
CORONA, 92877

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,070.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.278 2**

**Nonpriority creditor's name and mailing address**
SMITH, ANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.278 3**

**Nonpriority creditor's name and mailing address**
SMITH, CAROLINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.278 4**

**Nonpriority creditor's name and mailing address**
SMITH, CAROLYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.278 5**

**Nonpriority creditor's name and mailing address**
SMITH, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.278 6**

**Nonpriority creditor's name and mailing address**
SMITH, LUCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.278 7**   **Nonpriority creditor's name and mailing address**
SMITH, STARLIT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.278 8**   **Nonpriority creditor's name and mailing address**
SMITH, VICKIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.278 9**   **Nonpriority creditor's name and mailing address**
SMITH, VICKIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.279 0**   **Nonpriority creditor's name and mailing address**
SMITH, VICKIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.279 1**   **Nonpriority creditor's name and mailing address**
SMITHFIELD PACKAGED MEATS SALES COR
200 COMMERCE STREET
SMITHFIELD, VA 23430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    660,059.29

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.279.2** Nonpriority creditor's name and mailing address

SOADY COMPANY LLC
8201 SEPULVEDA PL
VAN NUYS, CA 91402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 184.21

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.279.3** Nonpriority creditor's name and mailing address

SOINAK, CHAIYONG
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  General Liability

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.279.4** Nonpriority creditor's name and mailing address

SOLANO COUNTY
675 TEXAS ST  SUITE 5500
FAIRFIELD, CA 94533-6341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 89,992.51

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.279.5** Nonpriority creditor's name and mailing address

SOLANO PROPERTY MANAGEMENT
750 MASON ST SUITE 201
VACAVILLE, CA 95688

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 20,118.19

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.279.6** Nonpriority creditor's name and mailing address

SOLEDAD, MARIA VITAL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  General Liability

$ Undetermined

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2797**

**Nonpriority creditor's name and mailing address**

SOLGREAT INC
9339 CHARLES SMITH AVE
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,185.20

---

**3.2798**

**Nonpriority creditor's name and mailing address**

SOLIS, AMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.2799**

**Nonpriority creditor's name and mailing address**

SOLIS, AMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2800**

**Nonpriority creditor's name and mailing address**

SOLIS, MARTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2801**

**Nonpriority creditor's name and mailing address**

SOMESUCH
ATTN: NEIL WYZANOWSKI
1804 LINCOLN BLVD
VENICE, CA 90291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 943.86

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|---------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.280 2**

**Nonpriority creditor's name and mailing address**

SONORA CORPORATION
1941 W MISSION BLVD
POMONA, CA 91766

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 301,651.50

---

**3.280 3**

**Nonpriority creditor's name and mailing address**

SONORA PLAZA 1 LLC
101 LARKSPUR LANDING CIRCLE STE 120
LARKSPUR, CA 94939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,468.30

---

**3.280 4**

**Nonpriority creditor's name and mailing address**

SOQUI, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.280 5**

**Nonpriority creditor's name and mailing address**

SOSA, KIMBERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.280 6**

**Nonpriority creditor's name and mailing address**

SOTO MANUEL & DOLORES
992 ROXBURY RD
SAN MARINO, CA 91108-2441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 52,376.20

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2807**

**Nonpriority creditor's name and mailing address**
SOTO, NYLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2808**

**Nonpriority creditor's name and mailing address**
SOUCEY, SARAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2809**

**Nonpriority creditor's name and mailing address**
SOUN, LUKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2810**

**Nonpriority creditor's name and mailing address**
SOUTH BAY INTERNATIONAL
2040 S 7TH ST
SAN JOSE, CA 95112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 100,725.90

---

**3.2811**

**Nonpriority creditor's name and mailing address**
SOUTHERN CALIFORNIA EDISON
P.O. BOX 600
ROSEMEAD, CA 91771-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 709,712.75

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.281 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|
| SOUTHERN CALIFORNIA EDISON 545 N. RIMSDALE AVE. #6109 COVINA, CA 91722 | *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | |
| | **Basis for the claim:** Codefendant - Case No. 30-2018-00993453-CU-EI-CXC | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.281 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,733.83 |
|---|---|---|
| SOUTHERN CALIFORNIA GAS PO BOX C MONTEREY PARK, CA 91756 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Utility Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.281 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 168,801.00 |
|---|---|---|
| SOUTHERN CALIFORNIA ICE CO 22921 LOCKNESS AVE TORRANCE, CA 90501 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.281 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 717.12 |
|---|---|---|
| SOUTHERN GLAZERS WINE AND SPIRITS L 2375 S 45TH AVE PHOENIX, AZ 85043 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.281 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 79,829.10 |
|---|---|---|
| SOUTHERN TELECOM INC 5601 1ST AVE 2ND FLOOR BROOKLYN, NY 11220 | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| **Last 4 digits of account number** | | |

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.281 7** **Nonpriority creditor's name and mailing address**

SOUTHWEST GAS
PO BOX 24531
OAKLAND, CA 94623-1531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

$ 2,081.15

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.281 8** **Nonpriority creditor's name and mailing address**

SOUTHWEST MOBILE STORAGE INC
1005 N 50TH ST
PHOENIX, AZ 85008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 995.36

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.281 9** **Nonpriority creditor's name and mailing address**

SOXYGEN INC
1319 BOYD ST
LOS ANGELES, CA 90033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,940.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.282 0** **Nonpriority creditor's name and mailing address**

SPANIAK, STEPHANIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.282 1** **Nonpriority creditor's name and mailing address**

SPANN, LOLITA MADDOCK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.282 2**

**Nonpriority creditor's name and mailing address**

SPARK PARK INC
ATTN: HENRY GAO
12368 VALLEY BLVD
UNIT#101
EL MONTE, CA 91732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  0.20

---

**3.282 3**

**Nonpriority creditor's name and mailing address**

SPENCE, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.282 4**

**Nonpriority creditor's name and mailing address**

SPIRIT HALLOWEEN
12530 DAY ST.
MORENO VALLEY, CA 92553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tenant Security Deposit

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  10,000.00

---

**3.282 5**

**Nonpriority creditor's name and mailing address**

SPIRIT LINEN
40B COTTERS LANE
EAST BRUNSWICK, NJ 08816

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  158,097.96

---

**3.282 6**

**Nonpriority creditor's name and mailing address**

SPLASH HOME
4930 COURVAL
MONTREAL, QC H4T 1L3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  92,424.60

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.282 7**

**Nonpriority creditor's name and mailing address**

SPRING VALLEY FRUITS
9204 SEGUIN DR
PHARR, TX 78577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,376.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.282 8**

**Nonpriority creditor's name and mailing address**

SPRINGSTOWNE OWNERS ASSOCIATION SPROWNE CENTER
1030 PARKWOOD WAY
REDWOOD CITY, CA 94061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,004.70

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.282 9**

**Nonpriority creditor's name and mailing address**

SPS COMMERCE INC
VB BOX 3
MINNEAPOLIS, MN 55480-9202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,762.50

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 0**

**Nonpriority creditor's name and mailing address**

ST JUAN DIEGO CATHOLIC CHURCH
ATTN: RAMON FLORES JR
P.O. BOX 18354
LONG BEACH, CA 90805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 18.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 1**

**Nonpriority creditor's name and mailing address**

ST. JULES, BRENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.283 2**

**Nonpriority creditor's name and mailing address**

ST. NORBERT CHURCH CHRISTIAN SERVICE
ATTN: CECILIA CERVANTES
300 E TAFT AVE
ORANGE, CA 92865

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 3**

**Nonpriority creditor's name and mailing address**

ST. VINCENT DE PAUL
ATTN: DEMI SCHOENHERR
1146 BANK ST
CINCINNATI, OH 45214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 503.36

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 4**

**Nonpriority creditor's name and mailing address**

STALEY, MARGARET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 5**

**Nonpriority creditor's name and mailing address**

STANISLAUS COUNTY
DEPT OF CHILD SUPPORT
CERES, CA 95307-8680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 36,337.29

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 6**

**Nonpriority creditor's name and mailing address**

STANLEY CONVERGENT SECURITY SOLUTIO
8350 SUNLIGHT DR
FISHERS, IN 46037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 187.18

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.283 7** 

**Nonpriority creditor's name and mailing address**
STANLEY, MARI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.283 8**

**Nonpriority creditor's name and mailing address**
Stanley, Tracey
C/O: BAUMAN LAW APLC
ATTN: HOLLY MATIN, ESQ.
24003A VENTURA BOULEVARD, 2ND FLOOR
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Case No. VCU299031

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.283 9**

**Nonpriority creditor's name and mailing address**
STANLEY, TRACEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.284 0**

**Nonpriority creditor's name and mailing address**
STAPLES CONTRACT AND COMMERCIAL INC
500 STAPLES DRIVE
FRAMINGHAM, MA 01702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,726.22

---

**3.284 1**

**Nonpriority creditor's name and mailing address**
STAR BRANDS NORTH AMERICA INC
10 BANK STREET SUITE 1011
WHITE PLAINS, NY 10606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,832.00

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.284 2**

**Nonpriority creditor's name and mailing address**

STAR MAINTENANCE & SWEEPING INC
1101 E TROPICANA AVE SUITE 3019
LAS VEGAS, CA 89119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    1,136.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284 3**

**Nonpriority creditor's name and mailing address**

STAR SHINE IMPORT & EXPORT CO LTD
1-2851 ROOM LONGHU MOCO NO 2 DAXING
XIAN, 710016
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    196,362.61

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284 4**

**Nonpriority creditor's name and mailing address**

STAR SNACKS CO INC
105 HARBOR DR
JERSEY CITY, NJ 07305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    169,351.53

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284 5**

**Nonpriority creditor's name and mailing address**

STATE OF CALIFORNIA BOARD OF EQUALIN FUEL TAXES DIV
PO BOX 942879
SACRAMENTO, CA 94279-6151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    152.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284 6**

**Nonpriority creditor's name and mailing address**

STATE OF NEVADA-BUSINESS LICENSE RE
PO BOX 52614
PHOENIX, AZ 85072-2614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    360.89

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.284 7**

**Nonpriority creditor's name and mailing address**
STEVENSON, REGINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284 8**

**Nonpriority creditor's name and mailing address**
STIRLING, BETTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284 9**

**Nonpriority creditor's name and mailing address**
STIUSO VICTORIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,449.15

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285 0**

**Nonpriority creditor's name and mailing address**
STORM OELKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 339.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285 1**

**Nonpriority creditor's name and mailing address**
STOVAL FAMILY TRUST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 39,995.69

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.285 2** 

**Nonpriority creditor's name and mailing address**
STOYKOVICH, CHELSEA
C/O: ABRAMSON LABOR GROUP
11846 VENTURA BLVD.
SUITE 100
STUDIO CITY, CA 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened Litigation

$        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285 3**

**Nonpriority creditor's name and mailing address**
STRATUS GROUP DUO LLC
4401 SOUTH DOWNEY ROAD
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        22,464.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285 4**

**Nonpriority creditor's name and mailing address**
STRAUB DISTRIBUTING LTD
4633 E LA PALMA AVENUE
ANAHEIM, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        7,474.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285 5**

**Nonpriority creditor's name and mailing address**
STREMICKS HERITAGE FOODS LLC
4002 WESTMINSTER AVE
SANTA ANA, CA 92703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        176,016.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285 6**

**Nonpriority creditor's name and mailing address**
STRR SOUTH TULARE RICHGROVE REFUSE INC
PO BOX 970
RICHGROVE, CA 93261-0970

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$        727.47

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.285 7** **Nonpriority creditor's name and mailing address**

SUBURBAN WATER SYSTEMS
P.O. BOX 6105 @ SOUTHWEST WATER COMPANY
COVINA, CA 91722-5105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$   1,461.30

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285 8** **Nonpriority creditor's name and mailing address**

SUGAR FOODS CORPORATION
950 THIRD AVE 21ST FL
NEW YORK, NY 10022-2705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   84,853.32

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285 9** **Nonpriority creditor's name and mailing address**

SULTANS LINENS INC
313 5TH AVE 3RD FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   762,780.40

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286 0** **Nonpriority creditor's name and mailing address**

SULTRY LOS ANGELES
5958 VAN NUYS BLVD
VAN NUYS, CA 91401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$   200.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286 1** **Nonpriority creditor's name and mailing address**

SUMMER, JAIDEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Plaintiff Case No. 23ST-CV10873

$   Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.286 2**

**Nonpriority creditor's name and mailing address**
SUMMER, JAIDEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.286 3**

**Nonpriority creditor's name and mailing address**
SUMMER, JAIDEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.286 4**

**Nonpriority creditor's name and mailing address**
SUN HING FOODS INC
271 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 393,040.00

---

**3.286 5**

**Nonpriority creditor's name and mailing address**
SUN STACHES
7660 ALABAMA AVE
CANOGA PARK, 91304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 55,500.00

---

**3.286 6**

**Nonpriority creditor's name and mailing address**
SUNDANCE FASHION SA
FREE ZONE COLON STREET 16TH
PASEO GORGAS,
PANAMA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,000.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.2867**

**Nonpriority creditor's name and mailing address**

SUN-MAID GROWERS OF CALIFORNIA
13525 S BETHEL AVE
KINGSBURG, CA 93631-9232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,223.08

---

**3.2868**

**Nonpriority creditor's name and mailing address**

SUNNY DELIGHT BEVERAGES COMPANY
10300 ALLIANCE RD STE 500
CINCINNATI, OH 45242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 183,173.76

---

**3.2869**

**Nonpriority creditor's name and mailing address**

SUNNY SLOPE WATER COMPANY
PO BOX 60310
LOS ANGELES, CA 90060-0310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35.57

---

**3.2870**

**Nonpriority creditor's name and mailing address**

SUNRISE PARTY PRODUCTS COMPANY LIMI
ROOM B1 7F CHEUNG FAT BUILDING 7
SAI WAN,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,766.80

---

**3.2871**

**Nonpriority creditor's name and mailing address**

SUNRISE WAY CENTER
1420 BRISTOL STREET NORTH SUITE 200
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,032.32

---

| Debtor | 99 Cents Only Stores LLC | | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|---|
| | Name | | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287 2** | **Nonpriority creditor's name and mailing address**

SUN-RX DRUGS INC
ATTN: KAREN JENKINS
2410 E. BONANZA
LAS VEGAS, NV 89101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    224.13

---

**3.287 3** | **Nonpriority creditor's name and mailing address**

SUNSET LANDSCAPE MAINTENANCE CO INC
PO BOX 4886
CERRITOS, CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    400.00

---

**3.287 4** | **Nonpriority creditor's name and mailing address**

SUNSTONE ARROYO LLC
2701 EAST CAMELBACK ROAD SUITE 110
PHOENIX, AZ 85016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    15,112.87

---

**3.287 5** | **Nonpriority creditor's name and mailing address**

SUNTOYS INTERNATIONAL CO LTD
ROOM 1013A CHINACHEM GOLDEN PLAZA
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    42,006.48

---

**3.287 6** | **Nonpriority creditor's name and mailing address**

SUPER 99 CENTS OUTLET
ATTN: KENT PATEL
4782 LA SIERRA VENUE
RIVERSIDE, CA 92505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    44.40

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2877**

**Nonpriority creditor's name and mailing address**

SUPER BARGAIN#5
ATTN: MINAH LEE
4736 W CENTURY BLVD
INGLEWOOD, CA 90304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 444.98

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2878**

**Nonpriority creditor's name and mailing address**

SUPER BARGAIN/EY & JH ENTERPRISES INC
ATTN: JUNG OUK HUR
6583 ATLANTIC AVE
STE. 112-113
LONG BEACH, CA 90805-7344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 468.55

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2879**

**Nonpriority creditor's name and mailing address**

SUPER DOLLAR
ATTN: MARGARITA RODRIGUEZ
3518 HIGHWAY 47 BUILDING A
PERALTA, NM 87042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2880**

**Nonpriority creditor's name and mailing address**

SUPER DOLLAR STORE
ATTN: SMITUL PATEL
17525 ARROW BLVD STE#A
FONTANA, CA 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 193.89

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2881**

**Nonpriority creditor's name and mailing address**

SUPER T TRANSPORT, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Codefendant - Case No. 22STCV40921

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.288 2**

**Nonpriority creditor's name and mailing address**

SUPER TIENDA LATINA MARKET
ATTN: GEENTA KAUR-PASSI
10423 S NORMANDIE
AVE
LOS ANGELES, CA 90044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.20

---

**3.288 3**

**Nonpriority creditor's name and mailing address**

SUPERTIENDAS
DETODO S.A.DE C.V.
RTN08019013567536
TEGUCIGALPA,
HONDURAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,002.19

---

**3.288 4**

**Nonpriority creditor's name and mailing address**

SUPPER DOLLAR STORE
ATTN: KENNY VILLEDA
1162 N AVALON BLVD
WILMINGTON, CA 90744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55.41

---

**3.288 5**

**Nonpriority creditor's name and mailing address**

SUPPLYING DEMAND INC
4077 REDWOOD AVE
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 110,880.00

---

**3.288 6**

**Nonpriority creditor's name and mailing address**

SUTTER COUNTY
PO BOX 689
YUBA CITY, CA 95992-0689

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,079.07

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2887**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 10.00 |
|---|---|---|
| SWEET MAPLE CANDIES CO LTD<br>ATTN: KIM LUONG<br>31 PENN DRIVE<br>TORONTO, ON M9L 2A6<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Customer Credit(s) | |
| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2888**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 39,936.00 |
|---|---|---|
| SWEET SOURCE GLOBAL LLC<br>300  CREEK VIEW ROAD SUITE 209<br>NEWARK, DE 19711 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2889**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 30,416.67 |
|---|---|---|
| SWEETBAY LAUREL PROPERTIES LP<br>6420 WILSHIRE BLVD STE 1500<br>LOS ANGELES, CA 90048-5561 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2890**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 261.40 |
|---|---|---|
| SWEETWATER AUTHORITY<br>PO BOX 6003<br>WHITTIER, CA 90607-6003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Utility Payable | |
| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.2891**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,100.00 |
|---|---|---|
| SWIFTLY SYSTEMS INC A DELAWARECORPORATION<br>475 EL CAMINO REAL SUITE 308<br>MILLBRAE, CA 94030 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.289 2**

**Nonpriority creditor's name and mailing address**

SWIRE COCA COLA USA
12634 S 265 W
DRAPER, UT 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 51,592.26

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289 3**

**Nonpriority creditor's name and mailing address**

SY, EVANGELINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289 4**

**Nonpriority creditor's name and mailing address**

SYLMAR ANHEUSER BUSCH
15420 COBALT ST
SYLMAR, CA 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,063.65

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289 5**

**Nonpriority creditor's name and mailing address**

SYLMAR PLAZA SHOPPING CENTER INC
15445 VENTURA BLVD STE 31
SHERMAN OAKS, CA 91403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 34,136.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289 6**

**Nonpriority creditor's name and mailing address**

SYNDIGO LLC
141 W JACKSON BLVD SUITE 1220
CHICAGO, IL 60604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 80,843.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2897**

**Nonpriority creditor's name and mailing address**

T EASTGATE PLAZA NR NV LLC
PO BOX 209277
AUSTIN, TX 78720-9277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 226.73

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2898**

**Nonpriority creditor's name and mailing address**

T MARZETTI CO
380 POLARIS PARKWAY SUITE 400
WESTERVILLE, OH 43082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 79,145.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2899**

**Nonpriority creditor's name and mailing address**

TACKETT, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2900**

**Nonpriority creditor's name and mailing address**

TACKETT, GEORGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2901**

**Nonpriority creditor's name and mailing address**

TAFOYA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.290 2** Nonpriority creditor's name and mailing address

TAHITI DISTRIBUTION SARL
ATTN: NORBERT AMOUY
P.O.BOX 3774
PAPEETE,
FRENCH POLYNESIA (TAHITI)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 87.72

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290 3** Nonpriority creditor's name and mailing address

TAIT ENVIRONMENTAL SERVICES INC
701 PARKCENTER DRIVE
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 250.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290 4** Nonpriority creditor's name and mailing address

TAIZHOU HUANGYAN YONGZE IMPORT ANDEXPORT CO LTD
NO 76 FENGGUANG ROAD CHENGJIANG IND
HUANGYAN, 318020
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 157,689.76

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290 5** Nonpriority creditor's name and mailing address

TAIZHOU SONHON IMPORT & EXPORT CO L
ROOM 603 UNIT 1 WEST BUILDING 2
TAIZHOU, 318020
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 127,046.28

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290 6** Nonpriority creditor's name and mailing address

TAJAREE INC
ATTN: ANE MONROE
PO BOX 21655
LONG BEACH, CA 90801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.01

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2907**

**Nonpriority creditor's name and mailing address**

TALAMO FOODS
18675 MADRONE PKWY STE 100
MORGAN HILL, CA 95037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,598.04

---

**3.2908**

**Nonpriority creditor's name and mailing address**

TALKING RAIN BEVERAGE COMPANY
30520 SE 84TH STREET
PRESTON, WA 98050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 103,680.00

---

**3.2909**

**Nonpriority creditor's name and mailing address**

TANNENBAUM, DOREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 24VECV01319

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2910**

**Nonpriority creditor's name and mailing address**

TANNENBAUM, DOREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2911**

**Nonpriority creditor's name and mailing address**

TAPATIO FOODS LLC
4685 DISTRICT BLVD
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 205,056.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.291
2**

**Nonpriority creditor's name and mailing address**

TARGET ET AL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. CIVSB2312552

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.291
3**

**Nonpriority creditor's name and mailing address**

TARIN, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.291
4**

**Nonpriority creditor's name and mailing address**

TARTAN ART SERVICES
12305 CULVER DRIVE
CULVER DRIVE, 90230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,925.00

---

**3.291
5**

**Nonpriority creditor's name and mailing address**

TASHA REALTY INC
9017 RESEDA BLVD #201
NORTHRIDGE, CA 91324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32,467.19

---

**3.291
6**

**Nonpriority creditor's name and mailing address**

TATA CONSULTANCY SERVICES LIMITED
379 THORNALL STREET
EDISON, NJ 08837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 541,070.21

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2917**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|
| TATLONGHARI, LEONIE<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** Contingent Claim | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.2918**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|
| TATLONGHARI, LEONIE<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** Contingent Claim | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.2919**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 42,264.50 |
|---|---|---|
| TAX COMPLIANCE INC<br>13500 EVENING CREEK DRIVE NORTH SUI<br>SAN DIEGO, CA 92128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.2920**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|
| TAYLOR, MARTINA<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.2921**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ Undetermined |
|---|---|---|
| TAYLOR, TELVON<br>ADDRESS ON FILE | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 659 of 838

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|--------|---------------------------|---|------------------------|----------------|
| | Name | | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.292 2**

**Nonpriority creditor's name and mailing address**

TCS DBA PACIFIC COAST SUPPLIES
1618 YEAGER AVENUE
LA VERNE, CA 91750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60,249.42

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.292 3**

**Nonpriority creditor's name and mailing address**

TECH ONE CONSTRUCTION INC
5373 BROOKS ST
MONTCLAIR, CA 91763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 200,125.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.292 4**

**Nonpriority creditor's name and mailing address**

TECORRAL, JAZMIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.292 5**

**Nonpriority creditor's name and mailing address**

TELLA-TECH
863 MALCOLM RD
BURLINGAME, CA 94010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,991.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.292 6**

**Nonpriority creditor's name and mailing address**

TELLO, WALTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2927**

**Nonpriority creditor's name and mailing address**

TELLO, WALTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2928**

**Nonpriority creditor's name and mailing address**

TELOLOAPAN2022 LLC
ATTN: ANUSHAY KHAN
5929 JIMMY CARTER BLVD
NORCROSS, GA 30071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

**3.2929**

**Nonpriority creditor's name and mailing address**

TEMECULA MARKETPLACE LLC
4995 MURPHY CANYON RD SUITE 100
SAN DIEGO, CA 92123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30,847.00

---

**3.2930**

**Nonpriority creditor's name and mailing address**

TEN PHARMACY
ATTN: JACQUELINE VU
750 LONG BEACH BLVD
LONG BEACH, CA 90813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.01

---

**3.2931**

**Nonpriority creditor's name and mailing address**

TERMINAL MARKET
ATTN: JUAN J DIAZ
1725 E 7TH ST
UNIT#F
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39.54

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.293 2**

**Nonpriority creditor's name and mailing address**

TERMOFORMADOS STARPACK SA DE CV
AV CONSTITUYENTES 117 DESP 602
CHAPULTEPEC, 11850
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   27,514.76

---

**3.293 3**

**Nonpriority creditor's name and mailing address**

TERRAMAR RETAIL CENTERS LLC
5973 AVENIDA ENCINAS SUITE 300
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   73,691.45

---

**3.293 4**

**Nonpriority creditor's name and mailing address**

TERRAPIN CONSULTING GROUP LLC
11 SHIELD DRIVE
WOODCLIFF LAKE, NJ 07677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   3,630.00

---

**3.293 5**

**Nonpriority creditor's name and mailing address**

TERRELL, JOY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.293 6**

**Nonpriority creditor's name and mailing address**

TERRY YIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   189.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2937**

**Nonpriority creditor's name and mailing address**

TESTAMENTARY TRUST ESTATE OF ELSIE
6475 N PALM AVE  101
FRESNO, CA 93704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                24,350.17

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2938**

**Nonpriority creditor's name and mailing address**

TEXACO, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Codefendant - Case No. 30-2018-00993453-CU-EI-CXC

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2939**

**Nonpriority creditor's name and mailing address**

TEXAS SUPER BARGAIN/UNO PLUS
ATTN: JAMES CHOI
1312 CASTROVILLE RD
STE#2
SAN ANTONIO, TX 78237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                92.94

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2940**

**Nonpriority creditor's name and mailing address**

THD HARDWARE STATIONARY CO LTD
1352 E EDINGER AVE STE J
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                67,244.16

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2941**

**Nonpriority creditor's name and mailing address**

THE CLOROX SALES COMPANY
3655 BROOKSIDE PKWY STE 300
ALPHARETTA, GA 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                82,901.20

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.294 2**

**Nonpriority creditor's name and mailing address**

THE CUSTOM COMPANIES INC
135 N RAILROAD AVENUE
NORTHLAKE, IL 60164

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,850.28

---

**3.294 3**

**Nonpriority creditor's name and mailing address**

THE GIVING SPIRIT
ATTN: TIM INGRAM
11908 MONTANA AVE
#205
LOS ANGELES, CA 90049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.01

---

**3.294 4**

**Nonpriority creditor's name and mailing address**

THE GRYD FOUNDATION
ATTN: JEANNETTE SANDOVAL
1933 S BROADWAY
STE.#1111
LOS ANGELES, CA 90007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.38

---

**3.294 5**

**Nonpriority creditor's name and mailing address**

THE HERSHEY COMPANY
PO BOX 409595
ATLANTA, GA 30384-9595

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 866,495.50

---

**3.294 6**

**Nonpriority creditor's name and mailing address**

THE HOME DEPOT
2455 PACES FERRY ROAD NW
ATLANTA, GA 30339-4024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,440.37

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.294 7**

**Nonpriority creditor's name and mailing address**

THE KENDALL COMPLIANCE GROUP INC
33175 TEMECULA PKWY STE A-311
TEMECULA, CA 92592

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    127,529.98

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.294 8**

**Nonpriority creditor's name and mailing address**

THE LAURA SCUDDERS CO
1521 EAST MCFADDEN AVE
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    18,892.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.294 9**

**Nonpriority creditor's name and mailing address**

THE MODESTO BEE
PO BOX 51993
LIVONIA, MI 48151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    303.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295 0**

**Nonpriority creditor's name and mailing address**

THE NATURE HUB
ATTN: HEUNGSU PARK
2834 GRAND CANAL
IRVINE, CA 92620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$    178.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295 1**

**Nonpriority creditor's name and mailing address**

THE PEGGS COMPANY INC
PO BOX 907
MIRA LOMA, CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    156,663.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.295.2**

**Nonpriority creditor's name and mailing address**

THE QUAKER OATS COMPANY
700 ANDERSON HILL RD
PURCHASE, NY 10577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 212,416.62

---

**3.295.3**

**Nonpriority creditor's name and mailing address**

THE SALVATION ARMY
ATTN: ELAINE MANSOOR
12000 WASHINGTON BLVD
WHITTIER, CA 90275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 104.28

---

**3.295.4**

**Nonpriority creditor's name and mailing address**

THE SILVERSTEIN LAW FIRM APC
215 N MARENGO AVE 3RD FL
PASADENA, CA 91101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,876.47

