IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10719 (JKS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: D.I. 625** |

Upon consideration of the *Motion of the Debtors for Leave to File Late Reply in Response to Sale Objections and Objections to Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases* (the "Motion for Leave"),[2] it is hereby ORDERED that:

1. The Motion for Leave is GRANTED.

2. The Debtors are authorized to file the Reply.

Dated: May 24th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion for Leave.