## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) Case No. 24-10719 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### NOTICE OF STATUS CONFERENCE FOR MAY 28, 2024, AT 10:00 A.M.

**PLEASE TAKE NOTICE** that, at the direction of the Court, a status conference regarding the *Certification Of Counsel Regarding Order (A) Approving The Sale Of Certain Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) Authorizing The Debtors To Assume, Assign And Sell That Certain Non-Residential Real Property Lease With Respect To The Asset Purchase Agreement Between Ollies Bargain Outlet, Inc. And OBO Ventures, Inc And Debtors With Respect To Store #2831, The Montgomery Plaza Leasehold; And (C) Granting Related Relief* (D.I. 717) will take place remotely before The Honorable J. Kate Stickles on **May 28, 2024, at 10:00 a.m.**, via Zoom.

**PLEASE TAKE FURTHER NOTICE** that in order to participate in the status conference you must register using eCourt Appearance: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl or on the Court's website at www.deb.uscourts.gov on or before **May 27, 2024, at 4:00 p.m. (ET)**. Once registered, participants will receive a confirmation email with directions for the status conference.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Dated: May 24, 2024  **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

*/s/ Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email:    rdehney@morrisnichols.com
    mtalmo@morrisnichols.com
    jweyand@morrisnichols.com
    ewilliamson@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:    ddunne@milbank.com
    mprice@milbank.com
    ldoyle@milbank.com
    bkinney@milbank.com

*Proposed Co-Counsel for Debtors in Possession*