# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 719** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (the "Debtors") hereby withdrawal the *Notice of Status Conference for May 28, 2024, at 10:00 A.M.* [D.I. 719] without prejudice.

(*Remainder of page intentionally left blank*)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

| | |
|---|---|
| Dated: May 24, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:   (302) 658-9200<br>Facsimile:    (302) 658-3989<br>Email:         rdehney@morrisnichols.com<br>                    mtalmo@morrisnichols.com<br>                    jweyand@morrisnichols.com<br>                    ewilliamson@morrisnichols.com<br><br>- and -<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>Brian Kinney, Esq. (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:         ddunne@milbank.com<br>                    mprice@milbank.com<br>                    ldoyle@milbank.com<br>                    bkinney@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |