IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) ) ) | Case No. 24-10719 (JKS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |

## NOTICE OF STATUS CONFERENCE FOR MAY 28, 2024, AT 10:30 A.M.

**PLEASE TAKE NOTICE** that, at the direction of the Court, a status conference regarding the *Certification Of Counsel Regarding Order (A) Approving The Sale Of Certain Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) Authorizing The Debtors To Assume, Assign And Sell That Certain Non-Residential Real Property Lease With Respect To The Asset Purchase Agreement Between Ollies Bargain Outlet, Inc. And OBO Ventures, Inc And Debtors With Respect To Store #2831, The Montgomery Plaza Leasehold; And (C) Granting Related Relief* (D.I. 717) will take place remotely before The Honorable J. Kate Stickles on **May 28, 2024, at 10:30 a.m.**, via Zoom.

**PLEASE TAKE FURTHER NOTICE** that in order to participate in the status conference you must register using eCourt Appearance: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl or on the Court's website at www.deb.uscourts.gov on or before **May 27, 2024, at 4:00 p.m. (ET)**. Once registered, participants will receive a confirmation email with directions for the status conference.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

| | |
|---|---|
| Dated: May 24, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:   (302) 658-9200<br>Facsimile:   (302) 658-3989<br>Email:   rdehney@morrisnichols.com<br>            mtalmo@morrisnichols.com<br>            jweyand@morrisnichols.com<br>            ewilliamson@morrisnichols.com<br><br>- and -<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq.  (admitted *pro hac vice*)<br>Brian Kinney, Esq.  (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:   (212) 530-5219<br>Email:   ddunne@milbank.com<br>            mprice@milbank.com<br>            ldoyle@milbank.com<br>            bkinney@milbank.com<br><br>*Proposed Co-Counsel for Debtors in Possession* |