# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
## JUNE 4, 2024, AT 1:00 P.M. (EASTERN TIME)

> This proceeding will be conducted **in-person**.
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Court's website.

## ADJOURNED MATTERS

1. Motion of U.S. Merchants for Allowance and Request for Payment of Administrative Expense Claim Pursuant to Section 503(B)(9) Claims, (II) an Amended Schedules Bar Date and Rejection Damages Bar Date, (III) an Initial Administrative Claims Bar Date, (IV) Approving the Form and Manner of Filing of Claims, (V) Approving Notices of Bar Dates, and (VI) Granting Related Relief (D.I. 569, filed 5/16/24).

    Objection Deadline:  May 28, 2024, at 4:00 p.m. (ET).

    Responses Received:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030).  The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Related Documents:

Status:  This matter has been adjourned to the omnibus hearing scheduled for July 11, 2024, at 1:00 p.m. (ET).

2. Motion of Pontea Davoud for Relief from the Automatic Stay (D.I. 591, filed 5/17/24).

   Objection Deadline:  May 28, 2024, at 4:00 p.m. (ET).

   Responses Received:

   a) Objection of Safety National Casualty Corporation as to Motion of Pontea Davoud for Relief from the Automatic Stay (D.I. 736, filed 5/28/24).

   Related Documents: None at this time.

   Status:  This matter has been adjourned to the omnibus hearing scheduled for July 11, 2024, at 1:00 p.m. (ET).

3. Application of Nova Manna, Inc. for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(9) of the Bankruptcy Code (D.I. 610, filed 5/20/24).

   Objection Deadline:  May 29, 2024, at 4:00 p.m. (ET); extended to July 1, 2024, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status:  This matter has been adjourned to the omnibus hearing scheduled for July 11, 2024, at 1:00 p.m. (ET).

**MATTERS GOING FORWARD**

4. Debtors' Motion for Entry of an Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors' Entry into One or Multiple Asset Purchase Agreements, (B) Sales(s) Free and Clear of All Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 171, filed 4/16/24).

   Contract Objection Deadline: May 14, 2024, at 4:00 p.m. (ET); extended as agreed between the Debtors and various landlord counterparties; extended until May 16, 2024, at 4:00 p.m. (ET) for the Orange County Treasurer-Tax Collector; extended until May 20, 2024, at 4:00 p.m. (ET) for Red Hill Village, LLC.

Contract Objections Going Forward:

a) Limited Objection of KRCX Price Reit, LLC, PK II Creekside Center, LP, Kimco Realty OP, LLC and WRI Charleston Commons, LLC (Collectively "Kimco Landlords") to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 486, filed 5/13/24);

b) Objection by Chills99, LLC; Upland Village Center, LLC; 99WHTLNE, LLC; 99 Olives, LLC; Kings WP5, LLC; Sierra Fontana 99, LLC, SC Pico Plaza, LLC; and CP Wood, LLC to Proposed Cure Claim Amount with Respect to Unexpired Leases (D.I. 523, filed 5/14/24);

c) Objection of Maricopa AZ Investments, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 528, filed 5/14/24);

d) Objection of Mira Mesa Shopping Center – West LLC to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 540, filed 5/14/24);

e) Objection of Franklin Family Partnership to Assumption and Assignment of Lease (D.I. 593, filed 5/17/24);

f) Supplemental Objection of Franklin Family Partnership Regarding Cure Issues, and Objection Regarding Adequate Assurance, in Connection with Proposed Assumption and Assignment of Lease to Socal Dollar Store LLC (D.I. 733, filed 5/28/24);

g) Objection by Sierra Fontana 99, LLC and CP Wood, LLC to Assumption and Assignment of Lease Due to Lack of Adequate Assurance of Future Performance (D.I. 753, filed 5/30/24);

h) One Crenshaw LLC's Objection to Potential Assumption and Assignment of Unexpired Lease, and to Adequate Assurance of Future Performance (D.I. 754, filed 5/30/24); and

Adjourned or Mooted Contract Objections:

a) Informal response received from L&S Investment Company;

b) Objection of Betteravia 2002, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 478, filed 5/10/24);

c)     Objection of 1820 W. 182nd St., LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 492, filed 5/13/24);

d)     Objection to Kin Properties, Inc., and Certain Affiliated Landlords to Notices of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 493, filed 5/13/24);

e)     Limited Objection of Ralph Edwards Productions, Inc to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 496, filed 5/13/24);

f)     Limited Objection of Mar, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 498, filed 5/13/24);

g)     Objection of Beaty, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 499, filed 5/13/24);

h)     Limited Objection to Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 501, filed 5/13/24);

i)     Objection of Citrus Crossing Properties Fee, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 502, filed 5/13/24);

j)     Objection of Plaza Four General Partnership and Certain Affiliates Landlords to Notices of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 504, filed 5/13/24);

k)     Limited Objection of FTT Village Fair North, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 507, filed 5/14/24);

l)     Limited Objection of B33 Valley Central II, LLC to Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 508, filed 5/14/24);

m)     Limited Objection to Freeway Firestone, LLC to Notice and Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 509, filed 5/14/24);

