UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NUMBER HOLDINGS, INC,** *et al.,*<br><br>        Debtors. | Chapter 11<br><br>Case No. 24-10719 (JKS)<br><br>(Jointly Administered)<br><br>Ref. D.I. 454 and 596 |

### NOTICE OF THE WITHDRAWAL OF ALFRED J. LAKRITZ AND JUDITH A. LAKRITZT'S RESERVATION OF RIGHTS TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES TO DOLLAR TREE STORES, INC.

PLEASE TAKE NOTICE THAT Alfred J. Lakritz And Judith A. Lakritz (the "Lakritzs"), through their counsel, Leech Tishman Fuscaldo & Lampl, LLC, hereby withdraw their limited reservation of rights in response to the Debtors' Notice of Assumption and Assignment of Certain Unexpired Leases to Dollar Tree Stores, Inc. [D.I. 723] filed on May 28, 2024.

Dated: June 4, 2024
      Wilmington, Delaware

Respectfully submitted,

 /s/Jeffrey M. Carbino
Jeffrey M. Carbino (DE No. 4062)
LEECH TISHMAN FUSCALDO & LAMPL, LLC
1007 N. Orange Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 985-9805; (610)639-3695
Email: jcarbino@leechtishman.com

*Attorneys for the Anthony J. Latritz and Judith A. Latritz*

1