## Number Holdings, Inc. - 24-10719-JKS
### 6/4/24

| First | Middle | Last | Firm | State | Rep | Via |
|---|---|---|---|---|---|---|
| Jason | | Adams | Kelley Drye & Warren LLP | NY | Unsecured Creditors' Counsel | Video and Audio |
| Levi | | Akkerman | Potter Anderson & Corroon | DE | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Jason | D. | Angelo | Reed Smith LLP | DE | Wilmington Trust, N.A. | Video and Audio |
| Robert | D. | Bass | Robert D. Bass | OR | ralph edwards productions, inc. | Video and Audio |
| Chase | | Bentley | Weil, Gotshal & Manges LLP | NY | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Joshua | | Brooks | Landis Rath & Cobb LLP | DE | TC Lending, Inc. | Video and Audio |
| Jason | | Brothers | Dollar Tree Stores, Inc. | VA | Dollar Tree | Video and Audio |
| Nicholas | | Buchta | Jones Day | OH | Dollar Tree | Video and Audio |
| Christine | | Campanelli | Sixth Street Specialty Lending | NY | Sixth Street Specialty Lending | Video and Audio |
| Jeffrey | M. | Carbino | Leech Tishman Fuscaldo & Lampl | DE | Kravitz | Video and Audio |
| Christian | | Chiles | Dollar Tree Stores, Inc. | VA | Dollar Tree | Video and Audio |
| M. | Blake | Cleary | Potter Anderson & Corroon LLP | DE | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Richard | Scott | Cobb | Landis Rath & Cobb LLP | DE | TC Lending, Inc. | Video and Audio |
| Alexander | | Cohen | Weil, Gotshal & Manges LLP | NY | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Morris Nichols | | Conf Room | Morris Nichols Arsht & Tunnell LLP | DE | Debtors | Video and Audio |
| Dawn | M. | Coulson | Epps & Coulson, LLP | CA | eppscoulson.com | Video and Audio |
| Joseph | F. | Cudia | U.S. Trustee | DE | United States Trustee | Video and Audio |
| Robert | J. | Dehney | Morris Nichols Arsht & Tunnell LLP | DE | Debtors | Video and Audio |
| John | D. | Demmy | Saul Ewing LLP | DE | Franklin Family Partnership | Video and Audio |
| Jason | | DiBattista | Reorg | NY | Reorg | Audio Only |
| Christopher | M. | Donnelly | Morris James LLP | DE | Tarantino Properties, Inc. | Video and Audio |
| William | R | Dorward | Singer & Levick, PC | TX | Link Logistics | Video and Audio |

| First | Middle | Last | Firm | State | Client | Mode |
|---|---|---|---|---|---|---|
| Jessica | | Falk | Weil, Gotshal & Manges LLP | NY | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Logan | | Farmer | Sixth Street Specialty Lending | NY | Sixth Street Specialty Lending | Video and Audio |
| Ian | C | Ferrell | Sidley Austin LLP | IL | Royal Bank of Canada | Video and Audio |
| Scott | | Flaherty | Debtwire/press outlet | NY | | Audio Only |
| Jackson | T | Garvey | Sidley Austin LLP | IL | Royal Bank of Canada | Video and Audio |
| Andriana | | Georgallas | Weil, Gotshal & Manges LLP | NY | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Steven | W | Golden | Pachulski Stang Ziehl & Jones LLP | NY | Official Committee of Unsecured Creditors | Video and Audio |
| L. Katherine | | Good | Potter Anderson & Corroon LLP | DE | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Douglas | | Gooding | Choate, Hall & Stewart LLP | MA | Lease Counterparty | Video and Audio |
| Michael | I. | Gottfried | elkinskalt.com | CA | elkinskalt.com | Video and Audio |
| Brian | | Griffith | M3 Partners | NY | M3 Partners | Video and Audio |
| Anna | | Gumport | Sidley Austin LLP | CA | Royal Bank of Canada | Video and Audio |
| Adrienne | C | Hanley | Adrienne C. Hanley PLLC | AZ | Richard Charles Levy TR, Jean Morgan TTE | Video and Audio |
| Brett | Michael | Haywood | Potter Anderson & Corroon | DE | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Theodore | | Heckel | Pachulski Stang Ziehl & Jones LLP | TX | Official Committee of Unsecured Creditor | Video and Audio |
| Clifford | R | Horner | Horner Law Group, P.C. | CA | Plaza Four Associates, LLC | Video and Audio |
| Mark | AW | Horoupian | Greenspoon Marder | CA | Citrus Crossing Properties Fee, LLC | Video and Audio |
| Lauren | | Huber | Potter Anderson & Corroon LLP | DE | Ad Hoc Group of Secured Noteholders | Video and Audio |
| MIchael | J. | Joyce | Joyce, LLC | DE | Citrus Crossing Properties Fee, LLC | Video and Audio |
| Kunal | S. | Kamlani | M3 Partners | NY | M3 Partners | Video and Audio |
| Reuven | | Klein | proskauer.com | NY | proskauer.com | Video and Audio |
| Jennifer | | Lappe | levfininsights.com | NY | levfininsights.com | Audio Only |
| Robert | | LeHane | Kelley Drye & Warren LLP | NY | Landlord creditors | Video and Audio |

