# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) In Proceedings Under Chapter 11 |
| NUMBER HOLDINGS, INC, et al., | ) Case No. 24-10719 (JKS) |
| Debtors. | ) |

## REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, request is hereby made that all orders, notices and other pleadings of any nature filed in this case be given and served upon:

Warren B. Campbell
LONG & DELIS
400 North Tustin Avenue, Suite 370
Santa Ana, California 92705
Phone: (714) 668-1400
Facsimile: (714) 668-1411
Email: wbcampbell@ldlawyers.com

and that the preceding address be added to the Court's master mailing list.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way any of the rights or interests of Creditors Robert Chan, Yee "Elaine" Chan, Man Shu "Raymond" Chan, Edward M. Chan, and Howard M. Chan with respect to the above-captioned matter.

DATED:  June 4, 2024.                          LONG & DELIS

By:  ___*/s/ Warren B. Campbell*_____
      WARREN B. CAMPBELL
Warren B. Campbell, Esq., CA Bar No. 70375
LONG & DELIS
400 North Tustin Avenue, Suite 370
Santa Ana, California 92705
Phone: (714) 668-1400
Facsimile: (714) 668-1411
Email: wbcampbell@ldlawyers.com
Agent for Creditors Robert Chan, Yee "Elaine" Chan, Man Shu "Raymond" Chan, Edward M. Chan, and Howard M. Chan

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served this May 4, 2024, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case.

DATED:  June 4, 2024.                          ___*/s/ Warren B. Campbell*_____
                                                                                 WARREN B. CAMPBELL