IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>NUMBER HOLDIN GS, INC., *et al.*,<br>Debtors. | Chapter 11<br><br>Case No. 24-10719 (JKS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Warren B. Campbell, Esquire of Long & Delis to represent Creditors Robert Chan, Yee Chan, Man Shu Chan, Edward M. Chan, and Howard M. Chan in the above-referenced cases.

Dated: June 3, 2024            /s/ *Warren B. Campbell*
                               Warren B. Campbell (CA Bar No. 70375)
                               **Long & Delis**
                               400 N. Tustin Avenue, Suite 370
                               Santa Ana, CA 92705
                               Telephone: (714) 668-1400
                               wbcampbell@ldlawyers.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: June 3, 2024            /s/ *Warren B. Campbell*
                               Warren B. Campbell (CA Bar No. 70375)
                               **Long & Delis**
                               400 N. Tustin Avenue, Suite 370
                               Santa Ana, CA 92705
                               Telephone: (714) 668-1400
                               wbcampbell@ldlawyers.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Generated: Jun 5, 2024 8:47AM

Page 1/1



# U.S. District Court

### Delaware - Wilmington

Receipt Date: Jun 5, 2024 8:47AM

Parcels Document Account
230 N Market St
Wilmington, DE 19801

| Rcpt. No: 2664 | | Trans. Date: Jun 5, 2024 8:47AM | | | Cashier ID: #JF |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DDEX108BKPROHAC /001<br>CLERK, U.S. DISTRICT COURT | 1 | 50.00 | 50.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Scannable check | #22954 | 06/5/2024 | $50.00 |
| | | | Total Due Prior to Payment: | $50.00 |
| | | | Total Tendered: | $50.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** Warren B. Campbell, Esq. BK case no. 24-10719(JKS)

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.