# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> NUMBER HOLDINGS, INC. *et al,*[1] ) <br> ) <br> Debtor. ) <br> ) <br> ) | Chapter 11 <br><br> Case No.  24-10719 (JKS) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case on behalf of creditor SENTRE, Inc. and, pursuant to 11 U.S.C. Section 1109(b) and Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the persons listed below at the following address and email addresses:

>Jamie Altman Buggy (SBN 280075)
>Fernando Landa (SBN 259864)
>HARVEST LLP
>10940 Wilshire Blvd., Suite 1600
>Los Angeles, CA 90024
>Telephone: 310.842.8038
>E-mail:       jbuggy@harvestllp.com
>              flanda@harvestllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

Date: June 24, 2024

**HARVEST LLP**

By: /s/ Jamie Altman Buggy
Jamie Altman Buggy
California State Bar No. 280075
Fernando Landa
California State Bar No. 259864
HARVEST LLP
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: 310.842.8038
E-mail:  jbuggy@harvestllp.com
              flanda@harvestllp.com
*Attorneys for Creditor*
*SENTRE, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, a copy of the foregoing document was electronically filed with the Clerk of the Court, which will serve all parties who have appeared in this matter via the Court's CM/ECF system.