**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| Number Holdings, Inc.[1], | ) | Case No. 24-10719 (JKS) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | **Re: D.I. _____** |
| | ) | |

**ORDER GRANTING MOTION OF MADAI ELISA RUIZ**
**FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the above-referenced (the "Motion"); it being determined that the

Motion is subject to the jurisdiction of this court under 28 U.S.C. § 1334 and is a 'core' proceeding

within the meaning of 28 U.S.C. § 157; and having found that notice of the Motion was adequate

and no other or further notice is required; and having found that 'cause' exists for granting Madai

Elisa Ruiz ("Movant") relief from the automatic stay; and after a hearing; it is now hereby

ORDERED that:

1.      The Motion is GRANTED.

2.      Movant is granted relief from the automatic stay of 11 U.S.C. § 362(a)

pursuant to 11 U.S.C. § 362(d) for cause shown and is permitted to continue any settlement

discussions culminating in a settlement and/or to continue, commence and/or prosecute a

cause of action, including, without limitation, the State Court Action as defined in the

Motion, to recover on her claims in any court of appropriate jurisdiction, including any

subsequent appeals.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Motion for Relief from the Automatic Stay (Ruiz)

2

3.      Nothing herein shall limit Movant's ability to recover against any non-Debtor.

Motion for Relief from the Automatic Stay (Ruiz)                              2