# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| Number Holdings, Inc.[1], | ) | Case No. 24-10719 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: July 11, 2024 at 1:00 p.m. |
| | ) | Objection Deadline: July 3, 2024 at 4:00 p.m. |

## NOTICE OF MOTION OF YESENIA VELASQUEZ
## FOR RELIEF FROM THE AUTOMATIC STAY

TO: THE PARTIES ON THE ATTACHED SERVICE LIST:

Yesenia Velasquez ("Movant"), by and through her counsel, has filed a Motion for Relief from the Automatic Stay ("Motion") which seeks, *inter alia*, the following relief: relief from the automatic stay to purse a personal injury claim in California.

A HEARING ON THE MOTION WILL BE HELD ON JULY 11, 2024 AT 1:00 P.M. AT BEFORE THE HONORABLE KATE S. STICKLES, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(e)).

At the same time you must also serve a copy of the response upon Movant's counsel at the addresses listed below.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

Motion for Relief from the Automatic Stay (Velasquez)

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE JULY 3, 2024 AT 4:00 P.M. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

DATED:  June 26, 2024

*/s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:    loizides@loizides.com

*Counsel for Yesenia Velasquez*