# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| Number Holdings, Inc., | ) | Case No. 24-10719 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on June 26, 2024, I did cause to be served true and correct copies of the foregoing *Motion of Yesenia Velasquez for Relief from the Automatic Stay* on the parties on the attached service list as indicated thereon.

Dated:  June 26, 2024

*/s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
Email:   loizides@loizides.com

**SERVICE LIST**

**VIA CM/ECF**

All parties on the Clerk's service list.

**VIA FIRST-CLASS MAIL**

Number Holdings, Inc. et al
1730 Flight Way, Suite 100
Tustin, CA 92782

*Debtors*

EDGEWOOD PARTNERS INSURANCE CENTER (E.P.I.C)
350 South Grand Avenue
Suite 450
LOS ANGELES, CA 90071

*Insurer / Agent*

**VIA EMAIL AND FIRST-CLASS MAIL**

Dennis F. Dunne
Brian Kinney
Lauren C. Doyle
Michael W. Price
James A. McIntyre
**Milbank LLP**
55 Hudson Yards
New York, NY   10001
ddunne@milbank.com
bkinney@milbank.com
ldoyle@milbank.com
mprice@milbank.com
JMcIntyre@milbank.com

Andrew M. Leblanc
Brett Philip Lowe
**Milbank LLP**
1850 K Street, NW
Suite 1100
Washington, DC 20006
aleblanc@milbank.com
Blowe@milbank.com

Samir L. Vora
Mason Hattam

**Milbank LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
svora@milbank.com
mhattam@milbank.com

Robert J. Dehney, Sr.
Casey Sawyer
Matthew O. Talmo
Jonathan M. Weyand
Erin L. Williamson
**Morris, Nichols, Arsht & Tunnell LLP**
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@morrisnichols.com
csawyer@morrisnichols.com
mtalmo@mnat.com
jweyand@morrisnichols.com
ewilliamson@morrisnichols.com

*Counsel to the Debtors*

**VIA EMAIL**

Jason Adams
Robert L. LeHane
Jennifer D. Raviele
**Kelley Drye & Warren LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
jraviele@kelleydrye.com
rlehane@kelleydrye.com
jadams@kelleydrye.com

Robert J. Feinstein
Steven W Golden
**Pachulski Stang Ziehl & Jones LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
sgolden@pszjlaw.com
rfeinstein@pszjlaw.com

Maxim B. Litvak
**Pachulski Stang Ziehl & Jones LLP**
One Sansome Street
34th Floor, Suite 3430

San Francisco, CA 94104-4436
mlitvak@pszjlaw.com

Colin R. Robinson
Bradford J. Sandler
**Pachulski Stang Ziehl & Jones LLP**
919 N. Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

Rosa Sierra-Fox
**Office of the United States Trustee**
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
rosa.sierra@usdoj.gov

*Counsel to the Office of the United States Trustee*

Garvan F. McDaniel (DE Bar No. 4167)
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: gfmcdaniel@dkhogan.com

*Attorneys for Safety National Casualty Corporation*