**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 939 |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Salesforce, Inc. hereby withdraws the filing located on the Court's docket at D.I. 939.

[*Signature page follows.*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

32092213v.1

-2-

Dated: July 3, 2024

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

*/s/ Michael A. Ingrassia*
Michael A. Ingrassia (No. 7068)
600 North King Street, Suite 800
Wilmington, DE 19801
Phone: 302-467-4503
Fax:     302-467-4550
Email:   ingrassiam@whiteandwilliams.com

-and-

WHITE AND WILLIAMS LLP
Amy E. Vulpio, Esquire
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA  19103-7395
Telephone: (215) 864-6250
Facsimile:  (215) 789-7550
Email: vulpioa@whiteandwilliams.com

-and-

BIALSON, BERGEN & SCHWAB,
A Professional Corporation
Gaye Nell Heck, Esq.
Thomas M. Gaa, Esq.
830 Menlo Avenue, Suite 201
Menlo Park, CA 94025
Telephone: (650) 857-9500
Fax: (650) 494-2738
E-mail: Tgaa@bbslaw.com
            Gheck@bbslaw.com

*Attorneys for Creditor Salesforce, Inc.*