# EXHIBIT 1

## (Electric Energy Sales Agreement)



# ELECTRIC ENERGY SALES AGREEMENT
### (Commercial Customer Master Base Agreement)



{00126412.5 /}
Schneider Custom ERCOT Master (Legal)
99 Cents Only Stores Texas Inc_11/16/15
1-CLA3HD



{00126412.5 /}
Schneider Custom ERCOT Master (Legal)
99 Cents Only Stores Texas Inc_ 11/16/15
1-OLA3HD



RELIANT ENERGY RETAIL SERVICES, LLC

By: _____
Name: Robert Gaudette
Title: Vice President

99 CENTS ONLY STORES TEXAS INC

By: _____

Name: ___Jerry Huang___

Title: ___Sr. Director, FP&A___



{00126412.5 /}
Schneider Custom ERCOT Master (Legal)
99 Cents Only Stores Texas Inc_11/16/15
1-OLA3HD



{00126412.5 /}
Schneider Custom ERCOT Master (Legal)
99 Cents Only Stores Texas Inc_11/16/15
1-OLA3HD



**reliant.**
an NRG company

## EXHIBIT B:  NOTICES AND PAYMENTS

## RELIANT

| NOTICES & CORRESPONDENCE: | BILLING & ACCOUNTING MATTERS: | PAYMENTS: |
|---|---|---|



Reliant Energy Retail Services, LLC
1201 Fannin
Houston, Texas  77002
Attn: Reliant Contract Management

Reliant Energy Retail Services, LLC
P.O. Box 1532
Houston, Texas  77251-1532
Attn:  Invoicing

P.O. Box 3412
Houston, Texas  77253-3412
Attn:  Reliant Contract Management

Telephone: ▮

Facsimile No: ▮

With a copy to:
Robert Gaudette, Vice President

Email Request (Section 6.9):  Email your Customer Care specialist or Solutions @ reliant.com
Reliant's Customer Care Number: (888) 315-1558

## CUSTOMER

| NOTICES & CORRESPONDENCE | PAYMENTS |
|---|---|

99 Cents Only Stores Texas Inc
4000 UNION PACIFIC AVE
Commerce, CA 90023
Attention: Jerry Huang
Telephone No ▮
Facsimile No.:
E-Mail Address

Bank:
ABA Routing #  _____
Account #  _____







{00091015.10 / 02-0295-8120}
Model 20 Fixed Price UB (Bundled Nodal)
99 Cents Only Stores Texas Inc_11/16/15
1-OLA3HD

C - 2







**reliant.**

an NRG company

**Confirmation Date:**    11/16/2015

## ENERGY TRANSACTION CONFIRMATION
### FIXED PRICE

| | |
|---|---|
| **From:** | Reliant Energy Retail Services, LLC ("Reliant")<br>Phone:<br>Fax: |
| **To:** | 99 Cents Only Stores Texas Inc ("Customer")<br>Attn:     Jerry Huang<br>Phone Number:<br>Fax Number: |
| **Terms:** | This Energy Transaction Confirmation (this **"Confirmation"**) is being provided pursuant to the Agreement identified below in effect between Customer and Reliant and is subject to all of the provisions of that Agreement. All capitalized terms used but not defined in this Confirmation have the meanings set forth in the Agreement. |

---

| | |
|---|---|
| **Agreement:** | Electric   Energy   Sales   Agreement   dated   November   16,   2015; Reliant Reference Number: **1-OLA3HD** |
| **Transaction Type:** | Energy Transaction |
| **Initial Term:** | Commencing on the Confirmation Date stated above and continuing until the first Meter Read Date after **December 31, 2018** |
| **Contract Price:** | **$0.03706** per kWh for each Customer Location |
| **Exhibit C:** | The attached **Exhibit C** applies to this Energy Transaction |
| **Exhibit D:** | The attached **Exhibit D** applies to this Energy Transaction |

**Special Provisions:** This Confirmation must be executed by Customer and Reliant. Please execute in the space below and return to Reliant at the facsimile number provided above. This Confirmation is effective only when Reliant receives and executes this Confirmation. After execution, Reliant will return to Customer by facsimile a fully executed copy of this Confirmation. If Reliant does not execute this Confirmation, Reliant will notify Customer, and this Confirmation will have no effect.

---

| **RELIANT ENERGY RETAIL SERVICES, LLC** | **99 CENTS ONLY STORES TEXAS INC** |
|---|---|
| By: | By: |
| Name: Robert Gaudette | Name:   Jerry Huang |
| Title:   Vice President | Title:   Sr Director, FP&A |




an NRG company

**EXHIBIT D**
**Model 20 – Fixed Price - Unbundled**

Benchmark Quantity (kWh)

