# **EXHIBIT 2**

**(Proposed Order)**

{02031871;v1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*[1] | Case No. 24-10719 (JKS) |
| *Debtors*. | (Jointly Administered) |

**ORDER GRANTING RELIANT ENERGY RETAIL SERVICES, LLC'S FIRST APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)**

Upon the application (the "Application")[2] of the Reliant Energy Retail Services, LLC ("Reliant") for the entry of an order (i) awarding Reliant an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) of the Bankruptcy Code in the amount of $41,176.56 and (ii) granting Reliant such other and further relief as may be just and proper; and the Court having considered the Application and all related pleadings and documents; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this matter is a core proceeding with the meaning of 28 U.S.C. § 157(b)(2), and notice of the Application was due and proper under the circumstances; and after due deliberation, and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

The Application is **GRANTED** as set forth herein.

1. Reliant is awarded an administrative expense claim under Section 503(b)(1)(A) of the Bankruptcy Code in the amount of **$41,176.56**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

{02031871;v1 }

2

2. Reliant's administrative expense claim shall be allowed and entitled to payment with other allowed chapter 11 administrative expenses under 11 U.S.C. § 507(a)(2).

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.