IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*[1] | Case No. 24-10719 (JKS) |
| *Debtors*. | (Jointly Administered) |
| | **Hearing Date: August 9, 2024 at 11:00 am (ET)**<br>**Obj. Deadline:  July 26, 2024 at 4:00 pm (ET)** |

### NOTICE OF RELIANT ENERGY RETAIL SERVICES, LLC'S FIRST APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)

**PLEASE TAKE NOTICE** that on July 5, 2024, Reliant Energy Retail Services, LLC ("Reliant") filed the *First Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before July 26, 2024, at 4:00 p.m. (ET) (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by undersigned counsel to Reliant, (i) Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE  19899, Attn:  Tiffany Geyer Lydon (tlydon@ashbygeddes.com), and (ii) McDowell Hetherington LLP, 1001 Fannin Street, Suite 2400, Houston, TX 77002, Attn: Michael D. Matthews, Jr. (matt.matthews@mhllp.com); and Tyrone L. Haynes (tyrone.haynes@mhllp.com).

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL TAKE PLACE ON AUGUST 9, 2024, AT 11:00 A.M. (ET) BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, AT 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE, 19801.**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

{02031871;v1 }

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  July 5, 2024
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Tiffany Geyer Lydon*
Tiffany Geyer Lydon (DE Bar No. 3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
E:  tlydon@ashbygeddes.com

**MCDOWELL HETHERINGTON LLP**
Michael D. Matthews, Jr. *(pro hac vice forthcoming)*
Texas Bar No. 24051009
Tyrone L. Haynes *(pro hac vice forthcoming)*
Texas Bar No. 24076430
1001 Fannin Street, Suite 2400
Houston, TX 77002
P: 713-337-5580
F: 713-337-8850
E: matt.matthews@mhllp.com
　　tyrone.haynes@mhllp.com

*Counsel for Reliant Energy Retail Services, LLC*