## CERTIFICATE OF SERVICE

I hereby certify that, on July 5, 2024, I served a true and correct copy of the foregoing to (i) those parties who have subscribed for service via PACER, (ii) to the Debtors counsel via electronic mail, and (iii) to the Debtors via U.S. Mail, postage prepaid at the address below.

*/s/ Tiffany Geyer Lydon*
Tiffany Geyer Lydon (DE Bar No. 3950)

| | |
|---|---|
| Dennis F. Dunne | Robert J. Dehney, Sr. |
| Michael W. Price | Matthew O. Talmo |
| Lauren C. Doyle | Jonathan M. Weyand |
| James McIntyre | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| **MILBANK LLP** | 1201 N. Market Street, 16th Floor |
| 55 Hudson Yards | P.O. Box 1347 |
| New York, NY 10001 | Wilmington, DE 19899- 1347 |
| ddunne@milbank.com | rdehney@morrisnichols.com |
| mprice@milbank.com | mtalmo@morrisnichols.com |
| ldoyle@milbank.com | jweyand@morrisnichols.com |
| jmcintyre@milbank.com | |
| *Counsel for the Debtors in Possession* | *Counsel for the Debtors in Possession* |