# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) ) ) | Case No. 24-10719 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Hearing Date:**<br>**July 30, 2024, at 10:00 a.m. (ET)** |
|  | ) ) ) | **Re: D.I. 454, 529, 699 & 731** |

## NOTICE OF HEARING REGARDING CONTRACT/CURE OBJECTIONS FILED AT D.I. 529 AND D.I. 731

**PLEASE TAKE NOTICE** that on April 16, 2024, the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of an Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors' Entry into One or Multiple Asset Purchase Agreements, (B) Sales(s) Free and Clear of All Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* (D.I. 171).

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 3(f) of the *Final Order (I) Authorizing and Approving Procedures for Rejection and Assumption and Assignment of Executory Contracts and Unexpired Leases, (II) Authorizing Abandonment of Certain Personal Property, and (III) Granting Related Relief* (D.I. 438), the Debtors have the right to schedule a hearing on objections to any Assumption Notices (as defined therein), including objections regarding those leases listed in Exhibit A of the *Order (I) Approving the Purchase Agreement Among Debtors and Buyer, (II) Authorizing the Sale of Designation Rights to Certain Leases Free and Clear of Liens, Claims, Interests, and Encumbrances, (III) Approving Assignment and Assumption Procedures for the Designated Leases and (III) Granting Related Relief* (D.I. 699), and in Exhibit A of the *Order (I) Approving the Purchase Agreement Among Debtors and Buyer, (II) Authorizing the Sale of Designation Rights to Certain Leases Free and Clear of Liens, Claims, Interests, and Encumbrances, (III) Approving Assignment and Assumption Procedures for the Designated Leases and (IV) Granting Related Relief* (D.I. 454).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE *RESPONSE AND RESERVATION OF MULTIPLE LANDLORDS TO DEBTORS' NOTICE OF POTENTIAL ASSUMPTION OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND CURE AMOUNTS* (D.I. 529) AND THE *RESPONSE AND RESERVATION OF HWS PALM DESERT, LLC AND NMC ANAHEIM, LLC TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES TO DOLLAR TREE STORES, INC.* (D.I. 731) WILL BE HELD ON **July 30, 2024, AT 10:00 A.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801. THE OBJECTION DEADLINE FOR DOLLAR TREE CURE OBJECTIONS HAS PASSED AND HAS NOT BEEN EXTENDED.

Dated: July 19, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email:    rdehney@morrisnichols.com
          mtalmo@morrisnichols.com
          jweyand@morrisnichols.com
          csawyer@morrisnichols.com

- and -

**MILBANK LLP**
Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:    ddunne@milbank.com
          mprice@milbank.com
          ldoyle@milbank.com
          bkinney@milbank.com

*Co-Counsel for Debtors in Possession*