# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 24-10719 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
### JULY 30, 2024, AT 10:00 A.M. (EASTERN TIME)

> **AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED.**

## MATTER GOING FORWARD

1. Debtors' Motion for Entry of an Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors' Entry into One or Multiple Asset Purchase Agreements, (B) Sales(s) Free and Clear of All Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 171, filed 4/16/24).

   Contract Objection Deadline: May 14, 2024, at 4:00 p.m. (ET).

   Cure Objections:

   a) Response and Reservation of Multiple Landlords to Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 529, filed 5/14/24); and

   b) Response and Reservation of HWS Palm Desert, LLC and NMC Anaheim, LLC to Debtors' Notice of Assumption and Assignment of Certain Unexpired Leases to Dollar Tree Stores, Inc. (D.I. 731, filed 5/28/24).

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

Related Documents:

a) Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 344, filed 5/2/24);

b) Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors Entry Into One or Multiple Asset Purchase Agreements, (B) Sale(s) Free and Clear of all Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 463, entered 5/9/24);

c) Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 482, filed 5/10/24);

d) Order (I) Approving the Purchase Agreement Among Debtors and Buyer, (II) Authorizing the Sale of Designation Rights to Certain Leases Free and Clear of Liens, Claims, Interests, and Encumbrances, (III) Approving Assignment and Assumption Procedures for the Designated Leases and (IV) Granting Related Relief (D.I. 699, entered 5/24/24);

e) Notice of Adjourned Cure Objections (D.I. 739, filed 5/28/24); and

f) Notice of Hearing Regarding Contract/Cure Objections Filed at D.I. 529 and D.I. 731 (D.I. 1041, filed 7/19/24).

Status:  This matter is adjourned to the hearing scheduled for August 9, 2024, at 11:00 a.m. (ET).

Dated: July 26, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email:    rdehney@morrisnichols.com
    mtalmo@morrisnichols.com
    jweyand@morrisnichols.com
    csawyer@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:    ddunne@milbank.com
    mprice@milbank.com
    ldoyle@milbank.com
    bkinney@milbank.com

*Co-Counsel for Debtors in Possession*