# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| Debtors. | ) (Jointly Administered) |

## DEBTORS' WITNESS LIST FOR AUGUST 9, 2024 HEARING

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") file this Witness List identifying the individuals that the Debtors may call as witnesses at the hearing scheduled for **August 9, 2024, at 10:00 a.m. (ET)** (the "<u>Hearing</u>") before the Honorable J. Kate Stickles, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

## WITNESSES

The Debtors intend to present, either through direct live examination or by declaration, the testimony of one or more individuals, which may include Stephen Madura, Senior Vice President of Hilco Real Estate, LLC.

## RESERVATION OF RIGHTS

The Debtors reserve the right to amend and/or supplement the foregoing witness list at any time prior to the Hearing. The Debtors further reserve the right to (i) cross-designate all witnesses

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

designated by any other party for the Hearing, (ii) call any rebuttal and/or impeachment witnesses as necessary, (iii) cross-examine any witness called by any other party at the Hearing, and (iv) not call any witness identified herein.

Dated: August 7, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email:    rdehney@morrisnichols.com
           mtalmo@morrisnichols.com
           jweyand@morrisnichols.com
           csawyer@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:    ddunne@milbank.com
           mprice@milbank.com
           ldoyle@milbank.com
           bkinney@milbank.com

*Co-Counsel for Debtors in Possession*