## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NUMBER HOLDINGS, INC., *et al.*, [1] | ) | Case No. 24-10719 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
## AUGUST 9, 2024, AT 11:00 A.M. (EASTERN TIME)

---

This proceeding will be conducted **in-person**.
All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.

---

## RESOLVED MATTERS

1.    Motion of Ag Pros, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (D.I. 923, filed 7/2/24).

       Objection Deadline:  July 21, 2024, at 4:00 p.m. (ET).

       Responses Received:

       a)      Informal comments from the Debtors.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030).  The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

Related Documents:

a)      Order (I) Granting Allowance of Administrative Expense Claim(s) Pursuant to 11 U.S.C. § 503(b)(9) and (II) Granting Related Relief (D.I. 1110, entered 8/5/24).

Status: An order has been entered.  A hearing on this matter is no longer necessary.

2.      Motion of Western Cactus Enterprises, LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (D.I. 924, filed 7/2/24).

Objection Deadline:  July 21, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from the Debtors.

Related Documents:

a)      Order (I) Granting Allowance of Administrative Expense Claim(s) Pursuant to 11 U.S.C. § 503(b)(9) and (II) Granting Related Relief (D.I. 1110, entered 8/5/24).

Status: An order has been entered. A hearing on this matter is no longer necessary.

3.      Reliant Energy Retail Services, LLC's First Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) and Request to Postpone Hearing Subject to Debtors' Completion of the Sale of Its Assets (D.I. 944, filed 7/5/24).

Objection Deadline:  July 26, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from the Debtors.

Related Documents:

a)      Notice of Withdrawal of Reliant Energy Retail Services, LLC's First Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) (D.I. 1116, filed 8/6/24).

Status: This motion has been withdrawn.

4.      Motion of Selective Imports Corp. for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (D.I. 946, filed 7/5/24).

Objection Deadline:  July 22, 2024, at 4:00 p.m. (ET).

Responses Received:

a)    Informal comments from the Debtors.

Related Documents:

a)    Order (I) Granting Allowance of Administrative Expense Claim(s) Pursuant to 11 U.S.C. § 503(b)(9) and (II) Granting Related Relief (D.I. 1110, entered 8/5/24).

Status: An order has been entered. A hearing on this matter is no longer necessary.

5.    MP2 Energy NE LLC d/b/a Shell Energy Solutions' Application for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) (D.I. 952, filed 7/8/24).

Objection Deadline:  July 26, 2024, at 4:00 p.m. (ET).

Responses Received:

a)    Informal comments from the Debtors.

Related Documents:

a)    Notice of Withdrawal of MP2 Energy NE LLC d/b/a Shell Energy Solutions' Application for Allowance and Application of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)  (D.I. 1119, filed 8/6/24).

Status: This matter has been withdrawn.

6.    Application of Allied Universal Security Services for Allowance and Payment of Administrative Expense Claim (D.I. 959, filed 7/8/24).

Objection Deadline:  July 29, 2024, at 4:00 p.m. (ET).

Responses Received:

a)    Informal comments from the Debtors.

Related Documents:

a)    Notice of Withdrawal of Motion for Payment of Administrative Expenses/Claims (D.I. 1123, filed 8/7/24).

Status: This matter has been withdrawn.

7.    Motion of Golden Lyon Investment Co., d/b/a W.Y. International Inc. for Allowance and Payment of Administrative Expense Claims (D.I. 970, filed 7/8/24).

Objection Deadline:  July 22, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from the Debtors.

Related Documents:

a)      Order (I) Granting Allowance of Administrative Expense Claim(s) Pursuant to 11 U.S.C. § 503(b)(9) and (II) Granting Related Relief (D.I. 1110, entered 8/5/24).

Status: An order has been entered.  A hearing on this matter is no longer necessary.

8.      Motion of Golden Gate Paper Company, Incorporated for Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (D.I. 972, filed 7/8/24).

Objection Deadline:  July 26, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from the Debtors.

