# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 784, 793, 938, 941 & 1120** |

## ORDER GRANTING REQUEST OF SALESFORCE, INC. FOR (I) THE ALLOWANCE OF CERTAIN CLAIMS AND (II) GRANTING RELATED RELIEF

Upon consideration of the *Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc.* (the "Request") for entry of an order for allowance of an administrative expense claim pursuant to section 503(b)(1)(A) of the Bankruptcy Code; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* of the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that the notice of the Request and of the opportunity to be heard were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

1. Salesforce, Inc. ("Salesforce") is granted an allowed administrative expense claim under section 503(b)(1)(A) of the Bankruptcy Code in the amount of $54,606.10.

2. Salesforce is granted an unsecured claim under section 502 of the Bankruptcy Code in the amount of $308,732.98.

3. All claims provided herein are against the Debtor, 99 Cents Only Stores LLC.

4. The Request and all proofs of claim filed (claim nos. 1388, 1408, 1424, and 2080) are hereby resolved in their entirety by entry of this Order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 7th, 2024
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE