**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NUMBER HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10719 (JKS)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 2, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Declaration of Disinterestedness by Non-Attorney Used in the Ordinary Course of Business [Docket No. 1030]

- Declaration of Disinterestedness by Attorney Used in the Ordinary Course of Business [Docket No. 1098]

- Twenty-First Order Approving Assumption and Assignment of Certain Unexpired Leases Designated in Debtors' Notice of Assumption and Assignment [Docket No. 1099] (the "***Twenty-First A&A Order***")

- Twenty-Second Order Approving Assumption and Assignment of Certain Unexpired Leases Designated in Debtors' Notice of Assumption and Assignment [Docket No. 1100] (the "***Twenty-Second A&A Order***")

- Twenty-Third Order Approving Assumption and Assignment of Certain Unexpired Leases Designated in Debtors' Notice of Assumption and Assignment [Docket No. 1101] (the "***Twenty-Third A&A Order***")

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

- Twenty-Fourth Order Approving Assumption and Assignment of Certain Unexpired Leases Designated in Debtors' Notice of Assumption and Assignment [Docket No. 1102] (the "***Twenty-Fourth A&A Order***")

- Omnibus Hearing Order Scheduled for September 24, 2024 at 11:00 a.m. (ET) [Docket No. 1103]

- Notice of Hearing Regarding Contract/Cure Objections Filed at D.I. 508 [Docket No. 1104] (the "***Hearing Notice re Cure Objections***")

On August 2, 2024, at my direction and under my supervision, employees of Kroll caused the Twenty-First A&A Order to be served via Overnight Mail on the DN 1099 Counterparties Service List attached hereto as **Exhibit B**.

On August 2, 2024, at my direction and under my supervision, employees of Kroll caused the Twenty-Second A&A Order to be served via Overnight Mail on Oracle Limberlost Shopping Center, Attn: President or General Counsel (ADRID: 28729429), 6236 E Pima Suite 170, Tucson, AZ 85712.

On August 2, 2024, at my direction and under my supervision, employees of Kroll caused the Twenty-Third A&A Order to be served via Overnight Mail and Email on the DN 1101 Counterparties Service List attached hereto as **Exhibit C**.

On August 2, 2024, at my direction and under my supervision, employees of Kroll caused the Twenty-Fourth A&A Order to be served via Overnight Mail on Schwartz Torrance Company LLC, C/O 1st Commercial Real Estate (ADRID: 28753937), 2009 Porterfield Way Suite P, Upland, CA 91786.

On August 2, 2024, at my direction and under my supervision, employees of Kroll caused the Hearing Notice re Cure Objections to be served via Overnight Mail and Email on B33 Valley Central II, LLC, Attn: Deirdre Bergeron (ADRID: 28915476), PO Box 6304, Hicksville, NY 1180-6304, prop.valleycentral@bridge33capital.com.

[*Remainder of page intentionally left blank*]

