IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) ) Case No. 24-10719 (JKS) |
| Debtors. | ) ) (Jointly Administered) |
|  | ) ) **Re: D.I. 784, 793, 979, 986 & 1131** |
|  | ) |

### ORDER GRANTING MOTION OF COVE PARKDALE COMMONS OPPORTUNITY 62 MT, LLC FOR (I) THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM AND (II) GRANTING RELATED RELIEF

Upon consideration of the *Motion of Cove Parkdale Commons [Opportunity 62]*[2] *MT, LLC for an Order Allowing and Requiring Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 365(d)(3)* (D.I. 979) (the "Motion") for entry of an order for allowance of an administrative expense claim pursuant to section 365(d)(3) of the Bankruptcy Code; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* of the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that the notice of the Motion and of the opportunity to be heard were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

[2] The Motion inadvertently mis-named the movant.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. Cove Parkdale Commons Opportunity 62 MT, LLC ("Cove") is granted an allowed administrative expense claim under section 365(d)(3) of the Bankruptcy Code in the amount of $9,000 (the "Allowed Administrative Expense Claim").

2. The Debtors are hereby authorized and directed to pay to Cove the Allowed Administrative Expense Claim within seven (7) business days of the entry of this Order.

3. The Motion and the Allowed Administrative Expense Claim under section 365(d)(3) are hereby resolved in their entirety by entry of this Order and payment of the Allowed Administrative Expense Claim.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 7th, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE