## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 30, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Mailing List attached hereto as **Exhibit A**:

- Notice of Deadlines for Filing Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code and Other Administrative Claims [Docket No. 793] (the "***Bar Date Notice***")

- Proof of Claim Form, individualized to include the name and address of the creditor, a blank copy of which is attached hereto as **Exhibit B** (the "***Proof of Claim Form***")

On July 30, 2024, at my direction and under my supervision, employees of Kroll caused (1) the Bar Date Notice and the Proof of Claim form, customized to include the name and address of the creditor and the debtor, amount, nature and classification of the scheduled claim, to be served via First Class Mail on the Supplemental Schedule DEF Service List attached hereto as **Exhibit C**, (2) the Bar Date Notice and the Proof of Claim form, individualized to include the name and address of the creditor and an indication that the creditor appeared on Schedule G, to be served via First Class Mail on the parties listed on the Supplemental Schedule G Service List attached hereto as **Exhibit D**:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

Dated: August 8, 2024

_/s/ Paul Pullo_
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 8, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


/s/ _HERBERT BAER_
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 81103

**Exhibit A**

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| Address ID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 28915400 | 1820 W. 182ND St., LLC | c/o Winright Investments, LLC | 46 E. Peninsula CTR | Suite #506 | Rolling Hills Estates | CA | 90274 |
| 28724938 | ALEXANDER, KRISTINA | Address on file | | | | | |
| 28745458 | ANDERSON, JORDAN | Address on file | | | | | |
| 28758760 | ANDRADE, ALISSA | Address on file | | | | | |
| 28728668 | APARICIO MARTINEZ, NANCY | Address on file | | | | | |
| 28738284 | ARIZMENDI, CHRISTIAN | Address on file | | | | | |
| 28716811 | ARMIJO, CLEO | Address on file | | | | | |
| 28753818 | AUBINTAPIA, SARAH | Address on file | | | | | |
| 28736445 | AUSTIN, ASHLEY | Address on file | | | | | |
| 28723582 | BARRUGA, JOSEPH | Address on file | | | | | |
| 28727031 | BELTRAN ORTEGA, MARIANA | Address on file | | | | | |
| 28719899 | BOWEN, FIONN | Address on file | | | | | |
| 28744412 | BUCH, JAYSON | Address on file | | | | | |
| 28723340 | CANEDO, JORGE | Address on file | | | | | |
| 28752802 | CANNON, ROBERT | Address on file | | | | | |
| 28717836 | CARMAN, DEBORAH | Address on file | | | | | |
| 28735817 | CASTILLO, ANGELIQUE | Address on file | | | | | |
| 28749367 | CASTRO ALVAREZ, MARTHA | Address on file | | | | | |
| 28744849 | CHAVEZ, JESSICA | Address on file | | | | | |
| 28751020 | CHAVEZ, NICHOLAS | Address on file | | | | | |
| 28752909 | COLLAZO DE ARMAS, ROBIN | Address on file | | | | | |
| 28728278 | CRUZ, MILENA | Address on file | | | | | |
| 28720283 | DAVIDSON, AARON | Address on file | | | | | |
| 28738076 | DAVILA, CESAR | Address on file | | | | | |
| 28714494 | DAVIS, ASHLEY | Address on file | | | | | |
| 28716122 | DELGADO, CHANTEL | Address on file | | | | | |
| 28747285 | DELHOUSAYE, LAWRENCE | Address on file | | | | | |
| 28732883 | DOSS, SYMONE | Address on file | | | | | |
| 28727625 | ELLIS, MATTIE | Address on file | | | | | |
| 28744856 | ESCOBEDO, JESSICA | Address on file | | | | | |
| 28721018 | FEEHAN, HEATHER | Address on file | | | | | |
| 28737894 | FELLERS, CARRIE | Address on file | | | | | |
| 28915551 | Flight Phase I Owner, LLC | Attn: Violet Jonas (Property Admin), Megan Crabtree | 4041 MacArthur Blvd. | Ste 500 | Newport Beach | CA | 92660-2554 |
| 28717783 | FLORES, DAYANIRA | Address on file | | | | | |
| 28733733 | FLORES, VALERIA | Address on file | | | | | |
| 28741202 | FOWLKES, EMILY | Address on file | | | | | |
| 28725835 | FRANCO, LORIANNE | Address on file | | | | | |
| 28753871 | FRAYRE AVILA, SARAI | Address on file | | | | | |
| 28733548 | FRAZIER, TRINATY | Address on file | | | | | |
| 28730084 | GANDY, RAHSAAN | Address on file | | | | | |
| 28716374 | GARCIA, CHRISTINE | Address on file | | | | | |

