# SIGN-IN SHEET

| CASE NAME: Number Holdings, Inc. | COURTROOM #6 |
|---|---|
| CASE NUMBER: 24-10719 | DATE: 8/9/2024  11:00AM |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ricardo Palacio | Ashby & Geddes | Russ Group, Inc. |
| Simon Fraser | Cozen | Rosewood |
| C. Robinson | PSZJ | Committee |
| M Talmo | MNAT | Debtors |
| C Sawyer | MNAT | Debtors |
| T Peretz | Milbank | Debtors |
| L Doyle | Milbank | Debtors |
| B Kinney | Milbank | Debtors |

| | Number Holdings, Inc. - 24-10719-JKS<br>8/9/24 | | | | |
|---|---|---|---|---|---|
| **First** | **Middle** | **Last** | **Firm** | **Rep** | **Via** |
| Lewis | B. | Adelson | Costell & Adelson | Tapatio Foods | Video and Audio |
| Levi | | Akkerman | Potter Anderson & Corroon | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Jason | D. | Angelo | | | Video and Audio |
| Rick | | Archer | | Law360 | Audio Only |
| Chase | | Bentley | Weil, Gotshal & Manges LLP | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Nick | | Buchta | Jones Day | Dollar Tree, Inc. | Video and Audio |
| Akaysee | Malay | Burton | | | Audio Only |
| M. | Blake | Cleary | Potter Anderson & Corroon LLP | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Alexander | | Cohen | Weil, Gotshal & Manges LLP | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Morris | | Conf | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Dawn | M. | Coulson | Epps & Coulson, LLP | PV Ocean View, LLC | Video and Audio |
| Robert | J | Dehney | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Will | R | Dorward | Singer & Levick, P.C. | Link Logistics | Video and Audio |
| Lauren | C | Doyle | Milbank LLP | Debtors | Video and Audio |
| Roxana | | Eli | Law Offices of Ramtin Sadighim | Maria De Leon | Video and Audio |
| Scott | | Flaherty | Debtwire/press outlet | | Audio Only |
| Andriana | | Georgallas | Weil, Gotshal & Manges LLP | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Micha | H. | Goldsman | Law Offices of Gene J. Goldsman | Law Offices of Gene J. Goldsman | Video and Audio |
| L. Katherine | | Good | Potter Anderson & Corroon LLP | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Jeff | | Gould | Russ Group, Inc. | Russ Group, Inc. | Video and Audio |
| William | | Graves | Lyfe Law, LLP | Creditors:Camacho; Dayani; Lopez; Millan; Martinez | Audio Only |

| Brett | Michael | Haywood | Potter Anderson & Corroon | Ad Hoc Group of Secured Noteholders | Video and Audio |
|---|---|---|---|---|---|
| Theodore | | Heckle | Pachulski Stang Ziehl & Jones LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Lauren | | Huber | Potter Anderson & Corroon LLP | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Jonathan | M. | Kashani | The Law Office of Jonathan Kashani | Rosa Aguilar | Video and Audio |
| mary | | Keshishya | Stephan Filip | Jose Hernandez Leal | Video and Audio |
| Brian | A. | Kinney | Milbank LLP | Debtors | Video and Audio |
| Mike | | Legge | Reorg | | Audio Only |
| Ryan | | Lindsey | Weil, Gotshal & Manges LLP | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Christopher | Dean | Loizides | Loizides, P.A. | Various PI Claimants | Video and Audio |
| Mark | G. | Losee | mlosee@cottlefirm.com | Number Holdings, Inc. | Video and Audio |
| Brett | P | Lowe | Milbank LLP | Debtors | Video and Audio |
| Stephen | | Madura | Hilco Real Estate, LLC | Debtors | Video and Audio |
| Tamara | K | Mann | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Nayrika | | Masjedi | The Clean Out Group Inc | Self | Video and Audio |
| Emily | Rae | Mathews | Richards, Layton & Finger | Dollar Tree, Inc. | Video and Audio |
| Delavar | | Omidfar | Makkabi Law Group APC | | Video and Audio |
| Tuvia | P | Peretz | Milbank LLP | Debtors | Video and Audio |
| Jennifer | | Raviele | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | Video and Audio |
| T. | Dan | Reynolds | Jones Day | Dollar Tree, Inc. | Video and Audio |
| Jake | | Risener | Potter Anderson & Corroon LLP | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Rita Marie | | Ritrovato | | | Video and Audio |
| Barbara | J | Rueger | Hoppe Law | Creditor | Video and Audio |
| Jeff | | Russ | Russ Group, Inc. | Russ Group, Inc. | Video and Audio |
| Ron | | Russ | Russ Group, Inc. | rruss&#064;russgroupinc.com | Video and Audio |
| Jeffrey | | Saferstein | Weil, Gotshal & Manges LLP | Ad Hoc Group of Secured Noteholders | Video and Audio |
| Casey | B. | Sawyer | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |

| Vinai | | Sewaliah | Genesis Credit Partners | UCC | Audio Only |
|---|---|---|---|---|---|
| Zachary | I | Shapiro | Richards, Layton & Finger, P.A. | Dollar Tree, Inc. | Video and Audio |
| Rosa | | Sierra-Fox | Office of the United States Trustee | U.S. Trustee | Video and Audio |
| Kurt | | Stephen | The Law Office of Kurt Stephen, PLLC | Nolana St., LLC | Video and Audio |
| Vince | | Sullivan | Law360 | | Audio Only |
| Connie | | Swisshelm | Russ Group, Inc. | Russ Group, Inc. | Video and Audio |
| Matthew | O | Talmo | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Fred | | Trudeau | fred&#064;sims-law.net | Sims, Lawrence & Broghammer | Video and Audio |
| Christopher | | Wells | Alvarez & Marsal | Debtor | Video and Audio |
| Jonathan | K | Weyand | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Erin | K | Williamso | Morris Nichols Arsht & Tunnell LLP | Debtors | Video and Audio |
| Steven | | Yachik | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Steven | | Yachil | Kelley Drye & Warren LLP | Official Committee of Unsecured Creditors | Video and Audio |