**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Dayforce US, Inc., hereby appears, by and through its counsel, Fredrikson & Byron, P.A. and Klehr Harrison Harvey Branzburg LLP (collectively, "Counsel"). Counsel hereby enters their appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases. Counsel requests, pursuant to Bankruptcy Rules 2002 and 9007, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Dayforce US, Inc. through service upon Counsel, at the address, telephone, and electronic mail set forth below:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

11114949.v1

| | |
|---|---|
| **FREDRIKSON & BYRON, P.A.** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| James C. Brand, Esq.<br>Samuel M. Andre, Esq.<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1425<br>Telephone: (612) 492-7000<br>Email: jbrand@fredlaw.com<br>        sandre@fredlaw.com | Richard M. Beck, Esq.<br>Benjamin M. Fischer, Esq.<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>Telephone: (302) 552-5501<br>Email: rbeck@klehr.com<br>        bfischer@klehr.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Dayforce US, Inc. including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Dayforce US, Inc. may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

11114949.v1

| | |
|---|---|
| Dated: August 27, 2024<br>Wilmington, Delaware | */s/ Richard M. Beck*<br>Richard M. Beck (DE Bar No. 3370)<br>Benjamin M. Fischer (DE Bar No. 7317)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>Telephone: (302) 552-5501<br>Email: rbeck@klehr.com<br>       bfischer@klehr.com<br><br>-and-<br><br>James C. Brand, Esq.<br>Samuel M. Andre, Esq.<br>**FREDRIKSON & BYRON, P.A.**<br>60 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1425<br>Telephone: (612) 492-7000<br>Email: jbrand@fredlaw.com<br>       sandre@fredlaw.com<br><br>*Counsel to Dayforce US, Inc.* |