**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NUMBER HOLDINGS, INC.,[1] | ) | Case No. 24-10719 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Betty Sterling ("Sterling") hereby appears in the above-captioned chapter 11 cases through her undersigned and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(B), request that all notices given or required to be given in these cases or any related adversary proceedings and all papers served or required to be served in these cases be given and served upon:

| | |
|---|---|
| Christopher P. Clemson, Esq.<br>GORDON, FOURNARIS<br>& MAMMARELLA, P.A.<br>1925 Lovering Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 652-2900<br>Email: cclemson@gfmlaw.com | Vonn R. Christenson, Esq.<br>CHRISTENSON LAW FIRM, LLP<br>472 W. Putnam Avenue<br>Porterville, CA 93257<br>Telephone: (559) 784-4934<br>Email: vrc@christensonlaw.com |

PLEASE TAKE FURTHER NOTICE that this request for notice includes copies of all papers, including, but not limited to, all orders, applications, motions, petitions, pleadings, requests, complaints or demands filed in these cases or any related adversary proceeding and that such notice be provided to the person listed above.

PLEASE TAKE FURTHER NOTICE that Sterling intends that neither this Notice of Appearance nor any other filing shall constitute a waiver of (i) the right to have final orders in non-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); 99 Center Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (122(0; (v) 99 Cents PropCo LLC (7843); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or in any matters, controversies, or proceedings related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  August 28, 2024					**GORDON, FOURNARIS & MAMMARELLA, P.A.**

*/s/ Christopher P. Clemson*
Christopher P. Clemson (No. 6539)
1925 Lovering Avenue
Wilmington, DE 19806
Telephone:  (302) 652-2900
Email:  cclemson@gfmlaw.com

and

Vonn R. Christenson, Esq. (*pro hac vice pending*)
CHRISTENSON LAW FIRM, LLP
472 W. Putnam Avenue
Porterville, CA 93257
Telephone:  (559) 784-4934
Email:  vrc@christensonlaw.com

*Counsel to Betty Sterling*