The United States Bankruptcy Court

For The District of Delaware

2024 AUG 30  AM 10: 19

Chapter 11 Case No. 24-10719 (JKS)

Number Holdings, Inc., et al.,

Response to 1st Omnibus objection (non substantive) to Amended and Superseded claims pursuant to section 502 of the bankruptcy code, bankruptcy rule 3007, and local rule 3007-1

Response to Declaration of Thomas Behnke in support of the first omnibus objection (non-substantive) to amended and superseded claims pursuant to section 502 of the bankruptcy code, bankruptcy rule 3007, and local rule 3007-1

Exhibit 1 (Amended and Superseded claims) and Exhibit B (Behnke Declaration)

Claimant Irene Lanette Beasley

Claim number 674

I worked 4/27/24 and 4/28/24 but didn't get paid. By disallowing and expunging claim my place in line or claim number will change from 674 to 1524. I have priority because the amount due is for unpaid wages. By putting me further back in line, it lowers my changes of getting paid when/if money is disbursed. I have a legal right to be paid for hours worked according to the Fair Labor Standards Act.

Irene Beasley

Irene Lanette Beasley

707-534-8179

beasleyvallejo@gmail.com

54 Reis Ave Unit B

Vallejo CA 94590

The United States Bankruptcy Court

For The District of Delaware

Chapter 11 Case No. 24-10719 (JKS)

Number Holdings, Inc., et al.,

Response to 3rd Omnibus objection (substantive) to no liability claims pursuant to section 502 of the bankruptcy code, bankruptcy rule 3007, and local rule 3007-1

Response to Declaration of Thomas Behnke in support of the third omnibus objection (substantive) to no liability claims pursuant to section 502 of the bankruptcy code, bankruptcy rule 3007, and local rule 3007-1

Exhibit 1 No Liability Claims and Exhibit B Behnke Declaration

Claimant Irene Lanette Beasley

Claim number 1524

I worked 4/27/24 and 4/28/24 but didn't get paid. There was no check issued for those days worked. The timesheet reflects I clocked in and out on both days for work. Pursuant to section 101 of the Bankruptcy Code, a creditor holds a claim against a bankruptcy estate only to the extent that (a) it has a "right to payment" for the asserted liabilities and (b) the claim is otherwise allowable. No evidence has been presented by the debtor proving I didn't clock in for work on 4/27/24 and 4/28/24 nor showed records that a check was issued for those two days worked. Debtor states in exhibit 1 No Liability Claims "Claimant received final wages on 5/3/24." Per pay stub and my direct deposit bank record shows the amount received 5/3/24 was only for working any schedule day from 40/20/24-4/26/24. I never got paid for working 4/27/24 and 4/28/24. I have a legal right to be paid for hours worked according to the Fair Labor Standards Act. See enclosed bank statement and pay stub.

Irene Lanette Beasley

707-534-8179

beasleyvallejo@gmail.com

54 Reis Ave Unit B

Vallejo CA 94590

*over* ⟶



April 30, 2024

Dear 99 Cents Associate:

As you know, 99 Cents Only Stores LLC ("99 Cents") has been working through the wind-down process, emptying our warehouses, conducting going out of business sales, and ultimately closing all our stores.

Your store has achieved excellent sell-through results, and we appreciate your hard work and dedication. Due to the lack of remaining inventory, your store will be closing earlier than expected. The last day of business for your store will be Sunday, April 28, 2024.

Your last day of employment will be April 30, 2024.

Please be aware of the following:

- **Payment of Wages**
  - All associates will be paid for all hours worked through their date of separation on May 3, 2024.
  - In addition, full time employees will be paid an extra $2.00 per hour worked effective April 6, 2024. The first payment of this increase will be reflected in the April 19, 2024, payroll.
  - Vacation hours will be paid with final wages.
- **What happens to my benefits?**
  - Group health insurance coverage will end as of the last day of the month in which your separation date occurs (April 30, 2024).
  - Affected employees may continue their health insurance coverage under the terms of the Consolidated Omnibus Budget Reconciliation Act (COBRA) at their own cost at the established COBRA rates through June 30, 2024, when the 99 Cents plan will cease. Notices and election forms will be sent to eligible employees directly from the COBRA administrator, INSPIRA.
  - Alternative coverage under individual plans is also available through private insurance carriers, Government Health Plans such as Medicaid, MediCal, or Medicare if eligible. For assistance, please contact LIG at **844.358.2242** or visit **https://Partner.LIGSolutions.com/99-Cents/**. You may call now to obtain coverage that may be effective May 1, 2024.
- **Life and Voluntary Benefits:**
  - Coverage for Basic Life, Optional Life, Accidental Death & Dismemberment (AD&D), Critical Illness, Accident, Hospital plans will terminate at midnight on the last day of employment. Affected employees may elect to continue coverage through UNUM at their own cost. To continue coverage, employees must complete a UNUM Portability Election form and send it to UNUM within 31 days of the termination date. Forms will be mailed directly to eligible employees by UNUM.

