## **CERTIFICATE OF SERVICE**

    I, Heather P. Smillie, hereby certify that on the 11th day of September, 2024, I caused copies of the foregoing *Notice of Withdrawal of Appearance* to be served upon (i) the parties in the attached service list in the manner reflected therein; and (ii) all parties receiving ECF notice in this case.

                                                                */s/ Heather P. Smillie*
                                                                Heather P. Smillie (No. 6923)

In re: Number Holdings, Inc., et al.
Core/2002 Service List
Case No. 24-10719 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Collin County, Collin County College, and City of Plano | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn | 1700 Redbud Blvd, Ste. 300 | | McKinney | TX | 75069 | | plopez@abernathy-law.com bankruptcy@abernathy-law.com ehahn@abernathy-law.com lboyd@abernathy-law.com | Email |
| Counsel to Reliant Energy Retail Services, LLC | Ashby & Geddes, P.A | Attn: Tiffany Geyer Lydon | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899 | | tlydon@ashbygeddes.com | Email |
| Counsel to DeRito Talking Stick North, LLC and affiliates, Oracle Limberlost Shopping Center, LLC, and Goodwill of Central and Northern Arizona | Ashby & Geddes, P.A. | Attn: Benjamin W. Keenan | 500 Delaware Avenue, 8th Floor | | Wilmington | DE | 19801 | | bkeenan@ashbygeddes.com | Email |
| Counsel to Nova Manna, Inc. | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | 500 Delaware Avenue, 8th Floor | | Wilmington | DE | 19801 | | gtaylor@ashbygeddes.com | Email |
| Counsel to Reynaldo's Mexican Food Company, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | Attn: Mark I. Duedall | 3414 Peachtree Road, N.E. | Suite 1500 | Atlanta | GA | 30326 | | mduedall@bakerdonelson.com | Email |
| Counsel to Brixmor Holdings 12 SPE, LLC and Buckingham Plaza Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Nicholas J. Brannick, Margaret A. Vesper | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801-3034 | | heilmanl@ballardspahr.com roglenl@ballardspahr.com brannickn@ballardspahr.com vesperm@ballardspahr.com | Email |
| Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC | Bayard, P.A. | Attn: Ericka F. Johnson | 600 N. Market Street | Suite 400 | Wilmington | DE | 19801 | | ejohnson@bayardlaw.com | Email |
| Counsel to Ciuti International | Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, John C. Gentile, Juan E. Martinez | 1313 North Market Street | Suite 1201 | Wilmington | DE | 19801-6101 | | kcapuzzi@beneschlaw.com jgentile@beneschlaw.com jmartinez@beneschlaw.com | Email |
| Counsel to Palmdale Investment Group, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | 13215 E. Penn Street, Suite 510 | | Whittier | CA | 90602-1797 | | ernie.park@bewleylaw.com | Email |
| Counsel to Highway Properties, L.P. | Bielli & Klauder, LLC | Attn: David M. Klauder | 1204 N. King Street | | Wilmington | DE | 19801 | | dklauder@bk-legal.com | Email |
| Counsel to the Official 99SD Holdings LLC | Blanchard, Krasner & French | Attn: Robert W. Blanchard, Esq. | 800 Silverado Street | 2nd Floor | La Jolla | CA | 92037 | | bblanchard@bkflaw.com | Email |
| Counsel to Ollie's Bargain Outlet, Inc. and OBO Ventures, Inc. | Blank Rome LLP | Attn: Regina Stango Kelbon, Josef W. Mintz | 1201 Market Street, Suite 800 | | Wilmington | DE | 19801 | | Regina.Kelbon@BlankRome.com Josef.Mintz@BlankRome.com | Email |
| Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company | Chiesa Shahinian & Giantomasi PC | Attn: Jonathan Bondy, Terri J. Freedman | 105 Eisenhower Parkway | | Roseland | NJ | 07068 | | jbondy@csglaw.com tfreedman@csglaw.com | Email |
| Counsel to Betty Sterling | Christenson Law Firm, LLP | Attn: Vonn R. Christenson, Esq. | 472 W. Putnam Avenue | | Porterville | CA | 93257 | | vrc@christensonlaw.com | Email |
| Counsel to RBC Equities, LLC | Cole Shotz P.C. | Attn: Patrick J. Reilley | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | preilley@coleschotz.com | Email |
