**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 29, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Fee Application Service List attached hereto as **Exhibit A**:

- Sixth Monthly Fee Application of Milbank LLP, as Co-Counsel to the Debtors, for Allowance of Interim Compensation and for Interim Reimbursement of all Actual and Necessary Expenses Incurred for the Period September 1, 2024 through and Including September 30, 2024 [Docket No. 1424]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

Dated: November 4, 2024

/s/ *Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 4, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Fee Application Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Milbank LLP | Attn: Lauren Doyle, Dennis Dunne, Michael Price, Brian Kinney | ldoyle@milbank.com<br>ddunne@milbank.com<br>mprice@milbank.com<br>bkinney@milbank.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr., Matthew O. Talmo, Jonathan M. Weyand | rdehney@morrisnichols.com<br>mtalmo@morrisnichols.com<br>jweyand@morrisnichols.com |
| Office of the United States Trustee for the District of Delaware | Attn: Rosa Sierra-Fox | rosa.sierra-fox@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Steven W. Golden, Colin R. Robinson | bsandler@pszjlaw.com<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | rfeinstein@pszjlaw.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Brian Bolin | bhermann@paulweiss.com<br>bbolin@paulweiss.com |
| Proskauer Rose LLP | Attn: David M. Hillman | dhillman@proskauer.com |
| Sidley Austin LLP | Attn: Dennis M. Twomey, Jackson T. Garvey | dtwomey@sidley.com<br>jgarvey@sidley.com |
| Sidley Austin LLP | Attn: Anna Gumport | agumport@sidley.com |
| Weil, Gotshal & Manges LLP | Attn: Chase Bentley, Jeffrey D. Safferstein | Chase.Bentley@weil.com<br>jeffrey.saferstein@weil.com |

In re: Number Holdings, Inc., et al.
Case No. 24-10719 (JKS)

Page 1 of 1