## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*, [1] | ) Case No. 24-10719 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 1419 & 1420** |

<table>
<tr><td>In re:</td><td>)</td><td>Chapter 11</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>NUMBER HOLDINGS, INC., <em>et al.</em>, [1]</td><td>)</td><td>Case No. 24-10719 (JKS)</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Debtors.</td><td>)</td><td>(Jointly Administered)</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td><strong>Re: D.I. 1419 &amp; 1420</strong></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

### <u>NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 3007-1(e)(iv)(C) of the Local Rules for the United States Bankruptcy Court for the District of Delaware, on November 12, 2024, the undersigned counsel to the above-captioned debtors and debtors in possession (the "<u>Debtors</u>"), delivered to the chambers of The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, the required copies of the proofs of claim that are the subject of the *Tenth Omnibus Objection (Non-Substantive) to Amended and Superseded, Duplicative, Modified Debtor Claims, and Undocumented Claim Transfers Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (D.I. 1419) and the *Eleventh Omnibus Objection (Substantive) to No Liability Claims, Reclassified Claims, Reduced & Reclassified Claims, and Modified Amount Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (D.I. 1420), filed on October 25 2024.

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); and (vi) Bargain Wholesale LLC (8030).  The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

**PLEASE TAKE FURTHER NOTICE** that copies of the proofs of claim are available via the claims agent's website: https://cases.ra.kroll.com/99only/. If you have any questions about accessing copies of the proofs of claim, please feel free to contact Kroll Restructuring Administration LLC by email at 99onlyinfo@ra.kroll.com.

*(Remainder of page intentionally left blank)*

Dated: November 13, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*

Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email:        rdehney@morrisnichols.com
              mtalmo@morrisnichols.com
              jweyand@morrisnichols.com
              csawyer@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq.  (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mprice@milbank.com
              ldoyle@milbank.com
              bkinney@milbank.com

*Co-Counsel for Debtors in Possession*