**Fill in this information to identify the case:**

Debtor Name ___NUMBER HOLDINGS, INC., et al._____

United States Bankruptcy Court for the:_____District of Delaware
                                                                     (State)

Case number:_____24-10719 (JKS)_____

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

*12/17*

This is the *Periodic Report* as of [ 10/31/24[1] ] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Number Holdings, Inc. holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| See Exhibit B below | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

    *Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

    *Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

    *Exhibit C* describes claims between the Controlled Non-Debtor Entities and the Debtors.

    *Exhibit D* describes how federal, state, or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

    *Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

---

[1] October 31, 2024 is the period end for the most recent year to date financial statement for fiscal year 2025.

Debtor Name   NUMBER HOLDINGS, INC., et al.                                    Case number   24-10719 (JKS)

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| | | |
|---|---|---|
| **For non-individual Debtors:** | ✖ */s/ Christopher J. Wells*<br>Signature of Authorized Individual<br>Christopher J. Wells<br>Printed name of Authorized Individual<br>Date  12/02/2024<br>          MM /   DD   / YYYY | |
| **For individual Debtors:** | ✖ _____<br>Signature of Debtor 1<br>_____<br>Printed name of Debtor 1<br>Date _____<br>          MM /   DD   / YYYY | ✖ _____<br>Signature of Debtor 2<br>_____<br>Printed name of Debtor 2<br>Date _____<br>          MM /   DD   / YYYY |

Debtor Name   NUMBER HOLDINGS, INC., et al.                           Case number   24-10719 (JKS)

## General Notes

On April 7, 2024 (the "**Petition Date**")[2], the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 9, 2024, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 98]. On April 19, 2024, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Committee**") [Docket No. 203]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. Additional information about these Chapter 11 Cases, court filings, and claims information is available at the Debtors' restructuring website: https://cases.ra.kroll.com/99only/Home-Index.

1. **General Methodology:** The non-debtor subsidiaries of the Company—BW Global Logistics (HK) Ltd. and 99 Cents Only Foundation (each, a "**Non-Debtor Entity**" and collectively, the "**Non-Debtors**") are filing this Form 426 (the "**Period Report**") for the sole purpose of complying with the requirements applicable to the Non-Debtor Entity reporting as part of the Debtors' Chapter 11 Cases. The financial information contained herein is unaudited, limited in scope, and as such, has not been subject to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the United States of America ("**U.S. GAAP**"). The Form 426 should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Non-Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results, which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations and financial position in the future. There can be no assurance that such information is complete, and the Form 426 may be subject to revision. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the Form 426.

2. **Basis of Presentation:** In accordance with Bankruptcy Rule 2015.3, and except as otherwise provided herein, the financial statements and supplemental information contained herein are set forth as of February 2, 2024[3] and January 31, 2024, for BW Global Logistics (HK) Ltd. and 99 Cents Only Foundation, respectively, and October 31, 2024. The condensed financial statements contained herein are unaudited, have not been prepared in accordance with U.S. GAAP or any other recognized financial reporting framework and are not intended to reconcile to any financial statements otherwise prepared or distributed by the Debtors or Non-Debtors.

The Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements by segment, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity. Accordingly, the Debtors and Non-Debtors reserve all rights to supplement or amend any financial statements contained in this Periodic Report.

This Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for the purposes of complying with the reporting requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Non-Debtor entity shows more assets than liabilities, this is not an admission that the Non-Debtor Entity was solvent at the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report. Likewise, to the extent that a Non-Debtor Entity shows more liabilities than assets, this is not an admission that the Non-Debtor Entity was insolvent as of the Petition Date or any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report.

3. **Reporting Period:** Unless otherwise noted herein, the Form 426 generally reflects the Non-Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

4. **Accuracy:** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors or Non-Debtors should evaluate this financial information in light of the purposes for which it was prepared.

---

[2]   Certain of the Debtors' voluntary petitions were filed on the docket shortly after midnight (ET) on April 8, 2024.

[3]   February 2, 2024 is the last full year end financial statement for the 2024 fiscal year.

Debtor Name   NUMBER HOLDINGS, INC., et al.                              Case number   24-10719 (JKS)

None of the Debtors, Non-Debtors, and their advisors are liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Non-Debtors based on this financial information or any other information.

5. **Statements of Cash Flows and Changes in Shareholder's Equity:** The Debtors prepare their Statements of Cash Flows and Changes in Shareholder's Equity solely on a consolidated basis. Accordingly, Statements of Cash Flows and Changes in Shareholder's Equity for the Non-Debtors have been omitted from this Periodic Report.

6. **Reservation of Rights:** The Non-Debtors reserve all rights to amend or supplement this Form 426 in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this Form 426 shall constitute a waiver of any of the Non-Debtors' rights or an admission with respect to their associated Debtors' Chapter 11 Cases or their estates.

