**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-10719 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 1503 & 1504** |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that, pursuant to Rule 3007-1(e)(iv)(C) of the Local Rules for the United States Bankruptcy Court for the District of Delaware, on November 12, 2024, the undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors"), delivered to the chambers of The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, the required copies of the proofs of claim that are the subject of the *Twelfth Omnibus Objection (Non-Substantive) to Amended and Superseded and Late Filed Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (D.I. 1503) and the *Thirteenth Omnibus Objection (Substantive) to No Liability Claims, Reclassified Claims and Reduced & Reclassified Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (D.I. 1504), filed on November 20, 2024.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); and (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

**PLEASE TAKE FURTHER NOTICE** that copies of the proofs of claim are available via the claims agent's website: https://cases.ra.kroll.com/99only/. If you have any questions about accessing copies of the proofs of claim, please feel free to contact Kroll Restructuring Administration LLC by email at 99onlyinfo@ra.kroll.com.

*(Remainder of page intentionally left blank)*

| | |
|---|---|
| Dated: December 6, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>/s/ Jonathan M. Weyand<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:    (302) 658-9200<br>Facsimile:    (302) 658-3989<br>Email:    rdehney@morrisnichols.com<br>        mtalmo@morrisnichols.com<br>        jweyand@morrisnichols.com<br>        csawyer@morrisnichols.com<br><br>- and -<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>Brian Kinney, Esq. (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:    (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:    ddunne@milbank.com<br>        mprice@milbank.com<br>        ldoyle@milbank.com<br>        bkinney@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |

3