**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NUMBER HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10719 (JKS)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 16, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Stoykovich, Chelsea, (ADRID: 28913330), C/O: Abramson Labor Group, 1700 W Burbank Blvd, Burbank, CA 91506-1313:

- Notice of Hearing Regarding the Debtors' Motion for Entry of an Order (I) in Aid of Sale Order; (II) Approving the Alternative Purchase Agreements; and (III) Granting Related Relief [Docket No. 1043-1] (the "***Notice of Rosewood Sale for Creditor Matrix***")

On October 23, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Rosewood Sale for Creditor Matrix to be served via First Class Mail on Kristina Englehart, (ADRID: 28746945), at an address that is being redacted in the interest of privacy:

On November 5, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Rosewood Sale for Creditor Matrix to be served via First Class Mail on Emily Fowlkes, (ADRID: 28741202), at an address that is being redacted in the interest of privacy:

On November 11, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Ramirez, Jose Raya, (ADRID: 28964330), at an address that is being redacted in the interest of privacy:

- Sixth Omnibus Objection (Non-Substantive) to Amended and Superseded, Duplicative, and Modified Debtor Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1315]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

On November 11, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on SharpLine, (ADRID: 28874441), Attn: Barbara Armendariz, President, 355 S Grand Ave, Los Angeles, CA, 90071:

- Eighth Omnibus Objection (Substantive) to Reclassified Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1317]

Dated: December 3, 2024

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 3, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

SRF 82966, 83190, 83498 & 83643