IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NUMBER HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 24-10719 (JKS), *et seq.*<br>(Jointly Administered)<br><br>**Re: Docket No. 1380** |

## NOTICE OF WITHDRAWAL OF BALDWIN BROWN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Baldwin Brown ("Movant"), by Movant's undersigned counsel, hereby withdraws the Motion for Relief from the Automatic Stay (Docket No. 1380) without prejudice.

Dated: December 12, 2024
       Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

-and-

Jesse J. Lotspeich, Esquire
Barnett Howard & Williams PLLC
930 W 1st Street, Suite 202
Fort Worth, TX 76102
(817) 993-9249 telephone
eservice@bhwlawfirm.com

*Attorneys for Movant, Baldwin Brown*