# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Melissa Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 4, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Notice Parties Service List attached hereto as **Exhibit A**:

- Seventh Staffing and Compensation Report of Alvarez & Marsal North America, LLC for the Period of October 1, 2024 to October 31, 2024 [Docket No. 1547]

Dated: December 9, 2024

*/s/ Melissa Diaz*
Melissa Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 9, 2024, by Melissa Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

SRF 84233

**Exhibit A**

## Exhibit A
Notice Parties Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Robert J. Feinstein, Steven W. Golden, and Colin R. Robinson | bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com |
| Proskauer Rose LLP | Attn: David M. Hillman | dhillman@proskauer.com |
| The U.S. Trustee | Attn: Rosa Sierra-Fox | rosa.sierra-fox@usdoj.gov |
| Weil, Gotshal & Manges LLP | Attn: Jeffrey D. Saferstein, Andriana Georgallas, & Chase Bentley | jeffrey.saferstein@weil.com<br>andriana.georgallas@weil.com<br>chase.bentley@weil.com |