**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) ) | Case No. 24-10719 (JKS) |
|  | ) ) | **Re: D.I. 1504** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO NO LIABILITY CLAIMS, RECLASSIFIED CLAIMS, AND REDUCED & RECLASSIFIED CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

The undersigned counsel to the debtors and debtors in possession (the "Debtors") hereby certify that, as of the date hereof, Milbank LLP ("Milbank") and Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") have received no answer, objection, or other responsive pleading to the *Thirteenth Omnibus Objection (Substantive) to No Liability Claims, Reclassified Claims, and Reduced & Reclassified Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1* (D.I. 1504) (the "Objection"), filed on November 20, 2024.

The undersigned further certifies that no answer, objection or other responsive pleading to the Objection appears on the Court's docket in these cases. Pursuant to the Notice, objections were to be filed and served no later than December 11, 2024, at 4:00 p.m. (ET) (the "Objection Deadline").

WHEREFORE, the Debtors respectfully request that the Court enter the proposed form of order attached to the Objection at its earliest convenience.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); and (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

| | |
|---|---|
| Dated: December 18, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:   (302) 658-9200<br>Facsimile:    (302) 658-3989<br>Email:          rdehney@morrisnichols.com<br>                      mtalmo@morrisnichols.com<br>                      jweyand@morrisnichols.com<br>                      csawyer@morrisnichols.com<br><br>- and -<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>Brian Kinney, Esq. (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:          ddunne@milbank.com<br>                      mprice@milbank.com<br>                      ldoyle@milbank.com<br>                      bkinney@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |