# United States Bankruptcy Court

## For the District of Delaware

In re Number Holdings, Inc. , Case No. 24-10719

### PARTIAL
### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CRG Financial LLC | B2 Fashions Inc |
| | 13025 Rue Jean Grou , , Montreal , |
| Name of Transferee | NAME and ADDRESS of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim# (if known):   1717 |
| | Amount of Claim: |
| CRG Financial LLC | Scheduled:          $43,281.36- 99 Cent Only Stores LLC (transferring entire amount) |
| | Proofs of Claim:     $365,232.00- 99 Cent Only Stores LLC (strictly transferring $148,320.00 |
| 84 Herbert Ave. Building B - Suite 202 | 503(b)(9) administrative priority portion) |
| Closter, NJ 07624 | Date Claim Filed:    07/08/2024 |
| | |
| Phone:  (201) 266-6988 | Phone: |
| Last Four Digits of Acct#:_____ | Last Four Digits of Acct#:_____ |

Name and Address where Transferee payments
should be sent (if different from above);
SAME AS ABOVE

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lauren Lamendola   Date: 12/18/2024

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

## For the District of Delaware

<u>In re Number Holdings, Inc. , Case No. 24-10719</u>

## PARTIAL
# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>1717</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/18/2024.

<u>CRG Financial LLC</u>
Name of Alleged Transferee

<u>B2 Fashions Inc</u>
Name of Transferor

.
<u>84 Herbert Ave. Building B - Suite 202, Closter, NJ 07624</u>
Address of Alleged Transferee

.
<u>13025 Rue Jean Grou , , Montreal ,</u>
Address of Transferor

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

B2 Fashions Inc ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 84 Herbert Ave. Building B - Suite 202, Closter, NJ 07624, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Assignment between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under that portion of Seller's Claim (as defined in the Agreement), including any amounts owed as a cure with respect to a contract assumption, against Number Holdings, Inc. or any of its co-debtor subsidiaries or affiliates (the "Debtor"), representing all administrative expense claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, jointly administered as Case No. 24-10719.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 05/03/2024.
By:  /s/ Fred Paduano
_____

    Signature

_____
   Fred Paduano
   Print Name/Title
   B2 Fashions Inc

IN WITNESS WHEREOF, Purchaser has signed below as of Tuesday, December 17, 2024.

By: /s/ Robert Axenrod
CRG Financial LLC