## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 26, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Fee Application Service List attached hereto as **Exhibit A**:

- Eighth Staffing and Compensation Report of Alvarez & Marsal North America, LLC for the Period of November 1, 2024 to November 30, 2024 [Docket No. 1622]

Dated: December 31, 2024

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 31, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

SRF 84830

**Exhibit A**

## Exhibit A

Fee Application Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Milbank LLP | Attn: Lauren Doyle, Dennis Dunne, Michael Price, Brian Kinney | ldoyle@milbank.com; ddunne@milbank.com; mprice@milbank.com; bkinney@milbank.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr., Matthew O. Talmo, Jonathan M. Weyand | rdehney@morrisnichols.com; mtalmo@morrisnichols.com; jweyand@morrisnichols.com |
| Office of the United States Trustee for the District of Delaware | Attn: Rosa Sierra-Fox | rosa.sierra-fox@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Steven W. Golden, Colin R. Robinson | bsandler@pszjlaw.com; sgolden@pszjlaw.com; crobinson@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | rfeinstein@pszjlaw.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Brian Bolin | bhermann@paulweiss.com; bbolin@paulweiss.com |
| Proskauer Rose LLP | Attn: David M. Hillman | dhillman@proskauer.com |
| Sidley Austin LLP | Attn: Dennis M. Twomey, Jackson T. Garvey | dtwomey@sidley.com; jgarvey@sidley.com |
| Sidley Austin LLP | Attn: Anna Gumport | agumport@sidley.com |
| Weil, Gotshal & Manges LLP | Attn: Chase Bentley, Jeffrey D. Safferstein | Chase.Bentley@weil.com; jeffrey.saferstein@weil.com |