**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| Number Holdings, Inc. *et al*[1], | ) | Case No. 24-10719 (JKS) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | **Re: D.I. ______** |
| | ) | |

**ORDER GRANTING MOTION OF SHAHNAZ FOROUTANZAD LEVYIM (I) FOR RELIEF FROM THE AUTOMATIC STAY AND (II) TO PERMIT FILING OF A PROOF OF CLAIM AFTER THE BAR DATE**

Upon consideration of the above-referenced (the "Motion"); it being determined that the Motion is subject to the jurisdiction of this court under 28 U.S.C. § 1334 and is a 'core' proceeding within the meaning of 28 U.S.C. § 157; and having found that notice of the Motion was adequate and no other or further notice is required; and having found that 'cause' exists for granting Shahnaz Foroutanzad Levyim ("Movant") relief from the automatic stay; and after a hearing; it is now hereby ORDERED that:

1. The Motion is GRANTED.

2. Movant is granted relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(d) for cause shown and is permitted to continue any settlement discussions culminating in a settlement and/or to continue, commence and/or prosecute a cause of action, including, without limitation, the State Court Action[2] as defined in the Motion, to recover on her claims in any court of appropriate jurisdiction, including any subsequent appeals.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. Nothing herein shall limit Movant's ability to recover against any non-Debtor.

4. Movant may file a proof of claim with the claims agent appointed in these cases within 14 days of the entry of this Order on the docket, and such claim shall be deemed timely filed.

Motion for Relief from the Automatic Stay and to File Claim (Levyim) 2