# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) ) ) ) | Case No. 24-10719 (JKS) |
|  |  | **Re: D.I. 1621** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A) AND 502(C) OF THE BANKRUPTCY CODE ESTIMATING CLAIM NO. 1904 FILED AGAINST DEBTOR 99 CENTS ONLY STORES LLC AT $0.00 IN AMOUNT SOLELY FOR PURPOSES OF PLAN VOTING AND CONFIRMATION**

The undersigned counsel to the debtors and debtors in possession (the "Debtors") hereby certify that, as of the date hereof, Milbank LLP ("Milbank") and Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") have received no answer, objection, or other responsive pleading to the *Debtors' Motion for Entry of an Order Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code Estimating Claim No. 1904 Filed Against Debtor 99 Cents Only Stores LLC at $0.00 in Amount Soley for Purposes of Plan Voting and Confirmation* (D.I. 1621) (the "Motion"), filed on December 24, 2024.

The undersigned further certifies that no answer, objection or other responsive pleading to the Motion appears on the Court's docket in these cases. Pursuant to the Notice, objections were to be filed and served no later than January 10, 2025, at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); and (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed form of order attached to the Motion at its earliest convenience.

Dated: January 16, 2025  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:     (302) 658-3989
Email:           rdehney@morrisnichols.com
                    mtalmo@morrisnichols.com
                    jweyand@morrisnichols.com
                    csawyer@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:     (212) 530-5219
Email:           ddunne@milbank.com
                    mprice@milbank.com
                    ldoyle@milbank.com
                    bkinney@milbank.com

*Co-Counsel for Debtors in Possession*