# CERTIFICATE OF SERVICE

      I, Garvan McDaniel, hereby certify that on this the 16th day of January, 2025, a true a correct copy of the foregoing SAFETY NATIONAL CASUALTY CORPORATION'S OBJECTION AND RESERVATION OF RIGHTS TO THE JOINT CHAPTER 11 PLAN OF NUMBER HOLDINGS, INC., AND ITS DEBTOR AFFILIATES was served upon all parties noticed pursuant to the Court's ECF filing system as well as the below parties via electronic mail:

Dennis F. Dunne
Brian Kinney
Lauren C. Doyle
Michael W. Price
James A. McIntyre
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
ddunne@milbank.com
bkinney@milbank.com
ldoyle@milbank.com
mprice@milbank.com
JMcIntyre@milbank.com

Samir L. Vora
**Milbank LLP**
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
svora@milbank.com

Maxim B. Litvak
**Pachulski Stang Ziehl & Jones LLP**
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104-4436
mlitvak@pszjlaw.com

Robert J. Dehney, Sr.
Casey Sawyer
Matthew O. Talmo
Jonathan M. Weyand
Erin L. Williamson
**Morris, Nichols, Arsht & Tunnell LLP**
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@morrisnichols.com
csawyer@morrisnichols.com

Andrew M. Leblanc
Brett Philip Lowe
**Milbank LLP**
1850 K Street, NW, Suite 1100
Washington, DC 20006
aleblanc@milbank.com
Blowe@milbank.com

Jason Adams
Robert L. LeHane
Jennifer D. Raviele
**Kelley Drye & Warren LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
jraviele@kelleydrye.com
rlehane@kelleydrye.com
jadams@kelleydrye.com

Robert J. Feinstein
Steven W Golden
**Pachulski Stang Ziehl & Jones LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
sgolden@pszjlaw.com
rfeinstein@pszjlaw.com

Colin R. Robinson
Bradford J. Sandler
**Pachulski Stang Ziehl & Jones LLP**
919 N. Market Street, 17th Floor
Wilmington, DE 19801
bsandler@pszjlaw.com
crobinson@pszjlaw.com

Rosa Sierra-Fox
**Office of the United States Trustee**
U. S. Department of Justice

mtalmo@mnat.com
jweyand@morrisnichols.com
ewilliamson@morrisnichols.com

844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
rosa.sierra@usdoj.gov

*/s/Garvan McDaniel*
Garvan F. McDaniel (#4167)