**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| | **Re: D.I. 1642** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION**
**FOR ENTRY OF AN ORDER PURSUANT TO FED. R. BANKR. P. 9019**
**APPROVING SETTLEMENT AMONG DEBTOR 99 CENTS ONLY STORES**
**TEXAS, LLC, AFFILIATED FM INSURANCE COMPANY, YACOEL 2021**
**PARTNERS LP, AND KATY MISSION, LLC**

The undersigned counsel to the debtors and debtors in possession (the "Debtors")
hereby certify that, as of the date hereof, Milbank LLP ("Milbank") and Morris, Nichols, Arsht &
Tunnell LLP ("Morris Nichols") have received no answer, objection, or other responsive pleading
to the *Debtors' Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 9019 Approving
Settlement Among Debtor 99 Cents Only Stores Texas, LLC, Affiliated FM Insurance Company,
Yacoel 2021 Partners LP, and Katy Mission, LLC* (D.I. 1642) (the "Motion"), filed on January 3,
2025.

The undersigned further certifies that no answer, objection or other responsive
pleading to the Motion appears on the Court's docket in these cases. Pursuant to the Notice,
objections were to be filed and served no later than January 17, 2025, at 4:00 p.m. (ET) (the
"Objection Deadline").

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents
Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); and
(vi) Bargain Wholesale LLC (8030).  The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207,
Scottsdale, AZ 85258.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed form of order attached to the Motion at its earliest convenience.

Dated: January 22, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email:        rdehney@morrisnichols.com
              mtalmo@morrisnichols.com
              jweyand@morrisnichols.com
              csawyer@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mprice@milbank.com
              ldoyle@milbank.com
              bkinney@milbank.com

*Co-Counsel for Debtors in Possession*