IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*, | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 1658 |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER DEEMING SOLEDAD PAVANA-CAMARGO'S PROOF OF CLAIM TIMELY-FILED**

Upon the *Motion for Entry of an Order Deeming Soledad Pavana-Camargo's Proof of Claim Timely-Filed* ("Motion"); and sufficient notice of the Motion having been provided; and no party having objected to the Motion; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Soledad Pavana-Camargo's filed proof of claim ("Proof of Claim") is hereby deemed timely filed.

3. All parties' rights to object to the Claim on grounds other than timeliness, if any, are specifically reserved and preserved.

**Dated: January 22nd, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

152401035