UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                         Chapter **11**

Case No. **24**-**10719** (**JKS**)

Debtor: **Number Holdings, Inc. et al.**

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **William W. Cheney III** to represent **Windstream Services, LLC** in this action.

s/ William W. Cheney

Firm Name: Freeman Mathis & Gary, LLP
Address: 3 Executive Campus, Suite 350
Cherry Hill, NJ 08002
Phone: (856) 406-1268
Email: wcheney@fmglaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **New Jersey** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

s/ William W. Cheney

Firm Name: Freeman Mathis & Gary, LLP
Address: 3 Executive Campus, Suite 350
Cherry Hill, NJ 08002
Phone: (856) 406-1268
Email: wcheney@fmglaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.