## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) | Case No. 24-10719 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 1318 & 1717** |
|  | ) |  |
|  | ) |  |

### ORDER SUSTAINING NINTH OMNIBUS OBJECTION (SUBSTANTIVE) TO REDUCED & RECLASSIFIED CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1 AS TO THE CLAIMS OF INDIAN RIVER PLAZA, LLC

Upon the objection (the "Objection")[2] of the Debtors, pursuant to 11 U.S.C. § 502, Bankruptcy Rule 3007, and Local Rule 3007-1, seeking to disallow and expunge, or otherwise modify, the claims identified in **Exhibit 1** attached hereto; and upon the Behnke Declaration; and due and sufficient notice of the Objection having been given under the circumstances; and it appearing that no other or further notice need be provided under the circumstances; and it appearing that the relief requested by this Objection is in the best interests of the creditors and other parties in interest in these cases; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); and (vi) Bargain Wholesale LLC (8030).  The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

IT IS HEREBY ORDERED THAT:

1.     The Objection is SUSTAINED as set forth herein.

2.     The Reduced & Reclassified Claims of Indian River Plaza, LLC ("Indian River") identified in **Exhibit 1** are hereby reduced and reclassified as indicated in the column labeled "Modified" therein.

3.     Kroll is authorized and directed to modify the claims listed in **Exhibit 1** as reflected therein on the official claims register pursuant to this Order and to make other changes to the official claims register as necessary to reflect the terms of this Order.

4.     Nothing contained in the Objection or this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors or their estates, (ii) waiver of rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of rights under the Bankruptcy Code or any applicable non-bankruptcy law, (iv) an agreement or obligation to pay any claims, or (v) a waiver of any claims or causes of action which may exist against any creditor or interest holder.

5.     Indian River's administrative priority and general unsecured claims are hereby deemed allowed in the amounts reflected in **Exhibit 1**.  Indian River shall assert no other claims against the Debtors or their estates.

6.     The Debtors' rights to amend, modify, or supplement the Objection, to file additional objections to the claims listed in the Objection or any other claims (filed or not) which have been or may be asserted against the Debtors or their estates, and to seek further reduction of any claim, are preserved.  Additionally, should the grounds of an objection stated in the Objection be dismissed, the Debtors' right to object on other stated grounds or any other grounds that the Debtors discover during the pendency of these cases are preserved.

7.     The Debtors, Kroll, and the Clerk of this Court are authorized to take all actions necessary and appropriate to give effect to this Order.

8.     The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Number Holdings, Inc. - Case No. 24-10719 (JKS)
Ninth Omnibus Substantive Claims Objection
Ex. 1 - Modified Claims

| NAME | CLAIM # | DEBTOR | ASSERTED | | MODIFIED | | |
|---|---|---|---|---|---|---|---|
| | | | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | Indian River Plaza, LLC Rashti and Mitchell, Attorneys at Law c/o Timothy Mitchell 4422 Ridgeside Drive Dallas, TX 75244 | 1545 | 99 Cents Only Stores LLC | Admin | $40,749.04 | 99 Cents Only Stores LLC | Admin | $4,500.00 |
| | | | 99 Cents Only Stores LLC | Unsecured | $416,774.73 | 99 Cents Only Stores LLC | Unsecured | $411,778.49 |
| | | | | Subtotal | $457,523.77 | | Subtotal | $416,278.49 |
| Reason: Modification reflects resolution with the claimant. | | | | | | | | |
| | | TOTAL | | $457,523.77 TOTAL | | | $416,278.49 |

Dated: January 24th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE