IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 949 & 1718** |

ORDER GRANTING MOTION OF
GLOBAL PACKAGING SUPPLY, INC. D/B/A GLOBAL SUPPLY COMPANY
SUPPLY FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM
PURSUANT TO SECTION 11 U.S.C. § 503(B) OF THE BANKRUPTCY CODE

Upon consideration of the *Motion of Global Packaging Supply, Inc. d/b/a Global Supply Company Supply for Allowance of Administrative Expense Claim Pursuant to Section 11 U.S.C. § 503(B) of the Bankruptcy Code* (the "Motion")[2] for entry of an order granting an allowed administrative expense claim pursuant to section 503(b)(1)(A) of the Bankruptcy Code; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* of the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter an order consistent with Article III of the United States Constitution; and this Court having found that the notice of the Motion and of the opportunity to be heard were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases set

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. Global Packaging Supply, Inc. d/b/a Global Supply Company ("Global Supply") is granted (i) an allowed administrative expense claim under section 503(3)(b)(9) of the Bankruptcy Code in the amount of $328,914.00 (the "Allowed Administrative Expense Claim") and (ii) an allowed general unsecured claim in the amount of $2,263,017.75 (the "Allowed General Unsecured Claim").

2. All claims provided herein are against Debtor 99 Cents Only Stores LLC.

3. This Order resolves all of Global Supply's potential claims against the Debtors, including proof of claim no. 273, and all claims set forth in the Motion and any proofs of claim filed by Global Supply.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 24th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE