IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NUMBER HOLDINGS, INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 24-10719 (JKS)<br><br>(Jointly Administered)<br>**Re: D.I. 1350** |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
ASK LLP AS SPECIAL COUNSEL TO ANALYZE AND PURSUE
AVOIDANCE ACTIONS EFFECTIVE AS OF AUGUST 8, 2024**

Upon consideration of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") seeking authorization to employ and retain ASK LLP ("ASK" or the "Firm") as counsel to the Committee, effective as of August 8, 2024; and upon the Udem Declaration and the Johns Declaration, which were submitted concurrently with the Application; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Committee's notice of the Application and opportunity

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 1730 Flight Way, Suite 100, Tustin, CA 92782.

[2] A capitalized terms used but not defined herein shall have the meaning ascribed to it in the Application.

for a hearing on the Application were appropriate and no other notice need be provided; and the Court having reviewed the Application; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Committee is hereby authorized to employ and retain ASK as counsel to the Committee pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 201401, effective as of August 8, 2024.

3. ASK shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.

4. After completion of the Analysis Phase, ASK's fee structure will change hourly to contingency. Prior to beginning the Pre-Suite Phase, ASK will supplement this Application to seek the Court's approval for the contingency fee structure upon notice and a hearing in accordance with Del. Bankr. L.R. 2014-1(b).

5. The Committee and ASK are authorized to take all actions necessary to implement the relief granted in this Order.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 24th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE