**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 1665** |
| | ) |
| | ) |

**CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY
FEE APPLICATION OF MILBANK LLP, AS CO-COUNSEL TO THE
DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR
INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY
EXPENSES INCURRED FOR THE PERIOD
OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

The undersigned hereby certifies that, as of the date hereof, Milbank LLP and

Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") have received no answer, objection or

other responsive pleading to the *Seventh Monthly Fee Application of Milbank LLP, as Co-Counsel

to the Debtors, for Allowance of Interim Compensation and for Interim Reimbursement of All

Actual and Necessary Expenses Incurred for the Period October 1, 2024 Through and Including

October 31, 2024* (the "Application") (D.I. 1665), filed on January 13, 2025.

The undersigned further certifies that Morris Nichols has caused the review of the

Court's docket in these cases and that no answer, objection or other responsive pleading to the

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030).  The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed and served no later than January 27, 2025, at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (D.I. 355) entered on May 3, 2024, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $477,905.50 | $6,712.35 | $382,324.40 | $389,036.75 |

[*Remainder of the page intentionally left blank*]

WHEREFORE, Morris Nichols respectfully requests that the Application be approved.

Dated: January 28, 2025      **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Wilmington, Delaware

*/s/ Luke Brzozowski*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
Luke Brzozowski (No. 7377)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:    (302) 658-9200
Facsimile:    (302) 658-3989
Email:        rdehney@morrisnichols.com
              mtalmo@morrisnichols.com
              jweyand@morrisnichols.com
              csawyer@morrisnichols.com
              lbrzozowski@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
Email:        ddunne@milbank.com
              mprice@milbank.com
              ldoyle@milbank.com
              bkinney@milbank.com

*Co-Counsel for Debtors in Possession*