## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NUMBER HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-10719 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 354** |

### NOTICE OF DEBTORS' THIRD STATEMENT
### OF FEES AND EXPENSES INCURRED BY ORDINARY COURSE
### PROFESSIONALS FROM OCTOBER 1, 2024, THROUGH DECEMBER 31, 2024

**PLEASE TAKE NOTICE** that on May 3, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date* (D.I. 354) (the "OCP Order")[2] authorizing the Debtors to retain and compensate certain professionals utilized in the ordinary course of the Debtors' business (each, an "OCP") pursuant to the procedures described therein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the OCP Order, the Debtors hereby file the statement (the "Third OCP Fee and Expense Statement"), attached hereto as **Exhibit A**, that includes, with respect to each OCP, for the period from October 1, 2024, through December 31, 2024 (the "Statement Period"): (i) the name of the OCP; (ii) the aggregate amounts paid and monthly amounts paid to that OCP as compensation for services rendered and reimbursement of expenses incurred during the Statement Period and each monthly amount paid; and (iii) a general description of the services rendered by that OCP.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); and (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Order.

| | |
|---|---|
| Dated: January 28, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Luke Brzozowski*_____<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>Luke Brzozowski (No. 7377)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:   (302) 658-9200<br>Facsimile:    (302) 658-3989<br>Email:         rdehney@morrisnichols.com<br>                   mtalmo@morrisnichols.com<br>                   jweyand@morrisnichols.com<br>                   csawyer@morrisnichols.com<br>                   lbrzozowski@morrisnichols.com<br><br>- and -<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq.  (admitted *pro hac vice*)<br>Brian Kinney, Esq.  (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:         ddunne@milbank.com<br>                   mprice@milbank.com<br>                   ldoyle@milbank.com<br>                   bkinney@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |