<u>**Exhibit A**</u>
**Third OCP Fee and Expense Statement**
*($ in actuals)*

| Ordinary Course Professional | Services Rendered | October 2024 | November 2024 | December 2024 | Total |
|---|---|---|---|---|---|
| BDO USA | Tax Consultants – Audits | $ -- | $ -- | $31,500.00 | $31,500.00 |
| Colman Perkins Law Group | Legal Services – General Liability Litigation | $30,051.33 | $ -- | $2,780.32 | $32,831.65 |
| Dolan & Associates | Legal Services – General Liability Litigation | $3,800.91 | $12,776.63 | $7,966.37 | $24,543.91 |
| Fanning Harper Martinson Brandt & Kutchin P.C. | Legal Services – General Liability Litigation | $ -- | $ -- | $1,641.00 | $1,641.00 |
| Griffin & Griffin | Legal Services – General Liability Litigation | $1,986.00 | $ -- | $ -- | $1,986.00 |
| Haynes and Boone LLP | Legal Services – Employment / OSHA | $12,152.50 | $ -- | $ -- | $12,152.50 |
| Holthouse Carlin & Van Tright LLP | Audit Services | $5,230.00 | $ -- | $5,580.00 | $10,810.00 |
| Hoppe Law Group | Legal Services – General Liability Litigation | $4,796.36 | $ -- | $2,844.50 | $7,640.86 |
| Martin Frost & Hill, P.C. | Legal Services – Regulatory / Liquor Licenses | $ -- | $ -- | $ -- | $ -- |

| Michael S. Simon, Attorney at Law | Legal Services – Regulatory / Weights & Measures | $1,887.00 | $255.00 | $1,020.00 | $3,162.00 |
|---|---|---|---|---|---|
| Munger, Tolles & Olson, LLP | Legal Services – Employment | $9,909.45 | $ -- | $1,272.62 | $11,182.07 |
| Ryan LLC | Tax Consultants – Real & Personal Property | $ -- | $25,716.90 | $ -- | $25,716.90 |
| Saltzman Mugan Dushoff, PLLC | Legal Services – Regulatory / Liquor Licenses | $ -- | $ -- | $ -- | $ -- |
| Seyfarth Shaw LLP | Legal Services – Employment | $486.50 | $1,876.50 | $9,800 | $12,163.00 |
| Shoreline, A Law Corporation | Legal Services – Real Estate | $ -- | $ -- | $ -- | $ -- |
| The Silverstein Law Firm, APC | Legal – Real Estate | $ -- | $ -- | $ -- | $ -- |
| Sims Lawrence Broghammer LLC | Legal Services – General Liability Litigation | $6,451.00 | $6,574.72 | $18,625.55 | $31,651.27 |
| Pillsbury Winthrop Shaw Pittman LLP | Legal Services – Transactional | $4,333.50 | $ -- | $ -- | $4,333.50 |
| The Law Offices of York & Wainfeld, APC | Legal Services – General Liability Litigation | $6,183.80 | $4,904.55 | $2,544.60 | $13,632.95 |