## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) ) | Case No. 24-10719 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: D.I. 1670** |

### CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE APPLICATION OF MILBANK LLP, AS CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND FOR INTERIM REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2024 THROUGH AND INCLUDING NOVEMBER 30, 2024

The undersigned hereby certifies that, as of the date hereof, Milbank LLP and Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") have received no answer, objection or other responsive pleading to the *Eighth Monthly Fee Application of Milbank LLP, as Co-Counsel to the Debtors, for Allowance of Interim Compensation and for Interim Reimbursement of All Actual and Necessary Expenses Incurred for the Period November 1, 2024 Through and Including November 30, 2024* (the "Application") (D.I. 1670), filed on January 14, 2025.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030).  The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than January 28, 2025, at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (D.I. 355) entered on May 3, 2024, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $383,561.00 | $954.95 | $306,848.80 | $307,803.75 |

[*Remainder of the page intentionally left blank*]

WHEREFORE, Morris Nichols respectfully requests that the Application be approved.

| | |
|---|---|
| Dated: January 29, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Luke Brzozowski*<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>Luke Brzozowski (No. 7377)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:  rdehney@morrisnichols.com<br>        mtalmo@morrisnichols.com<br>        jweyand@morrisnichols.com<br>        csawyer@morrisnichols.com<br>        lbrzozowski@morrisnichols.com<br><br>- and -<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>Brian Kinney, Esq. (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:  (212) 530-5000<br>Facsimile:  (212) 530-5219<br>Email:  ddunne@milbank.com<br>        mprice@milbank.com<br>        ldoyle@milbank.com<br>        bkinney@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |