**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 17, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via Email on the Notice Parties Service List attached hereto as **Exhibit A**, and (2) via First Class Mail and Email on the Melrose Investment Company, LLC, c/o Gordon Rees Scully Mansukhani, LLP, Attn: Joseph E. Brenner, 824 N. Market St., Suite 220, Wilmington DE 19801, jbrenner@grsm.com:

- Debtors' Objection to Melrose Investment Company, LLC's Motion to Compel Payment of Postpetition Obligations Allegedly Owed Under the Unexpired Lease of Nonresidential Real Property [Docket No. 1676]

Dated: January 29, 2025

*/s/ Eladio Perez*
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 29, 2025, by Eladio Perez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

SRF 85367

**Exhibit A**

## Exhibit A
Notice Parties Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Co-Counsel to the Official Committee of Unsecured Creditors | Kelley Drye & Warren LLP | Attn: Jason R. Adams, Robert L. LeHane, Jennifer D. Raviele | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com |
| United States Trustee for the District of Delaware | Office of the United States Trustee for the District of Delaware | Attn: Rosa Sierra-Fox, Nicole Watson, Mike Girello | rosa.sierra-fox@usdoj.gov<br>Mike.Girello@usdoj.gov<br>Nicole.Watson2@usdoj.gov |
| Counsel to Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Steven W. Golden, Colin R. Robinson | bsandler@pszjlaw.com<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com |
| Counsel to Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | rfeinstein@pszjlaw.com |