**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC., *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 17, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Litigation Service List attached hereto as **Exhibit A**:

- Debtors' Second Motion for Entry of an Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 1453]

On January 10, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Powermax Battery (U.S.A.) Inc., (ADRID: 28956836), Attn: Neville Lin, 11750 Jersey Blvd, Rancho Cucamonga, CA, 91730:

- Eighth Omnibus Objection (Substantive) to Reclassified Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 [Docket No. 1317]

On January 15, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Order Further Extending Time Period Within Which the Debtors May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006 [Docket No. 1524]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.


Dated: January 23, 2025

                                                        */s/ Paul Pullo*
                                                       Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 23, 2025, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A
Supplemental Litigation Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTALCODE |
|---|---|---|---|---|---|---|---|
| 28910580 | BELLA VIVAS BY AND THROUGH HER GUARDIAN AD LITEM ROSEMARY LEDEZMA | C/O THE NOVAK LAW FIRM | ATTN: SEAN M. NOVAK, ESQ. | 2609 N SEPULVEDA BLVD | MANHATTAN BCH | CA | 90266-2723 |
| 28719488 | ESTEBAN SALAZAR | ADDRESS ON FILE | | | | | |
| 28911546 | LEVIHAIM, SHEMOEL | ADDRESS ON FILE | | | | | |
| 28913290 | RAMIREZ, REBECCA | ADDRESS ON FILE | | | | | |
| 28730346 | REBECCA RAMIREZ | ADDRESS ON FILE | | | | | |
| 28912094 | REED, CHARLES | ADDRESS ON FILE | | | | | |
| 28964745 | Reed, Charles Stevenrobert | ADDRESS ON FILE | | | | | |
| 28730916 | RONNY QUINTANAR JR., RONNY | ADDRESS ON FILE | | | | | |
| 28731195 | RUBY FLOWERS, RUBY | ADDRESS ON FILE | | | | | |
| 28913343 | SALAZAR, ESTEBAN | ADDRESS ON FILE | | | | | |
| 28912342 | SMITH, DONNA | ADDRESS ON FILE | | | | | |
| 28755507 | TIFFANY BOYD, TIFFANY | ADDRESS ON FILE | | | | | |

**Exhibit B**

Exhibit B
Supplemental Service List
Served via First Class Mail

| ADRID | Name | Address1 |
|---|---|---|
| 28911108 | GALICIA, CRISTINA MAGDALENA | ADDRESS ON FILE |
| 28912367 | SPANIAK, STEPHANIE | ADDRESS ON FILE |
| 28755507 | TIFFANY BOYD, TIFFANY | ADDRESS ON FILE |