**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 24-10719 (JKS) |
| Number Holdings *et al.*, | (Jointly Administered) |
| Debtors.[1] |  |

**AFFIDAVIT OF SERVICE**

    I, Thomas Evangelista, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

    At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

---

[1]The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258

Dated:  January 23, 2025

\s\ *Thomas Evangelista*
Thomas Evangelista

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 23, 2025, by Thomas Evangelista,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**<u>Exhibit A</u>**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1628 | Nova Manna, Inc.<br>c/o Snell & Wilmer LLP<br>Attn: James G. Florentine<br>One E Washington St., Ste. 2700<br>Phoenix, AZ 85004<br><br>Nova Manna, Inc.<br>5536 W. Roosevelt St., Ste. 2<br>Phoenix, AZ 85043 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | January 17, 2025 |
| 1660 | Soxygen Inc.<br>8549 Wilshire Blvd., Suite 1085<br>Beverly Hills, CA 90211<br><br>Soxygen Inc.<br>1319 Boyd St.<br>Los Angeles, CA 90033 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>84 Herbert Ave.<br>Building B, Suite 202<br>Closter, NJ 07624 | January 17, 2025 |