Cheryl L. Stengel, CLS-B (CA State Bar #179460)
LAW OFFICE OF CHERYL L. STENGEL
402 West Broadway, Suite 1230
San Diego, CA 92101
Telephone: (619) 269-2126
Facsimile: (619) 452-3660
E-mail: clstengel@outlook.com

Counsel for Landlords/Creditors
Patricia L. Peterson and Mary M. Peterson, Co-Trustees
of the Peterson Family Trust B Dated July 1, 1980
and Patricia L. Peterson, as Trustee of the
L.O. Lindemulder Trust

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NUMBER HOLDINGS, INC., et al., | ) | Case No. 24-10719-JKS |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | REQUEST TO BE REMOVED FROM |
| | ) | COURT'S ELECTRONIC CASE FILING |
| Debtors. | ) | SERVICE NOTIFICATION |
| _____ | ) | |

TO:  THE DEBTORS, COUNSEL OF RECORD, AND ALL INTERESTED PARTIES:

    PLEASE TAKE NOTICE that the Law Office of Cheryl L. Stengel, counsel for the above-referenced parties, hereby requests to be removed from the Court's master service list and removed from Notice of Electronic Filing ("NEF") for the above-referenced bankruptcy case.

Dated: January 31, 2025      LAW OFFICE OF CHERYL L. STENGEL


                              By: /s/ Cheryl L. Stengel
                                  Cheryl L. Stengel
                                  Counsel for
                                  Landlords/Creditors

-1-