## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 24, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Notice of Further Revised Joint Chapter 11 Plan of Number Holdings, Inc., and Its Debtor Affiliates [Docket No. 1720]

- Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order, Approving the Disclosure Statement on a Final Basis, Confirming the Joint Chapter 11 Plan of Number Holdings, Inc., and Its Debtor Affiliates, and Granting Related Relief [Docket No. 1721]

Dated: January 30, 2025

*/s/ Alain B. Francoeur*
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 30, 2025, by Alain B. Francoeur, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents Only Stores LLC (1605); (iii) 99 Cents Only Stores Texas, Inc. (1229); (iv) 99 Cents PropCo LLC (7843); (v) 99 Cents HoldCo LLC (3987); and (vi) Bargain Wholesale LLC (8030). The Debtors' principal offices are located at 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

SRF 85523

**Exhibit A**

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com<br>lboyd@abernathy-law.com |
| Ashby & Geddes, P.A | Attn: Tiffany Geyer Lydon | tlydon@ashbygeddes.com |
| Ashby & Geddes, P.A. | Attn: Benjamin W. Keenan | bkeenan@ashbygeddes.com |
| Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | gtaylor@ashbygeddes.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | Attn: Mark I. Duedall | mduedall@bakerdonelson.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Laurel D. Roglen, Nicholas J. Brannick, Margaret A. Vesper | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>brannickn@ballardspahr.com<br>vesperm@ballardspahr.com |
| Bayard, P.A. | Attn: Ericka F. Johnson | ejohnson@bayardlaw.com |
| Benesch Friedlander Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, John C. Gentile, Juan E. Martinez | kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com<br>jmartinez@beneschlaw.com |
| Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | ernie.park@bewleylaw.com |
| Bielli & Klauder, LLC | Attn: David M. Klauder | dklauder@bk-legal.com |
| Blanchard, Krasner & French | Attn: Robert W. Blanchard, Esq. | bblanchard@bkflaw.com |
| Blank Rome LLP | Attn: Regina Stango Kelbon, Josef W. Mintz | Regina.Kelbon@BlankRome.com<br>Josef.Mintz@BlankRome.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Jonathan Bondy, Terri J. Freedman | jbondy@csglaw.com<br>tfreedman@csglaw.com |
| Christenson Law Firm, LLP | Attn: Vonn R. Christenson, Esq. | vrc@christensonlaw.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Cole Shotz P.C. | Attn: Patrick J. Reilley | preilley@coleschotz.com |
| Conaway-Legal LLC | Attn: Bernard G. Conaway | bgc@conaway-legal.com |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato | kbifferato@connollygallagher.com |
| Connolly Gallagher LLP | Attn: Lisa R. Hatfield | lhatfield@connollygallagher.com |
| Cross & Simon, LLC | Attn: Christopher P. Simon, Kevin S. Mann | csimon@crosslaw.com<br>kmann@crosslaw.com |
| Doré Rothberg Law, P.C. | Attn: Connor J. Smith | csmith@dorelaw.com |
| Dorsey & Whitney (Delaware) LLP | Attn: Alessandra Glorioso | glorioso.alessandra@dorsey.com |
| Epps & Coulson | Attn: Dawn M. Coulson | dawn@eppscoulson.com<br>bkollman@eppscoulson.com |
| Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | bmoldo@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Attn: Byron Z. Moldo | bmoldo@ecjlaw.com |
| FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com |
| Fredrikson & Byron, P.A. | Attn: James C. Brand, Samuel M. Andre | jbrand@fredlaw.com<br>sandre@fredlaw.com |
| Gellert Seitz Busenkell & Brown, LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| Gibbons P.C | Attn: Katharina Earle | kearle@gibbonslaw.com |
| Gilbert Bird Law Firm, PC | Attn: Ryan J. Bird | rbird@gilbertbirdlaw.com |
