January 27, 2025

Honorable J. Kate Stickles at the United States Bankruptcy The District of Delaware, 824 Market St. 5th Fl Courtroom #6 Wilmington, Delaware 19801.

Re: Case 24-10719-JKS Doc1043-1
Filed in 07/19/24
Dolorez Magallon.
14507 Plummer St. Apt #2
Panorama City, Ca. 91402

Dear Honorable J. Kate Stickles,

The purpose of this letter is to request an update of my case claim, Slip and fall case # 2250 that occurred on 11/22/2022 at .99 Cents Only store located at 8625 Woodman Ave. Arleta, Ca, 91331.

I received a letter from Ms. Coleen Sallusti, Claims Examiner at Athens Program Insurance Services
Informing me that the company .99 cents only stores, had filed for Chapter 11 bankruptcy. I called Ms. Coleen to ask about my case claim. She give me an Updated and also informed me that she had sent a copy of the letter to my lawyer's office at California Accident Firm. I attempted to call my attorney numerous times. I didn't have of any of my questions and concerns regarding my claim from my lawyer. I decided to terminate his services. I included a copy of the letter of his termination. Per Coleen's advice I filed a claim on line at KROLL for the sole consideration of $10.000 (ten thousand US dollars) in accordance to the terms of consideration I filed on line for my self of which no Lawer shall be entitled.
In closing your Honorable J. Kate Stickles, I trust that you will do justice by granting me the sum of $10,000 Dollars that the .99 cents only store offered me.

Attentively,

*Dolorez Magallon* (signature)

Dolorez Magallon.



05/15/2024

California Accident Law Firm
18653 Ventura Blvd. #579
Tarzana, CA  91356
Attn: Steven Verdi

SENT VIA EMAIL:  sv@cafirm.com

Re    **My Client**:  The 99 Cents Only Store
       Claimant:  Delores Magallon
       Date of Loss:  11/22/2022
       Claim Number:  NN231024

Dear Mr. Verdi:

Athens Program Insurance Services operates as the claim administrator for 99 Cents Only Stores.

Please be informed that the company, 99 Cents Only Stores, filed for Chapter 11 bankruptcy April 7, 2024.   As a result of this bankruptcy filing, there is an automatic stay in place that stays the commencement of or continuation of lawsuits against the company.

Claims that are not covered by insurance will be administered in the chapter 11 cases.

Information about the bankruptcy and submitting a proof of claim can be found on the website of the company's claims and noticing agent at   https://cases.ra.kroll.com/99only/

Sincerely,

Coleen Sallusti
Claims Examiner II P&C
(973) 637-2043
csallusti@athensadmin.com

Athens Program Insurance Services, LLC.
on behalf of The 99 Cents Only Store

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | Case No. 24-10719 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 171, 463, 641 & 707** |
| | <u>**Hearing Date:**</u><br>August 9, 2024, at 11:00 a.m. (ET) |
| | <u>**Objection Deadline:**</u><br>August 2, 2024, at 4:00 p.m. (ET) |

## NOTICE OF HEARING REGARDING THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) IN AID OF SALE ORDER; (II) APPROVING THE ALTERNATIVE PURCHASE AGREEMENTS; AND (III) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on July 19, 2024, the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of an Order (I) In Aid of Sale Order; (II) Approving the Alternative Purchase Agreements; and (III) Granting Related Relief* (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 2, 2024, at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to the Debtors.

Copies of the Motion and all other documents filed with the Court are available free of charge on the Debtors' case information website maintained by their claims and noticing agent, Kroll Restructuring Administration LLC ("<u>Kroll</u>"), located at https://cases.ra.kroll.com/99only/, or by (i) calling (844) 712-1933 (Domestic) or (646) 777-2513 (International) or (ii) emailing 99onlyinfo@ra.kroll.com.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **AUGUST 9, 2024, AT 11:00 A.M. (ET)** BEFORE THE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

HONORABLE J. KATE STICKLES AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES ABOVE WILL BE CONSIDERED BY THE COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 19, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

/s/ *Casey B. Sawyer*
Robert J. Dehney, Sr. (No. 3578)
Matthew O. Talmo (No. 6333)
Jonathan M. Weyand (No. 6959)
Casey B. Sawyer (No. 7260)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 658-3989
Email:  rdehney@morrisnichols.com
           mtalmo@morrisnichols.com
           jweyand@morrisnichols.com
           csawyer@morrisnichols.com

- and -

**MILBANK LLP**

Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Michael W. Price, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
Brian Kinney, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Email:  ddunne@milbank.com
           mprice@milbank.com
           ldoyle@milbank.com
           bkinney@milbank.com

*Co-Counsel for Debtors in Possession*

2

DOLORES MAGALLON
14507 Plummer St #2
Panorama City, Ca. 91402







CERTIFIED MAIL

9589 0710 5270 0845 1397 71

HONORABLE J. KATE STICKLES
UNITED STATES BANKRUPTCY
COURTROOM #6 DISTRICT OF DELAWARE
824 MARKET ST, 5TH FLOOR
WILMINGTON, DELAWARE 19801