| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | REQUEST FOR PAYMENT<br>OF ADMINISTRATIVE<br>EXPENSE CLAIM |
|---|---|

Indicate Debtor against which you assert a claim. Indicate only one Debtor per claim form.

Name of Debtor: **Number Holdings, Inc.**          Case Number: **24-10719-JKS**

2025 FEB 11    AM 11: 26

This form should only be used to assert an administrative expense claim

Name of claimant (the person or other entity to whom the debtor owes money or property):
**IMPERIAL COUNTY TREASURER-TAX COLLECTOR**

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:
**IMPERIAL COUNTY TREASURER-TAX COLLECTOR**
**940 WEST MAIN STREET, SUITE 106**
**EL CENTRO, CA 92243**

☐ Check this box if the address differs from the address on the envelope sent to you.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: **(442) 265-1270**    email:

☐ Check this box if you are aware that anyone else has filed an administrative claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:     email:

1. Amount of Administrative Claim: $ **\*5,267.50**     *Plus statutory interest of 18% per annum, penalties and fees continue to accrue until paid in full.
   ☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the administrative claim. Attach a statement that itemizes interest or charges.

2. Basis for Administrative Claim: **Personal property taxes on business.**
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:  **1 0 0 0**  (800-104-201-000)
                                                                        **0 0 0 0**  (800-106-570-000)
   (See instruction #3)

4. Date Claim Arose: **01/01/2024**
   (See instruction #4)

5. Credits. The amount of all payments on this claim has been credited for the purpose of making this Administrative Claim Request Form. (See instruction #5)

6. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. (See instruction #6, and the definition of "redacted".)
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:    **see attached**

7. Signature: (See instruction #7)
   Check the appropriate box.

   ☐ I am the claimant.    ☒ I am the claimant's authorized agent.    ☐ I am the trustee, or the debtor, or    ☐ I am a guarantor, surety,
                           (Attach copy of power of attorney, if any.)    their authorized agent.                  indorser, or other codebtor.
                                                                          (See Bankruptcy Rule 3004.)              (See Bankruptcy Rule 3005.)

   COURT USE ONLY

I declare under penalty of perjury that the information provided in this administrative claim form is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Flora Oropeza**
Title: **Deputy Treasurer-Tax Collector**        _/s/ Flora Oropeza_      **01/28/2025**
Company: **Imperial County Treasurer-Tax Collector**                        (Date)
Address and telephone number (if different from notice address above):

Telephone number:        Email:

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# TREASURER-TAX COLLECTOR

SUZANNE C BERMUDEZ  
TREASURER-TAX COLLECTOR



TELEPHONE: (442) 265-1270  
FAX: (442) 265-1272

IMPERIAL COUNTY ADMINISTRATION CENTER  
940 WEST MAIN STREET, SUITE 106  
EL CENTRO, CALIFORNIA 92243-2864

## ATTACHMENT TO ADMINISTRATIVE EXPENSE CLAIM

In re: Number Holdings, Inc..  
Chapter 11 Case No. 24-10719-JKS  
Assessment Number: 800-104-201-000 & 800-106-570-000

As of January 28, 2025, the 2024 taxes on the subject business personal property are delinquent. The amount of delinquency is defined below:

The taxes were due and payable on September 3, 2024. The subject delinquency was not paid when due, which resulted in a delinquent penalty of 10% of the amount due, plus a $25.00 cost fee, $20 lien recording fee and statutory interest of 18% per annum.

| ASSESSMENT NUMBER: | 800-104-201-000 |
|---|---|
| 2024 Taxes | $2,350.82 |
| Delinquent Penalty (10%) | $235.08 |
| Cost Fee | $25.00 |
| Recording Fees | $20.00 |
| Interest Penalty (1.5%) | $70.52 |
| Total: | $2,701.42 |

| ASSESSMENT NUMBER: | 800-106-570-000 |
|---|---|
| 2024 Taxes | $2,231.05 |
| Delinquent Penalty (10%) | $223.10 |
| Cost Fee | $25.00 |
| Recording Fees | $20.00 |
| Interest Penalty (1.5%) | 66.93 |
| Total: | $2,566.08 |

This attachment is being provided in support of our Administrative Expense Claim dated January 28, 2025. Copy of the recorded Certificate of Lien is here attached.

