# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| NUMBER HOLDINGS, INC. *et al.*,[1] | ) ) ) ) | Case No. 24-10719 (JKS) |
|  |  | **Re: D.I. 1769** |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING TIME PERIOD WITHIN WHICH THEY MAY FILE NOTICES TO REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027 AND 9006

The undersigned counsel to the debtors and debtors in possession (the "Debtors") hereby certify that, as of the date hereof, Milbank LLP ("Milbank") and Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") have received no answer, objection, or other responsive pleading to the *Debtors' Third Motion for Entry of an Order Extending Time Period Within Which They May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027 and 9006* (D.I. 1769) (the "Motion"), filed on Janaury 30, 2025.

The undersigned further certifies that no answer, objection or other responsive pleading to the Motion appears on the Court's docket in these cases. Pursuant to the Notice, objections were to be filed and served no later than Febuary 13, 2025, at 4:00 p.m. (ET) (the "Objection Deadline").

WHEREFORE, the Debtors respectfully request that the Court enter the proposed form of order attached to the Motion at its earliest convenience.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: (i) Number Holdings, Inc. (1463); (ii) 99 Cents HoldCo LLC (3987); (iii) 99 Cents Only Stores LLC (1605); (iv) 99 Cents Only Stores Texas, Inc. (1229); (v) 99 Cents PropCo LLC (7843); and (vi) Bargain Wholesale LLC (8030). The Debtors' mailing address is 10105 E Via Linda, Ste 103 PMB 1207, Scottsdale, AZ 85258.

| | |
|---|---|
| Dated: February 19, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Luke Brzozowski*<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew O. Talmo (No. 6333)<br>Jonathan M. Weyand (No. 6959)<br>Casey B. Sawyer (No. 7260)<br>Luke Brzozowski (No. 7377)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:   (302) 658-9200<br>Facsimile:    (302) 658-3989<br>Email:          rdehney@morrisnichols.com<br>                     mtalmo@morrisnichols.com<br>                     jweyand@morrisnichols.com<br>                     csawyer@morrisnichols.com<br>                     lbrzozowski@morrisnichols.com<br><br>- and -<br><br>**MILBANK LLP**<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Michael W. Price, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>Brian Kinney, Esq. (admitted *pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>Email:          ddunne@milbank.com<br>                     mprice@milbank.com<br>                     ldoyle@milbank.com<br>                     bkinney@milbank.com<br><br>*Co-Counsel for Debtors in Possession* |