## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Leisure Investments Holdings LLC, *et al.*, [1] | ) | Case No. 24-10719 (LSS) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

### NOTICE OF APPEARANCE OF COUNSEL AND
### DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned firm of Sullivan Hazeltine Allinson LLC and FineCounsel hereby enter their appearance as counsel for Tradewinds LTD ("Tradewinds") in the above-captioned cases, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone numbers, telecopy numbers, and e-mail addresses:

William A. Hazeltine, Esq.  
**SULLIVAN · HAZELTINE · ALLINSON** LLC  
919 North Market Street, Suite 420  
Wilmington, DE 19801  
Tel: (302) 428-8191

J. Andrew Fine, Esq.  
**FineCounsel**  
115 E. Main Street  
Durham, NC  27707  
Tel: (919) 307-6311

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Leisure Investments Holdings LLC (7260); Triton Investments Holdings LLC (6416); MS Leisure Company (7257); Icarus Investments Holdings LLC (2636); Ejecutivos de Turismo Sustentable S.A. de C.V. (5CA4); Dolphin Capital Company, S. de R.L. de C.V. (21H8); Dolphin Leisure, Inc. (7073); Dolphin Austral Holdings, S.A. de C.V. (6A13); Aqua Tours, S.A. de C.V. (6586); Viajero Cibernético, S.A. de C.V. (1CZ7); Promotora Garrafón, S.A. de C.V. (0KA2); Marineland Leisure, Inc. (7388); GWMP, LLC (N/A); Gulf World Marine Park, Inc. (0348); and The Dolphin Connection, Inc. (0322). For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand or overnight delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE THAT** this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Tradewinds' rights (i) to have final orders in non-core matters and/or matters entitled to adjudication by a judge authorized under Article III of the U.S. Constitution entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Tradewinds is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Tradewinds expressly reserves.

Date:  May 13, 2025
       Wilmington, DE

                                     **SULLIVAN · HAZELTINE · ALLINSON LLC**

                                     */s/ William A. Hazeltine*
                                     William A. Hazeltine (No. 3294)
                                     919 North Market Street, Suite 420
                                     Wilmington, DE 19801
                                     Tel: (302) 428-8191
                                     Fax: (302) 428-8195
                                     Email: whazeltine@sha-llc.com

-and-

**FineCounsel**

*/s/ J. Andrew Fine*
J. Andrew Fine, Esq.
115 E. Main Street
Durham, NC  27707
Tel: (919) 307-6311
Email:  info@finecounsel.law

*Attorneys for Tradewinds LTD*