---

**3.295.5**

**Nonpriority creditor's name and mailing address**

THE SOURCING PLACE
UNIT C, 31ST FLOOR, FORD GLORY PLAZA
37-39 WING HONG STREET
CHEUNG SHA WAN, KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 154.68

---

**3.295.6**

**Nonpriority creditor's name and mailing address**

THE VILLAGE CENTER OWNERS ASSOCIATI
PO BOX 543
CORONO, CA 92878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,086.00

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.295 7**

**Nonpriority creditor's name and mailing address**

THE WONDERFUL COMPANY LLC
5001 CALIFORNIA AVE
BAKERSFIELD, CA 93309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                      181,652.40

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295 8**

**Nonpriority creditor's name and mailing address**

THOMAS ALBERT HAUSINGER
C/O LAW OFFICES OF OMAR KHAWAJA, PLLC
ATTN: DANIEL CIENFUEGOS, JR., OMAR KHAWAJA
5177 RICHMOND AVE., SUITE 1065
HOUSTON, TX 77056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295 9**

**Nonpriority creditor's name and mailing address**

THOMAS( CHILD), GIANNI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.296 0**

**Nonpriority creditor's name and mailing address**

THOMAS, PRINCESS
C/O: ABRAMSON LABOR GROUP
11846 VENTURA BLVD.
SUITE 100
STUDIO CITY, CA 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Threatened Litigation

$                      Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.296 1**

**Nonpriority creditor's name and mailing address**

THOMPSON TRADING CO. LTD.
ATTN: BRUCE THOMPSON
SHIRLEY STREET P.O.BOX SS 5276
NASSAU,
BAHAMAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                      7,465.66

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.296 2**

**Nonpriority creditor's name and mailing address**

THOMPSON, SYDNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.296 3**

**Nonpriority creditor's name and mailing address**

THOMPSON, TARESSA
C/O MICHAEL KRISTOF
KRISTOF LAW GROUP
1055 WHITTNEY RANCH DR.
SUITE 220
HENDERSON, NV 89014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened Litigation

$                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.296 4**

**Nonpriority creditor's name and mailing address**

THOMPSON, TARESSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.296 5**

**Nonpriority creditor's name and mailing address**

THORNE, TINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.296 6**

**Nonpriority creditor's name and mailing address**

THORNTON, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                          Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10719 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.296 7**

**Nonpriority creditor's name and mailing address**

TIANJIN YIYI HYGIENE PRODUCTSCO LTD
ZHANGJIAWO INDUSTRIAL PARK
XIQING ECONOMIC DEVELOPMENT AREA, 300380
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 53,114.93

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.296 8**

**Nonpriority creditor's name and mailing address**

TIANSHIN STRAWMAT FACTORY
TIANXIN VILLAGE, QIANXIANG
ZHEJIANG, 322124
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,521.90

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.296 9**

**Nonpriority creditor's name and mailing address**

TIE JUN LIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 24,413.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.297 0**

**Nonpriority creditor's name and mailing address**

TILLAMOOK COUNTY CREAMERY ASSOCIATI
4185 HIGHWAY 101 NORTH
TILLAMOOK, OR 97141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 43,826.40

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.297 1**

**Nonpriority creditor's name and mailing address**

TINOCO, RAYMOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.297 2**

**Nonpriority creditor's name and mailing address**

TIPP ENTERPRISES LB DBA NOVAMEX
500 OVERLAND
EL PASO, TX 79901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 387,092.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.297 3**

**Nonpriority creditor's name and mailing address**

T-MOBILE USA INC
12920 SE 38TH ST
BELLEVUE, WA 98006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,291.27

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.297 4**

**Nonpriority creditor's name and mailing address**

TNG GREEN VALLEY LP
11720 EL CAMINO REAL SUITE 250
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 19,504.73

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.297 5**

**Nonpriority creditor's name and mailing address**

TOI CHEST BEAUTY SUPPLY & MORE
ATTN: TOI DAVISMARIN
309 WEST 99TH STREET
LOS ANGELES, CA 90003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.80

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.297 6**

**Nonpriority creditor's name and mailing address**

TOLEDO, CAROLINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.2977**

**Nonpriority creditor's name and mailing address**

TOLEDO, CAROLINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2978**

**Nonpriority creditor's name and mailing address**

TOMAS GOMEZ-LOZANO
C/O DASPIT LAW FIRM
ATTN: JESUS A. SALINAS
440 LOUISIANA ST., SUITE 1400
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2979**

**Nonpriority creditor's name and mailing address**

TONY CHACHERES CREOLE FOODS OF OPEL
PO BOX 669383
DALLAS, TX 75266-9383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    24,883.20

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2980**

**Nonpriority creditor's name and mailing address**

TONYAIL MERIWETHER, PERCENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2981**

**Nonpriority creditor's name and mailing address**

TOPETE DE SALDANA, BERTHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                    Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.298 2** **Nonpriority creditor's name and mailing address**
TORIBIO, YOLANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.298 3** **Nonpriority creditor's name and mailing address**
TORRANCE CO LTD
ATTN: PUREV DOVCHIN
12TH MICRODISTRICT
TOKYO ST BLDG 30-2
ULAANBAATAR,
MONGOLIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 240.98

---

**3.298 4** **Nonpriority creditor's name and mailing address**
TORRE, AIDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.298 5** **Nonpriority creditor's name and mailing address**
TORRES SOUTH EL MONTE LLC
PO BOX 39503
DOWNEY, CA 90239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,169.87

---

**3.298 6** **Nonpriority creditor's name and mailing address**
TORRES, ANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2987**

**Nonpriority creditor's name and mailing address**

TORRES, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2988**

**Nonpriority creditor's name and mailing address**

TORRES, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2989**

**Nonpriority creditor's name and mailing address**

TORRES, TONY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2990**

**Nonpriority creditor's name and mailing address**

TORRESMENDEZ, JEANETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2991**

**Nonpriority creditor's name and mailing address**

TORRES-SANCHEZ, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    25,001.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.299 2** **Nonpriority creditor's name and mailing address**
TORRES-SANCHEZ, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299 3** **Nonpriority creditor's name and mailing address**
TORRICO, ENRIQUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299 4** **Nonpriority creditor's name and mailing address**
TOTAL WAREHOUSE INC
1100 E HOWELL AVE
ANAHEIM, CA 92805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,728.09

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299 5** **Nonpriority creditor's name and mailing address**
TOV LEV ENTERPRISES INC
2850 E 46TH ST
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 26,470.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299 6** **Nonpriority creditor's name and mailing address**
TOVAR, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.299 7**

**Nonpriority creditor's name and mailing address**
TOVAR, LUDIVINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299 8**

**Nonpriority creditor's name and mailing address**
TOVES, MARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$        Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299 9**

**Nonpriority creditor's name and mailing address**
TOWN AND COUNTRY FENCE BUILDERS
97 LEANNA ST
CHULA VISTA, 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$        480.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300 0**

**Nonpriority creditor's name and mailing address**
TOWN AND COUNTRY MANAGEMENT
PO BOX 931222
LOS ANGELES, CA 90093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$        43,975.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300 1**

**Nonpriority creditor's name and mailing address**
TOWN AND COUNTRY PROPERTY MANAGEMEN
PO BOX 265
RAMONA, CA 92065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$        25,212.66

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.300 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 176.41 |
|---|---|---|
| TOWN OF APPLE VALLEY, CA<br>14955 DALE EVANS PKWY<br>APPLE VALLEY, CA 92307-3061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Utility Payable | |
| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.300 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 87,280.44 |
|---|---|---|
| TOWNE INVESTMENT COMPANY<br>3 POINTE DRIVE SUITE 217<br>BREA, CA 92821 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.300 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 46,688.50 |
|---|---|---|
| TOWNLEY INC<br>389 5TH AVE STE 1100<br>NEW YORK, NY 10016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.300 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 28,600.32 |
|---|---|---|
| TOYO LIGHTER CO<br>1249 S DIAMOND BAR BLVD STE 217<br>DIAMOND BAR, CA 91765 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.300 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| TRAMMELL, MALISSA<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.300 7**

**Nonpriority creditor's name and mailing address**

TREE TOP INC
PO BOX 248
SELAH, WA 98942

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 72,280.00

---

**3.300 8**

**Nonpriority creditor's name and mailing address**

TRESCH, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.300 9**

**Nonpriority creditor's name and mailing address**

TRESORS DE LA PRESQU'ILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.01

---

**3.301 0**

**Nonpriority creditor's name and mailing address**

TRESTLE FAIRFIELD LLC
419 WAVERLEY STREET
PALO ALTO, CA 94301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,532.75

---

**3.301 1**

**Nonpriority creditor's name and mailing address**

TREVINO, JERALDEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Plaintiff Case No. BCV-22-101652

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.301 2**

**Nonpriority creditor's name and mailing address**

TRI SALES FINANCE LLC
7401 S CICERO AVE
CHICAGO, IL 60629

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 83,351.60

---

**3.301 3**

**Nonpriority creditor's name and mailing address**

TRILLIANT FOOD AND NUTRITION INC
1101 MOASIS DRIVE
LITTLE CHUTE, WI 54140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 313,804.80

---

**3.301 4**

**Nonpriority creditor's name and mailing address**

TROCADERO INTERNATIONAL
7950-7952 FOUNTAIN AVE
LOS ANGELES, CA 90046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,739.20

---

**3.301 5**

**Nonpriority creditor's name and mailing address**

TROPICANA PRODUCTS SALES INC
433 W VAN BUREN ST STE 3N
CHICAGO, 60607-5066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 496,459.68

---

**3.301 6**

**Nonpriority creditor's name and mailing address**

TRUCKEE MEADOWS WATER AUTHORITY
PO BOX 12000
RENO, NV 89520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 201.87

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.301 7**

**Nonpriority creditor's name and mailing address**

TRUE BARGAIN DISCOUNT STORE
845 PACIFIC AVE
LONG BEACH, CA 90813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                2,000.32

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301 8**

**Nonpriority creditor's name and mailing address**

TRUMAN, ERRNNISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301 9**

**Nonpriority creditor's name and mailing address**

TRYAD PROPERTIES INC
556 N DIAMOND BAR BLVD #200
DIAMOND BAR, CA 91765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                91,500.00

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.302 0**

**Nonpriority creditor's name and mailing address**

TSAKHKYAN, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$                Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.302 1**

**Nonpriority creditor's name and mailing address**

TUCSON ELECTRIC POWER COMPANY
PO BOX 5171
HARLAN, IA 51593-0671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                31,227.36

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 15,311.34 |
|---|---|---|---|
| TULARE COUNTY TAX COLLECTOR VISALIA, CA 93291-4593 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

**3.302 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 350.25 |
|---|---|---|---|
| TUOLUMNE COUNTY ENVIRONMENTAL HEALT 48 W YANEY AVE SONORA, CA 95370 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

**3.302 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 216.36 |
|---|---|---|---|
| TUOLUMNE UTILITIES DISTRICT PO BOX 980278 W SACRAMENTO, CA 95798-0278 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

**Basis for the claim:**  Utility Payable

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

**3.302 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 750.00 |
|---|---|---|---|
| TURCIOS, ADIEL ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

**Basis for the claim:**  Unpaid Settlement

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

**3.302 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|
| TURCIOS, ADIEL ADDRESS ON FILE | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

**Basis for the claim:**  General Liability

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.302 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 6,625.62 |
|---|---|---|---|

TURLOCK IRRIGATION DISTRICT
PO BOX 819007
TURLOCK, CA 95381-9007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.302 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 1,700.00 |
|---|---|---|---|

TURNBUCKLE FENCING LLC
22136 WESTHEIMER PKWY #942
KATY, TX 77450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.302 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 34,737.06 |
|---|---|---|---|

TUSTIN PLAZA CENTER LP
PO BOX 1299
LAKE FOREST, CA 92609-1299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.303 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
|---|---|---|---|

TWADDLE, CHRISTOPHER
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.303 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 116,662.80 |
|---|---|---|---|

TWININGS NORTH AMERICA
777 PASSAIC AVE SUITE 230
CLIFTON, 07012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.303 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,993.60 |
|---|---|---|
| TZUMI INNOVATIONS LLC<br>16 E 34TH ST<br>NEW YORK, NY 10016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.303 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 67.60 |
|---|---|---|
| U.S. MARKET<br>ATTN: EBRAHIM ELSHORBGY<br>1004 W CENTURY BLVD<br>LOS ANGELES, CA 90044 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Customer Credit(s) | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.303 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21.60 |
|---|---|---|
| UCGYM INC<br>ATTN: JAMIE<br>3905 W SLAUSON AVE<br>LOS ANGELES, CA 90024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Customer Credit(s) | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.303 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 107,720.64 |
|---|---|---|
| UFO INC<br>2110 BELGRAVE AVE<br>HUNTINGTON PARK, CA 90255 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.303 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| ULLOA, PAOLA<br>ADDRESS ON FILE | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** General Liability | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.303 7**

**Nonpriority creditor's name and mailing address**

ULTIMATE COMPUTERS
ATTN: NENGA YEGA
1722 JUNCTION AVE
STE#C
SAN JOSE, CA 95118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  0.95

---

**3.303 8**

**Nonpriority creditor's name and mailing address**

UNIDENTIFIED DEPOSITS/CUSTOMER
4000 E.UNION PACIFIC
COMMERCE, CA 90023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  0.72

---

**3.303 9**

**Nonpriority creditor's name and mailing address**

UNIFIED-NIKI II, LLC
11720 EL CAMINO REAL, SUITE 250
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease Rejection Damages

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.304 0**

**Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
68 JONSPIN RD
WILMINGTON, MA 01887

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  72,876.17

---

**3.304 1**

**Nonpriority creditor's name and mailing address**

UNIQUE AIRE OF ARIZONA LLC
835 W WARNER RD #101-502
GILBERT, AZ 85233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  112,575.00

---

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 683 of 838

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| **3.304 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 105,398.40 |
| --- | --- | --- | --- | --- |

UNIQUE CANDIES LLC
1921 ANEI CIRCLE STE A
BROWNSVILLE, TX 78521

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
| --- | --- |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| **3.304 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 114,487.20 |
| --- | --- | --- | --- | --- |

UNIQUE INDUSTRIES INC
4750 LEAGUE ISLAND BLVD
PHILADELPHIA, PA 19112-1222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
| --- | --- |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| **3.304 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 0.35 |
| --- | --- | --- | --- | --- |

UNITED DISTRIBUTORS LIMITED
ATTN: ANIL HOTCHANDANI
16 A CLARKE STREET 16 A CLARKE STREET
ORANGE WALK TOWN, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
| --- | --- |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| **3.304 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 815,235.84 |
| --- | --- | --- | --- | --- |

UNITED EXCHANGE CORP
17211 VALLEY VIEW AVE
CERRITOS, CA 90703-2414

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** |
| --- | --- |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| **3.304 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
| --- | --- | --- | --- | --- |

UNITED EXCHANGE CORP
17211 VALLEY VIEW AVE
CERRITOS, CA 90703-2414

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Codefendant - Case No. 23CHCV00052

| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| --- | --- |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3047**

**Nonpriority creditor's name and mailing address**

UNITED FAMILY LIMITED PARTNERSHIP
46 E PENINSULA CENTER 366
ROLLING HILLS ESTATES, CA 90274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,832.00

---

**3.3048**

**Nonpriority creditor's name and mailing address**

UNITED RENTALS NORTH AMERICA INC
PO BOX 051122
LOS ANGELES, CA 90074-1122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,178.41

---

**3.3049**

**Nonpriority creditor's name and mailing address**

UNITED SALT CORPORATION
4800 SAN FELIPE
HOUSTON, TX 77056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86,584.52

---

**3.3050**

**Nonpriority creditor's name and mailing address**

UNITED SITE SERVICES OF CALIFORNIA
118 FLANDERS ROAD
WESTBOROUGH, MA 01581-1035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,503.97

---

**3.3051**

**Nonpriority creditor's name and mailing address**

UNIVERSAL BEAUTY PRODUCTS INC
500 WALL ST
GLENDALE HEIGHTS, IL 60139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 73,791.36

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.305 2**

**Nonpriority creditor's name and mailing address**

UNIVERSAL DREAM VALLEY INC
ATTN: LAURENT CARACO
500 N FLORES ST
WEST HOLLYWOOD, CA 90048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    14.28

---

**3.305 3**

**Nonpriority creditor's name and mailing address**

UNIVERSAL PROTEIN SUPPLEMENTS CORP
3 TERMINAL ROAD
NEW BRUNSWICK, 08901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                294,840.00

---

**3.305 4**

**Nonpriority creditor's name and mailing address**

UNIVERSAL WASTE SYSTEMS INC
PO BOX 3038
WHITTIER, CA 90605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 13,653.87

---

**3.305 5**

**Nonpriority creditor's name and mailing address**

UNIVERSAL WASTE SYSTEMS INC
9016 NORWALK BLVD
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 17,714.63

---

**3.305 6**

**Nonpriority creditor's name and mailing address**

UNIVERSITY OF NEVADA LAS VEGAS
4505 S MARYLAND PKWY
LAS VEGAS, NV 89154-1027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 28,887.49

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.3057**

**Nonpriority creditor's name and mailing address**

UNIX PACKAGING INC
9 MINSON WAY
MONTEBELLO, CA 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,040.00

---

**3.3058**

**Nonpriority creditor's name and mailing address**

UNS ELECTRIC INC
PO BOX 5174
HARLAN, IA 51593-0674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,345.39

---

**3.3059**

**Nonpriority creditor's name and mailing address**

UPD INC
4507 S MAYWOOD AVE
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 188,085.90

---

**3.3060**

**Nonpriority creditor's name and mailing address**

UPFIELD US INC
433 HACKENSACK AVENUE SUITE 401
HACKENSACK, NJ 07601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 190,888.17

---

**3.3061**

**Nonpriority creditor's name and mailing address**

UPLAND VILLAGE CENTER LLC
14 CORPORATE PLAZA SUITE 120
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,675.06

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.306 2**

**Nonpriority creditor's name and mailing address**
UPSHAW, EVANGELINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.306 3**

**Nonpriority creditor's name and mailing address**
UPSIDE CRENSHAW HOLDING LLC
24025 PARK SORRENTO SUITE 300
CALABASAS, CA 91302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,692.57

---

**3.306 4**

**Nonpriority creditor's name and mailing address**
URBAN IMPORTS INTERNATIONAL INC
PO BOX 2305
HUNTINGTON PARK, CA 90255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 223,318.08

---

**3.306 5**

**Nonpriority creditor's name and mailing address**
URBAN SOLES LLC
ATTN: JORDAN WILLIAMS
4320 MILLPORT WAY
SACRAMENTO, CA 95823

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30.00

---

**3.306 6**

**Nonpriority creditor's name and mailing address**
URBAN TREND (HK) LIMITED
STE 3101 SUNSHINE PLAZA
WAN CHAI,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,069.48

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.306 7**

**Nonpriority creditor's name and mailing address**

URIBE, ANGELICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.306 8**

**Nonpriority creditor's name and mailing address**

URIBE, NORMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.306 9**

**Nonpriority creditor's name and mailing address**

URIBE, YARITZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.307 0**

**Nonpriority creditor's name and mailing address**

URIETA, TERESA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.307 1**

**Nonpriority creditor's name and mailing address**

US DOLLAR STORE
ATTN: RISHI MEHTA
2082 BUSINESS CTR.DR
STE#180
IRVINE, CA 92612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    8.64

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.307 2**

**Nonpriority creditor's name and mailing address**

US MERCHANTS INC
8737 WILSHIRE BLVD
BEVERLY HILLS, CA 90211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       627,974.70

---

**3.307 3**

**Nonpriority creditor's name and mailing address**

US VETS-LOS ANGELES
ATTN: AKILAH TEMPLETON
800 W 6TH STREET
INGLEWOOD, CA 90301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                               1.62

---

**3.307 4**

**Nonpriority creditor's name and mailing address**

USAFOODS
ATTN: MIKE MOOT
13 WESLEY BAY GLADE HILLSBOROUGH
AUCKLAND, 1042
NEW ZEALAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                             108.84

---

**3.307 5**

**Nonpriority creditor's name and mailing address**

VACO LOS ANGELES LLC
5410 MARYLAND WAY SUITE 460
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                         42,461.50

---

**3.307 6**

**Nonpriority creditor's name and mailing address**

VACUSWEEP LLC
PO BOX 7569
VISALIA, CA 93290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                           4,575.00

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3077**

**Nonpriority creditor's name and mailing address**

VADDY INDUSTRIAL CO LIMITED
UNIT 01 10/F CARNIVAL COMMERCIAL BU
JAVA ROAD NORTH POINT,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          77,031.00

---

**3.3078**

**Nonpriority creditor's name and mailing address**

VALDEZ PRADO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          Undetermined

---

**3.3079**

**Nonpriority creditor's name and mailing address**

VALDEZ, GALDINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          Undetermined

---

**3.3080**

**Nonpriority creditor's name and mailing address**

VALENCIA, LAUREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          Undetermined

---

**3.3081**

**Nonpriority creditor's name and mailing address**

VALENCIA, LENIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.308 2**

**Nonpriority creditor's name and mailing address**
VALENCIA, SILVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 22ST-CV32946

$              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308 3**

**Nonpriority creditor's name and mailing address**
VALENZUELA DIAZ, ITZEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308 4**

**Nonpriority creditor's name and mailing address**
VALENZUELA, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308 5**

**Nonpriority creditor's name and mailing address**
VALIZADEH, RAKHEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

$              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308 6**

**Nonpriority creditor's name and mailing address**
VALLADARES, ELSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

$              Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.308 7**

**Nonpriority creditor's name and mailing address**

VALLARDES, CARLOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.308 8**

**Nonpriority creditor's name and mailing address**

VALLECITOS WATER DISTRICT
201 VALLECITOS DE ORO
SAN MARCOS, CA 92069-1453

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 452.30

---

**3.308 9**

**Nonpriority creditor's name and mailing address**

VALLEJO, SANTANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Plaintiff Case No. 202304-20505327

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.309 0**

**Nonpriority creditor's name and mailing address**

VALLEY RAMONA SHOPPING PLAZA
1815 PASEO DEL SOL
PALOS VERDES ESTATES, CA 90274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,702.98

---

**3.309 1**

**Nonpriority creditor's name and mailing address**

VALOR TECHNICAL CLEANING LLC
7346 S ALTON WAY STE 10 I
CENTENNIAL, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,000.00

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.309 2**

**Nonpriority creditor's name and mailing address**

VALPAK FRANCHISE OPERATIONS LLC
1 VALPAK AVE N
ST PETERSBURG, FL 33716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21,560.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.309 3**

**Nonpriority creditor's name and mailing address**

VALUE DISTRIBUTOR INC
2337 YATES AVE
CITY OF COMMERCE, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 54,604.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.309 4**

**Nonpriority creditor's name and mailing address**

VALUE MERCHANDISING INC
2800 N MONTANA AVE STE 139
HELENA, MT 59601-0547

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 81,422.66

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.309 5**

**Nonpriority creditor's name and mailing address**

VAN LAW FOOD PRODUCTS INC
PO BOX 2388
FULLERTON, CA 92837-0388

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 49,469.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.309 6**

**Nonpriority creditor's name and mailing address**

VANCE, NICOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3097**

**Nonpriority creditor's name and mailing address**
VANEGAS, HAROLD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

---

**3.3098**

**Nonpriority creditor's name and mailing address**
VANEGAS, HAROLD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.3099**

**Nonpriority creditor's name and mailing address**
VANTAGE PROPERTY MANAGMENT INC
9810 BRIMHALL ROAD
BAKERSFIELD, CA 93312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,469.08

---

**3.3100**

**Nonpriority creditor's name and mailing address**
VAQUERANO, NERY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.3101**

**Nonpriority creditor's name and mailing address**
VARGAS MACIEL, JALEXA SUSANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.310 2**

**Nonpriority creditor's name and mailing address**

VARGAS, MYRNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.310 3**

**Nonpriority creditor's name and mailing address**

VARIETY ASIA LTD
ROOM 303 3RD FLOOR ST GEORGES BUILD
CENTRAL,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,123,323.18

---

**3.310 4**

**Nonpriority creditor's name and mailing address**

VASQUEZ, CARLOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Codefendant - Case No. 21ST-CV09530

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.310 5**

**Nonpriority creditor's name and mailing address**

VASQUEZ, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.310 6**

**Nonpriority creditor's name and mailing address**

VAZQUEZ, RICARDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3107**

**Nonpriority creditor's name and mailing address**
VEGA, GENOVEVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3108**

**Nonpriority creditor's name and mailing address**
VELASCO, ELIZABETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3109**

**Nonpriority creditor's name and mailing address**
VELASQUEZ, YESENIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3110**

**Nonpriority creditor's name and mailing address**
VELIZ, YULIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3111**

**Nonpriority creditor's name and mailing address**
VELLMURE, LOUISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.311 2**

**Nonpriority creditor's name and mailing address**

VENETIAN GARDENS INVESTMENT CO
11150 SANTA MONICA BLVD
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    41,965.81

---

**3.311 3**

**Nonpriority creditor's name and mailing address**

VENTURA WATER
PO BOX 612770
SAN JOSE, CA 95161-2770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    506.77

---

**3.311 4**

**Nonpriority creditor's name and mailing address**

VENTURA, FRANCISO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.311 5**

**Nonpriority creditor's name and mailing address**

VERA, YASMIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.311 6**

**Nonpriority creditor's name and mailing address**

VERDES TOYS CORP
2780 SKYPARK DR STE 290
TORRANCE, CA 90505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    48,720.00

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3117**

**Nonpriority creditor's name and mailing address**

VEREGAS, BLANCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            Undetermined

---

**3.3118**

**Nonpriority creditor's name and mailing address**

VERIDIAN HEALTHCARE LLC
1175 LAKESIDE DR
GURNEE, IL 60031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            19,360.00

---

**3.3119**

**Nonpriority creditor's name and mailing address**

VERNE, CANDICE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            Undetermined

---

**3.3120**

**Nonpriority creditor's name and mailing address**

VERNON SALES INC
ATTN: BERTHA MERCADO
2788 E. VERNON AVE
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            33,648.93

---

**3.3121**

**Nonpriority creditor's name and mailing address**

VERN'S A&E
ATTN: DAVERN ALEXANDER
PATERSON STREET
GRENADA
CARRIACOU, 473
GRENADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            8.99

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312 2**

**Nonpriority creditor's name and mailing address**

VESTIS SERVICES LLC FORMERLY ARAMAR

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  68,402.48

---

**3.312 3**

**Nonpriority creditor's name and mailing address**

VHD INVESTMENT INC
1460 MONTEREY PASS RD #D
MONTEREY PARK, CA 91754

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  8,710.06

---

**3.312 4**

**Nonpriority creditor's name and mailing address**

VIA GLOBAL CO LTD
ROOM 01 21/F PROSPER COMMERCIAL BUI
KOWLOON, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  337,358.32

---

**3.312 5**

**Nonpriority creditor's name and mailing address**

VICKREY, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.312 6**

**Nonpriority creditor's name and mailing address**

VICTORIA VILLAGE LLC
5725 RALSTON ST STE 200
VENTURA, CA 93003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  30,619.89

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.3127**

**Nonpriority creditor's name and mailing address**

VICTORY ASIRIUWA
C/O LEO & OGINNI TRIAL LAWYERS, P.L.L.C.
ATTN: JOHN A. LEO
3701 KIRBY DR., SUITE 1184
HOUSTON, TX 77098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3128**

**Nonpriority creditor's name and mailing address**

VIDAURRE, FIDENCIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3129**

**Nonpriority creditor's name and mailing address**

VIDAURRE, FIDENCIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3130**

**Nonpriority creditor's name and mailing address**

VIETNAM ADHES PACKAGING TECHNOLOGYCOMPANY LIMITED
LAND PLOT CN1K DEEP C 2B INDUSTRIAL
HAI PHONG CITY,
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 170,466.24

---

**3.3131**

**Nonpriority creditor's name and mailing address**

VIGIL, CESAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.313
2**

**Nonpriority creditor's name and mailing address**

VIGIL, CESAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.313
3**

**Nonpriority creditor's name and mailing address**

VI-JON LABORATORIES INC
8515 PAGE AVE
SAINT LOUIS, MO 63114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ 77,045.76

---

**3.313
4**

**Nonpriority creditor's name and mailing address**

VILLA GOMEZ PEREZ, ANTONIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.313
5**