n)     Objection of NG19, LP and Its Affiliated Entities to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 510, filed 5/14/24);

o)      Objection of Gerald I Fein and Joyce E. Fein, Co-Trustees of the Fein Family Trust to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 511, filed 5/14/24);

p)      Gessner Square Ltd.'s Objection to: (A) Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts and (B) Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 512, filed 5/14/24);

q)      Objection by 15501 Gardena, LLC to Proposed Cure Amount with Respect to an Unexpired Lease and Declaration of John Rich (D.I. 513, filed 5/14/24);

r)      Limited Objection of SGISMFederal, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amount (D.I. 515, filed 5/14/24);

s)      KRG Houston New Forest, LLC's Objection to Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 516, filed 5/14/24);

t)      Objection of Bhullar Investments and Bhullar Properties LLC to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 519, filed 5/14/24);

u)      Objection by Gordean Family Property Management, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amount and Declaration of Ruth Gordean Janka (D.I. 520, filed 5/14/24);

v)      Limited Objection of Tropicana & Nellis to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 521, filed 5/14/24);

w)      Limited Objection and Reservation of Rights of 3365 Lavco, LLC to Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 522, filed 5/14/24);

x)      Limited Objection and Reservation of Rights of Oracle Limberlost Shopping Center, LLC to 99WHTLNE, LLC (D.I. 524, filed 5/14/24);

y)      Amended Objection of Betteravia 2002, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 525, filed 5/14/24);

z)      Melrose Investment Company, LLC's Objection to Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 527, filed 5/14/24);

aa) Response and Reservation of Multiple Landlords to Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 529, filed 5/14/24);

bb) Limited Objection and Reservation of Rights of CCA-Tooele Towne Center LLC to Debtors' Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 530, filed 5/14/24);

cc) Objection of Kent Holding LLC to Assumption and Assignment of Lease (D.I. 531, filed 5/14/24);

dd) Objection of Haagen Company, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 533, filed 5/14/24);

ee) Limited Objection and Reservation of Rights of Home Depot U.S.A., Inc. to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 534, filed 5/14/24);

ff) Limited Objection and Reservation of Rights of DeRito Talking Stick North, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 535, filed 5/14/24);

gg) Limited Objection of 5950 West Jefferson, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 536, filed 5/14/24);

hh) Objection of American National Insurance Company to Cure Amount Stated in Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 537, filed 5/14/24);

ii) Objection of Albertson's LLC and the Vons Companies, Inc. to Potential Assumption of Unexpired Leases, Cure Amounts, and Adequate Assurance (D.I. 539, filed 5/14/24);

jj) Limited Objection and Reservation of Rights of Conroy Family Trust to Debtors' Notice of Potential Assumption of Executory Contracts on Unexpired Leases and Cure Amounts (D.I. 543, filed 5/14/24);

kk) Limited Objection and Reservation of Rights of MIDEB Nominees, Inc. to Debtors' Amended Notice of Potential Assumption of Executory Contracts, Unexpired Leases and Cure Amounts (D.I. 545, filed 5/14/24);

ll) Supplement to Limited Objection to Debtors' Amended Notice of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 563, filed 5/15/24);

mm)     Notice and Limited Objection of Brickstar Capital, LLC to Cure Based Upon Charges for Common Area Maintenance That Are Not Yet Due (D.I. 564, filed 5/15/24);

nn)     Ming & Stine Shopping Center, LLC's Objection to Potential Assumption of Unexpired Lease, Cure Amount, and Adequate Assurance (D.I. 571, filed 5/16/24);

oo)     Preliminary Objection and Reservation of Rights of Taratino Properties, Inc. to Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 573, filed 5/16/24);

pp)     Yorba Linda, LP Objection to Potential Assumption of Unexpired Lease, Cure Amount, and Adequate Assurance (D.I. 597, filed 5/17/24);

qq)     Moose Holding Company, LLC's Reservation of Rights Regarding Debtors' Motion for Assumption and Assignment of Proposed Unexpired Lease of Non-Residential Real Property (D.I. 604, filed 5/20/24);

rr)     Objection to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 609, filed 5/20/24);

ss)     Limited Objection and Reservation of Rights of Orange Carson, LLC to Debtors' Amended Notice of Potential Assumption of Executory Contracts of Unexpired Leases and Cure Amounts (D.I. 611, filed 5/20/24);

tt)     Objection Of The Niki Group Landlords To Debtors' Notice Of Assumption And Assignment Of Certain Unexpired Leases To Dollar Tree Stores, Inc. (D.I. 643, filed 5/22/2024);

uu)     Objection of NG19, LP to Assumption and Assignment of its Unexpired Lease to Dollar Tree Stores, Inc. (D.I. 647, filed 522/24);

vv)     Objection of 99SD Holdings, LLC To Debtors Notice of Assumption Of Executory Contracts Or Unexpired Leases and Cure Amounts (D.I. 651, filed 5/22/24);

ww)     Limited Objection and Reservation of Rights of Lake Forest Marketplace, LLC To Debtors Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 692, filed 5/23/24);

xx)     Second Amended Objection of Betteravia 2002, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 730, filed 5/28/24);

yy)     Limited Objection by 99Whtlne, LLC, Upland Village Center, LLC, and 99 Olives, LLC to Assumption and Assignment of Lease and Amendment of Cure Claims Objection (D.I. 755, filed 5/30/24); and

zz)     Third Amended Objection of Betteravia 2002, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 756, filed 5/30/24).