| First | Middle | Last | Firm | State | Client | Mode |
|---|---|---|---|---|---|---|
| Todd | | Littler | Dollar Tree Stores, Inc. | VA | Dollar Tree | Video and Audio |
| Alyssa | | Lozynski | Portage Point Partners | AZ | Portage Point Partners | Audio Only |
| Tamara | K | Mann | Morris Nichols Arsht & Tunnell LLP | DE | Debtors | Video and Audio |
| Emily | Rae | Mathews | Richards, Layton & Finger | DE | Dollar Tree | Video and Audio |
| Rachel | B. | Mersky | Monzack Mersky McLaughlin & Browder, PA | DE | One Crenshaw, Kimco, Brickstar | Video and Audio |
| Deborah | | Miller | Dollar Tree Stores, Inc. | VA | Dollar Tree | Video and Audio |
| Byron | Z. | Moldo | Ervin Cohen Jessup | CA | Michael Shanfeld | Video and Audio |
| Edmon | L. | Morton | Young Conaway Stargatt & Taylor, LLP | DE | Royal Bank of Canada | Video and Audio |
| David | L. | Neale | Levene Neale Bender Rankin & Brill LLP | CA | Yorba Linda, LP | Video and Audio |
| Tyler | | Okada | Weil, Gotshal & Manges LLP | NY | Weil, Gotshal & Manges LLP | Audio Only |
| Paul | | Possinger | Proskauer Rose LLP | NY | Proskauer Rose LLP | Video and Audio |
| Jennifer | | Raviele | Kelley Drye & Warren LLP | NY | Landlord creditors | Video and Audio |
| T. Daniel | | Reynolds | Jones Day | OH | Dollar Tree | Video and Audio |
| John | | Rich | 15501 Gardena LLC | CA | 15501 Gardena LLC | Audio Only |
| Todd | | Ringstad | Ringstad & Sanders LLP | CA | 15501 Gardena LLC | Video and Audio |
| Jake | | Risener | Potter Anderson & Corroon LLP | DE | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Rita | Marie | Ritrovato | Wilmington Trust, N.A. | DE | | Video and Audio |
| Colin | | Robinson | Pachulski Stang Ziehl & Jones LLP | DE | Committee | Video and Audio |
| Jeffrey | | Saferstein | Weil, Gotshal & Manges LLP | NY | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Victor | | Sahn | Greenspoon Marder LLP | CA | Mideb Nominees, Inc. | Video and Audio |
| Adam | | Salter | Sixth Street Specialty Lending | NY | Sixth Street Specialty Lending | Video and Audio |
| Casey | B. | Sawyer | Morris Nichols Arsht & Tunnell LLP | DE | Debtors | Video and Audio |
| Jordan | | Sazant | Proskauer Rose LLP | NY | Proskauer Rose LLP | Video and Audio |
| Vinai | | Sewaliah | Genesis Credit Partners | FL | UCC | Audio Only |
| Zachary | I | Shapiro | Richards, Layton & Finger, P.A. | DE | Dollar Tree | Video and Audio |
| Rosa | | Sierra-Fox | Office of the United States Trustee | DE | US Trustee | Video and Audio |

| Ian | | Silverbrand | | NY | | Video and Audio |
|---|---|---|---|---|---|---|
| Christopher | Page | Simon | Cross & Simon, LLC | DE | Maricopa AZ Investments, LLC | Video and Audio |
| Kurt | | Stephen | The Law Office of Kurt Stephen, PLLC | TX | Nolana St, LLC | Video and Audio |
| Chase | Z. | Stone | Ervin Cohen Jessup | CA | Michael Stanfeld | Video and Audio |
| Vince | | Sullivan | Law360 | NY | Law360 | Audio Only |
| Matthew | O | Talmo | Morris Nichols Arsht & Tunnell LLP | DE | Debtors | Video and Audio |
| Alexandra | M | Thomas | Choate, Hall & Stewart LLP | MA | Lease Counterparty | Video and Audio |
| Paige | Noelle | Topper | Saul Ewing LLP | DE | Franklin Family Partnership | Video and Audio |
| Theodore | | Tsekerides | Weil, Gotshal & Manges LLP | NY | Ad Hoc Group of Secured Noteholders | Video and Audio |
| John | | Vanderwilt | Dollar Tree Stores, Inc. | VA | Dollar Tree | Video and Audio |
| Margaret | A. | Vesper | Ballard Spahr LLP | DE | Brixmor Holdings 12 SPE, LLC, et al. | Video and Audio |
| Megan | | Volin | Proskauer Rose LLP | NY | Proskauer Rose LLP | Video and Audio |
| Jeffrey | R. | Waxman | Morris James LLP | DE | Tarantino Properties, Inc. | Video and Audio |
| Chris | | Wells | A&M | AZ | Debtor | Video and Audio |
| Benjamin | | Wertz | M3 Partners | NY | M3 Partners | Video and Audio |
| Jonathan | K | Weyand | Morris Nichols Arsht & Tunnell LLP | DE | Debtors | Video and Audio |
| Erin | K | Williamson | Morris Nichols Arsht & Tunnell LLP | DE | Debtors | Video and Audio |
| Steven | | Yachik | Kelley Drye & Warren LLP | NY | Landlord creditors | Video and Audio |