| Date | BMQ | |
|---|---|---|
| 12/01/2015-12/31/2015 | | kWh |
| 01/01/2016-01/31/2016 | | kWh |
| 02/01/2016-02/29/2016 | | kWh |
| 03/01/2016-03/31/2016 | | kWh |
| 04/01/2016-04/30/2016 | | kWh |
| 05/01/2016-05/31/2016 | | kWh |
| 06/01/2016-06/30/2016 | | kWh |
| 07/01/2016-07/31/2016 | | kWh |
| 08/01/2016-08/31/2016 | | kWh |
| 09/01/2016-09/30/2016 | | kWh |
| 10/01/2016-10/31/2016 | | kWh |
| 11/01/2016-11/30/2016 | | kWh |
| 12/01/2016-12/31/2016 | | kWh |
| 01/01/2017-01/31/2017 | | kWh |
| 02/01/2017-02/28/2017 | | kWh |
| 03/01/2017-03/31/2017 | | kWh |
| 04/01/2017-04/30/2017 | | kWh |
| 05/01/2017-05/31/2017 | | kWh |
| 06/01/2017-06/30/2017 | | kWh |
| 07/01/2017-07/31/2017 | | kWh |
| 08/01/2017-08/31/2017 | | kWh |
| 09/01/2017-09/30/2017 | | kWh |
| 10/01/2017-10/31/2017 | | kWh |
| 11/01/2017-11/30/2017 | | kWh |
| 12/01/2017-12/31/2017 | | kWh |
| 01/01/2018-01/31/2018 | | kWh |
| 02/01/2018-02/28/2018 | | kWh |
| 03/01/2018-03/31/2018 | | kWh |
| 04/01/2018-04/30/2018 | | kWh |
| 05/01/2018-05/31/2018 | | kWh |
| 06/01/2018-06/30/2018 | | kWh |
| 07/01/2018-07/31/2018 | | kWh |
| 08/01/2018-08/31/2018 | | kWh |

Deal Option ID# 187519894958
99 Cents Only Stores Texas Inc_11/16/15
1-OLA3HD

| | | |
|---|---|---|
| 09/01/2018-09/30/2018 | ███ | kWh |
| 10/01/2018-10/31/2018 | ███ | kWh |
| 11/01/2018-11/30/2018 | ███ | kWh |
| 12/01/2018-12/31/2018 | ███ | kWh |
| 01/01/2019-01/31/2019 | ███ | kWh |

## Customer Location Information

| # | CUSTOMER LOCATION NAME | CUSTOMER LOCATION ADDRESS | CITY | ST | ZIP | ESID | COMMENCE-MENT DATE |
|---|---|---|---|---|---|---|---|
| 1. | 99 Cents Only Stores Texas Inc | 4980 HIGHWAY 6 N | HOUSTON | TX | 77084 | ███ | 12/1/2015 |
| 2. | 99 Cents Only Stores Texas Inc | 5807 E SAM HOUSTON PKWY N | HOUSTON | TX | 77049 | | 12/1/2015 |
| 3. | 99 Cents Only Stores Texas Inc | 2516 AVENUE H | ROSENBERG | TX | 77471 | | 12/1/2015 |
| 4. | 99 Cents Only Stores Texas Inc | 9335 STELLA LINK RD | HOUSTON | TX | 77025 | | 12/1/2015 |
| 5. | 99 Cents Only Stores Texas Inc | 6732 CAMP BOWIE BLVD | FORT WORTH | TX | 76116 | | 12/1/2015 |
| 6. | 99 Cents Only Stores Texas Inc | 13444 PRESTON RD | DALLAS | TX | 75240 | | 12/1/2015 |
| 7. | 99 Cents Only Stores Texas Inc | 7061 LAWNDALE ST A | HOUSTON | TX | 77023 | | 12/1/2015 |
| 8. | 99 Cents Only Stores Texas Inc | 4849 FM 1960 W RD | HOUSTON | TX | 77069 | | 12/1/2015 |
| 9. | 99 Cents Only Stores Texas Inc | 5800 BELLAIRE BLVD 1-101 | HOUSTON | TX | 77081 | | 12/1/2015 |
| 10. | 99 Cents Only Stores Texas Inc | 24151/2 HIGHWAY 6 S | HOUSTON | TX | 77077 | | 12/1/2015 |
| 11. | 99 Cents Only Stores Texas Inc | 3901 COLLEYVILLE BLVD | COLLEYVILLE | TX | 76034 | | 12/1/2015 |
| 12. | 99 Cents Only Stores Texas Inc | 21961 KATY FWY | KATY | TX | 77450 | | 12/1/2015 |
| 13. | 99 Cents Only Stores Texas Inc | 3111 FRY RD #215 | KATY | TX | 77449 | | 12/1/2015 |
| 14. | 99 Cents Only Stores Texas Inc | 4500 LIVE OAK ST | DALLAS | TX | 75204 | | 12/1/2015 |
| 15. | 99 Cents Only Stores Texas Inc | 10702 EASTEX FWY | HOUSTON | TX | 77093 | | 12/1/2015 |
| 16. | 99 Cents Only Stores Texas Inc | 8330 BROADWAY ST A | HOUSTON | TX | 77061 | | 12/1/2015 |
| 17. | 99 Cents Only Stores Texas Inc | 11320 CHIMNEY ROCK RD | HOUSTON | TX | 77035 | | 12/1/2015 |
| 18. | 99 Cents Only Stores Texas Inc | 7130 FM 1960 E RD | HUMBLE | TX | 77346 | | 12/1/2015 |
| 19. | 99 Cents Only Stores Texas Inc | 1110 E PARKER RD STE 102 | PLANO | TX | 75074 | | 12/1/2015 |
| 20. | 99 Cents Only Stores Texas Inc | 6246 RUFE SNOW DR | NORTH RICHLAND HILLS | TX | 76148 | | 12/1/2015 |
| 21. | 99 Cents Only Stores Texas Inc | 502 SAWDUST RD A | SPRING | TX | 77380 | | 12/1/2015 |
| 22. | 99 Cents Only Stores Texas Inc | 102201/2 ALMEDA GENOA RD | HOUSTON | TX | 77075 | | 12/1/2015 |
| 23. | 99 Cents Only Stores Texas Inc | 4620 HIGHWAY 6 | SUGAR LAND | TX | 77478 | | 12/1/2015 |
| 24. | 99 Cents Only Stores Texas Inc | 23623 COLONIAL PARKWAY | KATY | TX | 77493 | | 12/1/2015 |
| 25. | 99 Cents Only Stores Texas Inc | 9009 BRUTON RD STE 426 | DALLAS | TX | 75217 | | 12/1/2015 |
| 26. | 99 Cents Only Stores Texas Inc | 410 E CAMP WISDOM RD | DUNCANVILLE | TX | 75116 | | 12/1/2015 |
| 27. | 99 Cents Only Stores Texas Inc | 13749 TOMBALL PKY | HOUSTON | TX | 77086 | | 12/1/2015 |
| 28. | 99 Cents Only Stores Texas Inc | 14310 WESTHEIMER RD | HOUSTON | TX | 77077 | | 12/1/2015 |
| 29. | 99 Cents Only Stores Texas Inc | 143101/2 WESTHEIMER RD | HOUSTON | TX | 77077 | ███ | 12/1/2015 |
| 30 | 99 Cents Only Stores Texas Inc | 5912 BOSQUE BLVD STE 323 | WACO | TX | 76710 | | 12/1/2015 |