Related Documents:

a)      Order (I) Granting Allowance of Administrative Expense Claim(s) Pursuant to 11 U.S.C. § 503(b)(9) and (II) Granting Related Relief (D.I. 1110, entered 8/5/24).

Status: An order has been entered.  A hearing on this matter is no longer necessary.

9.      Motion of Reynaldo's Mexican Food Company, LLC for Allowance and Payment of 11 U.S.C. § 503(b)(9) Claim (D.I. 973, filed 7/8/24).

Objection Deadline:  July 22, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from the Debtors.

Related Documents:

a)      Order (I) Granting Allowance of Administrative Expense Claim(s) Pursuant to 11 U.S.C. § 503(b)(9) and (II) Granting Related Relief (D.I. 1110, entered 8/5/24).

Status: An order has been entered.  A hearing on this matter is no longer necessary.

10.     Request by Newport Sales for Allowance of 11 U.S.C. § 503(b)(9) Claim (D.I. 978, filed 7/8/24).

Objection Deadline:  None.

Responses Received:

a)      Informal comments from the Debtors.

Related Documents:

a)      Order (I) Granting Allowance of Administrative Expense Claim(s) Pursuant to 11 U.S.C. § 503(b)(9) and (II) Granting Related Relief (D.I. 1110, entered 8/5/24).

Status: An order has been entered.  A hearing on this matter is no longer necessary.

11.     Debtors' Motion for Entry of an Order Extending Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 (D.I. 982, filed 7/8/24).

Objection Deadline:  July 22, 2024, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a)      Order Granting the Debtors' Motion to Extend the Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure (D.I. 1055, entered 7/26/24).

Status: An order has been entered. A hearing on this matter is no longer necessary.

12.     Motion to Seal Portions of the Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of Their Motions for Relief from the Automatic Stay (D.I. 1013, filed 7/12/24).

Objection Deadline:  August 2, 2024, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

a)      [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay (D.I. 967, filed 7/8/24);

b)      (Redacted) Omnibus Reply in Support of Certain Stay Relief Motions (D.I. 1012, filed 7/11/24);

c)      Certificate of No Objection Regarding Motion to Seal Portions of the Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of Their Motions for Relief from the Automatic Stay (D.I. 1112, filed 8/5/24); and

d)      Order Sealing the Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of Their Motions for Relief from the Automatic Stay and Granting Leave to File Redacted Version of the Same (D.I. 1115, entered 8/6/24).

Status: An order has been entered. A hearing on this matter is no longer necessary.

**ADJOURNED MATTERS**

13. Motion of Pontea Davoud for Relief from the Automatic Stay (D.I. 591, filed 5/17/24). Objection Deadline: May 28, 2024, at 4:00 p.m. (ET); extended to July 3, 2024, at 1:00 p.m. (ET).

   Responses Received:

   a) Objection of Safety National Casualty Corporation as to Motion of Pontea Davoud for Relief from the Automatic Stay (D.I. 736, filed 5/28/24); and
   b) Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay (D.I. 937, filed 7/3/24).

   Related Documents:

   a) Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions (D.I. 935, filed 7/3/24);
   b) Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions (D.I. 947, filed 7/5/24); and
   c) [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay (D.I. 967, filed 7/8/24).

   Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

14. Motion of Diana Rendon for Relief from the Automatic Stay (D.I. 834, filed 6/13/24).

   Objection Deadline: July 5, 2024, at 4:00 p.m. (ET).

   Responses Received:

   a) Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 (D.I. 917, filed 7/2/24); and

   b) Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay (D.I. 937, filed 7/3/24).

   Related Documents:

   Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

15. Motion of Natalia GN, LLC for Allowance and Payment of Administrative Rent Expense Claim Pursuant to 11 U.S.C. §§ 503 and 365 (D.I. 848, filed 6/18/24).

Objection Deadline:  July 3, 2024, at 4:00 p.m. (ET); extended for the Debtors.

Responses Received:

a)        Informal comments from the Debtors.