Dated: August 7, 2024

                                                        */s/ Ishrat Khan*
                                                        Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 7, 2024, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Collin County, Collin County College, and City of Plano | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd, Ste. 300<br>McKinney TX 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com | Email |
| Counsel to Reliant Energy Retail Services, LLC | Ashby & Geddes, P.A | Attn: Tiffany Geyer Lydon<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899 | tlydon@ashbygeddes.com | Email |
| Counsel to DeRito Talking Stick North, LLC and affiliates, Oracle Limberlost Shopping Center, LLC, and Goodwill of Central and Northern Arizona | Ashby & Geddes, P.A. | Attn: Benjamin W. Keenan<br>500 Delaware Avenue, 8th Floor<br>Wilmington DE 19801 | bkeenan@ashbygeddes.com | Email |
| Counsel to Nova Manna, Inc. | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor<br>500 Delaware Avenue, 8th Floor<br>Wilmington DE 19801 | gtaylor@ashbygeddes.com | Email |
| Counsel to Reynaldo's Mexican Food Company, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | Attn: Mark I. Duedall<br>3414 Peachtree Road, N.E.<br>Suite 1500<br>Atlanta GA 30326 | mduedall@bakerdonelson.com | Email |
| Counsel to Brixmor Holdings 12 SPE, LLC and Buckingham Plaza Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Nicholas J. Brannick, Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>brannickn@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC | Bayard, P.A. | Attn: Ericka F. Johnson<br>600 N. Market Street<br>Suite 400<br>Wilmington DE 19801 | ejohnson@bayardlaw.com | Email |
| Counsel to Ciuti International | Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, John C. Gentile, Juan E. Martinez<br>1313 North Market Street<br>Suite 1201<br>Wilmington DE 19801-6101 | kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com<br>jmartinez@beneschlaw.com | Email |
| Counsel to Palmdale Investment Group, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park<br>13215 E. Penn Street, Suite 510<br>Whittier CA 90602-1797 | ernie.park@bewleylaw.com | Email |
| Counsel to Highway Properties, L.P. | Bielli & Klauder, LLC | Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington DE 19801 | dklauder@bk-legal.com | Email |
| Counsel to the Official 99SD Holdings LLC | Blanchard, Krasner & French | Attn: Robert W. Blanchard, Esq.<br>800 Silverado Street<br>2nd Floor<br>La Jolla CA 92037 | bblanchard@bkflaw.com | Email |
| Counsel to Ollie's Bargain Outlet, Inc. and OBO Ventures, Inc. | Blank Rome LLP | Attn: Regina Stango Kelbon, Josef W. Mintz<br>1201 Market Street, Suite 800<br>Wilmington DE 19801 | Regina.Kelbon@BlankRome.com<br>Josef.Mintz@BlankRome.com | Email |
| Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company | Chiesa Shahinian & Giantomasi PC | Attn: Jonathan Bondy, Terri J. Freedman<br>105 Eisenhower Parkway<br>Roseland NJ 07068 | jbondy@csglaw.com<br>tfreedman@csglaw.com | Email |
| Counsel to RBC Equities, LLC | Cole Shotz P.C. | Attn: Patrick J. Reilley<br>500 Delaware Avenue, Suite 1410<br>Wilmington DE 19801 | preilley@coleschotz.com | Email |
| Counsel to Kassy D. Clifford, Ashley F. Keely | Conaway-Legal LLC | Attn: Bernard G. Conaway<br>Market West<br>221 W. Tenth Street Suite 400<br>Wilmington DE 19801 | bgc@conaway-legal.com | Email |
| Counsel to ALDI Inc. | Connolly Gallagher LLP | Attn: Karen C. Bifferato<br>1201 North Market<br>Street, 20th Floor<br>Wilmington DE 19801 | kbifferato@connollygallagher.com | Email |
| Counsel to Maricopa AZ Investments, LLC | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann<br>1105 N. Market Street, Suite 901<br>Wilmington DE 19801 | csimon@crosslaw.com<br>kmann@crosslaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware State Treasury | Delaware State Treasury | Attn: President or General Counsel<br>820 Silver Lake Blvd<br>Suite 100<br>Dover DE 19904 | | First Class Mail |
| Counsel to Bar-S Foods Company | Dorsey & Whitney (Delaware) LLP | Attn: Alessandra Glorioso<br>300 Delaware Avenue, Suite 1010<br>Wilmington DE 19801 | glorioso.alessandra@dorsey.com | Email |