Exhibit A

Supplemental Mailing List
Served via First Class Mail

| Address ID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 28718697 | GARCIA, EDUARDO | Address on file | | | | | |
| 28725186 | GARCIA, LAURA | Address on file | | | | | |
| 28740424 | GARRETT, DION | Address on file | | | | | |
| 28721786 | GLENN HULL, JACQUELINE | Address on file | | | | | |
| 28722608 | GLUCK, JEREMY | Address on file | | | | | |
| 28714500 | GONZALES, ASHLEY | Address on file | | | | | |
| 28735622 | GONZALEZ ESCALANTE, ANGEL | Address on file | | | | | |
| 28747855 | GOSNEY, LORETTA | Address on file | | | | | |
| 28712098 | GUERRA, AALIYAH | Address on file | | | | | |
| 28742960 | H AND J LIQUIDATORS AND CLOSEOUTS I | 4243 YORKSHIRE LN | | | NORTHBROOK | IL | 60062-2924 |
| 28729703 | HARPER, PAULA | Address on file | | | | | |
| 28744618 | HERNANDEZ, JENNIFER | Address on file | | | | | |
| 28734434 | HERNANDEZ, XOCHITL | Address on file | | | | | |
| 28759505 | HERRERA, JOSE | Address on file | | | | | |
| 28731168 | HERRERA, RUBEN | Address on file | | | | | |
| 28750671 | HILL, NAKEISHA | Address on file | | | | | |
| 28746778 | HOLMES, KIERAN | Address on file | | | | | |
| 28716376 | HOXIE, CHRISTINE | Address on file | | | | | |
| 28727541 | HUDDLESTON, MARYANNE | Address on file | | | | | |
| 28741749 | HUERTA, EVELYN | Address on file | | | | | |
| 28754191 | HULL, SHANTEL | Address on file | | | | | |
| 28733448 | HUYNH, TONY | Address on file | | | | | |
| 28750614 | INSONG, MYRA | Address on file | | | | | |
| 28713602 | ISAS, ANDRES | Address on file | | | | | |
| 28732055 | JACKSON, SHAQUAU | Address on file | | | | | |
| 28732299 | JARADI, SILVIA | Address on file | | | | | |
| 28740305 | JIMENEZ, DIANA | Address on file | | | | | |
| 28721411 | JOHNSON, IRIA | Address on file | | | | | |
| 28754778 | KAISER, STEPHANIE | Address on file | | | | | |
| 28743253 | KANEAKALAU-JONES, HILLARY | Address on file | | | | | |
| 28752266 | KAUR, RANJEET | Address on file | | | | | |
| 28758411 | KESSLER, DONOVAN | Address on file | | | | | |
| 28753476 | KILGORE, SADE | Address on file | | | | | |
| 28716994 | LANDERS, COURTNEY | Address on file | | | | | |
| 28727209 | LANGHAM, MARISHA | Address on file | | | | | |
| 28726730 | LARA DE SANCHEZ, MARIA | Address on file | | | | | |
| 28724381 | LARRABEE, KATHERINE | Address on file | | | | | |
| 28743065 | LEDOUX, HAYLEIGH | Address on file | | | | | |
| 28719414 | LEMUS, ERNESTO | Address on file | | | | | |
| 28739647 | LEVINGSTON, DAQUON | Address on file | | | | | |
| 28729442 | LEVINGSTON, ORLANDO | Address on file | | | | | |