1



- **Flexible Spending Accounts (FSA)**
  - Upon separation of employment, you will no longer be able to contribute to FSA account for the remainder of the plan year. Available balances may be used towards eligible expenses incurred prior to your termination of employment date.

- **401k Plan**
  - If you participate in the 99 Cents Only 401k plan, you may access your account directly through Fidelity at www.401k.com or by phone at **800.835.5097**.
    - A separate communication will be sent to you directly by Fidelity to advise you of your 401k account options, including loan pay off options.

- **Will I be eligible for Unemployment Benefits?**
  - Yes, unemployment claims are filed with the corresponding agency per state:
    - For CA employees: Unemployment claims are filed with the State of California Employment Development Department (EDD). You may file your claim online at https://edd.ca.gov/en/unemployment/Filing_a_claim or by phone at **800.300.5616**. Additional information about unemployment benefits can be found at For Your Benefit: California's Programs for the Unemployed (DE 2320) Rev. 67 (1-24).
    - For TX employees: Unemployment claims are filed with the Texas Workforce Commission. You may file your claim online at www.twc.texas.gov or by phone at **800.939.6631**.
    - For NV employees: Unemployment claims are filed with the Nevada Department of Employment, Training and Rehabilitation. You may file your claim online at https://ui.nv.gov or by phone at Northern Nevada: Tel **775.684.0350**, Southern Nevada: Tel **702.486.0350**, Rural Areas, and Out-of-State Callers: Tel **888.890.8211**.
    - For AZ employees: Unemployment claims are filed with the Arizona Department of Economic Security. You may file your claim online at https://des.az.gov/services/employment/unemployment-individual/apply-ui-benefits or by phone at Toll Free: **877.600.2722**, Phoenix: **602.364.2722**, Tucson: **520.791.2722**.

If you have any questions, please contact us via email at 99employeecommunication@99Only.com .

We are grateful for your contributions to 99 Cents and appreciate your hard work and dedication.

If you would like a Spanish translation of the above, please reach out to 99employeecommunication@99only.com . [Si desea una traducción en español de esta carta, comuníquese al correo electrónico 99employeecommunication@99only.com ]

Thank you,

**99¢ Only STORES**

| Employee Name: | Irene L Beasley | Pay Date: | 5/3/2024 |
| Employee #: | 360934 | Pay Period: | 4/20/2024 – 4/26/2024 |
| Employee Address: | 54 Reis Ave., Unit B | | |
| | Vallejo, CA 94590 | Deposit Advice #: | 766730617 |
| Site: | Store 0410 | Pay Frequency: | Weekly |
| Department: | Operations | Federal Filing Status: | Single |
| Job Title: | Cashier | Federal 2c/Extra Withholding: | Yes/$0.00 |
| | | State Filing Status: | Single (CA) |
| | | State Exemptions: | 1 (CA) |

Employer Name: 99 Cents Only Stores LLC
Employer Phone: 323-980-8145
Employer Address: 4000 Union Pacific Ave Commerce, CA 90023