| Counsel to Kassy D. Clifford, Ashley F. Keely | Conaway-Legal LLC | Attn: Bernard G. Conaway | Market West | 221 W. Tenth Street Suite 400 | Wilmington | DE | 19801 | | bgc@conaway-legal.com | Email |
| Counsel to ALDI Inc. | Connolly Gallagher LLP | Attn: Karen C. Bifferato | 1201 North Market | Street, 20th Floor | Wilmington | DE | 19801 | | kbifferato@connollygallagher.com | Email |
| Counsel to Maricopa AZ Investments, LLC | Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | 1105 N. Market Street, Suite 901 | | Wilmington | DE | 19801 | | csimon@crosslaw.com kmann@crosslaw.com | Email |
| Delaware State Treasury | Delaware State Treasury | Attn: President or General Counsel | 820 Silver Lake Blvd | Suite 100 | Dover | DE | 19904 | | | First Class Mail |
| Counsel to Bar-S Foods Company | Dorsey & Whitney (Delaware) LLP | Attn: Alessandra Glorioso | 300 Delaware Avenue, Suite 1010 | | Wilmington | DE | 19801 | | glorioso.alessandra@dorsey.com | Email |
| Counsel to Navine Fund LLC | Dykema Gossett PLLC | Attn: Patrick L. Huffstickler | 112 E. Pecan Street, Suite 1800 | | San Antonio | TX | 78205 | | phuffstickler@dykema.com | Email |
| Epps & Coulson | Epps & Coulson | Attn: Dawn M. Coulson | 1230 Crenshaw Boulevard, Suite 200 | | Torrance | CA | 90501 | | dawn@eppscoulson.com bkollman@eppscoulson.com | Email |
| Counsel to Niki Main Street, LP, a California limited partnership | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Wilshire Boulevard, 12th Floor | | Beverly Hills | CA | 90212 | | bmoldo@ecjlaw.com | Email |
| Counsel to OP Crimson, LLC, a Delaware limited liability company | Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | 9401 Wilshire Boulevard, 12th Floor | | Beverly Hills | CA | 90212 | | bmoldo@ecjlaw.com | Email |
| Counsel to PepsiCo, Inc.; PepsiCo Sales, Inc.; PepsiCo Beverages Sales, Inc.; Bottling Group, LLC; Frito-Lay North America, Inc.; Rolling Frito Lay Sales, LP; and Quaker Sales & Distribution, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | 1327 W. Washington Blvd. | Suite 5 G-H | Chicago | IL | 60607 | | jfrank@fgllp.com jkleinman@fgllp.com | Email |
| Counsel to Dayforce US, Inc. | Fredrikson & Byron, P.A. | Attn: James C. Brand, Samuel M. Andre | 60 South Sixth Street | Suite 1500 | Minneapolis | MN | 55402-1425 | | jbrand@fredlaw.com sandre@fredlaw.com | Email |
| Counsel to the Official 99SD Holdings LLC | Gellert Seitz Busenkell & Brown, LLC | Attn: Michael Busenkell | 1201 North Orange Street | Suite 300 | Wilmington | DE | 19801 | | mbusenkell@gsbblaw.com | Email |
| Counsel to North Valley Mall II LLC | Gibbons P.C | Attn: Katharina Earle | 300 Delaware Avenue, Suite 1015 | | Wilmington | DE | 19801 | | kearle@gibbonslaw.com | Email |
| Counsel to FTT Village Fair North, LLC | Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | 10575 North 114th Street, Suite 115 | | Scottsdale | AZ | 85259 | | rbird@gilbertbirdlaw.com | Email |

In re: Number Holdings, Inc., *et al.*
Core/2002 Service List
Case No. 24-10719 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Betty Sterling | Gordon, Fournaris & Mammarella, P.A. | Attn: Christopher P. Clemson, Esq. | 1925 Lovering Avenue | | Wilmington | DE | 19806 | | cclemson@gfmlaw.com | Email |
| Counsel to Attorneys for American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Tara B. Annweiler, Marc D. Young | One Moody Plaza, 18th Floor | | Galveston | TX | 77550 | | tannweiler@greerherz.com | Email |
| Counsel to Nissin Foods (USA) Co., Inc | Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | ridebitetto@hahnlaw.com | Email |
| Counsel to Harris County, Harris County Flood Control District, Harris County Port of Houston Authority, Harris County Hospital District, and Harris County Department of Education | Harris County Attorney's Office | Attn: Property Tax Division, Susan Fuertes | P.O. Box 2848 | | Houston | TX | 77252 | | taxbankruptcy.cao@harriscountytx.gov | Email |
| Counsel to SENTRE, Inc. and Temecula Marketplace LLC | Harvest LLP | Attn: Jamie Altman Buggy, Fernando Landa | 10940 Wilshire Blvd., Suite 1600 | | Los Angeles | CA | 90024 | | jbuggy@harvestllp.com flanda@harvestllp.com | Email |