Debtor Name  NUMBER HOLDINGS, INC., et al.                                    Case Number  24-10719 (JKS)

### Exhibit A-1: Balance Sheet for Non-Debtor Entities

| In US $ | BW GLOBAL LOGISTICS (HK) LTD February 2, 2024 | 99 CENTS ONLY FOUNDATION January 31, 2024 | Total |
|---|---:|---:|---:|
| **ASSETS** | | | |
| Cash and cash equivalents | $ - | $ 51,939 | $ 51,939 |
| Other assets | 22,718 | - | 22,718 |
| **Total assets** | **22,718** | **51,939** | **74,657** |
| **LIABILITIES, NET ASSETS, AND EQUITY** | | | |
| Net intercompany payable | 52,479 | - | 52,479 |
| Taxes payable | 6,142 | - | 6,142 |
| Total liabilities | 58,621 | - | 58,621 |
| Without donor restrictions | - | 51,939 | 51,939 |
| Total net assets | - | 51,939 | 51,939 |
| Common stock | 1,290 | - | 1,290 |
| Retained earnings | (37,193) | - | (37,193) |
| Total Equity | (35,903) | - | (35,903) |
| **Total liabilities, Net Assets and Equity** | $ 22,718 | $ 51,939 | $ 74,657 |

| In US $ | BW GLOBAL LOGISTICS (HK) LTD October 31, 2024 | 99 CENTS ONLY FOUNDATION October 31, 2024 | Total |
|---|---:|---:|---:|
| **ASSETS** | | | |
| Cash and cash equivalents | $ - | $ - | $ - |
| Other assets | - | - | - |
| **Total assets** | **-** | **-** | **-** |
| **LIABILITIES, NET ASSETS, AND EQUITY** | | | |
| Net intercompany payable | 159,441 | - | 159,441 |
| Taxes payable | 6,142 | - | 6,142 |
| Total liabilities | 165,583 | - | 165,583 |
| Without donor restrictions | - | - | - |
| Total net assets | - | - | - |
| Common stock | 1,290 | - | 1,290 |
| Retained earnings | (166,873) | - | (166,873) |
| Total Equity | (165,583) | - | (165,583) |
| **Total liabilities, Net Assets and Equity** | $ - | $ - | $ - |

Debtor Name  NUMBER HOLDINGS, INC., et al.                              Case Number  24-10719 (JKS)

**Exhibit A-2: Statement of Income (*Loss*) for Non-Debtor Entities**

| In US $ | BW GLOBAL LOGISTICS (HK) LTD For The Year Ended February 2, 2024 | 99 CENTS ONLY FOUNDATION For the Year Ended January 31, 2024 | Total |
|---|---:|---:|---:|
| **REVENUES** | | | |
| Service Fee Revenue (intercomapny) | $ 283,058 | $ - | $ 283,058 |
| Contributions | - | - | - |
| Total Revenue | 283,058 | - | 283,058 |
| **EXPENSES** | | | |
| Payroll Expense | 150,094 | - | 150,094 |
| Rent & Utilities | 84,416 | - | 84,416 |
| Professional Services | 26,210 | - | 26,210 |
| Supporting Services | - | 2,069 | 2,069 |
| Other | 8,859 | - | 8,859 |
| Total Expenses | 269,579 | 2,069 | 271,648 |
| **Net Income / Change in Net Assets** | **13,479** | **(2,069)** | **11,410** |
| **NET ASSETS AT BEGINNING OF YEAR** | (49,382) | 54,008 | 4,626 |
| **NET ASSETS AT END OF YEAR** | $ (35,903) | $ 51,939 | $ 16,036 |

| In US $ | BW GLOBAL LOGISTICS (HK) LTD For The Nine Periods Ended October 31, 2024 | 99 CENTS ONLY FOUNDATION For The Nine Periods Ended October 31, 2024 | Total |
|---|---:|---:|---:|
| **REVENUES** | | | |
| Service Fee Revenue (intercomapny) | $ - | $ - | $ - |
| Contributions | - | - | - |
| Total Revenue | - | - | - |
| **EXPENSES** | | | |
| Payroll Expense | 64,668 | - | 64,668 |
| Rent & Utilities | 36,828 | - | 36,828 |
| Professional Services | 24,667 | - | 24,667 |
| Supporting Services | - | 1,666 | 1,666 |
| Other | 3,516 | 50,273 | 53,789 |
| Total Expenses | 129,679 | 51,939 | 181,618 |
| **Net Income / Change in Net Assets** | **(129,679)** | **(51,939)** | **(181,618)** |
| **NET ASSETS AT BEGINNING OF YEAR** | (35,903) | 51,939 | 16,036 |
| **NET ASSETS AT END OF YEAR** | $ (165,582) | $ - | $ (165,582) |

Debtor Name  NUMBER HOLDINGS, INC., et al.                                      Case Number  24-10719 (JKS)