| Gordon, Fournaris & Mammarella, P.A. | Attn: Christopher P. Clemson, Esq. | cclemson@gfmlaw.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Greer, Herz & Adams, LLP | Attn: Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Hahn Loeser & Parks LLP | Attn: Rocco I. Debitetto | ridebitetto@hahnlaw.com |
| Harris County Attorney's Office | Attn: Property Tax Division, Susan Fuertes | taxbankruptcy.cao@harriscountytx.gov |
| Harvest LLP | Attn: Jamie Altman Buggy, Fernando Landa | jbuggy@harvestllp.com<br>flanda@harvestllp.com |
| Hogan McDaniel | Attn: Garvan F. McDaniel | gfmcdaniel@dkhogan.com |
| Horner Law Group, P.C. | Attn: Clifford R. Horner, Paymon Hifai | chorner@hornerlawgroup.com<br>phifai@hornerlawgroup.com<br>spiserchio@hornerlawgroup.com |
| Jack Shrum P.A. | Attn: "J" Jackson Shrum, Esq. | Jshrum@jshrumlaw.com |
| Jean Morgan, Trustee of the Richard Charles Levy Trust | Attn: Adrienne Hanley | sedonaattorney@gmail.com |
| Jones Day | Attn: T. Daniel Reynolds, Nicholas Buchta | hlennox@jonesday.com<br>tdreynolds@jonesday.com<br>nbuchta@jonesday.com |
| Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| Kelley Drye & Warren LLP | Attn: Jason R. Adams, Robert L. LeHane, Jennifer D. Raviele | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com |
| Kern County Treasurer and Tax Collector Office | Attn: Bankruptcy Division | bankruptcy@kerncounty.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck, Benjamin M. Fischer | rbeck@klehr.com<br>bfischer@klehr.com |
| Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey | swisotzkey@kmksc.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Landis Rath & Cobb LLP | Attn: Adam G. Landis, Richard S. Cobb, Joshua B. Brooks | landis@lrclaw.com<br>cobb@lrclaw.com<br>brooks@lrclaw.com |
| Lane & Nach, P.C. | Attn: Adam B. Nach, Paul Hilkert | Adam.Nach@lane-nach.com<br>Paul.Hilkert@lane-nach.com |
| Law Office of Cheryl L. Stengel | Attn: Cheryl L. Stengel | clstengel@outlook.com |
| Law Offices of Abbasi & Associates | Attn: Matthew Abbasi | matthew@malawgroup.com |
| Levin-Epstein & Associates, P.C. | Attn: Joshua Levin-Epstein | joshua@levinepstein.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | dallas.bankruptcy@lgbs.com<br>john.turner@lgbs.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Long & Delis | Attn: Warren B. Campbell | wbcampbell@ldlawyers.com |
| McCarron & Diess | Attn: Gregory Brown | gbrown@mccarronlaw.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| McCreary, Veselka, Bragg, & Allen, P.C. | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| McDowell Hetherington LLP | Attn: Michael D. Matthews, Jr., Tyrone L. Haynes | matt.matthews@mhllp.com<br>tyrone.haynes@mhllp.com |
| Mesa Centers | Attn: Roberto M. Contreras | robbyc@mesacenters.com |
| Meuers Law Firm, P.L. | Attn: Lawrence H. Meuers | lmeuers@meuerslawfirm.com |
| Michael Development Corp. | Attn: Joseph Michael | JMichael@MichaelCorp.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Milbank LLP | Attn: Lauren Doyle, Dennis Dunne, Michael Price, Brian Kinney, Jordyn Paperny | ldoyle@milbank.com<br>ddunne@milbank.com<br>mprice@milbank.com<br>bkinney@milbank.com<br>jpaperny@milbank.com |
| Monzack Mersky and Browder, P.A | Attn: Rachel B. Mersky | rmersky@monlaw.com |
| Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare | jody.barillare@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Melissay Y. Boey | melissa.boey@morganlewis.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Sr. , Matthew O. Talmo, Jonathan M. Weyand | rdehney@morrisnichols.com<br>mtalmo@morrisnichols.com<br>jweyand@morrisnichols.com |
| Office of the United States Trustee for the District of Delaware | Attn: Rosa Sierra-Fox, Nicole Watson, Mike Girello | rosa.sierra-fox@usdoj.gov<br>Mike.Girello@usdoj.gov<br>Nicole.Watson2@usdoj.gov |
| Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Steven W. Golden, Colin R. Robinson | bsandler@pszjlaw.com<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | rfeinstein@pszjlaw.com |
| Pashman Stein Walder Hayden, P.C. | Attn: Henry J. Jaffe | hjaffe@pashmanstein.com |
| Pashman Stein Walder Hayden, P.C. | Attn: Joseph C. Barsalona II and Alexis R. Gambale | jbarsalona@pashmanstein.com<br>agambale@pashmanstein.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Sarah Harnett | sharnett@paulweiss.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Linda D. Reece | lreece@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Pierson Ferdinand LLP | Attn: Carl D. Neff, Esq. | carl.neff@pierferd.com |
| Pinal County Treasurer | Attn: Linette McMinn | bankruptcy@pinal.gov |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Porter Hedges LLP | Attn: Joshua W. Wolfshohl, Michael B. Dearman | jwolfshohl@porterhedges.com<br>mdearman@porterhedges.com |
| Potter Anderson & Corroon LLP | Attn: M. Blake Cleary, L. Katherine Good, Brett M. Haywood, Levi Akkerman | bcleary@potteranderson.com<br>kgood@potteranderson.com<br>bhaywood@potteranderson.com<br>lakkerman@potteranderson.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: William Smelko | bill.smelko@procopio.com |
| Proskauer Rose LLP | Attn: Ji Hye You, Adam Hillman, David M. Hillman, Melany Cruz Burgos | jyou@proskauer.com<br>dhillman@proskauer.com<br>mcruzburgos@proskauer.com |
| Proskauer Rose LLP | Attn: Jordan Sazant | jsazant@proskauer.com |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com<br>jangelo@reedsmith.com |
| Richards, Layton & Finger, P.A. | Attn: Zachary I. Shapiro, Emily R. Mathews, Gabrielle A. Colson | shapiro@rlf.com<br>mathews@rlf.com<br>colson@rlf.com |
| Robinson & Cole LLP | Attn: Jamie L. Edmonson | jedmonson@rc.com |
| Robinson & Cole LLP | Attn: Katherine S. Dute | kdute@rc.com |
| Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri | rmauceri@rc.com |
| Robinson & Cole LLP | Attn: Richard E. Willi III | rwilli@rc.com |
| Rubin & Levin, P.C. | Attn: James E. Rossow Jr. | jim@rubin-levin.net |
| Saul Ewing LLP | Attn: John D. Demmy | john.demmy@saul.com |
| Saul Ewing LLP | Attn: Nicholas Smargiassi | nicholas.smargiassi@saul.com |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Saul Ewing LLP | Attn: Zev M. Shechtman, Tom R. Sestanovich | zev.shechtman@saul.com<br>tom.sestanovich@saul.com |
| Saul Ewing, LLP | Attn: Evan T. Miller | evan.miller@saul.com |
| Saul Ewing, LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | secbankruptcy@sec.gov |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Latonia C. Williams | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com<br>lwilliams@goodwin.com |
| Shipman & Goodwin LLP | Attn: Latonia C. Williams and Anthony R. Scarcella | lwilliams@goodwin.com<br>ascarcella@goodwin.com |
| Sidley Austin LLP | Attn: Anna Gumport | agumport@sidley.com |
| Sidley Austin LLP | Attn: Dennis M. Twomey, Jackson T. Garvey, Ian C. Ferrell | dtwomey@sidley.com<br>jgarvey@sidley.com<br>iferrell@sidley.com |
| Sidley Austin LLP | Attn: Michele A. Nudelman; Leslie Plaskon | mnudelman@sidley.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Sixth Street Specialty Lending, Inc. | Attn: TSLX Accounting | TSLAccounting@tpg.com<br>TPG-TPGK@statestreet.com |
| Snell & Wilmer | Attn: Steven D. Jerome, James G. Florentine | sjerome@swlaw.com<br>jflorentine@swlaw.com |
| Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | mbreslauer@swsslaw.com<br>wyones@swsslaw.com |
| Stanford J. Germaine, P.C. | Attn: Standford J. Germaine | sgermaine@germaine-law.com |
| Stark & Stark, P.C. | Attn: Joseph H. Lemkin | jlemkin@stark-stark.com |
| State of Arizona Attorney General | Attn: Bankruptcy Department | AGINFO@AZAG.GOV |
| State of California Attorney General | Attn: Bankruptcy Department | BANKRUPTCY@COAG.GOV |