| Recording requested by: | Electronically Recorded in Official Records, IMPERIAL COUNTY | 11/18/2024 |
|---|---|---|
| Suzanne C. Bermudez | | 08:48 AM |
| IMPERIAL COUNTY TAX COLLECTOR | **CHUCK STOREY** | AL |
| Suzanne C. Bermudez, Treasurer-Tax Collector | **COUNTY CLERK-RECORDER** | |
| 940 W. Main Street #106 El Centro, CA 92243 | 00243 IMPERIAL COUNTY TTC | |
| (442) 265-1270 | | |
| When recorded, return to: | Doc#: 2024018274 | Titles: 1   Pages: 1 |
| 99 CENTS ONLY STORES LLC #238 | | Fees   NO FEE |
| 10105 E VIA LINDA STE 103 PMB 1207 |  | |
| SCOTTSDALE AZ 85258 | *$R00005869536$ | |

## CERTIFICATE OF LIEN
### IMPERIAL COUNTY TAX COLLECTOR

LIEN NO: 36124

**THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN FILED WITH RESPECT TO UNSECURED PROPERTY**

I, Suzanne C. Bermudez, Tax Collector of IMPERIAL County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, do hereby certify that unsecured property taxes have been duly assessed, computed and levied, together with interest and penalties for the year(s) and amount(s) set forth below and are against the person or persons named herein and those persons are liable to IMPERIAL County for said amount(s). In addition, further penalties will accrue on said taxes at the rate prescribed by law.

| ASSESSEE / ADDRESS | YEAR / PARCEL # / TRA / FEE # / DESCRIPTION | Amount |
|---|---|---|
| 99 CENTS ONLY STORES LLC #238 | 2024 - 2025 | $2,630.90 |
| 10105 E VIA LINDA STE 103 PMB 1207 | 800-104-201-000 | |
| SCOTTSDALE AZ 85258 | 002-009 | |
| | 058-486-008-000 | |

From and after the time of filing of this certificate of lien for record, the total amount of unpaid tax and penalties required to be paid by the person or persons named above constitutes a lien upon the personal and real property now owned by said persons, or that may subsequently be acquired by them before the date on which this lien expires. This lien has the force, effect, and priority of a judgment lien for a period of ten years from the time of the recording of this instrument, unless sooner released or otherwise discharged.

IMPERIAL

Suzanne C. Bermudez, Treasurer-Tax Collector

**Dated:** 11/15/2024   BY _____

This agency has adopted the use of a facsimile signature as affixed above.

FEE EXEMPT PER
GOV. CODE 27383



| Recording requested by:<br>Suzanne C. Bermudez<br>IMPERIAL COUNTY TAX COLLECTOR<br>Suzanne C. Bermudez, Treasurer-Tax Collector<br>940 W. Main Street #106 El Centro, CA 92243<br>(442) 265-1270<br>When recorded, return to :<br>99 CENTS ONLY STORES LLC #395<br>10105 E VIA LINDA STE 103 PMB 1207<br>SCOTTSDALE AZ 85258 | Electronically Recorded in Official Records,<br>IMPERIAL COUNTY<br>**CHUCK STOREY**<br>**COUNTY CLERK-RECORDER**<br>00243 IMPERIAL COUNTY TTC<br><br>Doc#: **2024018565**<br><br>*$R00005872615* | 11/18/2024<br>11:27 AM<br>AL<br><br>Titles: 1   Pages: 1<br>Fees    NO FEE |

## CERTIFICATE OF LIEN
### IMPERIAL COUNTY TAX COLLECTOR

LIEN NO: 36177

**THIS IS TO NOTIFY YOU THAT A TAX LIEN HAS BEEN FILED WITH RESPECT TO UNSECURED PROPERTY**

I, Suzanne C. Bermudez, Tax Collector of IMPERIAL County, State of California, in compliance with the provisions of Section 2191.3 and 2191.4 of the Revenue and Taxation Code, do hereby certify that unsecured property taxes have been duly assessed, computed and levied, together with interest and penalties for the year(s) and amount(s) set forth below and are against the person or persons named herein and those persons are liable to IMPERIAL County for said amount(s). In addition, further penalties will accrue on said taxes at the rate prescribed by law.

| ASSESSEE / ADDRESS | YEAR / PARCEL # / TRA / FEE # / DESCRIPTION | Amount |
|---|---|---|
| 99 CENTS ONLY STORES LLC #395<br>10105 E VIA LINDA STE 103 PMB 1207<br>SCOTTSDALE AZ 85258 | 2024 - 2025<br>800-106-570-000<br>004-060<br>054-430-053-000 | $2,499.15 |

From and after the time of filing of this certificate of lien for record, the total amount of unpaid tax and penalties required to be paid by the person or persons named above constitutes a lien upon the personal and real property now owned by said persons, or that may subsequently be acquired by them before the date on which this lien expires. This lien has the force, effect, and priority of a judgment lien for a period of ten years from the time of the recording of this instrument, unless sooner released or otherwise discharged.