**Nonpriority creditor's name and mailing address**

VILLA, MARILU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

**3.313
6**

**Nonpriority creditor's name and mailing address**

VILLAFLOR, LAURIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.313 7** **Nonpriority creditor's name and mailing address**

VILLAFLOR, LAURIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.313 8** **Nonpriority creditor's name and mailing address**

VILLAFLOR, LAURIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.313 9** **Nonpriority creditor's name and mailing address**

VILLAFOR, LAURIE
C/O: ABRAMSON LABOR GROUP
3580 WILSHIRE BLVD.
SUITE 1260
LOS ANGELES, CA 90010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.314 0** **Nonpriority creditor's name and mailing address**

VILLALBA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.314 1** **Nonpriority creditor's name and mailing address**

VILLANUEVA, ANTONIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                500.00

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.314 2**

**Nonpriority creditor's name and mailing address**
VILLANUEVA, ANTONIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.314 3**

**Nonpriority creditor's name and mailing address**
VILLEGAS TORRES, RUBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.314 4**

**Nonpriority creditor's name and mailing address**
VISTA IRRIGATION DISTRICT
1391 ENGINEER STREET
VISTA, CA 92081-8840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 148.92

---

**3.314 5**

**Nonpriority creditor's name and mailing address**
VISTAR
188 INVERNESS DRIVE WEST SUITE 700
ENGLEWOOD, CO 80112-5208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,126,108.86

---

**3.314 6**

**Nonpriority creditor's name and mailing address**
VITA WAREHOUSE CORP
33 COMAC LOOP SUITE 3
RONKONKOMA, 11779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 119,749.20

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3147**

**Nonpriority creditor's name and mailing address**
VIVAS, BELLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3148**

**Nonpriority creditor's name and mailing address**
VIVEROS, CLEVER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3149**

**Nonpriority creditor's name and mailing address**
VIXXO CORPORATION
11333 N SCOTTSDALE RD #160
SCOTTSDALE, AZ 85254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 172,502.10

---

**3.3150**

**Nonpriority creditor's name and mailing address**
VIZCAINO (CHILD), AIDEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3151**

**Nonpriority creditor's name and mailing address**
VONS INC
4834 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47,749.79

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.315 2**

**Nonpriority creditor's name and mailing address**

VR WHOLESALE INC
ATTN: LUIS CARLOS VALENCIA
P.O.BOX 11153
SAN LUIS, AZ 85349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 909.79

---

**3.315 3**

**Nonpriority creditor's name and mailing address**

VRUSHCHUK SALES
ATTN: MANISH P TILWANI
48 EUPHRALES AVE
BELIZE CITY,
BELIZE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.11

---

**3.315 4**

**Nonpriority creditor's name and mailing address**

VTA LTD
10982 ROEBLING AVE STE 203A BOX D
LOS ANGELES, CA 90024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,563.61

---

**3.315 5**

**Nonpriority creditor's name and mailing address**

VYTAL CORP
223 S MARIPOSA ST
BURBANK, CA 91506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,908.50

---

**3.315 6**

**Nonpriority creditor's name and mailing address**

WA PLAZA
5858 WILSHIRE BLVD STE 301
LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,369.63

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3157**

**Nonpriority creditor's name and mailing address**
WADDINGTON, STEVE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3158**

**Nonpriority creditor's name and mailing address**
WADE WATSON AMERICAN LEGION POST 241
ATTN: WADE WATSON
4725 MAINE AVE
BALDWIN PARK, CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.01

---

**3.3159**

**Nonpriority creditor's name and mailing address**
WADE, TERI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3160**

**Nonpriority creditor's name and mailing address**
WAH YAT IMPORT & EXPORT INC
833 MARKET ST STE 317
SAN FRANCISCO, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74,635.00

---

**3.3161**

**Nonpriority creditor's name and mailing address**
WAI LANA PRODUCTIONS LLC
PO BOX 1369
KAILUA, HI 96734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59,016.05

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.316 2** | **Nonpriority creditor's name and mailing address**

WALDO'S MERCHANDISING SERVICES LLC
ATTN: NOEMI PADILLA
2475-A PASEO DE LAS
AMERICAS #3308
SAN DIEGO, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$                              2,937.23

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316 3** | **Nonpriority creditor's name and mailing address**

WALKER FOODS INC
237 N MISSION RD
LOS ANGELES, CA 90033-2103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           137,776.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316 4** | **Nonpriority creditor's name and mailing address**

WALKER, BIONCA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316 5** | **Nonpriority creditor's name and mailing address**

WALKER, WILLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316 6** | **Nonpriority creditor's name and mailing address**

WALLS, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

$                           Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.316 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 52.40 |
|---|---|---|---|

WALNUT PARK MUTUAL WATER CO
2460 EAST FLORENCE AVENUE
HUNTINGTON PARK, CA 90255-5783

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.316 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 344.13 |
|---|---|---|---|

WALNUT VALLEY WATER DISTRICT
PO BOX 7152
PASADENA, CA 91109-7152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.316 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

WARD, DANITA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.317 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,381.02 |
|---|---|---|---|

WARNER PLAZA
1136 W BASELINE RD
MESA, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.317 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

WARREN, PATRICIA
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.317 2**

**Nonpriority creditor's name and mailing address**
WARREN, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.317 3**

**Nonpriority creditor's name and mailing address**
WASTE MANAGEMENT NATIONAL SERVICES
415 DAY HILL ROAD
WINDSOR, CT 06095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 615,381.37

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.317 4**

**Nonpriority creditor's name and mailing address**
WATER FOR LIVING LLC
705 E HARRISON ST STE 100
CORONA, CA 92879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 33,840.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.317 5**

**Nonpriority creditor's name and mailing address**
WATSON, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.317 6**

**Nonpriority creditor's name and mailing address**
WEAVER, DENNIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.317 7**

**Nonpriority creditor's name and mailing address**
WEBB, GERALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                22,500.00

---

**3.317 8**

**Nonpriority creditor's name and mailing address**
WEBB, GERALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.317 9**

**Nonpriority creditor's name and mailing address**
WEBBER, LAQUESHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                40,000.00

---

**3.318 0**

**Nonpriority creditor's name and mailing address**
WEBBER, LAQUESHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.318 1**

**Nonpriority creditor's name and mailing address**
WEILAND, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.318 2**

**Nonpriority creditor's name and mailing address**

WELCHS
PO BOX 91464
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,710.00

---

**3.318 3**

**Nonpriority creditor's name and mailing address**

WELCOME HOME AMERICA INC
ATTN: THEO OSHIRAK
P.O. BOX 246
HOLLY SPRINGS, GA 30142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18.96

---

**3.318 4**

**Nonpriority creditor's name and mailing address**

WELLPHARMA LIMITED
ATTN: TRUDY-ANN DOVER
UNIT # 7 WOODS MALL
ST JOHNS,
ANTIGUA & BARBUDA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 156.96

---

**3.318 5**

**Nonpriority creditor's name and mailing address**

WELLS INTERNATIONAL MARKETING GROUP
10006 SANTA FE SPRINGS ROAD
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 186,542.44

---

**3.318 6**

**Nonpriority creditor's name and mailing address**

WELSH, HARMONY
C/O: CD LAW
ATTN: VINEET DUBEY, ESQ.
445 S. FIGUEROA ST
SUITE 2520
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.318 7**

**Nonpriority creditor's name and mailing address**
WENDY YANETH CARRILLO CORREA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,941.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318 8**

**Nonpriority creditor's name and mailing address**
WENZHOU FEIYA STATIONERY CO LTD
NO 55 FUQIANG ROAD LONGWAN DISTRICT
WENZHOU, 325000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 126,525.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318 9**

**Nonpriority creditor's name and mailing address**
WENZHOU STEED INTERNATIONAL INDUSTRCO LTD
8TH FLOOR BLOCK A GOLD PLAZA
WENZHOU, 325000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 57,130.56

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319 0**

**Nonpriority creditor's name and mailing address**
WEST FULLERTON SHOPPING CENTER
3737 ROSS ST
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,502.28

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319 1**

**Nonpriority creditor's name and mailing address**
WEST PHARMACY
ATTN: NANCY BICHAI
18061 BEACH BLVD
HUNTINGTON BEACH, CA 92648

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 8.64

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.319
2**

**Nonpriority creditor's name and mailing address**

WESTERN BAGELS BAKING CORP
7814 SEPULVEDA BLVD
VAN NUYS, CA 91405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          64,327.68

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

**3.319
3**

**Nonpriority creditor's name and mailing address**

WESTERN CACTUS ENTERPRISES INC
1860 MONTE VISTA DR
VISTA, CA 92084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        450,951.75

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

**3.319
4**

**Nonpriority creditor's name and mailing address**

WESTERN FRAGRANT CORP
7 CORPORATE PARK STE 245
IRVINE, CA 92606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        643,522.56

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

**3.319
5**

**Nonpriority creditor's name and mailing address**

WESTERN MUNICIPAL WATER DISTRICT
P.O. BOX 7000
ARTESIA, CA 90702-7000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$                              138.11

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

**3.319
6**

**Nonpriority creditor's name and mailing address**

WESTLAKE DISTRIBUTORS INC
8255 FIRESTONE BLVD STE 200
DOWNEY, CA 90241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          32,782.00

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.319 7** **Nonpriority creditor's name and mailing address**

WHAT KIDS WANT INC
19428 LONDELIUS ST
NORTHRIDGE, CA 91324-3511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 159,429.54

---

**3.319 8** **Nonpriority creditor's name and mailing address**

WHEELER, DAVID
C/O: ABRAMSON LABOR GROUP
11846 VENTURA BLVD.
SUITE 100
STUDIO CITY, CA 91604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.319 9** **Nonpriority creditor's name and mailing address**

WHELDON INVESTMENTS LLC
1390 WILLOW PASS RD STE 220
CONCORD, CA 94520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,622.27

---

**3.320 0** **Nonpriority creditor's name and mailing address**

WHITE, ATREYU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.320 1** **Nonpriority creditor's name and mailing address**

WHITELOCK, ALICE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.320 2**

**Nonpriority creditor's name and mailing address**
WHITESIDE, GIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.320 3**

**Nonpriority creditor's name and mailing address**
WHOLESALE SUPPLIER SWEDEN AB
ATTN: OSKAR SANDBERG
JOHN ERICSSONSGATAN
12
STOCKHOLM, 112 22
SWEDEN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                2,187.00

---

**3.320 4**

**Nonpriority creditor's name and mailing address**
WICKLANDER-ZULAWSKI & ASSOCIATES IN
323 W GALENA BLVD
AURORA, IL 60506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                575.00

---

**3.320 5**

**Nonpriority creditor's name and mailing address**
WILCOX, STEFAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.320 6**

**Nonpriority creditor's name and mailing address**
WILLIAM B MALOUF LLC
609 N SCOTTSDALE ROAD SUITE D
SCOTTSDALE, AZ 85257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                25,012.31

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|--------------------------|----------------|
|        | Name                     |                          |                |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.320 7**

**Nonpriority creditor's name and mailing address**
WILLIAMS, HELEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.320 8**

**Nonpriority creditor's name and mailing address**
WILLIAMS, LAWANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.320 9**

**Nonpriority creditor's name and mailing address**
WILLIAMS, ROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.321 0**

**Nonpriority creditor's name and mailing address**
WILLIAMS, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    Undetermined

---

**3.321 1**

**Nonpriority creditor's name and mailing address**
WILLIS, RUFUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    70,000.00

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.321
2**

**Nonpriority creditor's name and mailing address**

WILLIS, RUFUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.321
3**

**Nonpriority creditor's name and mailing address**

WILLIS, VIRGINIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      10,000.00

---

**3.321
4**

**Nonpriority creditor's name and mailing address**

WILSON, ALECEA M.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.321
5**

**Nonpriority creditor's name and mailing address**

WILSON, ALFREDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.321
6**

**Nonpriority creditor's name and mailing address**

WIN SOON INC DBA EPOCA
4569 FIRESTONE BLVD
SOUTH GATE, CA 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      198,046.14

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3217**

**Nonpriority creditor's name and mailing address**

WINDA PRODUCTS
4412 BROOKS ST STE A
MONTCLAIR, CA 91763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 330,392.80

---

**3.3218**

**Nonpriority creditor's name and mailing address**

WINDSTREAM
PO BOX 9001013
LOUISVILLE, KY 40290-1013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 375,474.70

---

**3.3219**

**Nonpriority creditor's name and mailing address**

WINDY HILL FOOD GROUP
20724 CENTRE POINTE PKWY SUITE 2
SANTA CLARITA, CA 91350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,397.92

---

**3.3220**

**Nonpriority creditor's name and mailing address**

WINGART INTERNATIONAL (HONG KONG) C
UNIT 2808 28/F ONE MIDTOWN 11 HOI
TSUEN WAN NT, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,053.20

---

**3.3221**

**Nonpriority creditor's name and mailing address**

WINKLER PROPERTIES LP
32932 PACIFIC COAST HWY 14-487
DANA POINT, CA 92629

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,283.40

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.322 2**

**Nonpriority creditor's name and mailing address**

WIS INTERNATIONAL
9265 SKY PARK COURT STE 100
SAN DIEGO, CA 92123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                194,799.22

---

**3.322 3**

**Nonpriority creditor's name and mailing address**

WISE LANDSCAPE & MAINTENANCE
20032 E FRANK ST
ORANGE, CA 92869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     625.00

---

**3.322 4**

**Nonpriority creditor's name and mailing address**

WISMETTAC ASIAN FOODS INC
13409 ORDEN DRIVE
SANTA FE SPRINGS, 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 45,738.00

---

**3.322 5**

**Nonpriority creditor's name and mailing address**

WM BOLTHOUSE FARMS INC
PO BOX 842237
BOSTON, MA 02284-2237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                555,187.61

---

**3.322 6**

**Nonpriority creditor's name and mailing address**

WOLFE, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 646 of 662 |
|---|---|---|

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3227**

**Nonpriority creditor's name and mailing address**

WONDER ICE CREAM LLC
6969 CLARK AVE
NEWARK, CA 94560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,327.36

---

**3.3228**

**Nonpriority creditor's name and mailing address**

WONDERFUL PISTACHIOS & ALMONDS LLC
11444 W OLYMPIC BLVD STE 310
LOS ANGELES, CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 731,013.20

---

**3.3229**

**Nonpriority creditor's name and mailing address**

WONG, BOWMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.3230**

**Nonpriority creditor's name and mailing address**

WOOD, CHARLENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.3231**

**Nonpriority creditor's name and mailing address**

WOOD, CHARLENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.323 2**

**Nonpriority creditor's name and mailing address**

WOODS, STUART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.323 3**

**Nonpriority creditor's name and mailing address**

WORLD DEAL TRADERS
ATTN: NIZAR ALI
11707 S SAM HOUSTON
PKWY STE.D
HOUSTON, TX 77031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 9.72

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.323 4**

**Nonpriority creditor's name and mailing address**

WORLD FOODS SUPERMARKET
TRAN TRUONG'BROS INC
5245 EL CAJON BLVD
SAN DIEGO, CA 92115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 90.72

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.323 5**

**Nonpriority creditor's name and mailing address**

WORLD TECH TOYS INC
28777 WITHERSPOON PARKWAY
VALENCIA, 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 135,300.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.323 6**

**Nonpriority creditor's name and mailing address**

WORLD6 EXPORT
ATTN: ELEAZAR BARRIOS
36730 ARBOLADA LN
PALMDALE, CA 93550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 19.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.323 7**

**Nonpriority creditor's name and mailing address**
WOW DISCOUNTS SOUTH GATE
ATTN: SANAD SALAMEH
3848 TWEEDY BLVD
UNIT#C1-C2
SOUTH GATE, CA 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 488.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323 8**

**Nonpriority creditor's name and mailing address**
WRIGHT, DARRIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Plaintiff Case No. 22ST-CV37786

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323 9**

**Nonpriority creditor's name and mailing address**
WU, OLIVIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Threatened Litigation

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324 0**

**Nonpriority creditor's name and mailing address**
WY INTERNATIONAL INC
2000 S GARFIELD AVE
COMMERCE, CA 90040-1704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 359,208.09

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324 1**

**Nonpriority creditor's name and mailing address**
XIAMEN CHN-MEIDA IMP & EXP CO  LTD
8A/F NO 31 NORTH HUBIN ROAD
XIAMEN,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 54,765.84

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.324 2**

**Nonpriority creditor's name and mailing address**

XIAMEN HOME DIRECT ENTERPRISE LIMIT
UNIT 704 BUYNOW TECHNOLOGY BUILDING
XIAMEN,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 121,435.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324 3**

**Nonpriority creditor's name and mailing address**

X-IGENT PRINTING INC
PO BOX 226847
LOS ANGELES, CA 90022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 443,602.85

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324 4**

**Nonpriority creditor's name and mailing address**

XIN LIAN HUA COMPANY LIMITED
FLAT/RM 509 LAFORO CTR 838 LAI CHI
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31,098.60

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324 5**

**Nonpriority creditor's name and mailing address**

XPO LOGISTICS FREIGHT INC
29559 NETWORK PLACE
CHICAGO, IL 60673-1295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,353.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324 6**

**Nonpriority creditor's name and mailing address**

XTRA DISCOUNT/EL BARATERO INC
3701 E 1ST ST
LOS ANGELES, CA 90063-2301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.68

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3247**

**Nonpriority creditor's name and mailing address**
XTREME WEAR
5502 WHITTIER BLVD
LOS ANGELES, CA 90022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 249.60

---

**3.3248**

**Nonpriority creditor's name and mailing address**
Y.E.A. ENTERPRISES INC
ATTN: VICTOR ABITAN
1701 GARNET AVENUE
SAN DIEGO, CA 92117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.20

---

**3.3249**

**Nonpriority creditor's name and mailing address**
YACOEL PARTNERS, LP
C/O: STUART KANE LLP
ATTN: BRUCE STUART
620 NEWPORT BEACH
SUITE 200
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Guarantee

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3250**

**Nonpriority creditor's name and mailing address**
YANES, RAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Plaintiff Case No. 23ST-CV17357

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3251**

**Nonpriority creditor's name and mailing address**
YASONI, JANET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** General Liability

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | 99 Cents Only Stores LLC | | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.325 2**

**Nonpriority creditor's name and mailing address**

YAT IMPORTS INC
9041 DICE RD UNIT 17
SANTA FE SPRING, 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 38,707.20

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325 3**

**Nonpriority creditor's name and mailing address**

YELLOW CART
ATTN: JACOB KIM
11889 VALLEY VIEW ST
GARDEN GROVE, CA 92845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 1,107.79

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325 4**

**Nonpriority creditor's name and mailing address**

YERENA, MARITZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Contingent Claim

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325 5**

**Nonpriority creditor's name and mailing address**

YES SALES INC
6009 SANTA FE AVE
HUNTINGTON PARK, CA 90255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 137,340.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325 6**

**Nonpriority creditor's name and mailing address**

YESS GLOBAL
ATTN: ERIC SCHLITZ
1639 HEATH RD
BAKERSFIELD, CA 93314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

$ 0.11

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.3257**

**Nonpriority creditor's name and mailing address**

YINGTU LIMITED
UNIT 3 15/F LAURELS IND CENTRE NO 3
SAN PO KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 320,586.27

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3258**

**Nonpriority creditor's name and mailing address**

YIP HOLDINGS THREE LLC
PO BOX 5161
REDWOOD CITY, CA 94063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 27,542.36

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3259**

**Nonpriority creditor's name and mailing address**

YIWU TAIYUANXIN ARTS AND CRAFTS CO
ROOM 502 UNIT 7 NO 198 KAIJI ROAD
YIWU CITY, 322000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 30,816.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3260**

**Nonpriority creditor's name and mailing address**

YOLOBEE INC
ATTN: BRIAN KIM
1051 SITE DR SPC 265
BREA, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

$ 0.02

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3261**

**Nonpriority creditor's name and mailing address**

YONGKANG HONGDA GIFTS&CRAFTS CO LTD
10 JINXI ROAD
ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 49,342.86

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.326 2**

**Nonpriority creditor's name and mailing address**

YONKO, ANGELICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   Undetermined

---

**3.326 3**

**Nonpriority creditor's name and mailing address**

YORBA LINDA LP
5440 MOREHOUSE DR STE 4000
SAN DIEGO, CA 92121-6719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   26,834.36

---

**3.326 4**

**Nonpriority creditor's name and mailing address**

YORBA LINDA WATER DISTRICT
PO BOX 309
YORBA LINDA, CA 92885-0309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   543.33

---

**3.326 5**

**Nonpriority creditor's name and mailing address**

YOUNG PASSION INTERNATIONAL CO LTD
5F NO 1299 JUXIAN ROAD
NINGBO, 315048
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   44,640.00

---

**3.326 6**

**Nonpriority creditor's name and mailing address**

YUAN PIN LIMITED
RM  B 6/F AIR GOAL CARGO BLDG
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   50,342.40

---

Case 24-10719-JKS    Doc 655    Filed 05/22/24    Page 728 of 838

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|--------|--------------------------|------------------------|----------------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.3267

**Nonpriority creditor's name and mailing address**

YUE SHING GIFT CO LTD
UNIT NO 9 7/FL
KWUN TONG, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120,307.62

### 3.3268

**Nonpriority creditor's name and mailing address**

YUMA COUNTY TREASURER
410 MAIDEN LN STE C
YUMA, AZ 85364

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,516.12

### 3.3269

**Nonpriority creditor's name and mailing address**

YWCA-SAN GABRIEL VALLEY
ATTN: JONAS ARANGO
943 NORTH GRAND AVE
COVINA, CA 91724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Credit(s)

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1.65

### 3.3270

**Nonpriority creditor's name and mailing address**

ZAMORANO, LEOVISIDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  General Liability

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

### 3.3271

**Nonpriority creditor's name and mailing address**

ZAMORAS BACKFLOW SERVICES
189 W JENNIFER DR
IMPERIAL, 92251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350.00

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.327 2 | **Nonpriority creditor's name and mailing address** ZAMUDIO, VIRGINIA ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** General Liability | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.327 3 | **Nonpriority creditor's name and mailing address** ZAPANTA, GREGORY ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** Contingent Claim | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.327 4 | **Nonpriority creditor's name and mailing address** ZARZA, MIGUEL ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** Contingent Claim | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.327 5 | **Nonpriority creditor's name and mailing address** ZAVALA | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** Plaintiff Case No. 202307-21188805 | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.327 6 | **Nonpriority creditor's name and mailing address** ZAVALA, ARMANDO ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** Contingent Claim | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** **Last 4 digits of account number** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3277**

**Nonpriority creditor's name and mailing address**
ZEMARC CORPORATION
6431 FLOTILLA ST
LOS ANGELES, CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,785.98

---

**3.3278**

**Nonpriority creditor's name and mailing address**
ZENA'S VARIETY & WHOLESALE
ATTN: RUPA
71 CALCUTTA ROAD#1
FREEPORT, TRINIDAD,
TRINIDAD & TOBAGO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Credit(s)

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 280.92

---

**3.3279**

**Nonpriority creditor's name and mailing address**
ZEPHYR SOLUTIONS LLC
1050 LEAR INDUSTRIAL PARKWAY
AVON, OH 44011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 75,614.39

---

**3.3280**

**Nonpriority creditor's name and mailing address**
ZERMENO, ODILI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.3281**

**Nonpriority creditor's name and mailing address**
ZEST GARDEN INC
623 DOUBLEDAY AVENUE
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,804.60

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|--------|--------------------------|--------------------------|----------------|
|        | Name                     |                          |                |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.328 2**

**Nonpriority creditor's name and mailing address**

ZHEJIANG BAIYI STATIONERY CO LTD
YANGSHAN INDUSTRIAL ZONE
ZHEJIANG, 321402
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    188,551.48

---

**3.328 3**

**Nonpriority creditor's name and mailing address**

ZHEJIANG NEW JOY CO LIMITED
RM 605 BLDG 4XIANHUA APT
ZHEJIANG, 325000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    65,504.31

---

**3.328 4**

**Nonpriority creditor's name and mailing address**

ZIBIREV, ANDREW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Contingent Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.328 5**

**Nonpriority creditor's name and mailing address**

ZIBO FORTUNE TRADING CO LTD
6F YI-HONG BLDG
SHANDONG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    49,948.50

---

**3.328 6**

**Nonpriority creditor's name and mailing address**

ZIBO GREAT SAILING INTERNATIONAL TR
7TH FL JINBAODAO PLAZA
ZIBO, 255000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    132,903.96

---

| Debtor | 99 Cents Only Stores LLC | Case number *(if known)* | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.328 7** **Nonpriority creditor's name and mailing address**

ZICO RISING INC
12501 SEAL BEACH BLVD STE 270
SEAL BEACH, CA 90740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,816.32

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328 8** **Nonpriority creditor's name and mailing address**

ZIPRECRUITER INC
604 ARIZONA AVE
SANTA MONICA, 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 305.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328 9** **Nonpriority creditor's name and mailing address**

ZONES INC
1102 15TH ST SW STE 102
AUBURN, WA 98001-6509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 66,596.29

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329 0** **Nonpriority creditor's name and mailing address**

ZUBRI MARQUEZ, SANTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Settlement

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329 1** **Nonpriority creditor's name and mailing address**

ZUBRI MARQUEZ, SANTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.329 2**
**Nonpriority creditor's name and mailing address**
ZUCARMEX USA
6908 E CENTURY PARK DR STE 100
TUCSON, AZ 85756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                           142,895.09

---

**3.329 3**
**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.329 4**
**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.329 5**
**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.329 6**
**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

| Debtor | 99 Cents Only Stores LLC | Case number (if known): | 24-10721 (JKS) |
|--------|--------------------------|-------------------------|----------------|
|        | Name                     |                         |                |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line<br><br>☐ Not listed.  Explain | |
| 4.2 | | Line<br><br>☐ Not listed.  Explain | |
| 4.3 | | Line<br><br>☐ Not listed.  Explain | |
| 4.4 | | Line<br><br>☐ Not listed.  Explain | |
| 4.5 | | Line<br><br>☐ Not listed.  Explain | |
| 4.6 | | Line<br><br>☐ Not listed.  Explain | |
| 4.7 | | Line<br><br>☐ Not listed.  Explain | |
| 4.8 | | Line<br><br>☐ Not listed.  Explain | |
| 4.9 | | Line<br><br>☐ Not listed.  Explain | |

Debtor    99 Cents Only Stores LLC                                    Case number (if known)    24-10721 (JKS)
          Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
|  |  |  | + Undetermined Amounts |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ 213,796,719.98 |
|  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 213,796,719.98 |
|  |  |  | + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name    99 Cents Only Stores LLC

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    24-10721 (JKS)