Related Documents:

a)     Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 344, filed 5/2/24);

b)     Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors Entry Into One or Multiple Asset Purchase Agreements, (B) Sale(s) Free and Clear of all Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 463, entered 5/9/24);

c)     Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 482, filed 5/10/24);

d)     Declaration of Michel Bolour in Support of Objection of Beaty, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 500, filed 5/13/24);

e)     Amended Declaration of Michel Bolour in Support of Objection of Beaty, LLC to Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 518, filed 5/1/24);

f)     Declaration of Bonaparte H. Liu in Support of the Objection to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 612, filed 5/20/24);

g)     Notice of Adjourned Cure Objections (D.I. 619, filed 5/20/24);

h)     Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases (and Abandonment of Property related thereto) (D.I. 666, filed 5/22/24);

i)     Order (I) Approving the Purchase Agreement Among Debtors and Buyer, (II) Authorizing the Sale of Designation Rights to Certain Leases Free and Clear of Liens, Claims, Interests, and Encumbrances, (III) Approving Assignment and

        Assumption Procedures for the Designated Leases and (IV) Granting Related Relief (D.I. 699, entered 5/24/24);

j)     Order (I) Authorizing the Debtors Entry Into Asset Purchase Agreements, (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts, and (IV) Granting Related Relief (D.I. 707, entered 5/24/24);

k)     Order (I) Authorizing the Sale of Certain Leases Free and Clear of All Encumbrances, (II) Approving the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts, and (III) Granting Related Relief (D.I. 709, entered 5/24/24);

l)     Order (A) Approving the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Authorizing the Debtors to Assume, Assign and Sell Certain Non-Residential Real Property Leases; and (C) Granting Related Relief with Respect to the Asset Purchase Agreement Between Ollies Bargain Outlet, Inc. and OBO Ventures, Inc. and Debtors Other than for Store #2831, the Montgomery Plaza Leasehold (D.I. 710, entered 5/24/24);

m)     Notice of Adjourned Cure Objections (D.I. 739, filed 5/28/24); and

n)     Order (A) Approving the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests; (B) Authorizing the Debtors to Assume, Assign and Sell Certain Non-Residential Real Property Leases; and (C) Granting Related Relief with Respect to the Asset Purchase Agreement Between Ollies Bargain Outlet, Inc. and OBO Ventures, Inc. and Debtors with Respect to Store #2831, the Montgomery Plaza Leasehold; and (C) Granting Related Relief (D.I. 744, filed 5/29/24).

Status: All objections listed under "Adjourned or Mooted Contract Objections" have been adjourned to a date to be determined or have been mooted by the Notice of Rejection filed at D.I. 666. All objections listed under "Contract Objections Going Forward" are going forward. The Kimco Landlord's objection (D.I. 486) has been resolved regarding store #105. The Debtors are negotiating with parties regarding the objections of Maricopa AZ Investments, LLC (D.I. 528) and Mira Mesa Shopping Center – West LLC (D.I. 540) and expect to resolve them before the hearing.

5.     Debtors' Motion for Entry of an Order Establishing (I) Bar Dates for Filing Proofs of Claim, Including Section 503(B)(9) Claims, (II) an Amended Schedules Bar Date and Rejection Damages Bar Date, (III) an Initial Administrative Claims Bar Date, (IV) Approving the Form and Manner of Filing of Claims, (V) Approving Notices of Bar Dates, and (VI) Granting Related Relief (D.I. 565, filed 5/15/24).

Objection Deadline: May 29, 2024, at 4:00 p.m. (ET); extended to May 31, 2024, at 4:00 p.m. for Brixmor Holdings 12 SPE, LLC and Buckingham Plaza Limited Partnership.

Responses Received:

a) Informal comments from the U.S. Trustee; and

b) Informal comments from Brixmor Holdings 12 SPE, LLC and Buckingham Plaza Limited Partnership.

Related Documents:

a) Amended Notice of Debtors' Motion for Entry of an Order Establishing (I) Bar Dates for Filing Proofs of Claim, Including Section 503(B)(9) Claims, (II) an Amended Schedules Bar Date and Rejection Damages Bar Date, (III) an Initial Administrative Claims Bar Date, (IV) Approving the Form and Manner of Filing of Claims, (V) Approving Notices of Bar Dates, and (VI) Granting Related Relief ([D.I. 585](D.I. 585), filed 5/17/24).

Status:  This matter is going forward.

| | |
|---|---|
| Dated: May 31, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@morrisnichols.com<br>mtalmo@morrisnichols.com<br>jweyand@morrisnichols.com<br>csawyer@morrisnichols.com |

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
mprice@milbank.com
ldoyle@milbank.com
bkinney@milbank.com

*Co-Counsel for Debtors in Possession*