Deal Option ID# 187519894958
99 Cents Only Stores Texas Inc_11/16/15
1-0LA3HD

| # | CUSTOMER LOCATION NAME | CUSTOMER LOCATION ADDRESS | CITY | ST | ZIP | ESID | COMMENCE-MENT DATE |
|---|---|---|---|---|---|---|---|
| 31. | 99 Cents Only Stores Texas Inc | 5550 NORTH FWY | HOUSTON | TX | 77076 | | 12/1/2015 |
| 32. | 99 Cents Only Stores Texas Inc | 8330 BROADWAY ST BS | HOUSTON | TX | 77061 | | 12/1/2015 |
| 33. | 99 Cents Only Stores Texas Inc | 7639 WESTHEIMER RD | HOUSTON | TX | 77063 | | 12/1/2015 |
| 34. | 99 Cents Only Stores Texas Inc | 3330 N GALLOWAY AVE STE 118 | MESQUITE | TX | 75150 | | 12/1/2015 |
| 35. | 99 Cents Only Stores Texas Inc | 10220 ALMEDA GENOA RD | HOUSTON | TX | 77075 | | 12/1/2015 |
| 36. | 99 Cents Only Stores Texas Inc | 10787 JONES RD | HOUSTON | TX | 77065 | | 12/1/2015 |
| 37. | 99 Cents Only Stores Texas Inc | 455 SHERRY LN | FORT WORTH | TX | 76114 | | 12/1/2015 |
| 38. | 99 Cents Only Stores Texas Inc | 701 N 13TH ST | HARLINGEN | TX | 78550 | | 12/1/2015 |
| 39. | 99 Cents Only Stores Texas Inc | 4100 FAIRMONT PKWY | PASADENA | TX | 77504 | | 12/1/2015 |
| 40. | 99 Cents Only Stores Texas Inc | 435 W GREENS RD | HOUSTON | TX | 77067 | | 12/1/2015 |
| 41. | 99 Cents Only Stores Texas Inc | 2246 W NOLANA AVE | MCALLEN | TX | 78504 | | 12/1/2015 |
| 42. | 99 Cents Only Stores Texas Inc | 216 FM 1960 BYPASS E RD | HUMBLE | TX | 77338 | | 12/1/2015 |
| 43. | 99 Cents Only Stores Texas Inc | 8700 S GESSNER RD | HOUSTON | TX | 77074 | | 12/1/2015 |



**Confirmation Date:**    12/03/2018

# ENERGY TRANSACTION CONFIRMATION
## FIXED PRICE

**From:**    Reliant Energy Retail Services, LLC ("Reliant")
Phone: ▮▮▮▮▮▮▮
Fax: ▮▮▮▮▮▮▮

**To:**    99 Cents Only Stores Texas Inc. ("Customer")
Attn:    Jerry Huang
Phone Number: ▮▮▮▮▮▮▮
Fax Number: _____

**Terms:**    This Energy Transaction Confirmation (this **"Confirmation"**) is subject to the provisions of the Agreement identified below between Customer and Reliant. **Exhibit A** and **Exhibit C** set forth definitions of capitalized terms not defined in this Confirmation.

---

**Agreement:**    Electric Energy Sales Agreement dated **November 16, 2015**; Reliant Reference #: **1-OLA3HD**

**Initial Term:**    Beginning on the Confirmation Date stated above and continuing until the first Meter Read Date after **May 31, 2022.**

**Delivery Term:**    Beginning on the first Meter Read Date on or after the Commencement Date shown on **Exhibit D**, and ending the last day of the Term, as further described in the definition of Delivery Term in **Exhibit A** to the Agreement.

**Contract Price:**    **$0.04476** per kWh for each Customer Location.

**Exhibit B:**    Exhibit B to the Agreement is replaced with the attached **Exhibit B** and is incorporated herein by this reference as **Exhibit B** to the Agreement.

**Exhibit C:**    **Exhibit C** to the November 16, 2015 Energy Transaction Confirmation will remain in effect during the Initial Term of this Energy Transaction.