Related Documents: None

Status:  The parties are currently working toward resolution of the motion.  This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

16.      Motion of Elder Reyes for Relief from the Automatic Stay (D.I. 871, filed 6/26/24).

Objection Deadline:  July 3, 2024, at 4:00 p.m. (ET).

Responses Received:

a)        Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 (D.I. 917, filed 7/2/24); and

b)        Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay (D.I. 937, filed 7/3/24).

Related Documents:

a)        Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions (D.I. 935, filed 7/3/24);

b)        Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions (D.I. 947, filed 7/5/24); and

c)        [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay (D.I. 967, filed 7/8/24).

Status:  This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

17.      Motion of Kevin Frankenstein for Relief from the Automatic Stay (D.I. 873, filed 6/26/24).

Objection Deadline:  July 3, 2024, at 4:00 p.m. (ET).

Responses Received:

a)        Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 (D.I. 917, filed 7/2/24); and

b)    Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay (D.I. 937, filed 7/3/24).

Related Documents:

a)    Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions (D.I. 935, filed 7/3/24);

b)    Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions (D.I. 947, filed 7/5/24); and

c)    [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay (D.I. 967, filed 7/8/24).

Status:  This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

18.    Motion of Alicia Hidalgo for Relief from the Automatic Stay (D.I. 875, filed 6/26/24).

Objection Deadline:  July 3, 2024, at 4:00 p.m. (ET).

Responses Received:

a)    Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 (D.I. 917, filed 7/2/24); and

b)    Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay (D.I. 937, filed 7/3/24).

Related Documents:

a)    Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions (D.I. 935, filed 7/3/24);

b)    Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions (D.I. 947, filed 7/5/24); and

c)    [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay (D.I. 967, filed 7/8/24).

Status:  This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

19.    Motion of Madai Elisa Ruiz for Relief from the Automatic Stay (D.I. 877, filed 6/26/24).

Objection Deadline:  July 3, 2024, at 4:00 p.m. (ET).

Responses Received:

a)     Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 (D.I. 917, filed 7/2/24); and

b)     Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay (D.I. 937, filed 7/3/24).

Related Documents:

a)     Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions (D.I. 935, filed 7/3/24);

b)     Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions (D.I. 947, filed 7/5/24); and

c)     [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay (D.I. 967, filed 7/8/24).

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

20.     Motion of Yesenia Velasquez for Relief from the Automatic Stay (D.I. 879, filed 6/26/24).

Objection Deadline: July 3, 2024, at 4:00 p.m. (ET).

Responses Received:

a)     Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 (D.I. 917, filed 7/2/24); and

b)     Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay (D.I. 937, filed 7/3/24).

Related Documents:

a)     Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions (D.I. 935, filed 7/3/24);

b)     Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions (D.I. 947, filed 7/5/24); and

c)     [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay (D.I. 967, filed 7/8/24).

Status:  This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

21.     Motion of Liliana Bravo for Relief from the Automatic Stay (D.I. 882, filed 6/26/24).

Objection Deadline:  July 3, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 (D.I. 917, filed 7/2/24); and

b)      Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay (D.I. 937, filed 7/3/24).

Related Documents:

a)      Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions (D.I. 935, filed 7/3/24);

b)      Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions (D.I. 947, filed 7/5/24); and

c)      [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay (D.I. 967, filed 7/8/24).

Status:  This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

22.     Motion of Elva De La Fuente for Relief from the Automatic Stay (D.I. 886, filed 6/26/24).

Objection Deadline:  July 3, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Joint Objection of Safety National Casualty Corporation as to Various Motions for Relief from the Automatic Stay Filed at Docket Nos. 834, 871, 873, 875, 877, 879, 882 & 886 (D.I. 917, filed 7/2/24); and

b)      Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay (D.I. 937, filed 7/3/24).

Related Documents:

a)      Letter to Hon. J. Kate Stickles Requesting Status Conference as to Eight (8) Stay Relief Motions (D.I. 935, filed 7/3/24);

b)      Letter to the Hon. J. Kate Stickles Regarding the Request for a Status Conference on Stay Relief Motions (D.I. 947, filed 7/5/24); and

c)      [SEALED] Omnibus Consolidated Reply of Certain Personal Injury Claimants in Support of their Motions for Relief from the Automatic Stay (D.I. 967, filed 7/8/24).