| Counsel to Navine Fund LLC | Dykema Gossett PLLC | Attn: Patrick L. Huffstickler<br>112 E. Pecan Street, Suite 1800<br>San Antonio TX 78205 | phuffstickler@dykema.com | Email |
| Epps & Coulson | Epps & Coulson | Attn: Dawn M. Coulson<br>1230 Crenshaw Boulevard, Suite 200<br>Torrance CA 90501 | dawn@eppscoulson.com<br>bkollman@eppscoulson.com | Email |
| Counsel to Niki Main Street, LP, a California limited partnership | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo<br>9401 Wilshire Boulevard, 12th Floor<br>Beverly Hills CA 90212 | bmoldo@ecjlaw.com | Email |
| Counsel to OP Crimson, LLC, a Delaware limited liability company | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo<br>9401 Wilshire Boulevard, 12th Floor<br>Beverly Hills CA 90212 | bmoldo@ecjlaw.com | Email |
| Counsel to PepsiCo, Inc.; PepsiCo Sales, Inc.; PepsiCo Beverages Sales, Inc.; Bottling Group, LLC; Frito-Lay North America, Inc.; Rolling Frito Lay Sales, LP; and Quaker Sales & Distribution, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman<br>1327 W. Washington Blvd.<br>Suite 5 G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>jkleinman@fgllp.com | Email |
| Counsel to the Official 99SD Holdings LLC | Gellert Seitz Busenkell & Brown, LLC | Attn: Michael Busenkell<br>1201 North Orange Street<br>Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com | Email |
| Counsel to North Valley Mall II LLC | Gibbons P.C | Attn: Katharina Earle<br>300 Delaware Avenue, Suite 1015<br>Wilmington DE 19801 | kearle@gibbonslaw.com | Email |
| Counsel to FTT Village Fair North, LLC | Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird<br>10575 North 114th Street, Suite 115<br>Scottsdale AZ 85259 | rbird@gilbertbirdlaw.com | Email |
| Counsel to Attorneys for American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Tara B. Annweiler, Marc D. Young<br>One Moody Plaza, 18th Floor<br>Galveston TX 77550 | tannweiler@greerherz.com | Email |
| Counsel to Nissin Foods (USA) Co., Inc | Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto<br>200 Public Square<br>Suite 2800<br>Cleveland OH 44114 | ridebitetto@hahnlaw.com | Email |
| Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Harris County Attorney's Office | Attn: Property Tax Division, Susan Fuertes<br>P.O. Box 2848<br>Houston TX 77252 | taxbankruptcy.cao@harriscountytx.gov | Email |
| Counsel to SENTRE, Inc. and Temecula Marketplace LLC | Harvest LLP | Attn: Jamie Altman Buggy, Fernando Landa<br>10940 Wilshire Blvd., Suite 1600<br>Los Angeles CA 90024 | jbuggy@harvestllp.com<br>flanda@harvestllp.com | Email |
| Counsel to Shell Energy Solutions | Hogan McDaniel | Attn: Garvan F. McDaniel<br>1311 Delaware Avenue<br>Wilmington DE 19806 | gfmcdaniel@dkhogan.com | Email |
| Counsel to Plaza Four General Partnership | Horner Law Group, P.C. | Attn: Clifford R. Horner, Paymon Hifai<br>800 S. Broadway<br>Suite 200<br>Walnut Creek CA 94596 | chorner@hornerlawgroup.com<br>phifai@hornerlawgroup.com<br>spiserchio@hornerlawgroup.com | Email |
| Counsel to Orange Carson, LLC | Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler<br>1500 Broadway, Suite 2900<br>New York NY 10036 | louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com | Email |
| Counsel to Imperial County Treasurer-Tax Collector | Imperial County Treasurer-Tax Collector | Attn: Suzanne C. Bermudez<br>940 West Main Street<br>Suite 106<br>El Centro CA 92243 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to Diana Rendon, Naser Ahmad, Arsalan Azizollahi, Diana Bravo, Sky McCloud, Nicole Vance | Jack Shrum P.A. | Attn: "J" Jackson Shrum, Esq.<br>919 N. Market Street<br>Suite 1410<br>Wilmington DE 19801 | Jshrum@jshrumlaw.com | Email |
| Counsel to Jean Morgan, Trustee of the Richard Charles Levy Trust | Jean Morgan, Trustee of the Richard Charles Levy Trust | Attn: Adrienne Hanley<br>2155 W. State Route 89A, Ste. 202<br>Sedona AZ 86336 | sedonaattorney@gmail.com | Email |
| Counsel to Dollar Tree, Inc. | Jones Day | Attn: T. Daniel Reynolds, Nicholas Buchta<br>North Point<br>901 Lakeside Avenue<br>Cleveland OH 44114-1190 | hlennox@jonesday.com<br>tdreynolds@jonesday.com<br>nbuchta@jonesday.com | Email |
| Counsel to Global Packaging Supply, Inc | Joyce, LLC | Attn: Michael J. Joyce<br>1225 King Street<br>Suite 800<br>Wilmington DE 19801 | mjoyce@mjlawoffices.com | Email |