Exhibit A

Supplemental Mailing List

Served via First Class Mail

| Address ID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 28717804 | LIMONES, DEANDRA | Address on file | | | | | |
| 28725112 | LONGWOOD, LARHONDA | Address on file | | | | | |
| 28738472 | LOPEZ, CHRISTOPHER | Address on file | | | | | |
| 28757996 | LOPEZ, KEVIN | Address on file | | | | | |
| 28749532 | LOPEZ, MARYJANE | Address on file | | | | | |
| 28751033 | LOPEZ, NICHOLAS | Address on file | | | | | |
| 28721007 | MADRIGAL, HAZEL | Address on file | | | | | |
| 28725457 | MALDONADO, LETICIA | Address on file | | | | | |
| 28726455 | MARGIN PRODUCTS | 5699 VIA BONITA | | | NEWBURY PARK | CA | 91320-6867 |
| 28742270 | MARQUEZ, GABRIEL | Address on file | | | | | |
| 28754550 | MARQUEZ, SOFIA | Address on file | | | | | |
| 28757518 | MASSIE, DANIEL | Address on file | | | | | |
| 28753308 | MEDEL TOLIVIA, RUBEN | Address on file | | | | | |
| 28711357 | MENDEZ, ALKATRAZ | Address on file | | | | | |
| 28727607 | METTAM, MATTHEW | Address on file | | | | | |
| 28754795 | MIETKIEWICZ, STEPHANIE | Address on file | | | | | |
| 28737699 | MINUTO, CARLA | Address on file | | | | | |
| 28749868 | MIR, MENDALIA | Address on file | | | | | |
| 28735523 | MONROE, ALEAH | Address on file | | | | | |
| 28745617 | MORALES, JOSE | Address on file | | | | | |
| 28759486 | MOTA, IZAIAH | Address on file | | | | | |
| 28721977 | NORWOOD, JAMES | Address on file | | | | | |
| 28728032 | OBRIEN, MICHAEL | Address on file | | | | | |
| 28746149 | ODONNAL, JUSTIN | Address on file | | | | | |
| 28744921 | OROZCO, JESSICA | Address on file | | | | | |
| 28725784 | PARLIN, LORELEI | Address on file | | | | | |
| 28733310 | PAYNE, TIERRA | Address on file | | | | | |
| 28732307 | PHILLIPS, SILVIA | Address on file | | | | | |
| 28747225 | PONCE, LAURA | Address on file | | | | | |
| 28751156 | POWELL, NINA | Address on file | | | | | |
| 28724446 | PRINSTER, KAYDEN | Address on file | | | | | |
| 28715250 | PUGA, BREANNA | Address on file | | | | | |
| 28716325 | QUINTANA, CHRISTIANA | Address on file | | | | | |
| 28732818 | RABE, SUSANNA | Address on file | | | | | |
| 28720825 | RAMIEZ, GUADALUPE | Address on file | | | | | |
| 28721080 | RAMIREZ, HEIDY | Address on file | | | | | |
| 28721700 | RAMIREZ, JACK | Address on file | | | | | |
| 28745646 | RAMOS, JOSE | Address on file | | | | | |
| 28758009 | RAWN, JOYCE | Address on file | | | | | |
| 28751885 | RESENDEZ, PETER | Address on file | | | | | |
| 28737981 | RICKSTREW, CATRINA | Address on file | | | | | |

Exhibit A
Supplemental Mailing List
Served via First Class Mail

| Address ID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 28752767 | RITEMP REFRIGERATION INC | 9131 LARKSPUR DR | | | CORONA | CA | 92883-9322 |
| 28743420 | RIVERA, IMANI | Address on file | | | | | |
| 28744937 | RIVERA, JESSICA | Address on file | | | | | |
| 28739208 | RODAS, CRYSTAL | Address on file | | | | | |
| 28744663 | RODRIGUEZ, JENNIFER | Address on file | | | | | |
| 28731159 | RSM US LLP | 4650 E 53RD ST | | | DAVENPORT | IA | 52807-3479 |
| 28755354 | RUECK, TERESA | Address on file | | | | | |
| 28722979 | RUIZ, JOANA | Address on file | | | | | |
| 28747365 | RUIZ, LEONARD | Address on file | | | | | |
| 28738544 | SALAZAR, CIELO | Address on file | | | | | |
| 28719320 | SALAZAR, ERICK | Address on file | | | | | |
| 28734097 | SANTANA, VICTORIA | Address on file | | | | | |
| 28740846 | SEECHUNG, ELEANOR | Address on file | | | | | |
| 28912330 | SKILLSET GROUP, LLC | 800 E DYER RD | ATTENTION: CLINT ARMSTRONG | | SANTA ANA | CA | 92705-5604 |
| 28715951 | SKULSTAD, CATHERINE | Address on file | | | | | |
| 28734172 | STUESSY-THOMA, VIRGINIA | Address on file | | | | | |
| 28732974 | TALLANT, TAMYSHA | Address on file | | | | | |
| 28712499 | TARVER, ALANNA | Address on file | | | | | |
| 28750280 | TATE, MINI | Address on file | | | | | |
| 28723047 | TELLEZ MARTINEZ, JOCELYN | Address on file | | | | | |
| 28751769 | TORRES, PAUL | Address on file | | | | | |
| 28716365 | TRIPLETT, CHRISTINA | Address on file | | | | | |
| 28718566 | TRIPLETT, DYLLAN | Address on file | | | | | |
| 28753369 | TYGART, RUSSELL | Address on file | | | | | |
| 28716366 | VALDEZ, CHRISTINA | Address on file | | | | | |
| 28740034 | VALENCIA, DENIS | Address on file | | | | | |
| 28720223 | VANG, GAOKAZOUA | Address on file | | | | | |
| 28719612 | VEGA, EVA | Address on file | | | | | |
| 28743104 | VEGA, HEATHER | Address on file | | | | | |
| 28724241 | VEHAWN, KAREN | Address on file | | | | | |
| 28725873 | VELAZQUEZ, LOURDES | Address on file | | | | | |
| 28722393 | VELIZ-ANDRADE, JEANETTE | Address on file | | | | | |
| 28724352 | VERDUSCO, KASSANDRA | Address on file | | | | | |
| 28736316 | VIVEROS, ARLENE | Address on file | | | | | |
| 28747332 | WALI, LEENA | Address on file | | | | | |
| 28730493 | WARD, RHONDA | Address on file | | | | | |
| 28732097 | WHITE, SHAUNA | Address on file | | | | | |
| 28743107 | WILKEN, HEATHER | Address on file | | | | | |
| 28744108 | WILLIAMS, JA'NE | Address on file | | | | | |
| 28754130 | WILLIAMS, SHAKENDRA | Address on file | | | | | |
| 28751596 | WILSON, PAMELA | Address on file | | | | | |