| Earnings | Current 4/20/2024 - 4/26/2024 | | | YTD As of 4/26/2024 | |
| --- | --- | --- | --- | --- | --- |
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Regular | 37.43 | | $637.87 | 448.46 | $7,376.09 |
| Overtime 1.5 | 31.00 | 16.0000 | $496.00 | 413.62 | $6,603.22 |
| Double Time | 4.00 | 24.0000 | $96.00 | 16.89 | $403.20 |
| Sick Pay | 0.43 | 32.0000 | $13.87 | 0.70 | $22.40 |
| Holiday Regular | | | | 4.00 | $64.00 |
| MEALP | | | | 9.12 | $217.19 |
| Previous Wk Reg | 1.00 | 16.0000 | $16.00 | 3.00 | $48.00 |
| Split Shift | | | | 0.13 | $2.08 |
| Memo Information | 1.00 | 16.0000 | $16.00 | 1.00 | $16.00 |
| 401K ER Match | | | $24.87 | | $293.11 |
| Pre-Tax Deductions | | | $24.87 | | $293.11 |
| 401K | | | $62.19 | | $732.81 |
| Taxes | | | $62.19 | | $732.81 |
| Fed W/H | | | $110.97 | | $1,124.54 |
| FICA EE | | | $50.00 | | $456.63 |
| Fed MWT EE | | | $39.55 | | $457.32 |
| CA W/H | | | $9.25 | | $106.95 |
| CA DT EE | | | $5.15 | | $22.50 |
| | | | $7.02 | | $81.14 |

| Net Pay | Routing # | Account # | Amount | | Amount |
| --- | --- | --- | --- | --- | --- |
| Direct Deposit | | | $464.71 | | $5,518.74 |
| | 121042882 | XXXXXX0340 | $464.71 | | |

| Accruals & Balances | | | |
| --- | --- | --- | --- |
| Sick Balance: | | | |
| Sick12 Balance: | 46.10 Hours | Sick Accrued: | |
| | 0.00 Hours | | 0.96 Hours |

Amount paid for 4/20/24 – 4/26/24 was $464.71, exactly what was deposited into my bank on 5/3/24, see enclosed bank statement. No payment was issued for working on 4/27/24 and 4/28/24. Per debtor statement in Exhibit 1 – No liability claims " Claimant received final wages on 5·3·24." The check issued on 5·3·24 doesn't included working on 4·27·24 and 4·28·24.

dayforce



| | |
|---|---|
| **Employee Name:** | Irene L Beasley |
| **Employee #:** | 360934 |
| **Employee Address:** | 54 Reis Ave., Unit B |
| | Vallejo, CA 94590 |
| **Site:** | Store 0410 |
| **Department:** | Operations |
| **Job Title:** | Cashier |

| | |
|---|---|
| **Pay Date:** | 5/3/2024 |
| **Pay Period:** | 4/20/2024 – 4/26/2024 |
| **Deposit Advice #:** | 766730617 |
| **Pay Frequency:** | Weekly |
| **Federal Filing Status:** | Single |
| **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| **State Filing Status:** | Single (CA) |
| **State Exemptions:** | 1 (CA) |

**Employer Name:** 99 Cents Only Stores LLC
**Employer Phone:** 323-980-8145
**Employer Address:** 4000 Union Pacific Ave
Commerce, CA 90023

**Supplemental Earnings Statement**

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 4/27/2024 | 5/3/2024 | 6.50 | 16.0000 | $104.00 |
| MEALP | 4/27/2024 | 5/3/2024 | 1.00 | 16.0000 | $16.00 |