| Counsel to Shell Energy Solutions | Hogan McDaniel | Attn: Garvan F. McDaniel | 1311 Delaware Avenue | | Wilmington | DE | 19806 | | gfmcdaniel@dkhogan.com | Email |
| Counsel to Plaza Four General Partnership | Horner Law Group, P.C. | Attn: Clifford R. Horner, Paymon Hifai | 800 S. Broadway | Suite 200 | Walnut Creek | CA | 94596 | | chorner@hornerlawgroup.com phifai@hornerlawgroup.com spiserchio@hornerlawgroup.com | Email |
| Counsel to Orange Carson, LLC | Ice Miller LLP | Attn: Louis T. DeLucia, Alyson M. Fiedler | 1500 Broadway, Suite 2900 | | New York | NY | 10036 | | louis.delucia@icemiller.com alyson.fiedler@icemiller.com | Email |
| Counsel to Imperial County Treasurer-Tax Collector | Imperial County Treasurer-Tax Collector | Attn: Suzanne C. Bermudez | 940 West Main Street | Suite 106 | El Centro | CA | 92243 | | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave NW | | Washington | DC | 20224 | | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | | First Class Mail |
| Counsel to Diana Rendon, Naser Ahmad, Arsalan Azizollahi, Diana Bravo, Sky McCloud, Nicole Vance | Jack Shrum P.A. | Attn: "J" Jackson Shrum, Esq. | 919 N. Market Street | Suite 1410 | Wilmington | DE | 19801 | | Jshrum@jshrumlaw.com | Email |
| Counsel to Jean Morgan, Trustee of the Richard Charles Levy Trust | Jean Morgan, Trustee of the Richard Charles Levy Trust | Attn: Adrienne Hanley | 2155 W. State Route 89A, Ste. 202 | | Sedona | AZ | 86336 | | sedonaattorney@gmail.com | Email |
| Counsel to Dollar Tree, Inc. | Jones Day | Attn: T. Daniel Reynolds, Nicholas Buchta | North Point | 901 Lakeside Avenue | Cleveland | OH | 44114-1190 | | hlennox@jonesday.com tdreynolds@jonesday.com nbuchta@jonesday.com | Email |
| Counsel to Global Packaging Supply, Inc | Joyce, LLC | Attn: Michael J. Joyce | 1225 King Street | Suite 800 | Wilmington | DE | 19801 | | mjoyce@mjlawoffices.com | Email |
| Co-Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Attn: Jason R. Adams, Robert L. LeHane, Jennifer D. Raviele | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 | | KDWBankruptcyDepartment@kelleydrye.com rlehane@kelleydrye.com jraviele@kelleydrye.com | Email |
| Counsel to Kern County Treasurer and Tax Collector Office | Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | P.O. Box 579 | | Bakersfield | CA | 93302-0579 | | bankruptcy@kerncounty.com | Email |
| Counsel to Dayforce US, Inc. | Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck, Benjamin M. Fischer | 919 N. Market Street | Suite 1000 | Wilmington | DE | 19801-3062 | | rbeck@klehr.com bfischer@klehr.com | Email |
| Counsel to Beaty, LLC. | Kogan Law Firm, APC | Attn: Michael S. Kogan | 11500 W. Olympic Blvd. | Suite 400 | Los Angeles | CA | 90064 | | mkogan@koganlawfirm.com | Email |
| Counsel to Ecolab Inc | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | Washington Building, Barnabas Business Center | 4650 North Port Washington Road | Milwaukee | WI | 53212-1059 | | swisotzkey@kmksc.com | Email |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Herb Baer, Jessica Berman, Christine Porter | 55 East 52nd Street | 16th Floor | New York | NY | 10055 | | 99onlyTeam@ra.kroll.com serviceqa@ra.kroll.com | Email |
| Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc. | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Richard S. Cobb, Joshua B. Brooks | 919 Market Street, Suite 1800 | | Wilmington | DE | 19801 | | landis@lrclaw.com cobb@lrclaw.com brooks@lrclaw.com | Email |
| Counsel to DeRito Talking Stick North, LLC and affiliates, Oracle Limberlost Shopping Center, LLC, and Goodwill of Central and Northern Arizona | Lane & Nach, P.C. | Attn: Adam B. Nach, Paul Hilkert | 2001 E. Campbell, Suite 103 | | Phoenix | AZ | 85016 | | Adam.Nach@lane-nach.com Paul.Hilkert@lane-nach.com | Email |
| Counsel to Landlords/Creditors Patricia L. Peterson and Mary M. Peterson, Co-Trustees of the Peterson Family Trust B Dated July 1, 1980 and Patricia L. Peterson, as Trustee of the L.O. Lindemulder Trust | Law Office of Cheryl L. Stengel | Attn: Cheryl L. Stengel | 402 W. Broadway | Suite 1230 | San Diego | CA | 92101 | | clstengel@outlook.com | Email |