**Exhibit A-3: Statement of Cash Flows for Non-Debtor Entities**

| In US $ | BW GLOBAL LOGISTICS (HK) LTD For The Year Ended February 2, 2024 | 99 CENTS ONLY FOUNDATION For The Year Ended January 31, 2024 | Total |
|---|---:|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Net Income (loss) / Increase (decrease) in net assets | $ 13,479 | $ (2,069) | $ 11,410 |
| Adjustment to reconcile net income ((loss) to net cash used in operating activities: | | | |
| Changes in assets and Liabilities associated with operating activities: | | | |
| Deposits and other assets | (6) | - | (6) |
| Intercompany payable | (29,806) | - | (29,806) |
| Due to Number Holdings, Inc. | - | - | - |
| Taxes payable | - | - | - |
| Net cash provided by (used in) operating activities | (16,333) | (2,069) | (18,402) |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | (16,333) | (2,069) | (18,402) |
| **BEGINNING CASH AND CASH EQUIVALENTS** | 16,333 | 54,008 | 70,341 |
| **ENDING CASH AND CASH EQUIVALENTS** | $ - | $ 51,939 | $ 51,939 |

| In US $ | BW GLOBAL LOGISTICS (HK) LTD For The Nine Periods Ended October 31, 2024 | 99 CENTS ONLY FOUNDATION For The Nine Periods Ended October 31, 2024 | Total |
|---|---:|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Net Income (loss) / Increase (decrease) in net assets | $ (129,679) | $ (51,939) | $ (181,618) |
| Adjustment to reconcile net income ((loss) to net cash used in operating activities: | | | |
| Changes in assets and Liabilities assoicated with operating activities: | | | |
| Deposits and other assets | 22,718 | - | 22,718 |
| Intercompany payable | 106,962 | - | 106,962 |
| Due to Number Holdings, Inc. | - | - | - |
| Taxes payable | - | - | - |
| Net cash provided by (used in) operating activities | - | (51,939) | (51,939) |
| **NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS** | - | (51,939) | (51,939) |
| **BEGINNING CASH AND CASH EQUIVALENTS** | - | 51,939 | 51,939 |
| **ENDING CASH AND CASH EQUIVALENTS** | $ - | $ - | $ - |

Debtor Name   NUMBER HOLDINGS, INC., et al.                                    Case number  24-10719 (JKS)

### Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Non-Debtor Entities

Statements of changes in shareholders' equity are not prepared for each Controlled Non-Debtor Entity but rather only at the consolidated level. System and resource constraints preclude the Debtors from preparing these statements at the Controlled Non-Debtor Entity level; therefore, these statements have been excluded from this filing.

Debtor Name   NUMBER HOLDINGS, INC., et al.                              Case number  24-10719 (JKS)

## Exhibit B: Description of Operations for Non-Debtor Entities

| No. | Name of Controlled Non-Debtor Entity and Last Four of Federal Tax Identification | Interest of the Debtor (%) [1] | Description |
|---|---|---|---|
| 1 | 99 Cents Only Foundation (0910) | 100% | Charitable Foundation to amplify impact in the communities 99 Cents served |
| 2 | BW Global Logistics ( HK ) Ltd. (N/A) | 100% | Employed two individuals located in Hong Kong in support of the import function of the Company's business. |

[1] 99 Cents Only Foundation is owned by Number Holdings, Inc. case number 24-10719. BW Global Logistics (HK) Ltd. is owned by Bargain Wholesale LLC. case number 24-10724.

Debtor Name   NUMBER HOLDINGS, INC., et al.                                          Case number  24-10719 (JKS)

### Exhibit C: Description of Intercompany Claims

Prior to the Petition Date, the Debtors and certain Non-Debtor Entities engaged in intercompany transactions (the "**Intercompany Transactions**") in the ordinary course of business, which resulted in intercompany receivables and payables among the Debtors and among the Debtors and the Non-Debtor Entities (the "**Intercompany Claims**"). The Debtors maintain strict records of the Intercompany Claims and can generally ascertain, trace, and account for Intercompany Transactions.

Receivables and payables between the Non-Debtor Entities and the Debtors have not been eliminated from the financial statements provided in this Periodic Report. No conclusion as to the legal obligation related to these Intercompany Transactions is made by this Periodic Report.

For the avoidance of doubt, the Debtors and Non-Debtors reserve all rights, claims, and defenses in connection with any and all receivables and payables, including, but not limited to, all rights to reclassify any payment or obligation as attributable to another entity, all rights with respect to the proper accounting and treatment of such payments and liabilities and all rights with respect to the characterization of Intercompany Claims, loans, and notes.

A complete list of open intercompany balances is not provided herein. Some of this information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/99only/Home-Index.

Debtor Name   NUMBER HOLDINGS, INC., et al.                              Case number   24-10719 (JKS)

**Exhibit D: Allocation of Tax Liabilities and Assets**

It is the Debtors' understanding that there are currently no tax sharing or tax allocation agreements to which any Controlled Non-Debtor entity is a party.

Debtor Name   NUMBER HOLDINGS, INC., et al.                          Case number   24-10719 (JKS)

| | **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |
|---|---|

It is the Debtors' understanding that no payments have been made, and no obligations have been incurred, by Controlled Non-Debtor Entities included in this report that could be asserted against any Debtor Entities.