Exhibit A
Core/2002 Email Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| State of Nevada Attorney General | Attn: Bankruptcy Department | AGINFO@AG.NV.GOV |
| State of Texas Attorney General | Attn: Bankruptcy Department | public.information@oag.state.tx.us |
| Stradley, Ronon, Stevens & Young, LLP | Attn: Daniel M. Pereira | dpereira@stradley.com |
| Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | whazeltine@sha-llc.com |
| Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine | whazeltine@sha-llc.com |
| Sullivan, Hazeltine, Allinson LLC | Attn: Elihu E. Allinson | zallinson@sha-llc.com |
| Swanson, Martin & Bell, LLP | Attn: Charles S. Stahl, Jr. | cstahl@smbtrials.com |
| Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes | jrhodes@tlclawfirm.com |
| Texas Attorney General's Office | Attn: Jamie Kirk | jamie.kirk@oag.texas.gov |
| The Law Office of T. Scott Leo | Attn: T. Scott Leo | sleo@leolawpc.com |
| The Law Offices of Robert D. Bass | Attn: Robert D. Bass | bob.bass47@icloud.com |
| The Rosner Law Group LLC | Attn: Frederick B. Rosner | rosner@teamrosner.com |
| Tiffany & Bosco, PA | Attn: Christopher R. Kaup | crk@tblaw.com |
| Tiffany & Bosco, PA | Attn: Christopher R. Kaup, David M. Barlow | crk@tblaw.com<br>dmb@tblaw.com |
| Tulare County Tax Collector | Attn: Chris Silva | taxhelp@tularecounty.ca.gov |
| U.S. Securities and Exchange Commission - Headquarters | Secretary of the Treasury | secbankruptcy@sec.gov |
| Wanger Jones Helsley | Attn: John P. Kinsey, Riley C. Walter, Ian J. Quinn | rwalter@wjhattorneys.com<br>iquinn@wjhattorneys.com<br>jkinsey@wjhattorneys.com |
| Weil, Gotshal & Manges LLP | Attn: Chase Bentley, Jeffrey D. Safferstein, Andriana Georgallas | Chase.Bentley@weil.com<br>jeffrey.saferstein@weil.com<br>andriana.georgallas@weil.com |
| Weycer, Kaplan, Pulaski & Zuber, P.C. | Attn: Jeff Caruth, Richard M. Kaplan | jcarruth@wkpz.com<br>rkaplan@wkpz.com |

Exhibit A

Core/2002 Email Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Whiteford, Taylor & Preston LLC | Attn: Paul Nussbaum | pnussbaum@whitefordlaw.com |
| Wilcox Law Firm | Attn: Robert D. Wilcox, Esq. | rw@wlflaw.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin | Attn: Simon Aron, Elsa Horowitz, Daniel Medioni, Mark Rosenbaum, John Samberg, Johnny White | saron@wrslawyers.com<br>ehorowitz@wrslawyers.com<br>dmedioni@wrslawyers.com<br>mrosenbaum@wrslawyers.com<br>jsamberg@wrslawyers.com<br>jwhite@wrslawyers.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L. Morton and Carol E. Cox | emorton@ycst.com<br>bankfilings@ycst.com |