IMPERIAL

Suzanne C. Bermudez, Treasurer-Tax Collector

**Dated:** 11/15/2024    BY _____

This agency has adopted the use of a facsimile signature as affixed above.

FEE EXEMPT PER
GOV. CODE 27383

# TCW0100 - Megabyte Property Tax System - County of IMPERIAL

File  Edit  View  Tax Bill  Reports  Help

**TCW0100v2.5.0.021: Taxes** — **Current Unsecured** — *Jan 28, 2025 8:28:13 AM (-08:00)*

Asmt: 800-106-570-000   Tax Year: 2024   As Of Date: 01/28/2025   Owner's Name: 99 CENTS ONLY STORES LLC #395

## Value and Rate Calculation

### Value Base:

| | Rate | Value |
|---|---|---|
| 2-Land (no mineral rights) | 0.000000 | |
| 3-Land/Improvements (no min) | 0.000000 | |
| 4-Land/Improvements /PP (no min) | 0.000000 | |
| 5-Land w/mineral rights | 0.000000 | |
| 6-Land/Improvements w/min | 0.000000 | |
| Net of all | 1.137200 | 196,190 |

Non-Tax Deductible: $0.00
Asmt Roll Year: 2024

## Installment Details

| | 1 | Total |
|---|---|---|
| Due Date | 09/03/2024 | |
| Tax | $2,231.05 | $2,231.05 |
| Penalty | $223.10 | $223.10 |
| Cost | $25.00 | $25.00 |
| Fees | $20.00 | $20.00 |
| Delq. Penalty | $66.93 | $66.93 |
| Total Due | $2,566.08 | $2,566.08 |
| Amt Paid | $0.00 | $0.00 |
| Balance | $2,566.08 | $2,566.08 |
| Date Paid | | |
| Trans. Date | | |
| Collection # | | |
| Is Carry Over Paid | $0.00 | ☐ Is Carry Over Paid |

Pmt Info 1    Pmt Info 2

## Ownership Calculations

Event Date:   Days: 0
Pro. Factor: 0.000000   Percent: 0.000000
From:   Thru:
Days to Fiscal Year End: 0

ASMT | Owners | Values | Tax Codes | **Taxes** | Part Pays\Four Pays | Coll. Refunds | R/C Refunds | Suppl. Index

1/1   Summary  Images

1 Record(s) Found   2024   IMPERIAL\svc.mbsql2022, 01/28/2025 12:02:16 AM

SUZANNE C. BERMUDEZ, TREASURER-TAX COLLECTOR
OFFICE OF THE TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243
Telephone: (442) 265-1270
Fax: (442) 265-1272

*Creditor: County of Imperial Treasurer-Tax Collector*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ) Case No. 24-10719-JKS
)
Number Holdings, Inc. )
) Chapter 11
)
Debtor. ) PROOF OF SERVICE BY MAIL
) BY COUNTY OF IMPERIAL
) (Jointly Administered)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

I am a citizen of the United States and am employed by the County of Imperial. I am over the age of eighteen years old and not a party to the within action; my business address is 940 West Main Street, Suite 106, El Centro, CA 92243.

On **January 28, 2025**, I served the within **ADMINISTRATIVE EXPENSE CLAIM** on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at El Centro, California addressed to those parties on the attached sheet.

(X) BY REGULAR MAIL: I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at El Centro, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, **Martha Delgado**, declare under penalty of perjury and the laws of the United States of America that I am employed in the office of the Treasurer-Tax Collector, a creditor in the matter, at whose direction the service was made. **Executed on the 28th day of January 2025.**

IMPERIAL COUNTY TREASURER-TAX COLLECTOR
940 West Main Street, Suite 106
El Centro, CA 92243

BY: *[signature]*
MARTHA DELGADO
Treasurer-Tax Collector Accounting Supervisor

## MAILING LIST CASE NO. 24-10719-JKS
(Jointly Administered)

NUMBER HOLDINGS, INC
10105 E. VIA LINDA
STE 103 PMB 1207
SCOTTSDALE, AZ 85258

ROBERT J. DEHNEY
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19899-1347

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK'S OFFICE
824 MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

UNITED STATES BANK
DISTRICT OF DELAWARE
CLERK'S OFFICE
824 MARKET STREET
WILMINGTON, DE 19

Imperial County Tax Collector
940 W Main St. Ste 106
El Centro, CA 92243