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **Lease for Store #138 - Clovis** | |
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 11050 SM BLVD., LLC<br>PO BOX 9440<br>FRESNO, CA 93792 |
| **Lease for Store #363 - Santa Fe Springs** | |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1338 FLOWER, LLC<br>C/O CORELAND COMPANIES<br>417 S. ASSOCIATED ROAD #313<br>BREA, CA 92821 |
| **Lease for Store #0199-L - Gardena** | |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 15501 GARDENA, LLC<br>C/O PEGASUS ASSET MANAGEMENT INC<br>1901 AVENUE OF THE STARS, SUITE 630<br>LOS ANGELES, CA 90067 |
| **Lease for Store #266 - Torrance** | |
| 2.4 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1820 W. 182ND ST., LLC<br>C/O WINRIGHT INVESTMENTS, LLC/VITCO PROPERTIES, INC.<br>2255 W. SEPULVEDA BLVD.<br>TORRANCE, CA 90501 |
| **Lease for Store #63 - Sunset** | |
| 2.5 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 21 BAPAZ LLC & 199 MURDOCK ASSOCIATES LL<br>18 CLOVER DRIVE<br>GREAT NECK, NY 10021 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #0060-L - Valencia |
| | | 24200 LYON LLC<br>466 FOOTHILL BLVD #87<br>LA CAÑADA, CA 91011 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #175 - Sacramento - El Camino |
| | | 2425 GRANT STREET LLC<br>C/O KCM COMMERCIAL PROPERTY MANAGEMENT<br>3140 GOLD CAMP DR #150<br>RANCHO CORDOVA, CA 95670 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #206 - Tucson - Golf Links |
| | | 26 PALMS DELAWARE LLC AND SIERRA INDUSTRIAL PARK LLC<br>C/O MAS REAL ESTATE SERVICE INC<br>4750 N. ORACLE RD . #210<br>TUCSON, AZ 85705 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #0129-L - Bakersfield-Mt Vernon |
| | | 2682 MOUNT VERNON, LLC<br>3140 E. GREENLEE ROAD<br>TUCSON, AZ 85716 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #417 - Escondido - Ash |
| | | 415 - 425 N. ASH LLC<br>10825 PACIFIC VIEW DR.<br>MALIBU, CA 90265 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #0064-DL - Ontario |
| | | 430 N. MOUNTAIN AVENUE, LLC<br>4260 CHARTER STREET<br>VERNON, CA 90058 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | PALLET AGREEMENT DATED 03/01/2022 |
| | | 48FORTY SOLUTIONS, LLC<br>3650 MANSELL ROAD<br>SUITE 100<br>ATTN: CHIEF FINANCE OFFICER<br>ALPHARETTA, GA 30022 |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #441 - Los Banos - Pacheco<br><br>5950 WEST JEFFERSON LLC<br>1217 TURQUESA LANE<br>PACIFIC PALISADES, CA 90272 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #410 - Vallejo - Sonoma<br><br>611-615 N. WESTERN AVE, LLC<br>3311 DEER CREEK LANE<br>GLENDALE, CA 91208 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #377 - El Segundo-Richmond<br><br>612 TWIN HOLDINGS, LLC<br>425 15TH STREET #3357<br>MANHATTAN BEACH, CA 90266-1357 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0332-L - Delano-Cecil<br><br>626 CECIL LLC<br>13650 MARINA POINTE DRIVE, SUITE 901<br>MARINA DEL REY, CA 90292 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0159-L - L.V. - Lake Mead<br><br>7470 W LAKE MEAD BLVD LAS VEGAS NV 2023 LLC<br>1500 E TROPICANA AVE, STE 123<br>LAS VEGAS, NV 89119 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #182 - Phoenix<br><br>75TH & THOMAS, LLC<br>10940 WILSHIRE BLVD, SUITE 1960<br>LOS ANGELES, CA 90024 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #195 - Las Vegas-Decatur<br><br>99 CENTS AT DECATUR, LLC<br>9200 W. SUNSET BLVD., PENTHOUSE 9<br>WEST HOLLYWOOD, CA 90069 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** Intracompany Lease for Store #232 - Vallejo **State the term remaining** **List the contract number of any government contract** | 99 CENTS PROPCO LLC 4000 UNION PACIFIC AVE CITY OF COMMERCE, CA 90023 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** Intracompany Lease for Store #270 - San Jose **State the term remaining** **List the contract number of any government contract** | 99 CENTS PROPCO LLC 4000 UNION PACIFIC AVE CITY OF COMMERCE, CA 90023 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** Intracompany Lease for Store #190 - Redding **State the term remaining** **List the contract number of any government contract** | 99 CENTS PROPCO LLC 4000 UNION PACIFIC AVE CITY OF COMMERCE, CA 90023 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** Intracompany Lease for Store #271 - Fresno West **State the term remaining** **List the contract number of any government contract** | 99 CENTS PROPCO LLC 4000 UNION PACIFIC AVE CITY OF COMMERCE, CA 90023 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** Intracompany Lease for Store #267 - El Centro **State the term remaining** **List the contract number of any government contract** | 99 CENTS PROPCO LLC 4000 UNION PACIFIC AVE CITY OF COMMERCE, CA 90023 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** Intracompany Lease for Store #13 - LA-Pico **State the term remaining** **List the contract number of any government contract** | 99 CENTS PROPCO LLC 4000 UNION PACIFIC AVE CITY OF COMMERCE, CA 90023 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** Intracompany Lease for Store #320 - Fremont - SNF **State the term remaining** **List the contract number of any government contract** | 99 CENTS PROPCO LLC 4000 UNION PACIFIC AVE CITY OF COMMERCE, CA 90023 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Intracompany Lease for Store #319 - Yuba City<br><br>99 CENTS PROPCO LLC<br>4000 UNION PACIFIC AVE<br>CITY OF COMMERCE, CA 90023 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Intracompany Lease for Store #162 - Porterville<br><br>99 CENTS PROPCO LLC<br>4000 UNION PACIFIC AVE<br>CITY OF COMMERCE, CA 90023 |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Intracompany Lease for Store #292 - Atwater<br><br>99 CENTS PROPCO LLC<br>4000 UNION PACIFIC AVE<br>CITY OF COMMERCE, CA 90023 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Intracompany Lease for Store #238 - Calexico<br><br>99 CENTS PROPCO LLC<br>4000 UNION PACIFIC AVE<br>CITY OF COMMERCE, CA 90023 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Intracompany Lease for Store #183 - Sacramento - Northgate<br><br>99 CENTS PROPCO LLC<br>4000 UNION PACIFIC AVE<br>CITY OF COMMERCE, CA 90023 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease for Store #0151-L - Merced<br><br>99 OLIVES, LLC<br>14 CORPORATE PLAZA DR., STE. 120<br>NEWPORT BEACH, CA 92660 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease for Store #0287-L - San Diego-Market<br><br>99SD HOLDINGS, LLC<br>415 S CEDROS AVENUE, SUITE 240<br>SOLANA BEACH, CA 92075 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0146-L - Bakersfield - White Lane | 99WHTLNE, LLC<br>C/O WOOD INVESTMENTS CO, INC.<br>14 CORPORATE PLAZA DR. #120<br>NEWPORT BEACH, CA 92660 |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #236 - Rialto | ABBEYFIELD PROPERTIES LLC<br>C/O RELIABLE PROPERTIES<br>6420 WILSHIRE BLVD., STE. 1500<br>LOS ANGELES, CA 90048-5709 |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 09/04/2023 | ACQUIA INC<br>53 STATE ST 10TH FLOOR<br>BOSTON, MA 02109 |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLIENT SERVICES PROPOSAL & AGREEMENT DATED 10/01/2022 | ADDO INVESTOR RELATIONS |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NATIONAL ACCOUNTS MASTER SECURITY SYSTEMS AND SERVICES | ADT COMMERCIAL, LLC.<br>800 E. WATERMAN<br>WICHITA, KS 67202 |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMORANDUM DATED 06/28/2023 | AFRESH |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANNEX A: STATEMENT OF WORK NO.1 DATED 06/28/2023 | AFRESH TECHNOLOGIES INC. |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 1 | AFRESH TECHNOLOGIES INC. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #208 - Salinas | ALBERTSONS LLC<br>250 EAST PARKCENTER BLVD, WEST PLAZA<br>BOISE, ID 83706 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #393 - Bakersfield -Centennial | ALFRED J LAKRITZ AND JUDITH A LAKRITZ<br>23875 PARK BELMONTE<br>CALABASAS, CA 91302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | GO TO MARKET & REVENUE GROWTH CONSULTING SERVICES DATED 05/10/2022 | ALIX PARTNERS LLC<br>909 THIRD AVENUE<br>30TH FLOOR<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | OPERATIONAL PERFORMANCE IMPROVEMENT CONSULTING SERVICES DATED 04/22/2022 | ALIXPARTNERS, LLC<br>909 THIRD AVENUE<br>30TH FLOOR<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | JOINDER AGREEMENT DATED 06/22/2020 | ALLAN COMPANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SECURITY PROFESSIONAL SERVICE AGREEMENT DATED 09/11/2023 | ALLIED UNIVERSAL SECURITY SERVICES<br>PO BOX 31001-2374<br>PASADENA, CA 91110-2374 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    99 Cents Only Stores LLC
          Name                                                    Case number (if known)    24-10721 (JKS)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #19 - Hawthorne 118<br><br>ALPINE MEADOWS PROPERTIES, L.P<br>6420 WILSHIRE BLVD., SUITE 1500<br>LOS ANGELES, CA 90048 |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 11/01/2023<br><br>ALTERYX<br>17200 LAGUNA CANYON ROAD<br>IRVINE, CA 92618 |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HARDWARE AGREEMENT DATED 06/30/2023<br><br>ALTERYX<br>17200 LAGUNA CANYON ROAD<br>IRVINE, CA 92618 |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIELD SERVICES AGREEMENT DATED 07/20/2018<br><br>AMERICAN COMMUNICATION SOLUTIONS, INC.<br>AT 1855 S SANTA CRUZ ST.<br>ANAHEIM, CA 92805 |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CARD ACCEPTANCE AGREEMENT DATED 05/17/2019<br><br>AMERICAN EXPRESS TRAVEL  RELATED SERVICES COMPANY, INC.,<br>P.O. BOX 299051<br>FORT LAUDERDALE, FL 33329 |
| **2.53** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE OF EQUIPMENT DATED 08/22/2023<br><br>AMERICAN FORKLIFT MATERIAL HANDLING CO<br>15902 HALLIBURTON ROAD<br>#294<br>HACIENDA HEIGHTS, CA 91745 |
| **2.54** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE OF EQUIPMENT DATED 08/01/2019<br><br>AMERICAN FORKLIFT MATERIAL HANDLING CO.<br>1213 INDUSTRIAL ST<br>LOS ANGELES, CA 90021 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MAINTENANCE AGREEMENT DATED 08/22/2023 | AMERICAN FORKLIFT MATERIAL HANDLING CO. <br> 15902 HALLIBURTON ROAD <br> #294 <br> HACIENDA HEIGHTS, CA 91745 |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MEMORANDUM | AMERICAN FORKLIFT MATERIAL HANDLING CO. <br> 15902 HALLIBURTON ROAD <br> #294 <br> HACIENDA HEIGHTS, CA 91745 |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SBT AGREEMENT DATED 03/15/2019 | AMERICAN GREETINGS CORPORATION <br> ONE AMERICAN BLVD <br> CLEVELAND, OH 44145 |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SECURITY SERVICES AGREEMENT DATED 12/01/2015 | AMERICAN GUARD SERVICES <br> 1299 E. ARTESIA BLVD. <br> ATTENTION: ADOLFO AVENDANO <br> CARSON, CA 90746 |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease for Store #216 - Palm Desert | AMERICAN INVESTMENT/PALMS TO PINES EAST, LLC <br> 301 FOREST AVENUE, SECOND FLOOR <br> LAGUNA BEACH, CA 92651 |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | TRANSFER AGENCY AND REGISTRAR SERVICES AGREEMENT DATED 06/13/2019 | AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC <br> 6201 15TH AVENUE <br> BROOKLYN, NY 11219 |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PROPANE SUPPLY AGREEMENT & EQUIPMENT LEASE | AMERIGAS PROPANE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PROPANE SUPPLY AGREEMENT DATED 09/07/2018 | AMERIGAS PROPANE, L.P. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #149 - Chino - Central | AMTEE INVESTMENTS, LLC C/O AMERICA WEST PROPERTIES, INC. PO BOX 1299 LAKE FOREST, CA 92609-1299 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANT AGREEMENT DATED 08/09/2023 | AMY BOURQUIN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 08/09/2023 | AMY BOURQUIN ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT DATED 12/19/2022 | ANAPLAN INC 50 HAWTHORNE ST SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT DATED 06/30/2022 | ANAPLAN INC 50 HAWTHORNE ST SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 01/20/2024 | ANDREW GONZALEZ ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    99 Cents Only Stores LLC                                    Case number (if known): 24-10721 (JKS)
      Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BENEFITS AGREEMENT DATED 01/01/2024 | ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY<br>21215 BURBANK BLVD<br>WOODLAND HILLS, CA 91367 |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 02/01/2024 | ARAMARK UNIFORM & CAREER APPAREL, LLC<br>115 NORTH FIRST STREET<br>BURBANK, CA 91502 |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #33 - Huntington Park | ARIA VENTURE CAPITAL LLC<br>807 E. 12TH STREET, SUITE 401<br>LOS ANGELES, CA 90021 |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #205 - Tucson - Valencia | ARIZONA ACV XV, LLC<br>465 FIRST STREET WEST, SECOND FLOOR<br>SONOMA, CA 95476 |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTANT AGREEMENT DATED 05/01/2023 | ARSHEL S. WILLIAMS<br>ADDRESS ON FILE |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 05/01/2023 | ARSHEL S. WILLIAMS<br>ADDRESS ON FILE |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NETWORK AGREEMENT DATED 09/03/2023 | AT&T<br>ONE AT&T WAY<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>BEDMINSTER, NJ 07921-0752 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known):   24-10721 (JKS) |
|---|---|---|
| | Name | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TELECOM AGREEMENT DATED 08/20/2018<br><br>AT&T<br>12900 PARK PLAZA DR<br>CERRITOS, CA 90703 |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TELEPHONE AGREEMENT DATED 04/01/2022<br><br>AT&T<br>ONE AT&T WAY<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>BEDMINSTER, NJ 07921-0752 |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NETWORK AGREEMENT DATED 09/02/2023<br><br>AT&T<br>ONE AT&T WAY<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>BEDMINSTER, NJ 07921-0752 |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICING ADDENDUM DATED 08/20/2018<br><br>AT&T CORP.<br>ONE AT&T WAY<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>BEDMINSTER, NJ 07921-0752 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VPN SERVICES AGREEMENT DATED 08/20/2018<br><br>AT&T SERVICES, INC.<br>ONE AT&T WAY<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>BEDMINSTER, NJ 07921-0752 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/30/2021<br><br>ATHENS INSURANCE SERVICE, INC.<br>P.O. BOX 696<br>CONCORD, CA |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT – WORKERS' COMPENSATION DATED 09/30/2021<br><br>ATHENS INSURANCE SERVICE, INC. DBA ATHENS ADMINISTRATORS<br>P.O. BOX 696<br>CONCORD, CA 94524 |

Debtor    99 Cents Only Stores LLC                                    Case number (if known)    24-10721 (JKS)
          Name

■    Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.83** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #14 - Maywood<br><br>ATLANTIC PARTNERSHIP 6135-6161<br>556 N. DIAMOND BAR BLVD., #200<br>DIAMOND BAR, CA 91765 |
| **2.84** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENERGY SERVICES AGREEMENT DATED 05/24/2023<br><br>ATLAS COMMODITIES II RETAIL ENERGY LLC DBA ATLAS RETAIL ENERGY<br>3900 ESSEX LANE<br>STE. 775<br>HOUSTON, TX 77027 |
| **2.85** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENERGY SERVICES AGREEMENT<br><br>ATLAS COMMODITIES II RETAIL ENERGY, LLC D/B/A ATLAS RETAIL ENERGY<br>3900 ESSEX LANE<br>STE. 775<br>HOUSTON, TX 77027 |
| **2.86** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #42 - Arleta - Woodman<br><br>AU ZONE INVESTMENTS #2, L.P<br>C/O SHARON UDKOFF<br>3940 LAUREL CANYON BLVD., #139<br>STUDIO CITY, CA 91604 |
| **2.87** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES ORDER DATED 03/24/2022<br><br>AVALARA<br>255 S KING ST SUITE 1800<br>SEATTLE, WA 98104 |
| **2.88** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HARDWARE AGREEMENT DATED 03/01/2024<br><br>AVERTIUM LLC<br>PO BOX 208721<br>DALLAS, TX 75320-8721 |
| **2.89** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #70 - Lancaster<br><br>B33 VALLEY CENTRAL II, LLC<br>PO BOX 6304<br>HICKSVILLE, NY 11802-6304 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #414 - Anaheim - Euclid | BALL AND EUCLID SHOPPING CENTER, LLC<br>C/O KERYMEN, LLC<br>2973 HARBOR BLVD, SUITE 150<br>COSTA MESA, CA 92626 |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT SERVICES AGREEMENT DATED 12/01/2015 | BARNETT ASSOCIATES, INC<br>61 HILTON AVENUE<br>GARDEN CITY, NY 11530 |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #291 - Barstow | BARSTOW RETAIL PARTNERS, LLC<br>5743 CORSA AVENUE, SUITE 200<br>WESTLAKE VILLAGE, CA 91362 |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #440 - Apple Valley-Hwy 18 | BEARWOOD PROPERTIES, LLC<br>PO BOX 818<br>CLAREMONT, CA 91711 |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #251 - Long Beach | BEATY, LLC<br>C/O APOLLO ASSET MANAGEMENT, INC.<br>12301 WILSHIRE BLVD., SUITE 403<br>LOS ANGELES, CA 90025 |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOTICE OF TERMINATION DATED 08/01/2021 | BEECHER CARLSON<br>6 CONCOURSE PARKWAY<br>SUITE 2300<br>ATLANTA, GA 30328 |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | BEECHER CARLSON<br>21650 OXNARD STREET<br>SUITE 1600<br>WOODLAND HILLS, CA 91367 |

Debtor    99 Cents Only Stores LLC                                            Case number (if known):    24-10721 (JKS)
_____
Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | SCOPE OF WORK | BEECHER CARLSON 21650 OXNARD STREET SUITE 1600 WOODLAND HILLS, CA 91367 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT DATED 02/02/2019 | BEECHER CARLSON 6 CONCOURSE PARKWAY SUITE 2300 ATLANTA, GA 30328 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #161 - Surprise | BELL ROAD TOWNE CENTER LLC C/O STELLAR COMMERCIAL LLC 28150 N. ALMA SCHOOL PARKWAY, SUITES #103 #278 SCOTTSDALE, AZ 85262 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #152 - Bellflower | BELLFLOWER PARK, LP C/O SHARP CAPITAL 333 S. BEVERLY DR., SUITE 105 BEVERLY HILLS, CA 90212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #147 - L.V. - Eastern | BELTWAY MARKETPLACE, LLC 8350 W SAHARA BLVD., SUITE 210 LAS VEGAS, NV 89117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #127 - Murrieta | BENNETT INVESTMENT (MSP) LLC C/O SPERRY VAN NESS ASSET MANAGEMENT 2009 PORTERFIELD WAY, STE P UPLAND, CA 91786 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #155 - Visalia | BETSY KELLER, TRUSTEE C/O DANA BUTCHER ASSOCIATES 6475 N PALM AVE STE 101 FRESNO, CA 93704 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** Lease for Store #140 - Santa Maria<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BETTERAVIA 2002 LLC<br>JOSEPH MICHAEL REVOCABLE TRUST<br>12400 WILSHIRE BLVD. STE 650<br>LOS ANGELES, CA 90025 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** Lease for Store #117 - L.V. - Craig<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BGM RED ROCK, INC.<br>C/O BIRTCHER ANDERSON REALTY MANAGEMENT.<br>6655 WEST SAHARA, SUITE B200<br>LAS VEGAS, NV 89146 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** Lease for Store #86 - Moreno Valley<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BHULLAR INVESTMENTS<br>17165 NEW HOPE ST, SUITE H<br>FOUNTAIN VALLEY, CA 92708 |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** Lease for Store #378 - Carson-University<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BHULLAR PROPERTIES, LLC.<br>C/O SUMMIT TEAM INC.<br>17165 NEWHOPE STREET, SUITE H<br>FOUNTAIN VALLEY, CA 92708 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** ADVERTISING AND MARKETING MASTER SERVICES AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BLOOM ADS INC<br>20720 VENTURA BLVD<br>SUITE 140<br>WOODLAND HILLS, CA 91364 |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** ADVERTISING AND MARKETING MASTER SERVICES AGREEMENT DATED 04/01/2018<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BLOOM ADS INC<br>20720 VENTURA BLVD<br>SUITE 140<br>WOODLAND HILLS, CA 91364 |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** SPONSORSHIP AGREEMENT DATED 02/16/2018<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BLOOM ADS, INC.<br>20720 VENTURA BOULEVARD<br>SUITE 140<br>WOODLAND HILLS, CA 91364 |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 01/23/2023<br><br>BLUE YONDER INC<br>15059 N SCOTTSDALE RD SUITE 400<br>SCOTTSDALE, AZ 85254 |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #94 - Las Vegas<br><br>BOARD OF REGENTS<br>4505 S. MARYLAND PARKWAY, BOX 451018<br>LAS VEGAS, NV 89154-1027 |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BEVERAGE SALES AGREEMENT<br><br>BOTTLING GROUP, LLC, A SUBSIDIARY OF PEPSICO, INC.<br>ATTN: SR. KEY ACCOUNT MANAGER<br>27717 ALISO CREEK RD<br>ALISO VIEJO, CA 92656 |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 11/12/2018<br><br>BOUNTEOUS INC<br>4115 N. RAVENSWOOD<br>CHICAGO, IL 60613 |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CAUSE MARKETING LETTER AGREEMENT DATED 07/20/2020<br><br>BRIGHTER BITES<br>777 S. POST OAK LN<br>STE 1700<br>HOUSTON, TX 77056 |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 04/22/2022<br><br>BRINK'S U.S.<br>555 DIVIDEND DRIVE<br>COPPELL, TX 75019 |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 04/05/2022<br><br>BRINK'S U.S.<br>555 DIVIDEND DRIVE<br>COPPELL, TX 75019 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 04/25/2022 | BRINK'S U.S., A DIVISION OF BRINK'S, INCORPORATED<br>555 DIVIDEND DRIVE<br>COPPELL, TX 75019 |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #418 - Cypress - Walker | BROADMARKET PLUS II, LP<br>C/O INVESTMENT CONCEPTS, INC<br>1667 E LINCOLN AVE<br>ORANGE, CA 92865 |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/01/2015 | BROADSPIRE SERVICES, INC.<br>5335 TRIANGLE PARKWAY<br>ATTN: LEGAL DEPARTMENT<br>PEACHTREE CORNERS, GA 30092 |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM #1 DATED 09/01/2016 | BROADSPIRE SERVICES, INC.<br>1001 SUMMIT BOULEVARD<br>ATTN: LEGAL DEPARTMENT<br>ATLANTA, GA 30319 |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #97 - Huntington Beach | BROOKHURST ASSETS<br>730 EL CAMINO WAY, SUITE 200<br>TUSTIN, CA 92780 |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #448 - Ontario - Euclid | BUTTONWILLOW PROPERTIES, LP<br>6420 WILSHIRE BLVD., SUITE 1500<br>LOS ANGELES, CA 90048-5561 |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #145 - Mesa | C & C PLAZA LLC<br>PROPERTY MANAGEMENT ADVISORS INC.<br>1234-B E. 17TH STREET<br>SANTA ANA, CA 92701 |

Debtor    99 Cents Only Stores LLC                                   Case number (if known)  24-10721 (JKS)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |  |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.125** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR TRANSPORTATION BROKERAGE DATED 05/05/2022<br><br>C.H. ROBINSON WORLDWIDE, INC.<br>14701 CHARLSON ROAD<br>EDEN PRAIRIE, MN 55347 |
| **2.126** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR TRANSPORTATION BROKERAGE<br><br>C.H. ROBINSON WORLDWIDE, INC.<br>14701 CHARLSON ROAD<br>EDEN PRAIRIE, MN 55347 |
| **2.127** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #109 - Palmdale<br><br>CAL WORLD PALMDALE, LLC<br>6121 RANDOLPH STREET<br>COMMERCE, CA 90040 |
| **2.128** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JOINDER AGREEMENT DATED 06/22/2020<br><br>CAPSTONE LOGISTICS LLC<br>6525 THE CORNERS PARKWAY<br>SUITE 520<br>PEACHTREE COMERS, GA 30092-3353 |
| **2.129** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 05/26/2017<br><br>CAPSTONE LOGISTICS, LLC<br>6525 THE CORNERS PARKWAY<br>SUITE 520<br>PEACHTREE COMERS, GA 30092-3353 |
| **2.130** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO CONTRACT TERMINATION DATED 09/27/2019<br><br>CARDS N' SUCH, INC. |
| **2.131** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RELEASE DATED 11/19/2018<br><br>CARDS N' SUCH, INC. |