**Exhibit D:**    The attached **Exhibit D** applies to this Energy Transaction.

**Amendment to the Agreement:** The Parties agree to amend the Agreement, effective as of the Confirmation Date, as follows:

1.    **Adding and Deleting Customer Locations. Section 6.11 Adding and Deleting Customer Locations 10% per Contract Year Band Tolerance** is restated as follows to reflect an increase in the band tolerance percentage to 20%:

6.11    **Adding and Deleting Customer Locations 20% per Contract Year Band Tolerance.** During each Contract Year, Customer may add new Customer Locations, or delete existing Customer Locations sold or closed up to a cumulative total of 20% above or below total annual Benchmark Quantities for that Contract Year, so long as Customer is not a Defaulting Party. Customer will inform Reliant of the requested additions and deletions through the email process in **Section 6.9**. "**Contract Year**," as used in this section, means the consecutive 12 month periods

2230766_1
Energy Transaction Confirmation (v10.8.2015)
99 Cents 2019 FP Renewal Confirm 8.23.18
99 Cents Only Stores Texas Inc_11/16/15
Confirm 2 (Renewal Jan 19)_12/03/18
1-10EB5JQ

1

beginning on the first day of the Delivery Term. If a Contract Year is less than 12 months, the Benchmark Quantities for that period will be pro-rated according to the number of months in the period.

**Special Provisions:** This Confirmation must be executed by Customer and Reliant. Please execute below and return to Reliant. This Confirmation is effective only when Reliant receives and executes it. After execution, Reliant will return to Customer a fully executed copy of this Confirmation. If Reliant does not execute this Confirmation, Reliant will notify Customer, and this Confirmation will have no effect.

**RELIANT ENERGY RETAIL SERVICES, LLC**          **99 CENTS ONLY STORES TEXAS INC.**

By: _____          By: _____

    Robert J. Gaudette                              Name: Mary M. Kaspee

    Vice President                                 Title: Vice President and Secretary

2230766_1
Energy Transaction Confirmation (v10.8.2015)
99 Cents 2019 FP Renewal Confirm 8.23.18
99 Cents Only Stores Texas Inc_11/16/15
Confirm 2 (Renewal Jan 19)_12/03/18
1-10EB5JQ

2



**reliant**
an NRG company

## EXHIBIT B: NOTICES AND PAYMENTS

## RELIANT

| NOTICES & CORRESPONDENCE: | BILLING & ACCOUNTING MATTERS: | PAYMENTS: |
|---|---|---|

Reliant Energy Retail Services, LLC
910 Louisiana Street
Houston, Texas 77002
Attn: Reliant Contract Management

Reliant Energy Retail Services, LLC
P.O. Box 1532
Houston, Texas 77251-1532
Attn: Invoicing



P.O. Box 3412
Houston, Texas 77253-3412
Attn: Reliant Contract Management

Telephone: (888) 275-6859

Facsimile No: (832) 584-2018

With a copy to:
Vice President, Sales and Marketing

Email Request (**Section 6.9**):  Email your Customer Care specialist or Solutions @ reliant.com
Reliant's Customer Care Number: (888) 315-1558

## CUSTOMER

### NOTICES & CORRESPONDENCE

99 Cents Only Stores Texas Inc.
4000 UNION PACIFIC AVE
Commerce, CA 90023
Attention:                    Jerry Huang
Telephone No.:         ▇▇▇▇▇
Facsimile No.:
E-Mail Address:        ▇▇▇▇▇▇▇▇

### PAYMENTS

Bank:                              _____
ABA Routing #              _____
Account #                     _____

2230766_1
Energy Transaction Confirmation (v10.8.2015)
99 Cents 2019 FP Renewal Confirm 8.23.18
99 Cents Only Stores Texas Inc_11/16/15
Confirm 2 (Renewal Jan 19)_12/03/18
1-10EB5JQ


an NRG company

**EXHIBIT D**
**Fixed Price**

**Benchmark Quantity (kWh)**

| Date | BMQ | |
|---|---|---|
| 01/01/2019-01/31/2019 | | kWh |
| 02/01/2019-02/28/2019 | | kWh |
| 03/01/2019-03/31/2019 | | kWh |
| 04/01/2019-04/30/2019 | | kWh |
| 05/01/2019-05/31/2019 | | kWh |
| 06/01/2019-06/30/2019 | | kWh |
| 07/01/2019-07/31/2019 | | kWh |
| 08/01/2019-08/31/2019 | | kWh |
| 09/01/2019-09/30/2019 | | kWh |
| 10/01/2019-10/31/2019 | | kWh |
| 11/01/2019-11/30/2019 | | kWh |
| 12/01/2019-12/31/2019 | | kWh |
| 01/01/2020-01/31/2020 | | kWh |
| 02/01/2020-02/29/2020 | | kWh |
| 03/01/2020-03/31/2020 | | kWh |
| 04/01/2020-04/30/2020 | | kWh |
| 05/01/2020-05/31/2020 | | kWh |
| 06/01/2020-06/30/2020 | | kWh |
| 07/01/2020-07/31/2020 | | kWh |
| 08/01/2020-08/31/2020 | | kWh |
| 09/01/2020-09/30/2020 | | kWh |
| 10/01/2020-10/31/2020 | | kWh |
| 11/01/2020-11/30/2020 | | kWh |
| 12/01/2020-12/31/2020 | | kWh |
| 01/01/2021-01/31/2021 | | kWh |
| 02/01/2021-02/28/2021 | | kWh |
| 03/01/2021-03/31/2021 | | kWh |
| 04/01/2021-04/30/2021 | | kWh |
| 05/01/2021-05/31/2021 | | kWh |
| 06/01/2021-06/30/2021 | | kWh |
| 07/01/2021-07/31/2021 | | kWh |
| 08/01/2021-08/31/2021 | | kWh |