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

23.     Request and Reservation of Rights of Anthem Blue Cross Life and Health Insurance Company for Allowance and Payment of an Administrative Expense Claim for the Period of April 7, 2024 Through May 31, 2024 (D.I. 942, filed 7/3/24).

Objection Deadline:  July 26, 2024, at 4:00 p.m. (ET); extended for the Debtors.

Responses Received: None

Related Documents:

a)      Notice of Filing of Proposed Order Granting Request and Reservation of Rights of Anthem Blue Cross Life and Health Insurance Company for Allowance and Payment of an Administrative Expense Claim for the Period of April 7, 2024 Through May 31, 2024 (D.I. 943, filed 7/3/24).

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

24.     Motion of Global Packaging Supply, Inc. d/b/a Global Supply Company Supply for Allowance of Administrative Expense Claim Pursuant to Section 11 U.S.C. § 503(b) of the Bankruptcy Code (D.I. 949, filed 7/8/24).

Objection Deadline:  July 26, 2024, at 4:00 p.m. (ET); extended for the Debtors.

Responses Received: None

Related Documents:

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

25. EMCOR Facilities Services, Inc.'s Request for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(a) (D.I. 955, filed 7/8/24).

Objection Deadline: July 22, 2024, at 4:00 p.m. (ET); extended for the Debtors.

Responses Received: None

Related Documents: None

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

26. Request for Allowance of Administrative Claim of 21 Bapaz, LLC and 199 Murdock Associates LLC (D.I. 969, filed 7/8/24).

Objection Deadline: July 22, 2024, at 4:00 p.m. (ET), extended for the Debtors.

Responses Received: None

Related Documents: None

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

27. Motion of Advance Carts LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) (D.I. 971, filed 7/8/24).

Objection Deadline: July 22, 2024, at 4:00 p.m. (ET); extended for the Debtors.

Responses Received: None

Related Documents: None

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

28. Motion of Betteravia 2002, LLC for Entry of an Order Compelling the Debtors' Payment of Post-Petition Rent and Other Obligations Owed Under the Unexpired Lease of Nonresidential Real Property (D.I. 983, filed 7/8/24).

Objection Deadline: July 22, 2024, at 4:00 p.m. (ET); extended for the Debtors.

Responses Received: None

Related Documents: None

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

29.     Nancy Tresch's Motion for Relief from the Automatic Stay (D.I. 1039, filed 7/19/24).

Objection Deadline:  August 2, 2024, at 4:00 p.m. (ET); extended for the Debtors.

Responses Received:

a)      Consolidated Objection of Safety National Casualty Corporation as to Motions of Ana Montemayor and Nancy Tresch for Relief from the Automatic Stay (D.I. 1096, filed 8/1/24).

Related Documents:

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

30.     Ana Montemayor's Motion for Relief from the Automatic Stay (D.I. 1040, filed 7/19/24).

Objection Deadline:  August 2, 2024, at 4:00 p.m. (ET); extended for the Debtors.

Responses Received:

a)      Consolidated Objection of Safety National Casualty Corporation as to Motions of Ana Montemayor and Nancy Tresch for Relief from the Automatic Stay (D.I. 1096, filed 8/1/24).

Related Documents:

Status: This matter has been adjourned to the hearing scheduled for September 24, 2024, at 11:00 a.m. (ET).

## MATTERS UNDER CERTIFICATION

31.     Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc. (D.I. 938, filed 7/3/24).

Objection Deadline:  July 19, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from the Debtors.

Related Documents:

a)     Declaration of Kevin Ramirez in Support of the Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc. (D.I. 941, filed 7/3/24); and

b)     Certification of Counsel Regarding Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc. (D.I. 1120, filed 8/7/24).

Status: A certification of counsel has been filed.  No hearing on this matter is necessary unless the Court directs otherwise.