| Co-Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Attn: Jason R. Adams, Robert L. LeHane, Jennifer D. Raviele<br>3 World Trade Center<br>175 Greenwich Street<br>New York NY 10007 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com | Email |
| Counsel to Kern County Treasurer and Tax Collector Office | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division<br>P.O. Box 579<br>Bakersfield CA 93302-0579 | bankruptcy@kerncounty.com | Email |
| Counsel to Beaty, LLC. | Kogan Law Firm, APC | Attn: Michael S. Kogan<br>11500 W. Olympic Blvd.<br>Suite 400<br>Los Angeles CA 90064 | mkogan@koganlawfirm.com | Email |
| Counsel to Ecolab Inc | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey<br>Washington Building, Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee WI 53212-1059 | swisotzkey@kmksc.com | Email |
| Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc. | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Richard S. Cobb, Joshua B. Brooks<br>919 Market Street, Suite 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>cobb@lrclaw.com<br>brooks@lrclaw.com | Email |
| Counsel to DeRito Talking Stick North, LLC and affiliates, Oracle Limberlost Shopping Center, LLC, and Goodwill of Central and Northern Arizona | Lane & Nach, P.C. | Attn: Adam B. Nach, Paul Hilkert<br>2001 E. Campbell, Suite 103<br>Phoenix AZ 85016 | Adam.Nach@lane-nach.com<br>Paul.Hilkert@lane-nach.com | Email |
| Counsel to Landlords/Creditors Patricia L. Peterson and Mary M. Peterson, Co-Trustees of the Peterson Family Trust B Dated July 1, 1980 and Patricia L. Peterson, as Trustee of the L.O. Lindemulder Trust | Law Office of Cheryl L. Stengel | Attn: Cheryl L. Stengel<br>402 W. Broadway<br>Suite 1230<br>San Diego CA 92101 | clstengel@outlook.com | Email |
| Counsel to Aria Capital Venture, LLC | Law Offices of Abbasi & Associates | Attn: Matthew Abbasi<br>6320 Canoga Ave., Suite 950<br>Woodland Hills CA 91367 | matthew@malawgroup.com | Email |
| Counsel to Natalia GN LLC | Levin-Epstein & Associates, P.C. | Attn: Joshua Levin-Epstein<br>60 East 42nd Street, Suite 4700<br>New York NY 10165 | joshua@levinepstein.com | Email |
| Counsel to Cameron County, City of Mcallen, Mclennan County, and Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders<br>PO Box 17428<br>Austin TX 78760-7428 | austin.bankruptcy@lgbs.com | Email |
| Counsel to Bexar County and City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E. Pecan Street<br>Suite 2200<br>San Antonio TX 78205 | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Tarrant County, Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@lgbs.com<br>john.turner@lgbs.com | Email |
| Counsel to Montgomery County, Fort Bend County, Katy ISD, Harris CO ESD # 12, Houston ISD, Houston Comm Coll System, City of Humble, Harris CO ESD # 01, Harris CO ESD # 29, Harris CO ESD # 11, Harris CO ESD # 48, City of Pasadena, Harris CO ESD # 20, Harris CO ESD # 46, City of Houston, Harris CO ESD # 09, Lone Star College System, Harris CO ESD # 25 | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier<br>PO Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Robert Chan, Yee "Elaine" Chan, Man Shu "Raymond" Chan, Edward M. Chan, and Howard M. Chan | Long & Delis | Attn: Warren B. Campbell<br>400 North Tustin Avenue, Suite 370<br>Santa Ana CA 92705 | wbcampbell@ldlawyers.com | Email |
| Counsel to PACA Claimants Jem-D International (Michigan) Inc. and Promate Produce USA | McCarron & Diess | Attn: Gregory Brown<br>200 Broadhollow Road, Suite 207<br>Melville NY 11747 | gbrown@mccarronlaw.com | Email |
| Counsel to The County of Denton, Texas and The City of Waco/Waco ISD | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>700 Jeffrey Way<br>Suite 100<br>Round Rock TX 78665 | jparsons@mvbalaw.com | Email |
| Counsel to The County of Denton, Texas and The City of Waco/Waco ISD | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock TX 78680-1269 | jparsons@mvbalaw.com | Email |
| Counsel to Reliant Energy Retail Services, LLC | McDowell Hetherington LLP | Attn: Michael D. Matthews, Jr., Tyrone L. Haynes<br>1001 Fannin Street<br>Suite 2400<br>Houston TX 77002 | matt.matthews@mhllp.com<br>tyrone.haynes@mhllp.com | Email |