Exhibit A

Supplemental Mailing List

Served via First Class Mail

| Address ID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 28714671 | YANEZ, AURORA | Address on file | | | | | |
| 28749187 | ZELAYA LIMA, MARIO | Address on file | | | | | |

**Exhibit B**

**United States Bankruptcy Court, District of Delaware**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| ☐ Number Holdings, Inc. (Case No. 24-10719) |
| ☐ 99 Cents HoldCo LLC (Case No. 24-10720) |
| ☐ 99 Cents Only Stores LLC (Case No. 24-10721) |
| ☐ 99 Cents Only Stores Texas, Inc. (Case No. 24-10722) |
| ☐ 99 Cents PropCo LLC (Case No. 24-10723) |
| ☐ Bargain Wholesale LLC (Case No. 24-10724) |

Modified Official Form 410
# Proof of Claim

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

| | |
|---|---|
| 1. **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) _____<br><br>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes. From whom? _____ |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br><br><br><br><br><br>Contact phone _____<br>Contact email _____ | **Where should payments to the creditor be sent?** (if different)<br><br>Name _____<br>Number     Street _____<br>City          State          ZIP Code _____<br>Contact phone _____<br>Contact email _____ |
| 4. **Does this claim amend one already filed?** | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known)_____     Filed on _____ MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ❑ No<br>❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  \_\_\_\_  \_\_\_\_  \_\_\_\_  \_\_\_\_ |
| **7.  How much is the claim?** | $_____. **Does this amount include interest or other charges?**<br>❑ No<br>❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| **9. Is all or part of the claim secured?** | ❑ No<br>❑ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>❑ Motor vehicle<br>❑ Other. Describe:  _____<br><br>**Basis for perfection:**  _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>❑ Fixed<br>❑ Variable |
| **10. Is this claim based on a lease?** | ❑ No<br>❑ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| **11. Is this claim subject to a right of setoff?** | ❑ No<br>❑ Yes. Identify the property: _____ |

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br><br>☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |
| **14. Is all or part of the claim being asserted entitled to administrative priority arising from unpaid rent for the period following the Petition Date through the end of the month of April 2024?** | ☐ No<br><br>☐ Yes. **Indicate the amount of such claim.** | $_____ |

**Part 3:**    **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐   I am the creditor.

☐   I am the creditor's attorney or authorized agent.

☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐   I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   _____ (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name    _____
         First name            Middle name            Last name

Title    _____

Company    _____
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    _____
         Number       Street

_____
City                     State      ZIP Code

Contact phone    _____      Email    _____

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                              12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://cases.ra.kroll.com/99only.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

If by first class mail:
Number Holdings, Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

If by overnight courier or hand delivery:
Number Holdings, Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

You may also file your claim electronically at https://cases.ra.kroll.com/99only/EPOC-Index.