dayforce

May 7, 2024 ■ Page 4 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 4/29 | | Purchase authorized on 04/25 Lyft *Ride Thu 7 Lyft.Com CA S384116531934039 Card 7338 | | 11.65 | |
| 4/29 | | Purchase authorized on 04/25 Wendy's 0001 Vallejo CA S464116702743658 Card 7338 | | 13.66 | |
| 4/29 | | Purchase authorized on 04/25 Enterprise Rent-A- Vallejo CA S304117191266855 Card 7338 | | 11.95 | |
| 4/29 | | Purchase authorized on 04/26 Chevron 0377233 Vallejo CA S584117655285757 Card 7338 | | 31.81 | |
| 4/29 | | Purchase authorized on 04/26 Boss Market Vallejo CA P000000272884454 Card 7338 | | 3.09 | |
| 4/29 | | Purchase authorized on 04/27 Marina PA 4380 Sonoma Vallejo CA P000000330397454 Card 7338 | | 3.50 | |
| 4/29 | | Purchase authorized on 04/27 McDonald's F22138 Vallejo CA S384118477489632 Card 7338 | | 4.58 | |
| 4/29 | | Purchase with Cash Back $ 10.00 authorized on 04/27 Boss Market Vallejo CA P000000887297455 Card 7338 | | 11.00 | |
| 4/29 | | Purchase with Cash Back $ 20.00 authorized on 04/27 Boss Market Vallejo CA P000000981632636 Card 7338 | | 22.59 | |
| 4/29 | | Purchase authorized on 04/27 7-Eleven Vallejo CA P000000986551141 Card 7338 | | 11.91 | |
| 4/29 | | Purchase authorized on 04/28 Arco#07090Arco Vallejo CA P000000983648076 Card 7338 | | 8.94 | |
| 4/29 | | Purchase with Cash Back $ 25.00 authorized on 04/28 Boss Market Vallejo CA P000000572839702 Card 7338 | | 27.59 | |
| 4/29 | | Zelle to Hopwood Tybreyante on 04/28 Ref #RpOS6Nsw7D | | 60.00 | |
| 4/29 | | Purchase with Cash Back $ 2.00 authorized on 04/29 Boss Market Vallejo CA P000000489547161 Card 7338 | | 6.37 | |
| 4/29 | | Purchase authorized on 04/29 7-Eleven Vallejo CA P000000574798270 Card 7338 | | 11.90 | 132.09 |
| 4/30 | | Purchase authorized on 04/28 Arco#07090Arco #07 Vallejo CA S464119650426038 Card 7338 | | 8.00 | |
| 4/30 | | Purchase authorized on 04/28 Wendy's 0001 Vallejo CA S304119855118597 Card 7338 | | 8.30 | |
| 4/30 | | Purchase authorized on 04/29 Lyft *Ride Mon 7 Lyft.Com CA S584120538294000 Card 7338 | | 12.01 | |
| 4/30 | | Purchase authorized on 04/29 Lyft *Ride Mon 1 Lyft.Com CA S384120700138009 Card 7338 | | 17.37 | |
| 4/30 | | Purchase with Cash Back $ 20.00 authorized on 04/29 Boss Market Vallejo CA P000000586593032 Card 7338 | | 22.59 | |
| 4/30 | | Purchase authorized on 04/29 DD *Doordashdashpa WWW.Doordash. Ca S304121103070142 Card 7338 | | 9.99 | |
| 4/30 | | Purchase authorized on 04/30 7-Eleven Vallejo CA P000000471753495 Card 7338 | | 11.49 | 42.34 |
| 5/1 | | Zelle From Beasley Peggy on 05/01 Ref # PpOS6W5Rds | 20.00 | | |
| 5/1 | | eDeposit IN Branch 05/01/24 10:42:18 Am 1702 Tennessee St Vallejo CA 7338 | 20.00 | | |
| 5/1 | | eDeposit IN Branch 05/01/24 11:00:49 Am 1702 Tennessee St Vallejo CA 7338 | 3,153.79 | | |
| 5/1 | | Recurring Payment authorized on 04/29 Spk*Spokeo Search 800-6994264 CA S304120304167329 Card 7338 | | 29.95 | |
| 5/1 | | Purchase authorized on 04/29 McDonalds 757 170-7643622 CA S304120712014665 Card 7338 | | 11.90 | |
| 5/1 | | Purchase authorized on 04/29 Lyft *Ride Mon 6 Lyft.Com CA S464121041990511 Card 7338 | | 12.70 | |
| 5/1 | | Recurring Payment authorized on 04/30 Phlio Tv Httpsphlio.CO CA S464122152961715 Card 7338 | | 26.83 | 3,154.75 |
| 5/2 | | Zelle From Beasley Peggy on 05/01 Ref # PpOS6Yi685 | | | |
| 5/2 | | Zelle to Abraham Rakeel on 05/02 Ref #RpOS73Dph3 | 60.00 | | |
| 5/2 | | Bil - Life Pol Prem 212102140US Irene L Beasley | | 50.00 | |
| 5/3 | | 99 Cents Only St Payroll 000101 Cer000043465379 Irene L Beasley | 464.71 | 20.52 | 3,144.23 |
| 5/3 | | Recurring Payment authorized on 05/02 Cricket Wireless 855-246-2461 FL S464123472032842 Card 7338 | | 63.00 | |

The Check on 5/3 doesn't include payment for working 4/27/24 and 4/28/24. Per paystub the net pay for 4/20/24 - 4/26/24 was $464.71