| Counsel to Aria Capital Venture, LLC | Law Offices of Abbasi & Associates | Attn: Matthew Abbasi | 6320 Canoga Ave., Suite 950 | | Woodland Hills | CA | 91367 | | matthew@malawgroup.com | Email |
| Counsel to Natalia GN LLC | Levin-Epstein & Associates, P.C. | Attn: Joshua Levin-Epstein | 60 East 42nd Street, Suite 4700 | | New York | NY | 10165 | | joshua@levinepstein.com | Email |
| Counsel to Cameron County, City of Mcallen, Mclennan County, and Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | | austin.bankruptcy@lgbs.com | Email |

In re: Number Holdings, Inc., *et al.*
Core/2002 Service List
Case No. 24-10719 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Bexar County and City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E. Pecan Street | Suite 2200 | San Antonio | TX | 78205 | | sanantonio.bankruptcy@lgbs.com | Email |
| Counsel to Tarrant County, Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | dallas.bankruptcy@lgbs.com; john.turner@lgbs.com | Email |
| Counsel to Montgomery County, Fort Bend County, Katy ISD, Harris CO ESD # 12, Houston ISD, Houston Comm Coll System, City of Humble, Harris CO ESD # 01, Harris CO ESD # 29, Harris CO ESD # 11, Harris CO ESD # 48, City of Pasadena, Harris CO ESD # 20, Harris CO ESD # 46, City of Houston, Harris CO ESD # 09, Lone Star College System, Harris CO ESD # 25 | Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | | houston_bankruptcy@lgbs.com | Email |
| Counsel to Robert Chan, Yee "Elaine" Chan, Man Shu "Raymond" Chan, Edward M. Chan, and Howard M. | Long & Delis | Attn: Warren B. Campbell | 400 North Tustin Avenue, Suite 370 | | Santa Ana | CA | 92705 | | wbcampbell@ldlawyers.com | Email |
| Counsel to PACA Claimants Jem-D International (Michigan) Inc. and Promate Produce USA | McCarron & Diess | Attn: Gregory Brown | 200 Broadhollow Road, Suite 207 | | Melville | NY | 11747 | | gbrown@mccarronlaw.com | Email |
| Counsel to The County of Denton, Texas and The City of Waco/Waco ISD | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | 700 Jeffrey Way | Suite 100 | Round Rock | TX | 78665 | | jparsons@mvbalaw.com | Email |
| Counsel to The County of Denton, Texas and The City of Waco/Waco ISD | McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | P.O. Box 1269 | | Round Rock | TX | 78680-1269 | | jparsons@mvbalaw.com | Email |
| Counsel to Reliant Energy Retail Services, LLC | McDowell Hetherington LLP | Attn: Michael D. Matthews, Jr., Tyrone L. Haynes | 1001 Fannin Street | Suite 2400 | Houston | TX | 77002 | | matt.matthews@mhllp.com; tyrone.haynes@mhllp.com | Email |
| Counsel to Mira Mesa Shopping Center–West LLC | Mesa Centers | Attn: Roberto M. Contreras | 9968 Hibert Street, Suite 200 | | San Diego | CA | 92131 | | robbyc@mesacenters.com | Email |
| Counsel to CDS Distributing, Inc. | Meuers Law Firm, P.L. | Attn: Lawrence H. Meuers | 5395 Park Central Court | | Naples | FL | 34109 | | lmeuers@meuerslawfirm.com | Email |
| Counsel to Betteravia 2002, LLC | Michael Development Corp. | Attn: Joseph Michael | 12400 Wilshire Boulevard, Suite 650 | | Los Angeles | CA | 90025 | | JMichael@MichaelCorp.com | Email |
| Proposed Counsel to the Debtor and Debtor in Possession | Milbank LLP | Attn: Lauren Doyle, Dennis Dunne, Michael Price, Brian Kinney, Jordyn Paperny | 55 Hudson Yards | | New York | NY | 10001-2163 | | ldoyle@milbank.com; ddunne@milbank.com; mprice@milbank.com; bkinney@milbank.com; jpaperny@milbank.com | Email |
| Counsel to Kimco Realty Corporation | Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky | 1201 N. Orange Street, Suite 400 | | Wilmington | DE | 19801 | | rmersky@monlaw.com | Email |
| Counsel to Colgate-Palmolive Company | Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | 1201 N. Market Street | Suite 2201 | Wilmington | DE | 19801 | | jody.barillare@morganlewis.com | Email |
| Counsel to Colgate-Palmolive Company | Morgan, Lewis & Bockius LLP | Attn: Melissay Y. Boey | 1400 Page Mill Road | | Palo Alto | CA | 94304 | | melissa.boey@morganlewis.com | Email |