| Debtor | 99 Cents Only Stores LLC | | Case number (if known): 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RELEASE DATED 10/17/2019<br><br>CARDS N' SUCH, INC. |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #428 - West Covina - Amar<br><br>CARNATION19<br>DEPT. LA 24981<br>PASADENA, CA 91185-4981 |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #62 - LA-Washington<br><br>CAROLINA CHERRY PROPERTIES, LP<br>6420 WILSHIRE BLVD., STE. 1500<br>LOS ANGELES, CA 90048-5561 |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0227-L - North Hills<br><br>CARROTWOOD PROPERTIES, LP<br>6420 WILSHIRE BLVD., STE. 1500<br>LOS ANGELES, CA 90048-5561 |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #387 - Casa Grande-Florence<br><br>CASA GRANDE KT LLC<br>270 W. NEW ENGLAND AVE.<br>WINTER PARK, FL 32789 |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 01/01/2024<br><br>CBE INC<br>645 SOUTH MCDONOUGH ST<br>MONTGOMERY, AL 36104 |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO LISTING AGREEMENT DATED 06/02/2022<br><br>CBRE, INC.<br>500 CAPITOL MALL, 24TH FLOOR<br>SACRAMENTO, CA 96814 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO LISTING AGREEMENT DATED 08/16/2023 | CBRE, INC.<br>500 CAPITOL MALL, 24TH FLOOR<br>SACRAMENTO, CA 96814 |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT DATED 08/12/2022 | CBRE, INC.<br>500 CAPITOL MALL, 24TH FLOOR<br>SACRAMENTO, CA 96814 |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #366 - Yuma-Fortuna Rd | CCA -TOOELE TOWNE CENTER, LLC<br>5670 WILSHIRE BLVD., SUITE 1250<br>LOS ANGELES, CA 90036 |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JOINDER AGREEMENT DATED 06/22/2020 | CEDARWOOD YOUNG COMPANY DBA ALLAN COMPANY |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Warehouse #923 - Vernon-Downey Warehouse | CENTERPOINT PROPERTIES TRUST<br>1808 SWIFT DRIVE<br>OAKBROOK, IL 60523 |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #240 - Colton | CENTREPOINTE - JMYL LP<br>C/O WESTMAR PROPERTY MANAGEMENT<br>41623 MARGARITA ROAD, SUITE 100<br>TEMECULA, CA 92591 |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 11/30/2023 | CERDIAN |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MASTER SERVICES AGREEMENT DATED 11/30/2023 | CERIDIAN HCM, INC.<br>3311 East Old Shakopee Rd<br>Minneapolis, MN 55425-1640 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 12/24/2011 | CERIDIAN HCM, INC.<br>3311 East Old Shakopee Rd<br>Minneapolis, MN 55425-1640 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 12/24/2014 | CERIDIAN HCM, INC.<br>3311 East Old Shakopee Rd<br>Minneapolis, MN 55425-1640 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | CERIUS ENTERPRISES,INC DBA. CERIUS EXECUTIVES<br>26895 ALISO CREEK ROAD<br>#B-452<br>ALISO VIEJO, CA 92656 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #49 - Hunt. Beach-Springdale | CHAN, ELAINE & ROBERT & EDWARD & RAYMOND<br>P.O. BOX 861056<br>LOS ANGELES, CA 90086-1056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 01/09/2024 | CHAVEZ VEGA, JACQUELINE<br>351 ULYSSES STREET<br>LOS ANGELES, CA 90065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #0096-DL - Chino Hills | CHILLS99, LLC<br>2950 AIRWAY AVE.<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #157 - Lodi | CHURCH AND KETTLEMAN, LLC<br>9101 CAMINO MEDIA<br>BAKERSFIELD, CA 93311 |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #90 - Azusa | CITRUS CROSSING PROPERTIES FEE LLC<br>269 S BEVERLY DRIVE #1415<br>BEVERLY HILLS, CA 90212 |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #78 - Corona | CITY OF CORONA<br>400 SOUTH VICENTIA AVE<br>CORONA, CA 92882 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #142 - San Diego - Clairemont | CLAIREMONT RENTAL PROPERTIES<br>4238 BALBOA AVENUE<br>SAN DIEGO, CA 92117 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERATOR WASTE MANAGEMENT SERVICES AGREEMENT DATED 01/01/2024 | CLEAN  EARTH ENVIRONMENTAL SOLUTIONS, INC.<br>933 FIRST AVENUE<br>SUITE 200<br>KING OF PRUSSIA, PA 19406 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 TO THE GENERATOR WASTE MANAGEMENT SERVICES AGREEMENT DATED 11/01/2022 | CLEAN EARTH ENVIRONMENTAL SOLUTIONS, INC<br>933 FIRST AVENUE<br>SUITE 200<br>KING OF PRUSSIA, PA 19406 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GENERATOR WASTE MANAGEMENT SERVICES AGREEMENT DATED 04/29/2022 | CLEAN EARTH ENVIRONMENTAL SOLUTIONS, INC.<br>933 FIRST AVENUE<br>SUITE 200<br>KING OF PRUSSIA, PA 19406 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #3 TO THE GENERATOR WASTE MANAGEMENT SERVICES AGREEMENT DATED 01/01/2024<br><br>CLEAN EARTH ENVIRONMENTAL SOLUTIONS, INC.<br>933 FIRST AVENUE<br>SUITE 200<br>KING OF PRUSSIA, PA 19406 |
| **2.161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 10/01/2017<br><br>CLEAN HARBORS<br>42 LONGWATER DRIVE<br>P.O. BOX 9149<br>ATTN: GENERAL COUNSEL (URGENT CONTRACT MATTER)<br>NORWELL, MA 02061 |
| **2.162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/01/2017<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.<br>42 LONGWATER DRIVE<br>P.O. BOX 9149<br>ATTN: GENERAL COUNSEL (URGENT CONTRACT MATTER)<br>NORWELL, MA 02061 |
| **2.163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETING CONSULTANT AGREEMENT DATED 02/01/2024<br><br>CLK CONSULTING<br>737 29TH  STREET # 200E<br>BOULDER, CO 80303 |
| **2.164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #415 - Santee - Mission Gorge<br><br>CLL-CUYAMACA, LP<br>7920 MIRAMAR RD, SUITE 123<br>SAN DIEGO, CA 92126 |
| **2.165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #261 - Coachella<br><br>COACHELLA PLAZA, LLC<br>PURE PROPERTY MANAGEMENT<br>P.O. BOX 871<br>MENIFEE, CA 92586 |
| **2.166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNLOADING SERVICE AGREEMENT DATED 11/18/2013<br><br>COMPREHENSIVE DISTRIBUTION SERVICES, INC.<br>18726 S. WESTERN AVE.<br>SUITE 300<br>GARDENA, CA 90248 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #376 - Ontario-Grove<br><br>CONEJO RIVERSIDE GROUP LLC C/O VIERERGRUPPE MGMNT, INC<br>1932 E. DEERE AVE #150<br>SANTA ANA, CA 92705 |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #385 - Roseville-Fairway<br><br>CONRAD URATA 4, LLC.<br>1300 NATIONAL DRIVE, SUITE 300<br>SACRAMENTO, CA 95834 |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #179 - Yucaipa<br><br>CONROY FAMILY TRUST<br>12045 5TH ST., STE E+F<br>YUCAIPA, CA 92399 |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 04/07/2023<br><br>CONTRACT LOGIX<br>55 TECHNOLOGY DRIVE<br>SUITE 103<br>LOWELL, MA 01851 |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SAAS MASTER SUBSCRIPTION AGREEMENT DATED 04/07/2023<br><br>CONTRACT LOGIX LLC<br>55 TECHNOLOGY DRIVE<br>SUITE 103<br>LOWELL, MA 01851 |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #340 - Covina - Azusa<br><br>COVINA PROPERTIES, LLC<br>595 EVELYN PLACE<br>BEVERLY HILLS, CA 90210 |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0187-L - Fullerton<br><br>CP WOOD LLC<br>14 CORPORATE PLAZA, SUITE 120<br>NEWPORT BEACH, CA 92660 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #221 - Brea <br><br> CR BREA, LLC <br> 2416 W. VALLEY BLVD. <br> ALHAMBRA, CA 91803 |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #419 - Mesa - Stapley <br><br> CRAIG N. PEDERSEN AND KRIS B. PEDERSEN <br> 12285 16TH AVENUE <br> LEMOORE, CA 93245 |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AUDIT SERVICES AGREEMENT DATED 07/10/2018 <br><br> CROWE LLP <br> 15233 VENTURA BOULEVARD <br> NINTH FLOOR <br> SHERMAN OAKS, CA 91403-2250 |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #420 - Glendora - Barranca <br><br> CVS PHARMACY, INC. <br> GARFIELD BEACH CVS, L.L.C. # 9741 <br> ONE CVS DRIVE; MAIL CODE 1105 <br> WOONSOCKET, RI 02895 |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #356 - San Bernardino - Waterman <br><br> D & Z PROPERTIES, LLC <br> 18001 VENTURA BLVD #C <br> ENCINO, CA 91316 |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #345 - Colton-LaCadena <br><br> D & Z PROPERTIES, LLC <br> 18001 VENTURA BLVD #C <br> ENCINO, CA 91316 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TRANSACTION BONUS PLAN DATED 12/20/2021 <br><br> DAN BLISS <br> ADDRESS ON FILE |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #181 - Redlands<br><br>DANIEL J DICARLO TRUSTEE<br>SALVADOR S. SANCHEZ 2008 TRUST<br>209 SAVAGE DR<br>CATHEDRAL CITY, CA 92234 |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTANT AGREEMENT DATED 08/02/2023<br><br>DANIELLE KENNEDY<br>ADDRESS ON FILE |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 08/02/2023<br><br>DANIELLE KENNEDY<br>ADDRESS ON FILE |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTANT AGREEMENT DATED 08/13/2023<br><br>DARRELL JONES<br>ADDRESS ON FILE |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 08/13/2023<br><br>DARRELL JONES<br>ADDRESS ON FILE |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Warehouse #900 - Union Pacific<br><br>DART WAREHOUSE CORPORATION<br>1430 S. EASTMAN AVE.<br>COMMERCE, CA 90023 |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PAYMENT SERVICES AGREEMENT DATED 11/26/2014<br><br>DATA BUSINESS SYSTEMS, INC. |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.188** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 06/24/2014 | DATA BUSINESS SYSTEMS, INC. |
| **2.189** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANNUAL MAINTENANCE AGREEMENT DATED 10/13/2011 | DATA BUSINESS SYSTEMS, INC. |
| **2.190** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HARDWARE AGREEMENT DATED 01/01/2024 | DATAMAX SYSTEM SOLUTIONS INC<br>6251 PARK OF COMMERCE BLVD STE B<br>BOCA RATON, FL 33487 |
| **2.191** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #262 - Cathedral City | DATE PALM BST LLC<br>C/O OPP MANAGEMENT<br>1059 TIERRA DEL RAY, SUITE L<br>CHULA VISTA, CA 91910 |
| **2.192** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #358 - Rohnert Park | DAVID GIACOMINI C/O NORTH BAY COMMERCIAL REAL ESTATE<br>100 STONY POINT ROAD, #250<br>SANTA ROSA, CA 95401 |
| **2.193** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #283 - Wilmington | DAVID YASHAR<br>C/O ATLAS REAL ESTATE CORPORATION<br>269 S. BEVERLY DRIVE, #454<br>BEVERLY HILLS, CA 90212 |
| **2.194** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #346 - Reno-Virginia | DB INVESTMENTS LIMITED PARTNERSHIP<br>18124 WEDGE PARKWAY, PMB 1036<br>RENO, NV 89511 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known):   24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #297 - Richmond | DDRM HILLTOP PLAZA, LP<br>C/O SITE CENTERS<br>95 SOUTH PINE AVE<br>LONG BEACH, CA 90802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #231 - Goodyear | DEERWOOD STRATEGIC PARTNERS, LLC<br>3720 S SUSAN STREET, SUITE 100<br>SANTA ANA, CA 92704 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #275 - Pinole | DEL MONTE 3, LP<br>655 REDWOOD HIGHWAY, SUITE #177<br>MILL VALLEY, CA 94941 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | SEPARATION AND RELEASE AGREEMENT DATED 01/16/2024 | DELLY, MATTHEW<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #388 - Scottsdale-Indian Bend | DERITO TALKING STICK NORTH, LLC<br>9120 E. TALKING STICK WAY, SUITE E1<br>SCOTTSDALE, AZ 85250 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | DEWEY PEST AND TERMITE CONTROL CO<br>939 E UNION STREET<br>PASADENA, CA 91106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 01/07/2022 | DEWEY PEST AND TERMITE CONTROL CO<br>939 E UNION STREET<br>PASADENA, CA 91106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 03/09/2023 | DEWEY PEST AND TERMITE CONTROL CO<br>939 E UNION STREET<br>PASADENA, CA 91106 |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 03/22/2022 | DEWEY PEST AND TERMITE CONTROL CO<br>939 E UNION STREET<br>PASADENA, CA 91106 |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 01/05/2022 | DEWEY PEST AND TERMITE CONTROL CO<br>939 E UNION STREET<br>PASADENA, CA 91106 |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 09/13/2022 | DEWEY PEST AND TERMITE CONTROL CO<br>939 E UNION STREET<br>PASADENA, CA 91106 |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 01/19/2022 | DEWEY PEST AND TERMITE CONTROL CO<br>939 E UNION STREET<br>PASADENA, CA 91106 |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #98 - Pasadena - Colorado | DISTINGUISHED, LLC<br>9171 WILSHIRE BOULEVARD, SUITE PH<br>BEVERLY HILLS, CA 90210 |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION SERVICES AGREEMENT DATED 07/27/2022 | DOCIRCLE, INC. (DBA TRUMPIA)<br>2544 W. WOODLAND DRIVE<br>ANAHEIM, CA 92801 |

Debtor    99 Cents Only Stores LLC                                    Case number (if known):   24-10721 (JKS)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.209** | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER FOR VALUATION SERVICES DATED 02/13/2020 | DUFF & PHELPS LLC 345 CALIFORNIA STREET SUITE 2100 SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.210** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for Store #328 - Fresno - W Shaw | E & L INVESTMENTS, LLC 2200 PEBBLE BEACH TRAIL OXNARD, CA 93036 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.211** | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL AMENDMENT DATED 05/01/2017 | EARTHLINK |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.212** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/01/2017 | EARTHLINK 330 MONROE AVE. ROCHESTER, NY 14607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.213** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for Store #421 - Las Vegas - Eastern | E-BEVERLY HOLDINGS, LLC 6140 BRENT THURMAN WAY, UNIT 140 LAS VEGAS, NV 89148 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.214** | **State what the contract or lease is for and the nature of the debtor's interest** | NEW MASTER RETAIL PEST CONTROL CONTRACT DATED 09/01/2019 | ECOLAB 1 ECOLAB PLACE ST. PAUL, MN 55102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.215** | **State what the contract or lease is for and the nature of the debtor's interest** | NEW MASTER RETAIL PEST CONTROL CONTRACT DATED 08/01/2019 | ECOLAB 1 ECOLAB PLACE ST. PAUL, MN 55102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    99 Cents Only Stores LLC                                          Case number (If known)    24-10721 (JKS)
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PEST ELIMINATION SERVICES AGREEMENT DATED 10/01/2023 | ECOLAB INC<br>1 ECOLAB PLACE<br>ST. PAUL, MN 55102 |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PEST ELIMINATION SERVICES AGREEMENT DATED 08/01/2019 | ECOLAB INC.<br>1 ECOLAB PLACE<br>ST. PAUL, MN 55102 |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | ELECTRONIC IMAGING SERVICES, INC. D/B/A VESTCOM RETAIL SOLUTIONS<br>2800 CANTRELL ROAD<br>SUITE 500<br>LITTLE ROCK, AR 72202 |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITIES MANAGEMENT AGREEMENT DATED 10/01/2023 | EMCOR FACILITIES SERVICES, INC.<br>9655 READING ROAD<br>CINCINNATI, OH 45215 |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETING AND RETAIL DISTRIBUTION AGREEMENT DATED 02/16/2018 | ENERGY (U.S.,) CORP<br>5251 WESTHEIMER RD.<br>STE. 1000<br>ATTN: MARLA LOWREY<br>HOUSTON, TX 77056 |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 10/16/2023 | ENGAGE3 |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE MANAGEMENT AND FLEET RENTAL AGREEMENT DATED 01/07/2016 | ENTERPRISE FLEET MANAGEMENT, INC.<br>1515 W. 190TH STREET<br>STE 500<br>GARDENA, CA 90248 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.223** | State what the contract or lease is for and the nature of the debtor's interest | UNIVERSAL SERVICE AGREEMENT DATED 06/01/2023 | EQUIFAX WORKFORCE  SOLUTIONS LLC<br>11432 LACKLAND ROAD<br>ST. LOUIS, MO 63146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.224** | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE A - UNEMPLOYMENT COST MANAGEMENT SERVICE DATED 06/01/2023 | EQUIFAX WORKFORCE SOLUTIONS LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.225** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 06/01/2023 | EQUIFAX WORKFORCE SOLUTIONS LLC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.226** | State what the contract or lease is for and the nature of the debtor's interest | WORKING CAPITAL ADVISORY SERVICES DATED 08/17/2020 | ERNST & YOUNG US LLP<br>200 PLAZA DR<br>SECAUCUS, NJ 07094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.227** | State what the contract or lease is for and the nature of the debtor's interest | ADVISORY SERVICES AGREEMENT DATED 08/04/2016 | ERNST & YOUNG US LLP<br>200 PLAZA DR<br>SECAUCUS, NJ 07094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.228** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #201 - Concord | ESTHER JEFFREY, LLC<br>KIN PROPERTIES, INC.<br>185 NW SPANISH RIVER BLVD., SUITE 100 TENANT #100007023<br>BOCA RATON, FL 33431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.229** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #160 - Rancho Cordova | ETHAN CONRAD PROPERTIES<br>1300 NATIONAL DRIVE, SUITE 100<br>SACRAMENTO, CA 95834 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   99 Cents Only Stores LLC                                    Case number (if known):   24-10721 (JKS)
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.230** State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #37 - La Mirada | F & H, INC. 1001 WILSHIRE BLVD. SANTA MONICA, CA 90401 |

2.230
State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #37 - La Mirada
State the term remaining
List the contract number of any government contract

F & H, INC.
1001 WILSHIRE BLVD.
SANTA MONICA, CA 90401

2.231
State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT
State the term remaining
List the contract number of any government contract

FACILITY MAINTENANCE SYSTEMS INC
4131 APLICELLA COURT
MANTECA, CA 95337

2.232
State what the contract or lease is for and the nature of the debtor's interest — SERVICE CONTRACT AGREEMENT DATED 07/05/2023
State the term remaining
List the contract number of any government contract

FACILITY MAINTENANCE SYSTEMS INC.
P.O. BOX 441
RIPON, CA 95366

2.233
State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT DATED 10/01/2023
State the term remaining
List the contract number of any government contract

FACILITY MAINTENANCE SYSTEMS INC.
4131 APLICELLA COURT
MANTECA, CA 95337

2.234
State what the contract or lease is for and the nature of the debtor's interest — CLEANING SERVICES AGREEMENT DATED 07/05/2023
State the term remaining
List the contract number of any government contract

FACILITY MAINTENANCE SYSTEMS, INC.
4131 APLICELLA CT.
MANTECA, CA 95337

2.235
State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #341 - Orange-Tustin
State the term remaining
List the contract number of any government contract

FAINBARG III, L.P.
129 W. WILSON STREET, SUITE 100
COSTA MESA, CA 92627-1586

2.236
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED 11/21/2019
State the term remaining
List the contract number of any government contract

FERRELLGAS RECEIVABLES LLC
ONE LIBERTY PLAZA
LIBERTY, MO 64068

| Debtor | 99 Cents Only Stores LLC | Case number (if known): | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | BENEFITS AGREEMENT DATED 03/28/2005 | FIDELITY INVESTMENT SERVICE 82 DEVONSHIRE ST BOSTON, MA 02109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | DEFINED CONTRIBUTION PLAN DATED 12/31/2018 | FIDELITY MANAGEMENT & RESEARCH COMPANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | MATCHING EMPLOYER CONTRIBUTIONS DATED 12/06/2021 | FIDELITY MANAGEMENT & RESEARCH COMPANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | DEFINED CONTRIBUTION PLAN DATED 12/31/2014 | FIDELITY MANAGEMENT & RESEARCH COMPANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | DEFINED CONTRIBUTION PLAN DATED 10/05/2015 | FIDELITY MANAGEMENT TRUST COMPANY 82 DEVONSHIRE STREET BOSTON, MA 02109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | BENEFITS AGREEMENT DATED 01/01/2008 | FIDELITY MANAGEMENT TRUST COMPANY 82 DEVONSHIRE STREET BOSTON, MA 02109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | BENEFITS AGREEMENT DATED 10/05/2015 | FIDELITY MANAGEMENT TRUST COMPANY 82 DEVONSHIRE STREET BOSTON, MA 02109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.244** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | E-VERIFY SERVICE ADDENDUM DATED 08/30/2022 | FIRST ADVANTAGE  FORM I9 COMPLIANCE LLC<br>1 CONCOURSE PARKWAY NE<br>SUITE 200<br>ATLANTA, GA 30328 |
| **2.245** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/30/2022 | FIRST ADVANTAGE ENTERPRISE SCREENING CORPORATION<br>1 CONCOURSE PARKWAY NE<br>SUITE 200<br>ATLANTA, GA 30328 |
| **2.246** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 10/07/2022 | FIRST ADVANTAGE ENTERPRISE SCREENING CORPORATION<br>1 CONCOURSE PARKWAY NE<br>SUITE 200<br>ATLANTA, GA 30328 |
| **2.247** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | FIRST ADVANTAGE ENTERPRISE SCREENING CORPORATION T<br>1 CONCOURSE PARKWAY NE<br>SUITE 200<br>ATLANTA, GA 30328 |
| **2.248** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CREDITS & INCENTIVES AGREEMENT DATED 01/24/2018 | FIRST ADVANTAGE TAX CONSULTING SERVICES, LLC<br>9800 CROSSPOINT BLVD<br>SUITE 300<br>INDIANAPOLIS, IN 46256 |
| **2.249** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CREDITS & INCENTIVES AGREEMENT DATED 03/22/2018 | FIRST ADVANTAGE TAX CONSULTING SERVICES, LLC<br>9800 CROSSPOINT BLVD<br>SUITE 300<br>INDIANAPOLIS, IN 46256 |
| **2.250** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CREDITS & INCENTIVES AGREEMENT DATED 03/28/2017 | FIRST ADVANTAGE TAX CONSULTING SERVICES, LLC<br>9800 CROSSPOINT BLVD<br>SUITE 300<br>INDIANAPOLIS, IN 46256 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #174 - Costa Mesa | FISHER REAL ESTATE PARTNERS COSTA MESA FISHER FOREST GENERAL PARTNER 1417 ANTIGUA WAY NEWPORT BEACH, CA 92660 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #293 - El Cajon-Fletcher | FLETCHER HILLS PROPERTIES, LLC C/O THE CARDIFF INVESTMENTS P.O. BOX 882 SPRING VALLEY, CA 91976-0882 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Warehouse #924 - Tustin (The Flight) | FLIGHT PHASE I OWNER, LLC 4041 MACARTHUR BLVD., SUITE 250 NEWPORT BEACH, CA 92660 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #322 - Phoenix - 43rd & Bell | FORTUNE INTERNATIONAL PROPERTIES LLC C/O THE LAUREL GROUP, LLC P.O. BOX 4788 CAVE CREEK, AZ 85327 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #110 - Rancho Cucamonga | FRANKLIN FAMILY PARTNERSHIP (#0110) P.O. BOX 400937 LAS VEGAS, NV 89140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #0379-L - Eastvale | FREEWAY FIRESTONE, LLC 4515 PERHAM ROAD CORONA DEL MAR, CA 92625 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER MERCHANDISING AGREEMENT DATED 01/01/2023 | FRITO-LAY, INC. 7701 LEGACY DR. PLANO, TX 75024-4099. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.258** | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND BILL OF SALE AGREEMENT DATED 11/12/2021 | FRY'S ELECTRONICS INC 3945 FREEDOM CIRCLE SUITE 560 SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.259** | State what the contract or lease is for and the nature of the debtor's interest | ASSET PURCHASE AGREEMENT | FRY'S ELECTRONICS, INC 3945 FREEDOM CIRCLE SUITE 560 SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.260** | State what the contract or lease is for and the nature of the debtor's interest | ASSET PURCHASE AGREEMENT DATED 11/12/2021 | FRY'S ELECTRONICS, INC. 3945 FREEDOM CIRCLE SUITE 560 SANTA CLARA, CA 95054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.261** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #203 - Phoenix - Tatum | FTT VILLAGE FAIR NORTH, LLC 3573 E. SUNRISE DRIVE, SUITE 125 TUCSON, AZ 85718 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.262** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #397 - Fountain Valley - Harbor | FVDD, LLC 520 W. WILLOW STREET LONG BEACH, CA 90806 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.263** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #311 - Lomita | G&A LOMITA, LLC C/O LISA LAU & COMPANY 217 EAST GARVEY AVENUE MONTEREY PARK, CA 91755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.264** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 09/01/2023 | GALLAGHER BENEFIT SERVICES, INC. 18201 VON KARMAN AVE #200 IRVINE, CA 92612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | 99 Cents Only Stores LLC | | Case number (if known): 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.265** | State what the contract or lease is for and the nature of the debtor's interest | BENEFITS AGREEMENT DATED 09/01/2023 | GALLAGHER BENEFIT SERVICES, INC. 18201 VON KARMAN AVE #200 IRVINE, CA 92612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.266** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE BENEFITS CONSULTING DATED 03/01/2023 | GALLAGHER BENEFITS SERVICES, INC. 18201 VON KARMAN AVE #200 IRVINE, CA 92612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.267** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO ARMORED CAR SERVICE AGREEMENT DATED 08/01/2021 | GARDA CL WEST, INC. 2000 NW CORPORATE ROAD BOCA RATON, FL 33431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.268** | State what the contract or lease is for and the nature of the debtor's interest | ARMORED CAR SERVICE AGREEMENT DATED 06/02/2022 | GARDA CL WEST, INC 2000 NW CORPORATE BLVD. BOCA RATON, FL 33431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.269** | State what the contract or lease is for and the nature of the debtor's interest | ARMORED CAR SERVICE AGREEMENT DATED 11/01/2017 | GARDA CL WEST, INC. 2000 NW CORPORATE BLVD. ATTN: CHIEF LEGAL OFFICER BOCA RATON, FL 33431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.270** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 07/01/2019 | GARTNER, INC. 56 TOP GALLANT ROAD STAMFORD, CT 06904 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.271** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #46 - Hawaiian Gardens | GERSHMAN PROPERTIES, LLC 12300 WILSHIRE BLVD., SUITE 310 LOS ANGELES, CA 90025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

|  | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.272** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #75 - Hunt. Beach - Beach | GGF HUNTINGTON, LLC<br>C/O GASKA<br>100 WEST BROADWAY, STE 950<br>GLENDALE, CA 91210 |
| **2.273** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #224 - Gilroy | GILROY VILLAGE SHOPPING CENTER<br>C/O COATES AND SOWARDS, INC.<br>1952 CAMDEN AVE, STE 104<br>SAN JOSE, CA 95124 |
| **2.274** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 03/16/2015 | GK SOFTWARE USA INC<br>10940 RAVEN RIDGE RD #210<br>RALEIGH, NC 27614 |
| **2.275** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 09/15/2010 | GK SOFTWARE USA INC<br>10940 RAVEN RIDGE RD #210<br>RALEIGH, NC 27614 |
| **2.276** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE LEASE/LICENSE AGREEMENT DATED 09/15/2010 | GK SOFTWARE USA INC<br>10940 RAVEN RIDGE RD #210<br>RALEIGH, NC 27614 |
| **2.277** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 02/01/2024 | GK SOFTWARE USA INC<br>10940 RAVEN RIDGE RD #210<br>RALEIGH, NC 27614 |
| **2.278** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IP AGREEMENT DATED 03/16/2015 | GK SOFTWARE USA INC<br>10940 RAVEN RIDGE RD #210<br>RALEIGH, NC 27614 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.279** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #178 - Glendale, AZ<br><br>GLENDALE CENTRAL PLAZA, LLC<br>YOUSEF FARAHNIK<br>10551 WILSHIRE BLVD., UNIT 805<br>LOS ANGELES, CA 90024 |
| **2.280** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT DATED 09/15/2023<br><br>GLOBAL SUPPLY COMPANY<br>20628 CORSAIR BLVD.<br>HAYWARD, CA 94545 |
| **2.281** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TIKTOK AGENCY SERVICES AGREEMENT DATED 05/02/2022<br><br>GO VENTURES, LLC<br>269 S. BEVERLY DRIVE<br>SUITE 8<br>BEVERLY HILLS, CA 90212 |
| **2.282** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #40 - NH-Lankershim<br><br>GOLDEN PARTNERSHIP<br>102 EL CAMINO TESOROS<br>SEDONA, AZ 86336 |
| **2.283** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #67 - Downey<br><br>GORDEAN FAMILY PROPERTY MANAGEMENT, LLC<br>150 PAULARINO AVENUE, SUITE 194<br>COSTA MESA, CA 92626 |
| **2.284** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TELEPHONE AGREEMENT DATED 11/01/2020<br><br>GRANITE TELECOMMUNICATIONS LLC<br>PO BOX 983119<br>BOSTON, MA 02298 |
| **2.285** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SPONSORSHIP AGREEMENT DATED 04/01/2019<br><br>GREATER LOS ANGELES ZOO ASSOCIATION<br>5333 ZOO DRIVE<br>LOS ANGELES, CA 90027-1498 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #374 - LV-Blue Diamond<br><br>GREEN CIRCLE FOUNDATION, LLC<br>3755 BREAKTHROUGH WAY, SUITE 250<br>LAS VEGAS, NV 89135 |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #285 - Riverside - Limonite<br><br>GROTHENDIECK GROUP, LLC<br>C/O VIERERGRUPPE MANAGEMENT INC.<br>1932 EAST DEERE AVE, SUITE 150<br>SANTA ANA, CA 92705 |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #193 - Hacienda Heights<br><br>HACIENDA HEIGHTS RETAIL PARTNERS LLC<br>331 N ATLANTIC BLVD, STE 200<br>MONTEREY PARK, CA 91754 |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #365 - Rancho Cucamonga<br><br>HALL INVESTMENT COMPANY, INC.<br>740 LOMAS SANTA FE DR., SUITE 204<br>SOLANA BEACH, CA 92075 |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #220 - Peoria, AZ<br><br>HAM MARICOPA, LLC<br>C/O VALLEY ASSET MANAGEMENT, LLC<br>P.O. BOX 15662<br>PHOENIX, AZ 85060-5662 |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #290 - Hanford<br><br>HANFORD LB1, LLC<br>33 VIA LAS FLORES<br>RANCHO MIRAGE, CA 92270 |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0058-L - Lakewood<br><br>HAPPY LANE PROPERTIES, LP<br>6420 WILSHIRE BLVD., STE. 1500<br>LOS ANGELES, CA 90048 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.293** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ERISA DISHONESTY BOND DATED 01/01/2022 | HAROLD F HINZ COMPANY<br>155 N WACKER DR<br>STE 3700<br>CHICAGO, IL 60606 |
| **2.294** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #426 - Mesa - Gilbert | HARRISON STREET INVESTORS, LLC<br>1017 S. GILBERT ROAD, #106<br>MESA, AZ 85204 |
| **2.295** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0111-L - Burbank | HEAVENLY WAY PROPERTIES, LP<br>6420 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90048 |
| **2.296** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #32_1 - Norwalk | HEKMATRAVAN FAMILY NORWALK, LLC<br>C/O NEWMARK MERRILL COMPANIES<br>5850 CANOGA AVENUE, STE 650<br>WOODLAND HILLS, CA 91367 |
| **2.297** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | HELP/SYSTEMS, LLC,<br>1095 VIKING DRIVE<br>SUITE 100<br>EDEN PRAIRIE, MN 55344 |
| **2.298** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #108 - Hemet | HEMET VALLEY CENTER, L.P.<br>468 NORTH CAMDEN DRIVE, SUITE 300<br>BEVERLY HILLS, CA 90210 |
| **2.299** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSACTION BONUS PLAN DATED 12/20/2021 | HENSLEY, LAURA<br>13098 THOMASVILLE COURT<br>MOORPARK, CA 93021 |

Debtor    99 Cents Only Stores LLC                              Case number (if known):  24-10721 (JKS)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.300** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #362 - Hesperia - Main<br><br>State the term remaining<br><br>List the contract number of any government contract | HESPERIA DEVELOPMENT COMPANY<br>11150 SANTA MONICA BLVD., SUITE 760<br>LOS ANGELES, CA 90025 |
| **2.301** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #373 - Laveen<br><br>State the term remaining<br><br>List the contract number of any government contract | HH-LAVEEN, LLC<br>5050 N. 40TH STREET, SUITE 350<br>PHOENIX, AZ 85018 |
| **2.302** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT DATED 07/17/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | HI TECH CABLING INC<br>1045 N. ARMANDO ST. #G<br>ANAHEIM, CA 92806 |
| **2.303** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #382 - Ramona-Main<br><br>State the term remaining<br><br>List the contract number of any government contract | HIGHWAY PROPERTIES, L.P. C/O TOWN & COUNTRY PROPERTY MANAGEMENT<br>PO BOX 576<br>RANCHO SANTA FE, CA 92067 |
| **2.304** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #449 - Douglas, AZ<br><br>State the term remaining<br><br>List the contract number of any government contract | HILLCREST APARTMENTS, LLC<br>4835 E. CACTUS ROAD, SUITE 443<br>SCOTTSDALE, AZ 85254 |
| **2.305** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED 04/12/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | HIRE RIGHT LLC<br>3349 MICHELSON DR.<br>SUITE 150<br>IRVINE, CA 92612 |
| **2.306** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #51 - L.A. - N Broadway<br><br>State the term remaining<br><br>List the contract number of any government contract | HKJ GOLD, INC.<br>556 N DIAMOND BAR BLVD., STE. 200<br>DIAMOND BAR, CA 91765 |