Deal Option ID 293336300677
99 Cents Only Stores Texas Inc_11/16/15
Confirm 2 (Renewal Jan 19)_12/03/18
1-10EB5JQ


an NRG company

| Date | BMQ | |
|---|---|---|
| 09/01/2021-09/30/2021 | | kWh |
| 10/01/2021-10/31/2021 | | kWh |
| 11/01/2021-11/30/2021 | | kWh |
| 12/01/2021-12/31/2021 | | kWh |
| 01/01/2022-01/31/2022 | | kWh |
| 02/01/2022-02/28/2022 | | kWh |
| 03/01/2022-03/31/2022 | | kWh |
| 04/01/2022-04/30/2022 | | kWh |
| 05/01/2022-05/31/2022 | | kWh |
| 06/01/2022-06/30/2022 | | kWh |

## Customer Location Information:

| # | CUSTOMER LOCATION NAME | CUSTOMER LOCATION ADDRESS | CITY | ST | ZIP | ESID | COMMENCE-MENT DATE |
|---|---|---|---|---|---|---|---|
| 1 | 99 Cents Only Stores Texas Inc | 5807 E SAM HOUSTON PKWY N | HOUSTON | TX | 77049 | | 1/1/2019 |
| 2 | 99 Cents Only Stores Texas Inc | 3901 COLLEYVILLE BLVD | COLLEYVILLE | TX | 76034 | | 1/1/2019 |
| 3 | 99 Cents Only Stores Texas Inc | 701 N 13TH ST | HARLINGEN | TX | 78550 | | 1/1/2019 |
| 4 | 99 Cents Only Stores Texas Inc | 8700 S GESSNER RD | HOUSTON | TX | 77074 | | 1/1/2019 |
| 5 | 99 Cents Only Stores Texas Inc | 4980 HIGHWAY 6 N | HOUSTON | TX | 77084 | | 1/1/2019 |
| 6 | 99 Cents Only Stores Texas Inc | 6732 CAMP BOWIE BLVD | FORT WORTH | TX | 76116 | | 1/1/2019 |
| 7 | 99 Cents Only Stores Texas Inc | 4500 LIVE OAK ST | DALLAS | TX | 75204 | | 1/1/2019 |
| 8 | 99 Cents Only Stores Texas Inc | 11320 CHIMNEY ROCK RD | HOUSTON | TX | 77035 | | 1/1/2019 |
| 9 | 99 Cents Only Stores Texas Inc | 14310 WESTHEIMER RD | HOUSTON | TX | 77077 | | 1/1/2019 |
| 10 | 99 Cents Only Stores Texas Inc | 8330 BROADWAY ST BS | HOUSTON | TX | 77061 | | 1/1/2019 |
| 11 | 99 Cents Only Stores Texas Inc | 7639 WESTHEIMER RD | HOUSTON | TX | 77063 | | 1/1/2019 |
| 12 | 99 Cents Only Stores Texas Inc | 455 SHERRY LN | FORT WORTH | TX | 76114 | | 1/1/2019 |
| 13 | 99 Cents Only Stores Texas Inc | 435 W GREENS RD | HOUSTON | TX | 77067 | | 1/1/2019 |
| 14 | 99 Cents Only Stores Texas Inc | 3111 FRY RD #215 | KATY | TX | 77449 | | 1/1/2019 |
| 15 | 99 Cents Only Stores Texas Inc | 410 E CAMP WISDOM RD | DUNCANVILLE | TX | 75116 | | 1/1/2019 |
| 16 | 99 Cents Only Stores Texas Inc | 5912 BOSQUE BLVD STE 323 | WACO | TX | 76710 | | 1/1/2019 |
| 17 | 99 Cents Only Stores Texas Inc | 10787 JONES RD | HOUSTON | TX | 77065 | | 1/1/2019 |
| 18 | 99 Cents Only Stores Texas Inc | 2246 W NOLANA AVE | MCALLEN | TX | 78504 | | 1/1/2019 |
| 19 | 99 Cents Only Stores Texas Inc | 102201/2 ALMEDA GENOA RD | HOUSTON | TX | 77075 | | 1/1/2019 |
| 20 | 99 Cents Only Stores Texas Inc | 9009 BRUTON RD STE 426 | DALLAS | TX | 75217 | | 1/1/2019 |

Deal Option ID 293336300677
99 Cents Only Stores Texas Inc_11/16/15
Confirm 2 (Renewal Jan 19)_12/03/18
1-10EB5JQ