## MATTERS GOING FORWARD

32.     Debtors' Motion for Entry of an Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates; (III)(A) Debtors' Entry into One or Multiple Asset Purchase Agreements, (B) Sales(s) Free and Clear of All Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 171, filed 4/16/24).

Contract Objection Deadline: May 14, 2024, at 4:00 p.m. (ET).

Cure Objections:

a)     Limited Objection of B33 Valley Central II, LLC to Amended Notice of Potential Assumption of Executory Contracts, Unexpired Leases and Cure Amounts (D.I. 508, filed 5/14/24);

b)     Response and Reservation of Multiple Landlords to Debtors' Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 529, filed 5/14/24); and

c)     Response and Reservation of HWS Palm Desert, LLC and NMC Anaheim, LLC to Debtors' Notice of Assumption and Assignment of Certain Unexpired Leases to Dollar Tree Stores, Inc. (D.I. 731, filed 5/28/24).

Related Documents:

a)     Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 344, filed 5/2/24);

b)     Order Approving (I)(A) Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Remaining Assets, (B) Assumption and Assignment Procedures, (C) Form and Manner of Notice of Sale Hearing, Assumption Procedures, and Auction Results; (II) Auction and Sale Hearing Dates;

(III)(A) Debtors Entry Into One or Multiple Asset Purchase Agreements, (B) Sale(s) Free and Clear of all Encumbrances, and (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (D.I. 463, entered 5/9/24);

c)      Amended Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts (D.I. 482, filed 5/10/24);

d)      Order (I) Approving the Purchase Agreement Among Debtors and Buyer, (II) Authorizing the Sale of Designation Rights to Certain Leases Free and Clear of Liens, Claims, Interests, and Encumbrances, (III) Approving Assignment and Assumption Procedures for the Designated Leases and (IV) Granting Related Relief (D.I. 699, entered 5/24/24);

e)      Notice of Adjourned Cure Objections (D.I. 739, filed 5/28/24); and

f)      Notice of Hearing Regarding Contract/Cure Objections Filed at D.I. 508 (D.I. 1104, filed 8/2/24).

Status:  This matter is going forward.  For the objection filed at D.I. 508, only the cure objection regarding store #70 is going forward.  For the objection filed at D.I. 529, only the cure objection regarding store #75 will be going forward.  For the objection filed at D.I. 731, a certification of counsel has been or will be filed with respect to each of the cure objections regarding the stores listed therein.

33.      Ecolab Inc.'s Request for Allowance and Payment of Initial Administrative Claim (D.I. 951, filed 7/8/24).

Objection Deadline:  July 19, 2024, at 4:00 p.m. (ET).

Responses Received: None

Related Documents: None

Status: The parties have reached a resolution of the request.  The Debtors do not anticipate that this matter will be going forward at this time.

34.      Motion of Cove Parkdale Commons MT, LLC for an Order Allowance and Requirement Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(d)(3) (D.I. 979, filed 7/8/24).

Objection Deadline:  July 21, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from the Debtors.

Related Documents:

a)      Notice of Filing Exhibit (D.I. 986, filed 7/9/24).

Status: The parties have reached a resolution of the request in principle and are negotiating the form of the resolution.  The Debtors do not anticipate that this matter will be going forward at this time.

35.     Debtors' Motion for Entry of an Order (I) Authorizing Payment of Certain Medical Claims, (II) Authorizing and Approving Procedures for the Wind Down of the Debtors' Self-Insured Medical Plans, and (III) Granting Related Relief (D.I. 1042, filed 7/19/24).

Objection Deadline:  August 2, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Informal comments from the United States Trustee.

b)      Informal comments from Anthem Blue Cross Blue Shield.

c)      Informal comments from Aetna Life Insurance Company.

Related Documents:

Status: The Debtors are working with the parties to resolve any remaining comments and anticipate filing the proposed order under certification of counsel.

36.     Debtors' Motion for Entry of an Order (I) in Aid of Sale Order; (II) Approving the Alternative Purchase Agreements; and (III) Granting Related Relief (D.I. 1043, filed 7/19/24).