| Counsel to Mira Mesa Shopping Center–West LLC | Mesa Centers | Attn: Roberto M. Contreras<br>9968 Hibert Street, Suite 200<br>San Diego CA 92131 | robbyc@mesacenters.com | Email |
| Counsel to CDS Distributing, Inc. | Meuers Law Firm, P.L. | Attn: Lawrence H. Meuers<br>5395 Park Central Court<br>Naples FL 34109 | lmeuers@meuerslawfirm.com | Email |
| Counsel to Betteravia 2002, LLC | Michael Development Corp. | Attn: Joseph Michael<br>12400 Wilshire Boulevard, Suite 650<br>Los Angeles CA 90025 | JMichael@MichaelCorp.com | Email |
| Proposed Counsel to the Debtor and Debtor in Possession | Milbank LLP | Attn: Lauren Doyle, Dennis Dunne, Michael Price, Brian Kinney, Jordyn Paperny<br>55 Hudson Yards<br>New York NY 10001-2163 | ldoyle@milbank.com<br>ddunne@milbank.com<br>mprice@milbank.com<br>bkinney@milbank.com<br>jpaperny@milbank.com | Email |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Counsel to Colgate-Palmolive Company | Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare<br>1201 N. Market Street<br>Suite 2201<br>Wilmington DE 19801 | jody.barillare@morganlewis.com | Email |
| Counsel to Colgate-Palmolive Company | Morgan, Lewis & Bockius LLP | Attn: Melissay Y. Boey<br>1400 Page Mill Road<br>Palo Alto CA 94304 | melissa.boey@morganlewis.com | Email |
| Counsel to Navine Fund LLC | Morris James LLP | Attn: Stephen M. Miller, Jeffrey R. Waxman<br>500 Delaware Avenue, Suite 1500<br>Wilmington DE 19801 | smiller@morrisjames.com<br>jwaxman@morris.james.com | Email |
| Proposed Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr. , Matthew O. Talmo, Jonathan M. Weyand , Erin L. Williamson<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19899-1347 | rdehney@morrisnichols.com<br>mtalmo@morrisnichols.com<br>jweyand@morrisnichols.com<br>ewilliamson@morrisnichols.com | Email |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Rosa Sierra-Fox, Nicole Watson, Mike Girello<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington DE 19801 | rosa.sierra-fox@usdoj.gov<br>Mike.Girello@usdoj.gov<br>Nicole.Watson2@usdoj.gov | Email |
| Counsel to Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Steven W. Golden, Colin R. Robinson<br>919 N. Market Street, 17th Floor<br>Wilmington DE 19899-8705 | bsandler@pszjlaw.com<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com | Email |
| Counsel to Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein<br>780 Third Avenue, 34th Floor<br>New York NY 10017 | rfeinstein@pszjlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to American Communication Solutions, Inc. | Pashman Stein Walder Hayden, P.C. | Attn: Henry J. Jaffe<br>824 North Market Street<br>Suite 800<br>Wilmington DE 19801 | hjaffe@pashmanstein.com | Email |
| Counsel to Anthem Blue Cross Life and Health Insurance Company | Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II and Alexis R. Gambale<br>824 North Market Street<br>Suite 800<br>Wilmington DE 07601 | jbarsalona@pashmanstein.com<br>agambale@pashmanstein.com | Email |
| Counsel to Certain 2026 Note Holders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sarah Harnett<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | sharnett@paulweiss.com | Email |
| Counsel to Richardson ISD, City of Colleyville, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ebcalvo@pbfcm.com | Email |
| Counsel to City of Garland, Garland ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece<br>1919 S. Shiloh Rd.<br>Suite 640, LB 40<br>Garland TX 75042 | lreece@pbfcm.com | Email |
| Counsel to Galena Park Independent School District, Harris County Municipal Utility District # 285, Klein Independent School District, Harris County Water Control and Improvement District # 133, Fountainhead Municipal Utility District, Pasadena Independent School District and City of Houston | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | mvaldez@pbfcm.com | Email |
| Counsel to Natalia GN LLC | Pierson Ferdinand LLP | Attn: Carl D. Neff, Esq.<br>CSC Station<br>112 S. French Street<br>Wilmington DE 19801 | carl.neff@pierferd.com | Email |
| Counsel to Pinal County Treasurer | Pinal County Treasurer | Attn: Linette McMinn<br>P.O. Box 729<br>Florence AZ 85132 | bankruptcy@pinal.gov | Email |