### Do not file these instructions with your form

**PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:**

**General Bar Date: July 8, 2024, at 5:00 p.m. (ET) if submitted by hard copy, or 11:59 p.m. (ET) if submitted via an Electronic Proof of Claim**

**First Administrative Claims Bar Date: July 8, 2024, at 5:00 p.m. (ET) if submitted by hard copy, or 11:59 p.m. (ET) if submitted via an Electronic Proof of Claim**

**Governmental Claims Bar Date: October 4, 2024, at 5:00 p.m. (ET)**

**If by first class mail:**
Numbers Holdings, Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
Numbers Holdings, Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**If you have questions about this notice, please call (844) 712-1933 (US/Canada toll free) or (646) 777-2513 (International), email 99onlyinfo@ra.kroll.com or visit https://cases.ra.kroll.com/99only.**

**You may also submit your claim electronically by visiting https://cases.ra.kroll.com/99only/EPOC-Index**

**Exhibit C**

Exhibit C

Supplemental Schedule DEF Service List

Served via First Class Mail

| Address ID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 28913246 | BAR-S FOODS CO | 18700 N HAYDEN RD | ST 545 | SCOTTSDALE | AZ | 85255-6765 |
| 28914379 | BIG SUNDAY | 1741 N CHEROKEE AVE | | LOS ANGELES | CA | 90028-4806 |
| 28913271 | CAPITAL COLLECTIONS LLC | 555 W SHAW AVE STE C1 | | FRESNO | CA | 93704-2503 |
| 28913324 | COASTAL COCKTAILS INC | 1920 E DEERE AVE #100 | | SANTA ANA | CA | 92705-5717 |
| 28913199 | COMPREHENSIVE DISTRIBUTION SERVICES | 13639 CIMARRON AVE | | GARDENA | CA | 90249-2461 |
| 28913306 | DOLE PACKAGED FOODS LLC | 3059 TOWNSGATE RD | STE 101 | WESTLAKE VLG | CA | 91361-2936 |
| 28911128 | GARCIA, GEORGINA | Address on file | | | | |
| 28757577 | GUTIERREZ, MARIA | Address on file | | | | |
| 28911322 | HERNANDEZ, NEREYDA | Address on file | | | | |
| 28911329 | HERNANDEZ, VERONICA | Address on file | | | | |
| 28914259 | JEWISH FAMILY AND CAREER SERVICE | ATTN: SANDEE GOLDEN | 2821 KLEMPNER WAY | LOUISVILLE | KY | 40205-4203 |
| 28911452 | JOHNSON, LEANNE NICHOLE | Address on file | | | | |
| 28914247 | LE MART LLC | ATTN: DESHUN JIA | 931 STRANGE DR | RICHMOND | TX | 77406-3938 |
| 28727559 | MASTERS ADVANCED REMEDIATION SERVICLLC | 701 N SAN JACINTON ST | | CONROE | TX | 77301-2339 |
| 28914404 | MIGI89SUPPLIES | ATTN: GABRIELA MORALES | 23803 N NEWPORT 8ND | KAIY | TX | 77494-3405 |
| 28729436 | ORANGE EV LLC | PO BOX 681656 | | KANSAS CITY | MO | 64168-1656 |
| 28752054 | PROMOTION IN MOTION INC | 1 PIM PLZ | | PARK RIDGE | NJ | 07656-1800 |
| 28912035 | QUALLS, DIANE | Address on file | | | | |
| 28913204 | ROADRUNNER TRANSPORTATION SERVICES | 9160 N 107TH ST | | MILWAUKEE | WI | 53224-1509 |
| 28912740 | SKILLSET GROUP LLC | 800 E DYER RD | | SANTA ANA | CA | 92705-5604 |
| 28912741 | SKILLSET GROUP PROFESSIONAL LLC | 800 E DYER RD | | SANTA ANA | CA | 92705-5604 |
| 28912742 | SKILLSET GROUP, INC. | 800 E DYER RD | | SANTA ANA | CA | 92705-5604 |
| 28914144 | SUN-RX DRUGS INC | ATTN: KAREN JENKINS | 115 GROVE AVE | PRESCOTT | AZ | 86301-2909 |
| 28914328 | US DOLLAR STORE | ATTN: RISHI MEHTA | 33011 SEAWATCH | SANA POINT | CA | 92629-1851 |

**<u>Exhibit D</u>**

## Exhibit D

Supplemental Schedule G Service List
Served via First Class Mail

| Address ID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 28913127 | FLIGHT PHASE I OWNER, LLC | 4041 MACARTHUR BLVD. | SUITE 500 | NEWPORT BEACH | CA | 92660-2554 |
| 28919718 | SKILLSET GROUP LLC | 800 E DYER RD | | SANTA ANA | CA | 92705-5604 |