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| | | | | 10.00 | |
| 4/19 | | Purchase authorized on 04/18 Tacos Jalisco Inc Vallejo CA S304109695319330 Card 7338 | | 104.36 | |
| 4/19 | | Recurring Payment authorized on 04/18 Affirm * Pay Sgpcx 855-423-3729 CA S584109697386583 Card 7338 | | 16.10 | |
| 4/19 | | Purchase authorized on 04/18 Amazon Prime*Rf1E4 Amzn.Com/Bill WA S304109849619527 Card 7338 | | 68.44 | 123.22 |
| 4/19 | | Purchase authorized on 04/18 DD's Discounts #5000 Vallejo CA P000000075418040 Card 7338 | | 6.99 | |
| 4/22 | | Purchase Return authorized on 04/20 Safeway #0968 Vallejo CA S624113474622044 Card 7338 | 200.00 | | |
| 4/22 | | ATM Cash Deposit on 04/20 1702 Tennessee St Vallejo CA 0002904 ATM ID 0580C Card 7338 | 50.00 | | |
| 4/22 | | Zelle From Beasley Peggy on 04/22 Ref # Pp0S64Hcbx | | 73.22 | |
| 4/22 | | Purchase authorized on 04/18 Safeway #0968 Vallejo CA S464110084560215 Card 7338 | | 14.74 | |
| 4/22 | | Purchase authorized on 04/19 Popeyes 3611 Vallejo CA S38411068974 2019 Card 7338 | | 25.00 | |
| 4/22 | | Purchase authorized on 04/19 Vallejo Tires & Wh Vallejo CA S584111054292993 Card 7338 | | 9.29 | |
| 4/22 | | Purchase authorized on 04/20 Safeway Fuel0968 Vallejo CA S304111786558051 Card 7338 | | 200.00 | 57.96 |
| 4/22 | | Zelle to Abraham Rakeel on 04/20 Ref #Rp0S5Zq3Tr | 100.00 | | |
| 4/23 | | Zelle From Beasley Peggy on 04/23 Ref # Pp0S67Dwj7 | | 9.99 | |
| 4/23 | | Recurring Payment authorized on 04/22 Sxm*Siriusxm.Com/A 888-635-5144 NY S584113337725407 Card 7338 | | 60.00 | 87.97 |
| 4/23 | | Purchase authorized on 04/23 Vallejo Tires & Wheels Vallejo CA P584114704445954 Card 7338 | | 2.50 | |
| 4/24 | | Non-WF ATM Balance Inquiry Fee 04/23 400 Lincoln Vallejo CA ATM ID P62556 Card 7338 | 20.00 | | |
| 4/24 | | Zelle From Beasley Peggy on 04/24 Ref # Pp0S69Tthv | 50.00 | | |
| 4/24 | | Zelle From Beasley Peggy on 04/24 Ref # Pp0S6Bgb49 | | 1.50 | |
| 4/24 | | Purchase authorized on 04/23 Oyster & Oyster Vallejo CA P584115221269214 Card 7338 | | 31.23 | 122.74 |
| 4/24 | | Purchase authorized on 04/24 Cvs/Pharmacy #09 09832–3 Vallejo CA P384116021037960 Card 7338 | | 40.00 | |
| 4/25 | | Recurring Payment authorized on 04/22 Asurionwireless Nashville TN S584113725792273 Card 7338 | | 12.99 | |
| 4/25 | | Purchase authorized on 04/23 Jack IN The Box 04 Vallejo CA S304114689581111 Card 7338 | | 24.45 | |
| 4/25 | | Purchase authorized on 04/23 Safeway Fuel0968 Vallejo CA S584115208689981 Card 7338 | | 9.99 | |
| 4/25 | | Recurring Payment authorized on 04/24 Sxm*Siriusxm.Com/A 888-635-5144 NY S384115333854436 Card 7338 | | 8.15 | |
| 4/25 | | Purchase authorized on 04/24 Lyft *Ride Wed 5 Lyft.Com CA S584116010177306 Card 7338 | | 15.62 | |
| 4/25 | | Purchase authorized on 04/25 News and Cigarette Cit Vallejo CA P000000780495071 Card 7338 | | 15.35 | -3.81 |
| 4/25 | | Purchase authorized on 04/25 J R Gas Minim Vallejo CA P000000889604735 Card 7338 | | 2.50 | |
| 4/26 | | Non-WF ATM Balance Inquiry Fee 04/25 340 Mini Dr Vallejo CA ATM ID R184616 Card 7338 | 484.90 | | |
| 4/26 | | 99 Cents Only St Payroll 000101 Cer000440944479 Irene L Beasley | | 43.00 | |
| 4/26 | | Non-WF ATM Withdrawal authorized on 04/25 340 Mini Dr Vallejo CA S584117050529857 ATM ID Rt84616 Card 7338 | | 2.50 | |
| 4/26 | | Non-Wells Fargo ATM Transaction Fee | | 13.13 | |
| 4/26 | | Purchase authorized on 04/25 7-Eleven Vallejo CA P000000672212529 Card 7338 | | 17.28 | |
| 4/26 | | Purchase with Cash Back $ 10.00 authorized on 04/26 Boss Market Vallejo CA P000000689928151 Card 7338 | | 19.11 | |
| 4/26 | | Purchase authorized on 04/26 7-Eleven Vallejo CA P000000581645516 Card 7338 | | 10.94 | 372.63 |
| 4/26 | | Purchase authorized on 04/26 News and Cigarette Cit Vallejo CA P000000376697911 Card 7338 | | | |