| Counsel to Navine Fund LLC | Morris James LLP | Attn: Stephen M. Miller, Jeffrey R. Waxman | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 | | smiller@morrisjames.com; jwaxman@morris.james.com | Email |
| Proposed Counsel to the Debtor and Debtor in Possession | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr. , Matthew O. Talmo, Jonathan M. Weyand , Erin L. Williamson | 1201 N. Market Street, 16th Floor | P.O. Box 1347 | Wilmington | DE | 19899-1347 | | rdehney@morrisnichols.com; mtalmo@morrisnichols.com; jweyand@morrisnichols.com; ewilliamson@morrisnichols.com | Email |
| Debtor | Numbers Holdings, Inc. | Attn: President or General Counsel | 10105 E Via Linda | Ste 103 PMB 1207 | Scottsdale | AZ | 85258 | | | First Class Mail |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Rosa Sierra-Fox, Nicole Watson, Mike Girello | J. Caleb Boggs Federal Building | 844 King Street, Suite 2207, Lockbox 35 | Wilmington | DE | 19801 | | rosa.sierra-fox@usdoj.gov; Mike.Girello@usdoj.gov; Nicole.Watson2@usdoj.gov | Email |
| Counsel to Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Steven W. Golden, Colin R. Robinson | 919 N. Market Street, 17th Floor | | Wilmington | DE | 19899-8705 | | bsandler@pszjlaw.com; sgolden@pszjlaw.com; crobinson@pszjlaw.com | Email |
| Counsel to Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | 780 Third Avenue, 34th Floor | | New York | NY | 10017 | | rfeinstein@pszjlaw.com | Email |
| Counsel to American Communication Solutions, Inc. | Pashman Stein Walder Hayden, P.C. | Attn: Henry J. Jaffe | 824 North Market Street | Suite 800 | Wilmington | DE | 19801 | | hjaffe@pashmanstein.com | Email |
| Counsel to Anthem Blue Cross Life and Health Insurance Company | Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II and Alexis R. Gambale | 824 North Market Street | Suite 800 | Wilmington | DE | 07601 | | jbarsalona@pashmanstein.com; agambale@pashmanstein.com | Email |
| Counsel to Certain 2026 Note Holders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sarah Harnett | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | sharnett@paulweiss.com | Email |
| Counsel to Richardson ISD, City of Colleyville, Grapevine-Colleyville ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | 500 E. Border Street | Suite 640 | Arlington | TX | 76010 | | ebcalvo@pbfcm.com | Email |

In re: Number Holdings, Inc., et al.
Core/2002 Service List
Case No. 24-10719 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to City of Garland, Garland ISD, Carrollton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | 1919 S. Shiloh Rd. | Suite 640, LB 40 | Garland | TX | 75042 | | lreece@pbfcm.com | Email |
| Counsel to Galena Park Independent School District, Harris County Municipal Utility District # 285, Klein Independent School District, Harris County Water Control and Improvement District # 133, Fountainhead Municipal Utility District, Pasadena Independent School District and City of Houston | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | mvaldez@pbfcm.com | Email |
| Counsel to Natalia GN LLC | Pierson Ferdinand LLP | Attn: Carl D. Neff, Esq. | CSC Station | 112 S. French Street | Wilmington | DE | 19801 | | carl.neff@pierferd.com | Email |
| Counsel to Pinal County Treasurer | Pinal County Treasurer | Attn: Linette McMinn | P.O. Box 729 | | Florence | AZ | 85132 | | bankruptcy@pinal.gov | Email |
| Counsel to EMCOR Facilities Services, Inc. | Porter Hedges LLP | Attn: Joshua W. Wolfshohl, Michael B. Dearman | 1000 Main Street | 36th Floor | Houston | TX | 77002 | | jwolfshohl@porterhedges.com mdearman@porterhedges.com | Email |
| Counsel to Ad Hoc Group of Secured Noteholders | Potter Anderson & Corroon LLP | Attn: M. Blake Cleary, L. Katherine Good, Brett M. Haywood, Levi Akkerman | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 | | bcleary@potteranderson.com kgood@potteranderson.com bhaywood@potteranderson.com lakkerman@potteranderson.com | Email |
| Counsel to Passion Growers West, LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: William Smelko | 525 B Street, Suite 2200 | | San Diego | CA | 92101 | | bill.smelko@procopio.com | Email |