Debtor    99 Cents Only Stores LLC
          Name                                                    Case number (if known):   24-10721 (JKS)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.307** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #41 - LA - Wilshire<br><br>HKJ GOLD, INC.<br>556 N DIAMOND BAR BLVD., STE. 200<br>DIAMOND BAR, CA 91765 |
| **2.308** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #443 - Chula Vista-3rd<br><br>HOME DEPOT U.S.A. INC.<br>ATTN: PROPERTY MANAGEMENT - STORE # 1849<br>2455 PACES FERRY ROAD<br>ATLANTA, GA 30339-3042 |
| **2.309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #85 - Port Hueneme<br><br>HUENEME BAY CENTER<br>5850 CANOGA AVENUE #650<br>WOODLAND HILLS, CA 91367 |
| **2.310** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #5 - Garden Grove<br><br>HUNT ENTERPRISES, INC<br>4416 WEST 154TH STREET<br>LAWNDALE, CA 90260 |
| **2.311** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #444 - Palm Springs - Sunrise<br><br>HUNTINGTON GARDENS, LLC<br>1420 BRISTOL STREET NORTH, SUITE 200<br>NEWPORT BEACH, CA 92660 |
| **2.312** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #383 - Riverside-Van Buren<br><br>HW RIVERSIDE ARLINGTON, LLC<br>C/O 1ST COMMERCIAL<br>2009 PORTERFIELD WAY SUITE P<br>UPLAND, CA 91786 |
| **2.313** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #402 - Wasco - Hwy 46<br><br>I -CHUNG HO AND MIN- CHING HO, TRUSTEES<br>6958 GROVESPRING DRIVE<br>RANCHO PALOS VERDES, CA 90275 |

Debtor   99 Cents Only Stores LLC

Name

Case number (If known)   24-10721 (JKS)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT<br><br><br><br> | IFCO SYSTEMS US, LLC<br>3030 N. ROCKY POINT DRIVE<br>TAMPA, FL 33607 |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 06/01/2023 | IFCO SYSTEMS US, LLC<br>3030 N. ROCKY POINT DRIVE<br>TAMPA, FL 33607 |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT | IFINANCIAL GROUP<br>324 AVENIDA DE LA ESTRELLA<br>SAN CLEMENTE, CA 92672 |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED 11/21/2022 | IFINANCIAL GROUP<br>324 AVENIDA DE LA ESTRELLA<br>SAN CLEMENTE, CA 92672 |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #164 - Scottsdale | INDIAN RIVER PLAZA, LLC<br>ARIZONA PARTNERS RETAIL INVESTMENT GROUP LLC<br>8300 NORTH HAYDEN ROAD SUITE A 200<br>SCOTTSDALE, AZ 85258 |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVER AND CLOUD ENROLLMENT (DIRECT) | INSIGHT DIRECT USA, INC.<br>2701 E. INSIGHT WAY<br>CHANDLER, AZ 85286-1930 |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROSOFT VOLUME LICENSING DATED 05/01/2023 | INSIGHT DIRECT USA, INC.<br>6820 SOUTH HARL AVENUE<br>TEMPE, AZ 85283-4318 |

Debtor    99 Cents Only Stores LLC
          Name                                                    Case number (if known)    24-10721 (JKS)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.321** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #372 - Garden Grove - Magnolia<br><br>INTELLI LLC C/O HELM PROPERTY MANAGEMENT<br>PO BOX 356<br>YUBA CITY, CA 95992 |
| **2.322** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 06/23/2022<br><br>INTERACTYX AMERICAS, INC<br>27499 RIVERVIEW CENTER BLVD.<br>SUITE 415<br>BONITA SPRINGS, FL 34134 |
| **2.323** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION, DISTRIBUTION AND LICENSE AGREEMENT DATED 03/11/2016<br><br>INTERACTYX AMERICAS, INC.<br>3461 BONITA BAY BOULEVARD<br>SUITE 207<br>BONITA SPRINGS, FL 34134 |
| **2.324** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT DATED 12/01/2023<br><br>INTRALINKS INC<br>622 3RD AVENUE<br>10TH FLOOR<br>NEW YORK, NY 10017 |
| **2.325** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #207 - Glendale - 67th<br><br>INVESTMENT CONCEPTS INC<br>1667 E LINCOLN AVE<br>ORANGE, CA 92865 |
| **2.326** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #405 - Moreno Valley - Ironwood<br><br>IRONWOOD COMMUNITY PLAZA, LLC<br>C/O AMERICA WEST PROPERTIES<br>22541 ASPAN STREET, SUITE H<br>LAKE FOREST, CA 92630 |
| **2.327** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #104 - Riverside<br><br>J & L PROPERTIES<br>3405 ARLINGTON AVENUE<br>RIVERSIDE, CA 92506 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO SCHEDULE SERIES DATED 12/31/2019 | J B HUNT TRANSPORT INC<br>615 JB HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 01/25/2020 | J.B. HUNT TRANSPORT INC D/B/A J.B HUNT DEDICATED CONTRACT SERVICES<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLEMENTAL AGREEMENT DATED 12/15/2022 | J.B. HUNT TRANSPORT, INC.<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE SERIES AGREEMENT DATED 11/13/2018 | J.B. HUNT TRANSPORT, INC.<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE SERIES AGREEMENT DATED 12/30/2019 | J.B. HUNT TRANSPORT, INC.<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY CONNECTION AGREEMENT DATED 06/11/2020 | J.B. HUNT TRANSPORT, INC.<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL<br>ARKANSAS, GA 72745 |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CARRIER AGREEMENT DATED 11/13/2018 | J.B. HUNT TRANSPORT, INC., D/B/A J.B. HUNT DEDICATED CONTRACT SERVICES<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
| --- | --- | --- |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT SERVICES CARRIER AGREEMENT DATED 12/30/2019 | J.B. HUNT TRANSPORT, INC., D/B/A J.B. HUNT DEDICATED CONTRACT SERVICES<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT SERVICES CARRIER AGREEMENT DATED 05/17/2020 | J.B. HUNT TRANSPORT, INC., D/B/A J.B. HUNT DEDICATED CONTRACT SERVICES<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEDICATED CONTRACT SERVICES CARRIER AGREEMENT DATED 03/15/2019 | J.B. HUNT TRANSPORT, INC., D/B/A J.B. HUNT DEDICATED CONTRACT SERVICES<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES CARRIER AGREEMENT DATED 05/17/2020 | J.B. HUNT TRANSPORT, INC., D/B/A J.B. HUNT DEDICATED CONTRACT SERVICES<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEDICATED CONTRACT SERVICES CARRIER AGREEMENT DATED 01/25/2020 | J.B. HUNT TRANSPORT, INC., D/B/A J.B. HUNT DEDICATED CONTRACT SERVICES<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT SERVICES CARRIER AGREEMENT DATED 04/15/2020 | J.B. HUNT TRANSPORT, INC., D/B/A J.B. HUNT DEDICATED CONTRACT SERVICES<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT SERVICES CARRIER AGREEMENT DATED 02/05/2022 | J.B. HUNT TRANSPORT, INC., D/B/A J.B. HUNT DEDICATED CONTRACT SERVICES<br>615 J.B. HUNT CORPORATE DRIVE<br>LOWELL, AR 72745 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #306 - Gilbert | J3 GENERATIONS, LLC C/O CUTLER COMMERCIAL<br>2150 EAST HIGHLAND AVE., #207<br>PHOENIX, AZ 85016 |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #54 - Glendale | JANET A BARTEL TRUSTEE<br>1763 ROYAL OAKS DRIVE N. F-103<br>BRADBURY, CA 91010 |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #353 - Atascadero-ECR | JERRY R. AND GLENDA K. TAFT<br>PO BOX 94<br>ATASCADERO, CA 93423 |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #324 - Mesa-Power&Baseline | JGNK INVESTMENTS, LLC<br>3720 S. SUSAN STREET, SUITE 100<br>SANTA ANA, CA 92704 |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #390 - Yucca Valley - 29 Palms | JOSE L. GUERRA AND LIDIA O. GUERRA<br>4618 PACIFIC BLVD.<br>VERNON, CA 90058 |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSACTION BONUS PLAN DATED 12/20/2021 | JUDY, WILLIAM<br>1817 YALE DR<br>ALAMEDA, CA 94501 |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE MARKETING AND RETAIL DISTRIBUTION AGREEMENT DATED 02/16/2018 | JUST ENERGY (U.S.) CORP.<br>5251 WESTHEIMER ROAD<br>SUITE 1000<br>HOUSTON, TX 77056 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known) | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.349** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | FIRST AMENDMENT TO THE MARKETING AND RETAIL DISTRIBUTION AGREEMENT DATED 02/16/2019 <br><br> JUST ENERGY (U.S.) CORP. 5251 WESTHEIMER ROAD SUITE 1000 HOUSTON, TX 77056 |
| **2.350** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | SERVICES AGREEMENT <br><br> JUST ENERYGY 5251 WESTHEIMER ROAD SUITE 1000 HOUSTON, TX 77056 |
| **2.351** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Lease for Store #310 - Redondo Beach <br><br> K&L REDONDO BEACH PARTNERSHIP C/O PRG INVESTMENT & MANAGEMENT 1750 14TH STREET #E SANTA MONICA, CA 90404 |
| **2.352** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Lease for Store #313 - Modesto <br><br> K2L PROPERTY PROS KIN PROPERTIES, INC. 1581 CUMMINS DRIVE, SUITE B MODESTO, CA 95358 |
| **2.353** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | TRANSACTION BONUS PLAN DATED 12/20/2021 <br><br> KASPER, MARY 1529 S MARENGO AVENUE ALHAMBRA, CA 91803 |
| **2.354** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 12/20/2021 <br><br> KELLMANSON, MARY 154 12TH ST SEAL BEACH, CA 90740 |
| **2.355** State what the contract or lease is for and the nature of the debtor's interest State the term remaining List the contract number of any government contract | Lease for Store #0099-DL - San Ysidro <br><br> KENT HOLDINGS, LLC ATTN: MARK E. LANGFAN , ESQ. 824-A LAKE AVENUE #294 LAKE WORTH, FL 33460-3754 |

▮    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.356** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #400 - Canoga Park - De Soto | KIDS FROM THE VALLEY III, LLC<br>850 SOUTH BROADWAY, PH FLOOR<br>LOS ANGELES, CA 90014 |
| **2.357** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #180 - San Leandro | KIMCO REALTY CORPORATION<br>KIMCO REALTY OP LLC<br>500 NORTH BROADWAY SUITE 201 PO BOX 9010<br>JERICHO, NY 11753 |
| **2.358** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #105 - L.V. - Nellis | KIMCO REALTY CORPORATION<br>500 NORTH BROADWAY SUITE 201<br>PO BOX 9010<br>JERICHO, NY 11753 |
| **2.359** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #204 - Fresno - Kings Cyn | KINGS WP5, LLC<br>14 CORPORATE PLAZA, SUITE 120<br>NEWPORT BEACH, CA 92660 |
| **2.360** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 10/01/2022 | KOERBER (HIGHJUMP) |
| **2.361** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE AND SALE AGREEMENT DATED 04/05/2022 | KORBER SUPPLY CHAIN US, INC,<br>DEPT CH 17044<br>PALATINE, IL 60055-7091 |
| **2.362** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TAX CONSULTING SERVICES DATED 03/24/2022 | KPMG LLP<br>SUITE 1500<br>550 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071-2629 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #0330-L - Santa Clarita-Valencia | KRP VALENCIA, LLC<br>18012 SKY PARK CIRCLE, SUITE 100<br>IRVINE, CA 92614 |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #253 - Brea | L & S INVESTMENT COMPANY<br>1631 W. BEVERLY BLVD., SECOND FLOOR<br>LOS ANGELES, CA 90026 |
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #431 - Riverside-Magnolia/Castle | LA SIERRA INVESTORS<br>32 SIDNEY BAY DRIVE<br>NEWPORT BEACH, CA 92657 |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOCAL SPONSOR AGREEMENT DATED 03/09/2018 | LAFC SPORTS, LLC<br>4751 WILSHIRE BOULEVARD<br>3RD FLOOR<br>LOS ANGELES, CA 90010 |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #401 - San Luis Obispo - Madonna | LAGUNA VILLAGE SHOPPING CENTER, LLC<br>1328 MADONNA RD<br>SAN LUIS OBISPO, CA 93405 |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #198 - Lake Forest | LAKE FOREST MARKETPLACE LLC<br>C/O SVN VANGUARD<br>120 W 5TH ST SUITE 210<br>SANTA ANA, CA 92701 |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #389 - Lake Forest - LF | LAKE FOREST TOWN CENTER ASSOCIATES, LP<br>1120 N TOWN CENTER DRIVE, SUITE 150<br>LAS VEGAS, NV 89144 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease for Store #0120-L - L.V. - Spring Mountain | LAKESHORE ENTERPRISES<br>22391 HARWICK LN<br>HUNTINGTON BEACH, CA 92645 |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease for Store #325 - Lancaster - Avenue J | LANCASTER SHOPPING PLAZA, LLC<br>24025 PARK SORRENTO, SUITE 300<br>CALABASAS, CA 91302 |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EXTENSION TO LISTING AGREEMENT DATED 10/05/2022 | LEE & ASSOCIATES COMMERCIAL REAL ESTATE SERVICES, INC. |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease for Store #80 - El Cajon-N | LEONID GRINBERG, LLC<br>C/O FLYNN INVESTMENT ASSET MANAGEMENT<br>3857 BIRCH STREET, #622<br>NEWPORT BEACH, CA 92660 |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease for Store #32_2 - Norwalk | LEVIAN FAMILY NORWALK, LLC<br>C/O NEWMARK MERRILL COMPANIES<br>5850 CANOGA AVENUE, STE 650<br>WOODLAND HILLS, CA 91367 |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | LINKEDIN SUBSCRIPTION AGREEMENT DATED 08/04/2023 | LINKEDIN<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 01/15/2023 | LINKEDIN CORPORATION<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): | 24-10721 (JKS) |
| | Name | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |
|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RECRUITMENT AGREEMENT DATED 09/30/2020 | LINKEDIN CORPORATION<br>1000 WEST MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO SERVICES AGREEMENT DATED 10/09/2017 | LMS INTELLBOUND, LLC<br>30 TECHNOLOGY PKWY SOUTH<br>SUITE 200<br>PEACHTREE CORNERS, GA 30092 |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | JOINDER AGREEMENT DATED 06/22/2020 | LMS INTELLIBOUND LLC DBA CAPSTONE LOGISTICS<br>30 TECHNOLOGY PKWY SOUTH<br>SUITE 200<br>PEACHTREE CORNERS, GA 30092 |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO SERVICES AGREEMENT | LMS INTELLIBOUND LLC DBA CAPSTONE LOGISTICS LLC<br>30 TECHNOLOGY PKWY SOUTH<br>SUITE 200<br>PEACHTREE CORNERS, GA 30092 |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DATED 05/26/2017 | LMS INTELLIBOUND,  LLC D/B/A CAPSTONE LOGISTICS, LLC<br>6525 THE CORNERS PARKWAY<br>SUITE 520<br>PEACHTREE COMERS, GA 30092-3353 |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO SPONSORSHIP AGREEMENT DATED 10/30/2020 | LOS ANGELES  DODGERS LLC<br>1000 VIN SCULLY AVENUE<br>LOS ANGELES, CA 90012 |
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPONSORSHIP AGREEMENT DATED 02/16/2018 | LOS ANGELES DODGERS LLC<br>1000 VIN SCULLY AVENUE<br>LOS ANGELES, CA 90012 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #7 - Pasadena | LOS ROBLES VILLA PROPERTIES<br>4469 ESTRONDO DRIVE<br>ENCINO, CA 91436 |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #235 - Fresno - McKinley | LU ANH MAU ANDY<br>C/O NORTHSTAR MANAGEMENT, INC.<br>7108 N FRESNO STREET, SUITE 370<br>FRESNO, CA 93720 |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM DATED 07/01/2020 | LUCAS PUBLIC AFFAIRS INC<br>1215 K STREET STE 1010<br>SACRAMENTO, CA 95814 |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #68 - San Bernardino | LUXOR PROPERTIES, INC.<br>293 N. D STREET, #200<br>SAN BERNARDINO, CA 92401 |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #375 - Ladera Heights | M & A GABAEE, A CALIFORNIA LIMITED PARTNERSHIP<br>9034 W. SUNSET BLVD.<br>WEST HOLLYWOOD, CA 90069 |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #44 - Walnut Park | M & M INVESTMENT, LLC<br>269 S. BEVERLY DRIVE, #468<br>BEVERLY HILLS, CA 90212 |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #351 - Santa Maria-Broadway | M3M SANTA MARIA, LLC<br>ATTN: SHELLY WARD<br>POBOX 248<br>LAKE FOREST, CA 92609-0248 |

| Debtor | 99 Cents Only Stores LLC | | Case number (if known): 24-10721 (JKS) |
|---|---|---|---|

Name




**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #165 - Ceres<br><br>MA CERES LLC<br>C/O NETCO INVESTMENTS, INC.<br>1800 PRESTON PARK BLVD., SUITE 104<br>PLANO, TX 75093 |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #412 - Moreno Valley - Cottonwood<br><br>MAGNE L. VEIMOEN, TRUSTEE OF THE 2002 MAGNE L. VEIMOEN REVOCABLE TRUST<br>PO BOX 5569<br>SOUTH SAN FRANCISCO, CA 94083 |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #39 - Santa Ana<br><br>MAIN & MAIN PROPERTIES<br>3940 LAUREL CANYON BLVD., STE. 139<br>STUDIO CITY, CA 91604 |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #0133-L - Tempe<br><br>MAMAN ENTERPRISES SD LLC<br>ATTN: JACOB HAIM<br>3352 AMADITA COURT<br>BONITA, CA 91902 |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #31_1 - Pico Rivera<br><br>MANUEL F. SOTO AND DOLORES J. SOTO REVOCABLE TRUST<br>992 ROXBURY RD<br>SAN MARINO, CA 91108 |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OMNIBUS INSTACART ALCOHOLIC BEVERAGE ADDENDUM DATED 03/25/2021<br><br>MAPLEBEAR INC<br>50 BEALE STREET<br>SUITE 600<br>SAN FRANCISCO, CA 94105 |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSTACART SERVICES AGREEMENT DATED 03/25/2021<br><br>MAPLEBEAR INC<br>50 BEALE STREET<br>SUITE 600<br>SAN FRANCISCO, CA 94105 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 04/28/2022 | MARCH, CLIFFORD<br>1117 JAMIE DR<br>CONCORD, CA 94518 |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTANT AGREEMENT DATED 04/18/2023 | MARIA M. MANDIGAL<br>ADDRESS ON FILE |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 04/18/2023 | MARIA MANDIGAL<br>ADDRESS ON FILE |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #367 - Maricopa | MARICOPA AZ INVESTMENTS, LLC<br>916 SILVER SPUR ROAD, STE. 210<br>ROLLING HILLS ESTATES, CA 90274 |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTANT AGREEMENT DATED 06/03/2019 | MARK LEVINE<br>ADDRESS ON FILE |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO CONSULTANT AGREEMENT DATED 07/01/2020 | MARK LEVINE<br>ADDRESS ON FILE |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACTOR AGREEMENT DATED 09/06/2023 | MARKET TRACK, LLC DBA NUMERATOR<br>24 E. WASHINGTON ST.<br>STE 1200<br>CHICAGO, IL 60602 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSULTANT AGREEMENT DATED 12/29/2023 | MARLON MENDOZA <br> ADDRESS ON FILE |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DATED 12/20/2023 | MARLON MENDOZA <br> ADDRESS ON FILE |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #0065-DL - South Bay | MARUMATSU, INC <br> ATTN: FRANK OYAMA <br> PO BOX 7627 <br> TORRANCE, CA 90504 |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #225 - Phoenix - 51st Rd | MARYVALE TERRACE I, LLC <br> C/O PROPERTY MANAGEMENT ADVISORS <br> 1234-B E. 17TH STREET <br> SANTA ANA, CA 92701 |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #0143-L - LV - Maryland Parkway | MATT BLANCHARD LLC-99CB1 <br> NIKI GROUP LLC-99CB1 <br> 11720 EL CAMINO REAL SUITE 250 <br> SAN DIEGO, CA 92130 |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #333 - Las Vegas - Rancho | MBSB NV-TX HOLDINGS LLC <br> 24910 JOHN FREMONT ROAD <br> HIDDEN HILLS, CA 91302 |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #45 - San Pedro | MC COWAN'S PROPERTIES 2 <br> C/O DUSTY PETERSON <br> 21213-B HAWTHORNE BLVD.-#5517 <br> TORRANCE, CA 90503 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #447 - Livermore-Railroad | MCCORDUCK PROPERTIES LIVERMORE, LLC<br>1615 BONANZA ST, STE 401<br>WALNUT CREEK, CA 94596 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #185 - Tracy | MCCORDUCK PROPERTIES WESTGATE LLC<br>1615 BONANZA STREET, SUITE 401<br>WALNUT CREEK, CA 94596 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #408 - Escondido - Parkway | MCS CIVIC CENTER PLAZA LLC<br>C/O JAMES CRONE & ASSOCIATES, INC.<br>555 ENTERPRISE STREET<br>ESCONDIDO, CA 92029 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 01/07/2020 | MEANINGFUL WORKS INC.<br>304 S BROADWAY<br>SUITE 440<br>LOS ANGELES, CA 90013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER TO AGENCY AGREEMENT DATED 03/01/2023 | MEANINGFUL WORKS LLC<br>304 S BROADWAY<br>SUITE 440<br>LOS ANGELES, CA 90013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #343 - San Dimas - Arrow | MEILOON VALLEY, LLC.<br>713 W. DUARTE ROAD #G-788<br>ARCADIA, CA 91007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #76 - Whittier - Scott | MELROSE INVESTMENT COMPANY LLC<br>2 BUCKLAND ABBEY<br>NASHVILLE, TN 37215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | SEPARATION AND RELEASE AGREEMENT DATED 06/10/2023 | MERCADO, LUIS<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #214 - Simi Valley - Los Angeles | MGP XII MOUNTAINGATE, LLC<br>425 CALIFORNIA STREET, 10TH FLOOR<br>SAN FRANCISCO, CA 94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #192 - Vacaville | MH PROPERTY INVESTMENT LLC<br>C/O SOLANO PROPERTY MANAGEMENT<br>750 MASON STREET, SUITE 201<br>VACAVILLE, CA 95688 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #314 - Lake Havasu City | MICKEL HAVASU, LLC<br>C/O KIDDER MATTHEWS<br>PO BOX 60081<br>CITY OF INDUSTRY, CA 91716 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | ENTERPRISE AGREEMENT | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PARKWAY<br>DEPT. 551, VOLUME LICENSING<br>RENO, NV 89511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM AGREEMENT DATED 05/01/2023 | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PARKWAY<br>DEPT. 551, VOLUME LICENSING<br>RENO, NV 89511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | VOLUME LICENSING AGREEMENT | MICROSOFT CORPORATION<br>6880 SIERRA CENTER PARKWAY<br>DEPT. 551, VOLUME LICENSING<br>RENO, NV 89511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOFTWARE AGREEMENT DATED 03/01/2024 <br><br> MICROSOFT CORPORATION <br> 6880 SIERRA CENTER PARKWAY <br> DEPT. 551, VOLUME LICENSING <br> RENO, NV 89511 |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVER AND CLOUD ENROLLMENT <br><br> MICROSOFT CORPORATION <br> 6880 SIERRA CENTER PARKWAY <br> DEPT. 551, VOLUME LICENSING <br> RENO, NV 89511 |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOFTWARE AGREEMENT DATED 02/24/2024 <br><br> MICROSOFT CORPORATION <br> 6880 SIERRA CENTER PARKWAY <br> DEPT. 551, VOLUME LICENSING <br> RENO, NV 89511 |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOFTWARE AGREEMENT DATED 05/01/2023 <br><br> MICROSOFT CORPORATION <br> 6880 SIERRA CENTER PARKWAY <br> DEPT. 551, VOLUME LICENSING <br> RENO, NV 89511 |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO CONTRACT DOCUMENTS DATED 05/01/2023 <br><br> MICROSOFT CORPORATION <br> 6880 SIERRA CENTER PARKWAY <br> DEPT. 551, VOLUME LICENSING <br> RENO, NV 89511 |
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #230 - North Hollywood <br><br> MIDEB NOMINEES INC <br> 541 S. SPRING STREET, SUITE 204 <br> LOS ANGELES, CA 90013 |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Lease for Store #128 - Bakersfield - Ming <br><br> MING & STINE SHOPPING CENTER, LLC. <br> C/O POTTER MCKINNEY, INC. <br> 4200 EASTON DR. #5 <br> BAKERSFIELD, CA 93309 |

Debtor    99 Cents Only Stores LLC                                    Case number (if known)    24-10721 (JKS)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.433** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #369 - Mira Mesa<br><br>MIRA MESA SHOPPING CENTER - WEST LLC<br>8294 MIRA MESA BLVD<br>SAN DIEGO, CA 92126 |
| **2.434** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0093-L - Victorville<br><br>MIRAL CORP.<br>4370 LA JOLLA VILLAGE DRIVE, SUITE 650<br>SAN DIEGO, CA 92122 |
| **2.435** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOTICE OF TERMINATION OF AGREEMENT DATED 04/15/2019<br><br>MODE TRANSPORTATION, LLC<br>17330 PRESTON ROAD<br>SUITE 200C<br>ATTENTION:  PRESIDENT<br>DALLAS, TX 75252 |
| **2.436** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #430 - Bullhead City - Hwy 95<br><br>MOHAVE CROSSROADS, LLC<br>25401 CABOT ROAD, SUITE 208<br>LAGUNA HILLS, CA 92653 |
| **2.437** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #81 - Van Nuys<br><br>MONIEM SHAABAN<br>427 LINCOLN BLVD.<br>SANTA MONICA, CA 90402 |
| **2.438** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #95 - Oceanside<br><br>MONRO-MISSION SQUARE, LLC<br>3900 5TH AVENUE, SUITE 300<br>SAN DIEGO, CA 92103 |
| **2.439** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #148 - Montclair<br><br>MONTCLAIR PLAZA, INC.<br>15445 VENTURA BLVD., STE. 31<br>SHERMAN OAKS, CA 91403 |