| # | CUSTOMER LOCATION NAME | CUSTOMER LOCATION ADDRESS | CITY | ST | ZIP | ESID | COMMENCE-MENT DATE |
|---|---|---|---|---|---|---|---|
| 21 | 99 Cents Only Stores Texas Inc | 13749 TOMBALL PKY | HOUSTON | TX | 77086 | | 1/1/2019 |
| 22 | 99 Cents Only Stores Texas Inc | 216 FM 1960 BYPASS E RD | HUMBLE | TX | 77338 | | 1/1/2019 |
| 23 | 99 Cents Only Stores Texas Inc | 9335 STELLA LINK RD | HOUSTON | TX | 77025 | | 1/1/2019 |
| 24 | 99 Cents Only Stores Texas Inc | 143101/2 WESTHEIMER RD | HOUSTON | TX | 77077 | | 1/1/2019 |
| 25 | 99 Cents Only Stores Texas Inc | 5550 NORTH FWY | HOUSTON | TX | 77076 | | 1/1/2019 |
| 26 | 99 Cents Only Stores Texas Inc | 4849 FM 1960 W RD | HOUSTON | TX | 77069 | | 1/1/2019 |
| 27 | 99 Cents Only Stores Texas Inc | 5800 BELLAIRE BLVD 1-101 | HOUSTON | TX | 77081 | | 1/1/2019 |
| 28 | 99 Cents Only Stores Texas Inc | 24151/2 HIGHWAY 6 S | HOUSTON | TX | 77077 | | 1/1/2019 |
| 29 | 99 Cents Only Stores Texas Inc | 21961 KATY FWY | KATY | TX | 77450 | | 1/1/2019 |
| 30 | 99 Cents Only Stores Texas Inc | 1110 E PARKER RD STE 102 | PLANO | TX | 75074 | | 1/1/2019 |
| 31 | 99 Cents Only Stores Texas Inc | 13444 PRESTON RD | DALLAS | TX | 75240 | | 1/1/2019 |
| 32 | 99 Cents Only Stores Texas Inc | 7061 LAWNDALE ST A | HOUSTON | TX | 77023 | | 1/1/2019 |
| 33 | 99 Cents Only Stores Texas Inc | 8330 BROADWAY ST A | HOUSTON | TX | 77061 | | 1/1/2019 |
| 34 | 99 Cents Only Stores Texas Inc | 23623 COLONIAL PARKWAY | KATY | TX | 77493 | | 1/1/2019 |
| 35 | 99 Cents Only Stores Texas Inc | 3330 N GALLOWAY AVE STE 118 | MESQUITE | TX | 75150 | | 1/1/2019 |
| 36 | 99 Cents Only Stores Texas Inc | 10220 ALMEDA GENOA RD | HOUSTON | TX | 77075 | | 1/1/2019 |
| 37 | 99 Cents Only Stores Texas Inc | 2516 AVENUE H | ROSENBERG | TX | 77471 | | 1/1/2019 |
| 38 | 99 Cents Only Stores Texas Inc | 10702 EASTEX FWY | HOUSTON | TX | 77093 | | 1/1/2019 |
| 39 | 99 Cents Only Stores Texas Inc | 7130 FM 1960 E RD | HUMBLE | TX | 77346 | | 1/1/2019 |
| 40 | 99 Cents Only Stores Texas Inc | 6246 RUFE SNOW DR | NORTH RICHLAND HILLS | TX | 76148 | | 1/1/2019 |
| 41 | 99 Cents Only Stores Texas Inc | 4100 FAIRMONT PKWY | PASADENA | TX | 77504 | | 1/1/2019 |



an NRG company

# ENERGY TRANSACTION CONFIRMATION

## FIXED PRICE

| | |
|---|---|
| **From:** | **Reliant Energy Retail Services, LLC ("Reliant")**<br>Phone:<br>Fax:<br>Email: |
| **To:** | **99 Cents Only Stores Texas, Inc. ("Customer")**<br>Attn:        Steve Lackner<br>Phone Number:<br>Fax Number: |
| **Terms:** | This Energy Transaction Confirmation (this **"Confirmation"**) is subject to the provisions of the Agreement identified below between Customer and Reliant. **Exhibit A** and **Exhibit C** set forth definitions of capitalized terms not defined in this Confirmation. |

---

| | |
|---|---|
| **Agreement:** | Electric Energy Sales Agreement dated **November 16, 2015; Reliant Reference #: 1-OLA3HD.** |
| **Initial Term:** | Beginning on the Confirmation Date stated above and continuing until the first Meter Read Date after **May 31, 2025.** |
| **Delivery Term:** | Beginning on the first Meter Read Date on or after the Commencement Date shown on **Exhibit D**, and ending the last day of the Term, as further described in the definition of Delivery Term in **Exhibit A** to the Agreement. |
| **Contract Price:** | **$0.07950** per kWh for each Customer Location. |
| **Exhibit C:** | The attached **Exhibit C** applies to this Energy Transaction. |
| **Exhibit D:** | The attached **Exhibit D** applies to this Energy Transaction. |

**Amendment to the Agreement**: The Parties agree as follows:

1.      **Payment Due Date**.  Effective as of the Confirmation Date, **Section 2.5 Payment** is hereby amended by deleting "20th" and replacing it with "30th" in the sentence specifying the payment Due Date.

2.      **Adding/Deleting Customer Locations**.  This Confirmation is governed by the terms and conditions of the Agreement identified above, including **Section 6.11 Adding and Deleting Customer Locations 20% per Contract Year Band Tolerance**, as previously amended in the Energy Transaction Confirmation dated December 3, 2018, and Section 6.11 remains in effect during the Initial Term of this Energy Transaction.

#2268021v3
Energy Transaction Confirmation (v10.8.2015)
99 Cents Only Stores Texas Inc_11/16/15
Confirm 3 (Renewal Jun 22)_05/10/22
1-3VRANLY

1

**Special Provisions:** This Confirmation must be executed by Customer and Reliant. Please execute below and return to Reliant. This Confirmation is effective only when Reliant receives and executes it. After execution, Reliant will return to Customer a fully executed copy of this Confirmation. If Reliant does not execute this Confirmation, Reliant will notify Customer, and this Confirmation will have no effect.