Objection Deadline:  August 2, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Rosewood Group LLC's Objection to Debtors' Motion for Entry of an Order (I) in Aid of Sale Order; (II) Approving the Alternative Purchase Agreements; and (III) Granting Related Relief (D.I. 1069, filed 7/26/24); and

b)      Debtors' (I) Objection to Motion of Rosewood Group LLC for Entry of Order Enforcing Bidding Procedures Order, Modifying Sale Order, and Directing Return of Good Faith Deposit and (II) Reply to Rosewood Group LLC's Objection to Debtors' Motion for Entry of an Order in Aid of Sale Order (D.I. 1122, filed 8/7/24).

c)      Notice of Exhibit A to Debtors' (I) Objection to Motion of Rosewood Group LLC for Entry of Order Enforcing Bidding Procedures Order, Modifying Sale Order, and Directing Return of Good Faith Deposit and (II) Reply to Rosewood Group LLC's

Objections to Debtors' Motion for Entry of An Order in Aid of Sale Order (Filed at D.I. 1122) (D.I. 1126, filed 8/7/24).

Related Documents:

a)      Declaration of Joel Schneider in Support of the Debtors' Motion for Entry of an Order (I) in Aid of Sale Order; (II) Approving the Alternative Purchase Agreements; and (III) Granting Related Relief (D.I. 1044, filed 7/19/24);

b)      Notice of Successful Bidder and Backup Bidder with respect to the Auction of Certain of the Debtors' Assets (D.I. 1109, filed 8/5/24); and

c)      Debtors' Witness List for August 9, 2024 Hearing (D.I. 1124, filed 8/7/24).

d)      Declaration of Stephen Madura in Support of the Debtors' Motion and Objection (D.I. 1125, filed 8/7/23).

Witness Information: Following are the witnesses the parties may call to testify during the hearing, all of whom are subject to cross-examination:

a)      The Debtors intend to present the testimony of Stephen Madura, Senior Vice President of Hilco Real Estate, LLC by declaration and/or live testimony.

Status: This matter is going forward.

37.     Motion of Rosewood Group LLC for Entry of Order Enforcing Bidding Procedures Order, Modifying Sale Order, and Directing Return of Good Faith Deposit (D.I. 1068, filed 7/26/24).

Objection Deadline:  August 2, 2024, at 4:00 p.m. (ET).

Responses Received:

a)      Debtors' (I) Objection to Motion of Rosewood Group LLC for Entry of Order Enforcing Bidding Procedures Order, Modifying Sale Order, and Directing Return of Good Faith Deposit and (II) Reply to Rosewood Group LLC's Objection to Debtors' Motion for Entry of an Order in Aid of Sale Order (D.I. 1122, filed 8/7/24).

b)      Notice of Exhibit A to Debtors' (I) Objection to Motion of Rosewood Group LLC for Entry of Order Enforcing Bidding Procedures Order, Modifying Sale Order, and Directing Return of Good Faith Deposit and (II) Reply to Rosewood Group LLC's Objections to Debtors' Motion for Entry of An Order in Aid of Sale Order (Filed at D.I. 1122) (D.I. 1126, filed 8/7/24).

Related Documents:

a)   Debtors' Witness List for August 9, 2024 Hearing (D.I. 1124, filed 8/7/24).

b)   Declaration of Stephen Madura in Support of the Debtors' Motion and Objection (D.I. 1125, filed 8/7/23).

<u>Witness Information</u>: Following are the witnesses the parties may call to testify during the hearing, all of whom are subject to cross-examination:

a)   The Debtors intend to present the testimony of Stephen Madura, Senior Vice President of Hilco Real Estate, LLC by declaration and/or live testimony.

<u>Status</u>: This matter is going forward.

Dated: August 7, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email:        rdehney@morrisnichols.com
              mtalmo@morrisnichols.com
              jweyand@morrisnichols.com
              csawyer@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq.  (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mprice@milbank.com
              ldoyle@milbank.com
              bkinney@milbank.com

*Co-Counsel for Debtors in Possession*