| Counsel to EMCOR Facilities Services, Inc. | Porter Hedges LLP | Attn: Joshua W. Wolfshohl, Michael B. Dearman<br>1000 Main Street<br>36th Floor<br>Houston TX 77002 | jwolfshohl@porterhedges.com<br>mdearman@porterhedges.com | Email |
| Counsel to Ad Hoc Group of Secured Noteholders | Potter Anderson & Corroon LLP | Attn: M. Blake Cleary, L. Katherine Good, Brett M. Haywood, Levi Akkerman<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801 | bcleary@potteranderson.com<br>kgood@potteranderson.com<br>bhaywood@potteranderson.com<br>lakkerman@potteranderson.com | Email |
| Counsel to Passion Growers West, LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: William Smelko<br>525 B Street, Suite 2200<br>San Diego CA 92101 | bill.smelko@procopio.com | Email |
| Counsel to the FILO Agent, TC Lending, LLC, and Sixth Street Specialty Lending, Inc. | Proskauer Rose LLP | Attn: Ji Hye You, Adam Hillman, David M. Hillman, Megan Volin<br>Eleven Times Square<br>New York NY 10036-8299 | jyou@proskauer.com<br>dhillman@proskauer.com<br>mvolin@proskauer.com | Email |
| Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc. | Proskauer Rose LLP | Attn: Jordan Sazant<br>70 West Madison<br>Suite 3800<br>Chicago IL 60602 | jsazant@proskauer.com | Email |
| ABL Facility Agent | RBC Agency Services Group | Attention: Manager, Agency Services<br>20 King Street West<br>4th Floor, South Tower<br>Toronto ON M5H 1C4 Canada | susan.khokher@rbccm.com | Email |
| PropCo Promissory Note Lender | RCB Equities #1, LLC | Attn: General Counsel<br>c/o Barak Richter & Dror<br>5862 West 3rd Street<br>Los Angeles CA 90036 | | First Class Mail |
| Counsel to Wilmington Trust, National Association, as trustee for the 7.500% Senior Secured Notes due 2026 | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street, Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>jangelo@reedsmith.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Dollar Tree, Inc. | Richards, Layton & Finger, P.A. | Attn: Zachary I. Shapiro, Emily R. Mathews, Gabrielle A. Colson<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | shapiro@rlf.com<br>mathews@rlf.com<br>colson@rlf.com | Email |
| Counsel to 1820 W. 182nd St., LLC | Robinson & Cole LLP | Attn: Jamie L. Edmonson<br>1201 N. Market Street, Suite 1406<br>Wilmington DE 19801 | jedmonson@rc.com | Email |
| Counsel to Allied Universal Security Services | Robinson & Cole LLP | Attn: Katherine S. Dute<br>1201 N. Market Street, Suite 1406<br>Wilmington DE 19801 | kdute@rc.com | Email |
| Counsel to Allied Universal Security Services | Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri<br>1650 Market Street, Suite 3030<br>Philadelphia PA 19103 | rmauceri@rc.com | Email |
| Counsel to Allied Universal Security Services | Robinson & Cole LLP | Attn: Richard E. Willi III<br>666 Third Avenue, 20th Floor<br>New York NY 10017 | rwilli@rc.com | Email |
| Counsel to ALDI Inc. | Rubin & Levin, P.C. | Attn: James E. Rossow Jr.<br>135 N. Pennsylvania St., Suite 1400<br>Indianapolis IN 46204 | jim@rubin-levin.net | Email |
| Counsel to Kent Holding LLC | Saul Ewing LLP | Attn: John D. Demmy<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | john.demmy@saul.com | Email |
| Counsel to Betteravia 2002, LLC | Saul Ewing LLP | Attn: Nicholas Smargiassi<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | nicholas.smargiassi@saul.com | Email |
| Counsel to Betteravia 2002, LLC | Saul Ewing LLP | Attn: Zev M. Shechtman, Tom R. Sestanovich<br>1888 Century Park East, Suite 1500<br>Los Angeles CA 90067 | zev.shechtman@saul.com<br>tom.sestanovich@saul.com | Email |
| Counsel to Passion Growers West, LLC | Saul Ewing, LLP | Attn: Evan T. Miller<br>1201 N. Market St, Suite 2300<br>Wilmington DE 19801 | evan.miller@saul.com | Email |
| Counsel to Passion Growers West, LLC | Saul Ewing, LLP | Attn: Jorge Garcia<br>701 Brickell Avenue, Suite 1700<br>Miami FL 33131 | jorge.garcia@saul.com | Email |
| Secretary of State | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | | First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Blvd, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to Anthem Blue Cross Life and Health Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Latonia C. Williams<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com<br>lwilliams@goodwin.com | Email |