# Wells Fargo Everyday Checking

May 7, 2024 ■ Page 1 of 8



IRENE BEASLEY
54 REIS AVE UNIT B
VALLEJO CA 94590-7337

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, Including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/6 | $49.86 |
| Deposits/Additions | 5,835.96 |
| Withdrawals/Subtractions | - 5,850.98 |
| Ending balance on 5/7 | $34.84 |

Account number:  ████0340
IRENE BEASLEY
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/8 | | Zelle From Beasley Peggy on 04/06 Ref # Pp0S4S6Ch7 | 25.00 | | |
| 4/8 | | Zelle From Beasley Peggy on 04/06 Ref # Pp0S4S8K3Y | 30.00 | | |
| 4/8 | | Zelle From Beasley Peggy on 04/07 Ref # Pp0S4x6x7C | 70.00 | | |
| 4/8 | | Purchase authorized on 04/04 Arco#07090Arco #07 Vallejo CA S584095861380610 Card 7338 | | 19.98 | |
| 4/8 | | Purchase authorized on 04/05 Lyft *Ride Fri 1 Lyft.Com CA S304096754067559 Card 7338 | | 30.94 | |
| 4/8 | | Purchase authorized on 04/06 Lyft *Ride Sat 7 Lyft.Com CA S584097507205352 Card 7338 | | 23.09 | |
| 4/8 | | Purchase authorized on 04/06 Xpress Gasa LLC Fairfield CA P384097524532877 Card 7338 | | 2.49 | |
| 4/8 | | Purchase authorized on 04/06 Xpress Gasa LLC Fairfield CA P384097529262196 Card 7338 | | 25.00 | |
| 4/8 | | Purchase authorized on 04/07 Wal-Mart Super Center Vallejo CA P000000974172241 Card 7338 | | 60.57 | -1.64 |
| 4/8 | | Purchase authorized on 04/07 Safeway #0968 Vallejo CA P000000985104362 Card 7338 | | 14.43 | -7.10 |
| 4/10 | | Recurring Payment authorized on 04/09 Cvsextracare 80074 800-746-7287 RI S464100314365349 Card 7338 | | 5.46 | -17.09 |
| 4/11 | | Recurring Payment authorized on 04/10 Betpl (855)842-266 Httpswww.Bet. NY S304102245593885 Card 7338 | | 9.99 | |
| 4/12 | | 99 Cents Only St Payroll 000101 Cer000436355356 Irene L Beasley | 260.68 | | |
| 4/12 | | Recurring Payment authorized on 04/10 Google *Google Sto 855-836-3987 CA S584101291292928 Card 7338 | | 2.99 | |
| 4/12 | | Purchase authorized on 04/11 Wells Fargo Bank 800-541-9049 FL S384102623708580 Card 7338 | | 100.00 | |
| 4/12 | | Purchase authorized on 04/11 McDonald's F757 Vallejo CA S584103009351089 Card 7338 | | 14.63 | |
| 4/12 | | Purchase authorized on 04/11 99 Cents Only Stor Vallejo CA S384103153064761 Card 7338 | | 54.41 | |
| 4/12 | | Purchase authorized on 04/11 Broadway Vallej Vallejo CA P000000077612364 Card 733B | | 18.31 | |
| 4/12 | | Purchase authorized on 04/12 Wal-Mart Super Center Vallejo CA P000000682411239 Card 7338 | | 11.95 | 41.30 |
| 4/15 | | Check Deposit on 04/12 1702 Tennessee St Vallejo CA 0001178 ATM ID 0580C Card 7338 | 69.36 | | |
| 4/15 | | Purchase authorized on 04/12 Kfc/Aw #116 Vallejo CA S384103702902250 Card 7338 | | 14.74 | |
| 4/15 | | Purchase authorized on 04/12 McDonald's F26234 Vallejo CA S464104237472136 Card 7338 | | 4.58 | |
| 4/15 | | Purchase authorized on 04/13 99 Cents Only Stor Vallejo CA S584105011595120 Card 7338 | | 37.89 | |
| 4/15 | | Purchase authorized on 04/13 99 Cents Only Stor Vallejo CA S584105077156861 Card 7338 | | 17.71 | |
| 4/15 | | Purchase authorized on 04/13 Safeway #0968 Vallejo CA S304105106499461 Card 7338 | | 4.34 | |
| 4/15 | | Zelle to Abraham Rakeel on 04/14 Ref #Rp0S5H88Km Blessings More to Come | | 10.00 | |
| 4/15 | | Purchase authorized on 04/15 Walgreens Store 1050 Redw Vallejo CA P384106588258843 Card 7338 | | 7.58 | 13.82 |
| 4/16 | | Purchase authorized on 04/15 Hop Hings Kitchen Vallejo CA S384106667778177 Card 7338 | | 11.96 | |
| 4/16 | | Purchase authorized on 04/15 99 Cents Only Stor Vallejo CA S584107139022272 Card 7338 | | 1.86 | -181.81 |