| Counsel to the FILO Agent, TC Lending, LLC, and Sixth Street Specialty Lending, Inc. | Proskauer Rose LLP | Attn: Ji Hye You, Adam Hillman, David M. Hillman, Megan Volin | Eleven Times Square | | New York | NY | 10036-8299 | | jyou@proskauer.com dhillman@proskauer.com mvolin@proskauer.com | Email |
| Counsel to TC Lending, LLC and Sixth Street Specialty Lending, Inc. | Proskauer Rose LLP | Attn: Jordan Sazant | 70 West Madison | Suite 3800 | Chicago | IL | 60602 | | jsazant@proskauer.com | Email |
| ABL Facility Agent | RBC Agency Services Group | Attention: Manager, Agency Services | 20 King Street West | 4th Floor, South Tower | Toronto | ON | M5H 1C4 | Canada | susan.khokher@rbccm.com | Email |
| PropCo Promissory Note Lender | RCB Equities #1, LLC | Attn: General Counsel | c/o Barak Richter & Dror | 5862 West 3rd Street | Los Angeles | CA | 90036 | | | First Class Mail |
| Counsel to Wilmington Trust, National Association, as trustee for the 7.500% Senior Secured Notes due 2026 | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | 1201 North Market Street, Suite 1500 | | Wilmington | DE | 19801 | | kgwynne@reedsmith.com jangelo@reedsmith.com | Email |
| Counsel to Dollar Tree, Inc. | Richards, Layton & Finger, P.A. | Attn: Zachary I. Shapiro, Emily R. Mathews, Gabrielle A. Colson | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | shapiro@rlf.com mathews@rlf.com colson@rlf.com | Email |
| Counsel to 1820 W. 182nd St., LLC | Robinson & Cole LLP | Attn: Jamie L. Edmonson | 1201 N. Market Street, Suite 1406 | | Wilmington | DE | 19801 | | jedmonson@rc.com | Email |
| Counsel to Allied Universal Security Services | Robinson & Cole LLP | Attn: Katherine S. Dute | 1201 N. Market Street, Suite 1406 | | Wilmington | DE | 19801 | | kdute@rc.com | Email |
| Counsel to Allied Universal Security Services | Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri | 1650 Market Street, Suite 3030 | | Philadelphia | PA | 19103 | | rmauceri@rc.com | Email |
| Counsel to Allied Universal Security Services | Robinson & Cole LLP | Attn: Richard E. Willi III | 666 Third Avenue, 20th Floor | | New York | NY | 10017 | | rwilli@rc.com | Email |
| Counsel to ALDI Inc. | Rubin & Levin, P.C. | Attn: James E. Rossow Jr. | 135 N. Pennsylvania St., Suite 1400 | | Indianapolis | IN | 46204 | | jim@rubin-levin.net | Email |
| Counsel to Kent Holding LLC | Saul Ewing LLP | Attn: John D. Demmy | 1201 N. Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | john.demmy@saul.com | Email |
| Counsel to Betteravia 2002, LLC | Saul Ewing LLP | Attn: Nicholas Smargiassi | 1201 North Market Street, Suite 2300 | P.O. Box 1266 | Wilmington | DE | 19899 | | nicholas.smargiassi@saul.com | Email |
| Counsel to Betteravia 2002, LLC | Saul Ewing LLP | Attn: Zev M. Shechtman, Tom R. Sestanovich | 1888 Century Park East, Suite 1500 | | Los Angeles | CA | 90067 | | zev.shechtman@saul.com tom.sestanovich@saul.com | Email |
| Counsel to Passion Growers West, LLC | Saul Ewing, LLP | Attn: Evan T. Miller | 1201 N. Market St, Suite 2300 | | Wilmington | DE | 19801 | | evan.miller@saul.com | Email |
| Counsel to Passion Growers West, LLC | Saul Ewing, LLP | Attn: Jorge Garcia | 701 Brickell Avenue, Suite 1700 | | Miami | FL | 33131 | | jorge.garcia@saul.com | Email |
| Secretary of State | Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | Dover | DE | 19903 | | | First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Blvd, Suite 520 | Philadelphia | PA | 19103 | | secbankruptcy@sec.gov | Email |
| Counsel to Anthem Blue Cross Life and Health Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Latonia C. Williams | One Constitution Plaza | | Hartford | CT | 06103-1919 | | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com lwilliams@goodwin.com | Email |

In re: Number Holdings, Inc., *et al.*
Core/2002 Service List
Case No. 24-10719 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Anthem Blue Cross Life and Health Insurance Company | Shipman & Goodwin LLP | Attn: Latonia C. Williams and Anthony R. Scarcella | One Constitution Plaza | | Hartford | CT | 06103 | | lwilliams@goodwin.com ascarcella@goodwin.com | Email |