Debtor  99 Cents Only Stores LLC                                           Case number (if known):  24-10721 (JKS)
Name

| ▓ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #445 - Montebello - Via Campo & Garfield<br><br>MONTEBELLO 3721, LLC<br>1139 S. DIAMOND BAR BLVD., #H<br>DIAMOND BAR, CA 91765 |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #47 - Reseda<br><br>MOOSE HOLDING CO.<br>DBA RESEDA PLAZA<br>16830 VENTURA BLVD., STE 500<br>ENCINO, CA 91436 |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVISED CONFIRMATION AGREEMENT DATED 12/29/2023<br><br>MP2 ENERGY NE LLC D/B/A SHELL ENERGY SOLUTIONS<br>909 FANNIN STREET<br>SUITE 3500<br>HOUSTON, TX 77010 |
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR SUPPLY AGREEMENTS DATED 10/21/2018<br><br>MSDS ONLINE<br>222 MERCHANDISE MART PLAZA<br>SUITE 1750<br>CHICAGO, IL 60654 |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #144 - S.D. - University<br><br>MSM UNIVERSITY SQUARE LLC<br>NEWMARK MERRILL COMPANIES LLC<br>24025 PARK SORRENTO SUITE 300<br>CALABASAS, CA 91302 |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #438 - Bakersfield - Niles<br><br>MUSA M. IBRAHIM<br>DBA BARA'S INVESTMENTS<br>111 GLENWOOD AVENUE<br>DALY CITY, CA 94015 |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO ACCOUNT SERVICE AGREEMENT DATED 04/18/2022<br><br>MUZAK LLC D/B/A MOOD MEDIA,<br>2100 S IH 35 FRONTAGE RD.<br>SUITE 200<br>AUSTIN, TX 78704 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.447** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOOD MEDIA MULTI TERRITORY ACCOUNT SERVICE AGREEMENT DATED 04/18/2018<br><br>MUZAK, LLC.<br>2100 S IH 35 FRONTAGE RD.<br>SUITE 200<br>AUSTIN, TX 78704 |
| **2.448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #281 - Hesperia<br><br>NATALIA GN. LLC<br>C/O AK & ASSOCIATES INC.<br>3146 MONTROSE AVE.<br>GLENDALE, CA 91214 |
| **2.449** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR SUPPLY AGREEMENTS DATED 02/10/2024<br><br>NAVEX GLOBAL, INC.,<br>5500 MEADOWS ROAD<br>SUITE 500<br>LAKE OSWEGO, OR 97035 |
| **2.450** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #409 - Folsom - Riley<br><br>NAZARETH RETAIL HOLDINGS, LLC<br>800 SOUTH B STREET, SUITE 100<br>SAN MATEO, CA 94401 |
| **2.451** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #349 - Sparks - Prater Way<br><br>NEVSPAR LLC<br>742 N. PIONEER FORK ROAD<br>SALT LAKE CITY, UT 84108 |
| **2.452** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0073-L - So. San Diego<br><br>NG19, LP A CALIFORNIA LIMITED PARTNERSHIP<br>11720 EL CAMINO REAL, SUITE 250<br>SAN DIEGO, CA 92130 |
| **2.453** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #100 - Anaheim<br><br>NMC ANAHEIM, LLC<br>C/O NEWMARK MERRILL COMPANIES, LLC<br>5850 CANOGA AVENUE, SUITE 650<br>WOODLAND HILLS, CA 91367 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #77 - Santa Ana - Bristol<br><br>NMC SANTA ANA, LLC<br>24025 PARK SORRENTO, SUITE 300<br>CALABASAS, CA 91302 |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #352 - S. Sacramento-Florin<br><br>NMC SOUTHGATE, LLC<br>24025 PARK SORRENTO, SUITE 300<br>CALABASAS, CA 91302 |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #359 - Thousand Oaks<br><br>NORTH OAKS PLAZA TUSTIN, LLC<br>PO BOX 608<br>LAWNDALE, CA 90260 |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #407 - Chico - Pillsbury<br><br>NORTH VALLEY MALL II LLC<br>32158 CAMINO CAPISTRANO, SUITE A152<br>SAN JUAN CAPISTRANO, CA 92675 |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EFAX AGREEMENT DATED 11/02/2023<br><br>NOVARIS COMMUNICATIONS INC<br>901 DOVE STREET SUITE 210<br>NEWPORT BEACH, CA 92660 |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #237 - Sacramento - Stockton<br><br>NT STOCKTON INVESTMENTS, LLC<br>P.O. BOX 78435<br>SAN FRANCISCO, CA 94107 |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR SUPPLY AGREEMENTS DATED 09/06/2023<br><br>NUMERATOR<br>24 E. WASHINGTON ST.<br>STE 1200<br>CHICAGO, IL 60602 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/06/2023 | NUMERATOR<br>24 E WASHINGTON ST SUITE 1200<br>CHICAGO, IL 60602 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #294 - Ocotillo | OCOTILLO PLAZA TROPICANA, LLC<br>C/O MAGNA ENTERPRISES, LLC<br>8730 WILSHIRE BLVD., STE 410<br>BEVERLY HILLS, CA 90211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR RELOCATION MANAGEMENT SERVICE DATED 05/26/2021 | ODYSSEY RELOCATION MANAGEMENT, INC.<br>27271 LAS RAMBLAS<br>SUITE #120<br>ATTN: PRESIDENT<br>MISSION VIEJO, CA 92691 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT DATED 03/01/2018 | OK PRODUCE<br>1888 S. EAST AVENUE<br>ATTENTION:  BRADY MATOIAN (CHIEF EXECUTIVE OFFICER)<br>FRESNO, CA 93721 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | ERISA DISHONESTY BOND DATED 01/01/2022 | OLD REPUBLIC SURETY COMPANY<br>445 S. MOORLAND ROAD<br>SUITE 200<br>BROOKFIELD, WI 53005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #336 - Duarte | OLD TOWN, INC.<br>C/O THE RODIN COMPANY<br>15442 VENTURA BLVD., SUITE 200<br>SHERMAN OAKS, CA 91403 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #258 - Oildale | OLIVE DRIVE TOWN CENTER, LLC<br>1401 19TH STREET, SUITE 400<br>BAKERSFIELD, CA 93301 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    99 Cents Only Stores LLC                                    Case number (if known):    24-10721 (JKS)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.468** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMBERSHIP AND CONFIDENTIALITY AGREEMENT DATED 09/21/2023<br><br>OMNIA PARTNERS, LLC<br>5001 ASPEN GROVE DRIVE<br>SUITE 600<br>FRANKLIN, TN 37067 |
| **2.469** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO SERVICES AGREEMENT DATED 05/01/2018<br><br>ON SITE INNOVATIONS, INC. (<br>6148 GARFIELD AVENUE<br>COMMERCE, CA 90040 |
| **2.470** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #392 - Inglewood - Crenshaw<br><br>ONE CRENSHAW, LLC<br>C/O AMT ENTERPRISES, INC<br>120 S. EL CAMINO DRIVE, SUITE 212<br>BEVERLY HILLS, CA 90212 |
| **2.471** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 11/22/2023<br><br>ONETRUST LLC<br>PO BOX 7813 1072 W PEACHTREE ST NW<br>ATLANTA, GA 30309 |
| **2.472** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #222 - Marana<br><br>OP PLAZA GROUP, LLC<br>C/O ROMANO REAL ESTATE CORPORATION<br>3900 VIA PALOMITA<br>TUCSON, AZ 85718 |
| **2.473** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 10/02/2023<br><br>OPTERUS |
| **2.474** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PAYMENTS COST OPTIMIZATION DATED 05/06/2021<br><br>OPTIMIZED PAYMENTS, INC.<br>303 PERIMETER CENTER NORTH<br>SUITE 425<br>ATLANTA, GA 30346 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): | 24-10721 (JKS) |
|--------|--------------------------|-------------------------|----------------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|---------------------------------------------------------------------------------|
| **2.475** State what the contract or lease is for and the nature of the debtor's interest: Lease for Store #312 - Tucson - Oracle <br><br> State the term remaining <br><br> List the contract number of any government contract | ORACLE LIMBERLOST SHOPPING CENTER, LLC <br> 6236 E. PIMA, SUITE #170 <br> TUCSON, AZ 85712 |
| **2.476** State what the contract or lease is for and the nature of the debtor's interest: Lease for Store #173 - Long Beach <br><br> State the term remaining <br><br> List the contract number of any government contract | ORANGE CARSON, LLC <br> C/O ZURICH INVESTMENT COMPANY <br> 9595 WILSHIRE BLVD., SUITE 401 <br> BEVERLY HILLS, CA 90212 |
| **2.477** State what the contract or lease is for and the nature of the debtor's interest: Lease for Store #84 - La Brea <br><br> State the term remaining <br><br> List the contract number of any government contract | ORANGE CREST PROPERTIES, LP <br> 6420 WILSHIRE BLVD., SUITE 1500 <br> LOS ANGELES, CA 90048 |
| **2.478** State what the contract or lease is for and the nature of the debtor's interest: COMMERCIAL SERVICES AGREEMENT DATED 05/06/2018 <br><br> State the term remaining <br><br> List the contract number of any government contract | ORKIN LLC <br> 2170 PIEDMONT ROAD NE <br> ATLANTA, GA 30342 |
| **2.479** State what the contract or lease is for and the nature of the debtor's interest: COMMERCIAL SERVICES AGREEMENT ADDENDUM DATED 01/24/2019 <br><br> State the term remaining <br><br> List the contract number of any government contract | ORKIN LLC <br> 2170 PIEDMONT ROAD NE <br> ATLANTA, GA 30342 |
| **2.480** State what the contract or lease is for and the nature of the debtor's interest: PEST CONTROL AGREEMENT DATED 02/21/2019 <br><br> State the term remaining <br><br> List the contract number of any government contract | ORKIN LLC <br> 2170 PIEDMONT ROAD NE <br> ATLANTA, GA 30342 |
| **2.481** State what the contract or lease is for and the nature of the debtor's interest: CONSULTANT AGREEMENT DATED 05/23/2022 <br><br> State the term remaining <br><br> List the contract number of any government contract | OSCAR MONJARAZ <br> ADDRESS ON FILE |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DATED 05/16/2022 | OSCAR MONJARAZ<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for Store #429 - Norwalk - Norwalk | PADDISON ASSOCIATES<br>C/O DUCKETT WILSON DEVELOPMENT<br>11150 SANTA MONICA BLVD., SUITE 760`<br>LOS ANGELES, CA 90025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for Store #326 - Palmdale - 20th St E | PALMDALE INVESTMENT GROUP, LLC<br>C/O LBPM<br>4730 WOODMAN AVE., 2ND FLOOR<br>SHERMAN OAKS, CA 91423 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for Store #450 - Van Nuys - Victory Blvd | PARKLANE SHOPPING CENTER, INC.<br>15545 VENTURA BLVD., STE. 31<br>SHERMAN OAKS, CA 91403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for Store #101 - National City | PATRICIA L PETERSON,TRUSTEE OF L.O. LINDEMULDER TRUST<br>SAN DIEGO PROPERTY MANAGEMENT<br>4111 RANDOLPH STREET<br>SAN DIEGO, CA 92103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for Store #118 - Oxnard | PDN RETAIL CENTER L.P.<br>C/O OPERON GROUP<br>4 UPPER NEWPORT PLAZA, SUITE 100<br>NEWPORT BEACH, CA 92660 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for Store #212 - San Diego - Imperial | PDP IMPERIAL PARTNERS, LLC<br>C/O TIARNA REAL ESTATE SERVICES, INC<br>2603 MAIN STREET, SUITE 210<br>IRVINE, CA 92614 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MARKETING SERVICES AGREEMENT DATED 11/20/2023 | PEARPOP INC.<br>2040 ARMACOST AVE.<br>2ND FLOOR<br>LOS ANGELES, CA 90025 |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT DATED 04/29/2022 | PERFORMANCE FOOD GROUP, INC.<br>188 INVERNESS DRIVE WEST<br>SUITE 800<br>ENGLEWOOD, CO 80112 |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DATED 08/01/2023 | PERRY PERICLEOUS<br>ADDRESS ON FILE |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSACTION BONUS PLAN DATED 12/20/2021 | PERRY PERICLEOUS<br>ADDRESS ON FILE |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MUTUAL ARBITRATION AGREEMENT DATED 12/15/2021 | PERRY V PERICLEOUS<br>ADDRESS ON FILE |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MARKETING SERVICES AGREEMENT DATED 04/20/2017 | PINSIGHT MEDIA +, INC. |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #217 - Hayward | PK II CREEKSIDE CENTER, LP<br>KIMCO REALTY CORPORATION<br>500 NORTH BROADWAY SUITE 201 PO BOX 9010<br>TAMPA, FL 33630 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.496** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #371 - Menifee<br><br>PLAZA AT THE SUN C/O PACIFIC COAST COMMERCIAL<br>10721 TREENA STREET, STE 200<br>SAN DIEGO, CA 92131 |
| **2.497** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #433 - Tracy - Grant Line<br><br>PLAZA FOUR GENERAL PARTNERSHIP<br>1470 MARIA LANE, SUITE 101<br>WALNUT CREEK, CA 94596 |
| **2.498** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #381 - Oxnard-Rose<br><br>PLEASANT VALLEY LLC<br>6305 GAYTON PL.<br>MALIBU, CA 90265 |
| **2.499** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #150 - La Mesa<br><br>PLLM CROSSROADS LLC AND OTAY MESA INTERNATIONAL LLC<br>1620 FIFTH AVENUE, SUITE 770<br>SAN DIEGO, CA 92101 |
| **2.500** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #113 - Camarillo<br><br>PONDEROSA MANAGEMENT, INC.<br>13753 CHANDLER BLVD.<br>SHERMAN OAKS, CA 91401 |
| **2.501** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT PLACEMENT AGREEMENT DATED 07/22/2019<br><br>POPCORN PRODUCTIONS, LLC |
| **2.502** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKETING SERVICES AGREEMENT DATED 06/30/2019<br><br>POPCORN PRODUCTIONS, LLC |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #318 - Poway | POWAY INVESTMENT COMPANY<br>11150 SANTA MONICA BLVD, SUITE 760<br>LOS ANGELES, CA 90025 |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Warehouse #918 - Los Angeles - Washington Warehouse | PP TANGO CA, LLC<br>C/O LINK INDUSTRIAL MANAGEMENT, LLC<br>602 W. OFFICE CENTER DRIVE, SUITE 200<br>FORT WASHINGTON, PA 19034 |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #131 - Phoenix - Peoria | PPO CARLSBAD, LLC<br>1515 E. BETHANY HOME ROAD<br>PHOENIX, AZ 85014 |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 01/01/2024 | PRE-PAID LEGAL SERVICES, INC., DBA LEGALSHIELD<br>ONE PRE-PAID WAY - P.O. BOX 145<br>ADA, OK 74820 |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #130 - Lynwood | PRIMROSE 19 LP<br>DEPT LA 24981<br>PASADENA, CA 91185-4981 |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Warehouse #921 - Commerce Warehouse - Garfield & Slauson | PROLOGIS USLV NEWCA 6, LLC<br>ATTN: MARKET OFFICER<br>17777 CENTER COURT DRIVE SUITE 100<br>CERRITOS, CA 90703 |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPANE SUPPLY AGREEMENT & EQUIPMENT DATED 03/14/2018 | PROPANE<br>BOX 965<br>ATTN: CUSTOMER SERVICE<br>VALLEY FORGE, PA 19482 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #279 - Tulare | PROSPERITY EQUITY PARTNERS, LLC<br>3415 S. SEPULVEDA BLVD., SUITE 400<br>LOS ANGELES, CA 90034 |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0317-L - Moreno Valley-Day St | PROSPERITY LANE PROPERTIES, LP<br>6420 WILSHIRE BLVD., STE. 1500<br>LOS ANGELES, CA 90048-5561 |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0321-L - Artesia - South St | PURPLE LEAF PROPERTIES, LP<br>6420 WILSHIRE BLVD., STE. 1500<br>LOS ANGELES, CA 90048-5561 |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0119-L - La Quinta | PV OCEAN VIEW, LLC<br>12302 EXPOSITION BLVD<br>LOS ANGELES, CA 90064 |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #247 - Concord - Willow Pass | RAJ CHABRA<br>C/O NINA CHABRA<br>41 LA ENCINAL<br>ORINDA, CA 94563 |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0184-DL - Alhambra | RALPH EDWARDS PRODUCTIONS<br>C/O BERKOWITZ, COHEN & RENNETT<br>9401 WILSHIRE BLVD., SUITE 608<br>BEVERLY HILLS, CA 90212-2945 |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #435 - Northridge - Tampa | RAMAGE ENTERPRISES<br>P.O. BOX 1002<br>THOUSAND OAKS, CA 91358 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #391 - Carson City - William | RANCHO PLAZA LLC<br>P.O. BOX 2826<br>MINDEN, NV 89423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #339 - Santa Barbara | RAY MAHBOOB & SUSAN DARIUSH<br>595 FREEHAVEN DRIVE<br>SANTA BARBARA, CA 93108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT MASTER LEASE AGREEMENT | RAYMOND HANDLING SOLUTIONS INC.<br>9939 NORWALK BLVD<br>SANTA FE SPRINGS, CA 90670 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES DATED 06/15/2020 | RCS REAL ESTATE ADVISORS<br>470 SEVENTH AVENUE<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 05/15/2020 | RCS REAL ESTATE ADVISORS<br>470 SEVENTH AVENUE<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #134 - Riverside - Magnolia | REA RIVERSIDE GENERAL, LLC<br>C/O: RIVERROCK REAL ESTATE GROUP, INC<br>2392 MORSE AVE SUITE 100<br>IRVINE, CA 92614 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANDISER AGREEMENT | RED BULL NORTH AMERICA INC.<br>ATTN: GENERAL COUNSEL<br>1630 STEWART STREET<br>SANTA MONICA, CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.524** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER, MERCHANDISER AND CUSTOMER MARKETING AGREEMENT DATED 03/10/2022<br><br>RED BULL NORTH AMERICA, INC.<br>1630 STEWART STREET<br>ATTN: GENERAL COUNSEL<br>SANTA MONICA, CA 90404 |
| **2.525** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0425-DL - Tustin - Red Hill<br><br>RED HILL VILLAGE, LLC<br>5505 GARDEN GROVE BLVD., SUITE 150<br>WESTMINSTER, CA 92683 |
| **2.526** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AUTOMATED DVD RENTAL PROGRAM DATED 11/01/2017<br><br>REDBOX AUTOMATED RETAIL, LLC<br>ONE TOWER LANE<br>SUITE 900<br>OAK BROOK TERRACE, IL 60181 |
| **2.527** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AND SERVICE LEVELS<br><br>RELEX<br>3423 PIEDMONT RD NE<br>SUITE 216<br>ATTN: JENNIFER PESUT<br>ATLANTA, GA 30305 |
| **2.528** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 02/01/2024<br><br>RELEX<br>3423 PIEDMONT RD NE<br>SUITE 216<br>ATTN: JENNIFER PESUT<br>ATLANTA, GA 30305 |
| **2.529** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANNEX 2: PRICING AGREEMENT DATED 02/01/2019<br><br>RELEX OY<br>3423 PIEDMONT RD NE<br>SUITE 216<br>ATTN: JENNIFER PESUT<br>ATLANTA, GA 30305 |
| **2.530** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETAIL & WHOLESALE SOLUTIONS<br><br>RELEX SUPPLY CHAIN MANAGEMENT SOLUTION<br>3423 PIEDMONT RD NE<br>SUITE 216<br>ATTN: JENNIFER PESUT<br>ATLANTA, GA 30305 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.531** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0361-L - West LA - Pico<br><br>RELIABLE PROPERTIES<br>6420 WILSHIRE BLVD, SUITE 1500<br>LOS ANGELES, CA 90048-5561 |
| **2.532** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0072-L - Baldwin Park<br><br>RELIABLE PROPERTIES<br>6399 WILSHIRE BLVD., STE 604<br>LOS ANGELES, CA 90048-5709 |
| **2.533** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BENEFITS AGREEMENT DATED 01/01/2024<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY<br>505 S. LENOLA ROAD<br>SUITE 231<br>MOORESTOWN, NJ 08057 |
| **2.534** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES AGREEMENT DATED 05/10/2022<br><br>RELIANT<br>PO BOX 120954<br>DALLAS, TX 75312-0954 |
| **2.535** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STOP LOSS INSURANCE RENEWAL OFFER DATED 09/01/2022<br><br>RELIASTAR LIFE INSURANCE COMPANY<br>HOME OFFICE<br>MINNEAPOLIS, MN 55440 |
| **2.536** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | POLICY AMENDMENT DATED 08/14/2023<br><br>RELIASTAR LIFE INSURANCE COMPANY<br>HOME OFFICE<br>MINNEAPOLIS, MN 55440 |
| **2.537** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY DATED 09/01/2023<br><br>RELIASTAR LIFE INSURANCE COMPANY<br>HOME OFFICE<br>MINNEAPOLIS, MN 55440 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.538** | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 01/15/2018 | REPOSITRAK<br>299 SOUTH MAIN STREET<br>SUITE 2225<br>SALT LAKE CITY, UT 84111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.539** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 1 TO THE MASTER SERVICE AGREEMENT DATED 06/19/2019 | RETAIL LOGISTICS EXCELLENCE - RELEX OY<br>POSTINTAIVAL 7<br>HELSINKI, 00230<br>FINLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.540** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT (MSA) | RETAIL LOGISTICS EXCELLENCE - RELEX OY<br>POSTINTAIVAL 7<br>HELSINKI, 00230<br>FINLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.541** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT DATED 01/18/2019 | RETAIL LOGISTICS EXCELLENCE - RELEX OY<br>POSTINTAIVAL 7<br>HELSINKI, 00230<br>FINLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.542** | State what the contract or lease is for and the nature of the debtor's interest | SAAS SERVICES | RETAIL LOGISTICS EXCELLENCE – RELEX OY<br>POSTINTAIVAL 7<br>HELSINKI, 00230<br>FINLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.543** | State what the contract or lease is for and the nature of the debtor's interest | RMS MASTER SERVICES AGREEMENT DATED 01/01/2022 | RETAIL MARKETING SERVICES, INC.<br>1020 N. LAKE STREET<br>BURBANK, CA 91502 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.544** | State what the contract or lease is for and the nature of the debtor's interest | INVENTORY SERVICES AGREEMENT DATED 07/01/2017 | RETAIL SERVICES WIS CORP DBA WIS INTERNATIONAL<br>9265 SKY PARK COURT<br>SUITE 100<br>SAN DIEGO, CA 92123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    99 Cents Only Stores LLC                                    Case number (if known):    24-10721 (JKS)
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.545** State what the contract or lease is for and the nature of the debtor's interest — SECOND AMENDMENT TO INVENTORY SERVICES AGREEMENT DATED 02/01/2020 | RETAIL SERVICES WIS CORPORATION 9265 SKY PARK COURT SUITE 100 ATTN: TOM COMPOGIANNIS - CFO SAN DIEGO, CA 92123 |
| **2.546** State what the contract or lease is for and the nature of the debtor's interest — FIRST AMENDMENT TO INVENTORY SERVICES AGREEMENT DATED 12/01/2019 | RETAIL SERVICES WIS CORPORATION 9265 SKY PARK COURT SUITE 100 ATTN: TOM COMPOGIANNIS - CFO SAN DIEGO, CA 92123 |
| **2.547** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT TO SERVICES AGREEMENT DATED 06/01/2020 | RETAIL SERVICES WIS CORPORATION (DBA WIS INTERNATIONAL) 9265 SKY PARK COURT SUITE 100 ATTN: TOM COMPOGIANNIS - CFO SAN DIEGO, CA 92123 |
| **2.548** State what the contract or lease is for and the nature of the debtor's interest — THIRD AMENDMENT TO INVENTORY SERVICES AGREEMENT DATED 04/01/2020 | RETAIL SERVICES WIS CORPORATION DBA WIS INTERNATIONAL 9265 SKY PARK COURT SUITE 100 ATTN: TOM COMPOGIANNIS - CFO SAN DIEGO, CA 92123 |
| **2.549** State what the contract or lease is for and the nature of the debtor's interest — FIFTH AMENDMENT TO SERVICES AGREEMENT DATED 01/01/2022 | RETAIL SERVICES WIS CORPORATION, DBA WIS INTERNATIONAL 9265 SKY PARK COURT SUITE 100 ATTN: TOM COMPOGIANNIS - CFO SAN DIEGO, CA 92123 |
| **2.550** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #244 - Vista | RICHARD C. RUSSELL, JR. C/O LAND TREK PROPERTY MANAGEMENT 901 HACIENDA DRIVE VISTA, CA 92081 |
| **2.551** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #43 - Garden Grove-Westminster | RICHARD CHARLES LEVY TRUST 275 APACHE TRAIL SEDONA, AZ 86336 |

Each section also lists: State the term remaining / List the contract number of any government contract.

Debtor    99 Cents Only Stores LLC

Case number (if known):    24-10721 (JKS)

Name

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | DATABASE SUPPORT SERVICES DATED 12/07/2023 | RIMINI STREET, INC. 7251 WEST LAKE MEAD BOULEVARD SUITE 300 LAS VEGAS, NV 89128 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 12/07/2023 | RIMINI STREET, INC. 7251 WEST LAKE MEAD BOULEVARD SUITE 300 LAS VEGAS, NV 89128 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT DATED 01/01/2024 | RIMINI STREET, INC. 7251 WEST LAKE MEAD BOULEVARD SUITE 300 LAS VEGAS, NV 89128 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | RIMINI STREET, INC. 7251 WEST LAKE MEAD BOULEVARD SUITE 300 LAS VEGAS, NV 89128 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | SAP SUPPORT SERVICES DATED 12/07/2023 | RIMINI STREET, INC. 7251 WEST LAKE MEAD BOULEVARD SUITE 300 LAS VEGAS, NV 89128 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | SAP BUSINESS OBJECTS SUPPORT SERVICES DATED 12/07/2023 | RIMINI STREET, INC. 7251 WEST LAKE MEAD BOULEVARD SUITE 300 LAS VEGAS, NV 89128 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 12/31/2021 | RIOSOFT HOLDINGS INC 8080 DAGGET STREET SUITE 220 SAN DIEGO, CA 92111 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   99 Cents Only Stores LLC                          Case number (If known):   24-10721 (JKS)
_____
Name

| ▇ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED 02/01/2023 | RIOSOFT HOLDINGS INC<br>8080 DAGGET STREET SUITE 220<br>SAN DIEGO, CA 92111 |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT DATED 12/31/2021 | RIOSOFT HOLDINGS, INC.<br>8080 DAGGET STREET<br>SUITE 220<br>SAN DIEGO, CA 92111 |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #395 - El Centro - Danenberg | RJFP LLC<br>C/O THE RUSS GROUP<br>635 W. 7TH STREET, SUITE 310<br>CINCINNATI, OH 45203 |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTANT AGREEMENT DATED 01/02/2018 | ROBERT GOMEZ<br>11321 FIDDLESTICKS LANE<br>YUKON, OK 73099-8110 |
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #406 - Paramount-Downey | ROIC PARAMOUNT PLAZA, LLC<br>8905 TOWNE CENTRE DRIVE, SUITE 108<br>SAN DIEGO, CA 92122 |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSACTION BONUS PLAN DATED 12/20/2021 | ROLFE, JANE<br>3542 VETERAN AVE<br>LOS ANGELES, CA 90034 |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CUSTOMER MERCHANDISING AGREEMENT DATED 01/01/2023 | ROLLING FRITO-LAY SALES, LP<br>ATTN: TRADE SPEND MANAGEMENT<br>7701 LEGACY DR<br>PLANO, TX 75024-4099 |

| Debtor | 99 Cents Only Stores LLC | Case number (If known): | 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #357 - Escondido-Valley | RON KYO KIM AND NAE S KIM, TRUSTEES AND NAE S. KIM<br>6255 VILLAGE GREEN DR.<br>CARLSBAD, CA 92009 |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #3 - Montebello | ROTH SHOPPING CENTER HOLDING CO., LLC<br>9302 S. GARFIELD AVE.,<br>SOUTH GATE, CA 90280 |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #234 - Lake Elsinore | RSM DEVELOPMENT, INC<br>1949 AUTO CENTER DR.<br>GLENDORA, CA 91740 |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY TAX SERVICES AGREEMENT DATED 01/01/2022 | RYAN, LLC<br>THREE GALLERIA TOWER<br>13155 NOEL ROAD<br>SUITE 100<br>DALLAS, TX 75240 |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY TAX PROFESSIONAL SERVICES AGREEMENT DATED 01/01/2020 | RYAN, LLC<br>THREE GALLERIA TOWER<br>13155 NOEL ROAD<br>SUITE 100<br>DALLAS, TX 75240 |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #386 - LV-Cheyenne | SAFEWAY, INC. C/O ALBERTSONS COMPANIES<br>ATTN: 74200 LEGAL DEPT FAC #98-2399-15-01<br>250 PARKCENTER BLVD<br>BOISE, ID 83706 |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 02/20/2023 | SALARY.COM , LLC<br>610 LINCOLN ST.<br>NORTH BUILDING<br>SUITE # 200<br>WALTHAM, MA 02451 |

| Debtor | 99 Cents Only Stores LLC | Case number (If known): 24-10721 (JKS) |
|--------|--------------------------|------------------------------------------|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 01/01/2023 <br><br> SALARY.COM, LLC: <br> 610 LINCOLN ST. <br> NORTH BUILDING <br> SUITE # 200 <br> WALTHAM, MA 02451 |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT DATED 02/15/2022 <br><br> SALESFORCE, INC. <br> SALESFORCE TOWER <br> 415 MISSION STREET <br> 3RD FLOOR <br> SAN FRANCISCO, CA 94105 |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease for Store #0226-R - Pomona - Arrow <br><br> SANDSTONE PROPERTIES, L.P. <br> 6420 WILSHIRE BLVD., STE. 1500 <br> LOS ANGELES, CA 90048 |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Lease for Store #167 - Chandler <br><br> SANTA CLARA ENTERPRISES LP DBA WARNER PLAZA <br> C/O M.A.P. INTERNATIONAL MANAGEMENT INC. <br> 1136 W BASELINE ROAD <br> MESA, AZ 85210 |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SOFTWARE AGREEMENT DATED 08/20/2021 <br><br> SAP <br> 3999 WEST CHESTER PIKE <br> NEWTOWN SQUARE, PA 19073 |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | STATEMENT OF WORK FOR THE PROVISION OF SERVICES DATED 09/01/2013 <br><br> SAP AMERICA, INC. <br> 3999 WEST CHESTER PIKE <br> NEWTOWN SQUARE, PA 19073 |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SOFTWARE AGREEMENT DATED 09/01/2023 <br><br> SAP HEC <br> 3999 WEST CHESTER PIKE <br> NEWTOWN SQUARE, PA 19073 |