**RELIANT ENERGY RETAIL SERVICES, LLC**          **99 CENTS ONLY STORES TEXAS, INC.**

By: _____

Scott Hart
Vice President

By: _____

Name: _____
Perry Pericleous

Title: _____
CFO

May 10, 2022 | 1:37 PM PDT

#2268021v3
Energy Transaction Confirmation (v10.8.2015)
99 Cents Only Stores Texas Inc_11/16/15
Confirm 3 (Renewal Jun 22)_05/10/22
1-3VRANLY

2





#2268021v3
Fixed Price Product 2.2016
99 Cents Only Stores Texas Inc_11/16/15
Confirm 3 (Renewal Jun 22)_05/10/22
1-3VRANLY

C - 1



#2268021v3
Fixed Price Product 2.2016
99 Cents Only Stores Texas Inc_11/16/15
Confirm 3 (Renewal Jun 22)_05/10/22
1-3VRANLY

C - 2



#2268021v3
Fixed Price Product 2.2016
99 Cents Only Stores Texas Inc._11/16/15
Confirm 3 (Renewal Jun 22)_05/10/22
1-3VRANLY



an NRG company

## Benchmark Quantity (kWh)

| Date | BMQ | |
|---|---|---|
| 06/01/2022-06/30/2022 | | kWh |
| 07/01/2022-07/31/2022 | | kWh |
| 08/01/2022-08/31/2022 | | kWh |
| 09/01/2022-09/30/2022 | | kWh |
| 10/01/2022-10/31/2022 | | kWh |
| 11/01/2022-11/30/2022 | | kWh |
| 12/01/2022-12/31/2022 | | kWh |
| 01/01/2023-01/31/2023 | | kWh |
| 02/01/2023-02/28/2023 | | kWh |
| 03/01/2023-03/31/2023 | | kWh |
| 04/01/2023-04/30/2023 | | kWh |
| 05/01/2023-05/31/2023 | | kWh |
| 06/01/2023-06/30/2023 | | kWh |
| 07/01/2023-07/31/2023 | | kWh |
| 08/01/2023-08/31/2023 | | kWh |
| 09/01/2023-09/30/2023 | | kWh |
| 10/01/2023-10/31/2023 | | kWh |
| 11/01/2023-11/30/2023 | | kWh |
| 12/01/2023-12/31/2023 | | kWh |
| 01/01/2024-01/31/2024 | | kWh |
| 02/01/2024-02/29/2024 | | kWh |
| 03/01/2024-03/31/2024 | | kWh |
| 04/01/2024-04/30/2024 | | kWh |
| 05/01/2024-05/31/2024 | | kWh |
| 06/01/2024-06/30/2024 | | kWh |
| 07/01/2024-07/31/2024 | | kWh |
| 08/01/2024-08/31/2024 | | kWh |
| 09/01/2024-09/30/2024 | | kWh |
| 10/01/2024-10/31/2024 | | kWh |
| 11/01/2024-11/30/2024 | | kWh |
| 12/01/2024-12/31/2024 | | kWh |
| 01/01/2025-01/31/2025 | | kWh |
| 02/01/2025-02/28/2025 | | kWh |

Deal Option ID 363646842892
99 Cents Only Stores Texas Inc_11/16/15
Confirm 3 (Renewal Jun 22)_05/10/22
1-3VRANLY

D - 1


an NRG company

| Date | BMQ | |
|---|---|---|
| 03/01/2025-03/31/2025 | | kWh |
| 04/01/2025-04/30/2025 | | kWh |
| 05/01/2025-05/31/2025 | | kWh |
| 06/01/2025-06/30/2025 | | kWh |