| Counsel to Anthem Blue Cross Life and Health Insurance Company | Shipman & Goodwin LLP | Attn: Latonia C. Williams and Anthony R. Scarcella<br>One Constitution Plaza<br>Hartford CT 06103 | lwilliams@goodwin.com<br>ascarcella@goodwin.com | Email |
| Counsel to Royal Bank of Canada | Sidley Austin LLP | Attn: Anna Gumport<br>350 South Grand Avenue<br>Los Angeles CA 90071 | agumport@sidley.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Royal Bank of Canada | Sidley Austin LLP | Attn: Dennis M. Twomey, Jackson T. Garvey, Ian C. Ferrell<br>One South Dearborn<br>Chicago IL 60603 | dtwomey@sidley.com<br>jgarvey@sidley.com<br>iferrell@sidley.com | Email |
| Counsel to the ABL Lenders | Sidley Austin LLP | Attn: Michele A. Nudelman; Leslie Plaskon<br>787 7th Ave<br>New York NY 10019 | mnudelman@sidley.com | Email |
| Counsel to Realty Associates Fund X, L.P. and PP Tango CA, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro<br>16200 Addison Road, Suite 140<br>Addison TX 75001 | mshriro@singerlevick.com | Email |
| FILO Agent | Sixth Street Specialty Lending, Inc. | Attn: TSLX Accounting<br>2100 McKinney Ave, Suite 1500<br>Dallas TX 75201 | TSLAccounting@tpg.com<br>TPG-TPGK@statestreet.com | Email |
| Counsel to Nova Manna, Inc. | Snell & Wilmer | Attn: Steven D. Jerome, James G. Florentine<br>One East Washington Street<br>Suite 2700<br>Phoenix AZ 85004 | sjerome@swlaw.com<br>jflorentine@swlaw.com | Email |
| Counsel to Ag Pros, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer<br>401 B Street, Suite 1200<br>San Diego CA 92101 | mbreslauer@swsslaw.com<br>wyones@swsslaw.com | Email |
| Counsel to J3 Generations, LLC | Stanford J. Germaine, P.C. | Attn: Standford J. Germaine<br>4634 North 44th Street<br>Phoenix AZ 85018 | sgermaine@germaine-law.com | Email |
| Counsel to Date Palm YFT, LLC, Date Palm SFT, LLC, and Date Palm BST, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin<br>P.O. Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com | Email |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | AGINFO@AG.NV.GOV | Email |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department<br>Capitol Station<br>PO Box 12548<br>Austin TX 78711-2548 | public.information@oag.state.tx.us | Email |
| Counsel to Harco National Insurance Company | Stradley, Ronon, Stevens & Young, LLP | Attn: Daniel M. Pereira<br>1000 N. West Street, Suite 1200<br>Wilmington DE 19801 | dpereira@stradley.com | Email |
| Counsel to PACA Claimants Jem-D International (Michigan) Inc. and Promate Produce USA | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 North Market Street, Suite 420<br>Wilmington DE 19801 | whazeltine@sha-llc.com | Email |
| Counsel to Mira Mesa Shopping Center–West LLC | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 North Market Street, Suite 420<br>Wilmington DE 19801 | whazeltine@sha-llc.com | Email |
| Counsel to Dole Packaged Foods LLC | Sullivan, Hazeltine, Allinson LLC | Attn: Elihu E. Allinson<br>919 North Market Street<br>Suite 420<br>Wilmington DE 19801 | zallinson@sha-llc.com | Email |
| Counsel to Raymond Leasing Corporation and Raymond Intralogistics Solutions | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr.<br>2525 Cabot Drive<br>Suite 204<br>Lisle IL 60532 | cstahl@smbtrials.com | Email |
| Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes<br>2001 L Street, NW<br>Suite 500<br>Washington DC 20036 | jrhodes@tlclawfirm.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Jamie Kirk<br>Bankruptcy & Collections Division<br>12221 Merit Drive, Suite 825<br>Dallas TX 75251 | jamie.kirk@oag.texas.gov | Email |
| Counsel to Great American Insurance Company | The Law Office of T. Scott Leo | Attn: T. Scott Leo<br>100 N. LaSalle Street, Suite 514<br>Chicago IL 60602 | sleo@leolawpc.com | Email |
| Counsel to Ralph Edwards Productions, a California Corporation | The Law Offices of Robert D. Bass | Attn: Robert D. Bass<br>832 Ike Mooney Rd., NE<br>Silverton OR 97381 | bob.bass47@icloud.com | Email |
| Counsel to Newport Sales | The Rosner Law Group LLC | Attn: Frederick B. Rosner<br>824 N. Market St., Suite 810<br>Wilmington DE 19801 | rosner@teamrosner.com | Email |