| 4/16 | | Wawanasa Insuran Payment 240415 #344230776 Wawanasa | | 181.81 | -186.93 |
| 4/18 | | Purchase authorized on 04/18 WM Superc Wal-Mart Sup Vallejo CA P000000381355180 Card 7338 | | 5.12 | |
| 4/19 | | 99 Cents Only St Payroll 000101 Cer000438786282 Irene L Beasley | 459.05 | | |
| 4/19 | | Zelle From Beasley Peggy on 04/19 Ref # Pp0S5Vwpfh | 50.00 | | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/3 | | Purchase authorized on 05/02 Chevron 0359133 Vallejo CA S46412350266638 Card 7338 | | 77.50 | |
| 5/3 | | Purchase authorized on 05/02 Dboys Grab & Go Vallejo CA S464123669556383 Card 7338 | | 24.04 | |
| 5/3 | | Purchase authorized on 05/03 Levi Pay Rancho Santa CA S464124458713740 Card 7338 | | 165.54 | |
| 5/3 | | Zelle to Wu Sujing on 05/03 Ref #Rp0S75Cfpw May 2024 Rent 54 Rels Ave Unit B | | 1,430.00 | |
| 5/3 | | Zelle to Abraham Rakeel on 05/03 Ref #Rp0S75Cqm6 | | 150.00 | |
| 5/3 | | Purchase authorized on 05/03 Walgreens Store 1050 Redw Vallejo CA P384124812263345 Card 7338 | | 19.63 | |
| 5/6 | | Franchise Tax Bo Payments 240503 xxxxx4010 PM Beas | | | |
| 5/6 | | ATM Check Deposit on 05/06 1702 Tennessee St Vallejo CA 0009353 ATM ID 0580B Card 7338 | 241.48 | 50.00 | 1,629.23 |
| 5/6 | | Recurring Payment authorized on 05/02 Google *Youtube G.CO/Helppay# CA S304123397476954 Card 7338 | | 13.99 | |
| 5/6 | | Purchase authorized on 05/02 Safeway #0968 Vallejo CA S384124038133273 Card 7338 | | 28.55 | |
| 5/6 | | Purchase authorized on 05/02 Cashmax 707-4484836 CA S304124038966634 Card 7338 | | 300.00 | |
| 5/6 | | Purchase authorized on 05/03 Community Choice F 380-3906018 OH S304124462034065 Card 7338 | | 300.00 | |
| 5/6 | | Purchase authorized on 05/03 Tacos Jalisco Inc Vallejo CA S384124747715205 Card 7338 | | 10.92 | |
| 5/6 | | Purchase authorized on 05/03 Wal-Mart #5609 Vallejo CA P000000584379166 Card 7338 | | 56.41 | |
| 5/6 | | Purchase authorized on 05/03 7-Eleven Vallejo CA P000000881412756 Card 7338 | | 19.24 | |
| 5/6 | | Zelle to Abraham Rakeel on 05/04 Ref #Rp0S7757Lp | | 100.00 | |
| 5/6 | | Purchase authorized on 05/04 Premier Bankcard 605-3573440 SD S384125505767603 Card 7338 | | 34.00 | |
| 5/6 | | Purchase authorized on 05/04 Premier Bankcard 605-3573440 SD S384125507514743 Card 7338 | | 30.00 | |
| 5/6 | | ATM Withdrawal authorized on 05/04 1702 Tennessee St Vallejo CA 0006252 ATM ID 0580C Card 7338 | | 150.00 | |
| 5/6 | | Purchase with Cash Back $ 22.00 authorized on 05/06 Okbah Grocery Shop Vallejo CA P46412775968709 Card 7338 | | 35.50 | |
| 5/6 | | Purchase authorized on 05/06 J R Gas Minim Vallejo CA P000000987728397 Card 7338 | | 20.35 | |
| 5/6 | | Affirm Inc Affirm Pay 240504 4564833 Irene *Beasley | | | |
| 5/7 | | IRS Usataxpymt 050624 222452704362317 Irene Beasley | | 52.18 | |
| 5/7 | | Purchase authorized on 05/04 Wells Fargo Bank 800-541-9049 FL S584125501147729 Card 7338 | | 425.00 | 294.57 |
| 5/7 | | Purchase authorized on 05/05 Fastrak Violation 415-486-8655 CA S384127003867993 Card 7338 | | 117.91 | |
| 5/7 | | Purchase with Cash Back $ 5.00 authorized on 05/06 Boss Market Vallejo CA P000000880660114 Card 7338 | | 7.00 | |
| 5/7 | | Purchase authorized on 05/06 Popeyes 10666 Vallejo CA S464128084806358 Card 7338 | | 6.00 | |
| 5/7 | | Zelle to Abraham Rakeel on 05/07 Ref #Rp0S7H9Grt | | 28.82 | |
| Ending balance on 5/7 | | | | 100.00 | 34.84 |
| Totals | | | | | 34.84 |
| | | | $5,835.96 | $5,850.98 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.