| Counsel to Royal Bank of Canada | Sidley Austin LLP | Attn: Anna Gumport | 350 South Grand Avenue | | Los Angeles | CA | 90071 | | agumport@sidley.com | Email |
| Counsel to Royal Bank of Canada | Sidley Austin LLP | Attn: Dennis M. Twomey, Jackson T. Garvey, Ian C. Ferrell | One South Dearborn | | Chicago | IL | 60603 | | dtwomey@sidley.com jgarvey@sidley.com iferrell@sidley.com | Email |
| Counsel to the ABL Lenders | Sidley Austin LLP | Attn: Michele A. Nudelman; Leslie Plaskon | 787 7th Ave | | New York | NY | 10019 | | mnudelman@sidley.com | Email |
| Counsel to Realty Associates Fund X, L.P. and PP Tango CA, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | 16200 Addison Road, Suite 140 | | Addison | TX | 75001 | | mshriro@singerlevick.com | Email |
| FILO Agent | Sixth Street Specialty Lending, Inc. | Attn: TSLX Accounting | 2100 McKinney Ave, Suite 1500 | | Dallas | TX | 75201 | | TSLAccounting@tpg.com TPG-TPGK@statestreet.com | Email |
| Counsel to Nova Manna, Inc. | Snell & Wilmer | Attn: Steven D. Jerome, James G. Florentine | One East Washington Street | Suite 2700 | Phoenix | AZ | 85004 | | sjerome@swlaw.com jflorentine@swlaw.com | Email |
| Counsel to Ag Pros, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | 401 B Street, Suite 1200 | | San Diego | CA | 92101 | | mbreslauer@swsslaw.com wyones@swsslaw.com | Email |
| Counsel to J3 Generations, LLC | Stanford J. Germaine, P.C. | Attn: Standford J. Germaine | 4634 North 44th Street | | Phoenix | AZ | 85018 | | sgermaine@germaine-law.com | Email |
| Counsel to Date Palm YFT, LLC, Date Palm SFT, LLC, and Date Palm BST, LLC | Stark & Stark, P.C. | Attn: Joseph H. Lemkin | P.O. Box 5315 | | Princeton | NJ | 08543 | | jlemkin@stark-stark.com | Email |
| State of Arizona Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | | AGINFO@AZAG.GOV | Email |
| State of California Attorney General | State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | BANKRUPTCY@COAG.GOV | Email |
| State of Nevada Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | | AGINFO@AG.NV.GOV | Email |
| State of Texas Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | Capitol Station | PO Box 12548 | Austin | TX | 78711-2548 | | public.information@oag.state.tx.us | Email |
| Counsel to Harco National Insurance Company | Stradley, Ronon, Stevens & Young, LLP | Attn: Daniel M. Pereira | 1000 N. West Street, Suite 1200 | | Wilmington | DE | 19801 | | dpereira@stradley.com | Email |
| Counsel to PACA Claimants Jem-D International (Michigan) Inc. and Promate Produce USA | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | 919 North Market Street, Suite 420 | | Wilmington | DE | 19801 | | whazeltine@sha-llc.com | Email |
| Counsel to Mira Mesa Shopping Center–West LLC | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | 919 North Market Street, Suite 420 | | Wilmington | DE | 19801 | | whazeltine@sha-llc.com | Email |
| Counsel to Dole Packaged Foods LLC | Sullivan, Hazeltine, Allinson LLC | Attn: Elihu E. Allinson | 919 North Market Street | Suite 420 | Wilmington | DE | 19801 | | zallinson@sha-llc.com | Email |
| Counsel to Raymond Leasing Corporation and | Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr. | 2525 Cabot Drive | Suite 204 | Lisle | IL | 60532 | | cstahl@smbtrials.com | Email |
| Counsel to Kin Properties, Inc., Esther Jeffrey LLC, and Jefan LLC | Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | 2001 L Street, NW | Suite 500 | Washington | DC | 20036 | | jrhodes@tlclawfirm.com | Email |
| Counsel to Texas Comptroller of Public Accounts, Revenue Accounting Division | Texas Attorney General's Office | Attn: Jamie Kirk | Bankruptcy & Collections Division | 12221 Merit Drive, Suite 825 | Dallas | TX | 75251 | | jamie.kirk@oag.texas.gov | Email |
| Counsel to Great American Insurance Company | The Law Office of T. Scott Leo | Attn: T. Scott Leo | 100 N. LaSalle Street, Suite 514 | | Chicago | IL | 60602 | | sleo@leolawpc.com | Email |
| Counsel to Ralph Edwards Productions, a California Corporation | The Law Offices of Robert D. Bass | Attn: Robert D. Bass | 832 Ike Mooney Rd., NE | | Silverton | OR | 97381 | | bob.bass47@icloud.com | Email |