Debtor   99 Cents Only Stores LLC    Case number (if known): 24-10721 (JKS)
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.580** State what the contract or lease is for and the nature of the debtor's interest — PROVISION OF SERVICES DATED 09/01/2013<br>State the term remaining<br>List the contract number of any government contract | SAP INDUSTRIES, INC.<br>3999 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 |
| **2.581** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #348 - Sanger - Jensen<br>State the term remaining<br>List the contract number of any government contract | SAROAY CAPITAL, LLC<br>36077 BLAIR PLACE<br>FREMONT, CA 94536 |
| **2.582** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #0186-L - San Clemente<br>State the term remaining<br>List the contract number of any government contract | SC PICO PLAZA, LLC<br>14 CORPORATE PLAZA, SUITE 120<br>NEWPORT BEACH, CA 92660 |
| **2.583** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #48 - Harbor City<br>State the term remaining<br>List the contract number of any government contract | SCHWARTZ TORRANCE COMPANY, LLC<br>2009 PORTERFIELD WAY, SUITE P<br>UPLAND, CA 91786 |
| **2.584** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #360 - San Bernardino-Rio<br>State the term remaining<br>List the contract number of any government contract | SELEY PLAZA INC.<br>PO BOX 802<br>MENTONE, CA 92359 |
| **2.585** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #307 - San Marcos<br>State the term remaining<br>List the contract number of any government contract | SENTRE, INC<br>225 BROADWAY, SUITE 2075<br>SAN DIEGO, CA 92101 |
| **2.586** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #124 - Ventura<br>State the term remaining<br>List the contract number of any government contract | SGISMFEDERAL, LLC<br>12100 WILSHIRE BLVD., SUITE 1050<br>LOS ANGELES, CA 90025 |

| ▮ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #6 - Hawthorne | SHAABAN MONIEM & MARIA<br>427 LINCOLN BLVD<br>SANTA MONICA, CA 90402 |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 DATED 07/08/2019 | SHARED INSIGHT, INC<br>1501 N.SEPULVEDA BLVD<br>SUITES E & F<br>MANHATTAN BEACH, CA 90266 |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REVISED CONFIRMATION AGREEMENT DATED 01/01/2024 | SHELL ENERGY SOLUTIONS<br>909 FANNIN STREET<br>SUITE 3500<br>ATTN: LEGAL DEPARTMENT<br>HOUSTON, TX 77010 |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REVISED CONFIRMATION AGREEMENT DATED 09/01/2023 | SHELL ENERGY SOLUTIONS<br>909 FANNIN STREET<br>SUITE 3500<br>ATTN: LEGAL DEPARTMENT<br>HOUSTON, TX 77010 |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #61 - N. Hollywood-2 | SHERMAN WAY PROPERTIES<br>C/O DEMIRCIFT<br>P.O. BOX 3160<br>BURBANK, CA 91508 |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #89 - Fontana | SIERRA FONTANA 99, LLC<br>ATOLL PROPERTY GROUP<br>14 CORPORATE PLAZA, SUITE 120<br>NEWPORT BEACH, CA 92660 |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #191 - Madera | SILVER SHIELD, LLC<br>C/O EDWARD JONG<br>549 47TH AVE.<br>SAN FRANCISCO, CA 94121 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SECURITY GUARD MANAGEMENT SERVICES AGREEMENT DATED 01/13/2021 | SINGLE SOURCE SECURITY,  LLC D/B/A PROTOS SECURITY, 90 TOWN CENTER STREET SUITE 202 DALEVILLE, VA 24083 |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT TERMINATION DATED 09/20/2023 | SINGLE SOURCE SECURITY, LLC 90 TOWN CENTER STREET SUITE 202 ATTENTION: CHIEF FINANCIAL OFFICER DALEVILLE, VA 24083 |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SECURITY GUARD MANAGEMENT SERVICES AGREEMENT | SINGLE SOURCE SECURITY, LLC 90 TOWN CENTER STREET SUITE 202 ATTN: CHIEF FINANCIAL OFFICER DALEVILLE, VA 24083 |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM NO. 1 TO TEMPORARY PERSONNEL AGREEMENT DATED 11/23/2019 | SKILLSET GROUP LLC 3631 S HARBOR BLVD SUITE 130 SANTA ANA, CA 92704 |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM NO. 1 TO TEMPORARY PERSONNEL AGREEMENT DATED 11/23/2018 | SKILLSET GROUP LLC 3631 S HARBOR BLVD SUITE 130 SANTA ANA, CA 92704 |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TEMPORARY PERSONNEL AGREEMENT DATED 11/21/2018 | SKILLSET GROUP, LLC 3631S HARBOR BLVD SUITE 130 ATTENTION: CLINT ARMSTRONG SANTA ANA, CA 92704 |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #413 - Sonora - Mono | SONORA PLAZA I, LLC 101 LARKSPUR LANDING CIRCLE, SUITE 120 LARKSPUR, CA 94939 |

Debtor    99 Cents Only Stores LLC                                    Case number (if known):    24-10721 (JKS)

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #59 - East LA<br><br>SOTO, MANUEL & DOLORES<br>992 ROXBURY RD<br>SAN MARINO, CA 91108 |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #31_2 - Pico Rivera<br><br>SOTO, MANUEL & DOLORES<br>992 ROXBURY RD<br>SAN MARINO, CA 91108 |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM DATED 11/18/2010<br><br>SOUTHERN CALIFORNIA ICE CO.<br>22921 LOCKNESS AVE.<br>TORRANCE, CA 90501 |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM DATED 08/15/2006<br><br>SOUTHERN CALIFORNIA ICE CO.<br>22921 LOCKNESS AVE.<br>ROGER CORBIN<br>TORRANCE, CA 90501 |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT DATED 12/01/2023<br><br>SPS COMMERCE INC<br>VB BOX 3<br>MINNEAPOLIS, MN 55480-9202 |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WASTE MANAGEMENT SERVICES AGREEMENT DATED 06/30/2018<br><br>STERICYCIE ENVIRONMENTAL SOLUTIONS, INC.  (SRCL)<br>2670 EXECUTIVE DRIVE<br>INDIANAPOLIS, IN 46241 |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERATOR WASTE MANAGEMENT SERVICES AGREEMENT DATED 01/01/2018<br><br>STERICYCLE  ENVIRONMENTAL SOLUTIONS, INC.,<br>2670 EXECUTIVE DRIVE<br>INDIANAPOLIS, IN 46241 |

Debtor    99 Cents Only Stores LLC _____    Case number (if known):    24-10721 (JKS) _____
        Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.608** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WASTE MANAGEMENT AGREEMENT DATED 03/27/2013 <br><br> STERICYCLE, INC.<br>6264 CROOKED CREEK ROAD<br>SUITE 11<br>NORCROSS, GA 30092 |
| **2.609** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK DATED 09/05/2023 <br><br> STEVEN FINKELSTEIN<br>ADDRESS ON FILE |
| **2.610** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #368 - Kingman <br><br> SUNSTONE ARROYO, LLC<br>6140 BRENT THURMAN WAY, SUITE 140<br>LAS VEGAS, NV 89148 |
| **2.611** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0056-L - La Puente <br><br> SWEETBAY LAUREL PROPERTIES, LP<br>6420 WILSHIRE BLVD., STE. 1500<br>LOS ANGELES, CA 90048-5561 |
| **2.612** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/26/2021 <br><br> SWIFTLY SYSTEMS, INC.<br>475 EL CAMINO REAL<br>SUITE 308<br>MILLBRA, CA 94030 |
| **2.613** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #422 - Sylmar - Gladstone <br><br> SYLMAR PLAZA SHOPPING CENTER, INC.<br>15445 VENTURA BLVD., SUITE 31<br>SHERMAN OAKS, CA 91403 |
| **2.614** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICE & SERVICE CHANGE FORM DATED 11/20/2023 <br><br> SYMPHONY TALENT LLC<br>630 FIFTH AVE SUITE 659<br>NEW YORK, NY 10111 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXPERIENCE CLOUD(X-CLOUD) STATEMENT OF WORK DATED 07/01/2018 | SYMPHONY TALENT LLC<br>630 FIFTH AVE SUITE 659<br>NEW YORK, NY 10111 |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT NO. 001 DATED 03/01/2022 | SYNDIGO LLC<br>141 W. JACKSON BLVD.<br>SUITE 1220<br>ATTENTION: LEGAL DEPARTMENT<br>CHICAGO, IL 60604 |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #171 - Henderson - Marks | T EASTGATE PLAZA NR NV, LLC<br>16600 DALLAS PARKWAY, SUITE 300<br>DALLAS, TX 75248 |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE AGREEMENT DATED 08/01/2017 | TALX CORPORATION<br>11432 LACKLAND ROAD<br>ST LOUIS, MO 63146 |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE AGREEMENT DATED 01/01/2019 | TALX CORPORATION<br>11432 LACKLAND ROAD<br>ST LOUIS, MO 63146 |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO AGREEMENT DATED 12/01/2015 | TALX CORPORATION<br>11432 LACKLAND ROAD<br>ST LOUIS, MO 63146 |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 2 SOFTWARE AS A SERVICE AGREEMENT DATED 02/28/2021 | TANGO ANALYTICS, LLC<br>9797 ROMBAUER RD<br>SUITE 450<br>DALLAS, TX 75019 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.622** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AS A SERVICE AGREEMENT DATED 01/26/2016 | TANGO ANALYTICS, LLC.<br>6225 NORTH STATE HWY., 161<br>SUITE 300<br>IRVING, TX 75038 |
| **2.623** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #55 - Granada Hills | TASHA REALTY, INC.<br>9017 RESEDA BLVD. #201<br>NORTHRIDGE, CA 91324 |
| **2.624** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT FOR PROFESSIONAL SERVICES DATED 03/04/2013 | TATA AMERICA INTERNATIONAL CORPORATION<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| **2.625** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS PROCESS OUTSOURCING DATED 06/15/2019 | TATA CONSULTANCY SERVICES LIMITED<br>TCS HOUSE<br>RAVE LINE STREET<br>FORT<br>MUMBAI, 400 001<br>INDIA |
| **2.626** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS PROCESS OUTSOURCING DATED 10/28/2019 | TATA CONSULTANCY SERVICES LIMITED<br>TCS HOUSE<br>RAVELINE STREET<br>FORT<br>MUMBAI, 400 001<br>INDIA |
| **2.627** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HARDWARE AGREEMENT DATED 12/01/2023 | TELLERMATE INC<br>3600 MANSELL RD STE 500<br>ALPHARETTA, GA 30022 |
| **2.628** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #334 - Temecula-Winchester Rd | TEMECULA MARKETPLACE, LLC<br>T0008131<br>4995 MURPHY CANYON ROAD, SUITE 100<br>SAN DIEGO, CA 92123-4365 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #399 - Sun Valley | TERRAMAR RETAIL CENTERS LLC<br>4695 MACARTHUR COURT, SUITE 700<br>NEWPORT BEACH, CA 92660 |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #154 - Fresno | THE JEFF AND VELVET JUE FAMILY TRUST (12<br>C/O DANA BUTCHER ASSOCIATES<br>6475 N PALM AVE #101<br>FRESNO, CA 93704 |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROGRAM ADMINISTRATION AGREEMENT DATED 11/01/2018 | THE KENDALL COMPLIANCE GROUP INC<br>33175 TEMECULA PARKWAY<br>SUITE A 311<br>TEMECULA, CA 92592 |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENVIRONMENTAL COMPLIANCE PROGRAM MANAGEMENT, DATED 01/08/2021 | THE KENDALL COMPLIANCE GROUP INC<br>33175 TEMECULA PKWY<br>STE A-311<br>TEMECULA, CA 92592 |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | KENDALL COMPLIANCE GROUP, INC. DATED 02/01/2021 | THE KENDALL COMPLIANCE GROUP, INC.<br>33175 TEMECULA PKWY<br>STE A-311<br>TEMECULA, CA 92592-7311 |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 02/01/2021 | THE KENDALL COMPLIANCE GROUP, INC.<br>33175 TEMECULA PARKWAY<br>SUITE A-311<br>TEMECULA, CA 92592 |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 01/08/2021 | THE KENDALL COMPLIANCE GROUP, INC.<br>33175 TEMECULA PARKWAY<br>SUITE A-311<br>TEMECULA, CA 92592 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | YUBAN COFFEE SPECIAL STICKERING DATED 10/21/2021 | THE KRAFT HEINZ COMPANY<br>200 EAST RANDOLPH<br>ST SUITE 7600<br>CHICAGO, IL 60601 |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0069-L - Arcadia | THE NIKI GROUP, LLC<br>11720 EL CAMINO REAL, SUITE 250<br>SAN DIEGO, CA 92130 |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0116-L - Phoenix | THE NIKI GROUP, LLC<br>11720 EL CAMINO REAL, SUITE 250<br>SAN DIEGO, CA 92130 |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0123-L - Rialto | THE NIKI GROUP, LLC<br>11720 EL CAMINO REAL, SUITE 250<br>SAN DIEGO, CA 92130 |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0315-L - North Hollywood - Laurel Canyon | THE NIKI GROUP, LLC - 99H1<br>11720 EL CAMINO REAL, SUITE 250<br>SAN DIEGO, CA 92130 |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #380 - Corona - McKinley | THE PRICE REIT, INC.<br>PO BOX 30344<br>TAMPA, FL 33630 |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0338-L - Palm Desert-Monterey | THE SCOTT FAMILY TRUST<br>19342 TRINO CIRCLE<br>YORBA LINDA, CA 92886 |

Debtor   99 Cents Only Stores LLC

Name

Case number (If known):   24-10721 (JKS)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #416 - Citrus Heights - Greenback | THE STOVAL FAMILY TRUST<br>B&Z PROPERTIES, INC.<br>2882 PROSPECT PARK DRIVE, SUITE 250<br>RANCHO CORDOVA, CA 95670 |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DISTRIBUTION AGREEMENT DATED 04/29/2022 | THE VISTAR DIVISION OF PERFORMANCE FOOD GROUP, INC.<br>188 INVERNESS DRIVE WEST<br>SUITE 800<br>ENGLEWOOD, CO 80112 |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0243-L - Green Valley | TNG GREEN VALLEY, LP<br>11720 EL CAMINO REAL, STE. 250<br>SAN DIEGO, CA 92130 |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #403 - South El Monte-Durfee | TORRES SOUTH EL MONTE, LLC<br>C/O ROBERTA A. TORRES<br>P.O. BOX 39503<br>DOWNEY, CA 90239 |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #355 - Signal Hill-Willow | TOWN AND COUNTRY MANAGEMENT<br>PO BOX 931222<br>LOS ANGELES, CA 90093 |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #125 - Highland Park | TOWNE INVESTMENT COMPANY<br>4 PARK PLAZA, SUITE 830<br>IRVINE, CA 92614 |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #436 - Fairfield - N Texas St | TRESTLE FAIRFIELD, LLC<br>3005 DOUGLAS BLVD., #200<br>ROSEVILLE, CA 95661 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT SERVICES AGREEMENT DATED 05/23/2023<br><br>TRIMBLE MAPS, INC.<br>1 INDEPENDENCE WAY<br>SUITE 400<br>PRINCETON, NJ 08540 |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #132 - L.V. - Tropicana<br><br>TROP NELLIS LLC<br>C/O AGORA REALTY AND MANAGEMENT<br>4764 PARK GRANADA STE 200<br>CALABASAS, CA 91302 |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #211 - Las Vegas, Beltway<br><br>TROPICANA PALM PLAZA LLC<br>C/O LUCESCU REALTY ASSET SERVICES, INC<br>500 NEWPORT CENTER DRIVE., SUITE 550<br>NEWPORT BEACH, CA 92660 |
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #384 - Tustin - Newport<br><br>TUSTIN PLAZA CENTER, L.P.,<br>C/O AMERICA WEST PROPERTIES<br>22541 ASPAN ST., SUITE H<br>LAKE FOREST, CA 92630 |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETAIL PX STICKER AGREEMENT DATED 04/08/2019<br><br>U.S. MERCHANTS<br>8737 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90211 |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MAG+ INSURANCE POLICY DATED 02/27/2023<br><br>U.S. SPECIALTY INSURANCE COMPANY<br>8 FOREST PARK DRIVE<br>FARMINGTON, CT 06032 |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MAG+ INSURANCE POLICY DATED 03/31/2023<br><br>U.S. SPECIALTY INSURANCE COMPANY<br>8 FOREST PARK DRIVE<br>FARMINGTON, CT 06032 |

| Debtor | 99 Cents Only Stores LLC | Case number (If known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | DC ADVISORY CONSULTING SERVICES AGREEMENT DATED 10/09/2014 | UBS FINANCIAL SERVICES INC |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMENDMENT TO CONSULTING SERVICES AGREEMENT DATED 02/24/2015 | UBS FINANCIAL SERVICES INC. |
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMENDMENT TO DC ADVISORY SERVICES AGREEMENT DATED 10/09/2014 | UBS FINANCIAL SERVICES, INC. |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease for Store #451 - Tempe, AZ | UNIFIED-NIKI II, LLC<br>11720 EL CAMINO REAL, SUITE 250<br>SAN DIEGO, CA 92130 |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | TEXTILE RENTAL SERVICE AGREEMENT DATED 01/29/2016 | UNIFIRST CORPORATION<br>68 JONSPLN ROAD<br>WILMINGTON, MA 01887 |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMENDMENT NO. 3 DATED 02/12/2021 | UNIFIRST CORPORATION<br>68 JONSPLN ROAD<br>WILMINGTON, MA 01887 |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMENDMENT NO. 2 DATED 01/19/2019 | UNIFIRST CORPORATION<br>68 JONSPLN ROAD<br>WILMINGTON, MA 01887 |

| Debtor | 99 Cents Only Stores LLC | | Case number (if known): 24-10721 (JKS) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TEXTILE RENTAL SERVICE AGREEMENT DATED 06/17/2016 | UNIFIRST CORPORATION<br>68 JONSPIN ROAD<br>WILMINGTON, MA 01887 |
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 DATED 06/17/2016 | UNIFIRST CORPORATION<br>68 JONSPLN ROAD<br>WILMINGTON, MA 01887 |
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0112-DL - Rowland Heights | UNITED FAMILY LIMITED PARTNER<br>46 E. PENINSULA CENTER #366<br>ROLLING HILLS ESTATES, CA 90274 |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0107-L - Upland | UPLAND VILLAGE CENTER, LLC<br>580 BROADWAY, SUITE 117<br>LAGUNA BEACH, CA 92651 |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #364 - Inglewood-Imperial | UPSIDE CRENSHAW HOLDING, LLC<br>24025 PARK SORRENTO, SUITE 300<br>CALABASAS, CA 91302 |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RETAIL PX STICKER AGREEMENT DATED 04/15/2019 | US MERCHANTS<br>8737 WILSHIRE BLVD.<br>ATTN: DAISY FISHER<br>BEVERLY HILLS, CA 90211 |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #52 - El Monte | VALLEY RAMONA SHOPPING PLAZA<br>1815 PASEO DEL SOL<br>PALOS VERDES ESTATES, CA 90274 |

| Debtor | 99 Cents Only Stores LLC | Case number (If known): 24-10721 (JKS) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | BANK CARD MERCHANT AGREEMENT DATED 04/01/2016 | VANTIV, LLC<br>8500 GOVERNORS HILL DRIVE<br>SYMMES  TOWNSHIP, OH 45249-1384 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | CHEMICAL MANAGEMENT DATED 10/21/2019 | VELOCITYEHS<br>222 MERCHANDISE MART PLAZA<br>SUITE 1750<br>CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #264 - Stockton March Lane | VENETIAN GARDENS INVESTMENT COMPANY<br>C/O DUCKETT-WILSON DEVELOPMENT COMPANY<br>11150 SANTA MONICA BLVD, SUITE 760<br>LOS ANGELES, CA 90025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 03/10/2022 | VENFORCE INC.<br>21088 TAMARIND CT.<br>CUPERTINO, CA 95014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 03/13/2022 | VENFORCE, INC<br>21088 TAMARIND CT.<br>CUPERTINO, CA 95014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #28 - Temple City | VHD INVESTMENT INC.<br>1460 MONTEREY PASS ROAD, #D<br>MONTEREY PARK, CA 91754 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #213 - Ventura - Victoria | VICTORIA VILLAGE, LLC<br>5725 RALSTON STREET, SUITE 200<br>VENTURA, CA 93003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  99 Cents Only Stores LLC                                    Case number (if known):  24-10721 (JKS)
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #35 - Santa Monica<br><br>VICTORIO STIUSO<br>2655 30TH ST., #103<br>SANTA MONICA, CA 90405 |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BENEFITS AGREEMENT DATED 09/01/2021<br><br>VISION SERVICE PLAN<br>3333 QUALITY DRIVE<br>RANCHO CORDOVA, CA 95670 |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISTRIBUTION AGREEMENT DATED 04/29/2022<br><br>VISTAR DIVISION OF PERFORMANCE FOOD GROUP, INC.<br>188 INVERNESS DRIVE WEST<br>SUITE 800<br>ENGLEWOOD, CO 80112 |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 10/13/2023<br><br>VIXXO CORPORATION<br>7000 EAST SHEA BLVD.<br>SUITE H 1970<br>ATTENTION: PRESIDENT AND CEO<br>SCOTTSDALE, AZ 85254 |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 12/31/2018<br><br>VIXXO CORPORATION<br>11333 N. SCOTTSDALE ROAD<br>SUITE 160<br>SCOTTSDALE, AZ 85254 |
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #87 - Woodland Hills<br><br>VONS, INC.<br>5918 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Store #219 - Apache Junction<br><br>VTA LTD<br>10982 ROEBLING AVE, STE 203A BOX D<br>LOS ANGELES, CA 90024 |

| Debtor | 99 Cents Only Stores LLC | Case number (if known): 24-10721 (JKS) |
| --- | --- | --- |
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #394 - LA - Crenshaw | WA PLAZA<br>C/O APEX REALTY, INC.<br>5858 WILSHIRE BLVD., SUITE 301<br>LOS ANGELES, CA 90036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MASTER SERVICES AGREEMENT DATED 04/21/2021 | WASTE MANAGEMENT NATIONAL SERVICES INC<br>415 DAY HILL ROAD<br>WINDSOR, CT 06095 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/01/2017 | WASTE MANAGEMENT NATIONAL SERVICES, INC<br>415 DAY HILL ROAD<br>WINDSOR, CT 06095 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #228 - Antioch | WHELDON INVESTMENTS, LLC<br>16425 SW HILLSBORO HWY.<br>HILLSBORO, OR 97123 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Store #282 - Phoenix South | WILLIAM B. MALOUF, LLC<br>609 N SCOTTSDALE ROAD, SUITE D<br>SCOTTSDALE, AZ 85257 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO AGREEMENT DATED 08/31/2021 | WINDSTREAM<br>PO BOX 9001013<br>LOUISVILLE, KY 40290-1013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO AGREEMENT DATED 05/01/2017 | WINDSTREAM<br>PO BOX 9001013<br>LOUISVILLE, KY 40290-1013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  99 Cents Only Stores LLC                                    Case number (if known):  24-10721 (JKS)
        Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.692** State what the contract or lease is for and the nature of the debtor's interest — NETWORK AGREEMENT DATED 05/01/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | WINDSTREAM <br> PO BOX 9001013 <br> LOUISVILLE, KY 40290-1013 |
| **2.693** State what the contract or lease is for and the nature of the debtor's interest — Lease for Store #404 - Boulder City - Buchanan <br><br> State the term remaining <br><br> List the contract number of any government contract | WINKLER PROPERTIES LP <br> 32932 PACIFIC COAST HWY., SUITE #14-487 <br> DANA POINT, CA 92629 |
| **2.694** State what the contract or lease is for and the nature of the debtor's interest — THE BANK CARD MERCHANT AGREEMENT DATED 03/31/2016 <br><br> State the term remaining <br><br> List the contract number of any government contract | WORLDPAY, LLC <br> 8500 GOVERNORS HILL DRIVE <br> SYMMES TOWNSHIP, OH 45249 |
| **2.695** State what the contract or lease is for and the nature of the debtor's interest — BANK CARD MERCHANT AGREEMENT DATED 03/31/2016 <br><br> State the term remaining <br><br> List the contract number of any government contract | WORLDPAY, LLC <br> 8500 GOVERNORS HILL DRIVE <br> SYMMES TOWNSHIP, OH 45249 |
| **2.696** State what the contract or lease is for and the nature of the debtor's interest — BANK CARD MERCHANT AGREEMENT DATED 09/13/2022 <br><br> State the term remaining <br><br> List the contract number of any government contract | WORLDPAY, LLC <br> 8500 GOVERNORS HILL DRIVE <br> SYMMES TOWNSHIP, OH 45249 |
| **2.697** State what the contract or lease is for and the nature of the debtor's interest — MASTER RENTAL AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | YALE/CHASE EQUIPMENT AND SERVICES, INC <br> 2615 PELLISSIER PLACE <br> INDUSTRY, CA 91749 |
| **2.698** State what the contract or lease is for and the nature of the debtor's interest — MASTER RENTAL AGREEMENT DATED 03/01/2019 <br><br> State the term remaining <br><br> List the contract number of any government contract | YALE/CHASE EQUIPMENT AND SERVICES, INC. <br> 2615 PELLISSIER PLACE <br> WHITTIER, CA 90601 |

Debtor    99 Cents Only Stores LLC
_____
Name

Case number (if known):    24-10721 (JKS)
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.699** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #209 - Sacramento - Folsom<br><br>YIP HOLDINGS THREE, LLC<br>PO BOX 5161<br>REDWOOD CITY, CA 94063 |
| **2.700** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #0254-L - Apple Valley<br><br>YOGI UNLIMITED LLC<br>13312 RANCHERO RD., 18-238<br>OAK HILLS, CA 92344 |
| **2.701** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Lease for Store #122 - Placentia<br><br>YORBA LINDA, LP<br>C/O: CHRIS BURNS<br>5440 MOREHOUSE DRIVE, SUITE 4000<br>SAN DIEGO, CA 92121 |
| **2.702** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROSOFT VOLUME LICENSING<br><br>ZONES, INC.<br>1102 15TH STREET SW<br>SUITE 102<br>AUBURN, WA 98001 |
| **2.703** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE SUBSCRIPTION AGREEMENT DATED 07/24/2020<br><br>ZOOM VIDEO COMMUNICATIONS, INC.<br>55 ALMADEN BLVD<br>SUITE 600<br>ATTENTION OF: LEGAL<br>SAN JOSE, CA 95113 |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name        99 Cents Only Stores LLC

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    24-10721 (JKS)

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | 99 Cents Only Stores Texas, Inc. | 1730 Flight Way Suite 100 Tustin, CA 92782 | ROYAL BANK OF CANADA | ☑ D ☐ E/F ☐ G |
| 2.2 | 99 Cents Only Stores Texas, Inc. | 1730 Flight Way Suite 100 Tustin, CA 92782 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.3 | Number Holdings, Inc. | 1730 Flight Way Suite 100 Tustin, CA 92782 | ROYAL BANK OF CANADA | ☑ D ☐ E/F ☐ G |
| 2.4 | Number Holdings, Inc. | 1730 Flight Way Suite 100 Tustin, CA 92782 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.5 | | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  99 Cents Only Stores LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  24-10721 (JKS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule  _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/22/2024
MM / DD / YYYY

X  /s/ Christopher J. Wells
Signature of individual signing on behalf of debtor

Christopher J. Wells
Printed name

Chief Restructuring Officer
Position or relationship to debtor