## CUSTOMER LOCATION INFORMATION:

| # | CUSTOMER LOCATION NAME | CUSTOMER LOCATION ADDRESS | CITY | ST | ZIP | ESID | COMMENCE-MENT DATE |
|---|---|---|---|---|---|---|---|
| 1. | 99 Cents Only Stores Texas Inc | 908 E PIONEER PKY | ARLINGTON | TX | 76010 | | 6/1/2022 |
| 2. | 99 Cents Only Stores Texas Inc | 435 W GREENS RD | HOUSTON | TX | 77067 | | 6/1/2022 |
| 3. | 99 Cents Only Stores Texas Inc | 23623 COLONIAL PKWY | KATY | TX | 77493 | | 6/1/2022 |
| 4. | 99 Cents Only Stores Texas Inc | 10787 JONES RD | HOUSTON | TX | 77065 | | 6/1/2022 |
| 5. | 99 Cents Only Stores Texas Inc | 2516 AVENUE H | ROSENBERG | TX | 77471 | | 6/1/2022 |
| 6. | 99 Cents Only Stores Texas Inc | 7639 WESTHEIMER RD | HOUSTON | TX | 77063 | | 6/1/2022 |
| 7. | 99 Cents Only Stores Texas Inc | 5807 E SAM HOUSTON PKWY N | HOUSTON | TX | 77049 | | 6/1/2022 |
| 8. | 99 Cents Only Stores Texas Inc | 11873 BISSONNET ST A | HOUSTON | TX | 77099 | | 6/1/2022 |
| 9. | 99 Cents Only Stores Texas Inc | 342 S MASON RD | KATY | TX | 77450 | | 6/1/2022 |
| 10. | 99 Cents Only Stores Texas Inc | 4100 FAIRMONT PKWY | PASADENA | TX | 77504 | | 6/1/2022 |
| 11. | 99 Cents Only Stores Texas Inc | 14310 WESTHEIMER RD | HOUSTON | TX | 77077 | | 6/1/2022 |
| 12. | 99 Cents Only Stores Texas Inc | 3901 COLLEYVILLE BLVD | COLLEYVILLE | TX | 76034 | | 6/1/2022 |
| 13. | 99 Cents Only Stores Texas Inc | 14310 1/2 WESTHEIMER RD | HOUSTON | TX | 77077 | | 6/1/2022 |
| 14. | 99 Cents Only Stores Texas Inc | 24151/2 HIGHWAY 6 S | HOUSTON | TX | 77077 | | 6/1/2022 |
| 15. | 99 Cents Only Stores Texas Inc | 5800 BELLAIRE BLVD 1-101 | HOUSTON | TX | 77081 | | 6/1/2022 |
| 16. | 99 Cents Only Stores Texas Inc | 11320 CHIMNEY ROCK RD | HOUSTON | TX | 77035 | | 6/1/2022 |
| 17. | 99 Cents Only Stores Texas Inc | 4980 HIGHWAY 6 N | HOUSTON | TX | 77084 | | 6/1/2022 |
| 18. | 99 Cents Only Stores Texas Inc | 7130 FM 1960 E RD | HUMBLE | TX | 77346 | | 6/1/2022 |
| 19. | 99 Cents Only Stores Texas Inc | 5550 NORTH FWY | HOUSTON | TX | 77076 | | 6/1/2022 |
| 20. | 99 Cents Only Stores Texas Inc | 9335 STELLA LINK RD | HOUSTON | TX | 77025 | | 6/1/2022 |
| 21. | 99 Cents Only Stores Texas Inc | 6732 CAMP BOWIE BLVD | FORT WORTH | TX | 76116 | | 6/1/2022 |
| 22. | 99 Cents Only Stores Texas Inc | 8700 S GESSNER RD | HOUSTON | TX | 77074 | | 6/1/2022 |
| 23. | 99 Cents Only Stores Texas Inc | 10702 EASTEX FWY | HOUSTON | TX | 77093 | | 6/1/2022 |
| 24. | 99 Cents Only Stores Texas Inc | 9009 BRUTON RD STE 426 | DALLAS | TX | 75217 | | 6/1/2022 |
| 25. | 99 Cents Only Stores Texas Inc | 7061 LAWNDALE ST A | HOUSTON | TX | 77023 | | 6/1/2022 |
| 26. | 99 Cents Only Stores Texas Inc | 8330 BROADWAY ST A | HOUSTON | TX | 77061 | | 6/1/2022 |
| 27. | 99 Cents Only Stores Texas Inc | 8330 BROADWAY ST BS | HOUSTON | TX | 77061 | | 6/1/2022 |
| 28. | 99 Cents Only Stores Texas Inc | 13444 PRESTON RD | DALLAS | TX | 75240 | | 6/1/2022 |
| 29. | 99 Cents Only Stores Texas Inc | 13749 TOMBALL PKWY | HOUSTON | TX | 77086 | | 6/1/2022 |

Deal Option ID 363646842892
99 Cents Only Stores Texas Inc_11/16/15
Confirm 3 (Renewal Jun 22)_05/10/22
1-3VRANLY



| # | CUSTOMER LOCATION NAME | CUSTOMER LOCATION ADDRESS | CITY | ST | ZIP | ESID | COMMENCE-MENT DATE |
|---|---|---|---|---|---|---|---|
| 30. | 99 Cents Only Stores Texas Inc | 4500 LIVE OAK ST | DALLAS | TX | 75204 | | 6/1/2022 |
| 31. | 99 Cents Only Stores Texas Inc | 2246 W NOLANA AVE | MCALLEN | TX | 78504 | | 6/1/2022 |
| 32. | 99 Cents Only Stores Texas Inc | 455 SHERRY LN | FORT WORTH | TX | 76114 | | 6/1/2022 |
| 33. | 99 Cents Only Stores Texas Inc | 410 E CAMP WISDOM RD | DUNCANVILLE | TX | 75116 | | 6/1/2022 |
| 34. | 99 Cents Only Stores Texas Inc | 1110 E PARKER RD STE 102 | PLANO | TX | 75074 | | 6/1/2022 |
| 35. | 99 Cents Only Stores Texas Inc | 3330 N GALLOWAY AVE STE 118 | MESQUITE | TX | 75150 | | 6/1/2022 |
| 36. | 99 Cents Only Stores Texas Inc | 4849 FM 1960 W RD | HOUSTON | TX | 77069 | | 6/1/2022 |
| 37. | 99 Cents Only Stores Texas Inc | 3111 FRY RD #215 | KATY | TX | 77449 | | 6/1/2022 |
| 38. | 99 Cents Only Stores Texas Inc | 701 N 13TH ST | HARLINGEN | TX | 78550 | | 6/1/2022 |
| 39. | 99 Cents Only Stores Texas Inc | 10220 1/2 ALMEDA GENOA RD | HOUSTON | TX | 77075 | | 6/1/2022 |
| 40. | 99 Cents Only Stores Texas Inc | 10220 ALMEDA GENOA RD | HOUSTON | TX | 77075 | | 6/1/2022 |
| 41. | 99 Cents Only Stores Texas Inc | 5912 BOSQUE BLVD STE 323 | WACO | TX | 76710 | | 6/1/2022 |
| 42. | 99 Cents Only Stores Texas Inc | 216 FM 1960 BYPASS E RD | HUMBLE | TX | 77338 | | 6/1/2022 |