| Counsel to Maricopa AZ Investments, LLC | Tiffany & Bosco, PA | Attn: Christopher R. Kaup<br>Seventh Floor, Camelback Esplanade II<br>2525 East Camelback Road<br>Phoenix AZ 85016-4237 | crk@tblaw.com | Email |
| Counsel to Maricopa AZ Investments, LLC | Tiffany & Bosco, PA | Attn: Christopher R. Kaup, David M. Barlow<br>2525 E Camelback Rd, Seventh Floor<br>Phoenix AZ 85016 | crk@tblaw.com<br>dmb@tblaw.com | Email |
| Counsel to Tulare County Tax Collector | Tulare County Tax Collector | Attn: Chris Silva<br>221 S Mooney Blvd Room 104-E<br>Visalia CA 93291-4593 | taxhelp@tularecounty.ca.gov | Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss<br>U.S. Attorney's Office<br>1313 N Market Street, Suite 400<br>Wilmington DE 19801 | | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave Nw<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to Producers Dairy Foods, Inc. | Wanger Jones Helsley | Attn: John P. Kinsey, Riley C. Walter, Ian J. Quinn<br>265 E. River Park Circle, Suite 310<br>Fresno CA 93720 | rwalter@wjhattorneys.com<br>iquinn@wjhattorneys.com<br>jkinsey@wjhattorneys.com | Email |
| Counsel to the Ad Hoc Group of 2026 Noteholders and Ad Hoc Group of Secured Noteholders | Weil, Gotshal & Manges LLP | Attn: Chase Bentley, Jeffrey D. Safferstein, Andriana Georgallas<br>767 Fifth Avenue<br>New York NY 10153-0119 | Chase.Bentley@weil.com<br>jeffrey.saferstein@weil.com<br>andriana.georgallas@weil.com | Email |
| Counsel to Callaghan Square Investmentsd, LTD. | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Caruth, Richard M. Kaplan<br>24 Greenway Plaza, Ste. 2050<br>Houston TX 77046 | jcarruth@wkpz.com<br>rkaplan@wkpz.com | Email |
| Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company, and Great American Insurance Company | Whiteford, Taylor & Preston LLC | Attn: Thomas J. Francella, Jr.<br>600 North King Street, Suite 300<br>Wilmington DE 19801 | tfrancella@whitefordlaw.com | Email |
| Counsel to RGGD, Inc., d/b/a Crystal Art Gallery | Wilcox Law Firm | Attn: Robert D. Wilcox, Esq.<br>1301 RiverPlace Blvd, Suite 800<br>Jacksonville FL 32207 | rw@wlflaw.com | Email |
| Trustee and Notes Collateral Agent pursuant to 2026 Notes Indenture | Wilmington Trust, National Association | Attn: Rita Marie Ritrovato<br>1100 North Market Street<br>Wilmington DE 19890-1605 | rritrovato@wilmingtontrust.com | Email |
| Counsel to RCB Equities #1, LLC | Wolf, Rifkin, Shapiro, Schulman & Rabkin | Attn: Simon Aron, Elsa Horowitz, Daniel Medioni, Mark Rosenbaum, John Samberg, Johnny White<br>11400 West Olympic Boulevard<br>Ninth Floor<br>Los Angeles CA 90064 | saron@wrslawyers.com<br>ehorowitz@wrslawyers.com<br>dmedioni@wrslawyers.com<br>mrosenbaum@wrslawyers.com<br>jsamberg@wrslawyers.com<br>jwhite@wrslawyers.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to RBC Equities, LLC | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron<br>11400 W. Olympic Boulevard<br>9th Floor<br>Los Angeles CA 90064 | saron@wrslawyers.com | Email |
| Counsel to Orange Carson, LLC | Womble Bond Dickinson LLP | Attn: Matthew P. Ward<br>1313 North Market Street, Suite 1200<br>Wilmington DE 19801 | matthew.ward@wbd-us.com | Email |
| Counsel to Royal Bank of Canada | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton and Carol E. Cox<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | emorton@ycst.com<br>bankfilings@ycst.com | Email |

**Exhibit B**

## Exhibit B
DN 1099 Counterparties Service List
Served via Overnight Mail

| ADRID | ADDRESS | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTALCODE |
|---|---|---|---|---|---|---|
| 28729430 | ORANGE CARSON LLC | CO ZURICH INVESTMENT COMPANY | 9595 WILSHIRE BLVD SUITE 401 | BEVERLY HILLS | CA | 90212 |
| 29012445 | Upland Village Center LLC | Attn President or General Counsel | 580 Broadway Suite 117 | Laguna Beach | CA | 92651 |

**Exhibit C**

Exhibit C
DN 1101 Counterparties Service List
Served via Overnight Mail and Email

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTALCODE | EMAIL |
|---|---|---|---|---|---|---|
| PK II Creekside Center, LP | Attn: Crystal Shue (PM), Johana Salazar | 500 North Broadway Suite 201 PO Box 9010 | Jericho | NY | 11753 | CShue@kimcorealty.com |
| The Price REIT, Inc. | Attn: Nancy Majstruk | PO BOX 30344 | Tampa | FL | 33630 | nmajstruk@kimcorealty.com |