May 7, 2024 ■ Page 6 of 8

## Summary of Overdraft Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| | $0.00 | $105.00 |
| Total Overdraft Fees | | |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

## Summary of Overdraft Rewind® Benefits

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Number of Overdraft, Returned Item and Overdraft Protection Fees Waived or Refunded | 1 | 1 |
| Total Amount of Overdraft, Returned Item and Overdraft Protection Fees Waived or Refunded | $35.00 | $35.00 |

*Year-to-date totals reflect fees waived since the first full statement period of the calendar year. Amounts shown do not include any additional waivers and refunds of Overdraft Protection Advance Fees due to advances from credit cards.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/06/2024 - 05/07/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| | Minimum required | This fee period |
| How to avoid the monthly service fee | | |
| Have any ONE of the following each fee period | | |
| · Minimum daily balance | $500.00 | -$186.93 ☐ |
| · Total amount of qualifying electronic deposits | $500.00 | $1,669.34 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.



Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score. Get started at wellsfargo.com/personalloan.

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

**C** Add **A** and **B** to calculate the subtotal.    + $ _____

= $ _____

**D** List outstanding checks, withdrawals, other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts. Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- In case of errors or questions about your electronic transfers: Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

    1. Tell us your name and account number (if any).
    2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
    3. Tell us the dollar amount of the suspected error.

    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- In case of errors or questions about other transactions (that are not electronic transfers):

    Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

**Retail**

POSTAGE PAID

**9.85**   Origin: 94590
08/27/24
0580640174-01

MAIL®

0 Lb 2.90 Oz

RDC 03

08/29/24

C012

301-3024

KING® #

240 7754 25

USPS.COM/PICKUP




PAPER
POUCH

2023
/2

**PRIORITY**
**MAIL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

VISIT US AT USPS.COM®
Label 106A, Nov 2018

*United States*
*Postal Service®*

VISIT US AT USPS.COM®
Label 106A, Nov 2018

**FROM:**

Irene Beasley
54 Reis Ave Unit B
Vallejo  CA 94590

**TO:**

Office of the clerk
of the United States Bankruptcy
Court DISTRICT OF DELAWARE
824 MARKET ST
WILMINGTON DELAWARE
19801