| Counsel to Newport Sales | The Rosner Law Group LLC | Attn: Frederick B. Rosner | 824 N. Market St., Suite 810 | | Wilmington | DE | 19801 | | rosner@teamrosner.com | Email |
| Counsel to Maricopa AZ Investments, LLC | Tiffany & Bosco, PA | Attn: Christopher R. Kaup | Seventh Floor, Camelback Esplanade II | 2525 East Camelback Road | Phoenix | AZ | 85016-4237 | | crk@tblaw.com | Email |
| Counsel to Maricopa AZ Investments, LLC | Tiffany & Bosco, PA | Attn: Christopher R. Kaup, David M. Barlow | 2525 E Camelback Rd, Seventh Floor | | Phoenix | AZ | 85016 | | crk@tblaw.com dmb@tblaw.com | Email |
| Counsel to Tulare County Tax Collector | Tulare County Tax Collector | Attn: Chris Silva | 221 S Mooney Blvd Room 104-E | | Visalia | CA | 93291-4593 | | taxhelp@tularecounty.ca.gov | Email |
| U.S. Attorney for the District of Delaware | U.S. Attorney for Delaware | Attn: David C. Weiss | U.S. Attorney's Office | 1313 N Market Street, Suite 400 | Wilmington | DE | 19801 | | | First Class Mail |
| Securities and Exchange Commission | U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | | secbankruptcy@sec.gov | Email |
| United States of America Attorney General | United States of America Attorney General | Attn: Bankruptcy Department | Us Dept Of Justice | 950 Pennsylvania Ave Nw | Washington | DC | 20530-0001 | | | First Class Mail |
| Counsel to Producers Dairy Foods, Inc. | Wanger Jones Helsley | Attn: John P. Kinsey, Riley C. Walter, Ian J. Quinn | 265 E. River Park Circle, Suite 310 | | Fresno | CA | 93720 | | rwalter@wjhattorneys.com iquinn@wjhattorneys.com jkinsey@wjhattorneys.com | Email |
| Counsel to the Ad Hoc Group of 2026 Noteholders and Ad Hoc Group of Secured Noteholders | Weil, Gotshal & Manges LLP | Attn: Chase Bentley, Jeffrey D. Safferstein, Andriana Georgallas | 767 Fifth Avenue | | New York | NY | 10153-0119 | | Chase.Bentley@weil.com jeffrey.saferstein@weil.com andriana.georgallas@weil.com | Email |

In re: Number Holdings, Inc., *et al.*
Core/2002 Service List
Case No. 24-10719 (JKS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE | COUNTRY | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Callaghan Square Investmentsd, LTD. | Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Caruth, Richard M. Kaplan | 24 Greenway Plaza, Ste. 2050 | | Houston | TX | 77046 | | jcarruth@wkpz.com rkaplan@wkpz.com | Email |
| Counsel to Westchester Fire Ins. Co., Philadelphia Indemnity Ins. Co., and Western Surety Company, and Great American Insurance Company | Whiteford, Taylor & Preston LLC | Attn: Thomas J. Francella, Jr. | 600 North King Street, Suite 300 | | Wilmington | DE | 19801 | | tfrancella@whitefordlaw.com | Email |
| Counsel to RGGD, Inc., d/b/a Crystal Art Gallery | Wilcox Law Firm | Attn: Robert D. Wilcox, Esq. | 1301 RiverPlace Blvd, Suite 800 | | Jacksonville | FL | 32207 | | rw@wlflaw.com | Email |
| Trustee and Notes Collateral Agent pursuant to 2026 Notes Indenture | Wilmington Trust, National Association | Attn: Rita Marie Ritrovato | 1100 North Market Street | | Wilmington | DE | 19890-1605 | | rritrovato@wilmingtontrust.com | Email |
| Counsel to RCB Equities #1, LLC | Wolf, Rifkin, Shapiro, Schulman & Rabkin | Attn: Simon Aron, Elsa Horowitz, Daniel Medioni, Mark Rosenbaum, John Samberg, Johnny White | 11400 West Olympic Boulevard | Ninth Floor | Los Angeles | CA | 90064 | | saron@wrslawyers.com ehorowitz@wrslawyers.com dmedioni@wrslawyers.com mrosenbaum@wrslawyers.com jsamberg@wrslawyers.com jwhite@wrslawyers.com | Email |
| Counsel to RBC Equities, LLC | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | 11400 W. Olympic Boulevard | 9th Floor | Los Angeles | CA | 90064 | | saron@wrslawyers.com | Email |
| Counsel to Orange Carson, LLC | Womble Bond Dickinson LLP | Attn: Matthew P. Ward | 1313 North Market Street, Suite 1200 | | Wilmington | DE | 19801 | | matthew.ward@wbd-us.com | Email |
| Counsel to Royal Bank of Canada | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton and Carol E. Cox | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | | emorton@ycst.com bankfilings@ycst.com | Email |